STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
EDWARD CHANG (CABN 265181)
Assistant United States Attorneys

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-6831
> FAX: (415) 436-7234
> Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-426 CRB |
| Plaintiff, | |
| v. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| DAVID DEPAPE, | |
| Defendant. | |

TO:   The Honorable Alex G. Tse, United States Magistrate Judge for the Northern District of California

Assistant United States Attorney Laura Vartain Horn respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DAVID DEPAPE, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

//

//

//

1    The prisoner, DAVID DEPAPE, is required to appear as a defendant in the above-entitled matter
2  in this Court on the date identified in the writ and therefore petitioner prays that the Court issue the Writ
3  as presented.

4  Dated: November 10, 2022                              Respectfully Submitted,

                                                        STEPHANIE M. HINDS
                                                        United States Attorney

                                                        _____/s/_____
                                                        LAURA VARTAIN HORN
                                                        Assistant United States Attorney
                                                        EDWARD CHANG
                                                        Special Assistant United States Attorney