# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   MARK KOLC, United States Marshal for the Northern District of California and PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable Alex G. Tse, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 10, San Francisco, California 94102 on November 15, 2022 at 10:30 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED:  November 10, 2022

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK