UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

     v.

DAVID WAYNE DEPAPE,

          Defendant.

Case No.  3:22-cr-00426-CRB-1

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled

action, hereby recuse myself from this case and request that the case be reassigned pursuant to the

Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be

reset by the newly assigned District Judge.

**IT IS SO ORDERED.**

Dated: November 10, 2022

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California