1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  LAURA VARTAIN HORN (CABN 258485)
   EDWARD CHANG (CABN 265181)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6831
        FAX: (415) 436-7234
8       Laura.Vartain@usdoj.gov

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        ) CASE NO. 3:22-CR-00426-JSC
                                      )
15 |     Plaintiff,                   )
                                      ) PETITION FOR WRIT OF HABEAS CORPUS
16 |     v.                           ) AD PROSEQUENDUM
                                      )
17 | DAVID DEPAPE,                    )
                                      )
18 |     Defendant.                   )
                                      )
19

20  TO:    The Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern

21         District of California

22

23         Assistant United States Attorney Laura Vartain Horn respectfully requests that the Court issue a

24  Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DAVID DEPAPE, whose place of

25  custody or jailor are set forth in the requested Writ, attached hereto.

26  //

27  //

28  //

1 | The prisoner, DAVID DEPAPE, is required to appear as a defendant in the above-entitled matter
2 | in this Court on the date identified in the writ and therefore petitioner prays that the Court issue the Writ
3 | as presented.
4 | Dated: November 28, 2022

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
LAURA VARTAIN HORN
Assistant United States Attorney
EDWARD CHANG
Special Assistant United States Attorney

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
EDWARD CHANG (CABN 265181)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6831
   FAX: (415) 436-7234
   Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br>DAVID DEPAPE, <br><br>    Defendant. | CASE NO. 3:22-CR-00426-JSC <br><br> [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DAVID DEPAPE, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be issued as presented.

DATED: _____                     _____
                                                                              HON. JACQUELINE SCOTT CORLEY
                                                                              United States District Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: MARK KOLC, United States Marshal for the Northern District of California and PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable JACQUELINE SCOTT CORLEY, United States Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 8, San Francisco, California 94102 on November 30, 2022 at 09:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK