# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CRIMINAL MINUTES

**Date:** November 30, 2022　　**Time:** 00:03　　**Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 22-cr-00426-JSC-1　　**Case Name:** USA v. David Wayne Depape
　　　　　　　　　　　　　　　[x] Present　[ ] Not Present　[x] In-Custody & Remanded

**Attorney for Government:** Laura Horn
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means　　　　　　　　**Liberty Recording Time:** 9:00-9:03

## PROCEEDINGS

Initial status conference held. The government has produced a substantial amount of discovery already and will produce additional discovery by the end of the year. The defendant to remain in custody in San Francisco. The matter is continued to **February 8, 2023 at 9:00 a.m.** for a further status conference.

**EXCLUDABLE DELAY:**
Category: Effective preparation of counsel.
**Begins:** November 30, 2022
**Ends:** February 8, 2023