STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Fax: (415) 436-7234
    Email: Kyle.Waldinger@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 22-00426 JSC |
|---|---|
| Plaintiff, | ) **NOTICE OF APPEARANCE OF ADDITIONAL ASSISTANT UNITED STATES ATTORNEY** |
| v. | ) |
| DAVID WAYNE DEPAPE, | ) |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN that Assistant United States Attorney KYLE F. WALDINGER is assigned to this matter as an additional Assistant United States Attorney. In addition to serving AUSA Laura Vartain Horn, please serve all future pleadings and filings on AUSA Waldinger at 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102-3495 and Kyle.Waldinger@usdoj.gov.

DATED: December 12, 2022

                                         STEPHANIE M. HINDS
                                         United States Attorney


                                         /s/_____
                                         KYLE. F. WALDINGER
                                         Assistant United States Attorney