JODI LINKER
Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  415.436.7700
Facsimile:   415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant DEPAPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 22-0426-JSC |
|---|---|
| Plaintiff, | **UNOPPOSED REQUEST AND [PROPOSED] ORDER RE: USE OF DIGITAL DEVICE IN CUSTODY** |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

Defendant David Wayne Depape is currently in custody at San Francisco County Jail. There is voluminous discovery in this case, some of which is in a digital format that can only be efficiently reviewed by the defendant on a computer, tablet or other electronic device.

Accordingly, he requests that the Court issue an order permitting him to have a computer, tablet, or other electronic device, including the San Francisco Sheriff Office's Discovery USB, made available to him in custody. Defense counsel will provide the San Francisco Sheriff's Office with a tablet for this circumstance.

Neither the government nor the San Francisco County Sheriff's Office opposes this request.

Respectfully submitted,

Date: January 27, 2023                                        _____/S_____
                                                                              JODI LINKER
                                                                              Attorney for Mr. Depape

# [PROPOSED] ORDER

TO: PAUL M. MIYAMOTO, THE SHERIFF OF SAN FRANCISCO COUNTY, AND TO THE SAN FRANCISCO COUNTY SHERIFF'S OFFICE AT SF COUNTY JAIL:

The Court orders that Defendant David Depape be permitted to use a computer, tablet, or other electronic device, including the San Francisco Sheriff Office's Discovery USB, while in custody for the sole purpose of reviewing discovery and legal materials that relate to his criminal case.

IT IS SO ORDERED.

_____  _____
Date                                                         JACQUELINE SCOTT CORLEY
                                                                      United States District Judge