1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  LAURA VARTAIN HORN (CABN 258485)
   KYLE F. WALDINGER (CABN 298752)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6831/6830
       Fax: (415) 436-7234
8      Email: Laura.Vartain@usdoj.gov
              Kyle.Waldinger@usdoj.gov
9
   Attorneys for the United States of America
10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,        ) CASE NO. 3:22-CR-00426-JSC
                                      )
15 |     Plaintiff,                   )
                                      ) [PROPOSED] ORDER GRANTING PETITION
16 |     v.                           ) FOR WRIT OF HABEAS CORPUS AD
                                      ) PROSEQUENDUM
17 | DAVID DEPAPE,                    )
                                      )
18 |     Defendant.                   )
                                      )
19

20      Upon motion of the United States of America, and good cause appearing therefore,

21 IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

22 Corpus Ad Prosequendum requiring the production of defendant DAVID DEPAPE, before this Court on

23 the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be

24 issued as presented.

25

26 DATED: January 31, 2023                          _____
                                                    HON. JACQUELINE SCOTT CORLEY
27                                                  United States District Judge

28

[PROPOSED] ORDER
CASE NO. 3:22-CR-00426-JSC

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: MARK KOLC, United States Marshal for the Northern District of California and PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 8, San Francisco, California 94102 on February 8, 2023 at ~~09:00 am,~~ 10:00 a.m. (ahm) or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED: January 31, 2023

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _/s/ Ada Means_
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-CR-00426-JSC