# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CRIMINAL MINUTES

**Date:** February 8, 2023  **Time:** 00:05  **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 22-cr-00426-JSC-1  **Case Name:** USA v. David Wayne Depape
[x] Present   [ ] Not Present   [x] In-Custody & Remanded

**Attorney for Government:** Kyle Waldinger
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means    **Court Reporter:** Belle Ball

## PROCEEDINGS

Further status conference held. The government has produced additional 16,000 pages of discovery and forensic images from Mr. Depape's devices. Defense will need time to review the documents and forensic images. The matter is continued to **March 15, 2023 at 10:00 a.m.** for a further status conference.

**EXCLUDABLE DELAY:**
Category:  Effective preparation of counsel.
**Begins:** February 8, 2023
**Ends:** March 15, 2023