STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831/6830
    Fax: (415) 436-7234
    Email: Laura.Vartain@usdoj.gov
           Kyle.Waldinger@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-00426-JSC |
| Plaintiff, | |
| v. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| DAVID DEPAPE, | |
| Defendant. | |

TO:    The Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California

Assistant United States Attorneys Laura Vartain Horn and Kyle F. Waldinger respectfully request that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DAVID DEPAPE, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

///

///

///

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM [CASE NO. 3:22-CR-00426-JSC]

The prisoner, DAVID DEPAPE, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and therefore petitioner prays that the Court issue the Writ as presented.

At the parties' last appearance in this case, the Court inquired the "anti-shuttling" rules. The government understands the Court to have been referring to the Interstate Agreement on Detainers Act ("IADA"). *See* 18 U.S.C. app. 2. The IADA's provisions apply to prisoners who are serving a "term of imprisonment." *See, e.g.*, 18 U.S.C. app. 2, § 2, arts. III(a) & IV(a). Because the defendant Depape is serving neither a state nor a federal "term of imprisonment," and because he is in pretrial detention in the custody of state officials, the anti-shuttling provisions of the IADA are not implicated. *See, e.g.*, *United States v. Reed*, 620 F.2d 709, 711 (9th Cir. 1980) (noting that "appellant was not serving a 'term of imprisonment'" and that "neither a pretrial detainee nor a parole violator has a sufficient interest in the rehabilitation programs of his confining institution to justify invocation of the [IADA]"); *see also United States v. Carnes*, 41 F. Supp. 2d 719, 721 (E.D. Mich. 1999) ("By its express terms, the IAD[A] applies only to prisoners 'serving a term of imprisonment in any party State.'") (quoting IADA, § 2, art. IV(a)).

DATED: March 9, 2023

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
LAURA VARTAIN HORN
KYLE F. WALDINGER
Assistant United States Attorneys

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831/6830
    Fax: (415) 436-7234
    Email: Laura.Vartain@usdoj.gov
            Kyle.Waldinger@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:22-CR-00426-JSC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| DAVID DEPAPE, | ) | |
| Defendant. | ) | |

    Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DAVID DEPAPE, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be issued as presented.

DATED: _____                _____
                                                          HON. JACQUELINE SCOTT CORLEY
                                                          United States District Judge

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  MARK KOLC, United States Marshal for the Northern District of California and PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 8, San Francisco, California 94102 on March 22, 2023 at 10:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
    DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-CR-00426-JSC