# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CRIMINAL MINUTES

**Date:** March 22, 2023  **Time:** 00:09  **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 22-cr-00426-JSC-1   **Case Name:** USA v. David Wayne Depape
[x] Present   [ ] Not Present   [x] In-Custody & Remanded

**Attorney for Government:** Laura Vartain Horn/Kyle Waldinger
**Attorney for Defendant:** Jodi Linker

**Deputy Clerk:** Ada Means                **Court Reporter:** Ana Dub

## PROCEEDINGS

Further status conference held. The government reported that all discovery has been produced; however, there may be a few supplemental items that will trickle in. The hearing on Defendant's Motion to Change Venue is set for **May 30, 2023 at 10:00 a.m.** Pretrial conference is set for October 11, 2023 and jury trial is set for October 23, 2023. Counsel to submit a stipulated pretrial schedule by April 5, 2023.

**EXCLUDABLE DELAY:**
Category: Effective preparation of counsel.
**Begins:** March 22, 2023
**Ends:** May 30, 2023