JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:       (415) 436-7706
Email:             Angela_chuang@fd.org

Counsel for Defendant DEPAPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 22–426 JSC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SET PRETRIAL DEADLINES** |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

The above titled matter is currently scheduled for a pretrial conference on October 11, 2023, and for trial beginning on October 23, 2023. The parties have met and conferred regarding pretrial deadlines, and stipulate to the following proposed schedule, all subject to the defendant's right to an effective defense:

- <u>July 28, 2023:</u> Joint proposed jury questionnaire including case description and involved individuals list;
- <u>August 1, 2023</u>: Deadline for Rule 16 and Criminal Local Rule 16-1(c) discovery and disclosures, including the government's expert disclosures, if any, and

excepting defense expert disclosures. Government to produce *Brady*, *Giglio*, and *Jencks* materials;

- August 2, 2023: Status conference at 10:00 AM regarding jury questionnaires;
- August 30, 2023: Government to produce its draft witness and exhibit lists to the defense;
- September 6, 2023: Deadline for the defendant's expert disclosures, if any;
- September 13, 2023: Motions *in limine*, serve and file exhibit and witness lists (excluding rebuttal and impeachment witnesses), exchange exhibits or provide Bates numbers of exhibits already in opposing party's possession;
- September 27, 2023: Oppositions to motions *in limine*;
- October 4, 2023: Replies to motions *in limine*, joint proposed jury instructions, proposed verdict form;
- October 4, 2023: Parties to file joint Pretrial Conference Statement in accordance with Criminal Local Rule 17.1-1(b);
- October 11, 2023: Pretrial conference at 10:00 AM;
- October 23, 2023: Trial.

IT IS SO STIPULATED.

| | |
|---|---|
| April 3, 2023<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California |
| | /S<br>LAURA VARTAIN HORN<br>KYLE WALDINGER<br>Assistant United States Attorneys |

|  |  |
|---|---|
| April 3, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>　　　　　　/S<br>ANGELA CHUANG<br>JODI LINKER<br>Attorneys for David DePape |

# [PROPOSED] ORDER

For the reasons stated above, the Court hereby adopts the proposed schedule for pretrial deadlines.

IT IS SO ORDERED.

DATED: _____

JACQUELINE S. CORLEY
United States District Judge