JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:          Angela_chuang@fd.org

Counsel for Defendant DEPAPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | Case No.: CR 22–426 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |

The above titled matter is currently scheduled for a hearing on a motion to change venue on May 30, 2023. The defense requires additional time to fully investigate issues pertinent to the motion before it will be ready to file. The parties have met and conferred, and stipulate that the briefing schedule should be modified as proposed below. This modified schedule will not affect the trial date currently set for October 23, 2023:

- Defense motion due by June 14, 2023;
- Opposition due by July 5, 2023;
- Reply (if any) due by July 12, 2023;

- Motion hearing on July 19, 2023 at 10:00 AM.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act from May 30, 2023, until July 19, 2023. The parties agree that the ends of justice served by ordering this continuance outweigh the best interest of the public and the defendants' right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A). The parties further stipulate that a failure to grant the requested continuance would also deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

April 11, 2023
Dated

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S
LAURA VARTAIN HORN
KYLE WALDINGER
Assistant United States Attorneys

April 11, 2023
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ANGELA CHUANG
JODI LINKER
Attorneys for David DePape

**[PROPOSED] ORDER**

For the reasons stated above, the Court VACATES the hearing currently scheduled for May 30, 2023, and continues the case to July 19, 2023, at 10:00 AM for a hearing on a motion to change venue. The Court hereby adopts the above modified briefing schedule.

The Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 30, 2023, through July 19, 2023, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: _____

JACQUELINE S. CORLEY
United States District Judge