```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        helen.gilbert@usdoj.gov
8
   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-00426 JSC |
| Plaintiff, | NOTICE OF ADDITIONAL COUNSEL |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Helen L. Gilbert appears in this matter in addition to AUSAs Laura Vartain Horn and Kyle F. Waldinger. Future ECF notices should be sent to Assistant United States Attorney Helen L. Gilbert with the following contact information:

> Helen L. Gilbert
> Assistant United States Attorney
> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7200
> FAX: (415) 436-7234
> Helen.Gilbert@usdoj.gov

1 | AUSA Laura Vartain Horn and Kyle F. Waldinger remain as counsel for the government in this case.

3 | DATED: | Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

s/*Helen L. Gilbert*
_____
HELEN L. GILBERT
Assistant United States Attorney