```
JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      Angela_chuang@fd.org
```

Counsel for Defendant DEPAPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | Case No.: CR 22–426 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL DEADLINES AND CONTINUE TRIAL DATE** |

  The above titled matter is currently scheduled for a pretrial conference on October 11, 2023, and for trial beginning on October 23, 2023. To remedy scheduling issues, the parties have agreed to a brief continuance of a few weeks and to modifying the pretrial schedule as follows, all subject to the defendant's right to an effective defense:

- <u>July 28, 2023</u>: Joint proposed jury questionnaire including case description and involved individuals list;

- <u>August 2, 2023</u>: Status conference at 11:30 AM regarding jury questionnaires;

1
2
3
4
- <u>August 15, 2023</u>: Deadline for Rule 16 and Criminal Local Rule 16-1(c) discovery and disclosures, including the government's expert disclosures, if any, and excepting defense expert disclosures. Government to produce *Brady*, *Giglio*, and *Jencks* materials;

5
6
- <u>September 13, 2023:</u> Government to produce its draft witness and exhibit lists to the defense;

7
- <u>September 20, 2023</u>: Deadline for the defendant's expert disclosures, if any;

8
9
10
- <u>September 27, 2023</u>: Motions *in limine*, serve and file exhibit and witness lists (excluding rebuttal and impeachment witnesses), exchange exhibits or provide Bates numbers of exhibits already in opposing party's possession;

11
- <u>October 11, 2023</u>: Oppositions to motions *in limine*;

12
13
- <u>October 18, 2023</u>: Replies to motions *in limine*, joint proposed jury instructions, proposed verdict form;

14
15
- <u>October 18, 2023</u>: Parties to file joint Pretrial Conference Statement in accordance with Criminal Local Rule 17.1-1(b);

16
- <u>October 25, 2023</u>: Pretrial conference at 10:00 AM;

17
- <u>November 6, 2023 and subsequent days as needed:</u> Jury selection;

18
- <u>November 13, 2023</u>: Trial.

19  The government would oppose any additional continuance of the trial date.

20  The parties also agree that failing to exclude the time from May 19, 2023, to November
21  13, 2023, would unreasonably deny counsel for the defendant the reasonable time necessary for
22  effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
23  § 3161(h)(7)(B)(iv). Furthermore, the parties agree that the ends of justice served by excluding
24  the time from May 19, 2023, to November 13, 2023, from computation under the Speedy Trial
25  Act outweigh the best interests of the public and the defendant in a speedy trial and that,
26  / / /
27  / / /
28  / / /

[<s>PROPOSED</s>] STIPULATED ORDER
*DEPAPE*, CR 22–426 JSC

therefore, excluding the time between those dates from computation under the Speedy Trial Act is appropriate. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

| May 19, 2023 | ISMAIL J. RAMSEY |
| Dated | United States Attorney |
| | Northern District of California |

_____/S_____
LAURA VARTAIN HORN
HELEN GILBERT
KYLE F. WALDINGER
Assistant United States Attorneys

| May 19, 2023 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

_____/S_____
ANGELA CHUANG
JODI LINKER
Attorneys for David DePape

**[~~PROPOSED~~] ORDER**

For the reasons stated above, the Court hereby adopts the modified schedule for pretrial deadlines and continues the trial date in this matter to November 13, 2023, with jury selection on November 6, 2023. The currently scheduled trial date of October 23, 2023, is vacated.

The Court also finds that failing to exclude the time from May 19, 2023, to November 13, 2023, would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 19, 2023, to November 13, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 19, 2023, to November 13, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   May 22, 2023

_____
JACQUELINE S. CORLEY
United States District Judge