1

JODI LINKER
Federal Public Defender

2

Northern District of California
TODD M. BORDEN

3

Assistant Federal Public Defender
19th Floor Federal Building - Box 36106

4

450 Golden Gate Avenue
San Francisco, CA 94102

5

Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706

6

Email:          Todd_Borden@fd.org

7

8

Counsel for Defendant DePape

9

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

UNITED STATES OF AMERICA,

**Case No.:** CR 22–426 JSC

15

Plaintiff,

**NOTICE OF APPEARANCE**

16

v.

17

DAVID DEPAPE,

18

Defendant.

19

20

The Federal Public Defender was previously appointed as counsel for defendant in the above-

21

captioned action.  Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal

22

Public Defender Todd M. Borden, enters his general appearance as additional counsel for defendant.

23

Counsel's contact information is listed above.

24

25

26

27

28

NOTICE OF APPEARANCE
*DEPAPE*, CR 22–426 JSC

1

2

Dated:      June 14, 2023                    Respectfully submitted,

3
                                             JODI LINKER
4                                            Federal Public Defender
                                             Northern District of California
5
                                                        /S
6                                            TODD M. BORDEN
                                             Assistant Federal Public Defender
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
*DEPAPE*, CR 22–426 JSC