**APPENDIX B: SURVEY INSTRUMENT**

# SCREENING FORM - SAN FRANCISCO
Cell

**Intro1.** Hello. My name is (your name) calling from the (Survey Company Name). We are not selling anything and this is not a political poll. We're doing a public opinion survey among local residents to obtain opinions about an upcoming jury trial. Your cooperation is very important because your household was selected at random by computer as being representative of your county. Again, we are not selling anything and this is not a political poll.

*[IF RESPONDENT HESITATES TO COOPERATE, SAY:* ***If you like, you can verify the authenticity of the survey by calling NAME at SURVEY COMPANY during regular office hours; call collect PHONE NUMBER.***

**S0.** *[Do Not Read]* **Does the respondent have a reasonable working knowledge of English?**

   1..........Yes
   2..........No → → → →*Discontinue Survey*

**S1.** **First, what county do you live in?**

   1………………  Alameda County
   2……………..   Contra Costa County
   3………………  Marin County
   4………………  Napa County
   5………………..  San Francisco County
   6………………..  San Mateo County
   7……………….. Sonoma County
   97……………..   Other → → → →    *Discontinue Survey*
   98……………….  Don't know → → →    *Discontinue Survey*
   99………………   Refused → → → →    *Discontinue Survey*

**S2.** **Have I reached you on your cell phone or landline?**

   1..........Cell phone
   2..........Landline

**S3.** **Are you a U.S. citizen who is 18 or older with a California driver's license or state-issued identification card with a [county identified in S1] address shown on it?**

   1..........Yes  → → →     *SKIP to S4*
   2..........No  → → → →     *SKIP to S3a*
   9..........Refused → → → →  *SKIP to S3a*

1

S3a. **Are you a U.S. citizen who is 18 or older and registered to vote in [county identified in S1]?**

        1..........Yes
        2..........No → → → → *Discontinue Survey*
        9..........Refused → → *Discontinue Survey*

S4. **Are you in a place where you can safely talk on the phone and answer my questions?**

        1..........Yes → → →  *SKIP to Main Questionnaire*
        2..........No → → → →

    S4a **When is a safe time for me to call you back?**

        Timed Callback..........1 → → → → *[Callback date/time: _____ ]*
        Refused        9 → → → → *Discontinue Survey*

# MAIN QUESTIONNAIRE

Before I begin asking you questions, I'd like you to know that there are no right or wrong answers and that you are free to respond with a "<u>don't know</u>" or "<u>no opinion</u>" answer to any question. All of your answers will remain confidential!

Q1. Now I'd like to read you a few statements about the criminal justice system. Please tell me whether you <u>strongly agree;</u> <u>somewhat agree;</u> <u>somewhat disagree;</u> or <u>strongly disagree</u> with the following statement:

Q1a.  If the government brings someone to trial, that person is probably guilty.

        Strongly agree...............	1
        Somewhat agree..........	2
        Somewhat disagree......	3
        Strongly disagree..........	4
        No opinion...............	5
        Don't know....................	8
        Refused/NA..................	9

Q1b.  Next.  Even the worst criminal should be considered for mercy.

        Strongly agree...............	1
        Somewhat agree..........	2
        Somewhat disagree......	3
        Strongly disagree..........	4
        No opinion...............	5
        Don't know....................	8
        Refused/NA..................	9

Q1c.  Many Republican voters believe it is okay to use violence to achieve their political and cultural policies.

        Strongly agree...............	1
        Somewhat agree..........	2
        Somewhat disagree......	3
        Strongly disagree..........	4
        No opinion...............	5
        Don't know....................	8
        Refused/NA..................	9

Q2a. Now I'd like to ask you about a specific case in the Bay Area. Back in 2022, David DePape allegedly broke into Nancy Pelosi's home in San Francisco while she was away in Washington. He was arrested and charged with allegedly assaulting her husband Paul Pelosi and with attempting to kidnap Nancy Pelosi.

```
Yes.………................1 GO TO Q3a
No.………................. 2 GO TO Q2b
Don't know.................   8 GO TO Q2b
Refused/NA………….   9 GO TO Q2b
```

Q2b. David DePape allegedly used a hammer to break a window and force his way into the Pelosis' home. Have you read, seen, or heard anything about this case?

```
Yes.………................1 GO TO Q3a
No.………................. 2 GO TO Q9
Don't know.................   8 GO TO Q9
Refused/NA………….   9 GO TO Q9
```

> Q3a. Based on what you have read, seen, or heard about this case, do you believe David DePape is <u>definitely</u> guilty; <u>probably</u> guilty; <u>probably</u> <u>not</u> guilty; or <u>definitely</u> <u>not</u> guilty of assaulting Paul Pelosi?
>
> | | |
> |---|---|
> | Definitely guilty.................. | 1 |
> | Probably guilty.................. | 2 |
> | Probably not guilty............ | 3 |
> | Definitely not guilty............ | 4 |
> | No opinion............... | 5 |
> | *Other……………………..... | 7 |
> | Don't know........................ | 8 |
> | Refused/NA........................ | 9 |
>
> **THE RESPONSE OPTIONS SHOULD BE ROTATED FOR HALF THE SAMPLE**
>
> *Record responses
>
> Q3b. Given what you have read, seen, or heard about this case, would David DePape have a difficult time convincing you that he **is not—repeat is not—** guilty of assaulting Paul Pelosi?
>
> | | |
> |---|---|
> | Yes........................................... | 1 |
> | No............................................ | 2 |
> | No opinion………………….... | 5 |
> | Don't know.............................. | 8 |
> | Refused/NA.............................. | 9 |

> Q3c. Based on what you have read, seen, or heard about this case, do you believe David DePape is <u>definitely</u> guilty; <u>probably</u> guilty; <u>probably</u> <u>not</u> guilty; or <u>definitely</u> <u>not</u> guilty of attempting to kidnap Nancy Pelosi?
>
> | | |
> |---|---|
> | Definitely guilty.................. | 1 |
> | Probably guilty................... | 2 |
> | Probably not guilty............ | 3 |
> | Definitely not guilty............ | 4 |
> | No opinion............... | 5 |
> | *Other…………………….. | 7 |
> | Don't know........................ | 8 |
> | Refused/NA........................ | 9 |
>
> **THE RESPONSE OPTIONS SHOULD BE ROTATED FOR HALF THE SAMPLE**
>
> *Record responses
>
> Q3d. Given what you have read, seen, or heard about this case, would David DePape have a difficult time convincing you that he **is not—repeat is not—** guilty of attempting to kidnap Nancy Pelosi?
>
> | | |
> |---|---|
> | Yes........................................... | 1 |
> | No............................................ | 2 |
> | No opinion……………….. | 5 |
> | Don't know............................... | 8 |
> | Refused/NA............................. | 9 |

Q4a.  What have you read, seen, or heard about this case?

Q4b What other opinions do you have about David DePape and the assault of Paul Pelosi?

Q4c. How did you and the people in your community react to this crime?

Q5.  As you may know, the media have reported a number of things about this case.  Some people may remember some things, while others may remember other things.  We're interested in what <u>you</u> may remember, even if you already told me in one of the previous questions.

[<u>**ONLY**</u> THOSE WHO ANSWERED "YES" ON Q2a SHOULD BE ASKED QUESTION Q5a]

Q5a.  Have you read, seen, or heard if David DePape allegedly used a hammer to break a window and force his way into the Pelosis' home?

| | |
|---|---|
| Yes........................................... | 1 |
| No............................................ | 2 |
| Don't know............................. | 8 |
| Refused/NA............................. | 9\ |

5

[EVERYONE WHO ANSWERED "YES" ON Q2A OR Q2B SHOULD BE ASKED Q5B-Q5F]

Q5b.  Have you read, seen, or heard if David DePape's plan to harm Nancy Pelosi was politically motivated?

> Yes............................................ 1
> No............................................. 2
> Don't know................................ 8
> Refused/NA.............................. 9

Q5c.  Have you read, seen, or heard if David DePape hit Paul Pelosi in the head with a hammer?

> Yes............................................ 1
> No............................................. 2
> Don't know................................ 8
> Refused/NA.............................. 9

Q5d.  Have you read, seen, or heard if several prominent conservative public figures and elected officials spread misinformation about the assault on Paul Pelosi?

> Yes............................................ 1
> No............................................. 2
> Don't know................................ 8
> Refused/NA.............................. 9

Q5e.  Have you read, seen, or heard if David DePape told investigators that he planned to hold Nancy Pelosi hostage and break her kneecaps if she did not tell him the truth?

> Yes............................................ 1
> No............................................. 2
> Don't know................................ 8
> Refused/NA.............................. 9

Q5f.  Have you read, seen, or heard if police officers saw David DePape hit Paul Pelosi in the head after a brief struggle over the hammer?

> Yes............................................ 1
> No............................................. 2
> Don't know................................ 8
> Refused/NA.............................. 9

Q6a.   Have you ever talked about this crime with your family, friends, or co-workers, or discussed it online, for example, on Facebook or other social media sites?

  Yes............................................ 1
  No............................................. 2
  Don't know................................ 8
  Refused/NA............................... 9

Q6b.   Have you ever heard others talking about this crime in person or online?

  Yes............................................ 1
  No............................................. 2
  Don't know................................ 8
  Refused/NA............................... 9

Q7a.  Have you ever seen video of David DePape breaking into the Pelosis' home or footage of him hitting Paul Pelosi with a hammer?

  Yes............................................ 1
  No............................................. 2 (GO TO Q7C)
  Don't know................................ 8 (GO TO Q7C)
  Refused/NA............................... 9 (GO TO Q7C)

Q7b.  Can you tell me what you saw in the videos?_____

Q7c.  Have you ever read about or heard the media describe the video of David DePape breaking into the Pelosis' home with a hammer?

  Yes............................................ 1
  No............................................. 2
  Don't know................................ 8
  Refused/NA............................... 9

Q7d.  Have you ever read about or heard the media describe the video of David DePape hitting Paul Pelosi with a hammer?

Q8a.   Have you ever read the transcript or heard the 911 call Paul Pelosi made to police?

  Yes............................................ 1
  No............................................. 2
  Don't know................................ 8
  Refused/NA............................... 9

Q8b.  Have you read or heard statements David DePape made about this crime to investigators or to KTVU News?

    Yes............................................. 1
    No.............................................. 2 (GO TO Q9)
    Don't know............................... 8 (GO TO Q9)
    Refused/NA.............................. 9 (GO TO Q9)

Q8c.  Can you tell me what you read or heard?_____

Q9.  Finally, I have a couple of more questions to be sure we have included all groups in this survey.  All of your answers will remain confidential.

[ASK EVERYONE]

Q9a.  First, how often do you read a hard copy or online version of a newspaper?  Would you say you read it <u>every day</u>, <u>several times a week</u>, <u>once or twice a week</u>, <u>less often than once a week</u>, or <u>never</u>?

    Every day................................................... 1  (GO TO Q9b)
    Several times a week............................. 2  (GO TO Q9b)
    Once or twice a week............................. 3  (GO TO Q9b)
    Less often than once a week................ 4  (GO TO Q9b)
    Never…………………………………….. 5  (GO TO Q10)
    Don't know............................................. 8 (GO TO Q9b)
    Refused/NA........................................... 9 (GO TO Q9b)

Q9b.  What newspapers do you read?  I am interested in both local and out-of-town papers.

(PROBE) Do you read any other papers?

| LOCAL PUBLICATIONS | |
|---|---|
| Alameda Journal | 1 |
| Alameda Times-Star | 2 |
| Argus, The | 3 |
| Bay Area Reporter | 4 |
| Bay Citizen, The | 5 |
| Bay City News | 6 |
| Berkeley Barb | 7 |
| Berkeley Daily Planet | 8 |
| Berkeley Tribe | 9 |
| Berkeleyside | 10 |
| Daily Review | 11 |
| East Bay Express | 12 |
| East Bay Today | 13 |
| Good Times | 14 |

| | |
|---|---|
| Half Moon Bay Review | 15 |
| Healdsburg Enterprise | 16 |
| Last Times, The | 17 |
| Mercury News | 18 |
| Napa Sentinel | 19 |
| Oakland Post | 20 |
| Oakland Tribune | 21 |
| Pacific Sun | 22 |
| Peninsula Observer | 23 |
| Pleasanton Weekly | 24 |
| Point Reyes Light | 25 |
| Press Democrat, The | 26 |
| Richmond Globe | 27 |
| Richmond Post | 28 |
| San Francisco Bay Guardian | 29 |
| San Francisco Bay Times | 30 |
| San Francisco Bay View | 31 |
| San Francisco Call | 32 |
| San Francisco Chronicle | 33 |
| San Francisco Daily | 34 |
| San Francisco Examiner | 35 |
| San Francisco Foghorn | 36 |
| San Francisco Oracle | 37 |
| San Francisco Sentinel | 38 |
| San Mateo County Times | 39 |
| San Mateo Daily Journal | 40 |
| Santa Cruz Sentinel | 41 |
| Sausalito News | 42 |
| SF Public Press | 43 |
| SF Weekly | 44 |
| Sonoma Valley Sun | 45 |
| Spectator Magazine | 46 |
| St. Helena Star | 47 |
| Tenderloin Times | 48 |
| Tri-City Voice | 49 |
| Tri-Valley Herald | 50 |
| Vallejo Times Herald | 51 |
| West Marin Citizen | 52 |
| **OUT OF STATE PUBLICATIONS** | |
| New York Times | 53 |
| USA Today | 54 |
| Wall Street Journal | 55 |
| Washington Post | 56 |
| Other: Specify | 97 |
| Don't know | 98 |

| | |
|---|---|
| Refused/NA | 99 |

[RECORD UP TO 4 NEWSPAPERS]

INSTRUCTION: DO NOT READ THE LIST OF NEWSPAPERS TO RESPONDENTS.

Q10.  How often do you listen to local news on the radio or watch it on television?  Do you listen to or watch local news:  every day, several times a week, once or twice a week, less often than once a week, or never?

       Every day.................................................. 1
       Several times a week............................ 2
       Once or twice a week............................ 3
       Less often than once a week............... 4
       Never………………………………….. 5
       Don't know............................................ 8
       Refused/NA........................................... 9

Q11. How do you follow or keep up with local and national news?_____

Q12.  How often do you see local news or news related updates on social media sites such as Facebook or Twitter?  Do you see local news or news related updates on social media sites every day, several times a week, once or twice a week, less often than once a week, or never?

       Every day.................................................. 1
       Several times a week............................ 2
       Once or twice a week............................ 3
       Less often than once a week............... 4
       Never………………………………….. 5
       Don't know............................................ 8
       Refused/NA........................................... 9

Q13. What city or town do you live in or nearest?_____

Q14.  Could you please tell us how old you are?

(DO NOT READ RESPONSES.  IF RESPONDENT ANSWERS, E.G., "OVER 30," PROBE)

       18-24..................................... 1
       25-34..................................... 2
       35-44..................................... 3
       45-54..................................... 4
       55-64..................................... 5
       65 or over ............................ 6
       Refused/NA  ...................... 9

Q15. Regardless of race, are you of Hispanic, Latino, or Spanish origin?

|  |  |
|---|---|
| Yes ...................................... | 1 |
| No ....................................... | 2 |
| Don't know ......................... | 8 |
| Refused/NA ......................... | 9 |

Q16. Could Regardless of your Hispanic, Latino, or Spanish origin, what is your race?  Are you white, African American, Asian, Pacific Islander, American Indian, a member of some other race, or of mixed race?

|  |  |
|---|---|
| White………..…………… | 1 |
| African American ………… | 2 |
| Asian……………………….. | 3 |
| Pacific Islander……………. | 4 |
| American Indian …………. | 5 |
| Mixed……………………… | 6 |
| Other: Specify_____ | 97 |
| Don't know………………... | 98 |
| Refused/NA………………. | 99 |

Q17. Finally, for statistical purposes only, we need to know if you have ever been convicted of a felony.

|  |  |
|---|---|
| Yes ...................................... | 1  [**TERMINATE**] |
| No ....................................... | 2 |
| Don't know ........................... | 8 |
| Refused/NA ......................... | 9 |

Q18. (NOTE GENDER OF RESPONDENT)

|  |  |
|---|---|
| Female …………................... | 1 |
| Male ………………………… | 2 |

Well, those are all the questions that I have.  Lastly, let me verify that I dialed ___-_____.
Again, my name is (*Your First Name*), and on occasion a small percentage of people like you are called back just to verify that this interview actually took place.  May I please have your first name, and first name only, so my supervisor will know whom to ask for in case this interview is verified? Thank you for your time and have a good (evening/day)!

Respondent Name:_____     Phone (   )_____-_____
Interview Date:_____             End Time:_____