**APPENDIX C: SAN FRANCISCO PRINT MEDIA COMPILATION**

**San Francisco Examiner (CA)**

October 28, 2022

Section: Forum

Topics:

**Index Terms:**
Our Sections

**Think the attack on Paul Pelosi is a wake-up call? Keep dreaming.**

Author: *The Examiner Editorial Board |*

Article Text:

Perhaps our collective descent into fantasy and paranoia was inevitable. After all, there are only so many "isms" we can fight as a means of self-actualization and social mythmaking. America's battles against fascism, communism and terrorism — righteous as they were — all had the added knock-on effect of galvanizing a significant portion of the country against a monolithic "big bad," an amorphous, swirling threat that defined us by what we weren't.

The rise of Donald Trump turned that calculus on its head. Like so many demagogues before him, Trump turned people's ire inward, cleaving the body politic like a skilled butcher while his media enablers and congressional supplicants giddily cheered him on.

A substantial subset of Americans, fed a steady diet of toxic nonsense by the likes of Tucker Carlson, Alex Jones and countless other political charlatans, now believes that the January 6 insurrection was a walk in the park, rampant voter fraud is real, Trump actually won the 2020 election and top Democrats belong to a secret cabal of pedophiles who drink babies' blood.

Tens of millions of adults think that political violence is justified — for their side.

Is it any surprise that an unhinged man broke into the private home of the 82-year-old speaker of the house and attacked her husband with a hammer?

Well-wishes and official expressions of concern for **Paul Pelosi** are cold comfort coming from Republican officials who have routinely and repeatedly turned a blind eye to political violence, shrugged off Trump's repugnant rhetoric and chosen to blast political opponents as people who "hate America" or want to "destroy our country."

Political campaigns are a practice in drawing contrast, but does anyone believe that a bare-knuckled fight with Nancy Pelosi about marginal tax rates would produce the same level of social pathology we're seeing today on the right?

The truth of the matter is that Nancy Pelosi is an 82-year-old mother and grandmother who has spent 35 years working relentlessly on behalf of her constituents and American families. One can argue with her ideology, or quibble with her priorities, but anyone with even a vanishing familiarity with her as a person could never question her motives.

The attacker had his sights on Speaker Pelosi, but her husband bore the assault.

**Paul Pelosi**, the quintessential, multi-generational San Franciscan, an omnipresent bearer of good will at important civic occasions and a rock-ribbed supporter of good works, cultural institutions and the arts in The City. A man unwavering in his support of his wife's world-changing, barrier-breaking career. A man with the humility and confidence to burnish her shine without worrying about his own.

His reward for a life of generosity, civic pride and spousal devotion? Physical combat against a hammer-wielding conspiracy theorist half his age, intoxicated from the putrid brew served up by the likes of countless Trump acolytes and wannabes.

It is important to remember that the Pelosis are family people, first and foremost, robbed of their humanity by a Manichean political movement that eschews reality at every turn.

In the political fever dream that has gripped the country, it's not enough to disagree with Democrats about the optimal level of government intervention in the economy, or the contours of their preferred health care delivery system. The Trumpist soap opera only works with contemptible villains on the other side, so they manufacture them.

In a different era, the horrific home invasion and hammer attack on the octogenarian spouse of a top government official would be a moment for self-reflection among figures who have repeatedly and enthusiastically turned up the heat on an already combustible situation.

But after the events of January 6, the avalanche of threats against poll workers, the wretched rhetorical cesspool found daily at Fox News, Newsmax, OAN and Trump rallies, and the ongoing commercial success of C-student rage peddlers like Ben Shapiro and Charlie Kirk, the American right's capacity for self-correction appears to be fully extinguished.

Enough is enough.

With principled Republicans at the national level in short supply and with their influence waning, the only available remedy is for middle-of-the-road, common-sense Americans to unite in the face of this looming threat and remove the demagogues, hate-mongers and cynical clout-chasers from their positions of power.

Will it happen? We'll find out in eight days.

Copyright © 2022 San Francisco Examiner.

Record Number: c44f61bba18c9ac12e5c6b8314606f1a5577927f

**San Francisco Examiner (CA)**

October 28, 2022

Section: Our Sections

### Reaction to Paul Pelosi's assault speaks to nation's partisan psychosis

Author: *Marc Sandalow | Special to The Examiner |*

Article Text:

Sadly, there is nothing new about American political violence.

From Vice President Aaron Burr's fatal shooting of Alexander Hamilton in 1804 to the violent attack on the U.S. Capitol on Jan. 6, 2021, this country is not as immune from political thuggery as some might believe.

However, the depths of the nation's partisan psychosis, and the political sickness that has prompted speculation about democracy's future, has never been more evident than it was the moment news broke of the attack on **Paul Pelosi**, husband of the House speaker.

Paul, an affable, 82-year-old husband, father and grandfather, was bludgeoned with a hammer in the middle of the night by an intruder in his own home.

It doesn't matter whether you love or hate Nancy Pelosi, what you think about the economy, universal health care, student loans or law and order. A reasonable person feels compassion for the victim. And, no doubt, many Republicans and Democrats alike did.

Yet politics has become such a callous blood sport in this country that without any knowledge of the assailant's motives, the circumstances of the attack or **Paul Pelosi**'s condition, many Americans felt comfortable leaping to the grotesque conclusion that the assault was justified for his wife's political success if not staged for her political advantage.

"Awesome! Now the elitist leftist pigs know what a physical assault feels like," read one comment on the conservative Breitbart News site. The post blamed the attack on Pelosi's "open border policy and her unwoke, weak on crime, anti-American dogma," and offered to post the assailant's bail.

Conservative author Dinesh D'Souza, whose documentary uses widely discredited information to claim Donald Trump won the 2020 election, called the attack "the result of

5

Democratic public policy — the kind of policy that Nancy Pelosi supports. I'm less sympathetic when it boomerangs on her family."

Many Republican leaders — from Senate Republican Leader Mitch McConnell, Senators Ted Cruz and Lindsey Graham and John Dennis, Pelosi's GOP challenger in November's election — posted sympathetic messages, wishing her husband a speedy recovery.

Yet within hours of the news breaking, there were thousands — probably tens of thousands — of posts either laughing outright at the Pelosis' tragedy or raising theories ranging from cruel to ignorant.

It is tempting, though unfair, to place all the blame on Trump, who spread conspiracy theories and encouraged violence at political rallies, even as president. However, multiple researchers have documented a sharp rise in violent threats against public officials since Trump pushed his way onto the political landscape.

Bob Pape, a political scientist who runs a project exploring political violence at the University of Chicago, noted on a podcast earlier this month that while violence is not new to American politics, "this is a book with a very new chapter."

"This is coming from millions of Americans in the mainstream," Pape said. "We were used to extremism coming from the fringe. What we are seeing is extremism has moved into the mainstream."

Police identified Pelosi's alleged assailant as 42-year-old **David DePape**. He is reportedly a member of the Green Party, lives in Berkeley and has a web page on which he has posted a range of conspiracy theories, anti-censorship screeds and movie clips (including Mary Poppins).

In one sense, it doesn't matter whether he was motivated by internal demons, social media conspiracies, right- or left-wing dogma. He is just one individual, who somehow made his way into Pelosi's home.

What does matter is that news of an an 82-year-old man being brutally bludgeoned in his home was greeted by many Americans with political righteousness, lunatic conspiracy theories and even outright glee.

Having written many stories and columns myself, I have at times been on the receiving end of people's rage (though fortunately, never a hammer). When I had the grace to respond respectfully, it often prompted sheepish apologies from critics who never considered that their vile insults were directed at a real person. I'm hopeful that that is the case with many of the hurtful comments aimed at the Pelosis' on social media.

I've met **Paul Pelosi** on several occasions, though I don't pretend to know him. He is a warm and devoted father and grandfather, who along with Nancy raised a loving and tight-knit family. And like most people, I wish him a speedy recovery.

Let's hope that deep down, even those who have shown such ugliness in this incident, share that emotion. The country's future depends on such violence never becoming the norm.

Marc Sandalow is associate director of the University of California's Washington Program. He has written about California politics from Washington for nearly 30 years.

Copyright © 2022 San Francisco Examiner.

Record Number: b1508bf1d0f01978a9de87a565e9f8e4dd51b4e7

**San Francisco Examiner (CA)**

October 28, 2022

Section: Crime

Topics:

**Index Terms:**
News

**Nancy Pelosi: Husband's alleged attacker was looking for me**

Author: *Marcus White | Sr. Digital Writer | Producer*

Article Text:

The man who allegedly attacked Nancy Pelosi's husband at the couple's Pacific Heights home demanded to see the House Speaker, the San Francisco congresswoman's office said in a statement on Friday afternoon.

**Paul Pelosi** successfully underwent successful surgery for a skull fracture and "serious injuries to his right arm and hands" at San Francisco Zuckerberg General Hospital on Friday, a spokesperson for Nancy Pelosi said in a statement on Friday afternoon. Doctors expect him to make a full recovery.

Drew Hammill said that **David DePape**, the 42-year-old whom San Francisco police arrested early Friday morning after responding officers witnessed him attack Pelosi with a hammer, "acted with force" and threatened Pelosi's life.

"The Speaker and her family are thankful for the outpouring of support and prayers from friends, constituents and people around the country," Hammill said. "The Pelosi family is immensely grateful to Mr. Pelosi's entire medical team and the law enforcement officers who responded to the assault."

Asked whether **DePape**'s attack was politically motivated, San Francisco Police Chief Bill Scott said only that it was targeted. He credited police's quick response to dispatcher Heather Grives, whom he said relied on intuition to identify that something was amiss.

"Her actions, in my opinion, resulted in both a higher priority dispatch and a faster police response," Scott said. "I think this was life-saving."

An unnamed source first told CNN on Friday morning that **DePape** repeatedly shouted "Where is Nancy?" as he confronted her husband at her home. San Francisco police said in a press conference shortly after that they were investigating the motive of the attack.

During the Jan. 6, 2021 attack on the U.S. Capitol, rioters shouted, "Where are you Nancy? We're looking for you!"

CNN subsequently reported that Meta took down **DePape**'s Facebook page, on which he shared racist memes and far-right conspiracy theories. WordPress.com took down a blog bearing **DePape**'s name, but told The Examiner it couldn't comment on whether it belonged to **Paul Pelosi**'s alleged attacker. Police didn't acknowledge the website in a press conference Friday night.

Copyright © 2022 San Francisco Examiner.

Record Number: 49f45cc142a5efd13746890dc1b2f6edefc9b6

**San Francisco Examiner (CA)**

October 28, 2022

Section: Crime

Topics:

**Index Terms:**
News

**Conspiracy-filled blog bearing alleged Pelosi attacker's name pulled offline**

Author: *Marcus White | Sr. Digital Writer | Producer*

Article Text:

A blog bearing the name of the man who allegedly broke into House Speaker Nancy Pelosi's home and attacked her husband early Friday morning has been taken down.

The website was filled with racist, homophobic, sexist and transphobic posts that rail against the government, big tech, Hollywood, feminists and scores of other targets, but now includes a message saying it has been "archived or suspended" for violating the platform's terms of service.

The San Francisco Police Department announced on Friday morning that officers arrested **David DePape**, 42, after witnessing him "violently" assault **Paul Pelosi** with a hammer at the couple's Pacific Heights home.

A WordPress website listing **DePape** included posts from as recently as August and as far back as 2007. The newer posts contained slurs targeting Black, gay and transgender people, screeds against communists, as well as misogynistic and Islamophobic stereotypes and conspiracy theories invoking QAnon.

The Examiner hasn't confirmed that the **David DePape** accused of attacking Pelosi is behind the site, which includes "God Is Loving" in its URL. A WordPress.com spokesperson told The Examiner on Friday afternoon that they couldn't "comment on the details of individual sites," but that they had pulled the blog for violating the company's terms of service.

In the process of reporting this story, The Examiner found the WordPress.com site bearing **DePape**'s name after seeing screenshots from it on social media. The site was live when The Examiner reached out to Automattic, owners of WordPress.com, for comment.

When asked if the site belonged to the same **DePape** accused of attacking Pelosi, an Automattic spokesperson told The Examiner they would later provide a statement. In between Automattic's initial response and that subsequent WordPress.com statement, the blog bearing **DePape**'s name included a message saying it had "been archived or suspended in accordance" with the WordPress.com Terms of Service.

"At this time we are not confirming these details you are requesting," the San Francisco Police Department told The Examiner in an emailed response to questions about ownership of the blog.

Police didn't address the website in Friday night's press conference. San Francisco Police Chief Bill Scott said on Friday night that the attack was intentional, but he wouldn't say whether it was politically motivated.

The FBI's San Francisco field office pointed to The Examiner to a tweet that said "investigating agencies are working to determine the facts of what happened, including the motive behind the attack."

Gene and Mark **DePape**, David's stepfather and uncle, confirmed to CNN on Friday morning that a Facebook page belonging to **DePape** had shared memes, conspiracy theories and false claims about the Minneapolis police murder of George Floyd, the 2020 election, the Jan. 6, 2021 attack on the U.S. Capitol.

CNN also reported that Meta, Facebook's owner, had taken down the page on Friday, according to the outlet. The Examiner reached out to Meta to confirm they had removed **DePape**'s page, and if it contained links to the WordPress site. The company didn't respond prior to publication.

The **David DePape** behind the WordPress site first posted on June 24, 2007, with a post headline referencing Stephen Colbert's roast of then-President George W. Bush at the 2006 White House Correspondents Dinner. That post contained no body text, and subsequent writings published that day centering mostly on religion.

This **DePape**'s WordPress didn't post again until Aug. 24 of this year, and stopped after Aug. 27. Those posts first linked to a series of videos censoring animated Disney films to make it seem like the characters were swearing. The videos were posted on the website under the tag "Unnecessary Censorship," and **DePape** then railed against what he perceived to be censorship in his subsequent posts.

Most of the posts contained screenshots of articles or videos from other websites, crudely covering their contents with black bars mimicking from official documents. White text captions overlaid those bars, the typo-riddled contents of which are written from the perspective of "Big Brother," tech companies and other unnamed elites.

Nancy Pelosi's office said in a statement on Friday afternoon that **DePape** demanded to see her when he broke into their Pacific Heights home. None of the posts on the blog mentioned Pelosi by name.

Many, however, referred to QAnon, the conspiracy theory that claims a cabal of elites —
including high-ranking Democratic politicians, Hollywood stars and technology
executives — are Satanic cannibals who abuse children and conspire against former
President Donald Trump.

One post, entitled "Q" and posted on Aug. 24, included pictures of Jeffrey Epstein — the
billionaire sex offender who died in prison while awaiting trial for sex trafficking — and
a redacted page with the WayFair logo, seemingly referencing the false claim that the
furniture company was trafficking children in its products. Another post referred to
"Pizzagate," the conspiracy theory preceding QAnon that falsely claimed a number of
high-ranking Democratic officials were trafficking children in restaurants as part of a sex
ring.

Scott, San Francisco's police chief, said on Friday night that officials weren't ready to
"publicly" identify a motive behind the attack. All he would say was that it was not
random.

"We are not at the point where we can we say what the motive is publicly, but we do
know this was intentional," Scott said. "It is not random. We know that."

Copyright © 2022 San Francisco Examiner.

Record Number: 1664c0cc1b6323b0cd75f24a31db8b10391eac4b

**San Francisco Examiner (CA)**

October 28, 2022

Section: Crime

Topics:

**Index Terms:**
News

**SFPD says Paul Pelosi attack 'not random,' won't confirm motive**

Author: *Marcus White and Adam Shanks*

Article Text:

The San Francisco Police Department says the man who allegedly attacked House Speaker Nancy Pelosi's husband in the couple's San Francisco home didn't do so randomly, but his motive is still under investigation.

Police said in a Friday night press conference that 42-year-old **David DePape** — who is hospitalized and will be booked on multiple felony charges, including attempted murder, assault with a deadly weapon and burglary — hit **Paul Pelosi** in the head with a hammer "at least" once. **DePape** allegedly entered the Pelosis' home through its back entrance.

Police said in a prior press conference that **DePape** "violently assaulted" Pelosi with a hammer in front of officers completing a wellness check at the Pelosis' home. San Francisco Police Chief Bill Scott said officers saw **DePape** attack Pelosi in the home's entryway.

**DePape** will be charged with attempted homicide, assault with a deadly weapon, elder abuse, burglary and additional felonies, according to police. He was hospitalized following and will eventually be booked into San Francisco County Jail — "whether it's in absentia or whether it's in person," according to Scott.

Nancy Pelosi's office said in a statement on Friday afternoon that **DePape** attacked **Paul Pelosi** "at home" while demanding to see the House Speaker, evoking the rioters who asked for her location during the Jan. 6, 2021 U.S. Capitol attack.

Police didn't say during either press conference on Friday whether a blog littered with far-right conspiracy theories and bearing **DePape**'s name belonged to him. Scott said police couldn't share the motive, but he alleged **DePape** targeted the Pelosis' home.

"We are not at the point where we can we say what the motive is publicly, but we do know this was intentional," Scott told reporters on Friday night. "It is not random. We know that."

Scott said Pelosi was able to call 911, and dispatcher Heather Grives then directed officers at 2:27 a.m. directed officers to conduct a well-being check using the highest priority call for service. Her "intuition" and "quick thinking" led her to do so.

"She had to interpret what she was being told," Scott said. "And based on her experience and intuition, she basically figured out that there was more to this incident than what she was being told.

Once officers Kolby Wilmens, Kyle Cagney and Sgt. Edmund Huang arrived at the home, the officers saw **DePape** and Pelosi struggling over a hammer in the doorway.

They commanded the two men to drop the hammer, at which point Scott said **DePape** pulled the hammer from Pelosi and struck him with it. The officers then tackled **DePape**, taking him into custody as they called for medical assistance and backup.

Nancy Pelosi's office said in a statement on Friday afternoon that her husband underwent successful surgery for a skull fracture and "serious injuries" to his right arm and hands. Doctors expected **Paul Pelosi** to make a full recovery.

Scott said he couldn't disclose the nature of **DePape**'s injuries, but he did confirm on Friday night that the 42-year-old was still hospitalized.

Copyright © 2022 San Francisco Examiner.

Record Number: 75ace589f5bfc262247fb5d61cc54e4f8cc3d7f

**San Francisco Chronicle (CA)**

October 29, 2022

Edition: MN
Section: A
Page: A006

**Appliances stolen in break-in at supervisor's home**

Author: *Mallory Moench*

Article Text:

Thieves broke into Supervisor Ahsha Safaí's home in the Crocker-Amazon neighborhood sometime between Thursday afternoon and Friday morning, the elected official said.

His home is undergoing renovations, which the family hoped to move into for the first time in a few weeks. They're staying nearby, so no one was home overnight at the time of the break-in.

Safaí said his wife and contractors were last inside Thursday afternoon. When he showed up at the house around 9 a.m. Friday, he found the door crowbarred open and a microwave, stove and vent gone.

"My heart dropped," Safaí said.

Safaí called the incident a brazen crime because he said it would take a few people to carry the heavy appliances out of the home. He thanked San Francisco police for a quick response -- officers showed up after about half an hour -- and said he and the department are investigating.

"It's just sad. It's shocking that this type of crime is happening and continues to happen in San Francisco," he said. "I'm just happy that no one was hurt."

Safaí has been an outspoken critic of commercial and residential property theft, authoring a law that allows stores to hire off-duty sheriff's deputies to provide security and co-sponsoring another that totally bans vending in U.N. Plaza and limits it elsewhere in the city without a permit that proves the goods weren't stolen.

"At the end of the day, this is what everyday San Franciscans are feeling," he said Friday about his home break-in. "It adds to a sense of things feeling out-of-control in San

Francisco and the way brazen crime has continued to fester. This is why we all need to focus on this being one of the top issues in San Francisco."

Safaí doesn't know exactly when thieves burglarized his home, but it could have been at the same time that an intruder broke into House Speaker Nancy Pelosi's home in Pacific Heights just before 2:30 a.m.

When police showed up, officers found the suspect and Pelosi's husband **Paul Pelosi** both holding a hammer. The suspect then beat Pelosi with the hammer before police tackled and disarmed him.

The attack at the Pelosi home was targeted, although police have not announced a motive.

Safaí said he was "sad and shocked" about what happened to Pelosi. His first thought was his own 81-year-old mother who lives with him and his fear if she were attacked while home alone.

"I think about the safety of all San Franciscans and people feeling safe in their own homes," he said. "My heart goes out to them."

Last year, a burglar also broke into Safaí's car while it was parked outside City Hall.

Mallory Moench is a San Francisco Chronicle staff writer. Email: mallory.moench@sfchronicle.com Twitter: @mallorymoench

Caption:
1) PHOTO: Thieves broke into Supervisor Ahsha Safaí's home in San Francisco's Crocker-Amazon neighborhood while it was undergoing renovations. (Gabrielle Lurie/The Chronicle 2021)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106089595

**San Francisco Chronicle (CA)**

October 29, 2022

Edition: MN
Section: A
Page: A001

Author: *Rachel Swan, Dustin Gardiner and Sarah Ravani*

Article Text:

A childhood in Canada. A stint on the Big Island of Hawaii. A move to the Bay Area. A stretch of pro-nudity activism.

And then, most recently, an apparent obsession with pumping right-wing conspiracy theories into the internet -- spending hours and days in front of a computer, filling web pages that had no apparent audience.

This was the strange and peripatetic life of 42-year-old **David DePape** before he was accused of breaking into the San Francisco home of Democratic House Speaker Nancy Pelosi and striking her husband, **Paul Pelosi**, with a hammer, leaving him in need of surgeries to repair a fractured skull and injuries to his right arm and hands.

While a precise motive for the attack just before 3 a.m. Friday morning was not known, **DePape** reportedly asked at one point, "Where is Nancy?" City dispatch recordings indicate the intruder told **Paul Pelosi** he was "a friend" and planned to wait for his wife, who was in Washington, D.C., at the time.

Arrested at the scene, **DePape** was booked on suspicion of several criminal counts, including attempted murder, assault with a deadly weapon, burglary and dissuading a witness to a crime. Police Chief Bill Scott said **DePape** was hospitalized, but would not say whether he was receiving medical or psychiatric treatment, or both. District Attorney Brooke Jenkins' office will have to decide on charges by early next week.

**DePape**'s history intensified concern that an explosion of conspiratorial, right-wing rhetoric had inspired the violence against **Paul Pelosi**, just as it had the Jan. 6, 2021, riot at the U.S. Capitol Building, when the House speaker was also threatened. Some conservatives, meanwhile, sought to portray the attack as motivated by leftists, citing **DePape**'s onetime registration with the Green Party.

Professor Brian Levin, director of the Center for the Study of Hate and Extremism at California State University San Bernardino, said **DePape**'s political trajectory, while striking, was not uncommon among people who gravitate to anti-authority messages.

"The more you are untethered from the communal institutions that hold us together, the easier it is to do a dance step to the other side, because they share a distrust of institutions and processes," Levin said.

Oscillations from one political extreme to the other became more frequent during COVID lockdowns, when people retreated to online communities and spent less time socializing in the real world, Levin said. Use of invective also heightened on the internet during this period, as did hate crimes and plots against politicians.

Yet the initial picture that emerged of **DePape** was a fuzzy one. It included an estranged family in Powell River, British Columbia, whose members lost touch with **DePape** after he followed a girlfriend to the U.S.

"He just kind of disappeared," said Ron **DePape**, the brother of **DePape**'s stepfather, sounding sad and bewildered during a phone interview Friday morning. **DePape**'s twin sister Joanne Robinson, who lives in New Zealand, said her brother faded from her life 20 years ago.

Robinson described him in a Facebook message as a "sweet, shy boy" who "got involved with a crazy person."

"I never thought of David as a violent person," said Teresa **DePape**, the wife of **DePape**'s stepfather, Gene **DePape**.

She met **DePape** in the mid-1990s and described him as "a good kid" who grew weary of small-town life and took off after graduating from high school, first to Hawaii and then to the Bay Area.

More than a decade ago, **DePape** joined a coalition of nudist activists who swarmed San Francisco streets in 2012, protesting restrictions on public nudity that the Board of Supervisors approved that year.

Then-Supervisor Scott Wiener, who sponsored the ordinance and who is now a state senator, remembers many of the participants as benign, except for a small clique of more aggressive agitators, which included **DePape**.

Then in his 30s, **DePape** closely associated with the high-profile nudist Gypsy Taub, a 9/11 denier who disrobed during a hearing inside City Hall. **DePape** lived with Taub, her three children and her fiance, Jaymz Smith, in a three-bedroom Victorian flat in Berkeley, where he made hemp jewelry and was considered by some to be a "father figure."

When Taub and Smith planned a wedding that would double as a pro-public-nudity demonstration on the steps of City Hall in 2013, they tapped **DePape** to be their best

man. In photos published in The Chronicle, he wore a navy blue fleece jacket, holding hands with the giddy nude couple. Taub wore only a bridal veil.

At the time, **DePape** listed himself in San Francisco voting records as a member of the left-leaning Green Party. But later, he seemed to go through a political metamorphosis, recasting himself as an evangelist for alt-right conspiracy theories.

He published multiple blogs laced with statements about the QAnon mass delusion, whose adherents believe former President Donald Trump stands against an alliance of Satan-worshipping Democratic pedophiles. The blog also included bigoted commentary directed at people of color, women, Jewish people, Muslims, members of the LGBTQ community and immigrants.

A WordPress blog that **DePape** maintained titled God Is Loving railed against censorship by an elite cabal of tech companies, government officials and media outlets. As recently as Aug. 25, **DePape** posted entries with such headlines as "Communist Voodoo Science" and "The Woke are racists with a guilty conscience."

By Friday afternoon, WordPress had suspended the blog for violating its terms of service.

On a separate website, **DePape**'s posts became more erratic. He espoused vaccine conspiracy theories and claims about election fraud, writing that any journalist who disputed such claims "should be dragged out into the street and shot." Days before the alleged hammer attack on **Paul Pelosi**, **DePape** published a post saying the war in Ukraine was a ploy to benefit Jewish people.

Before his arrest on Friday, **DePape** lived in a stucco house with an overgrown garden in Richmond. A neighbor who lived across the street expressed shock over the arrest Friday, saying he had "nothing but good things to say" about **DePape**, whom he occasionally hired as a carpenter.

The neighbor said they never discussed politics.

Chronicle staff writers Jill Tucker and Mallory Moench contributed to this report.

Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@sfchronicle.com
Twitter: @rachelswan

Caption:
A childhood in Canada. A stint on the Big Island of Hawaii. A move to the Bay Area. A stretch of pro-nudity activism.

And then, most recently, an apparent obsession with pumping right-wing conspiracy theories into the internet -- spending hours and days in front of a computer, filling web pages that had no apparent audience.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106089341

**San Francisco Chronicle (CA)**

October 29, 2022

Edition: MN
Section: A
Page: A001

Author: *Shira Stein*

Article Text:

A break-in at Nancy Pelosi's San Francisco home has set off a new round of concerns about increasing threats and violence toward elected officials.

The motivation for the attack on **Paul Pelosi** "is still being determined," San Francisco police Chief Bill Scott said Friday, but according to reports citing unnamed sources, the attacker entered the home asking, "Where is Nancy?"

Online postings that list the man charged in the attack, **David DePape**, as an author espouse far-right beliefs and conspiracy theories about elites -- including government officials, tech companies and media outlets.

Members of Congress are facing increasing threats to their safety.

In recent years, lawmakers have been shot at during a baseball practice and forced to hide from attackers at the U.S. Capitol on Jan. 6, 2021, and some have faced more specific threats, including Rep. Pramila Jayapal, D-Wash., who was targeted in July by a man carrying a gun and yelling obscenities outside her home.

Garen Wintemute, director of UC Davis' Violence Prevention Research Program, said he and other political violence researchers are increasingly concerned about the "possibility of widespread violence in the United States" in the next year or two.

U.S. Capitol Police investigated 9,625 cases in 2021, over double the 3,939 in 2017.

As of March 23, Capitol Police opened 1,820 cases this year.

Members of Congress received up to $10,000 each for home security system equipment and installation beginning in August after a dramatic increase in threats following the Jan. 6 attack on the Capitol.

U.S. Capitol Police would not comment on whether it protects family members of lawmakers. Pelosi's office did not respond to questions about recent threats made against Nancy or **Paul Pelosi**.

Rep. Jackie Speier, D-San Mateo, a close ally of Pelosi who was herself shot multiple times in an assassination attempt on her then-boss, Rep. Leo Ryan, told The Chronicle Friday that members of both parties must do more to combat violent rhetoric to protect against future attacks.

"The level of violence that has been sanctioned by the former president has released these marauders that think they can roam around and take out people -- it's beyond the pale," Speier said before a speech in Millbrae. "I want Republicans and Democrats to stand up and say 'not on our watch.' Otherwise we might as well be a Third World country."

Local lawmakers and state election officials have also seen a rise in threats after the 2020 election and efforts to overturn results.

"I have firsthand seen more hostile letters, phone calls, and constituents. Many have urged confrontation, hate, and more. We must de-escalate the hate!" California Assembly Member Sharon Quirk-Silva tweeted.

Sen. Scott Wiener, D-San Francisco, said based on what he knew about the suspect's online postings and previous activism, he believed the attack was motivated by online hate speech and conspiracy theories.

"It makes me so angry because this is a direct result of the right-wing conspiracy theory demonization campaign against Speaker Pelosi and against so many other progressive leaders," Wiener said. "There has to be accountability for this kind of extreme right-wing rhetoric that directly incites violence and undermines democracy."

In September, Erik Triana, 51, was convicted by a jury of threatening Wiener's life over vaccine legislation.

Wintemute's research shows that people generally do not support political violence to achieve certain objectives, but of those who do, about 80% said they would not want to be involved in the violence themselves.

About 5% of those surveyed were willing to say they would commit political violence, Wintemute said.

Chronicle staff writers Kevin Fagan and Mallory Moench contributed to this report.

Shira Stein (she/her) is The San Francisco Chronicle's Washington correspondent. Email: shira.stein@sfchronicle.com Twitter: @shiramstein

Caption:
A break-in at Nancy Pelosi's San Francisco home has set off a new round of concerns about increasing threats and violence toward elected officials.

The motivation for the attack on **Paul Pelosi** "is still being determined," San Francisco police Chief Bill Scott said Friday, but according to reports citing unnamed sources, the attacker entered the home asking, "Where is Nancy?"

Online postings that list the man charged in the attack, **David DePape**, as an author espouse far-right beliefs and conspiracy theories about elites -- including government officials, tech companies and media outlets.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106089993

**San Francisco Chronicle (CA)**

October 29, 2022

Edition: MN
Section: A
Page: A001

**Search for answers in Paul Pelosi attack**

Author: *Megan Cassidy, Shira Stein, Danielle Echeverria, Sarah Ravani and Dustin Gardiner*

Article Text:

Investigators were searching for clues into what drove a 42-year-old man to allegedly bludgeon Speaker Nancy Pelosi's husband, **Paul Pelosi**, with a hammer after breaking into the couple's San Francisco home early Friday morning.

Police said suspect **David DePape**, a local man with ties to a nudist movement and whose social media accounts suggest a predilection for far-right conspiracy theories, had specifically targeted the Pelosi household, but declined to provide evidence for that claim.

**Paul Pelosi** was expected to make a full recovery after undergoing a successful surgery to repair a skull fracture and injuries to his right arm and hands, Nancy Pelosi's office said in a statement Friday afternoon. **DePape**, who was arrested at the Pelosis' home, is in custody after being booked on a long list of charges, including attempted murder.

District Attorney Brooke Jenkins said Friday that prosecutors "believe there will be enough evidence to charge multiple felonies," including attempted murder, assault with a deadly weapon, burglary and elder abuse.

Relatives of **DePape** reached by The Chronicle said they were shocked by the allegations, and described a man who was estranged from family members but was not known to be violent.

While the motive was not immediately apparent, **DePape**'s social media screeds and alleged statements at the Pelosi home -- reports citing unnamed sources quoted him as asking "Where is Nancy?" upon entering the home -- swiftly ignited speculation of a politically motivated attack.

24

In a Friday evening news conference, San Francisco Police Chief Bill Scott said **Paul Pelosi** was struck at least one time in front of officers and confirmed that the act was "intentional." Officer body cameras recorded the incident.

Scott said when officers arrived before 3 a.m. Friday, they found an adult male and **Paul Pelosi** both holding a hammer. The assailant allegedly pulled the hammer from Pelosi and beat him with it, Scott said.

A 2:28 a.m. dispatcher recording states that the person who called 911 -- **Paul Pelosi** -- "stated that there's a male in the home and that he's going to wait for his wife."

Jenkins told The Chronicle that police arrived within two minutes of **Paul Pelosi**'s 911 call, and that officers witnessed the attack through an open front door. She additionally confirmed that there was a forced entry into the home, and said **Paul Pelosi** was the only one there at the time of the break-in.

Jenkins said she plans to file charges on Monday, and that **DePape**'s arraignment would be scheduled for Tuesday afternoon.

Scott said as of Friday evening **DePape** was still in the hospital but declined to disclose more specific medical information.

Scott applauded his officers for responding to the scene so quickly, and heaped praise onto the dispatcher, who Scott said used her intuition to boost the priority of a call that initially sounded like a welfare check.

"She just knew there was more to it," Scott said.

Scott said police arrived at the Pelosi residence to find **Paul Pelosi** and **DePape** struggling over a hammer. When officers ordered the men to drop the hammer, **DePape** allegedly pulled the hammer away and struck Pelosi as officers watched.

Officers then rushed into the house and tackled **DePape**, Scott said. It was not clear, he added, whom the hammer belonged to.

**DePape** could also face federal charges depending on whether investigators can establish that the attack was politically motivated, according to a law enforcement source with knowledge of the investigation. A conviction for injuring or threatening the family member of a federal official can carry a 10-year prison sentence.

Nancy Pelosi was in Washington, D.C. at the time of the break-in, according to the U.S. Capitol Police.

"The Speaker and her family are grateful to the first responders and medical professionals involved, and request privacy at this time," a spokesperson for Pelosi's office said in a statement.

The attack happened as members of Congress are facing a rise in threats to their safety. In recent years, lawmakers have seen a shooting at a baseball practice, the attack on the U.S. Capitol on January 6, 2021, and many incidences of threats to specific members.

Rep. Pramila Jayapal, D-Wash., tweeted her prayers for Nancy and **Paul Pelosi** and called the violence "horrific." Jayapal was targeted in July by a man carrying a gun and yelling obscenities and threats outside her home. The man was charged with felony stalking.

President Biden said he spoke to Nancy Pelosi to express his support, White House Press Secretary Karine Jean-Pierre said in a statement. Biden said he "continues to condemn all violence, and asks that the family's desire for privacy be respected."

A person identifying himself as **DePape** maintained a blog where he outlined a litany of conspiratorial beliefs about how America's "elites/ruling class," including government officials, tech companies and the media, censor information seen by the public.

The blog, which lists **DePape** as the author and is titled godisloving.wordpress.com, includes posts from as recently as August. The banner on the blog reads, "Welcome to Big Brothers Censorship Hell." WordPress, which hosted the blog, apparently took it down at some point Friday afternoon.

A post on Aug. 25 is titled "The woke are Racists with a guilty conscience." In another, **DePape** appears to oppose restrictions on gun owners. The post, titled "Gun Rights," states that Big Brother is plotting to consolidate the "power necessary to strip you of all agency and ability to resist the tyranny you are currently sliding into."

Other posts outline **DePape**'s views about women and gender in society. In a post from Aug. 24, he wrote that the "narrative is to hate men and cater to women because women are more easily manipulated using group think."

He also apparently followed the far-right QAnon conspiracy theory, as evidenced by an Aug. 24 post titled "Q" that included images of Jeffrey Epstein. Another post from the same day includes a meme that states, "Give us your children to indoctrinate into our satanic pedophile communist cult."

More recently, a person who identified themselves as **DePape** wrote a series of bigoted, erratic and conspiracy-laden blog posts on frenlyfrens.com, a website that appears to have been created by **DePape** himself. In an antisemitic post a few days ago, they wrote about the war in Ukraine and suggested it was a ploy to benefit Jews.

Ron **DePape**, who said **David DePape** is his brother's stepson from a previous marriage, said he woke up to the news and has been "sick over it."

"We don't have any contact with him and just feeling sad and sorry for the Pelosi family," Ron **DePape** said. "It's just a sad event. It has to be mental health issues that he's been carrying around, I would think." Ron **DePape**, who lives in Powell River, British

Columbia, said **David DePape** lived in Powell River for a short time before leaving "at an early age" to follow a girlfriend who lived in the U.S.

"He refused contact with any family," Ron **DePape** said. "He just kind of disappeared."

U.S. Capitol Police assisted the FBI and San Francisco police in investigating the event.

Pantea Grover, a neighbor who said she knows the Pelosis, said she was shocked by the incident.

She said that she normally feels very safe in the neighborhood because it has its own security, and seeing the police cars on her street this morning alarmed her.

"I don't even know what to say," she said, calling the incident a tragedy. "It's very, very, very sad what has happened, and I hope he is OK."

The Pelosis' home has been the scene of several protests in recent years. During debates over the federal stimulus package in January 2021, the garage was spray-painted with political graffiti and a pig's head was left on the sidewalk.

After video showed Nancy Pelosi getting her hair done at a salon during pandemic shutdowns, stylists protested outside the home with curling irons. Members of the Chinese community held a demonstration there before Pelosi's recent trip to Taiwan, the AP reported.

State Sen. Scott Wiener told The Chronicle on Friday that he was sitting right next to **Paul Pelosi** at an event on Sunday and had a long conversation with him.

"I'm heartbroken," he said. "He's just a lovely human being and just a very nice, thoughtful, smart person and just the idea that this wonderful person ... (was attacked) in his home, it just breaks my heart."

Wiener knew **DePape**'s name from when the senator was a city supervisor in the Castro, he said, noting that **DePape** was one of a number of activists who took to the streets to promote public nudity in 2011 and 2012.

While Wiener knew many of the activists and said they were "just normal, regular people," he said one woman, Gypsy Taub, was different.

Taub was a 9/11 denier and conspiracy theorist who was more aggressive in her views and disrobed during a hearing inside City Hall, Wiener said, adding that **DePape** was associated with her.

Wiener said he didn't have a problem with nudity, but after residents complained, he authored one of the most progressive public nudity laws in the country that requires people to cover their genitalia, although breasts can remain exposed, in October 2012.

Protests against the law continued into 2013, when Taub flashed him during the Chinese New Year's parade, Wiener said, but then died down. Some mostly naked men still walk around the Castro, but Wiener said he hadn't heard anything about Taub or **DePape** for years.

Teresa **DePape**, the wife of **David DePape**'s stepfather, Gene **DePape**, said she met David in 1995 while she was dating Gene.

Gene **DePape** adopted **David DePape** and his twin sister, who now lives in New Zealand, Teresa **DePape** said.

As children, the twins would often spend time at Gene **DePape**'s home.

"He was funny. He was a good kid," Teresa **DePape** said by phone from Powell River, British Columbia, recalling David as a teenager. "But he needed out of the small town. He didn't like small town stuff. He didn't really talk much. He would come home from school and turn on the television and play games."

Teresa **DePape**, now 65, said **David DePape** left Powell River after he graduated high school. She said **David DePape** first went to Hawaii, where he met a woman and got married and then moved to San Francisco.

In San Francisco, **David DePape** sold jewelry, Teresa **DePape** said. Teresa **DePape** said over the years, she and her husband lost touch with David. But two years ago, he called to say he was in British Columbia. Teresa **DePape** said they wondered if he would come visit, but he never did. On Friday, Teresa **DePape** said she had been in touch with the San Francisco Sheriff's Office.

She said she couldn't believe **David DePape** would attack anyone.

"I never thought of David as a violent person," she said. "I can see David defending himself. Why he's in somebody else's house looking for someone, I don't know."

Chronicle staff writers Mallory Moench, J.D. Morris and Dustin Gardiner contributed to this report.

Shira Stein is The San Francisco Chronicle's Washington correspondent. Danielle Echeverria and Megan Cassidy are San Francisco Chronicle staff writers. Email: shira.stein@sfchronicle.com, danielle.echeverria@sfchronicle.com, megan.cassidy@sfchronicle.com Twitter: @shiramstein, @DanielleEchev, @meganrcassidy

Caption:
1) PHOTO: Authorities cordon off the Pelosis' Pacific Heights residence after **Paul Pelosi** was attacked by an intruder early Friday morning. (Jana Asenbrennerova/Special to The Chronicle)

2) PHOTO: Suspect **David DePape** has ties to a nudist movement. (Michael Short/The Chronicle 2013)

3) PHOTO: Police say that when officers arrived around 3 a.m., they found an adult male and **Paul Pelosi** (left) struggling over a hammer. (SOPA Images/Getty Images)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106089339

**San Francisco Chronicle (CA)**

October 30, 2022

Edition: ED
Section: J
Page: J003

**Opposition to a bike lane in Berkeley is narrow-minded**

Article Text:

Regarding "Berkeley going wrong way with bike lane" (Letters to the Editor, Oct. 27): The writer had a sarcastic tone as if the safety of people on bikes is to be completely disregarded.

She might not be aware of the bigger picture that protected bike lanes are important to everyone.

Studies show that there are fewer crashes, injuries and fatalities for all road users where there are protected bike lanes.

The loss of parking spaces does not harm businesses, as people who arrive on bikes tend to shop for longer periods and spend more money than people parking near businesses in cars.

This stretch of road is slated for repaving in 2023, meaning there will be minimal disruption by adding bicycling improvements.

Transportation is a system. When there are more safe routes for people to ride on bikes, more people ride and produce less congestion, pollution and greenhouse gases.

It's time to devote public infrastructure and money to the healthiest transportation alternative.

Diane Serafini, Berkeley

Green space needed

Regarding "Development triumphs over urban farming" (Front Page, Oct. 28): Don't let development trump urban farming!

Here in southeast San Francisco, we have lots of housing and not nearly enough amenities or places to grow our community.

Southeast San Francisco is already doing its part to contribute to our city's housing needs: Hundreds of units are planned for the former Schlage Lock site and more at Sunnydale.

The proposed 62 units at the former nursery are a drop in the bucket, whereas the proposed urban farm would greatly enhance the quality of life and educational opportunities for many more families in the Portola and the city at large.

As co-founder of the Visitacion Valley Greenway, I see firsthand how urban agriculture programs build bridges between our diverse cultures and create a positive identity for our community while increasing safety and leading neighborhood youth to become the next generation of environmental stewards.

Enough money has been raised to realize the Portola community's Urban Farm. Please keep San Francisco a place that supports innovative visions as it did for our Greenway, and help us look forward to a sustainable future by developing this exciting model of urban agriculture.

Anne Seeman, San Francisco

Stop the lies

Regarding "Suspect in **Paul Pelosi** hammer attack identified; reportedly asked 'Where is Nancy?'" (SFChronicle.com, Oct. 28): Reading about the suspect who attacked House Speaker Nancy Pelosi's husband **Paul Pelosi** while asking, "Where is Nancy," I have to wonder whether American politics will ever recover from Donald Trump.

The constant lies about the election being stolen and encouraging supporters to "fight" has created a dangerous mob mentality.

All political parties must condemn this violence and stop lying to Americans. If not, the American democratic experiment is doomed.

That would be a tragedy.

Steen Petersen, Nanaimo, British Columbia

Caption:
1) PHOTO: A cyclist rides past Magnani's Poultry, a small business that is opposed to a bike lane for Hopkins Street in Berkeley. (Salgu Wissmath/The Chronicle)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106108987

**San Francisco Chronicle (CA)**

October 30, 2022

Edition: BA
Section: E
Page: E001

**Keep politics out of Paul Pelosi attack? This is not the time**

Author: *Joe Garofoli*

Article Text:

Typically, when a high-profile violent act happens in America, political figures pause, lay down their talking points, and call for thoughts, prayers -- and a brief reprieve from politics.

That didn't happen after House Speaker Nancy Pelosi's husband, Paul, was violently attacked with a hammer at their San Francisco home Friday. Eleven days before a midterm that could reshape who holds power in Congress, many felt there was too much to lose.

Few sat political shiva for long before weaponizing the attack for their own political interest -- another sign of how America's leaders tacitly encourage political violence, whether it be on officeholders, their families or poll workers making $125 a day.

Two hours after news broke Friday that an intruder had broken into Pelosi's home and beaten her 82-year-old husband yelling, "Where is Nancy?" -- an echo of what Capitol insurrections bellowed during the Jan. 6 attack -- California Republican Senate candidate Mark Meuser released a statement. It came before anything was known about the alleged assailant.

"California criminals have been emboldened by our soft-on-crime policies. Every Californian has been affected by these disastrous policies, including **Paul Pelosi**. I pray he makes a full and quick recovery, and the SF DA will prosecute to the fullest extent allowed by law," it said. (Meuser, by the way, is part of the legal team suing the city of San Jose over its first-in-the-nation ordinance requiring gun owners to purchase insurance and pay a fee to a nonprofit aimed at preventing gun violence.)

Meuser did tack on a thoughts-and-prayers wish for a speedy recovery. Some of Meuser's Republican colleagues weren't that deft. Like Ohio state Rep. Mike Loychik, who

tweeted roughly 90 minutes after the attack, "I hope San Francisco dispatched their very best social worker to respond to the brutal assault of Nancy Pelosi's husband."

Three hours later, after Loychik had time to think through his response, he tweeted: "Will Democrats come to their senses about crime now that it's at their doorstep, or will **Paul Pelosi**'s attacker be released on low bail and roam free to commit more crimes?"

Loychik, who hosted Donald Trump Jr. at a recent fundraiser in his district, apparently received a crash course in media training -- and humanity -- a short time later and added, "I sincerely hope **Paul Pelosi** fully recovers and his attacker is locked up. Political violence is unacceptable, regardless of political leanings."

Yeah, it is. But many conservative politicians don't seem to get that their violent words can spur violent actions, including "the attempted murder" of **Paul Pelosi**, said New Jersey Democratic Rep. Bill Pascrell.

"Let's be direct. Today's violence seems to be the direct product of Big Lies from many Republicans and Republican propaganda organs about Democrats and American democracy," Pascrell said in a statement.

He blamed "frothing hosts (on right-wing media) shrieking unspeakable lies and unfounded conspiracy theories about women, religious and ethnic minorities, city residents, young people, and scores of other Americans. That some are radicalized to commit unspeakable violence against their perceived enemies cannot be a surprise."

Welcome to America on Election Eve 2022. Members of the GOP jumped on the attack to advance their existing belief that Democrats are soft on crime. Pelosi's fellow Democrats, meanwhile, insisted that the attack showed that the violent, anti-democracy rhetoric of Jan. 6 had dangerously metastasized into the nation's bloodstream. Both are versions of the story they were already telling about the upcoming election.

But for all the Republicans' concerns about crime, few seemed interested in calling for an end to the rhetoric that could incite it.

**Paul Pelosi**'s alleged attacker, **David DePape**, did appear to have kept a blog that was filled with references to far-right conspiracy theories, QAnon garbage, and racist and anti-LGBTQ ramblings. On Aug. 25, **DePape**, a onetime member of the Green Party, created posts with headlines that state "Communist Voodoo science" and "Feminist gets owned." A post on Aug. 25 is titled "The woke are Racists with a guilty conscience."

We don't fully know yet what fueled the alleged attacker's motives, but we can't discount the political venom that is being pumped into the atmosphere, said Garen Wintemute, one the nation's leading violence researchers. He's an emergency medicine physician and the director of the Violence Prevention Research Program at UC Davis.

Wintemute has been leading one of the nation's largest surveys of into political violence. In June, his nationwide survey found that 1 in 5 Americans believes that violence can be

at least sometimes justified "to advance an important political objective," and half believe that a civil war is on the way "in the next few years."

"Republicans were more likely to endorse political violence than Democrats were. We found that MAGA Republicans were substantially more likely than other Republicans, let alone Democrats, to endorse violence," Wintemute told me Friday.

Much like what occurs after a mass shooting, Wintemute said that when people seek to understand what provoked them, we often find that "the more important causes are further upstream."

Lawrence Rosenthal, chair of the Berkeley Center for Right-Wing Studies, told me Friday that "what was striking to me was that (**Paul Pelosi**'s attacker allegedly) used the exact same words" as did the insurrectionists who stormed the U.S. Capitol on Jan. 6, 2021: "Where's Nancy?"

"It's very difficult to assign blame -- to say that the Republican Party is responsible for this, for inciting such violence," Rosenthal said. "Yet what can you say about a party that accedes to a leader (Donald Trump) who says of the Jan. 6 (insurrectionists), 'We love you'?" (On the day of the attacks, Trump told the Capitol attackers, "Go home. We love you.")

"There's the creation of an atmosphere, which is perhaps decisive in this case," he said.

Rosenthal said it was "very hard logic to follow" that the Pelosi attack, as some Republicans suggested, is an outgrowth of Democrats being soft on crime. Nor did he think that Democrats were responsible for the California man armed with a gun and a knife who was charged with the attempted murder of Supreme Court Justice Brett Kavanaugh in June. The man, who was arrested near Kavanaugh's Maryland home, was upset by the leaked draft of a document foreshadowing the court overturning Roe v. Wade.

"You don't find anyone in the House of Representatives -- Democratic figures, Democratic representatives, Democratic senators -- who excuse that kind of behavior, to say nothing of encouraging it," Rosenthal said.

Meanwhile, the potential for more violence against less high-profile figures is high in the days running up to Election Day -- and beyond, as the votes are being counted. Of the 552 Republican candidates seeking federal and top state positions on the November ballot, 199 fully deny the legitimacy of the 2020 election, according to election analysts at fivethirtyeight.com.

In Arizona, home to closely contested Senate and gubernatorial elections -- and a hotbed of people who erroneously believe the 2020 election was "stolen" -- two armed people in tactical gear patrolled near vote drop boxes on Oct. 21. The Maricopa County Election Department said these "uniformed vigilantes" "are not increasing election integrity. Instead they are leading to voter intimidation complaints. Although monitoring and transparency in our elections is critical, voter intimidation is unlawful."

It's no wonder that many states don't have enough poll workers.

Wintemute likes to point out that "the silver lining" in his survey is that 80% of Americans fully reject political violence. Even among those who believe it could be justified, the vast majority said they wouldn't participate in it, he said.

Yet "that climate of support for violence can be an incentive for people who are willing to participate in it themselves. They think their their back is covered," Wintemute said.

But the math is still scary: Wintemute said his research showed that "1% to 5% of people were willing to participate in political violence, that's a small percentage. But at 2.5 million per percentage point -- it's still a lot of people."

Joe Garofoli is The San Francisco Chronicle's senior political writer. Email: jgarofoli@sfchronicle.com Twitter: @joegarofoli

Caption:
1) PHOTO: Profile portrait of staff writer Joe Garofoli at the Chronicle photo studio in San Francisco, CA, Friday, May 6, 2016.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106108729

**San Francisco Chronicle (CA)**

October 30, 2022

Edition: MN
Section: A
Page: A001

**Secret 911 call by Paul Pelosi**

Author: *Megan Cassidy, Demian Bulwa, Danielle Echeverria and Rachel Swan*

Article Text:

In the span of a few crucial minutes, **Paul Pelosi** may have saved his own life -- with the help of an alert San Francisco dispatcher.

The 82-year-old husband of House Speaker Nancy Pelosi appears to have secretly dialed 911 and left the phone line open after a man busted into the couple's Pacific Heights home looking for his wife, reportedly asking, "Where is Nancy?"

What **Paul Pelosi** said enabled the dispatcher, at 2:32 a.m. Friday, to elevate the call to an emergency, according to police officials and police audio dispatches.

Two minutes later, Officers Kolby Wilmes and Kyle Cagney arrived at the front door, officials said. They tackled the intruder, identified as 42-year-old East Bay resident **David DePape**, moments after he allegedly struck **Paul Pelosi** with a hammer, leaving him in need of surgery to repair a fractured skull and injuries to his right arm and hands.

**Paul Pelosi** is expected to make a full recovery after the bizarre episode, which comes as his wife plays an increasingly central role in far-right conspiracy theories such as the QAnon mass delusion. **DePape**, a former Green party member and nudism advocate who appears to have undergone a radical political conversion, had filled websites with these theories along with bigoted screeds directed at people of color, women, Jewish people and others.

State Sen. Scott Wiener, a Democrat from San Francisco, said that he believes these online conspiracies are inciting people to violence, and that politicians like himself and Pelosi, who are particularly reviled by the right wing, have become targets.

Complete details of what happened inside the Pelosis' stately home on Broadway remain unknown. But what transpired in those key moments led San Francisco Police Chief Bill

Scott and District Attorney Brooke Jenkins to laud the emergency dispatcher, Heather Grives, who took **Paul Pelosi**'s call.

"When you have an experienced dispatcher with good instincts, they learn how to read between the lines," Scott said. "She knew something more was going on, just in her heart and her intuition, just with her experience."

"I want to thank 911 dispatcher Heather Grives, who took the call from Mr. Pelosi, instinctually realized that something was wrong, and immediately called police to respond," Jenkins said. "Thanks to her quick decision, officers Kolby Wilmes and Kyle Cagney responded within two minutes and apprehended Mr. **DePape** and likely saved Mr. Pelosi's life."

There is no indication on the tapes that police knew immediately the incident was occurring at the home of one of the nation's most powerful politicians.

Arrested at the scene, **DePape** was booked on suspicion of several criminal counts including attempted murder. Scott said **DePape** was hospitalized, but would not say whether he was receiving medical or psychiatric treatment, or both. Kelvin Wu, a spokesperson for San Francisco County, added Saturday that **DePape** remained "locked up" at the hospital.

Notably, police, without elaborating, accused **DePape** of dissuading a witness from reporting a crime and damaging a communication device to prevent someone from using it to seek help. The latter allegation is often used in cases where a phone is taken or smashed.

Jenkins seeks to file formal charges Monday, and **DePape** is expected to be arraigned Tuesday in San Francisco Superior Court.

"Violence like this has no place in San Francisco, or our politics, and we will hold Mr. **DePape** accountable to the fullest extent of the law," Jenkins said Saturday in a statement.

Scott, speaking at a news conference Friday night, said authorities received **Paul Pelosi**'s 911 call at 2:28 a.m., after **DePape** forced entry into the back of the home. The chief did not say how much time may have transpired between the break-in and the call.

Scott also did not comment on reports that **Paul Pelosi** had told the intruder he needed to go to the bathroom before surreptitiously calling 911.

In any event, according to audio of the city's police radio communications, a dispatcher working with Grives broadcast at 2:28 a.m. that a 911 caller had "stated there's a male in the home and that he's going to wait for his wife."

The 911 caller "stated that he doesn't know who the male is but he (the intruder) advised that his name is David and that he is a friend." The dispatcher said the caller "sounded somewhat confused."

Scott said the dispatcher who received the call was suspicious enough about what she heard from **Paul Pelosi** that she boosted the priority from a "well-being check" to a "Code 3" emergency. The chief suggested Saturday morning that Pelosi was trying to give indications that something was wrong without directly saying it in front of the suspect.

Records show the emergency was broadcast at 2:32 a.m., and that officers arrived two minutes after that.

"She just knew there was more to it," Scott said of the dispatcher.

When police arrived, they knocked on the front door, prompting someone inside -- it's not clear who -- to open it, the chief said. Through the open door, officers -- still standing outside -- saw **Paul Pelosi** and the suspect in the entryway, each with a hand on a hammer, Scott said. Officers ordered both men to drop the hammer.

"Mr. **DePape** immediately pulled the hammer away from Mr. Pelosi and violently attacked him with the hammer," Scott said. "The officers immediately entered, tackled the suspect, disarmed him and took the hammer away from him."

Seconds elapsed between the moment the door opened and the bludgeoning, Scott said Saturday, during a news conference with Mayor London Breed and Jenkins in Chinatown.

Roughly an hour before the Chinatown event, a convoy of black sport utility vehicles pulled into San Francisco General Hospital, where Pelosi is recuperating from emergency surgery.

Speaker Pelosi and her son, Paul Jr., emerged from the vehicles but did not address reporters. Sheriff squad cars surrounded the politician, protecting her from onlookers.

A day after the stunning incident, investigators were still piecing together timelines, Scott cautioned. The officers' body cameras documented the encounter, but their footage was not immediately released.

Local politicians are "rattled," the chief said, and some fear they too could be vulnerable.

San Francisco Chronicle SFNext social media editor Audrey Brown contributed to this report.

Megan Cassidy, Demian Bulwa, Danielle Echeverria and Rachel Swan are San Francisco Chronicle staff writers. Email: megan.cassidy@sfchronicle.com, demian.bulwa@sfchronicle.com, danielle.echeverria@sfchronicle.com, rswan@sfchronicle.com Twitter: @meganrcassidy, @demianbulwa, @DanielleEchev, @rachelswan

Caption:
In the span of a few crucial minutes, **Paul Pelosi** may have saved his own life -- with the help of an alert San Francisco dispatcher.

The 82-year-old husband of House Speaker Nancy Pelosi appears to have secretly dialed 911 and left the phone line open after a man busted into the couple's Pacific Heights home looking for his wife, reportedly asking, "Where is Nancy?"

What **Paul Pelosi** said enabled the dispatcher, at 2:32 a.m. Friday, to elevate the call to an emergency, according to police officials and police audio dispatches.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106109217

**Mission Local (San Francisco, CA)**

October 30, 2022

Section: Featured

Topics:

**Index Terms:**
Front Page, Government, Instagram, Newsletter, Topics, Trouble, Nancy Pelosi

**Paul Pelosi: Violent attack isn't an SF story. It's the story of American politics.**

Author: *Joe Eskenazi*

Article Text:

Update: Federal charging document offers clues on alleged Pelosi attacker's plan. SEE END

The vicious, predawn Oct. 28 attack on 82-year-old **Paul Pelosi** was many things. It was strange. It was terrible. But it was no surprise.

It was no surprise that the man who allegedly took a hammer to an octogenarian's head purportedly yelled "Where's Nancy?" — the same sinister question bellowed by the marauders who overran the Capitol during the Jan. 6, 2021 insurrection.

And it was no surprise that 42-year-old **David DePape** — an apparently unstable and violence-prone man with a trove of online postings dripping with Trumpist talking points, delusional QAnon ramblings, misogyny, racism, and images of hook-nosed Yids straight out of Der Stürmer — purportedly did the sort of thing he fervently advocated should be done.

On the other hand, **DePape**'s turn as a nudist activist, one of the regular naked demonstrators tooling around at Castro and 17th streets a decade ago, and the best man at a nude wedding that, for a shining, stupid moment transfixed this city?

That one we didn't see coming.

But even this isn't all that surprising. **DePape**'s journey from a nudist making hemp bracelets to an alleged would-be assassin isn't as radical as it seems. The notion of a left-wing stalwart becoming a right-wing stalwart is hardly new or novel; in essence, that's what happened to an appreciable portion of the staff of Ramparts magazine. In **DePape**'s

case, it's even less counterintuitive; he wasn't an ideologue or a policy guy but, rather, a dippy conspiracist.

"He followed a common radicalization trajectory," sums up Abner Hauge, the editor-in-chief of Left Coast Right Watch, a site that monitors right-wing extremism. The nudists **DePape** palled around with a decade ago were 9-11 truthers; in many ways he simply exchanged and buttressed one dopey, anti-establishment conspiracy theory worldview with others. Along the way, he was abetted by "right-wing grievance culture," in Hauge's words.

Right-wing grievance culture is a powerful thing. Right-wing grievance culture is a growth industry. As such, much of the wild material **DePape** purportedly wrote on the Internet does not put him all that far afield from an appreciable portion of Republican voters. It does not put him far afield from an appreciable portion of elected Republican federal office-holders; the majority of GOP Congressional representatives, after all, voted to overturn the 2020 election results.

So that's the story here. The story is that America's moral climate — or at least the moral climate pertaining to a goodly portion of our nation and its leaders — has oozed over to meet the loon who allegedly broke into the home of the Speaker of the House and tried to murder her husband with a hammer. That's the story. That's the story.

But no one wants to talk about that. So, instead, this became a San Francisco story.

San Francisco, Lord knows, is a place with 99 problems. But violent loons breaking into octogenarians' homes and attempting to murder them with hammers is not one.

Except that one time.

The attack on **Paul Pelosi**, per FOX News, was either "a crime situation" that "shines a light on what's happening in San Fran … " or was "politically motivated." And if that's the case, we all know who's to blame: "Why is our country so divided? President Biden, you got up to the podium and said you were going to bring us together."

FOX also trotted out the clownish, failed California gubernatorial candidate Michael Schellenberger, who said the real lesson of the attack was that "we are in a crime crisis in our country because we demoralize the police" and "have basically said to the police they are the enemy."

Astoundingly, the San Francisco Police Officers Association agreed with this, in essence stating that a deranged man purportedly attempted to break into the home of the Speaker of the House and murder her because cops' feelings were hurt: "We've been saying for years that the mental health crisis facing our cities is worsening, putting everyone's safety at risk. The constant drumbeat against officers is driving people out of and away from the profession."

Also: "Pay no attention to that man behind the curtain. The Great Oz has spoken!"

Considering the apparently exemplary behavior of police in the fraught scene at Chez Pelosi, rapidly responding to a crisis call and subduing a would-be killer, this reactionary bellyaching by the fulminating police union was even more jarring.

You would expect these sorts of misdirections from FOX, which is to news what pro wrestling is to sports. But it was bewildering to see the New York Times blithely note that "the break-in and assault comes at a time when the city is awash in crises over crime and disorder in the streets, where open-air drug dealing is commonplace and concerns over, especially in wealthy neighborhoods, helped fuel the successful recall of the city's avowed progressive district attorney Chesa Boudin."

No, dude: This wasn't some dope fiend stealing high-end bicycles from a garage, it was an attempt to assassinate the ranking Democrat in the House. Blathering on about Boudin and open-air drug-dealing here is wholly irrelevant, and reminiscent of an old Yiddish saying: A wise man knows what he says. A fool says what he knows.

In the end, the strange and terrible saga of **David DePape** and his purported assault of **Paul Pelosi** says a lot more about the state of American political discourse than it does about the state of San Francisco.

The hammer attack on **Paul Pelosi** allegedly took place in front of several San Francisco police officers and was caught on body-worn cameras. This footage is ostensibly within the public domain and could soon be pulsating around the internet.

Abner Hauge from Left Coast Right Watch says this could be a travesty and a disaster.

Right-wing extremists, he says, "are gonna love it. These are people who get off on violence. They love watching people they deem evil being hurt or killed."

He notes the fetisization of the 1960 assassination of Japanese socialist Inejirō Asanuma by a sword-wielding extremist, a scene Hauge says was, in 2019, farcically re-enacted by Proud Boys founder Gavin MacInnes to a raucous reaction by his acolytes, who then went on to do a gang assault.

See more

NEW:

"Three days after completing a $44 billion deal to buy Twitter, Elon Musk on Sunday used his new platform to spread a bizarre, anti-LGBTQ conspiracy theory about the S.F. attack on **Paul Pelosi** that had been published by a fringe California website." https://t.co/OTtI1VSlBp

— Demian Bulwa (@demianbulwa) October 30, 2022

To this sort of crowd, the Pelosi footage will be a vast dollop of red meat; footage of the beating of Nancy Pelosi's husband is "chum in the water." It is proof positive that "you can do this."

And you can. It was done. And this is not a San Francisco problem. It's an America problem.

The prognosis for **Paul Pelosi** is, apparently, positive. You can't say the same for the country.

Update, Oct. 31: A federal charging document filed today includes excerpts from a purported statement alleged Pelosi attacker **David DePape** gave to San Francisco police. In it, he said that he hoped to hold Nancy Pelosi hostage, likely with the zip-ties he purportedly had in his possession.

If she told "the truth," he would release her. If she were to "lie," however, he planned to break "her kneecaps" with the hammer he later went on to allegedly use on **Paul Pelosi**'s head.

Nancy Pelosi, in **DePape**'s view, was the "leader of the pack" of lies told by Democrats. If she was forced to be wheeled into Congress, **DePape** felt this would be a signal for to her fellow elected officials that there are consequences for their actions.

Follow Us

Caption:
Mayor London Breed, flanked by House Minority Leader Nancy Pelosi and others including Supervisor Ronen at a ribbon cutting ceremony at Horace Mann Buena Vista's new soccer field. September, 2018. Photo by Abraham Rodriguez.

Copyright (c) 2022, Mission Local

Record Number: b970f7b5db9041872ab44fb49883be9a397a5b

**San Francisco Examiner (CA)**

October 31, 2022

Section: Politics

Topics:

**Index Terms:**
News

**Newsom: FOX News, other 'sewage' online leads to violence**

Author: *Margaret Hetherwick | Examiner Staff Writer*

Article Text:

Governor Gavin Newsom cited the conservative media outlet FOX News as a partial catalyst behind the rising tide of violence against politicians.

In particular, he noted FOX commentator Jesse Watters' months-long tirade on **Paul Pelosi** and the station's years-long vendetta against speaker of the house Nancy Pelosi.

"They're sowing the seeds, creating a culture and a climate like this," Newsom told CBS. "I mean, look online. Look at the sewage that is online that they amplify on these networks and in social media to dehumanize people like Nancy Pelosi and other political leaders."

Newsom drew the connection between the conservative media outlet's preoccupation with the couple and the "dehumanization" of liberal political leaders, including himself: "don't tell me that's not aiding and abetting all this — of course it is", he told CBS.

Other political actors at the national level echoed these remarks, including Vice President Kamala Harris and President Joe Biden.

"This is despicable. There's no place in America [for this]. There's too much violence, political violence, too much hatred, too much vitriol." President Biden said following the incident at a reception for the Pennsylvania Democratic Party.

As recently as last year, after Newsom "emphatically" beat back a GOP-led recall according to The Associated Press, he saw an uptick in harassment, he said in an interview with CBS.

What may have began as an extremist ideology becomes mainstream when FOX covers it, said Newsom, and people become emboldened by the rhetoric pushed by FOX.

"People feel free to shove again."

Copyright © 2022 San Francisco Examiner.

Record Number: 40ce7028f9fd3e834981e447b065151b8d62f

**San Francisco Examiner (CA)**

October 31, 2022

Section: Crime

Topics:

**Index Terms:**
News

**Conspiracy-filled blog bearing alleged Pelosi attacker's name pulled offline**

Author: *Marcus White | Sr. Digital Writer | Producer*

Article Text:

A blog bearing the name of the man who allegedly broke into House Speaker Nancy Pelosi's home and attacked her husband early Friday morning has been taken down.

The website was filled with racist, homophobic, sexist and transphobic posts that rail against the government, big tech, Hollywood, feminists and scores of other targets, but now includes a message saying it has been "archived or suspended" for violating the platform's terms of service.

The U.S. Department of Justice and San Francisco District Attorney's Office formally filed eight felonies against **DePape**: Six state felonies carrying up to life in prison, and pair of federal felonies with 30- and 20-year maximum sentences, respectively.

A WordPress website listing **DePape** included posts from as recently as August and as far back as 2007. The newer posts contained slurs targeting Black, gay and transgender people, screeds against communists, as well as misogynistic and Islamophobic stereotypes and conspiracy theories invoking QAnon.

The Examiner hasn't confirmed that the **David DePape** accused of attacking Pelosi is behind the site, which includes "God Is Loving" in its URL. A WordPress.com spokesperson told The Examiner on Friday afternoon that they couldn't "comment on the details of individual sites," but that they had pulled the blog for violating the company's terms of service.

In the process of reporting this story, The Examiner found the WordPress.com site bearing **DePape**'s name after seeing screenshots from it on social media. The site was live when The Examiner reached out to Automattic, owners of WordPress.com, for comment.

When asked if the site belonged to the same **DePape** accused of attacking Pelosi, an Automattic spokesperson told The Examiner they would later provide a statement. In between Automattic's initial response and that subsequent WordPress.com statement, the blog bearing **DePape**'s name included a message saying it had "been archived or suspended in accordance" with the WordPress.com Terms of Service.

"At this time we are not confirming these details you are requesting," the San Francisco Police Department told The Examiner in an emailed response to questions about ownership of the blog.

Police didn't address the website in Friday night's press conference. San Francisco Police Chief Bill Scott said on Friday night that the attack was intentional, but he wouldn't say whether it was politically motivated.

The FBI's San Francisco field office pointed to The Examiner to a tweet that said "investigating agencies are working to determine the facts of what happened, including the motive behind the attack."

Gene and Mark **DePape**, David's stepfather and uncle, confirmed to CNN on Friday morning that a Facebook page belonging to **DePape** had shared memes, conspiracy theories and false claims about the Minneapolis police murder of George Floyd, the 2020 election, the Jan. 6, 2021 attack on the U.S. Capitol.

CNN also reported that Meta, Facebook's owner, had taken down the page on Friday, according to the outlet. The Examiner reached out to Meta to confirm they had removed **DePape**'s page, and if it contained links to the WordPress site. The company didn't respond prior to publication.

The **David DePape** behind the WordPress site first posted on June 24, 2007, with a post headline referencing Stephen Colbert's roast of then-President George W. Bush at the 2006 White House Correspondents Dinner. That post contained no body text, and subsequent writings published that day centering mostly on religion.

This **DePape**'s WordPress didn't post again until Aug. 24 of this year, and stopped after Aug. 27. Those posts first linked to a series of videos censoring animated Disney films to make it seem like the characters were swearing. The videos were posted on the website under the tag "Unnecessary Censorship," and **DePape** then railed against what he perceived to be censorship in his subsequent posts.

Most of the posts contained screenshots of articles or videos from other websites, crudely covering their contents with black bars mimicking from official documents. White text captions overlaid those bars, the typo-riddled contents of which are written from the perspective of "Big Brother," tech companies and other unnamed elites.

Nancy Pelosi's office said in a statement on Friday afternoon that **DePape** demanded to see her when he broke into their Pacific Heights home. None of the posts on the blog mentioned Pelosi by name.

Many, however, referred to QAnon, the conspiracy theory that claims a cabal of elites —
including high-ranking Democratic politicians, Hollywood stars and technology
executives — are Satanic cannibals who abuse children and conspire against former
President Donald Trump.

One post, entitled "Q" and posted on Aug. 24, included pictures of Jeffrey Epstein — the
billionaire sex offender who died in prison while awaiting trial for sex trafficking — and
a redacted page with the WayFair logo, seemingly referencing the false claim that the
furniture company was trafficking children in its products.

Another post referred to "Pizzagate," the conspiracy theory preceding QAnon that falsely
claimed a number of high-ranking Democratic officials were trafficking children in
restaurants as part of a sex ring.

In an interview with police on Friday, **DePape** said he planned to hold Nancy Pelosi
hostage so she could recant the "lies" she has told as a Democratic Party leader. If she
didn't tell the "truth," **DePape** planned to break "her kneecaps" to send a message to her
congressional colleagues about the consequences of her actions.

**DePape** also told police he didn't leave the Pelosis' home after Paul called 911 because he
was fighting against tyranny and that surrender wasn't an option, just as he claimed it
wasn't for the founding fathers during the American Revolution.

A typo-filled post on the since-removed WordPress site, written from the perspective of
"Big Brother," the "ministry of truth" and the U.K. government "declared the founding
fathers to be wanted terrorists and criminals."

"They are wanted of charges of hate speech, their speech offends the crown," the post
read. "They are terrorists for engaging in activities that undermine the authority of the
crown. Any information leading to the arrest and subsequent hanging of the founding
fathers will be rewarded with a cash prize."

Copyright © 2022 San Francisco Examiner.

Record Number: 1664c0cc1b6323b0cd75f24a31db8b10391eac4b

**San Francisco Examiner (CA)**

October 31, 2022

Section: Crime

Topics:

**Index Terms:**
News

**David DePape shares violent plans for Nancy Pelosi in police interview**

Author: *Marcus White | Sr. Digital Writer | Producer*

Article Text:

The man accused of attacking House Speaker Nancy Pelosi's husband with a hammer after breaking into their San Francisco home told police he planned to hold her hostage and break "her kneecaps," targeting her because of her leadership within the Democratic Party.

**David DePape**, 42, told the San Francisco Police Department in an interview on Friday that he didn't leave the couple's Pacific Heights home after **Paul Pelosi** called 911 because he viewed himself as a freedom fighter without the option of surrender, comparing himself to the American founding fathers in the Revolutionary War.

A summary of **DePape**'s police interview was filed in U.S. District Court on Monday as part of an affidavit. Prosecutors charged **DePape** that day with assault on the immediate family member of a federal official and attempted kidnapping of a federal official.

If convicted, the charges carry maximum prison sentences of 30 and 20 years, respectively.

San Francisco District Attorney Brooke Jenkins said later on Monday that her office had charged **DePape** with attempted murder, first degree burglary, assault with a deadly weapon, elder abuse, false imprisonment of an elder and threats to the family of a public official.

If convicted, he could face between 13 years and life in prison on the state charges.

**DePape** told police he broke into the Pelosi home by breaking a glass door with a hammer, seeking out the San Francisco congresswoman because he saw her as the

"leader of the pack" of the Democratic Party's lies, FBI Special Agent Stephanie Minor wrote in an affidavit.

He claimed he wanted to hold Pelosi hostage and would only release her if she told the "truth," which **DePape** said he didn't expect. As a result, he told police he planned to break her kneecaps, so Pelosi would need to enter Congress in a wheelchair and show her colleagues there were consequences for her actions.

**DePape** also said he wanted to use Pelosi to "lure" another individual to him, Minor wrote in the affidavit, which didn't specify who this person was.

The Richmond resident's interview with police, and stated motivations within it, echoed the conspiratorial thinking on a pair of websites posted under **DePape**'s name.

Although neither of the websites mentioned Pelosi by name, the sites' author railed against Democrats and referenced QAnon, the baseless conspiracy theory claiming that the Democratic Party — and other institutions and organized the theory's adherents believe oppose former President Donald Trump — is comprised of Satanic, cannibalistic pedophiles who traffic children for sex.

VICE and the San Francisco Chronicle that one of the sites were registered to a **David DePape** living in the Bay Area, and the former outlet reported that **DePape** was the only California resident with that name. The two sites also contained posts identical to one another, according to VICE.

**DePape** told police he entered the home after breaking a glass door with a hammer, awaking **Paul Pelosi** and telling the 82-year-old he was looking for the San Francisco congresswoman.

Pelosi told **DePape** that his wife wasn't there, and **DePape** then said he was tired from carrying a backpack around their home. Then, **DePape** said, he removed zip ties from his backpack.

**DePape** kept Pelosi in his bedroom after he tried moving to another part of the house, and Pelosi then entered the bathroom where he called 911. San Francisco officials credited the quick thinking of a dispatcher to enable officers to respond to the scene within minutes.

Hearing Pelosi's call, **DePape** told police he didn't leave because, according to Minor, "he was fighting against tyranny without the option of surrender" in the same vein as the "American founding fathers" fighting against the British during the American Revolution.

The two men then went to the front door, and Pelosi opened it after police knocked. Pelosi grabbed **DePape**'s hammer, and the two struggled over it.

Police said they instructed the two to drop the hammer, which Pelosi complied with and **DePape** did not. **DePape** then struck Pelosi in the head with the hammer, according

to police. He later told officers he planned to go "through" Pelosi and not surrender to officers.

Pelosi underwent surgery for a skull fracture and "serious injuries" to his right arm and hands, according to the House Speaker's office. Police said **DePape**, whom officers tackled after he hit Pelosi on the head, was also subsequently hospitalized.

You can read the full federal criminal complaint below.

Copyright © 2022 San Francisco Examiner.

Record Number: 73b32e83671ee780f1f3d845435f35bf29857db

**San Francisco Examiner (CA)**

October 31, 2022

Section: Crime

Topics:

**Index Terms:**
News

**David DePape now faces federal charges in Paul Pelosi attack**

Author: *Marcus White | Sr. Digital Writer | Producer*

Article Text:

**David DePape** formally faces federal and charges in Friday's early morning attack on House Speaker Nancy Pelosi's husband, according to officials.

The U.S. Department of Justice on Monday charged **DePape**, 42, with assault of a U.S. official's immediate family member to retaliate against them and attempted kidnapping of an official. The charges carry maximum prison sentences of 30 and 20 years, respectively.

The San Francisco District Attorney's office on Monday also charged **DePape** with attempted murder, first degree burglary, assault with a deadly weapon, elder abuse, false imprisonment of an elder and threats to the family of a public official. Brooke Jenkins said in a press conference that **DePape** faces between 13 years and life in prison if convicted.

Local prosecutors said **DePape** will be arraigned on Tuesday. It's unclear when he will first appear in federal court.

The San Francisco Police Department said **DePape** was hospitalized following the attack, during which he allegedly struck 82-year-old **Paul Pelosi** in the head with a hammer as officers arrived.

Jenkins said on Monday that **DePape** broke a glass door in the back of the home as he looked for the San Francisco congresswoman, asking where she was before finding her husband on the second floor.

Police on Sunday alleged that **DePape**, whose name is on a pair of websites hosting hateful rants and far-right conspiracy theories, carried zip ties with him. A day later,

federal prosecutors said that **DePape** also carried tape, rope, two pairs of gloves and another hammer.

Pelosi successfully underwent surgery on Friday for a skull fracture, as well as injuries to his right arm and hands, according to his wife's office. His doctors said they expected him to make a full recovery.

"Please know that the outpouring of prayers and warm wishes from so many in the Congress is a comfort to our family and is helping Paul make progress with his recovery," Speaker Pelosi wrote to members of Congress on Saturday. "His condition continues to improve."

Copyright © 2022 San Francisco Examiner.

Record Number: 507188888b935069208deae7ebe7c145f51bf798

**San Francisco Chronicle (CA)**

October 31, 2022

Edition: MN
Section: A
Page: A001

**Violent rhetoric set stage for attack**

Author: *Shira Stein, Joe Garofoli and Sara Libby*

Article Text:

Just a little over two weeks ago, the country got a fresh look at the violence Rep. Nancy Pelosi and other members of Congress faced on Jan. 6, 2021, as newly released footage showed the House speaker imploring national security officials for help and calculating ways lawmakers could return to work to certify President Biden's election.

On Friday, violence came to Pelosi's doorstep in a different form when her husband, **Paul Pelosi**, was violently attacked at their San Francisco home while the speaker remained in Washington, D.C.

Both incidents drove home the extent to which Pelosi has been the subject of political and personal attacks over two decades in Democratic Party leadership, from everyday political protests and politicking to sexist and antisemitic vitriol.

San Francisco District Attorney Brooke Jenkins confirmed Sunday that authorities have determined that **David DePape**, the suspect in the attack on **Paul Pelosi**, was looking for the House speaker when he forced entry into the couple's Pacific Heights home.

In a brief news conference at Ocean Beach, Jenkins dismissed conspiracy theories that have circulated about the attack on **Paul Pelosi**, which include one promoted in a tweet Sunday by new Twitter owner Elon Musk that went viral before it was subsequently deleted.

Jenkins said **DePape** remained locked in a secure ward at San Francisco General Hospital on Sunday.

He is expected to be arraigned Tuesday in San Francisco Superior Court. She said she expects her office will recommend that **DePape** be held in custody without bail.

**DePape** had zip ties with him, the Associated Press reported Sunday, citing an anonymous source who was briefed on the investigation but not authorized to publicly discuss the Pelosi case. During the Capitol riot in 2021, people were heard shouting "Where's Nancy?" and some were seen inside the Capitol carrying zip ties.

Nancy Pelosi "starred" in 1 out of every 5 GOP-made ads in 2018. But over the past few years, punctuated by the Jan. 6 attack, the threats of actual violence appear to have escalated.

During the U.S. Capitol attack, insurrectionists ransacked Pelosi's office, and many posted messages and videos on social media saying they were targeting her specifically. "We were looking for Nancy to shoot her in the frickin' brain," one woman who was sentenced to 60 days in prison earlier this year said in a self-recorded video during the attack. Others cried out "Oh Naaaaancy," as shown in footage aired during former President Donald Trump's second impeachment trial, and demanded Capitol Police present her to the mob.

In August, a government watchdog group revealed that the Secret Service had identified a social media account threatening Pelosi two days before the insurrection but did not notify Capitol Police until the riot was under way.

Several months after the attack, Rep. Kevin McCarthy, R-Bakersfield, who is likely to become speaker if Republicans win control of the House next month, said at a campaign event that "it will be hard not to hit" Pelosi with the speaker's gavel when she is forced to relinquish it. A spokesperson for McCarthy said Friday that he "reached out to the speaker to check in on Paul and said he's praying for a full recovery and is thankful they caught the assailant."

In San Francisco, activists from all sides of the political spectrum have regularly demonstrated in front of Pelosi's home for years.

Supervisor Catherine Stefani, who represents the Pacific Heights neighborhood where Pelosi lives, said Friday that some blocks of residents there employ their own private security, but she didn't know whether that was the case for Pelosi's block.

Pelosi's former chief of staff, John Lawrence, recalled last week in an appearance at UC Berkeley that as the Iraq War dragged on in the mid-2000s, she faced the pressure of anti-war activists from the female-led Code Pink group "camped out in front of her (home) and hanging their laundry on her bushes outside her house and equating her with George Bush."

Pelosi came of age when San Francisco was a hotbed of political violence, most notably the 1978 assassination of Mayor George Moscone and Supervisor Harvey Milk by Supervisor Dan White. She alluded to those murders in 2009 after South Carolina GOP Rep. Joe Wilson yelled "You lie!" during President Barack Obama's speech on health care to a joint session of Congress.

"I have concerns about some of the language that is being used because I saw this myself in the late '70s in San Francisco, this kind of rhetoric," Pelosi told reporters after Wilson's outburst. "It created a climate in which violence took place. I wish we would all curb our enthusiasm in some of the statements and understand that some of the ears that it is falling on are not as balanced as the person making the statements may assume."

Conservative groups have demonstrated in front of Pelosi's home, as well. In 2020, people opposed to COVID-19 restrictions -- many holding blow dryers and curlers -- demonstrated in front of Pelosi's Pacific Heights home to call attention to video released of Pelosi getting her hair done indoors, in violation of city pandemic rules.

"It's about something that everyday people always suspect: that politicians are getting a better deal for themselves than the rest of us are getting," longtime Bay Area conservative talk show Melanie Morgan, who was at the demonstration, said at the time. "This is a story of the haves and have-nots."

Morgan, a longtime conservative activist, also once said of Pelosi, "We've got a bull's-eye painted on her big, laughing eyes."

Morgan later told The Chronicle that she wished she "had been more articulate" when talking about Pelosi. "In print, it doesn't translate to what I was intending to say," Morgan said, clarifying that she was speaking in political terms.

San Francisco Chronicle staff writer Nora Mishanec contributed to this report.

Shira Stein (she/her) is The San Francisco Chronicle's Washington correspondent, Joe Garofoli is its senior politics writer, and Sara Libby is its politics editor. Email: shira.stein@sfchronicle.com, joe.garofoli@sfchronicle.com, sara.libby@sfchronicle.com Twitter: @shiramstein, @joegarofoli, @saralibby

Caption:
Just a little over two weeks ago, the country got a fresh look at the violence Rep. Nancy Pelosi and other members of Congress faced on Jan. 6, 2021, as newly released footage showed the House speaker imploring national security officials for help and calculating ways lawmakers could return to work to certify President Biden's election.

On Friday, violence came to Pelosi's doorstep in a different form when her husband, **Paul Pelosi**, was violently attacked at their San Francisco home while the speaker remained in Washington, D.C.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106129433

**San Francisco Chronicle (CA)**

October 31, 2022

Edition: MN
Section: A
Page: A007

**Musk tweet promotes baseless theory about attack**

Author: *Demian Bulwa*

Article Text:

Three days after completing a $44 billion deal to buy Twitter, Elon Musk used his new platform Sunday morning to spread a bizarre, anti-LGBTQ conspiracy theory about the attack on **Paul Pelosi** in San Francisco that had been published by a fringe Southern California website.

Musk, the founder of SpaceX and Tesla and the richest person in the world, according to Forbes, posted the tweet -- which was deleted later Sunday morning after generating intense reaction online -- while facing scrutiny over his plan to roll back the monitoring of content on the social media site. He was responding to a tweet by Hillary Clinton.

The former secretary of state -- apparently referring to the arrest of a suspect in the attack on Democratic House Speaker Nancy Pelosi's husband -- wrote Saturday morning, "The Republican Party and its mouthpieces now regularly spread hate and deranged conspiracy theories. It is shocking, but not surprising, that violence is the result. As citizens, we must hold them accountable for their words and the actions that follow." The suspect had professed conspiratorial, far-right views.

Musk responded Sunday at 5:15 a.m. Pacific time with a tweet that said, "There is a tiny possibility there might be more to this story than meets the eye," and posted a link to a baseless, anti-LGBTQ article in the Santa Monica Observer. By 10:30 a.m. Sunday, the message and link had been retweeted more than 30,000 times and liked more than 110,000 times, before being deleted less than an hour later.

Last year, the Los Angeles Times reported that the Santa Monica Observer was "notorious for publishing false news," and once claimed "that Hillary Clinton had died and that a body double had been sent to debate Donald Trump."

**Paul Pelosi** was attacked in the couple's Pacific Heights home early Friday morning. Authorities believe 42-year-old East Bay resident **David DePape** forced entry into the

home looking for Nancy Pelosi, who has been a central target of far-right conspiracy theories such as the QAnon mass delusion.

**DePape** had filled websites with these theories along with bigoted screeds directed at people of color, women, Jewish people and others. State Sen. Scott Wiener, a Democrat from San Francisco, said Saturday that online conspiracies were inciting people to violence, and that politicians like himself and Pelosi have become targets.

**Paul Pelosi**, who according to police was struck with a hammer just as officers arrived at the home, needed surgery to repair a fractured skull and injuries to his right arm and hands. He is expected to make a full recovery.

Far-right commentators, and the article promoted by Musk, have seized on an audio recording of a San Francisco dispatcher relaying information about the intruder from **Paul Pelosi**, who called 911. The dispatcher said the caller "stated that he doesn't know who the male is but he advised that his name is David and that he is a friend."

The dispatcher was relaying that **DePape** -- not **Paul Pelosi** -- had "advised that his name is David and that he is a friend."

San Francisco District Attorney Brooke Jenkins held a brief news conference Sunday to "clear up distortions" that have emerged on social media in the wake of the violent attack on **Paul Pelosi**.

Police determined "there were only two people in the home at the time of the incident," Jenkins said. "We have nothing to suggest that the two men knew each other prior to this incident."

On Thursday, in a message to "Twitter Advertisers," Musk wrote that he is buying the social network to support "a common digital town square, where a wide range of beliefs can be debated in a healthy manner, without resorting to violence." He continued, "Twitter obviously cannot become a free-for-all hellscape, where anything can be said with no consequences."

The company has long grappled with misinformation and hate speech, and if reported layoffs occur, a reduction in staff would probably weaken the company's ability to monitor content. On Friday, Musk announced he would form a council to handle content questions.

Musk has faced scrutiny in the past over tweets in which he disclosed sensitive corporate information or attacked people in disputes. In 2018, he called a British explorer who participated in a dramatic cave rescue in Thailand a "pedo guy." The next year, a civil court jury cleared Musk -- who deleted the tweet and apologized -- of defamation allegations.

Demian Bulwa is a San Francisco Chronicle staff writer. Email: demian.bulwa@sfchronicle.com Twitter: @demianbulwa

Caption:
Three days after completing a $44 billion deal to buy Twitter, Elon Musk used his new platform Sunday morning to spread a bizarre, anti-LGBTQ conspiracy theory about the attack on **Paul Pelosi** in San Francisco that had been published by a fringe Southern California website.

Musk, the founder of SpaceX and Tesla and the richest person in the world, according to Forbes, posted the tweet -- which was deleted later Sunday morning after generating intense reaction online -- while facing scrutiny over his plan to roll back the monitoring of content on the social media site. He was responding to a tweet by Hillary Clinton.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106129373

**San Francisco Examiner (CA)**

November 1, 2022

Section: Crime

Topics:

**Index Terms:**
News

**DePape pleads not guilty in arraignment**

Author: *Margaret Hetherwick | Examiner staff writer |*

Article Text:

**David DePape**, 42, the now-infamous extremist who allegedly attacked and severely injured **Paul Pelosi** with a hammer last Friday, was arraigned in a San Francisco state courtroom Tuesday.

Adam Lipson, deputy public defender assigned to **DePape**'s case, pleaded not guilty on his behalf.

"There's been a lot of speculation about Mr **DePape**'s vulnerability to misinformation," said Lipson. "That's certainly something that we're going to delve into as his defense team."

**DePape** was released from Zuckerberg San Francisco General Hospital on Tuesday morning after being treated for a dislocated right shoulder, and is currently being held in the county jail. Lipson could not speak to his client's mental state.

The defendant will be detained without bail until a preliminary hearing at 9 a.m. on Friday, after waiving his right to a hearing on Tuesday.

The defendant is charged with a combination of state and federal crimes.

San Francisco District Attorney Brooke Jenkins levied charges of attempted murder, first degree burglary, assault with a deadly weapon, elder abuse, false imprisonment of an elder and threats to the family of a public official to **DePape**'s counts.

The Examiner previously reported that federal prosecutors charged **DePape** on Monday with "assault on the immediate family member of a federal official" and "attempted kidnapping of a federal official" after a federal affidavit was released.

In addition to offering charges, the document outlined **DePape**'s account of the assault, including disturbing and conspiratorial insights into his thought process. Read the Examiner's complete account of the affidavit here.

Early Friday morning, **DePape** reportedly broke into the home of House Speaker Nancy Pelosi using a hammer, entering through a glass door. He had a verbal confrontation with **Paul Pelosi** in which he indicated he was "looking for Nancy", referring to the speaker of the house, and attempted to restrain **Paul Pelosi**.

Police officers arrived at about 2:30 a.m. and caught the two men in the middle of a struggle over the hammer. **DePape** wrested the tool from Pelosi and struck him in the head with it, and was immediately restrained by police.

**DePape** was a Richmond resident with a history of fringe activism. In 2013, he was the best man at a nude wedding protest at San Francisco City Hall, and ran a blog rife with conspiracy theories and hate speech up until his arrest.

The East Bay resident faces a maximum sentence of 30 years for the federal assault charge and 20 years maximum for the attempted kidnapping charge. The state charges filed by the DA's office could add up to to 13 years to life.

Copyright © 2022 San Francisco Examiner.

Record Number: b91e703c3860e839d5a0fd8bc9ad80975e734cb3

**San Francisco Chronicle (CA)**

November 1, 2022

Edition: MN
Section: A
Page: A005

**COVID expert says he'll keep tweeting**

Author: *Kellie Hwang*

Article Text:

UCSF Department of Medicine chair Dr. Bob Wachter, a prominent voice on Twitter for his COVID expertise, tweeted on Saturday that he is "staying put for now" on the platform despite concerns in the wake of Elon Musk's $44 billion purchase.

The finalization of the deal Thursday -- after which Musk immediately fired several top executives -- reportedly led some users to jump ship to other social media services over fears that harassment, misinformation and hatred could increase under Musk's control.

On the same day, Musk posted a message to advertisers that said the platform "obviously cannot become a free-for-all hellscape, where anything can be said with no consequences." But Sunday morning on Twitter, Musk amplified a baseless anti-LGBTQ conspiracy theory about the attack on **Paul Pelosi** in San Francisco, which was published on a fringe Southern California website.

Wachter said he still finds value in being on Twitter.

"But the downsides are already obvious, and if they grow it'll likely be time to find an alternative," he tweeted.

In a phone interview Sunday, he said the main questions for him are whether the platform continues to be "valuable as a source of good information," and "does anything get in the way of my tweeting about what I'm seeing?

"The answer to both of those is no, at least as of today," he said. "So far nothing I've seen has compromised those two goals, but I'll have to see how it goes. It feels to me that it would be premature to pull out."

Wachter said he's lost about 2,000 followers in the past few days -- which he said indicates "clearly some people moving away" from Twitter, but represents a "fairly small fraction" of his roughly 280,000 followers.

As for Musk's recent comments, Wachter said it "concerns me as a human, but mostly feels like noise."

He drew a parallel to then-President Donald Trump in the early days of the coronavirus pandemic, before Trump's permanent ban from Twitter in 2021 over the "risk of further incitement of violence" after the Jan. 6 invasion of the Capitol.

"I think about 2020 when I was tweeting about COVID in ways people seem to find valuable at a time, that Trump was still on the platform, and there was lots of misinformation and craziness out there," he said.

Wachter said he continues to find "more valuable, up-to-date information on Twitter than any other place," and the ability for him to follow others that he respects is "extraordinarily valuable" for him.

Another COVID authority, Dr. Eric Topol of Scripps Research in San Diego, also tweeted Sunday about the reasons for science and medical experts to stay on Twitter, including "spread the truth/facts/good info" and "counter & stand up to mis/dis-information."

Topol noted, too, that Twitter continues to reach the largest audience by far. There is "no suitable alternative for reach," he said.

Wachter said he's heard from a fair number of people who say they follow him as a "balanced" and "truthful" source of information, and it would be harder to find that information if he left Twitter.

Asked what might prompt him to leave, Wachter said it would have to "become a hellscape" constituting a "massive negative for our society and for science." Another scenario that could trigger his departure would be if the people he follows on Twitter, especially those whom he follows to learn, "went down tremendously," he said.

"At some point I might have to confront the issue of whether staying on there is supporting something I really don't want to support," he said. "But it feels like to me the positives outweigh the negatives."

If more users were to leave, he said he imagines social media would "be more fragmented," whereas Twitter so far has "uniquely provided a pretty broad forum."

He said he can't think of any alternatives that offer "one-stop shopping" as Twitter does, where people can find "up-to- date information from experts on a complex, rapidly evolving scientific question that has policy implications.

"It's hard to think of another platform that feels like a comfortable fit for that kind of information," he said.

Personally, Wachter said he has never been on Instagram and isn't sure what it does, and he is only on Facebook to follow his children. If he were to leave Twitter, he said he might write more in a blogging format on Substack and Medium, but he would "have to give it a lot of thought."

Kellie Hwang is a San Francisco Chronicle staff writer. Email: kellie.hwang@sfchronicle.com Twitter: @KellieHwang

Caption:
UCSF Department of Medicine chair Dr. Bob Wachter, a prominent voice on Twitter for his COVID expertise, tweeted on Saturday that he is "staying put for now" on the platform despite concerns in the wake of Elon Musk's $44 billion purchase.

The finalization of the deal Thursday -- after which Musk immediately fired several top executives -- reportedly led some users to jump ship to other social media services over fears that harassment, misinformation and hatred could increase under Musk's control.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106145213

**San Francisco Chronicle (CA)**

November 1, 2022

Edition: ED
Section: A
Page: A010

**Don't re-elect trustees who are gutting CCSF**

Article Text:

Regarding "Incumbents have CCSF on right path" (Endorsement, Oct. 28): It's a sad day when numbers are manipulated to justify cuts to courses that San Francisco students need in high-demand areas like nursing, biotechnology and construction.

City College of San Francisco is the largest source of workforce training and degrees in our city, and this semester, it's turning away thousands of students because the incumbent trustees have chosen political ambition over opportunity for San Francisco students.

Here's the truth: CCSF's enrollment was steady from 2014 to 2019, with the number of full-time equivalent students moving in the period from a low of 21,590 to a high of 23,383.

But then John Rizzo, Brigitte Davila and Thea Selby helped initiate an austerity agenda, authorizing cuts to the schedule just before the start of the 2019-20 school year, beginning a cycle of cuts and enrollment decline that has accelerated.

City College has cut 47% of its offerings in the past four years, and the result has been a drastic decline in enrollment. Why? Because when you cut classes, you lose students.

If elected leaders can't see the obvious, then they do not belong in office.

San Franciscans who count on City College deserve better. That is why we urge them to vote for leaders with the integrity it takes to put students first.

Vick Chung, Adolfo Velasquez, Susan Solomon and Anita Martinez, candidates, City College of San Francisco Board of Trustees

Violence not the answer

In this volatile political environment, the assault on House Speaker Nancy Pelosi's husband **Paul Pelosi** in their San Francisco home raises serious concerns about the safety and well-being of the members of Congress and their families.

No matter what political party affiliations, ideological differences or political views one has, they cannot be transformed into acts of violence, threats or intimidation in a functional democracy.

Disagreements are a part of the democratic process, to be reasoned out in a civilized manner and conveyed through the ballot box, not wielding a hammer or any other weapon to perpetrate fear and terror.

I hope this gory act of violence draws unanimous condemnation unequivocally from every peace-loving citizen and believer in the greatness of our democracy.

Atul Karnik, Woodside, N.Y.

Improve streets for all

Regarding "Berkeley bike lane project sparking friction" (Bay Area & Business, Oct. 30): This stretch of Hopkins Street is not unsafe. There is no history of serious accidents involving cyclists. As an 84-year-old longtime neighborhood resident -- walker, bike rider and driver -- I know it well.

Most Berkeley streets are not wide enough to accommodate dedicated bike lanes in two directions. The proposal on the table envisions significantly narrower travel lanes and a dangerous two-way cycle track on one side of a two-way street -- a dangerous redesign, especially for cyclists.

Berkeley needs improved lighting and a "share the road" policy on all of its streets, with muscle behind it. Pedestrians on their cellphones and cyclists (and scooter users) following unsafe practices are often the cause of accidents.

We need more mutual consideration, not a war between aggrieved parties.

Bill Hickman, Berkeley

Clear way for housing

Regarding "S.F. project's lasting impact" (Front Page, Oct. 26): Many thanks for a story that captures why San Francisco needs to remove red tape so that builders and construction workers, like the ones we represent at the Nor Cal Carpenters Union and others, can not only build new affordable housing but also live in the city where they work.

That's why San Francisco Habitat for Humanity, the Carpenter's Union, state Sen. Scott Wiener, Mayor London Breed and nonprofits are supporting Proposition D on the November ballot.

Prop. D sets deadlines to approve projects that comply with city zoning rather than reject them like the Board of Supervisors did at 469 Stevenson St.

Don't be fooled by Proposition E, which is supported by the same supervisors that voted Stevenson Street down and denied over 1,000 people from having apartments.

Please join us in bringing real solutions to our housing crisis by voting yes on Prop. D.

Jay Bradshaw, executive officer, Nor Cal Carpenters Union, Oakland

Caption:
1) PHOTO: ddsfds

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106144441

**San Francisco Chronicle (CA)**

November 1, 2022

Edition: MN
Section: A
Page: A005

**Musk posts problematic tweet days after takeover**

Author: *Roland Li*

Article Text:

Elon Musk's now deleted tweet on Sunday linking to a baseless news article on the attack on **Paul Pelosi** wasn't the first time the billionaire has spread misinformation on Twitter, and it's previously sparked legal peril.

Musk's 2018 tweet calling a cave diver "pedo guy" after being rebuffed over efforts to aid rescue efforts of youths in Thailand led to a civil lawsuit, where Musk was ultimately acquitted of defamation charges. That same year, Musk gave up his chairman position at Tesla and paid $20 million under a settlement with the Securities and Exchange Commission after tweeting that he had "funding secured" to take the company private when no such deal was in place.

The tech mogul's latest controversy came just three days after Musk bought Twitter for $44 billion, transforming him from a power user with over 112 million followers to the person determining the social network's future, and the person with the most financial risk.

"It's different from being a user. It's a lot of responsibility," said Ahmed Banafa, a professor of engineering at San Jose State University. "Words have consequences."

Musk dissolved Twitter's board, and the company is set to become delisted from the New York Stock Exchange on Nov. 8, making the company -- and Musk -- no longer accountable to independent directors or shareholders.

Banafa sees the relatively light repercussions of Musk's previously problematic tweets as feeding into a feeling for Musk that he's "untouchable" and "can say anything he wants." The SEC fine of $20 million was a tiny fraction of Musk's more than $220 billion net worth, for instance.

Although he's amassed total corporate power over Twitter, Musk still must contend with users and advertisers, the lifeblood of the business, said Banafa.

There are already signs that some major advertisers are skittish. General Motors has paused ads as it seeks to "understand the direction of the platform under their new ownership," CNBC reported.

Musk sought to reassure advertisers last week just before the purchase closed, writing in a letter that "Twitter obviously cannot become a free-for-all hellscape, where anything can be said with no consequences!" He also said Twitter's content moderation policies hadn't changed, and Yoel Roth, Twitter's head of safety and integrity, posted last week that "Hateful conduct has no place here."

The scale of Twitter's moderation challenges is vast. Roth said that over 48 hours last week, nearly 300 accounts posted over 50,000 tweets using the same slur, and the company has taken steps to ban the accounts. The slur was n--, according to Network Contagion Research Institute.

The moderation challenges exacerbate already daunting financial prospects. Musk took on around $13 billion in debt and has annual interest payments of around $1 billion. Twitter hasn't consistently been profitable, and now it faces declining morale, the exodus of hundreds of employees before the buyout and the prospect of deep layoffs, coupled with a downturn in digital advertising and a potential recession.

"The $44 billion price tag for Twitter will go down as one of the most overpaid tech acquisitions in the history of mergers and acquisition deals," Dan Ives and John Katsingris of Wedbush Securities wrote on Friday after the deal closed. They believe the company's fair market value is $25 billion and Musk faces an "Everest-like uphill battle" to turn around Twitter.

In an effort to boost revenue, Musk is seeking to quadruple the cost of Twitter's subscription service from $4.99 per month to $19.99 per month and also require it for users to keep their blue verification badge, the Verge reported. Musk is also looking to revive Twitter's short form video division Vine, Axios reported, which could put it in more direct competition with TikTok.

Twitter users could soon have another alternative social network. Company co-founder and former CEO Jack Dorsey's Bluesky is now taking beta testers. The nascent social network aims to be decentralized and user, rather than corporation, controlled. "It's a competitor to any company trying to own the underlying fundamentals for social media or the data of the people using it," Dorsey recently said.

Banafa expects Twitter's prospects to become clearer by the end of the year. For now, "someone has to remind him that he's CEO of Twitter and he should be careful about what he's posting," Banafa said of Musk.

Roland Li is a San Francisco Chronicle staff writer. Email: roland.li@sfchronicle.com
Twitter: @rolandlisf

Caption:
Elon Musk's now deleted tweet on Sunday linking to a baseless news article on the attack on **Paul Pelosi** wasn't the first time the billionaire has spread misinformation on Twitter, and it's previously sparked legal peril.

Musk's 2018 tweet calling a cave diver "pedo guy" after being rebuffed over efforts to aid rescue efforts of youths in Thailand led to a civil lawsuit, where Musk was ultimately acquitted of defamation charges. That same year, Musk gave up his chairman position at Tesla and paid $20 million under a settlement with the Securities and Exchange Commission after tweeting that he had "funding secured" to take the company private when no such deal was in place.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106145105

**San Francisco Chronicle (CA)**

November 1, 2022

Edition: ED
Section: A
Page: A010

**Pelosi attack is assault on democracy**

Author: *Dennis Aftergut and Jeffrey Abramson*

Article Text:

We were two young law clerks working at the California Supreme Court building across from City Hall the day in 1978 when Dan White shot and killed Mayor George Moscone and Supervisor Harvey Milk. Those assassinations, as much as they changed San Francisco and the nation's political history -- were singular acts of personal vengeance by a political rival.

But that was decades before the internet and Donald Trump's arrival on the political scene in 2016.

Friday's violent home invasion and hammer attack on House Speaker Nancy Pelosi's 82-year-old husband, Paul, tell us how generalized political violence has now become. The capacity of conspiracy theories to go viral has exponentially expanded political evildoers' reach, and its ability to ensnare in misbelief and violent action the frightened, the gullible and those with a desperate need to belong.

To preserve our freedom and the democracy that protects it will take courage and speaking up by all of us who care, especially Republican elected officials who have shamefully hesitated to separate themselves from Trump and his Big Lie. Americans everywhere, especially in battleground states, will need to vote and act against election denialism and the conspiracy to overturn our constitutional republic.

**David DePape** allegedly invaded the Pelosi home early in the morning on Friday and reportedly yelled at Paul, "Where is Nancy, where is Nancy?" Vicious verbal attacks have been directed at the speaker for decades, presumably because she is so effective a defender of our constitutional system and her party.

**DePape** appears to be part of the conspiracy theorists' internet tribe. On Facebook, he has posted links to multiple videos produced by Mike Lindell, Trump's Big Lie amplifier and My Pillow CEO. Those videos falsely proclaimed the "theft" of the 2020 election from

Trump. **DePape**'s webpage also featured YouTube videos entitled "Democrat FARCE Commission to Investigate January 6th Capitol Riot COLLAPSES in Congress!!!" and "Global Elites Plan To Take Control Of YOUR Money!" That is a familiar antisemitic dog whistle that illustrates the overlap between Trump's election lies and hate.

There is nothing isolated about the internet-related, violent attack on the Pelosis. It is reminiscent of 2016's "Pizzagate" where a crazed gunman attacked a pizzeria believing a madcap internet narrative that Hillary Clinton and Democratic elites were running a child sex-trafficking ring out of a Washington pizzeria.

Evidence from the House Jan. 6 committee and from guilty pleas by participants in the insurrection establish that members of the mob that day came in response to Trump's social media invitations.

Remember that just like **DePape**, the insurrectionists wanted to know, "Where are you, Nancy," just like they chanted, "Hang Mike Pence!"

Today, as the New York Times has reported, "Republicans and Democrats have faced stalking, armed visits to their homes, vandalism and assaults." The Times also reported a tenfold annual increase in such attacks in the five years since Donald Trump was elected president.

There is a key similarity between that surge of violent threats and the one we are now in the middle of against election officials. Both are aimed at intimidating and silencing those who care about free and fair elections and are willing to defend them.

Intimidation is the bread and butter of terrorism. It succeeds unless citizens resist it. That is why Timothy Snyder, one of America's foremost historians of 20th century totalitarianism, in his celebrated 2018 handbook, "On Tyranny," saves for his last lesson what is needed in citizens to stop any slide away from democracy: "Be as courageous as you can be."

History tells us that what starts as violence against opponents and isolated groups ultimately spreads to those who think they are safe as an autocratic leader's allies. Even Republican leaders and followers will not eventually be safe if democracy falls. This is why such leaders must do more than express best wishes for **Paul Pelosi**'s speedy recovery and pablum statements about the unacceptability of violence.

There is little doubt that if they, in large numbers, were instead to stop enabling and start condemning the Big Lies coming from Trump that feed the violence, it would rapidly decelerate. Unfortunately, they are not likely to do that on their own. What is needed is for voters to reject election-denier candidates across the country in the upcoming midterms.

When White shot Milk and Moscone in 1978, citizens spoke up by marching in large numbers to show their love for the fallen leaders and their hatred of the violence. America needs Trump's Republican allies to separate themselves from him. As for

citizens, we need to vote -- and to support those in battleground states who will vote -- so that his election-denying mimickers are sent to electoral defeat.

Dennis Aftergut is a former federal prosecutor and former chief assistant city attorney in San Francisco and currently of counsel to Lawyers Defending American Democracy . Jeffrey Abramson is an emeritus professor of law and government at the University of Texas at Austin.

Caption:
1) PHOTO: A suspect reportedly yelled, "Where is Nancy?" before attacking **Paul Pelosi**, the House speaker's husband. (Kevin Wolf/Associated Press 2019)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106144747

**San Francisco Chronicle (CA)**

November 1, 2022


Edition: MN
Section: A
Page: A006



**Former partner of assault suspect DePape says he struggled mentally**

Author: *Nora Mishanec*

Article Text:

The imprisoned longtime partner of **David DePape**, the suspect in the attack on U.S. House Speaker Nancy Pelosi's husband, Paul, said Sunday that mental illness and drug use had caused him to deteriorate so profoundly that he once grew convinced that "he was Jesus for a year."

"He has never been able to hold a job," Oxane "Gypsy" Taub said Sunday evening. "He has been homeless. This person really does suffer from mental illness and that is probably why he was there at 2 a.m."

Taub, 53, said her onetime boyfriend -- who appears to have spent recent weeks posting right-wing conspiracy theories onto personal websites with no apparent audience -- "is a broken child in an adult body with serious mental problems."

Taub spoke in an hour-long phone interview from the California Institution for Women in Corona (Riverside County), where she is serving time for attempting to abduct a 14-year-old boy in Berkeley with whom she had become obsessed.

Taub remembered **DePape**, 42, as a "shy and sweet" person who once supported her well-documented fight against San Francisco's public nudity laws. "David never appeared nude in any of my events even though he was encouraged to," she said. "He was uncomfortable."

When the pair met in Hawaii in 2000, she said, **DePape** "didn't know anything about politics," but came to share her fervor for many progressive causes -- though Taub also espoused conspiracy theories about the September 2001 terrorist attacks in New York and Washington, D.C.

"I don't think he became a Trump supporter," Taub said Sunday. "He was against the government, but if anything he was opposed to the shadow government, against the

74

people who really run the government and use politicians as puppets. Like Trump was a puppet. David and I were against the shadow government."

Authorities say **DePape**, who most recently lived in Richmond, broke into the Pelosi home in San Francisco early Friday morning looking for the House speaker but found her husband alone. It's not clear whether the intruder drove to the home or traveled there another way.

**Paul Pelosi**, who is 82, apparently made a surreptitious 911 call, summoning police. As officers arrived, **DePape** allegedly struck him with a hammer, leaving him in need of surgery for a fractured skull. He is expected to recover.

**DePape** remained locked in a secure ward at San Francisco General Hospital on Sunday, San Francisco District Attorney Brooke Jenkins said at a news conference. Jenkins, who plans to file charges Monday, did not indicate whether **DePape** was receiving psychiatric treatment.

**DePape** had filled websites with far-right conspiracy theories along with bigoted screeds directed at people of color, women, Jewish people and others. Nancy Pelosi has in recent years increasingly become a focus of far-right anger and conspiracy that has exploded online and reached more and more people.

Taub said she could not understand depictions of **DePape** as embracing far-right rhetoric. She said he was once a fan of former President Barack Obama, who was "more on the far left than the far right," during their 15-year relationship.

She said he supported her many causes -- which included protesting the war in Iraq -- and was happy to take care of the couple's children while she agitated. The pair had two sons and raised Taub's daughter from a previous relationship.

"In our 15 years together, we never once had a disagreement about politics because we were aligned in our views," she said.

Taub, though, said **DePape** had struggled with drug use and deteriorating mental health, which she said began in 2009 when the couple broke up for more than a year.

During the time they were broken up, she said, **DePape** started "living on the streets" and grew "so paranoid that someone was watching him." The couple got back together, but Taub said **DePape** grew convinced that he was Jesus Christ.

The couple kept in touch intermittently after they broke up for good in 2015. After that, Taub said, she heard from her children that **DePape** was living on the streets in the East Bay and eating meals at the McGee Avenue Baptist Church in Berkeley.

According to Taub, a friend who served **DePape** meals at the church later told Taub that he mumbled nonsensically and had "completely lost his mind."

Inti Gonzalez, the eldest of three children raised by Taub and **DePape**, said in a text message that she had kept in touch with her stepfather and that he had "never mentioned Pelosi" during their interactions.

Gonzalez said **DePape** made a living from selling bracelets he made himself. He had a bicycle, she said, but no car.

Nora Mishanec is a San Francisco Chronicle staff writer. Email: nora.mishanec@sfchronicle.com

Caption:
1) PHOTO: Oxane "Gypsy" Taub sets up a bullhorn during a demonstration in front of the federal courthouse in San Francisco in 2013. (Sean Havey/The Chronicle 2013)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106144193

**San Francisco Chronicle (CA)**

November 1, 2022

Edition: MN
Section: A
Page: A001

Author: *Rachel Swan*

Article Text:

A security guard at a residence in San Francisco's wealthy Pacific Heights neighborhood noticed something suspicious: Just after 2 a.m. Friday, a figure dressed in all black was walking near the three-story brick home of U.S. House Speaker Nancy Pelosi.

The guard heard a bang -- a man police later identified as **David DePape**, 42, of Richmond had used a hammer to break the glass backdoor and enter the Pelosi home, authorities said.

He carried a backpack, which he left just outside the backdoor, filled with zip ties, a roll of tape, a rope and gloves. He walked inside with the hammer, made his way upstairs to the Pelosi bedroom and awoke the man sleeping on the bed: **Paul Pelosi**, the 82-year-old husband of Nancy Pelosi.

The chilling details of what police and prosecutors say happened over the course of less than 30 minutes in the home were laid out for the first time Monday by FBI Special Agent Stephanie Minor in a court affidavit alleging that **DePape** committed two federal crimes -- assaulting a family member of a federal official and attempting to kidnap a federal official -- in retaliation for her work as a political leader.

**DePape** had a history of promoting far-right conspiracy theories, which have increasingly focused on Nancy Pelosi.

**Paul Pelosi** had never before seen the man standing in his bedroom and asking to talk to "Nancy," according to the account in the affidavit. **Paul Pelosi** told the man his wife was not home and the man responded that he would sit and wait for her. Even when **Paul Pelosi** told the man his wife wouldn't be home for several days, the man insisted he would wait.

**DePape** told **Paul Pelosi** he would tie him up so that he could get some sleep while he waited, because he had grown tired from carrying the backpack to the Pelosi home

, the affidavit states. **DePape** was living in the garage of a home on Shasta Street in Richmond but it was not revealed in court documents how he got to the Pelosi home that day, determined to find one of the nation's leading Democrats.

The man had a plan -- but he didn't tell **Paul Pelosi**. He later shared it with investigators, the affidavit states. He would hold Nancy Pelosi hostage and talk to her. If she told the "truth," he would free her; if she lied -- which is what he expected -- he would break her kneecaps. He figured, she would then have to be wheeled into Congress -- and other representatives would learn there were consequences to actions, the affidavit said.

Nancy Pelosi, **DePape** told investigators, was the "leader of the pack" of liars in the Democratic Party. He believed he could use her to lure another individual, who was not named, according to the investigator's account.

From the bedroom, **Paul Pelosi** tried to move to another part of the house but the man stopped him and returned him to the bedroom. Then, as they both talked, **Paul Pelosi** managed to slip into a bathroom and call 911. It was 2:23 a.m. and he reported that a man he didn't know was in his home waiting for his wife.

Dispatcher Heather Grives sensed something was seriously wrong even though the caller provided few details. Within four minutes she had elevated the call from a routine welfare check to a "Code 3" emergency.

Although **DePape** heard the 911 call and knew police were coming, he stayed put, because, "much like the American founding fathers with the British, he was fighting against tyranny without the option to surrender," Minor said in the affidavit, citing **DePape**'s interview with officers after his arrest.

Nearby the Pelosi home, the guard -- who apparently did not report the suspicious stranger -- heard sirens.

At 2:31 a.m., a police squad car rolled up to the brick house and Officers Kolby Wilmes and Kyle Cagney knocked on the door, by which point the two men had moved downstairs to the entryway. **Paul Pelosi** "ran over and opened" the door, and the two men began struggling over the hammer.

Wilmes and Cagney saw the two men grappling and commanded them to drop the tool, but **DePape** wrested the hammer from Pelosi and in a split second struck him on the head. **Paul Pelosi** collapsed, apparently unconscious.

At that point the officers rushed in, restrained **DePape**, took his hammer away and began to search his pockets, where they found a Clipper Card, a cell phone, cash and an "unidentified card," according to their account. In his bag, investigators said they found the rope, tape and gloves.

Comparing himself to an American founding father fighting British tyranny, **DePape** said repeatedly that he could not give up. He would go "through" **Paul Pelosi** rather than

surrender, the affidavit said, making the 82-year-old man endure a "punishment" that was intended for his wife, he later told investigators.

Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@sfchronicle.com Twitter: @rachelswan

Caption:
A security guard at a residence in San Francisco's wealthy Pacific Heights neighborhood noticed something suspicious: Just after 2 a.m. Friday, a figure dressed in all black was walking near the three-story brick home of U.S. House Speaker Nancy Pelosi.

The guard heard a bang -- a man police later identified as **David DePape**, 42, of Richmond had used a hammer to break the glass backdoor and enter the Pelosi home, authorities said.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106144019

**San Francisco Chronicle (CA)**

November 1, 2022

Edition: MN
Section: A
Page: A001

**Feds release chilling details**

Author: *Megan Cassidy*

Article Text:

While filing assault and attempted kidnapping charges against the man accused of bludgeoning **Paul Pelosi** last week, federal prosecutors on Monday revealed chilling new details about the attack, including the suspect's alleged plot to hold Speaker Nancy Pelosi hostage and potentially break "her kneecaps."

Federal officials filed their complaint just hours before San Francisco prosecutors announced their own charges against 42-year-old **David DePape** that included attempted murder and a slate of other felonies. **DePape** could face up to life in prison if convicted.

After his Friday arrest, **DePape** allegedly confessed to officers that he broke into the Pelosis' San Francisco home in order to get to Nancy Pelosi, who was in Washington, D.C. at the time of the attack.

"**DePape** stated that he was going to hold Nancy hostage and talk to her," prosecutors said in federal court documents filed Monday. "If Nancy were to tell **DePape** the 'truth,' he would let her go, and if she 'lied,' he was going to break 'her kneecaps,'" the documents state.

**DePape** said he did not expect Nancy Pelosi to tell the truth.

**DePape** allegedly explained to investigators that if Nancy Pelosi's kneecaps were broken, she would have to be "wheeled into Congress, which would show other Members of Congress there were consequences to actions," court records state. **DePape** described the speaker as the "'leader of the pack' of lies told by the Democratic party."

**DePape** was charged with influencing, impeding or retaliating against a federal official by threatening or injuring a family member, and with attempted kidnapping of a United States official on account of the performance of official duties, according to a news release. The federal charges carry a combined maximum of 50 years in prison.

80

San Francisco District Attorney Brooke Jenkins on Monday implored political leaders and citizens to "turn down the volume of our political rhetoric."

"We should be able to all engage in passionate political discourse, but still remain respectful of one another," Jenkins said during a press conference at her San Francisco office. "Violence certainly has no place in San Francisco or in politics."

San Francisco Police Chief Bill Scott said local officers were assisting Capitol Police in providing security to the Pelosi home.

Jenkins said **DePape** will be charged with attempted murder, first-degree burglary, elder abuse, assault with a deadly weapon, false imprisonment of an elder, threatening the family member of a public official and a slate of enhancements.

Those charges carry a sentence of 13 years to life in prison.

The federal charges were announced Monday by U.S. Attorney Stephanie M. Hinds, Special Agent in Charge Robert K. Tripp of FBI San Francisco and Chief J. Thomas Manger of the U.S. Capitol Police.

Police at the scene discovered multiple tools that could have been used to carry out a kidnapping, including "a roll of tape, white rope, a second hammer, a pair of rubber and cloth gloves and zip ties from the crime scene" officials said. A glass door leading to the back porch had been broken into.

Police said they were called to the scene before 3 a.m. Friday, when 82-year-old **Paul Pelosi** managed to contact authorities with a surreptitious 911 call.

When they arrived, police said they saw the two men struggle over a hammer, with which **DePape** struck Pelosi at least once.

**Paul Pelosi**, who was interviewed by police in an ambulance to San Francisco General Hospital, said he had never seen **DePape** before that evening. When **DePape** came into the bedroom, he told **Paul Pelosi** that he wanted to talk to "Nancy."

**Paul Pelosi** said he told **DePape** his wife wasn't home and wouldn't be for several days. **DePape** said he would wait, **Paul Pelosi** told police.

**Paul Pelosi** said he was able to go to the bathroom, which is where he called 911. Police officials have described that call -- as well as the actions of the dispatcher -- as a crucial element of the officers' swift response.

Chief Scott previously suggested that **Paul Pelosi** had attempted to relay the urgency of the situation without alarming the intruder. Heather Grives, the dispatcher who received the call, was suspicious enough that she boosted the priority from a "well-being check" to an emergency, Scott said.

In his own interview with police, **DePape** allegedly said he told **Paul Pelosi** that he wanted to tie him up so that he could go to sleep "as he was tired from having had to carry a backpack to the Pelosi residence."

**DePape** said he took out the zip ties, and stopped **Paul Pelosi** from moving to another area of the house.

"**DePape** explained that he did not leave after Pelosi's call to 911 because, much like the American founding fathers with the British, he was fighting against tyranny without the option of surrender," federal officials said.

**Paul Pelosi** and **DePape** went downstairs to the front door, **DePape** said. When police knocked on the door **Paul Pelosi** ran over to open it and grabbed a hold of the hammer in **DePape**'s hand.

In his police interview, **DePape** said at this point he "did not plan to surrender and that he would go 'through' (**Paul) Pelosi**." **DePape** told police that he swung the hammer toward **Paul Pelosi**, explaining that his actions resulted in **Paul Pelosi** "taking the punishment instead," federal prosecutors said.

**Paul Pelosi** was taken to a hospital and underwent surgery to repair a skull fracture and serious injuries to his right harm and hands, the speaker's office said. He is expected to recover.

**DePape** was arrested at the scene.

Jenkins said **DePape** remained locked in a secure ward at San Francisco General Hospital on Sunday. She did not comment on his mental health and would not say whether he was in the hospital for psychiatric treatment.

He is expected to be arraigned Tuesday in San Francisco Superior Court. Jenkins said she expects her office will recommend that **DePape** be held in custody without bail.

Megan Cassidy is a San Francisco Chronicle staff writer. Email: megan.cassidy@sfchronicle.com Twitter: @meganrcassidy

Caption:
1) PHOTO: **David DePape** allegedly confessed that he intended to hold Nancy Pelosi hostage. (Michael Short/The Chronicle 2013)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106144017

**San Francisco Examiner (CA)**

November 2, 2022

Section: News

**Misinformation PRINT ONLY**

Author: *Marcus White | Examiner staff writer |*

Article Text:

False claims, lies and conspiracy theories spread regularly on Twitter. But this week, Elon Musk — the company's new CEO and owner — was among the users sharing dubious assertions about the attack on **Paul Pelosi**, husband of House Speaker Nancy Pelosi, who was attacked in the couple's San Francisco home Friday morning.

Several social media experts, who already feared that Twitter could become a "powder keg" for emergent conspiracy theories with the world's richest man at the helm, said Musk's sharing of false claims epitomized their concerns.

Just three days after completing his purchase of the San Francisco social media company, Musk on Sunday tweeted a homophobic conspiracy theory about the relationship between Pelosi and **David DePape**, the man facing federal and state charges in the attack.

Musk tweeted at Hilary Clinton that "there is a tiny possibility there might be more to this story than meets the eye." He linked to a website that previously had falsely claimed that Clinton was dead and replaced by a body double.

Musk ultimately deleted the tweet, but experts who study social media misinformation and manipulation who spoke with The Examiner were alarmed about what the deleted tweet portends for the platform under his direction.

"You've suddenly given a boost in the arm to conspiracy theorists," Rohit Chopra, an associate professor of communication at Santa Clara University, said of Musk's tweet in an interview with The Examiner.

Asked multiple questions about why Musk tweeted and deleted the conspiracy theory, Twitter didn't respond to The Examiner's request for comment prior to publication.

'Free speech' and false information

As part of his $44 billion purchase of Twitter, Musk has previously pledged to loosen the platform's content moderation under the guise of promoting "free speech."

In an open letter to advertisers he shared from his Twitter account, Musk said he purchased the company "because it is important to the future of civilization to have a common digital town square, where a wide range of beliefs can be debated in a healthy manner, without resorting to violence."

"If it's a digital town square, that kind of speaks poorly about the town square," said Chopra, who has written about the online efforts of right-wing Hindu groups and how those compare to similar movements.

Within it, many prominent conservatives have spread and continue to spread misinformation and disinformation about the attack on Pelosi, from which the 82-year-old required extensive surgery.

**DePape**, Pelosi's alleged attacker, told police in an interview published in a federal affidavit on Monday that he used a hammer to break into a back door of the Pelosis' home, and that he planned to break Nancy Pelosi's "kneecaps" unless she told the "truth."

Websites bearing his name, although never mentioning Nancy Pelosi, also included posts invoking QAnon and a number of far-right conspiracies. Officials said **Paul Pelosi** didn't know **DePape** before Friday.

But in between the attack and **DePape** pleading not guilty on Tuesday, a number of leading figures on the political right posted and amplified conspiracies.

Donald Trump Jr., Louisiana Rep. Clay Higgins and far-right filmmaker Dinesh D'Souza all shared tweets referencing the homophobic conspiracy theory, which relied upon a retracted detail from a KTVU report about what **DePape** was wearing.

Others, including D'Souza and Georgia Rep. Marjorie Taylor Greene, falsely claimed that **DePape** was Pelosi's friend, after an excerpt of the 911 dispatch shared on Twitter said Pelosi called **DePape** "a friend." The San Francisco District Attorney's Office said in court documents that **DePape** identified himself as "a friend of theirs" while Pelosi spoke with the dispatcher.

Musk, who tweeted then deleted the aforementioned conspiracy theory, has more than 113 million followers on Twitter. That's over 100 million more than Trump Jr., D'Souza, Taylor Greene and Higgins combined.

"It does give it a sense of legitimacy," Brandie Noennecke, the director of UC Berkeley's CITRIS Policy Lab, told The Examiner in an interview.

'Musk the businessman' vs. 'Musk the ideologue'

Noennecke noted that Musk has plenty of incentive for Twitter not to be a "powder keg" for conspiracy theories.

Musk borrowed $13 billion from banks to buy Twitter, and the company now owes $1 billion in annual debt and interest payments.

Perhaps in light of this, Musk in an open letter last week sought to assure advertisers that Twitter wouldn't become "a free-for-all hellscape." He also met with a number of civil rights and advocacy groups on Tuesday, outlining "how Twitter will continue to combat hate (and) harassment (and) enforce its election integrity policies" ahead of the Nov. 8 midterm elections.

Musk also said last week that Twitter "will be forming a content moderation council with widely diverse viewpoints."

"Over the next few weeks, we are likely to witness an internal conflict between Musk the businessman and Musk the ideologue," Étienne Brown, an assistant professor of philosophy at San Jose State who focuses on the ethics of online interaction, told The Examiner in an email.

"While the latter portrays himself as a defender of free speech who squashes speech regulation, the [former] is trying to reassure advertisers that Twitter will remain tightly regulated. Musk is too unpredictable for anyone to say at this point who will win," Brown said.

'I think it's gonna get a lot worse'

Brown said he was even more concerned about hate speech spreading on the platform than conspiracy theories, pointing to the trolls "who already feel empowered by Musk's tenure" and posted racist slurs in the aftermath of Musk completing the deal last week. Yoel Roth, Twitter's head of safety and integrity, said just 300 accounts sent "more than 50,000" tweets "repeatedly using a particular slur" in the aftermath of Musk's purchase.

Musk also announced a new process for Twitter verification this week, raising fresh concerns when he said he wants to charge $8 a month for users to get — and maintain — their blue checkmark. Companies, or public figures, who don't maintain their check could, conceivably, be easily impersonated. Publishers "willing to work with" Twitter would have a "paywall bypass," Musk said.

It remains to be seen whether those plans, or their corresponding concerns, come to fruition. But after the attack on Pelosi, none of the experts who spoke with The Examiner were optimistic.

"I think it's gonna get a lot worse," Noennecke, the CITRIS Policy Lab director said.

Copyright © 2022 San Francisco Examiner.

Record Number: c8dfef5641a574577373edd98a46e1d9e6882ccc

**San Francisco Chronicle (CA)**

November 2, 2022

Edition: ED
Section: A
Page: A014

**Trustees saved CCSF from financial ruin**

Article Text:

Regarding "Don't re-elect trustees who are gutting CCSF" (Letters to the Editor, Oct. 31): In their letter to the editor, our opponents present some "alternative facts." In truth, they have publicly stated that they don't believe City College of San Francisco had a budget deficit.

This also means they do not believe the data from the institution's Office of Finance, the state of California, and the Accrediting Commission for Community and Junior Colleges that collectively state otherwise.

Moreover, our opponents have stated that instead of ending the structural deficits, as we did, they would "fight" the accrediting agency. Their proposals to undo our financial restructuring would cause another accreditation crisis, leading to further enrollment drops, reputational damage and ultimately the demise of City College.

The Board of Trustees prevented another accreditation disaster by ending the deficits and meeting all of CCSF's financial requirements.

The truth is City College is not turning away students. This fall semester, there are still empty seats in our classes, with an overall 23% vacancy rate.

The facts are that enrollment is down at colleges across the country since the pandemic, and City College lost 27% of its students and saw a reduction in tax revenue. In response, the incumbent trustees stood up for good governance to ensure City College will remain open, financially stable, affordable and fully accredited.

Candidates who don't believe in facts should not be running for office

Brigitte Davila, John Rizzo, Thea Selby and Murrell Green, trustees, City College of San Francisco

Big Lie triggers violence

Regarding "Search for answers in **Paul Pelosi** attack" (Front Page, Oct. 28): As a public service, I wish to offer a foolproof algorithm to definitively answer the searing Front Page headline.

Start with politicians who continue to spread incendiary lies about the 2020 presidential election results with baseless conspiracy theories, add a few media outlets like Fox News and One America News that amplify and justify the lies, sprinkle in countless right-wing candidates whose campaign ads feature assault weapons and openly advocate violence -- and you get both the Jan. 6 insurrection and the heinous attack on House Speaker Nancy Pelosi's husband, Paul.

Long before then-President Donald Trump implored the Proud Boys to "stand back and stand by," he alone could have stopped this epidemic of nationalist insanity.

He chose not to.

Barry Goldman-Hall, San Jose

Focus on the present

Regarding "Schools see test scores plunge" (Front Page, Oct. 25): California's priorities are completely nonsensical. Only 31% of Black schoolchildren in California are proficient in English and just 16% are proficient in math. For San Francisco, perhaps the most "progressive" city in the country, the stats are even worse: just 18% proficiency in reading and 9% in math.

Yet, the state has impaneled a group of experts to determine monetary reparations for the descendants of slavery, while San Francisco's school board famously fought over the renaming of "racist" school names, like Abraham Lincoln and Diane Feinstein.

This is pure insanity and the racial equivalent of fiddling while Rome burns.

Winston Churchill's wisdom is relevant here: "If we open a quarrel between past and present, we shall find that we have lost the future."

Politicians, by diverting attention to redressing the past, are failing in the present and losing the future.

Kenneth Broad, Mill Valley

Keep park a public space

Regarding "Keep beer out" (Letters to the Editor, Oct. 28): I could not agree more. It is very concerning and also sad to see the bit-by-bit privatization of Golden Gate Park.

This includes the very intrusive Ferris wheel near the Band Shell. What a blight on the senses.

If Proposition J passes and keeps part of John F. Kennedy Drive closed to cars as a "promenade," the space will become nothing but a food and entertainment venue benefiting a private few.

Look around: the new chairs scattered everywhere which detract horribly from the green space, the Doggie Diner mascots, the "shared space" areas with tables that are already being installed even before the election to decide the fate of JFK Drive.

This is not a referendum on public space but a land grab!

Libby Baxter, San Francisco

Caption:
Regarding "Don't re-elect trustees who are gutting CCSF" (Letters to the Editor, Oct. 31): In their letter to the editor, our opponents present some "alternative facts." In truth, they have publicly stated that they don't believe City College of San Francisco had a budget deficit.

This also means they do not believe the data from the institution's Office of Finance, the state of California, and the Accrediting Commission for Community and Junior Colleges that collectively state otherwise.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106167113

**San Francisco Chronicle (CA)**

November 2, 2022

Edition: MN
Section: A
Page: A001

**Police: Suspect on a 'suicide mission'**

Author: *Megan Cassidy*

Article Text:

**David DePape**, the suspect accused in the wildly politicized hammer attack of Speaker Nancy Pelosi's husband, **Paul Pelosi**, pleaded not guilty to attempted murder and other charges Tuesday afternoon in his first court appearance.

At his arraignment in San Francisco Superior Court, Judge Diane Northway ordered **DePape** to be held in custody without bail, though left open the possibility to revise that ruling at a later date. Northway also signed a protective order that bars **DePape** from contacting Paul or Nancy Pelosi or coming within 150 yards of the couple's home.

A judge was expected to set a date for a preliminary hearing in **DePape**'s case on Friday.

Tuesday's hearing, which lasted just a few minutes, marked the first time **DePape** has been seen in public since allegedly breaking into the Pelosis' San Francisco home early Friday morning and striking **Paul Pelosi** in the head with a hammer.

**DePape**, dressed in neon orange jail garb and wearing his wavy brown hair to his shoulders, spoke only to answer procedural questions.

The proceedings marked a straightforward step in a story that's become riven with conspiracy theories and misinformation amplified by social media at a rate that's left law enforcement officials scrambling to catch up.

San Francisco District Attorney Brooke Jenkins has charged **DePape** with attempted murder, first-degree burglary, elder abuse, assault with a deadly weapon, false imprisonment of an elder, threatening the family member of a public official and a slate of enhancements.

**DePape** allegedly told police officers after his arrest that he "didn't really want to hurt" **Paul Pelosi** , but that he was on a "suicide mission," according to court documents, motivated by his self-proclaimed revulsion with the "level of lies coming out of Washington, D.C."

**DePape** also allegedly told police he also planned to target an unnamed "local professor" and other federal and state politicians, along with their relatives.

DePepe also faces charges of kidnapping and assault in a separate federal case.

In a brief statement to reporters after the Tuesday hearing, Deputy Public Defender Adam Lipson, who is representing **DePape**, hinted at a potential insanity defense. Noting the widespread speculation about his client's susceptibility to misinformation, Lipson said that was something the defense team would "delve into."

Lipson said **DePape** was being held at a San Francisco County jail.

Police said they were called to the scene before 3 a.m. Friday, when 82-year-old **Paul Pelosi** managed to contact authorities with a surreptitious 911 call.

When they arrived, police said they saw the two men struggle over a hammer that was used to strike **Paul Pelosi** at least once.

**Paul Pelosi**, who was interviewed by police in an ambulance to San Francisco General Hospital, said he had never seen **DePape** before that evening. When **DePape** came into the bedroom, he told **Paul Pelosi** that he wanted to talk to "Nancy."

After his Friday arrest, **DePape** allegedly confessed to officers that he broke into the Pelosis' San Francisco home in order to get to Nancy Pelosi, who was in Washington, D.C., at the time of the attack.

"**DePape** stated that he was going to hold Nancy hostage and talk to her," prosecutors said in federal court documents filed Monday, where they charged him with assault on the immediate family member of a federal official and attempted kidnapping of a federal official.

"If Nancy were to tell **DePape** the 'truth,' he would let her go, and if she 'lied,' he was going to break 'her kneecaps,'" the documents state.

**DePape** said he did not expect Nancy Pelosi to tell the truth.

**DePape** allegedly explained to investigators that if Nancy Pelosi's kneecaps were broken, she would have to be "wheeled into Congress, which would show other Members of Congress there were consequences to actions," court records state. **DePape** described the speaker as the "'leader of the pack' of lies told by the Democratic party."

Prior to the attack, **DePape** was seen by family and acquaintances as someone adrift who lived largely in obscurity from a stint as part of a local nudist movement a decade ago.

But social media screeds **DePape** apparently wrote in the months and days leading up to the attack paint a portrait of a man who had latched onto various right-wing conspiracy theories including QAnon, whose adherents believe former President Donald Trump stands against an alliance of Satan-worshiping Democratic pedophiles.

The blog, which has now been removed, also included bigoted commentary directed at people of color, women, Jewish people, Muslims, members of the LGBTQ community and immigrants.

Fueled in large part by the far-right fringes of social media, the case over the last few days took another dark turn as bizarre, largely anti-LGBTQ conspiracy theories about the attack were amplified by some of the nation's most visible public figures, including Elon Musk and Donald Trump.

Prosecutors on Tuesday relayed a message from the Pelosis, who asked the public to respect their privacy.

Megan Cassidy is a San Francisco Chronicle staff writer. Email: megan.cassidy@sfchronicle.com Twitter: @meganrcassidy

Caption:
1) PHOTO: **David DePape** (left) pleaded not guilty to all charges Tuesday and was barred from coming near the Pelosis' home by Judge Diane Northway. (Vicki Behringer/Special to The Chronicle)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106165763

**San Francisco Foghorn: University of San Francisco (CA)**

November 3, 2022

Section: opinion

**Staff Editorial: What's going to happen to Twitter?**

Article Text:

class="wp-image-24060" srcset="http://sffoghorn.com/wp-content/uploads/2022/11/elonfoghorn-1024x1024.jpg 1024w, http://sffoghorn.com/wp-content/uploads/2022/11/elonfoghorn-300x300.jpg 300w, http://sffoghorn.com/wp-content/uploads/2022/11/elonfoghorn-150x150.jpg 150w, http://sffoghorn.com/wp-content/uploads/2022/11/elonfoghorn-768x768.jpg 768w, http://sffoghorn.com/wp-content/uploads/2022/11/elonfoghorn-1536x1536.jpg 1536w, http://sffoghorn.com/wp-content/uploads/2022/11/elonfoghorn.jpg 2048w" sizes="(max-width: 1024px) 100vw, 1024px" />GRAPHIC BY MORGAN LEE/GRAPHICS CENTER

It's official: Tesla tycoon Elon Musk has closed the deal to purchase Twitter for $44 billion. Musk's acquisition marks a turning point in billionaire spending, departing from the norm of the wealthiest using their companies to make large purchases. Think Mark Zuckerberg who bought Instagram via Meta, and Jeff Bezos who bought Whole Foods with Amazon.

Under Musk's buyout, one man now holds the reins of a platform used by 240 million people. This raises a multitude of questions in regard to Twitter's future, an important one being, will Musk allow hate speech and misinformation under the guise of free speech?

Since their inception, social media platforms like Twitter have been subject to the circulation of misinformation due to algorithms that manipulate users into only seeing like minded accounts. While for certain hobbies this might not be a problem, it can be dangerous when users look to social media as a primary source for news coverage and forming opinions on controversial topics. Twitter specifically has been under fire for its algorithm promoting misinformation. A 2018 study found that fake news reaches more people than factual information does on Twitter.

"When people in positions of power and the public start to echo extremist rhetoric, it's even more likely that we're going to see real-world consequences," said former Rutgers University institute of politics Director John Farmer.

San Francisco witnessed these consequences this past week with the brutal attack of House Speaker Nancy Pelosi's 82 year-old husband **Paul Pelosi**. On Friday at 2 a.m., **David DePape** broke into their home and attacked Pelosi with a hammer. Now in custody, authorities have revealed that **DePape** has a long internet history with QAnon, an internet conspiracy theory phenomenon associated with anti-semitic statements and paranoia over perceived anti-white racism.

Studies across the world have concluded that a strong link exists between online speech and acts of violence targeted towards marginalized people. In the last decade, numerous tragedies like the 2015 Charleston church shooting, the 2018 Pittsburgh synagogue shooting, and the 2019 Poway synagogue shooting have unfolded testifying to the power of misinformation.

In a statement, Musk assured users that Twitter will not transform into a "free-for-all hellscape, where anything can be said with no consequences." But, as we have seen, violent rhetoric never remains within the echo chambers of our digital world.

Since Musk's buy out of Twitter, racist trolls have taken to the app to test the limits of free speech. As reported by the Princeton-based Network Contagion Research Institute the use of the N-word increased by 500% in the 12 hour period following Musk's acquisition. In response, NBA player Lebron James tweeted, "I hope he [Musk] and his people take this very seriously because this is scary AF. So many damn unfit people saying hate speech is free speech."

This year, Twitter began testing out the experimental program "Birdwatch" where a small, select group of users can fact check tweets and provide context notes to Tweets which may not directly violate Twitter community guidelines but do present false information. Who knows if this program will become more accessible, or even survive under Musk's leadership.

As we watch and wait to see what will happen to one of the world's main sources for news, we wonder what the future of news sharing will look like on Twitter. Given Musk's record as a "free speech absolutist," we hope that he will protect the platform from becoming a den for racism and white supremacy.

Copyright © 2022 UWIRE, a division of Uloop, All rights reserved.

Record Number: ULOOP5416591

**San Francisco Examiner (CA)**

November 3, 2022

Section: Business

Topics:

**Index Terms:**
News

**'It's gonna get a lot worse': What Musk misinfo means for Twitter's future**

Author: *Marcus White | Sr. Digital Writer | Producer*

Article Text:

False claims, lies and conspiracy theories spread regularly on Twitter. But this week, Elon Musk — the company's new CEO and owner — was among the users sharing dubious assertions about the attack on **Paul Pelosi**, husband of House Speaker Nancy Pelosi, who was attacked in the couple's San Francisco home on Friday morning.

Several social media experts, who already feared that Twitter could become a "powder keg" for emergent conspiracy theories with the world's richest man at the helm, said Musk's sharing of false claims epitomized their concerns.

Just three days after completing his purchase of the San Francisco social media company, Musk on Sunday tweeted a homophobic conspiracy theory about the relationship between Pelosi and **David DePape**, the man facing federal and state charges in the attack.

Musk tweeted at Hillary Clinton that "there is a tiny possibility there might be more to this story than meets the eye." He linked to a website which previously had falsely claimed that Clinton was dead and replaced by a body double.

Musk ultimately deleted the tweet, but experts who study social media misinformation and manipulation who spoke with The Examiner were alarmed about what the deleted tweet portends for the platform under his direction.

"You've suddenly given a boost in the arm to conspiracy theorists," Rohit Chopra, an associate professor of communication at Santa Clara University, said of Musk's tweet in an interview with The Examiner.

Asked multiple questions about why Musk tweeted and deleted the conspiracy theory, Twitter didn't respond to The Examiner's request for comment prior to publication.

'Free speech' and false information

As part of his $44 billion purchase of Twitter, Musk has previously pledged to loosen the platform's content moderation under the guise of promoting "free speech."

In an open letter to advertisers he shared from his Twitter account, Musk said he purchased the company "because it is important to the future of civilization to have a common digital town square, where a wide range of beliefs can be debated in a healthy manner, without resorting to violence."

"If it's a digital town square, that kind of speaks poorly about the town square," Chopra, who has written about the online efforts of right-wing Hindu groups and how those compare to similar movements, said of Twitter.

Within it, many prominent conservatives have spread and continue to spread misinformation and disinformation about the attack on Pelosi, from which the 82-year-old required extensive surgery.

**DePape**, Pelosi's alleged attacker, told police in an interview published in a federal affidavit on Monday that he used a hammer to break into a back door of the Pelosis' home, and that he planned to break "her kneecaps" unless she told the "truth."

Websites bearing his name, although never mentioning Pelosi, also included posts invoking QAnon and a number of far-right conspiracies. Officials said Pelosi didn't know **DePape** before Friday.

But in between the attack and **DePape** pleading not guilty on Tuesday, a number of leading figures on the political right posted and amplified conspiracies.

Donald Trump Jr., Louisiana Rep. Clay Higgins and far-right filmmaker Dinesh D'Souza all shared tweets referencing the homophobic conspiracy theory, which relied upon a retracted detail from a KTVU report about what **DePape** was wearing.

Others, including D'Souza and Georgia Rep. Marjorie Taylor Greene, falsely claimed that **DePape** was Pelosi's friend, after an excerpt of the 911 dispatch shared on Twitter said Pelosi called **DePape** "a friend." The San Francisco District Attorney's Office said in court documents that **DePape** identified himself as "a friend of theirs" to the dispatcher.

Musk, who tweeted then deleted the aforementioned conspiracy theory, has more than 113 million followers on Twitter. That's over 100 million more than Trump Jr., D'Souza, Taylor Greene and Higgins combined.

"It does give it a sense of legitimacy," Brandie Nonnecke, the director of the U.C. Berkeley CITRIS Policy Lab, told The Examiner in an interview.

'Musk the businessman' vs. 'Musk the ideologue'

Nonnecke hypothesized that Twitter could become a "powder keg" for emergent conspiracy theories if Musk truly scales back Twitter's content moderation efforts, but she noted that he has plenty of incentive for it not to be.

Musk borrowed $13 billion from banks to buy Twitter, and the company now owes $1 billion in annual debt and interest payments.

Perhaps in light of this, Musk in an open letter last week sought to assure advertisers that Twitter wouldn't become "a free-for-all hellscape." He also met with a number of civil rights and advocacy groups on Tuesday, outlining "how Twitter will continue to combat hate (and) harassment (and) enforce its election integrity policies" ahead of the Nov. 8 midterm elections.

Musk also said last week that Twitter "will be forming a content moderation council with widely diverse viewpoints."

"Over the next few weeks, we are likely to witness an internal conflict between Musk the businessman and Musk the ideologue," Étienne Brown, an assistant professor of philosophy at San Jose State who focuses on the ethics of online interaction, told The Examiner in an email.

"While the latter portrays himself as a defender of free speech who squashes speech regulation, the (former) is trying to reassure advertisers that Twitter will remain tightly regulated. Musk is too unpredictable for anyone to say at this point who will win," Brown continued.

'I think it's gonna get a lot worse'

Brown said he was even more concerned about hate speech spreading on the platform than conspiracy theories, pointing to the trolls "who already feel empowered by Musk's tenure" and posted racist slurs in the aftermath of Musk completing the deal last week.

Yoel Roth, Twitter's head of safety and integrity, said just 300 accounts sent "more than 50,000" tweets "repeatedly using a particular slur" in the aftermath of Musk's purchase.

Musk also announced a new process for Twitter verification this week, raising fresh concerns when he said he wants to charge $8 a month for users to get — and maintain — their blue checkmark. Companies, or public figures, who don't maintain their check could, conceivably, be easily impersonated. Publishers "willing to work with" Twitter would have a "paywall bypass," Musk said.

It remains to be seen whether those plans, or their corresponding concerns, come to fruition. But after the attack on Pelosi, none of the experts who spoke with The Examiner were optimistic.

"I think it's gonna get a lot worse," Nonnecke, the CITRIS Policy Lab director, said.

Copyright © 2022 San Francisco Examiner.

Record Number: afed9f75efbac88c6fcf3b2390e3185f14abc69

**San Francisco Chronicle (CA)**

November 3, 2022

Edition: MN
Section: A
Page: A001

**Longtime GOP agitator may finally win higher office**

Author: *Sophia Bollag*

Article Text:

In the California Legislature, Republican Assembly Member Kevin Kiley is one of the most vocal critics of the way Democrats run California.

He sued Gov. Gavin Newsom over his pandemic emergency powers and won an initial victory in court, only to have it overturned. He gained a devoted following among California conservatives when he ran to replace Newsom in the 2021 recall, but placed sixth overall. He often gives passionate speeches on the floor of the Assembly excoriating liberal policies, only to watch them pass easily in the Democrat-controlled statehouse.

Kiley has made a name for himself as a conservative firebrand, but one who has had little success derailing the Democratic policies he criticizes or transforming the traction he gains with conservatives into election wins.

Next week, he might see his luck change.

Kiley is running against Democrat Dr. Kermit Jones for a seat in Congress, where Republicans outnumber Democrats by 5 percentage points. If he and enough other Republican candidates win next week, he could find himself in the majority for the first time in his political career.

Kiley and Jones are currently locked in a competitive battle for California's 3rd Congressional District, which stretches from the edge of Lassen Volcanic National Park along the Nevada border to Death Valley, encompassing Sacramento suburbs, rural wilderness and Lake Tahoe.

While Democrats outnumber Republicans nearly 2-to-1 in California overall, in the 3rd District, 38% of voters are Republicans, 33% Democrats and 19% registered without party preference.

Rep. Tom McClintock, R-Elk Grove, currently represents much of the new 3rd District. He is running for re-election in the new 5th District, which encompasses a more reliably Republican area. Much of Kiley's Assembly district is encompassed in the new 3rd District.

'Kevin's gonna get noticed in Congress'

Kiley grew up in Granite Bay, a wealthy Sacramento suburb, and after graduating college, taught high school English in Los Angeles before getting his law degree from Yale. He worked as a lawyer for the California Department of Justice before being elected to the Assembly in 2016. In 2019, he ran for the state Senate but lost to Bieber (Lassen County) Republican Brian Dahle -- who is now running against Newsom for governor.

Rob Stutzman, a political consultant who worked for former Republican Gov. Arnold Schwarzenegger, said Kiley will be the most interesting freshman Republican from California if he wins.

"He's really done a great job of building his career by being a voice of opposition, and now he's likely to have a voice in the majority," Stutzman said. "Kevin's gonna get noticed in Congress."

Stutzman pointed to Kiley's success during the recall in building a following for challenging Newsom. That's translated into a solid grassroots fundraising base, which will serve him well if he wins.

Lisa Bryant, a political science professor at Fresno State, said Kiley will likely have a lower profile in Congress, at least at first.

"Junior members of Congress don't usually get a lot done in their first session because there is a big learning curve," she said, adding that she expects he will, like other freshman Republicans, "fall in line with the party in D.C. for the most part, especially if he has long-term aspirations."

'Democracy is on the line'

Jones, meanwhile, has never held public office. He earned medical and law degrees from Duke University. He was inspired to join the military after the Sept. 11 attacks and served as a Navy surgeon in Iraq.

On Saturday morning, 10 days out from the election, his campaign office was decorated for Halloween. Paper pumpkins on one wall flanked a sign tallying the number of doors campaign volunteers have knocked on and the number of calls they've made to persuade people to vote for Jones. A fuzzy, beagle-sized spider sat atop a filing cabinet, sizing up the roughly 50 volunteers who had gathered to phone bank or drive out into neighborhoods to knock on more doors.

"We are the front line for our democracy," Jones told them. "We're the front line for decency and civility."

He mentioned the Friday attack on House Speaker Nancy Pelosi's husband, **Paul Pelosi**, eliciting sympathetic groans.

"We're in a political environment where one side seems to think the truth is malleable and political violence is OK," Jones said.

Many of the volunteers nodded in agreement as Jones spoke. One, Bob Horowitz, said he'd traveled all the way from South Lake Tahoe to the Rocklin office to help because he believes a Republican takeover of the federal government would be disastrous.

"Democracy is on the line," Horowitz said.

Courting moderates

Jones has sought to tie Kiley to the extremist elements of his party in an effort to win over voters who want politics to become more civil. In a debate last week, Kiley brushed off Jones' allegations that he has ties to extremism as "crazy." Kiley's campaign did not make him available for an interview.

Meanwhile, Kiley has tried to tie Jones to top Democrats, including Pelosi and President Biden.

Knocking on doors in residential Rocklin on Saturday to encourage his supporters to return their ballots in time for the Nov. 8 election, Jones sought to distance himself from the president.

Jones' campaign manager Michaela Kurinsky-Malos said the campaign focused all summer on contacting as many no-party-preference voters as possible to convince them to support Jones. But less than two weeks out from the election, the campaign has shifted to pushing likely Jones supporters to return their ballots. All of the houses on Jones' door-knocking list on Saturday were Democrats or independent voters who had previously told the campaign they intended to vote for him. Jones received no answer at most houses where he rang the door, but he lucked out when he turned onto one cul-de-sac and found Debra and Greg Leal in their driveway changing a tire.

The two registered Democrats said they were still making up their minds about who to vote for, and Debra thanked Jones for meeting voters and allowing them to put a face to the name they've been seeing on yard signs.

Greg Leal asked Jones what he thought of Newsom, Biden and the president's plan to cancel student debt.

Jones struck a moderate tone with his answers. Newsom did the right thing by using part of the state's surplus to send checks to Californians, but could do a better job managing government regulations, Jones said. The Biden administration has done an "abysmal" job

reducing fire danger on federal lands in the district, he added, and should have handled student loan forgiveness differently.

Leal said that, after helping one son pay off his student loans and getting close to helping his other son do the same, Biden's loan forgiveness plan is unfair.

"You agreed to the debt," he said. "You should have to pay it back."

He and Jones agreed that higher education has become exorbitantly expensive, and that the federal government needs to work to bring costs down.

Policy differences

During the debate hosted by Sacramento-area TV station KCRA and local NPR affiliate CapRadio, both Jones and Kiley dodged some questions.

Kiley declined to give a clear answer about his stance on abortion rights, though he criticized Jones for not supporting abortion restrictions. Kiley voted against an amendment to enshrine abortion rights in the California Constitution. One of his political consultants told The Sacramento Bee that Kiley supports abortion rights in cases of rape and incest, but Kiley didn't say that or offer other specifics during the debate.

Jones told moderators he needed more time to look into whether he would support banning people under 21 from buying semiautomatic weapons, although he did say he would vote to ban large-capacity magazines. Kiley said he would vote against both proposals.

Both candidates said they oppose recent gas tax hikes. Kiley said he wants to lower prices by drilling more oil wells. Jones said the state needs to increase its oil production, but by increasing output of existing refineries, not drilling new wells.

Jones said he blamed Trump for the Jan. 6 insurrection. Kiley said he did not.

Kiley says that in Congress he would serve as a check on the Democrats currently in power, something he has tried and largely failed to do in California.

If Republicans win the House, Rep. Kevin McCarthy, R-Bakersfield, is the favorite to become speaker, which could give fellow California Republicans like Kiley an opportunity to influence federal policy.

"We need a new direction as a country," Kiley said during the debate. "We needed a check against the overreaching policies in Washington, D.C."

Sophia Bollag is a San Francisco Chronicle staff writer. Email: sophia.bollag@sfchronicle.com Twitter: @SophiaBollag

Caption:
In the California Legislature, Republican Assembly Member Kevin Kiley is one of the most vocal critics of the way Democrats run California.

He sued Gov. Gavin Newsom over his pandemic emergency powers and won an initial victory in court, only to have it overturned. He gained a devoted following among California conservatives when he ran to replace Newsom in the 2021 recall, but placed sixth overall. He often gives passionate speeches on the floor of the Assembly excoriating liberal policies, only to watch them pass easily in the Democrat-controlled statehouse.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106188325

**San Francisco Chronicle (CA)**

November 3, 2022

Edition: MN
Section: A
Page: A001

**Lawyer suggests Pelosi suspect vulnerable to misinformation**

Author: *Bob Egelko*

Article Text:

The lawyer for **David DePape**, charged with attempting to murder House Speaker Nancy Pelosi's husband, Paul, by fracturing his skull with a hammer at their home in San Francisco, said Monday following a court appearance that there has been "speculation regarding Mr. **DePape**'s vulnerability to misinformation. That is certainly something we're going to look into."

That's not a legal defense. But it might be an explanation of sorts.

No matter why **DePape** broke into the home early Friday morning, or what he believed about Nancy Pelosi and her fellow Democrats, "all that matters is what he intended to do" when he attacked her husband, said Laurie Levenson, a professor of criminal law at Loyola School of Law in Los Angeles. She said the statement by Deputy Public Defender Adam Lipson after his client's arraignment Tuesday appeared to be "a way of saying he's not a ringleader ... a lawyer signaling that this guy is not as dangerous as the people who are feeding him this misinformation."

California courts allow a defense of "necessity" -- that the defendant believed the crime was the only way to prevent greater harm -- but "it doesn't apply if the defendant's beliefs were unreasonable," said David Sklansky, a criminal law professor at Stanford. "So it's hard to see how it could apply here."

Lipson also told reporters he would be looking into **DePape**'s mental condition, an indication of a potential defense for the 42-year-old defendant -- who, according to a prosecution filing, said he had been on a "suicide mission."

To be found not guilty by reason of insanity, under California law, the defense would have to prove either that **DePape**, because of his mental state, could not understand the nature of the actions he was committing or that he did not know the difference between right and wrong.

Those are difficult standards to meet, and neither could be proven by showing merely that **DePape** was prone to believing in lies, said Robert Weisberg, a Stanford law professor and co-director of the school's Criminal Justice Center. But he said a defense lawyer, in some cases, can try to show that a client had brain damage that made him "incapable of forming intent to harm."

**DePape**'s former girlfriend, Oxane "Gypsy" Taub, a former nudity activist now in state prison on unrelated charges, told The Chronicle that **DePape** is "a broken child in an adult body with serious mental problems."

Meanwhile, Lipson's reference to **DePape**'s "vulnerability to misinformation" called attention to some of the more far-fetched commentary from the political right.

Former President Donald Trump claimed that the house invasion "wasn't a break-in, it was a break-out," saying, falsely, that the glass door had been smashed from the inside. His son Donald Trump Jr. shared a social media post saying, "Got my **Paul Pelosi** Halloween costume ready" and showing pictures of a hammer and a pair of underwear, an apparent reference to the bogus allegation that **Paul Pelosi** was having an affair with **DePape**.

Rep. Marjorie Taylor Greene, R-Ga., said the attack was an example of crime "rampant in Joe Biden's America," and Republican National Chair Ronna McDaniel told Fox News that "if this weren't **Paul Pelosi**, this criminal would probably be out on the street tomorrow because of "Democrat policies." **DePape**, who has pleaded not guilty, is being held without bail.

**DePape**, a onetime member of the Green Party, had swung far to the right in recent years, according to acquaintances and online statements in his name. **DePape** told police that he was "sick of the insane f--g level of lies coming out of Washington, D.C.," and told **Paul Pelosi** that "we've got to take them all out," according to a court filing. Blog posts in his name declared that COVID vaccines are harmful and that the 2020 election was stolen.

It all suggests that **DePape** was someone who "thinks he's going to be a hero, a savior, by attacking Nancy Pelosi based on the misinformation he's getting," said Loyola's Levenson.

"It's not a defense" by itself, she said, but it could be "a signal that he may have mental problems ... very vulnerable to suggestions." It also should be a caution signal, Levenson said, to "people putting out misinformation fully aware that people are going to act on it."

Bob Egelko is a San Francisco Chronicle staff writer. Email: begelko@sfchronicle.com Twitter: @BobEgelko

Caption:
1) PHOTO: Public Defender Adam Lipson addresses reporters Tuesday after the arraignment of Pelosi attack suspect **David DePape**. (Brontë Wittpenn/The Chronicle)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106189279

**San Francisco Chronicle (CA)**

November 4, 2022

Edition: 5star
Section: B
Page: B012

**A new immigrant's wisdom and a chaotic election season**

Author: *Vanessa Hua*

Article Text:

In 1960, weeks after my father arrived in America to attend graduate school, the Daily Iowan -- the student newspaper at the University of Iowa -- interviewed him about the upcoming presidential election. "At this date, who would get your vote, Sen. John Kennedy or Vice President Richard Nixon?"

In newspaper parlance, it's a man-on-the-street interview of the kind we still see, an attempt to go beyond the pundits and the polls.

My father saved the special campaign issue that documented his first days in this country, but my family never knew about it until this past summer, when we were looking through his papers. In the wake of the 1957 Sputnik launch, universities in the United States -- keen to help the country gain superiority in the global race for science and technology -- offered graduate fellowships to science and engineering students like my parents.

What a surprise, what a joy, to see my father in the accompanying photo: handsome and hopeful at 24, his life ahead of him.

As the tumultuous midterm season draws to a close on Election Day (Tuesday, Nov. 8), I've been reflecting on his words to the interviewer.

My father wasn't eligible to vote at the time, and perhaps to the reporter, he must have seemed an impartial observer. Maybe an exotic one, too, all the way from Taiwan.

In the roundup, voters included an 18-year-old woman supporting Nixon because of his experience working with President Dwight Eisenhower, and because her parents are Republicans; another 18-year-old woman who said she's against the Democratic platform; a philosophy professor who stood against Nixon after he'd accused a rival of being a Communist sympathizer; a 21-year-old man who believed Nixon "thinks ... before he speaks," but remained undecided; a 23-year old woman who said that Kennedy

was the best of two poor offerings, and who'd get her support because religion had become an issue. And a 23-year-old man who claimed he'd support Kennedy, because he's "more for the little man"; otherwise, he didn't see much difference between the candidates.

Of the seven interviewed, three were for Kennedy, one was undecided, two were for Nixon and then there's my father, who replied, "Whether Senator Kennedy or Vice President Nixon is elected will make little difference. Your government remains much the same with each president, because the president is a mirror of the people's wants."

(By the way, 56.7% of Iowa voters cast their vote for Nixon, and 43.2% for Kennedy, which perhaps reflects the limitations of the man-on-the-street interview in providing a broader picture of the electorate.)

My father's remarks seem just as relevant now, speaking to the political gridlock between Republicans and Democrats. After the midterms, will Democrats hold control of the Senate and House, or will President Biden's agenda get mired in the second half of his term? Participating in free and fair elections -- that combat intimidation and suppression -- can ensure that eligible voters have a say.

Turnout typically drops off for midterm elections. In 2018, about half of eligible voters participated, up from a paltry 36 percent four years earlier. By comparison, the 2020 presidential election had a turnout of 66.8%. But election experts are predicting a strong turnout for the hotly contested 2022 midterms.

I'm also reflecting how my father's comment -- "the president is a mirror of the people's wants" -- has parallels to today. Former President Donald Trump was a dark mirror indeed, unleashing vitriol and violence that fueled the Jan. 6 attacks on the U.S. Capitol and the recent assault on **Paul Pelosi**, husband of House Speaker Nancy Pelosi, in San Francisco. In the countdown to the Nov. 8 election, and in the weeks that follow, I'm deeply worried about further chaos.

But I draw strength from the example my parents set, their belief that every vote counted and that supporting a free press was vital to democracy, subscribing to The Chronicle then and now (thank you, subscribers!). After they became naturalized citizens, they always did their civic duty; I remember accompanying them to local polls, which instilled in me the importance of voting -- which in turn, my husband and I have ingrained in our twin sons, too.

Vanessa Hua is the author, most recently, of "Forbidden City." Her column appears Fridays in Datebook.

Caption:
In 1960, weeks after my father arrived in America to attend graduate school, the Daily Iowan -- the student newspaper at the University of Iowa -- interviewed him about the upcoming presidential election. "At this date, who would get your vote, Sen. John Kennedy or Vice President Richard Nixon?"

In newspaper parlance, it's a man-on-the-street interview of the kind we still see, an attempt to go beyond the pundits and the polls.

My father saved the special campaign issue that documented his first days in this country, but my family never knew about it until this past summer, when we were looking through his papers. In the wake of the 1957 Sputnik launch, universities in the United States -- keen to help the country gain superiority in the global race for science and technology -- offered graduate fellowships to science and engineering students like my parents.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106209063

**San Francisco Chronicle (CA)**

November 4, 2022

Edition: ED
Section: A
Page: A013

**More roads don't always lead to less traffic**

Article Text:

Lately, there have been several letters and articles about keeping part of Golden Gate Park closed to cars and about a proposed new bike lane on Hopkins Street in Berkeley. I am surprised at the vigorous response by car drivers that oppose any perceived advantage given to cyclists.

However, there is an unspoken assumption by drivers that should be cleared up: that more roads equal easier and quicker driving. This paradox (known as Braess' Paradox) shows that sometimes fewer streets result in quicker driving times.

There was a famous example in 1990 when New York City closed 42nd Street for Earth Day. Predictions for closing this major artery were more traffic jams. Strangely, traffic flow improved.

This phenomenon is well-documented and something to keep in mind when car drivers object to slow streets or the John F. Kennedy Drive closure in Golden Gate Park.

Gareth Scott, San Francisco

CCSF on wrong path

Regarding "Trustees saved CCSF from financial ruin" (Letters to the Editor, Nov. 2): As an English-as-a-second-language instructor at City College of San Francisco, I can refute the claim that "City College is not turning away students."

Incumbent trustees Brigitte Davila, John Rizzo and Thea Selby have consistently supported drastic class cuts and teacher layoffs; it's hard to believe they are unaware of the negative impact that has had on students and faculty.

In the ESL Department, a skeleton crew of instructors is now faced with teaching large numbers of students crammed into a dwindling number of classes.

The enrollment limit of my remote ESL class was raised to 200, but the class is full and has a long waitlist. Up to 80 students attend every class, more than double the acceptable number for an ESL class.

While sharing my screen, I see only the students who speak up. Quieter students disappear into the background, making it impossible to assess learning accurately and teach effectively.

Far from putting CCSF on the "right path" as The Chronicle's endorsement says, incumbent trustee candidates have participated in steering City College in a perilous direction.

We need trustees who will work to set us back on track.

Ann MacAndrew, San Francisco

Noncitizen vote helps kids

All parents, including immigrants, want their children to have a bright future and an enriching education. For many, our kids are what connect us. Our children building community with each other brings parents together.

Schools aren't only places our children learn, but community hubs that encourage parents to engage with each other and advocate together. While many immigrant parents are not yet citizens, many of their children are. Immigrant parents gaining the right to vote is not just for the parent -- it's for the children.

Equitable classrooms mean every child is represented, however, representation lacks for thousands of Oakland students. With a vote in school board elections, immigrant parents will gain more opportunities to represent their children, creating additional opportunities for every child to experience a quality education.

A vote for immigrant parents now is a vote for our children's future. If you are an Oakland voter, vote yes on Measure S.

Maribel Gonzalez, Oakland

Thompson inspires

An open letter to Golden State Warrior Klay Thompson: Don't let the jerks get you down. For those of us who are homebound with an illness and with nurses coming three times a week, you have been an inspiration for us to follow your courage.

I hated those heavy surgical shoes, and I saw you running up and down stairs in those same shoes during your recovery process in a Kaiser medical commercial. I thought: By God, if Thompson can do it, and his condition is worse than mine, I can gather up the strength to follow him to recovery.

Thank you. You were a help to me and so many others.

Diane Scattini, San Francisco

Offensive defense

Regarding "Lawyer suggests Pelosi suspect vulnerable to misinformation" (Front Page, Nov. 3): San Francisco birthed the egregious "Twinkie defense" allowing a murderer to claim short-term diminished capacity as a defense. Now we may be responsible for a new cop-out with **David DePape**'s public defender raising the issue of his client's "vulnerability to misinformation."

Let's not allow the "gullibility defense" to be attached to our great city's name.

Bob Eberle, San Francisco

Caption:
1) PHOTO: ggg

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106209155

**San Francisco Chronicle (CA)**

November 4, 2022

Edition: MN
Section: A
Page: A001

**Parties seize on incident as vote nears**

Author: *Sophia Bollag*

Article Text:

ROCKLIN, Placer County -- As they make their final pitches to voters ahead of Tuesday's election, some California Democrats are talking about the **Paul Pelosi** attack, arguing that Republican rhetoric has increased political violence and threatens democracy.

Gov. Gavin Newsom has done it -- criticizing Republicans who have made light of the incident, in which an attacker broke into House Speaker Nancy Pelosi's home and fractured her husband's skull with a hammer.

In one close congressional race in Southern California, Democrat Christy Smith has accused her opponent of bearing responsibility for the attack because he has called Nancy Pelosi "evil."

In Northern California, congressional candidate Dr. Kermit Jones talked about the event with supporters over the weekend, saying it underscores that civility and American democracy are at stake in this election.

Political experts say that strategy may help Democrats turn out their base, but likely won't have a huge impact on the midterms.

For much of his campaign, Jones has tried to distance himself from Pelosi and other prominent members of his party like President Joe Biden, often criticizing their policies to appeal to moderate voters in the sprawling, Republican-leaning district he's running to represent. During a debate with his opponent, Assemblyman Kevin Kiley, R-Rocklin (Placer County), last week, he repeatedly said it wasn't true that he was running to keep Pelosi in power.

Two days later, Jones brought Pelosi up on his own during an event with campaign volunteers. Jones described the attack on Pelosi's husband as a symbol of the hyper-

partisan politics he says he's running to fight, which drew sympathetic groans from his audience of supporters.

"We're in a political environment where one side seems to think the truth is malleable and political violence is OK," he said.

A week out from the election, Jones is using the attack as part of his effort to present himself as an antidote to partisan rancor. On Saturday, he walked around a suburban neighborhood in Rocklin, a Sacramento suburb, telling voters about his disagreements with Biden and national Democrats on policy issues like forest management and student loan relief. But he also emphasized his opposition to Republican rhetoric, which he said threatens the foundation of America's political institutions.

"We are the front line for our democracy," Jones told his supporters. "We're the front line for decency and civility."

That approach may help persuade some Democrats to turn in their ballots, said Lisa Bryant, a political science professor at Fresno State. But it likely won't convince people who were on the fence about which party to support.

"I think that they're speaking to the base, primarily, when they're talking about this," Bryant said. "So you're probably not pulling in new voters."

Mike Madrid, a Republican political strategist based in Sacramento, also said he doesn't think the Pelosi attack will change the fundamental dynamics of the midterms. But he said it plays into a larger issue Republicans face, which is that voters view them as the more extreme party.

That's an unusual dynamic this year, Madrid said, because usually it's the party in power viewed as more extreme.

"The Republican Party does not have control of any of the levers of power and yet it is still viewed as the most extreme," he said. "That doesn't necessarily mean the Democrats are going to win in the midterms, because I don't think they are. But it does mean what should be a very big red wave could be limited."

Newsom has been blasting Republicans who have made flippant comments about Pelosi, including Arizona gubernatorial candidate Kari Lake and Virginia Gov. Glenn Youngkin. He's also criticized Texas Sen. Ted Cruz, who tweeted screenshots from a conservative commentator suggesting "none of us will ever know for sure" what motivated the attack. Multiple law enforcement agencies have said the attack was politically motivated against Nancy Pelosi and social media accounts associated with the alleged attacker show he often posted about far-right conspiracies. The San Francisco Chronicle has compiled a detailed account of what happened during the attack based on court filings, police statements, documents, videos and photographs.

"Mocking an (82-year-old) in the ICU with a fractured skull takes a special kind of talent," Newsom tweeted in response to a video of Lake's comments. "Youngkin, Cruz, Lake... the character of the @GOP is on full display for us all to see."

Mark Keppler, a public affairs professor at Fresno State, said he's seen local Republicans in the Central Valley making light of the attack, too. But he said the discussion of the attack likely won't affect midterm election results.

"I think at this point it's baked in -- you'll either vote Republican or vote Democrat," he said.

Smith, a former state Assembly member running to unseat Rep. Mike Garcia, R-Santa Clarita (Los Angeles County), said her opponent bears some responsibility for the attack because he has called Nancy Pelosi "evil."

"Radicalization and violence from extremists is the direct result of people like my opponent @RepMikeGarcia," she wrote on Twitter. "Mr. Pelosi and the family are owed an apology from you Mike."

Garcia dismissed Smith's comments as "heinous" and offered no apology, instead saying the remedy for attacks like the one on Pelosi is embracing "law and order."

"I'm praying for **Paul Pelosi** and condemn violence against anyone, no matter who does it," he wrote in response. "For opportunists like @ChristySmithCA to politicize this for personal gain is shameful and heinous."

The exchange demonstrates another quality of the attack: Both Republicans and Democrats can spin it to fit their narrative, Keppler said.

"Republicans can spin this as a crime issue -- if **Paul Pelosi** can be attacked in San Francisco, none of us is safe," he said. "If you're a Democrat, you can say the vitriol in politics has resulted in these violent attacks that are only going to get worse."

Sophia Bollag is a San Francisco Chronicle staff writer. Email: sophia.bollag@sfchronicle.com Twitter: @SophiaBollag

Caption:
ROCKLIN, Placer County -- As they make their final pitches to voters ahead of Tuesday's election, some California Democrats are talking about the **Paul Pelosi** attack, arguing that Republican rhetoric has increased political violence and threatens democracy.

Gov. Gavin Newsom has done it -- criticizing Republicans who have made light of the incident, in which an attacker broke into House Speaker Nancy Pelosi's home and fractured her husband's skull with a hammer.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106209531

**San Francisco Chronicle (CA)**

November 4, 2022

Edition: MN
Section: A
Page: A001

**Chilling assault scene inside Pelosi home**

Author: *Megan Cassidy*

Article Text:

The story was shocking from the beginning. Someone had broken into the San Francisco home of House Speaker Nancy Pelosi and swung a hammer at her 82-year-old husband, **Paul Pelosi**, fracturing his skull.

But in the past week, city and federal investigators have released an array of details that paint an ever-darkening picture of the middle-of-the-night attack, in which a man obsessed with far-right conspiracy theories allegedly tried to kidnap the Democrat who increasingly stars as the villain in those fantasies.

The alleged intruder, 42-year-old David Wayne **DePape**, now faces charges in both state and federal courts. He has pleaded not guilty to the local charges, and his public defender has suggested he may have been vulnerable to disinformation. **Paul Pelosi** needed surgery but has been released from the hospital and is expected to recover.

The case has raised alarm among Democrats, who see a direct line between far-right rhetoric and such violence. Meanwhile, some Republican leaders, including former President Donald Trump, have responded by promoting additional conspiracy theories about what happened in the Pelosis' home.

The following account of what unfolded in about half an hour on Oct. 28 is based on court filings by the San Francisco District Attorney's Office, the FBI and the U.S. Attorney's Office; statements by Police Chief Bill Scott; interviews by Chronicle reporters; and a review of documents, videos and photographs.

A figure in black

Shortly after 2 a.m. Friday, a private security guard who was parked near the Pelosis' stately, three-story brick home on a corner lot in Pacific Heights noticed a man in black clothing walking outside of it.

116

Inside the home, **Paul Pelosi** was alone, sleeping in an upstairs bedroom in a pajama shirt and boxers. His wife -- second in succession to the presidency -- was in Washington, D.C.

The guard, who was working for a neighbor in an area with an array of multimillionaires and billionaires, said the man on the street, who police now say was **DePape**, wore black and carried a large backpack. It's not clear how **DePape** got there from Richmond across the bay, where he had rented the garage of a small home, but investigators said they found Clipper transit cards in the right front pocket of his shorts.

A native of Canada who was once registered with the Green Party, and who was in a long relationship with a woman who fought public-nudity laws, **DePape** had struggled with mental illness, according to people who knew him. More and more, he had become consumed with far-right politics and conspiracy theories, and he posted bigoted rants on personal websites that appeared to have no audience.

Soon, the guard in the neighborhood -- who has not been identified -- heard a loud bang, but apparently did not call 911, according to records. The sound, investigators believe, was **DePape** using a hammer to bash through a glass rear entryway to the Pelosi home. A video shot by a KGO-TV helicopter shows a gaping hole in glass near a doorknob.

Official accounts say nothing about whether the Pelosis had an alarm system. But the break-in was captured on a camera feeding live video to the command center for the U.S. Capitol Police, the Washington Post reported. The newspaper said no one was watching the feed in real time, though.

The breaking of glass did not awaken **Paul Pelosi**.

Awakened to an intruder

It wasn't until the intruder was standing over **Paul Pelosi**'s bedside that he was startled awake. City prosecutors, in a court filing asking a judge to hold **DePape** without bail, gave the following account of the men's conversation:

"Are you **Paul Pelosi**?" **DePape** asked, gripping a large hammer in his right hand and white plastic zip ties in his left. "Where's Nancy? Where's Nancy?"

"She's not here," **Paul Pelosi** responded.

"Well, when is she going to be back?"

"She's in Washington," Pelosi said. "She's not going to be back for a couple of days."

"OK," **DePape** said. "Well, I'm going to tie you up."

Pelosi recalled later that he stood up and tried to escape, trying to bolt into the home's elevator off the bedroom. **DePape** allegedly used an arm to hold the door. Pelosi then

walked back into the bedroom, sat down on the bed and asked **DePape** why he wanted to see his wife.

"Well, she's No. 2 in line for the presidency, right?" **DePape** reportedly said, to which Pelosi agreed. **DePape** explained that they were "all" corrupt, and that "we've got to take them all out."

Pelosi asked **DePape** if he could call anyone for him. **DePape**, prosecutors said, responded that this was the "end of the road" for Pelosi.

A strange 911 call

Fearing what the intruder would do, **Paul Pelosi** soon asked if he could go to the bathroom.

**DePape** agreed, investigators said, allowing Pelosi access to his phone -- which was charging in an outlet in the bathroom. Pelosi grabbed the phone, turned it on and called 911 on speaker. **DePape** stood about 3 feet away, still holding his hammer and zip ties.

A mile and half away, at the city's emergency operations center on Turk Street, dispatcher Heather Grives answered the call at 2:23 a.m., according to a court affidavit by FBI Special Agent Stephanie Minor. Officials have said Pelosi kept the line open and, with the intruder nearby, spoke in a sort of code.

"Mr. Pelosi said that there was a gentleman there waiting for his wife (Nancy Pelosi) to come back," city prosecutors wrote. "But Mr. Pelosi said they would have to wait because his wife would not be coming back for about a day."

In what prosecutors described as an attempt to defuse the situation, **Paul Pelosi** told the dispatcher he didn't need police, fire or medical assistance. Yet he continued to speak in coded language, attempting to relay the urgency of the situation to authorities without upsetting the stranger in his home.

Pelosi asked the dispatcher for Capitol police, saying they were typically the ones at the house protecting his wife. Grives responded with a clarification, reminding Pelosi he was calling San Francisco police.

Pelosi told Grives he understood, then asked out loud, "I don't know, what do you think?" Grives heard another male voice answer: "Everything's good," prompting Pelosi to say, "Uh, he thinks everything's good. ... Uh, I've got a problem, but he thinks everything's good."

When Grives told Pelosi to call back if he changed his mind, Pelosi grew more urgent. "No, no, no," he said, "this gentleman just uh, came into the house uh, and he wants to wait for my wife to come home."

Grives asked Pelosi if he knew the man, and Pelosi said he didn't. The man, Pelosi told Grives, was telling him not to do anything. Grives asked for Pelosi's name and address

and Pelosi gave both. When Grives asked what the man's name was, it was **DePape** who responded: "My name is David."

Grives then asked who David was, prompting conflicting responses. "I don't know," Pelosi said. "I'm a friend of theirs," **DePape** countered.

Pelosi reiterated that he didn't know the man.

"He's telling me I am being very lazy, so I've gotta stop talking to you, OK?" Pelosi said.

Grives offered to stay on the line to make sure everything was OK. "No, he wants me to get the hell off the phone," Pelosi said -- and the call ended.

At 2:27 a.m., Grives issued a high-priority "well-being check" for police to visit the Pelosi home.

Chief Scott said Grives was suspicious enough about what she heard from **Paul Pelosi** that she boosted the priority from a "well-being check" to a Code 3 emergency. "She just knew there was more to it," Scott said.

After the call, **DePape** told Pelosi he had tired himself out carrying his backpack to the residence and needed to sleep, according to Minor, the FBI agent. The two descended the stairs, with **DePape** following Pelosi with the zip ties and hammer.

**DePape** worried aloud that the police would be there any minute, and Pelosi attempted to keep him calm by assuring him they wouldn't. **DePape** was unconvinced.

"I can take you out," he allegedly said, moving to Pelosi's right and gripping the hammer upright. Fearing the intruder would strike, Pelosi put his hand on the hammer's handle.

At 2:31 a.m., according to police officials, officers Kolby Wilmes and Kyle Cagney pulled up to the Pelosi home.

Tackled, but too late

Officers Wilmes and Cagney walked to the front of the home and rang the doorbell. Inside, investigators said, **DePape** ordered Pelosi not to open the door, but he did anyway, leading to a pivotal confrontation in a dimly lit foyer.

"As the door opened," prosecutors wrote, "Mr. Pelosi nervously but calmly greeted them. When the officer asked what was going on, Defendant smiled and said, 'Everything's good.'"

After an officer turned on his flashlight, **DePape** could be seen holding the bottom of the hammer with one hand and Pelosi's right arm with the other. Pelosi gripped the same hammer, near the top of the handle.

"Drop the hammer!" one officer shouted.

"Um nope," **DePape** responded, then pulled at the hammer, twisting one of Pelosi's arms as the older man pleaded, "Hey, hey, hey!"

According to the district attorney's account, an officer asked, "What is going on here?" as Pelosi lost his grip on the hammer. **DePape** stepped back and swung the tool, striking Pelosi in the head. He was unconscious as the officers rushed into the house, tackled **DePape** and took away the hammer.

"Mr. Pelosi remained unresponsive for about three minutes," prosecutors wrote, "waking up in a pool of his own blood."

'A suicide mission'

**DePape** was still at the Pelosi home when he began talking, city prosecutors said.

"I'm sick of the insane f-- level of lies coming out of Washington, D.C.," **DePape** told officers and medics, though none had asked him questions. "I came here to have a little chat with his wife."

"I didn't really want to hurt him, but you know this was a suicide mission," **DePape** continued. "I'm not going to stand here and do nothing even if it cost me my life. Hurting him was not my goal. I told him before I attacked him, that he's escalating things, and I will go through him if I have to."

According to prosecutors, **DePape** went on to make a full confession.

He reportedly told investigators he intended to take Nancy Pelosi hostage and talk to her. If she told the truth, **DePape** said, he would let her go. If she lied, he would break her kneecaps. And **DePape** said he didn't expect Pelosi to tell the truth.

With the speaker's kneecaps broken, **DePape** explained, "she would then have to be wheeled into Congress, which would show other members of Congress there were consequences to actions," the FBI said in a court filing. "**DePape** also explained generally that he wanted to use Nancy to lure another individual to **DePape**."

When investigators asked if **DePape** had other plans, he said he did, that his targets included a local professor and other prominent state and national politicians, as well as their spouses.

Throughout the interview, **DePape** indicated he was undeterred by the prospect of being caught.

"**DePape** explained," federal prosecutors wrote, "that he did not leave after Pelosi's call to 911 because, much like the American founding fathers with the British, he was fighting against tyranny without the option of surrender."

Megan Cassidy is a San Francisco Chronicle staff writer. Email: megan.cassidy@sfchronicle.com Twitter: @meganrcassidy

Caption:

1) PHOTO: House Speaker Nancy Pelosi, who was in Washington, D.C., during the attack, is escorted to a car outside her S.F. home. (Jeff Chiu/Associated Press)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106209533

**San Francisco Chronicle (CA)**

November 4, 2022

Edition: MN
Section: A
Page: A009

**Paul Pelosi released from hospital, faces long recovery**

Author: *Rachel Swan*

Article Text:

The husband of U.S. House Speaker Nancy Pelosi was released from the hospital six days after an intruder broke into the couple's Pacific Heights home and bludgeoned him with a hammer.

In a statement Thursday, Nancy Pelosi said **Paul Pelosi** "remains under doctors' care as he continues to progress on a long recovery process and convalescence. He is now home surrounded by his family who request privacy."

San Francisco police officers who rushed to the home after Pelosi surreptitiously called 911 from a bathroom entered the door to see two men struggling over a hammer -- identified as **Paul Pelosi**, 82, and **David DePape**, 42, a blogger and right-wing conspiracy theorist.

**DePape** wrested the hammer from Pelosi and struck him unconscious, according to court filings, seconds before police tackled him. He is facing criminal charges in parallel cases, one in San Francisco and one in federal court, ranging from attempted murder to assault and attempted kidnapping. At his first appearance in San Francisco Superior Court on Tuesday, **DePape** pleaded not guilty.

Pelosi was transported to San Francisco General Hospital for emergency surgery to repair a fractured skull and wounds to his hands and right arm. **DePape** later told investigators he'd traveled to the Pelosis' three-story brick house seeking to take Nancy Pelosi hostage, but found her husband asleep instead.

When police searched his bag, they found zip ties, a roll of tape, rope and gloves.

U.S. immigration authorities said Thursday they had placed a detainer on **DePape**, who is a Canadian national, opening the possibility they will deport him if he is released from

custody in San Francisco. District Attorney Brooke Jenkins has said she won't allow that because of San Francisco's sanctuary city policy.

Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@sfchronicle.com Twitter: @rachelswan

Caption:
1) PHOTO: **Paul Pelosi** remains under doctors' care after the attack. (Andrew Harnik/Associated Press)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106209535

**San Francisco Chronicle (CA)**

November 4, 2022


Edition: MN
Section: A
Page: A010



**D.A. to resist deporting suspect back to Canada**

Author: *Rachel Swan*

Article Text:

Officials from the U.S. Department of Homeland Security want to deport the man accused of bludgeoning U.S. Speaker Nancy Pelosi's husband with a hammer, but District Attorney Brooke Jenkins says she will refuse to turn him over, citing San Francisco's sanctuary city policies.

The announcement by federal immigration authorities that they had placed an immigration detainer on **David DePape**, a Canadian citizen now incarcerated in San Francisco County Jail, was the latest jolt in a story that's gripped the nation. Now, it's become a test of San Francisco's sanctuary city laws, which bar city departments and leaders from helping immigration officials with detentions or deportations.

"San Francisco is a sanctuary city and our policy is sacred," Jenkins said in a statement Thursday, after U.S. Immigration and Customs Enforcement publicly disclosed the hold on **DePape**, 42, arrested and accused of home invasion and assault.

If local law enforcement were to comply with the ICE hold, they would turn **DePape** over to the federal agency to possibly be shipped back to Canada after his criminal cases wrap up in San Francisco. But Jenkins was adamant that won't happen.

"We will not be collaborating or coordinating with ICE," the district attorney maintained.

A spokesperson for the Sheriff's Office was more cautious, however, stating that the sheriff "reviews ICE requests on a case-by-case basis to determine whether informing ICE of Mr. **DePape**'s release date, if any, is consistent with our local sanctuary city ordinances."

"The Sheriff will evaluate all information, up to the time of any release date, before making that decision," spokesperson Kelvin Wu said, noting that the detainer only comes into play if **DePape** is released from jail.

Asserting that sanctuary city laws build trust between the community and law enforcement, Jenkins concluded that any deportation discussions "are moot" anyway, because she is confident prosecutors will convict **DePape**. Based on the charges her office filed, "Mr. **DePape** is facing life in prison," Jenkins said.

**DePape** faces an array of felony charges in San Francisco and federal court, for attempted murder, assault and attempted kidnapping, among other crimes. The parallel cases stem from a chilling incident just after 2 a.m. Friday, when he allegedly broke into the Pelosis' Pacific Heights home seeking to take Nancy Pelosi hostage, but instead found 82-year-old **Paul Pelosi** asleep in the couple's bedroom.

According to Homeland Security records, **DePape** arrived in the U.S. as a temporary visitor on March 8, 2008, at San Ysidro Land Port of Entry, a border between San Diego and Tijuana.

Canadian travelers ostensibly visiting the U.S. for business or pleasure are allowed to stay six months, generally without a visa, under U.S. immigration laws.

ICE places immigration holds on people arrested on criminal charges, whom agency officials believe they can deport under the Immigration and Nationality Act. In lodging the detainer, agency officials request that local law enforcement alert ICE before releasing the person from custody, so immigration officers can seize the person for transfer to an ICE facility.

**DePape**'s wandering history traces back to British Columbia, where he was born and spent at least part of his childhood living with stepparents, said Teresa **DePape**, the wife of **DePape**'s stepfather. After finishing high school, **DePape** evidently grew restless, relatives said, prompting him to migrate first to Hawaii and then the Bay Area.

Voting records in San Francisco show **DePape** registered as a member of the Green Party in 2002, signing a declaration under penalty of perjury that he was a U.S. citizen, according to a registration affidavit released by Department of Elections Director John Arntz.

The California elections code states that if a person signs such an affidavit, it "shall be deemed evidence of citizenship for voting purposes only."

He later allegedly told investigators he intended to take the speaker hostage and interrogate her, breaking her kneecaps if she lied. But Pelosi was out of town and **DePape** encountered her startled husband, who retreated to a bathroom and surreptitiously called 911, according to official accounts.

Police arrived in time to see the two men struggling over a hammer, which **DePape** allegedly seized and used to strike Pelosi unconscious before officers tackled him.

Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@sfchronicle.com Twitter: @rachelswan

Caption:
Officials from the U.S. Department of Homeland Security want to deport the man
accused of bludgeoning U.S. Speaker Nancy Pelosi's husband with a hammer, but District
Attorney Brooke Jenkins says she will refuse to turn him over, citing San Francisco's
sanctuary city policies.

The announcement by federal immigration authorities that they had placed an
immigration detainer on **David DePape**, a Canadian citizen now incarcerated in San
Francisco County Jail, was the latest jolt in a story that's gripped the nation. Now, it's
become a test of San Francisco's sanctuary city laws, which bar city departments and
leaders from helping immigration officials with detentions or deportations.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106208655

**San Francisco Chronicle (CA)**

November 5, 2022

Edition: MN
Section: A
Page: A001

**D.A. wants DePape in custody until trial**

Author: *Rachel Swan*

Article Text:

San Francisco prosecutors want to hold the man accused of bludgeoning U.S. House Speaker Nancy Pelosi's husband in jail while he awaits trial, citing the "violent nature" of the attack against an 82-year-old man, in front of two police officers.

"Not only did body worn camera footage capture the defendant's unprovoked and brutal attack on Mr. Pelosi, but (the) defendant himself admitted to committing the attack," Assistant District Attorney Allison Garbutt Macbeth wrote in the Nov. 1 notice of the prosecution's motion to detain **David DePape**, a 42-year-old Canadian citizen.

**DePape** is facing attempted murder and a string of other charges for sneaking into the Pelosis' home just after 2 a.m. last Friday, with a bizarre and ill-fated plan to kidnap and interrogate Nancy Pelosi.

Instead he encountered **Paul Pelosi** asleep in a bedroom, prompting a tense exchange that ended when **DePape** hit **Paul Pelosi** with a hammer, fracturing his skull as police officers watched from a doorway.

Prosecutors and defense attorneys will spar over the detention motion on Dec. 14, during a hearing in which the prosecution will lay out the evidence against **DePape** and try to persuade a judge to send the case to trial. The bar for proving probable cause to try a case is much lower than the threshold to prove guilt or innocence.

Weeks before that court date, the prosecution and defense will meet for a status update on Nov. 28, to determine whether prosecutors have turned over all the evidence they are legally bound to submit to the defense, and ascertain whether both sides are ready to proceed.

"There is evidence pouring in every single day," District Attorney Brooke Jenkins told a scrum of reporters who gathered Friday morning on the fifth floor of San Francisco's Hall of Justice, shortly after a scheduling hearing for the case.

**DePape** did not appear in court on Friday, but the Pelosis' daughter Christine Pelosi was among the spectators who packed the courtroom in Department 20.

Judge Loretta Giorgi acknowledged Christine Pelosi and disclosed that the two had worked together in the San Francisco City Attorney's Office during the 1990s, though they have not maintained a relationship in the years since.

Macbeth went on to highlight the brazenness of the home invasion, in which **DePape** had allegedly sought to hold Nancy Pelosi hostage and possibly break her kneecaps.

He arrived to the house with a hammer and zip ties, "slammed his body through the window to gain entry," and later confessed to he hostage plot, the filing said. It noted that **DePape** knew the Pelosis had Ring cameras installed on their doors and that **Paul Pelosi**'s 911 call was being recorded, but that he "remained undeterred," and in fact struck Pelosi when he knew "officers were watching."

"When asked if he had any other plans, (the) defendant named several targets," Macbeth wrote, "including a local professor, several prominent state and federal politicians, and relatives of those state and federal politicians."

Public defender Adam Lipson, who represents **DePape**, did not speak with reporters on Friday. In previous statements, he suggested there has been "speculation regarding Mr. **DePape**'s vulnerability to misinformation," apparently referring to a string of blog posts the defendant wrote prior to the attack, in which he preached right-wing conspiracy theories.

Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@sfchronicle.com
Twitter: @rachelswan

Caption:
San Francisco prosecutors want to hold the man accused of bludgeoning U.S. House Speaker Nancy Pelosi's husband in jail while he awaits trial, citing the "violent nature" of the attack against an 82-year-old man, in front of two police officers.

"Not only did body worn camera footage capture the defendant's unprovoked and brutal attack on Mr. Pelosi, but (the) defendant himself admitted to committing the attack," Assistant District Attorney Allison Garbutt Macbeth wrote in the Nov. 1 notice of the prosecution's motion to detain **David DePape**, a 42-year-old Canadian citizen.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106226369

**San Francisco Examiner (CA)**

November 8, 2022

Section: Politics

Topics:

**Index Terms:**
News

**S.F. elections live blog: Follow along for news, updates from 2022 races**

Author: *Marcus White | Examiner staff writer*

Article Text:

Will San Francisco elect Brooke Jenkins as district attorney? Who will win two hotly contested supervisor races? How about the alphabet soup of city propositions? Follow The Examiner's election blog to get tonight's results.

10:22 p.m.: California appears on track to reject Proposition 30, a statewide ballot measure that would impose a 1.75% income tax increase on residents earning $2 million or more in order to, among other climate initiatives, invest in programs to mitigate wildfire risk.

Of the nearly 4.4 million ballots counted as of this writing, 57.2% voted against the measure.

10:03 p.m.: With 143,682 ballots counted as of 9:45 p.m., a majority of the tallied votes opted against both affordable housing propositions.

Just over 50% of the tallied ballots cast votes against Prop. D, backed by Mayor London Breed and her allies, while 55.7% voted against the Board of Supervisors-backed Prop. E.

9:36 p.m.: Aubrey Huff, the 2010 World Series champion whom the San Francisco Giants disinvited from a celebration of the team's first championship in The City, earned just 17.5% of the initially counted ballots in his Southern California school board race.

Huff, who was suspended from Twitter last year for spreading misinformation about COVID-19, ran for a board seat in the Solana Beach school district. His incumbent opponent, Debra Schade, picked up 82.5% of the votes that were first tallied.

The Giants disinvited Huff from a celebration of the 2010 team, initially set for 2020 before the COVID-19 pandemic, not long after he said the Giants hiring Alyssa Nakken — the first women to serve as a full-time assistant coach in MLB history — had "#metoo & #BelieveAllWomen written all over it" and that he "couldn't imagine" a former "female softball player" coaching him.

9:14 p.m. Propositions D and E — the dueling housing affordability measures on San Franciscans' ballots — garnered 50.3% and 44% of the initially counted ballots, respectively.

8:56 p.m.: Here's where the supervisory races stand after the first batch of counted ballots:

The Examiner is calling reelection for Shamann Walton (District 10) and Rafael Mandelman (District 8). Walton garnered 70.1% of the 7,236 initially counted ballots, and Mandelman picked up 77.7% of the 15,857 first tallied votes in his district. In District 4, 51.5% of the 11,629 initially counted ballots voted for Joel Engardio, and 48.5% voted for the incumbent Gordon Mar.Fifty-six percent of the 7,304 initially counted ballots in District 6 voted for Matt Dorsey, while 38.8% did for Honey Mahogany.

8:45 p.m.: San Francisco has now counted a little more than 132,000 mail ballots. Among the citywide races, so far:

Mayor London Breed's school board appointees Lisa Weissman-Ward (23.2%), Lainie Motamedi (20.4%) and Ann Hsu (18.9%) are the top three candidates. Alida Fisher (16.2%) is fourth. Appointed District Attorney Brooke Jenkins has 49.2% of the 119,022 first-choice votes, while John Hamasaki has 33.6%. The City hasn't yet counted ranked choice votes. Nearly 60% of the counted ballots weighing in on Proposition J cast votes in favor of closing JFK Drive to cars, voting yes. Almost 61% of the counted ballots weighing in on Prop. I opted against opening it to cars.

8:26 p.m.: With 8.7% of California's precincts partially reporting results, here's where the statewide ballot measures stand:

Prop. 1: 70.6% yes, 29.4% noProp. 26: 28.7% yes, 71.3% noProp. 27: 15.6% yes, 84.4% noProp. 28: 64.4% yes, 35.6% noProp. 29: 30.3% yes, 69.7% noProp. 30: 42.9% yes, 57.1% noProp. 31: 66.5% yes, 33.5% no

8:13 p.m.: An Arizona Republican congressman tonight joked about the attack on House Speaker Nancy Pelosi's husband in the couple's San Francisco.

Andy Biggs, running for his third term in Congress, said at an election watch party that Pelosi "is losing the gavel but she is finding the hammer," according to CNN's Kyung Lah.

Congressman Andy Biggs at the AZ GOP watch party tonight just said this: "Nancy is losing the gavel but she is finding the hammer… too soon?" pic.twitter.com/DmUxtf7O8S" Kyung Lah (@KyungLahCNN) November 9, 2022

San Francisco police alleged that **David DePape**, 42, struck **Paul Pelosi** in the head with a hammer on Oct. 28. **DePape** faces federal and state charges stemming from the attack, which has been the subject of misinformation and disinformation from the right wing in the two weeks since it happened.

8:01 p.m.: Well, that didn't take long.

The Associated Press has seen enough to call a pair of statewide races in California: Gavin Newsom is expected to remain governor, and Alex Padilla is expected to continue serving in the U.S. Senate.

8 p.m.: It's closing time in San Francisco, and throughout California! Initial counts will follow shortly.

7:55 p.m.: The polls close in five minutes, but the San Francisco Department of Elections won't post its initial count of ballots for another 50.

Officials are expected to post counted ballots at 8:45 p.m., 9:45 p.m. and 10:45 p.m. tonight.

7:14 p.m.: History is often made during elections, and that extended to the weather in downtown San Francisco.

According to the National Weather Service Bay Area, today matched the coldest high temperature on Nov. 8 in downtown San Francisco.

Congratulations Downtown San Francisco. Today's high temperature of 54° was tied with the record set in 1920 for lowest maximum temperature for a November 8th.#CAwx" NWS Bay Area ?? (@NWSBayArea) November 9, 2022

For those keeping score at home, Nov. 8, 1920 was six days after that year's election day.

7:03 p.m.: Polls in San Francisco will close in less than one hour.

Earlier today, many candidates for citywide and district offices attended former San Francisco Mayor Willie Brown's free luncheon at John's Grill. The Examiner's Craig Lee photographed the event, which you can view below.

6:54 p.m.: California isn't the only state voting on enshrining abortion rights in its constitution this cycle, as Michigan and Vermont also did the same.

In at least one of those states, the measure is projected to pass. VTDigger projected that Vermont voters are set to pass a constitutional amendment similar to California's

Proposition 1. With more than 142,000 votes counted, 72% of those voted yes for Proposal 5.

5:42 p.m.: With a little more than two hours until the polls close, there is no wait at just about every polling place in The City.

So, if you've not cast your ballot, chances are you can walk right into your polling place and do just that. The San Francisco Department of Elections' map of wait times is consistently being updated, and you can find your polling place here.

5:10 p.m.: House Speaker Nancy Pelosi, San Francisco's congresswoman, said there was a common "thread" between **David DePape**, the man who allegedly attacked her husband in the couple's San Francisco home late last month, and the rioters who stormed the U.S. Capitol on Jan. 6, 2021.

When PBS NewsHour's Judy Woodruff asked Pelosi why voters didn't identify the attack as the top of their concerns heading into the election, the 82-year-old said the House committee's investigation "has had an impact on taking people to a place where they see the truth."

"But if you see the assault that was made on the Capitol, on the constitution of the United States — which we all take an oath to defend but, clearly, our colleagues have abandoned on the other side of the aisle — and you see the rhetoric that was going on that day, and you see what that man said coming into my home, you see a thread," Pelosi said on Tuesday. "And that's just not something that's OK in our democracy."

**DePape** allegedly asked where the House Speaker was when he broke into the Pelosis' home. Some Jan. 6 rioters shouted, "Where are you, Nancy? We're looking for you!"

Pelosi said the committee's work has led to "people saying that democracy is at stake in the election more and more."

4:10 p.m.: The San Francisco Zoo is rewarding you — yes, you — for voting.

If you voted in today's election, or are an active member of the armed forces or a veteran, you get free admission to the zoo.

Tomorrow, November 9th, is our next SF Resident Free Day! In honor of #ElectionDay today and #VeteransDay on Friday, we would like to extend free admission to all those who voted and all veterans and active duty military. We hope to see you all at #SFZoo! pic.twitter.com/5bpQNdvdgD" San Francisco Zoo (@sfzoo) November 8, 2022

Follow this blog throughout Election Day for live updates.

Copyright © 2022 San Francisco Examiner.

Record Number: da757c9ec06c427f9aab845784f43c25ec6e136

**San Francisco Chronicle (CA)**

November 8, 2022

Edition: ED
Section: A
Page: A010

**Ignore the right-wing's fantastical S.F.**

Author: *Soleil Ho*

Article Text:

You would think that, as a restaurant critic, I wouldn't hear much from readers about city politics. But you'd be surprised. In response to what might seem like a normal review of a San Francisco restaurant, I often get missives from people who regret not being able to go because they're terrified of the city that I live and work in. I've overheard Palo Alto, Los Gatos and Walnut Creek diners decry former District Attorney Chesa Boudin for doing everything short of personally breaking into houses with a crowbar. God forbid anyone brings up Oakland -- it might as well be a bombed-out hole in the ground as far as these fantasies go.

Is there a starker, more dramatic image than French bulldogs gobbling up so much meth-laced fecal matter that they start jonesing for the drug themselves?

It's too bad that it's a lie, as poo myth originator and professional ex-San Franciscan Michelle Tandler admitted to San Francisco Examiner columnist Gil Duran: "Engagement is the goal."

This line of thinking seems to be everywhere in the city these days. It's less about objective reality and more about vibes. The visibility of homelessness isn't about the Reagan-era slashing of mental health funding or the housing crisis, but about soft-hearted progressives being soft on crime.

Swap San Francisco for something else -- let's say, "The Lord of the Rings" -- and this tendency would be what fans call a "head canon." It's the practice of reading into a work, usually a fictional one, to come up with a narrative that fits a given worldview or desire. For instance, even though (spoiler alert) the hobbits Frodo and Sam don't kiss in the text, some queer "Rings" fans might construct a relationship out of tiny moments in the books to edify their desire for it to be seen in a story they love.

Head canon is the stone soup of textual reading: a recipe cobbled from the crafter's deep, existential hunger.

Contrast this with the idea of the canon, a term once exclusively used in reference to ideas and practices supported by religious texts. In discussing the Bible or "The Lord of the Rings," readers use canon as a mutually agreed-upon floor for theorizing and analysis.

Head canon debates, on the other hand, can result in toxic, conspiracy-level conflicts.

In many ways, I see all the slavering about hellhole San Francisco to be another form of this fan fiction.

It's become an established game among conservatives -- like Tucker Carlson, billionaire venture capitalist Peter Thiel and Florida Gov. (and presidential hopeful) Ron DeSantis -- to use San Francisco as a rhetorical punching bag: a dramatic representation of leftism gone amok and an argument for conservatism as the cure. Vote red or your town will become the next San Francisco.

The city's woes are a supposed warning that liberal policies don't work and that only right-wing law-and-order politics will save us. Of course, according to national data compiled by center-left think tank Third Way, San Francisco's 2020 homicide rate was just half that of Bakersfield, a stronghold of Republicanism and tough-on-crime policies. In Jacksonville, Fla., meanwhile, a San Francisco-size city, the homicide rate under its Republican mayor has actually increased by 28% during his seven-year tenure. Jacksonville had 128 more homicides in 2020 than San Francisco.

In a speech given at the National Conservatism Conference in Miami on Sept. 11, Thiel, a major donor to right-wing causes and candidates, actually criticized the GOP for leaning too hard onto what he called "nihilistic negation" or the sensational kind of rhetoric that San Francisco's detractors revel in. Instead of talking about what progressive cities are doing wrong, let's talk about what the GOP can offer, he suggested.

Perhaps unsurprisingly, the conference concluded with DeSantis rallying the crowd with rhetoric about the "woke mind virus" infecting his political enemies.

Disproving lies takes much more work than making them up.

There will be more nihilistic negation to come, including here in San Francisco. The head canon of urban pessimism comes too easily on social media. And it will surely only get worse on Elon Musk's Twitter, which the billionaire promises will be a mostly unmoderated "free speech" zone.

Nor will this mindset stop with rhetoric, as the recent assault of House Speaker Nancy Pelosi's husband in their Pacific Heights home shows. The suspect in the attack, **David DePape**, maintained several blogs that were consumed with extreme right-wing conspiracy theories -- about "satanic pedophile" communists, the Holocaust and the destruction of white society by an elite government cabal led by antifa and progressives.

In a piece for the New York Post that was circulated widely among conservative commentators, Michael Shellenberger, author of "San Fransicko: Why Progressives Ruins Cities," used the incident to lay blame on "psychotic homeless people" and the "drug-induced psychosis gripping the West Coast." And in one Fox News segment, host Jesse Watters blamed the attack on an alleged crime wave, painting a picture of a city where "people are being hit with hammers every day."

That's the head canon talking.

Despite how it's used in political discourse, San Francisco is a real place -- not progressive Mount Doom. This election day, and really, every day, it behooves us to tune out those who want or even need it to be a hopeless pit.

Soleil Ho (they/them) is a critic at The San Francisco Chronicle.

Caption:
1) PHOTO: Glass litters the sidewalk in the Haight. S.F.'s problems are used as a rhetorical punching bag by the far right. (Stephen Lam/The Chronicle 2021)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106293377

**San Francisco Chronicle (CA)**

November 8, 2022

Edition: MN
Section: A
Page: A004

**Pelosi: Attack will affect her decision to lead**

Author: *Rachel Swan and Shira Stein Shira Stein*

Article Text:

The recent, stunning attack on House Speaker Nancy Pelosi's husband will play into the speaker's deliberation over whether to stay in her leadership position.

"Well, I have to say my decision will be affected about what happened in the last week or two," Speaker Pelosi said in an interview with CNN journalist Anderson Cooper Monday night.

Pelosi wouldn't commit to whether she had made a decision on her political future, but she did say she was "optimistic" about the midterms on Tuesday.

With her jaw clenched, Pelosi conveyed the magnitude of the Oct. 28 home invasion and assault, both on her personal sense of safety, and potentially, on the axis of power in Washington, as voters brace for Tuesday's midterm elections. Political observers have speculated for months over when Pelosi might retire, a significant changing of the guard that could be hastened by her husband's bludgeoning.

During the interview Pelosi also choked up while describing the tense moment when she awoke to an insistent knocking on her apartment door in Washington, D.C., and opened it to find Capitol Police officers. They conveyed the news that **Paul Pelosi**, 82, had been struck unconscious with a hammer in what investigators later alleged as a botched plot to kidnap the speaker.

"And I'm thinking my children, my grandchildren," she told Cooper, recounting her disbelief that her husband had been targeted. "I never thought it would be Paul."

The interview is the first time Nancy Pelosi has spoken at length on the home invasion and assault that left her husband with skull fractures -- and a nation reeling from the most high-profile act of political violence since the Jan. 6 insurrection.

Pelosi attributed the attack to a "flame that was fueled by misinformation." She "absolutely" agreed with President Joe Biden's tying the attack to the Jan. 6 insurrection.

When asked about conspiracy theories about the attack spread by former President Donald Trump and Elon Musk, Pelosi said, "It's really sad for the country that people (who) have that high visibility would separate themselves from the facts and the truth in such a blatant way."

Some Republican candidates also joked about the attack on the campaign trail, and Pelosi said those jokes are "traumatizing."

**Paul Pelosi** was released from San Francisco General Hospital last Thursday and anticipates a long recovery. His alleged attacker, a public-nudity advocate turned right-wing blogger named **David DePape**, 42, is facing a raft of criminal charges in two parallel cases in San Francisco and federal court. **DePape** has pleaded not guilty in the San Francisco Superior Court case.

Pelosi said she hopes there will not be more attacks on public officials and their families.

"I don't think that this will become a epidemic of violence," she said. "But I do think that there has to be some message to the Republicans to stop the disinformation because that is without any question, a source."

Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@sfchronicle.com Twitter: @rachelswan Shira Stein is The San Francisco Chronicle's Washington correspondent. Email: shira.stein@sfchronicle.com Twitter: @shiramstein

Caption:
The recent, stunning attack on House Speaker Nancy Pelosi's husband will play into the speaker's deliberation over whether to stay in her leadership position.

"Well, I have to say my decision will be affected about what happened in the last week or two," Speaker Pelosi said in an interview with CNN journalist Anderson Cooper Monday night.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106293383

**San Francisco Examiner (CA)**

November 9, 2022

Section: Politics

Topics:

**Index Terms:**
News

**Election blog: news & updates**

Author: *Marcus White | Examiner staff writer*

Article Text:

Will San Francisco elect Brooke Jenkins as district attorney? Who will win two hotly contested supervisor races? How about the alphabet soup of city propositions? Follow The Examiner's election blog to get tonight's results.

12:12 a.m.: So concludes our Election Day blog. Scroll down to catch up on what you missed in The City, around the state and across the country.

San Francisco is scheduled to release its next update on the election's results on Thursday at 4 p.m.

12:01 a.m.: San Francisco elections officials have released their last update until Thursday and, as it stands right now, both competing affordable housing measures would fail.

Of the 158,200 ballots counted as of 11:58 p.m. on Election Day, 50.4% of the ballots that weighed in on Proposition D — the proposal backed by Mayor London Breed and her allies — voted no. Meanwhile, 55.4% of the ballots weighing on Prop. E also voted no.

Supporters of Prop. D spent more than $2.6 million on the measure, far more than any other candidacy or citywide proposition in this year's election.

11:22 p.m.: The San Francisco 49ers spent more than $4.5 million on a trio of races in Santa Clara, the city the team calls home, in a bid to unseat Mayor Lisa Gillmor and keep two incumbents on the city council.

Those two incumbents, Raj Chahal and Karen Hardy, appeared headed for reelection with 49% of the ballots counted. Meanwhile, 50.2% of the ballots tallied as of 10:41 p.m. voted for Gillmor, a frequent critic of the team.

Gillmor and the 49ers' allies on the council have clashed, particularly over issues surrounding Levi's Stadium. If these results hold, those battles could continue for the next four years.

11:08 p.m.: What's up with The City's supervisor races and ballot measures?

The Examiner's Adam Shanks and Sydney Johnson, respectively, have you covered with rundowns of everything you need to know.

10:47 p.m.: While House Speaker Nancy Pelosi cruises to reelection, one of the two men running to succeed San Francisco's other congresswoman has conceded.

David Canepa congratulated California Assemblymember Kevin Mullin, Jackie Speier's former district director, for winning the race to succeed Speier.

Running for Congress has been the most exciting year of my life and I'm so proud of my team. We fought hard and we never gave up. Congratulations to Kevin Mullin, we wish him the very best of luck and look forward to working with him on the most pressing issues our nation faces." David Canepa (@davidcanepa) November 9, 2022

The district includes San Francisco and San Mateo counties. Of the 85,756 ballots counted in both, 56.9% voted for Mullin. Speier endorsed Mullin last December, shortly after announcing she would retire from Congress in 2023.

10:30 p.m.: Of the 14 ballot measures San Franciscans weighed in on Tuesday, one has the biggest effect on the next citywide election.

Almost 70% of the 135,754 ballots counted as of 9:45 p.m. that weighed in on San Francisco's Proposition H, 69.6% voted to move citywide elections to even-numbered years.

The measure, which Mayor London Breed blasted as a Democratic socialist power grab this summer, needs a simple majority to pass. As results stand right now, Breed would run for reelection in 2024 as opposed to 2023.

10:22 p.m.: California appears on track to reject Proposition 30, a statewide ballot measure that would impose a 1.75% income tax increase on residents earning $2 million or more in order to, among other climate initiatives, invest in programs to mitigate wildfire risk.

Of the nearly 4.4 million ballots counted as of this writing, 57.2% voted against the measure.

10:03 p.m.: With 143,682 ballots counted as of 9:45 p.m., a majority of the tallied votes opted against both affordable housing propositions.

Just over 50% of the tallied ballots cast votes against Prop. D, backed by Mayor London Breed and her allies, while 55.7% voted against the Board of Supervisors-backed Prop. E.

9:36 p.m.: Aubrey Huff, the 2010 World Series champion whom the San Francisco Giants disinvited from a celebration of the team's first championship in The City, earned just 17.5% of the initially counted ballots in his Southern California school board race.

Huff, who was suspended from Twitter last year for spreading misinformation about COVID-19, ran for a board seat in the Solana Beach school district. His incumbent opponent, Debra Schade, picked up 82.5% of the votes that were first tallied.

The Giants disinvited Huff from a celebration of the 2010 team, initially set for 2020 before the COVID-19 pandemic, not long after he said the Giants hiring Alyssa Nakken — the first women to serve as a full-time assistant coach in MLB history — had "#metoo & #BelieveAllWomen written all over it" and that he "couldn't imagine" a former "female softball player" coaching him.

9:14 p.m. Propositions D and E — the dueling housing affordability measures on San Franciscans' ballots — garnered 50.3% and 44% of the initially counted ballots, respectively.

8:56 p.m.: Here's where the supervisory races stand after the first batch of counted ballots:

The Examiner is calling reelection for Shamann Walton (District 10) and Rafael Mandelman (District 8). Walton garnered 70.1% of the 7,236 initially counted ballots, and Mandelman picked up 77.7% of the 15,857 first tallied votes in his district. In District 4, 51.5% of the 11,629 initially counted ballots voted for Joel Engardio, and 48.5% voted for the incumbent Gordon Mar.Fifty-six percent of the 7,304 initially counted ballots in District 6 voted for Matt Dorsey, while 38.8% did for Honey Mahogany.

8:45 p.m.: San Francisco has now counted a little more than 132,000 mail ballots. Among the citywide races, so far:

Mayor London Breed's school board appointees Lisa Weissman-Ward (23.2%), Lainie Motamedi (20.4%) and Ann Hsu (18.9%) are the top three candidates. Alida Fisher (16.2%) is fourth. Appointed District Attorney Brooke Jenkins has 49.2% of the 119,022 first-choice votes, while John Hamasaki has 33.6%. The City hasn't yet counted ranked choice votes. Nearly 60% of the counted ballots weighing in on Proposition J cast votes in favor of closing JFK Drive to cars, voting yes. Almost 61% of the counted ballots weighing in on Prop. I opted against opening it to cars.

8:26 p.m.: With 8.7% of California's precincts partially reporting results, here's where the statewide ballot measures stand:

Prop. 1: 70.6% yes, 29.4% noProp. 26: 28.7% yes, 71.3% noProp. 27: 15.6% yes, 84.4% noProp. 28: 64.4% yes, 35.6% noProp. 29: 30.3% yes, 69.7% noProp. 30: 42.9% yes, 57.1% noProp. 31: 66.5% yes, 33.5% no

8:13 p.m.: An Arizona Republican congressman tonight joked about the attack on House Speaker Nancy Pelosi's husband in the couple's San Francisco.

Andy Biggs, running for his third term in Congress, said at an election watch party that Pelosi "is losing the gavel but she is finding the hammer," according to CNN's Kyung Lah.

Congressman Andy Biggs at the AZ GOP watch party tonight just said this: "Nancy is losing the gavel but she is finding the hammer… too soon?" pic.twitter.com/DmUxtf7O8S" Kyung Lah (@KyungLahCNN) November 9, 2022

San Francisco police alleged that **David DePape**, 42, struck **Paul Pelosi** in the head with a hammer on Oct. 28. **DePape** faces federal and state charges stemming from the attack, which has been the subject of misinformation and disinformation from the right wing in the two weeks since it happened.

8:01 p.m.: Well, that didn't take long.

The Associated Press has seen enough to call a pair of statewide races in California: Gavin Newsom is expected to remain governor, and Alex Padilla is expected to continue serving in the U.S. Senate.

8 p.m.: It's closing time in San Francisco, and throughout California! Initial counts will follow shortly.

7:55 p.m.: The polls close in five minutes, but the San Francisco Department of Elections won't post its initial count of ballots for another 50.

Officials are expected to post counted ballots at 8:45 p.m., 9:45 p.m. and 10:45 p.m. tonight.

7:14 p.m.: History is often made during elections, and that extended to the weather in downtown San Francisco.

According to the National Weather Service Bay Area, today matched the coldest high temperature on Nov. 8 in downtown San Francisco.

Congratulations Downtown San Francisco. Today's high temperature of 54° was tied with the record set in 1920 for lowest maximum temperature for a November 8th.#CAwx" NWS Bay Area ?? (@NWSBayArea) November 9, 2022

For those keeping score at home, Nov. 8, 1920 was six days after that year's election day.

7:03 p.m.: Polls in San Francisco will close in less than one hour.

Earlier today, many candidates for citywide and district offices attended former San Francisco Mayor Willie Brown's free luncheon at John's Grill. The Examiner's Craig Lee photographed the event, which you can view below.

6:54 p.m.: California isn't the only state voting on enshrining abortion rights in its constitution this cycle, as Michigan and Vermont also did the same.

In at least one of those states, the measure is projected to pass. VTDigger projected that Vermont voters are set to pass a constitutional amendment similar to California's Proposition 1. With more than 142,000 votes counted, 72% of those voted yes for Proposal 5.

5:42 p.m.: With a little more than two hours until the polls close, there is no wait at just about every polling place in The City.

So, if you've not cast your ballot, chances are you can walk right into your polling place and do just that. The San Francisco Department of Elections' map of wait times is consistently being updated, and you can find your polling place here.

5:10 p.m.: House Speaker Nancy Pelosi, San Francisco's congresswoman, said there was a common "thread" between **David DePape**, the man who allegedly attacked her husband in the couple's San Francisco home late last month, and the rioters who stormed the U.S. Capitol on Jan. 6, 2021.

When PBS NewsHour's Judy Woodruff asked Pelosi why voters didn't identify the attack as the top of their concerns heading into the election, the 82-year-old said the House committee's investigation "has had an impact on taking people to a place where they see the truth."

"But if you see the assault that was made on the Capitol, on the constitution of the United States — which we all take an oath to defend but, clearly, our colleagues have abandoned on the other side of the aisle — and you see the rhetoric that was going on that day, and you see what that man said coming into my home, you see a thread," Pelosi said on Tuesday. "And that's just not something that's OK in our democracy."

**DePape** allegedly asked where the House Speaker was when he broke into the Pelosis' home. Some Jan. 6 rioters shouted, "Where are you, Nancy? We're looking for you!"

Pelosi said the committee's work has led to "people saying that democracy is at stake in the election more and more."

4:10 p.m.: The San Francisco Zoo is rewarding you — yes, you — for voting.

If you voted in today's election, or are an active member of the armed forces or a veteran, you get free admission to the zoo.

Tomorrow, November 9th, is our next SF Resident Free Day! In honor of #ElectionDay today and #VeteransDay on Friday, we would like to extend free admission to all those

who voted and all veterans and active duty military. We hope to see you all at #SFZoo! pic.twitter.com/5bpQNdvdgD" San Francisco Zoo (@sfzoo) November 8, 2022

Follow this blog throughout Election Day for live updates.

Copyright © 2022 San Francisco Examiner.

Record Number: 3cd751df87eca6e559917f9e4bce0fd7b31f3cd

**San Francisco Foghorn: University of San Francisco (CA)**

November 10, 2022

Section: opinion

**Paul Pelosi and Recent American Extremism**

Author: *Oliver River Satalich*

Article Text:

class="wp-image-24156" width="791" height="791" srcset="http://sffoghorn.com/wp-content/uploads/2022/11/pelosi-1024x1024.jpg 1024w, http://sffoghorn.com/wp-content/uploads/2022/11/pelosi-300x300.jpg 300w, http://sffoghorn.com/wp-content/uploads/2022/11/pelosi-150x150.jpg 150w, http://sffoghorn.com/wp-content/uploads/2022/11/pelosi-768x768.jpg 768w, http://sffoghorn.com/wp-content/uploads/2022/11/pelosi-1536x1536.jpg 1536w, http://sffoghorn.com/wp-content/uploads/2022/11/pelosi-2048x2048.jpg 2048w" sizes="(max-width: 791px) 100vw, 791px" />GRAPHIC BY MORGAN LEE/GRAPHICS CENTER

Early on the morning of Oct. 28, **David DePape**, 42, allegedly broke into House Speaker Nancy Pelosi's home in San Francisco, and bludgeoned her husband Paul with a hammer. Pelosi received care for his injuries, including a fractured skull, at Zuckerberg San Francisco General Hospital, and returned home on Nov. 3. He is expected to make a full recovery.

The nature of the attack against Pelosi is political. CNN reported that during the intrusion, the assailant asked Pelosi where the house speaker was, implying that she was the intended target of the attack. The attempted murder of Nancy Pelosi — who is second in line to the presidency after the vice president — is reminiscent of the insurrection of Jan. 6, 2021, when far-right extremists stormed the U.S. Capitol in an attempt to overturn the results of the 2020 presidential election. According to AP News, on Jan. 6, rioters "roamed the halls and shouted menacingly, demanding 'Where's Nancy?'"

The parallel between the attack on Pelosi and the insurrection at the capitol is a disturbing reminder of how extremism has ballooned over the past year. A report from the Atlantic Council found that some far-right extremists have sought support by pushing into mainstream conservative politics, reaching new, susceptible audiences.

**DePape** was subject to the rise of right-wing extremism online. NBC Bay Area interviewed **DePape**'s boss, Frank Ciccarelli, about his employee's extremist attitudes. Ciccarelli has known **DePape** for six years, and said that his involvement with extremist

groups was "a gradual process," and that **DePape** spoke about "Hillary Clinton, Pizzagate, MAGA, the election was stolen — all of it." Along with speaking to people in his personal life about his theories, USA Today reported that **DePape** ran a now-deleted blog with right-wing conspiracy theories and slander targeting Black people and Jews.

Conservative social circles and sites with similar rhetoric have had an unsettling reaction to the brutality that Pelosi faced. The Southern Poverty Law Center reported that multiple conspiracy theories about the attack have circulated, such as the theory that Pelosi and **DePape** knew each other before the attack and were involved in a romantic relationship, or that **DePape** was a male prostitute who Pelosi was soliciting. These theories have turned an attempted murder against a major political figure into a homophobic and classist joke.

**DePape**'s recollection of the attempted murder disprove these theories. Details of an interview of **DePape** conducted by the San Francisco Police Department are included as evidence in the criminal complaint submitted to the U.S. District Court by FBI Special Agent Stephanie Minor. During the interview, **DePape** told SFPD that his goal for the morning of Oct. 28 was to "hold Nancy hostage and talk to her," and break her kneecaps if she lied during their conversation. He also reported viewing Nancy as the "leader of the pack" of the Democratic Party. **DePape** disclosed that after breaking Nancy's knees, he wanted to wheel her into Congress to show other members of Congress what the consequences of their actions were.

The claim that **DePape** was sexually involved with Pelosi also reinforces the harmful stereotype that gay men are predatory. This stereotype is rooted in homophobia and is pervasive enough to have dug its roots into the U.S. legal system in the form of the "gay panic defense." According to the LGBTQ+ Bar, this defense is a strategy which asks a jury to excuse violent crimes, up to and including murder, because of the victim's sexual orientation or gender identity/expression. The conspiracy shifts the blame from **DePape** to Pelosi: if Pelosi is gay and was having an affair, then he was in the wrong. It removes political extremism from the context of the attack by suggesting that **DePape** was motivated by a personal vendetta instead of political values.

By removing politics from the situation, conservative leaders and public figures are free to pass off the attack as a personal issue of Pelosi's instead of acknowledging the systematic issues that have contributed to the rise of political extremism and resulting violence. For example, in a now deleted tweet, Elon Musk, the new CEO of Twitter, sent out a link to an article from the Santa Monica Observer that reported Pelosi and **DePape** meeting and going to the Pelosi home together after spending the night at a gay bar. The author of the article said, "Here's what really happened early Friday morning in San Francisco. IMHO (in my humble opinion)."

Musk has 114.4 million Twitter followers, which gives him an enormous reach. His decision to tweet false information about the attack on Pelosi was entirely irresponsible. Many people lack the media literacy abilities to tell false information from fact, and don't go out of their way to fact check sources. According to Brookings, Twitter is "perfectly tailored for the spread of misinformation" because its algorithm promotes tweets with

high instances of engagement. When figures like Musk post misinformation, the high level of engagement that their tweets garner means that more people will engage with and end up believing misinformation.

Regardless of the homophobia associated with the conspiracy theories about the attack, **Paul Pelosi** is an 82-year-old man who was just assaulted in his own home and has traumatic injuries. If he wasn't married to a highly influential political figure, it would be out of the question to insult him by speculating about the circumstances of the attack.

By focusing on conspiracy theories and excusing extremism, we've lost sight of what truly matters in the face of threats to the people who are the foundation of our country's democracy. In order to maintain the integrity of news and renew the sense of empathy that should be afforded to all people, it should be of the highest priority for those in power not to spread false information, and to encourage their audiences to think critically about the information they take in every day.

Copyright © 2022 UWIRE, a division of Uloop, All rights reserved.

Record Number: ULOOP5424318

**San Francisco Chronicle (CA)**

November 11, 2022

Edition: MN
Section: A
Page: A001

**Musk's Twitter antics testing tolerance of some Tesla owners**

Author: *Julie Johnson*

Article Text:

Petaluma software engineer Dave Huntley admires Tesla CEO Elon Musk -- the man who upended the auto industry and brought electric vehicles into the mainstream.

But Twitter CEO Musk gives him pause -- not least when Musk retweeted a link to strange lies about the brutal attack on House Speaker Nancy **Pelosi's husband**.

"It's disgusting," Huntley said. "I'm fed up with him as a man now."

With erratic, sometimes juvenile tweets, Musk is testing the tolerance of drivers in one of Tesla's most concentrated markets. Across California, Tesla accounts for 73% of new electric vehicle sales, though competition from other automakers is rising. The company has a factory in Fremont and was based in Palo Alto until Musk moved the headquarters to Texas last year after citing high costs and frustration with pandemic policies.

The Bay Area, along with the world, is watching how Musk will wield his newfound power at the helm of Twitter. A clue came Monday, the morning before the midterm elections, when Musk tweeted to his 115 million followers that Americans should choose Republicans for Congress to balance out the Democratic president.

Some local Tesla drivers aren't paying close attention to Musk's antics -- they just care about the car.

Taylor Benz, an airline pilot, who was charging his Tesla at Coddingtown Mall in Santa Rosa on Monday, said he's bought the vehicle a few months ago because it seemed like a great car. As for Musk, "I couldn't tell you a thing about the guy."

Dan Sperling, a member of the California Air Resources Board and founding director of the UC Davis Institute of Transportation Studies, believes that Tesla will keep its loyal following, both because of the reverence felt by climate-conscious buyers and also because the company continues to innovate in ways that could help the industry at large.

"The more likely outcome of all of this is people will give up on Twitter rather than on Tesla," said Sperling, who drives a 9-year-old Model S.

Mike Evans, a Tesla driver who pulled up at a Supercharger station in Petaluma on Wednesday, said he deleted his Twitter account as soon as Musk took over the company because of the CEO's behavior on the platform.

"I appreciate that Elon Musk is an alternative energy and environmental visionary, but socially and politically, he's nuclear," said Evans, who is considering shopping for a different brand of electric vehicle next year.

Musk says he is defending free speech while rescuing Twitter from financial turmoil and special interests.

Kathryn Phillips, former director of Sierra Club California, said her anxiety about climate change outweighs any concern about a "jerk" of a CEO. Her zero-emissions Tesla Model Y "is a good car," she said.

"Musk is repulsive, but he fits in with the history of automakers," said Phillips, who noted that other auto industry leaders have used their clout to influence politics, sometimes to ill effect. Ford Motor Co. founder Henry Ford, for example, promoted antisemitic propaganda.

Phillips and others praised Tesla's broad and reliable network of charging stations -- often a contrast to other public stations, which often don't work.

Driving an electric vehicle to Vegas on a whim? "Then you have to get a Tesla," said Marc Geller, a San Francisco Tesla Model S driver who hasn't owned a gasoline-powered vehicle in more than two decades.

Making electric vehicles ubiquitous is essential to curbing climate change, said Geller, vice president and co-founder of EV nonprofit Plug In America.

"Don't not get a Tesla because Elon Musk is an asshole," Geller said. He has tempered any associations with the Tesla brand with the bumper sticker, "AOC speaks for me," referring to left-leaning Rep. Alexandria Ocasio-Cortez from New York.

For others, Musk's apparent disregard for the scourge of misinformation vexing United States politics has destroyed the appeal of Tesla.

"I feel like I have a moral obligation" to avoid buying a Tesla, said Jeff Leslie, a Greenbrae resident.

Leslie has been debating whether to drive his 20-year-old Jeep Cherokee into the ground or buy an electric vehicle. Either way, he won't buy a Tesla, even though he's familiar with arguments that the brand's charging is superior.

On Thursday, Emeryville's mayor announced he had canceled his planned tour of Tesla's Fremont factory, criticizing Musk for using Twitter "to censor free speech" and for using his "immense privilege" for "largely self-gratifying purposes."

Hovig Tchalian, an assistant professor of clinical entrepreneurship at University of Southern California's Marshall School of Business, said Musk is at heart a businessman. He suspects Musk is using his social media platform in a purposeful way.

"Most of what he does, even if it seems to us as counterintuitive, is deliberate and strategic," Tchalian said. "He's a market maker and a market mover."

Despite his disgust, Huntley, the Petaluma software engineer, is keeping his Tesla. Musk "will remain my hero in many ways" for helping to break open the electric vehicle sector.

"He did something really special," he said.

San Francisco Chronicle data reporter Yoohyun Jung and photographer Erik Castro contributed to this report.

Julie Johnson (she/her) is a San Francisco Chronicle staff writer. Email: julie.johnson@sfchronicle.com

Caption:
1) PHOTO: Software engineer and Tesla car owner Dave Huntley says Tesla and Twitter CEO Elon Musk's erratic tweets are "disgusting." (Erik Castro/Special to The Chronicle)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106359037

**San Francisco Chronicle (CA)**

November 13, 2022

Edition: BA
Section: E
Page: E001

**Musk just the owner Twitter deserves**

Author: *Justin Phillips*

Article Text:

Within 12 hours of Elon Musk finalizing his $44 billion takeover of Twitter and tweeting "the bird is freed" on Oct. 27, the platform was bombarded by racist posts. According to the nonprofit Network Contagion Research Institute, which monitors social media threats, use of the slur "n--" increased by around 500%.

Many doomsayers saw this as conclusive evidence that the platform will collapse under Musk's leadership. For me, a Black Twitter user, it was like any other Friday.

Twitter fans shouldn't worry that Musk will run the company into the ground. The real worst-case scenario is Musk increasing Twitter's profits. Competing social networking sites might be influenced by his decisions -- none of which appear to prioritize making social media a less nasty or more truthful environment.

"The fear that certain communities on Twitter will be further marginalized under Musk is real," said Yumi Wilson, a UC Berkeley Graduate School of Journalism professor and expert on social media platforms. "But Twitter was a scary place even before Elon."

So far it's been hard to call Musk's early tenure as Twitter CEO a success. There have been advertising mutinies, high-level departures and a desperate stink around Musk's early decision-making. But that's not to say that he hasn't been influential.

For example, last week, Musk cut the company's workforce by half. He responded to the uproar with a tweet explaining the layoffs were necessary since the company was losing more than $4 million per day.

A week later, Meta, the parent company of Facebook, Instagram and WhatsApp, announced layoffs of more than 11,000 people, or 13% of its staff, in a similar effort to cut costs.

"It's interesting to wonder why (Meta founder) Mark Zuckerberg's announcement came soon after Twitter's," Wilson said. "Especially since so many tech companies said not much is going to change after the pandemic, and now we're starting to see some change."

On Tuesday, Musk conducted a rocky rollout out of his $8 monthly Twitter Blue membership service, which gives paying users preferential treatment in all aspects of the Twitter experience, including fewer advertisements, faster access to replies, mentions and searches, and the opportunity to upload longer videos. The service also allows subscribers to have a blue verification badge, which previously was only provided to users through Twitter's somewhat secretive verification process.

All the while, Musk has been clear that he wants to make Twitter safe again for blowhards and haters -- unless they're being salty about him.

The self-proclaimed "free speech absolutist" who tweeted and then deleted a completely bogus conspiracy theory about the Oct. 28 attack on **Paul Pelosi**, the husband of U.S. House Speaker Nancy Pelosi, announced a Nov. 6 crackdown on parody accounts only after comedian Kathy Griffin impersonated him using her own account.

The wealthiest man in the world certainly isn't the most self-aware man in the world, but he is pretty thin-skinned and seems to crave an online environment where only he is immune to criticism, bigotry and accountability.

As social media goes, Twitter isn't a unique conduit of hate speech.

Studies between 2018 and 2021 by organizations like Amnesty International and the Brookings Institution have shown that hate speech thrives on social media platforms, and women of color often suffer the brunt of it along with other marginalized groups. Twitter's own transparency report from two years ago revealed the number of accounts suspended or deleted for breaking Twitter's abusive behavior policy increased by 77% between July and December 2019 compared to the same period in 2020.

So we shouldn't be surprised when Montclair State University researchers found 4,778 instances of hate speech in tweets in the 12 hours after Musk concluded his Twitter transaction, or approximately 398 hostile posts each hour.

Despite the backlash, Steven Blank, a tech industry expert and adjunct professor of management science and engineering at Stanford University, says not to count out Musk.

"People have made a lot of money off Musk's insights," Blank told me. "Even though he might not know what he's doing today (with Twitter), his instincts for figuring something like this out comes with a pretty impeccable track record. ... This isn't an execution plan. It's a reinvention, and he's great at that."

Musk did this with Tesla, the electric car company that he invested in heavily in the early 2000s, then paid his way up the corporate ladder to become its CEO in 2008, before winning a court decision in 2009 allowing him to be recognized as Tesla's "founder."

On Nov. 8, Musk tweeted: "Twitter is the worst! But also the best."

The historically toxic platform couldn't have a more fitting owner.

San Francisco Chronicle columnist Justin Phillips appears Sundays. Email: jphillips@sfchronicle.com Twitter: @JustMrPhillips

Caption:
1) PHOTO: San Francisco Chronicle Food writer and columnist Justin Phillips is seen on Tuesday, July 30, 2019 in San Francisco, Calif.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106378925

**San Francisco Chronicle (CA)**

November 14, 2022

Edition: ED
Section: A
Page: A012

**Protect school leaders from attacks**

Author: *Louis Freedberg*

Article Text:

More than ever, school leaders have emerged as principal targets in the culture wars that are engulfing our education system.

And they are almost all completely unprotected from the kind of violence that nearly took the life of House Speaker Nancy Pelosi's husband.

Compared with Pelosi and her family, ensuring the safety of all 82,000 school board members -- the largest category of elected officials in the nation -- and the superintendents of over 13,000 school districts may seem impossible.

But, however difficult, more must be done to defend and protect this foundational element of our democracy.

As Pelosi said after the attack, "We want people to run for office, local and in every way, and we can't say to them 'you are risking the safety of your families by going forward.'"

Yet in recent years it has become far too common for school board members and superintendents to face threats to their safety and that of their families.

It got so bad that just over a year ago, Attorney General Merrick Garland felt compelled to point to the "disturbing spike in harassment, intimidation, and threats of violence against school administrators, board members, teachers, and staff." He directed the FBI to work with U.S. attorneys to convene meetings with various leaders around the country to "facilitate the discussion of strategies for addressing threats" against education personnel.

Yet Garland's arguably extremely modest proposals triggered a torrent of indignation from Republicans and right-wing groups alleging he was trying to suppress their free speech rights. Minority Leader Kevin McCarthy, likely the next Speaker of the House of

Representatives, accused Garland of labeling parents as "terrorists," even though his directive made no such charge.

Since then, the GOP has ramped up its criticisms of school boards -- last month issuing an online ad accusing Democrats of promoting "woke ideology pushing gender fluidity," forced masking and generally "indoctrinating" our children.

That's relatively mild compared to "the battle to save America's classroom" that Turning Point USA, a far-right group with close ties to Donald Trump, is waging. It has placed hundreds of school boards on its watchlist, including about 175 in California. Two school districts -- Los Angeles Unified and Santa Barbara Unified are on a smaller list of the 13 "most radical districts" in the nation. The watchlist's purpose is "to find and expose school board leadership that supports anti-American, radical, hateful, immoral and racist teachings in their districts."

Just a few weeks ago a man was arrested for making death threats against the school superintendent in Conejo Valley Unified, a 16,000-student school district in Ventura County that is on Turning Point USA's watchlist.

Although there is no reported link between that list and any threats, the suspect was charged with threatening to "put a bullet through the skull" of the superintendent. But the superintendent believes the threats are related to an unconfirmed claim by a parent that her daughter witnessed a fellow student masturbating in class.

That claim is prominently displayed on the watchlist, but no other parent or student has verified that the incident actually happened.

Charlie Kirk, Turning Point USA's founder and president, appears to have little if any interest in lowering the temperature. In response to the attack on Pelosi's husband, he called, incredibly, for an "amazing patriot" to come forward to bail out the suspect.

Last year, the superintendent of the 1,000-student Wheatland Union High School District north of Sacramento faced death threats for announcing an investigation of students who painted black swastikas on their bodies.

"This has been one of the most traumatizing experiences in my life and in the lives of my colleagues," he said at the time.

No school official deserves to suffer trauma for doing his or her job. In California, the Legislature should create an emergency fund that school districts can draw on quickly to protect educators and school board members from increasingly common threats like these.

But because schools are so localized, and threats can come at any moment, it will be essential for every community to set up its own safety plans, and to intensify what it is already doing.

"Democrats and Republicans, anyone can be a target," Pelosi correctly pointed out last week. "But there is only one party that is doubting the outcome of an election, feeding that flame, mocking any violence that happens. There needs to be adult supervision on the Republican side to say 'enough.'"

That is probably too much to expect, with Donald Trump seemingly about to run again for president, and Republican leaders like McCarthy promising to pass a provocative "parents bill of rights" as one of their first orders of business.

What happened to **Paul Pelosi** offers a grim warning about the dangers to ordinary citizens who are villainized for their essential contributions to our children's futures.

Louis Freedberg, a UC Berkeley-trained anthropologist and veteran journalist, is the coordinator of Advancing Education Success, a new initiative focused on what strategies are needed to ensure all students succeed. He was formerly executive director of EdSource.

Caption:
1) PHOTO: Rep. Nancy Pelosi (center), shown being escorted in S.F., says running for office shouldn't put candidates' families at risk. (Jeff Chiu/Associated Press)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106423375

**San Francisco Chronicle (CA)**

November 14, 2022

Edition: MN
Section: A
Page: A008

**Pelosi hails Dem wins, says she's not stepping away**

Author: *Jessica Flores*

Article Text:

House Speaker Nancy Pelosi said Sunday she will not announce whether she will run again for a leadership position until after all midterm election results are counted.

"I'm not making any comments until this election is finished, and we have a little more time to go," the San Francisco Democrat said in an interview on ABC's "This Week."

However, Pelosi said during the interview with journalist George Stephanopoulos that she does not "have any plans to step away from Congress."

She hailed the unexpectedly strong performance of Democratic candidates across the country, paying tribute to both campaign volunteers and candidates who "leapfrogged over all the projections."

"Whatever the outcome, we're on the path to taking our country to a better place than with being dragged down by the other side," Pelosi said.

Pelosi said she thinks President Biden should run again.

As for former President Donald Trump, who has hinted he will declare his candidacy for the presidency soon, she said it was up to Republicans to decide. But, she added, "I think it's bad news for the country, let's put it that way, because this is a person who has undermined the integrity of our elections, has not honored his oath of office, who has encouraged people -- strange kind of people -- to run for office who do not share the values of our democracy."

Pelosi said her husband has been improving after being attacked in their San Francisco home. **Paul Pelosi** was released from the hospital six days after he was attacked and faces a long recovery process. An intruder broke into the couple's Pacific Heights home on Oct.

28 and struck **Paul Pelosi** with a hammer. The suspect, **David DePape**, is facing several charges, including attempted murder.

"It will take a little while," Pelosi said Sunday of her husband's recovery. "But we've been so comforted by the outpouring of so many prayers and good wishes and even people saying, 'I wasn't going to vote, but now I'm going to vote, because this has gone too far.'"

Jessica Flores is a San Francisco Chronicle staff writer. Email: jessica.flores@sfchronicle.com Twitter: @jesssmflores

Caption:
House Speaker Nancy Pelosi said Sunday she will not announce whether she will run again for a leadership position until after all midterm election results are counted.

"I'm not making any comments until this election is finished, and we have a little more time to go," the San Francisco Democrat said in an interview on ABC's "This Week."

However, Pelosi said during the interview with journalist George Stephanopoulos that she does not "have any plans to step away from Congress."

She hailed the unexpectedly strong performance of Democratic candidates across the country, paying tribute to both campaign volunteers and candidates who "leapfrogged over all the projections."

"Whatever the outcome, we're on the path to taking our country to a better place than with being dragged down by the other side," Pelosi said.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106423379

**San Francisco Chronicle (CA)**

November 15, 2022

Edition: ED
Section: A
Page: A010

**Stop blaming Trump and look in the mirror**

Article Text:

Republicans who are blaming Donald Trump for the midterm election fiasco have only themselves to blame.

Since 2020 when Trump lost them the White House, they have had every opportunity to turn away from him, and yet chose to remain under his thumb not because it was the right thing to do but because they feared his wrath.

Imagine how these brave patriots would fare in a fight with enemies of the United States.

Republicans need to remember that "you reap what you sow." It is as simple as that.

MyoKyaw Myint, San Jose

More reasons to vote

The retention of a Democratic controlled Senate is unanticipated and very gratifying.

In addition, a Democratic victory in the Georgia Senate race on Dec. 6 would not only provide another voice of reason to the Senate but would also undermine the frequent solo obstructionism of West Virginia's Joe Manchin, which has hobbled significant environmental and other progressive legislation over the past two years.

John Stedman San Francisco

A nonsensical plan

Re "CPUC unveils solar rules overhaul" (Bay Area Nov. 12): This article says the new CPUC plan will "Fund $900 million in new incentive payments to help purchase rooftop solar systems...." It also states that "Officials say the rule would align state policy with a grid that is bloated with solar energy during the day and over-burdened with demand for power when the sun goes down."

What is the point of adding more rooftop solar to a system that can't yet store the excess energy already produced by the 1.5 million arrays on residences and businesses? Why isn't the CPUC giving a mandate to energy suppliers like PG&E to resolve the storage dilemma, perhaps even providing that $900 million in funding to help do that?

And why, instead of making this a financial fight between customers with solar and those without, hasn't solar become a part of what energy providers actually provide, so they can monetize this source of energy without the public having to worry about the equity of the technology?

Let them own the rooftop solar and charge for it just as they do for energy from other sources. Then everyone pays their fair share of grid costs.

Donna DeDiemar, Berkeley

Sanctions hurt workers

In "Protesters in Iran need help in stand against oppression" (Letters, Nov. 13) Katrina Swanson calls for more sanctions against Iran and full diplomatic isolation of the country. But readers should remember that organizations like the United Nations have proven that unilateral sanctions are particularly harmful to women, children and other vulnerable groups. Studies have also shown that sanctions lead to devastating medicine shortages, extreme pressure on the working class and increased authoritarianism.

Furthermore, we cannot trust the United States to provide any real help to Iranians. After the democratically elected prime minister Mossadegh nationalized Iran's oil in 1953, the CIA orchestrated a coup that installed the Shah's brutal dictatorship. In the 80s, the U.S. aided Saddam Hussein as he dropped chemical weapons on Iranians during the Iran-Iraq war. We can also look to Afghanistan as an example of the destruction the U.S. brought to a country in the name of human rights.

Iranians in Iran can solve their own problems, but pushing our elected officials to implement policies that harm everyday people will certainly not help.

Yasmine Mortazavi, San Francisco

The wait was worth it

It always seemed unfair that Chinatown residents, who live virtually car-less in the densest American community west of Manhattan, must squeeze onto overcrowded buses that crawl through narrow streets while thousands can zip on subways beneath other, less-dense San Francisco neighborhoods. It's clear why the community will cheer when the Central Subway brings service directly to Chinatown.

The two-car Central Subway trains will probably fill up too quickly, but it's easy to imagine the fixes needed. It seems harder to imagine why we waited this long for the subway in the first place.

Peter Albert, San Francisco

A poor choice of words

Re: "Moderate group already has Preston in crosshairs" (Front page, Nov. 12) Given the horrible violence done to **Paul Pelosi** recently and the general gun violence in our country, this heading seems a very poor choice of words. It would be appropriate to apologize to Dean, his family and the people of San Francisco.

Kathy Lipscomb, San Francisco

Caption:
1) PHOTO: Former President Donald Trump points toward the crowd at the beginning of an election rally in Latrobe, Pa. on Nov. 5.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106441171

**San Francisco Chronicle (CA)**

November 16, 2022

Edition: MN
Section: A
Page: A007

**In Pelosi attack, DePape pleads not guilty again**

Author: *Rachel Swan*

Article Text:

The man accused of breaking into U.S. House Speaker Nancy Pelosi's home and bludgeoning her husband with a hammer pleaded not guilty to federal charges of attempted kidnapping and assault on Tuesday morning, crimes for which he could face up to 50 years in prison.

**David DePape**, 42, shuffled into a 19th-floor courtroom in the Phillip Burton Federal Building at 10:30 a.m., a hulking, bearded figure in orange prison garb, so tall he had to lean over the lectern to speak with his attorney. Flanked by U.S. marshals, he stated his name clearly for U.S. Magistrate Alex Tse. He wore no wrist shackles, and quietly listened as Tse read his Miranda rights, and federal prosecutors summarized the indictment against him.

The defendant faces two counts in federal court, for attempted kidnapping of a federal officer -- Democratic leader Nancy Pelosi -- which carries up to 20 years in prison, three years of supervised release and a $250,000 fine, among other penalties; and for assault on an immediate family member of a federal officer -- 82-year-old **Paul Pelosi** -- which exposes him to 30 years' imprisonment, five years of supervised release and a $250,000 fine, plus additional penalties.

These charges stem from a stunning and wildly politicized incident in which **DePape** allegedly broke into the Pelosis' three-story house in Pacific Heights shortly after 2 a.m. on Oct. 28, later telling investigators he sought to hold the House Speaker hostage, interrogate her and possibly break her kneecaps, according to court documents. Instead, he found **Paul Pelosi** asleep in his bedroom.

Startled awake, **Paul Pelosi** managed to slip into a bathroom and surreptitiously call 911. When police arrived, they saw the two men struggling over a hammer, which **DePape** wrested from **Paul Pelosi** and used to strike the elderly man unconscious, fracturing his skull.

The federal case against **DePape** will proceed alongside a separate criminal case in San Francisco Superior Court, where District Attorney Brooke Jenkins has charged **DePape** with attempted murder and a string of other charges.

**DePape** pleaded not guilty in the San Francisco case earlier this month. As of Tuesday he remained incarcerated in San Francisco County jail, and his federal public defender, Angela Chuang, said she will not seek her client's release from custody.

Born and raised in Canada, **DePape** lived much of his adult life wandering between cities and subcultures, participating in demonstrations for public nudity during his romantic relationship with well-known Bay Area nudist Oxane "Gypsy" Taub, before he apparently became infatuated with far-right ideas.

In recent years, he posted bigoted screeds and alt-right conspiracy theories to blogs that seemed to have no audience. His alleged attack on **Paul Pelosi** inflamed political divisions throughout the country, creating grist for speculation and misinformation that quickly got amplified on social media, a week before a hotly contested midterm election.

Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@sfchronicle.com
Twitter: @rachelswan

Caption:
1) PHOTO: A sketch of **David DePape** and his federal public defender, Angela Chuang, in federal court in San Francisco. (Vicki Behringer/Special to The Chronicle)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106461845

**San Francisco Chronicle (CA)**

November 18, 2022

Edition: MN
Section: A
Page: A001

Author: *Joe Garofoli and Shira Stein*

Article Text:

Next year, Speaker Nancy Pelosi's new title will be speaker emerita after she announced Thursday that she will not run for leadership again.

That title is honorific, however, and Pelosi said she won't endorse a successor nor look over their shoulder once she becomes Rep. Pelosi. She won't serve on a committee and is unsure how much fundraising she will do.

"I have no intention of being the mother-in-law in the kitchen, saying, 'My son doesn't like the stuffing that way. This is the way we make it,'" Pelosi told reporters Thursday.

But it will be hard for someone who dominated the House Democratic caucus for two decades to suddenly recede into the back benches. Not only has she been one of the nation's most powerful elected officials over that period, she has been one of its most prodigious political fundraisers, hauling in $1.2 billion over her time in leadership.

Her former chief of staff, John Lawrence, said Democrats would refer to her as the "complete package" -- and one who will be hard to replace on several fronts.

"She is the campaign strategist. She is the fundraiser. She is the policy maven. She is the internal caucus strategist. She is the House negotiator," said Lawrence, author of the new book, "Arc of Power: Inside Nancy Pelosi's Speakership, 2005-2010." "I don't know that there's anybody who can step into her position and fulfill all those responsibilities. It may end up being more of a team effort."

With scaled-back committee and fundraising duties, Lawrence said Pelosi may have a larger presence in San Francisco. That will also enable her to spend more time with her husband, **Paul Pelosi**, who is recovering from a brutal beating last month at their San Francisco home.

"With any leader, there's some sacrifice of time that goes into your ability to focus only on your constituents, when you have the kind of pressure on you that's nonstop that comes with being a leader," Lawrence said.

Pelosi may say that she's not going to cast as wide a shadow, but her word will remain powerful among Democrats, said David Wasserman, who analyzes House races for the nonpartisan Cook Political Report.

"Outwardly, she will be considered a mentor to the new generation of leadership," Wasserman said Thursday. "But her unofficial role as speaker emerita carries more power than many people would assume because she's reached such an iconic status among Democrats that her word alone -- not just her position -- could sway the overwhelming share of the caucus."

Over the years, Pelosi has "quietly protected the Bay Area," and her decision to continue to serve is a "relief to all of our communities," said Rep. Jackie Speier, D-San Mateo, who did not seek re-election in 2022.

When Pelosi does decide to retire from Congress, California lawmakers are "going to have to work a lot harder -- and I don't think they know that yet -- because she's done so much behind the scenes," Speier said.

That attention to detail extended to Pelosi's speech Thursday from the House floor when, Speier said with a laugh, "she wanted to make sure all the California women were in the front seats, which is typical of her."

Pelosi the fundraiser will be harder to replace. Not only was she good at it, she liked it -- unlike most politicians. But part of her prowess was related to her leadership position. "Rep. Pelosi" will be always be a draw -- but not as much as "Speaker Pelosi" was for some donors.

Much of Pelosi's fundraising haul over the years is due largely to her, said Mark Buell, a national Democratic donor in San Francisco who has known Pelosi for decades.

"By reputation, she'd get attention. I think she would still draw a crowd," Buell said. "But I think the challenge is that many of us have found out as we've gone in and out of public life, that the power is in the position you hold.

"You find out when you leave how much juice you have," Buell said. That said, "I would be surprised (if she continued to do it). It's a lot of work."

And while Pelosi said she doesn't want to "mother-in-law" her successor, Speier said the outgoing speaker will be "critical" as an adviser and mentor to the next House Democratic leader. Whomever that person is, Speier said, they would be "foolish not to sit at her feet when she tells them what she thinks they should do."

Rep. Eric Swalwell, D-Livermore, recalled Thursday that when he arrived in Congress as a 32-year-old, "I sometimes questioned if I was experienced enough for the job, but she

never did." Pelosi supported his founding of the Future Forum for younger members and appointed him to the House Permanent Select Committee on Intelligence, making him one of the youngest members ever appointed.

"I expect Speaker Emeritus Pelosi to engage with her colleagues the same way as Speaker Pelosi," Swalwell told The Chronicle on Thursday. "To listen to them, support them and put them in the best position to succeed. When it comes to developing younger leaders she's always been eager to help anyone who's willing to ask."

Joe Garofoli is The San Francisco Chronicle's senior political writer, and Shira Stein is The Chronicle's Washington correspondent. Email: jgarofoli@sfchronicle.com, shira.stein@sfchronicle.com Twitter: @joegarofoli, @shiramstein

Caption:
Next year, Speaker Nancy Pelosi's new title will be speaker emerita after she announced Thursday that she will not run for leadership again.

That title is honorific, however, and Pelosi said she won't endorse a successor nor look over their shoulder once she becomes Rep. Pelosi. She won't serve on a committee and is unsure how much fundraising she will do.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106509313

**San Francisco Chronicle (CA)**

November 18, 2022

Edition: MN
Section: A
Page: A001

**Pelosi closing historic era as Dems' masterful uniter**

Author: *Joe Garofoli and Shira Stein*

Article Text:

Speaker Nancy Pelosi, who made history as the first female speaker of the House and has been the driving force behind landmark legislation, will step down from House leadership, but the 82-year-old Democrat said Thursday that she will continue to represent San Francisco.

Pelosi's future was cast in doubt after Republicans squeaked out a surprisingly narrow victory in the House. She has said that the brutal attack on husband **Paul Pelosi** in their San Francisco home last month shaped her decision.

"I will not seek re-election to Democratic leadership in the next Congress," Pelosi said to a packed chamber. "For me the hour has come for a new generation to lead the Democratic caucus that I so deeply respect."

As her fellow House members gave her numerous standing ovations, Pelosi said, "friends, no matter what title you all my colleagues have bestowed upon me -- speaker, leader, whip -- there is no greater official honor for me than to stand on this floor and to speak for the people of San Francisco."

Pelosi became the nation's first female speaker in 2007 and ascended to the top job again in 2019 after her party recaptured the House. She is widely seen as the architect of landmark legislation, including the Affordable Care Act during the Obama administration, and is a prolific fundraiser, harvesting $1.25 billion for Democrats since she ascended into party leadership, according to party officials.

But four years ago, Pelosi said this would be her last term as speaker as part of a deal to thwart a Democratic challenge to her leadership. She did not say Thursday when she would retire and told reporters after her speech that she would neither endorse a successor nor advise the person.

"I have no intention of being the mother-in-law in the kitchen, saying, 'My son doesn't like the stuffing that way. This is the way we make it,'" Pelosi told reporters Thursday.

Her departure from leadership will leave a void at what promises to be a chaotic time in the House. Republicans hold a narrow margin, and House GOP Leader Kevin McCarthy, likely to be the next speaker, has shown little ability to corral his caucus.

Keeping Democrats united has rarely been Pelosi's problem -- in fact, it is her superpower.

Her colleagues praised her uncanny ability to hold together the Democrats' often fractious mosaic, which ranges from progressives like Rep. Alexandria Ocasio-Cortez, D-N.Y., to the more conservative Blue Dog coalition. Pelosi often pointed with pride to the caucus' diversity, saying, "our diversity is our strength."

She herded the caucus by intimately knowing the personal and political nuances and needs of her delegation -- a rare skill, said John Lawrence, who served as her chief of staff when she masterminded the Affordable Care Act.

"One of Pelosi's enormous strengths is that she knows more than the person she's talking to," said Lawrence, author of the new book, "Arc of Power: Inside Nancy Pelosi's Speakership, 2005-2010." "She knows the policy. She also knows the politics of that person's district, but she also knows the politics of that person. She knows the caucus' politics and she's talking to people in the Senate."

Lawrence wryly compared Pelosi's philosophy in determining that balance of how to keep individual legislators happy while keeping the Democratic caucus unified "to the advice and the teachings of the great British political theorist (and Rolling Stones frontman) Sir Mick Jagger: You don't always get what you want, but you get what you need."

Said former California Sen. Barbara Boxer, a close friend who also served with her in the House: "I know what her secret sauce is: She knows her members. She knows everything that they need politically. She walks in their shoes."

That goes from knowing the names of members' children and partners to knowing how many Republicans and independents live in their district. Many of those same characteristics have made Pelosi one of the nation's best fundraisers. Boxer said Pelosi made donors feel as though they were part of the team, too. Pelosi is indefatigable, frequently on the road raising money for her members and the Democratic Party.

"Nancy could get contributions from a chandelier," Boxer quipped.

Boxer, who like Pelosi, came of age when Washington was even more of an old boys' club, said that some of their male colleagues often mistook the two Bay Area liberals for each other. Growing up in that atmosphere as pioneering women in Congress made them comfortable throwing sharp elbows when needed. Pelosi noted Thursday that when she came to Congress in 1987, there were 12 Democratic women. Now there are more than

90. The incoming members of the Democratic caucus will be about 75% women, people of color and LGBTQ, Pelosi said.

Pelosi recalled first coming to the House floor as a 6-year-old, accompanying her father, Maryland Rep. Thomas D'Alesandro. She didn't enter politics until after raising her five children in San Francisco.

"I never would have thought that someday I would go from homemaker to House speaker," Pelosi said Thursday. "In fact, I never intended to run for public office. Mommy and Daddy taught us through their example that public service is a noble calling, and that we all have a responsibility to help others."

Rising through the ranks in that era took a special kind of politician -- and person.

"Unspoken, of course, in all of this," Boxer said, "is that she is one tough person."

It's a skill set that isn't easily replicable, said Rep. Jared Huffman, D-San Rafael.

"Our next generation of leaders are going to have to be ready to be as fully dedicated 24 hours a day, 365 days a year as Nancy Pelosi has been," Huffman said. "I mean, she just lives and breathes this stuff. She is all-in all the time. If she has an off switch, I've never seen it."

Her power was such that as the nation's economy teetered on the brink of implosion during the 2008 financial crisis, then-Treasury Secretary Hank Paulson knelt on one knee in front of Pelosi, begging her not to blow up the $700 billion bank bailout package by pulling Democrat support.

Quipped Pelosi on seeing Paulson kneeling: "I didn't know you were Catholic." Pelosi rounded up the support -- including from many reluctant Democrats -- for the Troubled Assets Relief Program.

Rep. Ro Khanna, D-Fremont, recalled that image when trying to put Pelosi's impact in context.

"She's more consequential than many American presidents," Khanna said. "She helped save the American economy during the financial crash."

Sen. Dianne Feinstein, a fellow San Franciscan and pioneering woman in politics, said Pelosi's decision to step aside "is personally very difficult for me because she has done so much good for the country and for the progress of women. She has been an amazing speaker and her leadership will be greatly missed, especially in our shared home of San Francisco."

Gov. Gavin Newsom called Pelosi "the model of dedicated public service" in a statement.

"Speaker Pelosi has never wavered in the fight to better our nation, even in the face of opposition or hate. Time and again, she has delivered for California and for the nation,

often in the face of unspeakable odds. Her career in Congress, and as Speaker, has been a masterclass in powerful, empathetic leadership, guided by her strong moral compass and unmatched political skill," Newsom said.

Huffman said the new party leadership will "have to step up, no doubt about it. You can't just replace Nancy Pelosi -- it's not possible, because she is the kind of dynamic, incredibly effective leader that comes along once every several generations."

Huffman, like many other Democrats, believe that New York Rep. Hakeem Jeffries will be the next Democratic leader.

"And knowing Hakeem, I believe he really wants to empower members, chairs and colleagues with special subject matter expertise, and build a genuine team around him," Huffman said. "So I would expect maybe a more distributed model of leadership."

Jeffries described Pelosi on Thursday as "a legendary legislator, notorious negotiator and a fabulous facilitator for the ages. ... (Her) historic ascension to become the first woman Speaker of the House will forever inspire our nation on the power of possibility."

House Democrats will elect their leaders at the end of the month.

Of the transition, Pelosi said that "a new day is dawning on the horizon. And I look forward always forward to the unfolding story of our nation, a story of light and love, of patriotism and progress, of many becoming one and always an unfinished mission to make the dreams of today, the reality of tomorrow."

Joe Garofoli is The San Francisco Chronicle's senior political writer, and Shira Stein is The Chronicle's Washington correspondent. Email: jgarofoli@sfchronicle.com, shira.stein@sfchronicle.com Twitter: @joegarofoli, @shiramstein

Caption:
1) PHOTO: Speaker Nancy Pelosi, shown addressing the floor of the House, will continue to represent San Francisco after stepping down from her party leadership role. (Photos by Anna Moneymaker/Getty Images)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106509299

**San Francisco Chronicle (CA)**

November 29, 2022

Edition: MN
Section: A
Page: A004

**Different judge assigned in Paul Pelosi assault case**

Author: *Nora Mishanec*

Article Text:

A new judge will preside over the high-profile criminal case of **David DePape**, the man accused of bludgeoning U.S. House Speaker Nancy Pelosi's husband in a stunning attack that hardened political divisions across the nation.

Judge Stephen Murphy will take over the case as it proceeds to a preliminary hearing on Dec. 14, at which Murphy will decide whether to send the case to trial and whether to hold **DePape** in jail in the meantime.

Murphy will replace Judge Loretta Giorgi, who disclosed a potential conflict of interest during a hearing earlier this month, saying she had worked with Pelosi's daughter, Christine Pelosi, at the San Francisco City Attorney's Office during the 1990s. Giorgi presided over a brief scheduling hearing at the Hall of Justice Monday morning.

Adam Lipson, a deputy public defender and the attorney assigned to **DePape**, said he would not seek to recuse Giorgi from the case.

"There is nothing about Judge Giorgi's minimal history with Christina Pelosi that would lead me to believe she would be a biased in this case especially, considering her minimal role," Lipson said in an email.

Attorneys on both sides accepted the new assigned judge, according to a representative from San Francisco District Attorney Brooke Jenkins' office.

**DePape** is facing attempted murder, battery, assault and a string of other charges related to the Oct. 28 attack on **Paul Pelosi**, in which he allegedly struck the speaker's husband with a hammer, fracturing his skull, as police officers watched from a doorway. **DePape**, a blogger and right-wing conspiracy theorist, is also accused of plotting to kidnap and interrogate Nancy Pelosi.

As of Monday he remained held at the San Francisco County jail without bail, according to jail records. He will appear in court on Dec. 14.

**DePape** has pled not guilty in two cases, one in San Francisco and one in federal court.

Nora Mishanec is a San Francisco Chronicle staff writer. Email: nora.mishanec@sfchronicle.com

Caption:
A new judge will preside over the high-profile criminal case of **David DePape**, the man accused of bludgeoning U.S. House Speaker Nancy Pelosi's husband in a stunning attack that hardened political divisions across the nation.

Judge Stephen Murphy will take over the case as it proceeds to a preliminary hearing on Dec. 14, at which Murphy will decide whether to send the case to trial and whether to hold **DePape** in jail in the meantime.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106784293

**San Francisco Chronicle (CA)**

December 1, 2022


Edition: MN
Section: A
Page: A005


**Prosecutors cite 'discovery' in Pelosi attack**

Author: *Annie Vainshtein*

Article Text:

Prosecutors in the federal criminal case against **David DePape**, the man accused of attacking U.S. House Speaker Nancy Pelosi's husband, on Wednesday asked a judge to give them until February to evaluate a mountain of evidence in the case.

Their request was made at a brief status hearing at a federal courthouse in San Francisco.

Assistant Federal Public Defender Angela Chuang, who is representing **DePape** in his federal case, did not immediately respond to a request for comment.

**DePape**, who is being held in custody and was in the courtroom Wednesday, has pleaded not guilty to a slew of federal and state charges against him.

The federal charges include kidnapping and one count of assault upon a family member of a U.S. official. He will next appear in federal court on Feb. 8. District Court Judge Jacqueline Scott Corley is presiding over the federal case.

San Francisco District Attorney Brooke Jenkins' office separately charged him with attempted murder, battery, assault and other charges related to an Oct. 28 attack on **Paul Pelosi**. The case will proceed to a preliminary hearing on Dec. 14.

The 42-year-old defendant told law enforcement officials that he had been "on a suicide mission" when he broke into the Pelosi home in Pacific Heights in the middle of the night, awakening **Paul Pelosi** and demanding to see his wife, who was in Washington, D.C., at the time.

Pelosi managed to make a call to 911 from the bathroom, but was cryptic about what he was calling about; nonetheless, a San Francisco dispatcher surmised that something wasn't right, and elevated the call to an emergency.

When officers arrived at the residence, they tackled **DePape** -- moments after he allegedly struck Pelosi with a hammer. The attack left Pelosi, 82, with a fractured skull and injuries to his hands and right arm.

**DePape**, who reportedly was consumed with far-right conspiracy theories, is also accused of plotting to kidnap and interrogate Nancy Pelosi.

A former girlfriend told The Chronicle that **DePape** struggled with mental illness and had grown convinced, at one point, that "he was Jesus."

Annie Vainshtein (she/her) is a San Francisco Chronicle staff writer. Email: avainshtein@sfchronicle.com Twitter: @annievain

Caption:
1) PHOTO: **David DePape**, above, faces charges for an attack on **Paul Pelosi** in San Francisco. (Michael Short/The Chronicle )

(c) San Francisco Chronicle 2022

Record Number: MERLIN_106852937

**San Francisco Chronicle (CA)**

December 6, 2022

Edition: MN
Section: A
Page: A004

**Pelosi's husband attends Kennedy Center Honors**

Author: *John King*

Article Text:

Five weeks after the husband of U.S. House Speaker Nancy Pelosi was attacked by an intruder in their Pacific Heights home, **Paul Pelosi** on Sunday attended the star-studded Kennedy Center Honors in Washington, D.C.

He was wearing a wide-brimmed black fedora and a black glove on his left hand, perhaps to cover scars left by the assailant who hit him with a hammer as police were coming through the door. He appeared in good spirits and waved to the applauding crowd after being pointed out by President Biden, who was two boxes away.

**Paul Pelosi**, 82, spent six days in the hospital after the attack before being released. Since that time, Nancy Pelosi has said that she will step down as House speaker at the end of this congressional term.

This was the first large public appearance for **Paul Pelosi** since the attack, although he also attended a dinner Saturday for this year's recipients of the honors. The awards are given to longtime leaders in the world of arts and entertainment. This year's honorees include Christian singer Amy Grant, actor George Clooney, soul singer Gladys Knight and the Irish rock band U2.

John King is a Chronicle staff writer. Email at jking@sfchronicle.com Twitter: @johnkingsfchron

Caption:
1) PHOTO: **Paul Pelosi** (in hat) accompanies his wife at the annual Kennedy Center Honors in Washington, his first major public appearance since he was attacked in the couple's S.F. home in October. (Manuel Balce Ceneta/Associated Press)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_107009457

**San Francisco Examiner (CA)**

December 9, 2022

Section: Politics

Topics:

**Index Terms:**
News

**Officials tight-lipped about Scott Wiener security changes after threats**

Author: *Marcus White | Examiner staff writer |*

Article Text:

Officials are mum about any changes to California state Sen. Scott Wiener's security after the San Francisco legislator was subject to a bomb threat earlier this week that echoed the homophobic rhetoric of far-right leaders who recently criticized him.

Wiener's spokesperson told The Examiner that he "does not publicly discuss his personal security measures."

The San Francisco Police Department and the California Highway Patrol — which works alongside the state Senate sergeant-at-arms to provide security for lawmakers — said they also couldn't comment on Wiener's security.

Police said a bomb threat — which said "we will f—ing kill you" and called Wiener a "pedophile" and a "groomer" — sent to the San Francisco Standard on Tuesday "did not have any merit."

It came five days after a person phoned Wiener and said he'll "have something coming to you," more than a month after a far-right extremist allegedly attacked San Francisco Rep. Nancy Pelosi's husband in the couple's home, and nearly six months after bomb-sniffing dogs were called to Wiener's home due to another threat.

Wiener, who is Jewish and openly gay, was a focal point of right-wing ire in the leadup to both bomb threats against his home.

In June, he joked on Twitter that drag performers' book readings should become a part of California's state K-12 curriculum in response to conservatives' outrage over those events. Days later, the threat's writer seemingly alluded to the tweet and accused Wiener

of "grooming" children, relying on the defamatory stereotype that LGBTQ adults are trying to make children become gay or transgender.

Last month, U.S. Rep. Marjorie Taylor Greene called Wiener a "communist groomer" and made multiple false claims about his support for gender-affirming care for children. Days later, conservative activist and YouTuber Charlie Kirk falsely claimed that Wiener supported "freeing pedophiles" by mischaracterizing a bill he authored.

Wiener's staff said the state senator will "remain present in the community and accessible to his constituents."

"No amount of harassment and intimidation by right wing extremists will change that," Catie Stewart, Wiener's communications director, told The Examiner in an emailed statement.

Next month marks the anniversary of the Jan. 6, 2021 U.S. Capitol insurrection, and threats against lawmakers have remained a concern since thousands of then-President Donald Trump's followers stormed the building in an effort to halt the certification of President Joe Biden's Electoral College victory.

The U.S. Capitol Police investigated nearly 10,000 threats against members of Congress in 2021, up from a little more than 3,900 during the first year of Trump's presidency in 2017. On Oct. 28, 42-year-old **David DePape** allegedly attacked **Paul Pelosi** with a hammer after breaking into the Pelosi home and asking "Where's Nancy?"

This has coincided with an uptick in homophobia, transphobia and antisemitism, as well as violence alleged to be motivated by those ideologies. The Department of Homeland Security issued an advisory warning of further anti-LGBTQ violence after five people died and 17 were injured in a shooting at an LGBTQ bar in Colorado just after Thanksgiving, and the White House on Wednesday hosted a roundtable on antisemitism.

Wiener's religious identity and sexual orientation place him within the groups that officials say are under increasing threat, and he has also been mentioned as a possible successor to Pelosi were she to retire from Congress.

Law enforcement wouldn't say whether that context, as well as this week's threat, calls for heightened security for the state senator.

"We are precluded from releasing security measures" or police and investigative tactics, San Francisco Police Department Public Information Officer Robert Rueca told The Examiner in an email. The CHP, meanwhile, said it "does not comment on matters involving security or ongoing investigations."

Copyright © 2022 San Francisco Examiner.

Record Number: bea39f52ae55585e791e82dd1d254d2a9bec6fca

**San Francisco Chronicle (CA)**

December 12, 2022

Edition: MN
Section: A
Page: A006

**Paul Pelosi healing, but emotional scars last, daughter says**

Author: *Mallory Moench*

Article Text:

**Paul Pelosi**, husband of House Speaker Nancy Pelosi, is healing physically after he was bludgeoned in their San Francisco home, but the emotional scars remain, according to the couple's youngest daughter, Alexandra Pelosi.

In the early hours of Oct. 28, an intruder broke into the couple's home in Pacific Heights, looking for Nancy Pelosi, and instead found and hit her husband in the head with a hammer. The skull fractures required emergency surgery.

The alleged intruder, **David DePape**, faces attempted murder, battery, assault and a string of other charges, and is also accused of plotting to kidnap and interrogate Nancy Pelosi, a longtime Democratic party leader.

The couple's youngest daughter told CBS News in an interview that aired Sunday morning that **Paul Pelosi**'s physical scars were healing, although "he looks like Frankenstein," but "the emotional scars, I don't know if those ever heal."

"I don't think it's OK for an 82-year-old man to be attacked in his home in the middle of the night because of whatever his wife does for work," Alexandra Pelosi said.

The youngest Pelosi said what was even harder on the family than the attack was the response from her mother's political opponents who mocked it.

"I haven't slept since the night my father was attacked," Alexandra Pelosi said. "What the outside world did with that for their own political fodder is what's much harder for us to handle as a family. ... Nobody should think it is funny that an 82-year-old man got attacked in his home, and yet a sitting governor and a wanna-be governor and members of Congress were laughing about it."

CBS aired clips of Republican elected officials or candidates making comments about the incident at events, eliciting laughs from crowds.

"She's losing the gavel, but finding the hammer," Rep. Andy Biggs of Arizona said with a smile in one clip, referencing Nancy Pelosi's intent to step down from House leadership in January.

"Apparently her house doesn't have a lot of protection," Kari Lake, who lost the race for Arizona governor, joked in another.

"We're going to send her back to go be with him in California, that's what we're going to do," Virginia Gov. Glenn Youngkin quipped in a third.

Alexandra Pelosi said her mother's response is to lean into her faith in America, God and the Democratic Party -- even though her daughter said she doesn't believe in the future of America anymore.

The documentary filmmaker spoke to CBS to promote her new movie chronicling Nancy Pelosi's life, family and political career, which will air on HBO this month.

The world already saw some footage that Alexandra Pelosi filmed of her mother during the Jan. 6, 2021, insurrection at the Capitol, aired during a recent congressional committee investigating the incident.

Alexandra Pelosi told CBS that when her mother was running for Congress, she asked her youngest daughter, the last of five children at home, for permission to do so. The then-16-year-old told her mom to "get a life," and go for it, but decades later, sitting in the ICU with her injured father, Alexandra Pelosi said she wouldn't let her mother do it today.

**Paul Pelosi** pushed back, though, defending his wife's work, his daughter said.

"My father still says it was worth it, that she got to live her dreams," Alexandra Pelosi said.

Mallory Moench is a San Francisco Chronicle staff writer. Email: mallory.moench@sfchronicle.com Twitter:@mallorymoench

Caption:
1) PHOTO: Nancy Pelosi and daughter Alexandra Pelosi appear in "Pelosi in the House," airing on HBO this month. (HBO)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_107170565

**San Francisco Chronicle (CA)**

December 15, 2022

Edition: MN
Section: A
Page: A001

**Suspect to face trial in attack at Pelosi home**

Author: *Annie Vainshtein and Rachel Swan*

Article Text:

A San Francisco Superior Court judge ruled Wednesday that prosecutors presented sufficient evidence to send their attempted murder case against **David DePape**, the 42-year-old man accused of bludgeoning U.S. House Speaker Nancy Pelosi's husband in October, to trial.

In addition to attempted murder, the San Francisco District Attorney's Office also charged **DePape** with assault with a deadly weapon, elder abuse, residential burglary, false imprisonment and threatening the life of or causing serious bodily harm to a public official.

**DePape** faces life in prison if convicted. A parallel case against **DePape** is proceeding in federal court, where he has pleaded not guilty to charges of attempted kidnapping and assault.

Prosecutors argued that **DePape** had attempted to kill Mr. Pelosi with "cold and calculated consideration," Assistant District Attorney Phoebe Maffei said, based on the items he brought into the home, the effort he took to get into the Pelosi residence, and his own recorded statements in which **DePape** said, "If I have to go through him, I will," referring to **Paul Pelosi**.

"We saw what was described as 16 blows to a window in order to force himself in," said Maffei. "The defendant slammed his body into the window when he was unable to get in."

"The only reasonable interpretation of his statements is that he intended to kill **Paul Pelosi** when Mr. Pelosi got in his way," San Francisco Superior Court Judge Stephen Murphy said during his ruling.

Adam Lipson, **DePape**'s attorney, briefly cross-examined witnesses who took the stand Wednesday, asking questions like whether **DePape** was coherent while he was being interviewed in the hospital.

Lipson attempted to persuade the judge that the attack was not premeditated. Lipson also referenced statements **DePape** had made about the fact that Nancy Pelosi was his target, not Paul -- and that he intended to break her kneecaps "if she lied," rather than kill her.

San Francisco District Attorney Brooke Jenkins said after the ruling that her office was pleased that **DePape** would be held to answer on all the charges filed against him.

Jenkins also said she thought the case demonstrated the "toxic political environment that we are living in."

"I think we all need to look at the way we engage in political discourse in our country, so we can tone it down," said Jenkins.

Prosecutors began Wednesday's preliminary hearing by playing a recording of **Paul Pelosi**'s 911 call to a courtroom packed with reporters and onlookers.

After the 911 recording ended, prosecutors brought San Francisco Police Officer Kyle Cagney -- one of the officers dispatched to the Pelosi home -- to the stand. Cagney was asked to describe in detail what happened in the moments after the door to the Pelosi home was opened, when officers allegedly found **Paul Pelosi** and **DePape** struggling over a hammer.

After having him don gloves, prosecutors asked Cagney to open an envelope containing what Cagney identified as the hammer **DePape** allegedly used to strike Pelosi.

After the alleged bludgeoning, Cagney described tackling **DePape** after he ran out of the house. The ensuing struggle caused **DePape** to drop the hammer, Cagney said.

**DePape**, a Canadian citizen, has pleaded not guilty to attempted murder and a string of other charges for the alleged assault on Oct. 28. He is accused of breaking into the Pelosis' Pacific Heights house just after 2 a.m. intending to kidnap and interrogate Nancy Pelosi.

Instead, he encountered 82-year-old **Paul Pelosi** asleep in a bedroom, prompting a tense exchange that included **DePape** allegedly blocking Pelosi from trying to escape to the home's elevator. **DePape** allegedly followed him into a bathroom, where Pelosi made an emergency call -- over speakerphone -- that would end up saving his life.

But the exchange ended abruptly -- and brutally -- when **DePape** allegedly struck the elderly man with the hammer, fracturing his skull, prosecutors claim.

Prosecutors on Wednesday also presented a short video of one of the officers' body-camera footage of the incident. The video began with officers greeting the two men before shining a flashlight on the hammer.

Officers told the men to drop the hammer, after which **DePape** was recorded saying, "Uh, nope." The video then showed the attack and the tussle that ensued, with one of the officers recorded saying "Give me your f-- hand!" multiple times and calling for backup. A sound that appeared to be Pelosi's snoring, after he was struck by the hammer, was heard loudly at the end of the video.

Cagney said Pelosi did not regain consciousness while officers were at the scene.

Prosecutors then played portions of an interview between San Francisco Police Sgt. Carla Hurley and **DePape**, who was questioned about five hours after the attack, while recovering in the hospital.

In the recorded interview, **DePape** admitted to breaking into the Pelosi home -- which took several tries and ended with him body-slamming the window open -- and told Hurley he intended to take Nancy Pelosi hostage and hurt her if she lied.

**DePape** told the investigator that he told **Paul Pelosi** he was not going to be stopped, and that he was not going to surrender.

"I had threatened him a couple of times but for the most part it was pretty amicable," **DePape** said on the recording, before describing when he decided to lunge at him, which he described as "at full force."

Investigators said said they found two hammers, a pair of rubber gloves, and a sword on the premises in their search after the attack.

**DePape**, a former public nudity activist who later became infatuated with far-right conspiracy theories, allegedly told investigators he had contrived to take Nancy Pelosi hostage while eyeing other high-profile targets, including a "local professor" and several state and federal politicians.

The other notable figures allegedly included Hunter Biden, actor Tom Hanks, California Gov. Gavin Newsom and feminist anthropologist Gayle Rubin, according to Hurley, the SFPD sergeant.

Motivated by his apparent revulsion with national politics, **DePape** had spent the past few years writing bizarre and rambling blog posts that seemed to have no audience.

His alleged attack on **Paul Pelosi** came days before a hotly contested midterm election, jolting a nation and hardening political divisions. Accounts of the incident became so riven with misinformation on social media that law enforcement had to scramble to keep up.

**DePape** will be arraigned on the state charges on Dec. 28.

Annie Vainshtein and Rachel Swan are San Francisco Chronicle staff writers. Email: avainshtein@sfchronicle.com, rswan@sfchronicle.com Twitter: @annievain, @rachelswan

Caption:
A San Francisco Superior Court judge ruled Wednesday that prosecutors presented
sufficient evidence to send their attempted murder case against **David DePape**, the 42-
year-old man accused of bludgeoning U.S. House Speaker Nancy Pelosi's husband in
October, to trial.

In addition to attempted murder, the San Francisco District Attorney's Office also
charged **DePape** with assault with a deadly weapon, elder abuse, residential burglary,
false imprisonment and threatening the life of or causing serious bodily harm to a public
official.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_107242425

**San Francisco Chronicle (CA)**

December 16, 2022

Edition: MN
Section: A
Page: A004

**Pelosi won't say whether she'll stay for her full term**

Author: *Shira Stein*

Article Text:

WASHINGTON -- House Speaker Nancy Pelosi declined to say Thursday whether she plans to stay in Congress for the full two years of her next term.

"Those kinds of questions are such a waste of my time," Pelosi said at her weekly news conference in response to a question from The Chronicle.

Pelosi, who was re-elected to a 19th two-year term in November, announced Nov. 17 she would step down as leader of the House Democrats but remain in office when the new term begins in 2023.

"There is no greater official honor for me than to stand on this floor and to speak for the people of San Francisco. This I will continue to do as a member of the House speaking for the people of San Francisco," Pelosi said then.

Pelosi reiterated that commitment at a ceremony in which her portrait for the Speaker's Lobby was revealed on Tuesday, but she offered no specifics about how long she plans to remain in Congress.

"In the coming Congress, as I had mentioned, I look forward to continuing my public service in the Congress where I began 35 years ago: a voice that will be heard for San Francisco. No matter what titles my colleagues may have given me, my highest official honor will always be to speak for the people of San Francisco," she said.

It is extremely unusual for a former House speaker to stay in office after stepping down from leadership. Speculation about when Pelosi might retire from Congress has been swirling for months. After an attacker brutally assaulted her husband, **Paul Pelosi**, in their San Francisco home in October, she told reporters that she considered staying on as leader.

Pelosi said she will not have a position on legislative committees, key positions that help shape and move legislation.

When Pelosi does leave Congress, it will be a rare opening for a House seat she has held since 1987.

State Sen. Scott Wiener, D-San Francisco, Pelosi's daughter Christine Pelosi, an attorney who has never held public office but has been a leader in the state and national Democratic parties, and former San Francisco Supervisor Jane Kim, now the California director of the Working Families Party, are expected to consider making a run when she does retire.

Shira Stein is The San Francisco Chronicle's Washington correspondent. Email: shira.stein@sfchronicle.com Twitter: @shiramstein

Caption:
1) PHOTO: Speaker Nancy Pelosi, D-San Francisco, says she will step down as leader of the House Democrats. (Gabrielle Lurie/The Chronicle)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_107264305

**San Francisco Examiner (CA)**

December 19, 2022

Section: Politics

Topics:

**Index Terms:**
News

**Remember the Name: Trump referred for prosecution in room honoring Pelosi**

Author: *Marcus White | Examiner staff writer*

Article Text:

Nancy Pelosi was not a member of the U.S. House committee that referred former President Donald Trump to the Department of Justice for prosecution on Monday, but her name will nonetheless be remembered alongside them.

That's because the room where a former president was, for the first time, referred for criminal prosecution now bears the name of the San Francisco congresswoman, who just last month stepped down as the top-ranking House Democrat.

The nine-member committee made Monday's announcement in the Speaker Nancy Pelosi Caucus Room, which up until last week was known as the Cannon Caucus Room.

Its new name was officially renamed five days before Monday's hearing, when Pelosi's portrait was unveiled at the U.S. Capitol. That portrait hangs in the Speaker's Lobby, where rioter Ashli Babbitt was shot and killed on Jan. 6, 2021 as more than 2,000 people stormed the building in an effort to halt the certification of President Joe Biden's electoral college victory.

The committee on Monday referred Trump for prosecution over his alleged role in the violence, accusing him of inciting insurrection, obstruction of an act of Congress, conspiracy to defraud the U.S. and conspiracy to make a false statement to the government.

Trump already faces a Department of Justice investigation, and the department does not have to act upon the referrals. A Washington Post analysis found that recent Congressional referrals of elected officials didn't lead to criminal charges.

In a statement on Monday, Pelosi said the committee's executive summary of its findings "documents the sinister plot to subvert the Congress, shred the Constitution and halt the peaceful transfer of power" in "painstaking detail."

"The Committee has reached important conclusions about the evidence it has developed, and I respect those findings," Pelosi said. "Our Founders made clear that, in the United States of America, no one is above the law. This bedrock principle remains unequivocally true, and justice must be done."

Pelosi sheltered in a secure location on Capitol Hill as the Jan. 6 attack unfolded, when some rioters stormed her office and others could be heard asking, "Where's Nancy?" **David DePape**, the man accused of breaking into Pelosi's San Francisco home and attacking her husband earlier his year, allegedly asked the same question.

Long a focal point of the ire of Trump and his allies, Pelosi created the select committee to investigate the Jan. 6 insurrection last year, about a month after Senate Republicans blocked a vote on creating an independent commission to probe the attack.

After the panel unanimously voted to subpoena Trump in October, he blasted the committee's work as a "witch hunt." He applied the same label to the House's impeachment inquiries into him — one centered on his alleged holding up of security aid to Ukraine in exchange for an investigation into Biden, the other following the Jan. 6 insurrection — that ended with acquittals.

In both instances, the Senate acquitted Trump after failing to reach a two-thirds majority.

Trump is running for president again in 2024, and legal experts have said that a federal conviction — let alone a prosecution — wouldn't legally keep him off the ballot were he to secure the Republican nomination.

Copyright © 2022 San Francisco Examiner.

Record Number: 63b4eeacee124553b9e38d6b5377281248d99f2

**San Francisco Chronicle (CA)**

December 19, 2022

Edition: ED
Section: A
Page: A010

**Boycott Twitter: Firing janitors is last straw**

Article Text:

Regarding "S.F. officials join rally for fired Twitter janitors" (San Francisco, SFChronicle.com, Dec. 15): San Francisco's embarrassing wealth disparities were on full display when Twitter boss Elon Musk, one of the richest people in the world, arrogantly and lawlessly fired the janitors for the company's headquarters building, who are among the lowest-paid workers in the city.

Their union, Local 87, says this will not stand in San Francisco, a union town. Brothers and sisters from several labor unions, state legislators, members of the city Board of Supervisors and the mayor are all standing with Twitter's janitors. We, the public should too.

Why should we financially support a company that so poorly manages a major part of our digital town square by allowing hate speech and prioritizing its bottom line over its workers, workers' rights and the public interest?

Boycott Twitter! And let's regulate Twitter and develop public, nonprofit alternatives to Twitter and any social media entity that is unfair to its workers and profits from allowing and amplifying its worst customers' hate speech.

Art Persyko, San Francisco

Help wildfire victims

Regarding "4 priorities Bay Area lawmakers hope to push before Republicans take over the House" (Politics, SFChronicle.com, Dec. 7): For whatever reason, a federal tax relief bill for certain California wildfire victims, HR7305, isn't considered a top House legislative priority. But it certainly is for those victims, including two of my family members in Butte County whose house was destroyed in the 2018 Camp Fire.

HR7305, introduced by Rep. Mike Thompson, D-St. Helena, would provide tax relief on payments made to certain wildfire victims for damages arising from a "qualifying

wildfire disaster," including the 2015 Butte Fire, 2017 North Bay fires and 2018 Camp Fire. But the bill is stuck in the House Ways and Means even though it has 13 co-sponsors.

Congress should pass the bill this year. Perhaps House Speaker Nancy Pelosi can rescue it.

Bob Ryan, San Francisco

Prisoner trade works

Regarding "Trade not good for U.S." (Letters to the Editor, SFChronicle.com, Dec. 14): I am perplexed by the letter discussing the trade of Brittney Griner for an arms dealer. The writer poses the proposition that swap was "lopsided" because she was just a basketball player while he was a dangerous human being known as the Merchant of Death.

Is the writer suggesting that the swap would have been more equitable if the Biden administration traded for Paul Whelan instead of Griner? If not, one would have to infer that no prisoner swap is better than the possibility that Vladimir Putin may derive some measure of propaganda victory, or that we should only make these deals when we get whatever we demand.

Such an approach would only serve to condemn countless Americans unjustly incarcerated in foreign prisons to endless sentences.

Conversely, if the argument is that a Whelan for Victor Bout exchange would not be lopsided -- well, it's not too difficult to infer what politicians like Rep. Kevin McCarthy would be suggesting with that argument.

Joel Wiener, San Carlos

Future is at stake

Regarding "Nancy and **Paul Pelosi**'s daughter: 'I haven't slept since the night my father was attacked' in S.F." (San Francisco, SFChronicle.com, Dec. 11): Alexandra Pelosi, in a fascinating CBS interview, says that she does not believe in the future of America anymore, while her mother, House Speaker Nancy Pelosi "leans into her faith in America, God and the Democratic Party."

I think that many people share Alexandra Pelosi's pessimism about America's future, given the many problems that the country and the Earth face. I would like to know what Alexandra Pelosi and the Americans like her plan to do about it.

These future choices are not only of passing interest; millions of Americans and people all over the world will be making choices that will determine America's future and our common future.

I recommend that The Chronicle ask notable people and also ordinary, everyday people what they think about America's future and what they plan to do.

Maybe Alexandra Pelosi can make a documentary about people's beliefs and choices for our present and our future.

Fiona McGregor, San Francisco

Caption:
1) PHOTO: dd

(c) San Francisco Chronicle 2022

Record Number: MERLIN_107338659

**San Francisco Chronicle (CA)**

December 22, 2022

Edition: MN
Section: A
Page: A002

**Bill to let Pelosi get continued security**

Author: *Shira Stein*

Article Text:

House Speaker Nancy Pelosi could continue to receive protection from U.S. Capitol Police after stepping down under a provision in a federal funding bill, a measure that comes on the heels of the attack on her husband at their San Francisco home Oct. 28.

The Capitol Police would perform a threat assessment for former speakers and could provide a protective detail for a year after leaving office, if warranted. After a year, the threats would be re-evaluated and Capitol Police could decide to extend the detail indefinitely.

**Paul Pelosi** was attacked by an intruder in their home in October while Nancy Pelosi was out of town with her security detail. The assailant fractured **Paul Pelosi**'s skull with a hammer and told police he intended to take Nancy Pelosi hostage.

The attack on **Paul Pelosi** set off a new round of concerns over lawmaker safety. In recent years, lawmakers have been shot at during a baseball practice and forced to hide from attackers at the U.S. Capitol on Jan. 6, 2021. Some have faced more specific threats, including Rep. Pramila Jayapal, D-Wash., who was targeted in July by a man carrying a gun and yelling obscenities outside her home.

U.S. Capitol Police investigated 9,625 cases in 2021, more than double the 3,939 in 2017. The police agency has seen more than 9,000 threats in 2022, Chief J. Thomas Manger told lawmakers Tuesday.

The provision is part of a larger bill to fund the federal government, which will receive votes by the House and Senate this week and is likely to pass. Funding for the federal government expires Friday.

Shira Stein is The San Francisco Chronicle's Washington correspondent. Email: shira.stein@sfchronicle.com Twitter: @shiramstein

Caption:
House Speaker Nancy Pelosi could continue to receive protection from U.S. Capitol Police after stepping down under a provision in a federal funding bill, a measure that comes on the heels of the attack on her husband at their San Francisco home Oct. 28.

The Capitol Police would perform a threat assessment for former speakers and could provide a protective detail for a year after leaving office, if warranted. After a year, the threats would be re-evaluated and Capitol Police could decide to extend the detail indefinitely.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_107402731

**San Francisco Examiner (CA)**

December 23, 2022

Section: News

**San Francisco Year in Review: These 7 stories encapsulate 2022**

Author: *Marcus White | Examiner staff writer*

Article Text:

San Franciscans are going to remember 2022 for a long time to come.

The City voted in three elections during the third year of a global pandemic, contending with inflation in a region in which the cost of living was already among the highest in the country. While residents endlessly debated San Francisco's street conditions, some of its most vulnerable citizens felt the impact of a different epidemic harder than anywhere else, and others continued to shoulder heavy environmental burdens.

And the nation's rising tide of political violence washed up on San Francisco's shores.

But 2022 also offered tastes of pre-pandemic normalcy. Events returned to their usual dates on the calendar, and the Bay Area's most dominant dynasty returned to its rightful place atop the pinnacle of its sport.

How can you sum up such a momentous year in San Francisco? The Examiner presents seven stories that best tell the tale of 2022.

Voters oust Chesa Boudin as San Francisco district attorney

The year began with another coronavirus wave and angry voters. San Francisco recalled three embattled school board members in February, and its district attorney four months later.

Both recalls grabbed national headlines, but pundits perceived Chesa Boudin's defeat — and successor Brooke Jenkins' election to a full term — as bellwether defeats for criminal justice reform, even as progressive prosecutors enjoyed electoral success elsewhere in the Bay Area.

Asian-American voters emerged as a powerful bloc supporting both recalls, and Republican billionaire William Oberndorf provided the financial muscle. Moderate

groups are already mobilizing for 2024, indicating that even as 2022 enters the rearview mirror, The City's emerging political divisions that defined the year are not.

Cocaine Buffets and Meth Poop: Meet Twitter's rising anti-S.F. influencers

Those aforementioned divisions extended online, as The City's cost of living and homelessness crises continued. Some of San Francisco's most vocal critics rose to prominence, capitalizing upon viral posts that provided plenty of fodder for right-wing media.

During a year in which Walgreens agreed to pay The City $54 million for its role in the opioid epidemic, many San Franciscans still struggled to find care. San Francisco opened, then closed a $22 million supervised consumption site in the Tenderloin, with no real indication of what's next.

Meanwhile, Jenkins and Mayor London Breed promised to crack down on drug sales within The City. The district attorney, in particular, sought to jail alleged dealers before trial, charge some with murder and institute a five-strikes rule for people charged with misdemeanor drug or paraphernalia possession.

Death and despair amid forced relocations at Laguna Honda

The City contended with multiple other public health crises in 2022. After the early-year omicron wave receded, San Francisco lifted its masking and coronavirus vaccination requirements for public spaces. Rather than bring back requirements at the end of this year amid a surge in COVID-19, flu and RSV infections, officials instead strongly recommended indoor masking and bivalent booster adoption.

Another epidemic spread throughout San Francisco over the summer, as monkeypox cases disproportionately infected gay and bisexual men throughout The City. Residents ripped San Francisco's response, and city officials blamed the slow rollout of vaccines on the federal response. But resources improved, cases dropped and, ultimately, San Francisco's citywide emergency ended on Halloween.

And no other public health institution faced challenges like Laguna Honda Hospital. The largest skilled nursing facility in the country and one that primarily serves patients on government-subsidized health plans, at least nine people died during forced transfers after federal officials decertified the hospital. San Francisco sued the federal government in August, before The City, state and federal regulators struck an agreement to keep the hospital open through at least next November.

Climate-critical S.F. plant unleashing 'gut-pinching' odors in Bayview

Although 2022 ended with California pledging to go carbon-neutral within 25 years and state environmental leaders having their voice heard on a global stage, many local residents contended with the devastating effects of climate change.

Thousands of dead fish washed ashore across the Bay Area thanks to a harmful algal bloom, as drought continued to grip the region and wildfires burned across the state. Some of The City's poorest residents experienced especially harmful impacts.

In the Bayview, neighbors contended with "gut-pinching" odors of a Texas company that recycles animal carcasses, as well as industrial dust blowing into residential areas from nearby construction activity. San Francisco issued a cease-and-desist to a number of companies in the latter case, while the Board of Supervisors also called for a swift cleanup of the "toxic soup" of contaminants at Hunters Point Shipyard.

Inside California's quiet housing policy revolution

As San Francisco maintained its perch near or atop the most expensive housing markets in the country, The City showed little appetite to build affordable housing. Although the Board of Supervisors in October passed a law allowing up to four units to be built on any residential lot, voters defeated two competing ballot measures while more homes sat vacant.

San Francisco faced additional state scrutiny as the year wore on and a Jan. 31, 2023 deadline neared. On that day, The City must submit a compliant housing element, planning to build 82,000 new homes by 2031.

If San Francisco is not compliant, a "builder's remedy" will allow developers to entirely bypass local zoning and approval processes. Even if it is, new state laws passed this year are expected to greatly increase housing density, marking 2022 as a potential turning point in The City's ongoing housing shortage.

Conspiracy-filled blog bearing alleged Pelosi attacker's name pulled offline

Two of San Francisco's highest-profile lawmakers faced threats of political violence and, in one case, an actual attempt at it this year, amid a rise of increasingly charged political rhetoric online and in the real world.

State Sen. Scott Wiener faced multiple bomb threats echoing the homophobic and transphobic criticism lobbed by far-right influencers and leaders, while a man who allegedly attacked San Francisco Rep. Nancy Pelosi's husband repeated right-wing conspiracy theories and multiple personal websites.

Misinformation and disinformation about the **Paul Pelosi** attack spread on Twitter, which occurred the same day billionaire Elon Musk took over the influential social media company based in San Francisco. Some of it came from Musk himself, alarming researchers and experts who already feared Twitter's direction. Much more upheaval at the company ensued, with more than half of its employees laid off or leaving voluntarily since October.

An exclusive interview with Steph Curry's injured foot

Amid all of the challenges of 2022, San Franciscans still had plenty of reason to celebrate. Events returned to their usual dates on the calendar — when fog didn't get in the way, that is — and the long-awaited Presidio Tunnel Tops finally opened, meaningful murals and all.

Although the San Francisco Giants fell short on the field and in the offseason, the 49ers captivated The City with a run to the NFC Championship Game in February and a division-clinching win led by their third-string quarterback in December. But neither team captured hearts like Steph Curry's Warriors.

Golden State in June won its first championship since 2018, celebrating with a downtown San Francisco parade for the first time since the team moved across the Bay in 2019. Curry won his first NBA Finals MVP and Sports Illustrated Sportsperson of the Year nod, entering rarified air in San Francisco sports history. The late Al Saracevic documented all of the Warriors' championship run, scoring an "interview" with Curry's injured foot that neatly encapsulated Saracevic's humorous, unique approach that connected with readers before his death in August.

Copyright © 2022 San Francisco Examiner.

Record Number: ea45f19a92bfb39a284da5787ff3c5bab7085a7

**San Francisco Examiner (CA)**

December 28, 2022

Section: Crime

Topics:

**Index Terms:**
News

**Why David DePape state trial in Paul Pelosi attack won't start anytime soon**

Author: *Marcus White | Examiner staff writer*

Article Text:

The alleged attacker of San Francisco Rep. Nancy Pelosi's husband might not stand trial until well into next year.

**David DePape**, 42, waived his right to a speedy trial in an arraignment hearing on Wednesday, and the San Francisco District Attorney's Office said that he will next appear in court on Feb. 23, 2023.

On that day, the court will set a date for a trial in which he faces felony charges of attempted murder, first-degree residential burglary, elder abuse, assault with a deadly weapon, false imprisonment and threatening a family member of a public official.

**DePape** pleaded not guilty to the charges in San Francisco Superior Court on Wednesday morning. Had **DePape** invoked his right to a speedy trial, it would've begun no later than Feb. 24.

Police arrested **DePape** early in the morning of Oct. 28 after he allegedly broke into the Pelosis' Pacific Heights home, asked where Nancy Pelosi was and, ultimately, attacked **Paul Pelosi** with a hammer in front of the responding officers.

**DePape** allegedly told police there was "evil in Washington" and that he targeted Nancy Pelosi because of her leadership of the Democratic Party. At the time, Pelosi was second in line to the presidency as House Speaker, but she has since stepped down from a party leadership position.

Multiple websites bearing **DePape**'s name shared far-right conspiracy theories and memes, including multiple invocations of defamatory claims that high-ranking

Democratic politicians are secret pedophiles. One of the blogs also mentioned Pelosi multiple times.

In addition to the state charges, **DePape** pleaded not guilty in November to federal charges of attempted kidnapping and assault. His next federal court appearance is not yet currently scheduled, according to a public listing from the U.S. Attorney's Office for the Northern District of California.

**Paul Pelosi** underwent surgery for a fractured skull, and he was released from the hospital in early November. Earlier this month, he appeared in public for the first time since the attack, attending the Kennedy Center Honors alongside his wife. Pelosi wore a hat and glove covering his injuries.

Copyright © 2022 San Francisco Examiner.

Record Number: 26b34115269dd6e3d5d11533bbc34c734bae33

**San Francisco Chronicle (CA)**

December 29, 2022

Edition: MN
Section: A
Page: A004

**Not-guilty plea in alleged attack on Pelosi's husband**

Author: *Jessica Flores*

Article Text:

**David DePape**, the man accused of breaking into the San Francisco home of House Speaker Nancy Pelosi and bludgeoning her husband with a hammer in October, pleaded not guilty to six charges brought by the San Francisco District Attorney's Office -- including attempted murder -- on Wednesday.

**DePape**, 42, of Richmond, is facing attempted murder, first-degree residential burglary and other charges for the Oct. 28 attack in which he allegedly struck the speaker's husband with a hammer, fracturing his skull.

He reportedly had a plan to kidnap Nancy Pelosi and potentially break "her kneecaps," according to federal prosecutors. **DePape** also pleaded not guilty to federal charges last month as part of the Justice Department's parallel case.

**DePape** will return to state court Feb. 23 and is being held without bail.

This month, a San Francisco Superior Court judge ruled that prosecutors had enough evidence for an attempted-murder case against **DePape** following a hearing in which prosecutors played body camera footage recorded by officers who responded to the Pelosi residence and a recording of **Paul Pelosi**'s 911 call.

On Wednesday, District Attorney Brooke Jenkins said in a statement that **DePape** "will be prosecuted to the fullest extent of the law and held accountable for his heinous crimes."

Jessica Flores (she/her) is a San Francisco Chronicle staff writer. Email: jessica.flores@sfchronicle.com Twitter: @jesssmflores

Caption:
**David DePape**, the man accused of breaking into the San Francisco home of House

Speaker Nancy Pelosi and bludgeoning her husband with a hammer in October, pleaded not guilty to six charges brought by the San Francisco District Attorney's Office -- including attempted murder -- on Wednesday.

**DePape**, 42, of Richmond, is facing attempted murder, first-degree residential burglary and other charges for the Oct. 28 attack in which he allegedly struck the speaker's husband with a hammer, fracturing his skull.

(c) San Francisco Chronicle 2022

Record Number: MERLIN_107502011

**San Francisco Chronicle (CA)**

December 30, 2022

Edition: MN
Section: A
Page: A001

**Social issues, economy challenge S.F.'s resolve**

Author: *Carolyn Said, Ricardo Cano and Chase DiFeliciantonio*

Article Text:

As the pandemic grinds on for a third year, social issues continue to roil San Francisco. The 10 top local news stories of 2022, as selected by The Chronicle staff, show that there's little relief from the wrenching crises afflicting the city.

From downtown, which suffers from a dearth of office workers, to the Tenderloin and Sixth Street corridor, where drug dealing and misery run rampant, San Francisco is struggling. Residents channeled some pent-up anger into recalling progressive D.A. Chesa Boudin and three members of the school board.

Beyond those issues, tech's fluctuations remained relevant while the environmental crisis of the long-standing drought may prove to be what has the longest-lasting impact on our lives.

1. Fentanyl deaths up; San Francisco SROs fail residents

San Francisco is being ravished by the deadly scourge of fentanyl. The synthetic opioid caused more than 400 overdose deaths in the city in the first 11 months of 2022, according to data compiled by The Chronicle. Fentanyl-related deaths in San Francisco accounted for about 70% of all accidental overdose deaths over the past three years, compared with about 16% in 2017, The Chronicle found.

Meanwhile, the city-run housing program for thousands of its most vulnerable residents encapsulates governmental failure to combat the horrific drug crisis and related social ills, a year-long investigative series by The Chronicle found.

The Chronicle's investigation spurred city leaders to invest tens of millions of dollars into the SROs and San Francisco voters to establish a new oversight commission for the $672 million Department of Homelessness and Supportive Housing.

2. Pandemic's third year

If 2021 was marked by hopes, however brief, of a return to pre-pandemic times for the Bay Area, then 2022 is the year that the reality of a different "normal" for the region set in.

The pandemic's ebbs and flows from 2020 and 2021 continued in 2022 and are likely to remain a fact of life for a few years. COVID cases surged in the winter, summer and again toward the end of the year as the virus mutated at breakneck speed, circulating variants that are more evasive against vaccine protection. Pandemic fatigue has, in part, sapped the public's urgency in getting booster shots and returning to preventative practices such as mask-wearing.

Roughly 2,500 Bay Area residents died of the virus this year, bringing the region's total to nearly 9,500 deaths.

3. **Paul Pelosi** attack

The brutal attack on 82-year-old **Paul Pelosi**, husband of House Speaker Nancy Pelosi, was shocking. An intruder broke into the couple's Pacific Heights house and attacked the elder man with a hammer. **David DePape** told authorities that he intended to hold Nancy Pelosi hostage, interrogate her and possibly kneecap her. The speaker was in Washington when the attack occurred.

Beyond the actions of one troubled individual who espoused extremist right-wing views, the attack laid bare how the political climate of conspiracy theories and misinformation can breed violence. In some ways it was a reminder of the Jan. 6 assault on the U.S. Capitol by an armed mob of Donald Trump supporters. And in fact, Trump supporters, and Trump himself, shared unfounded conspiracy theories about the attack on **Paul Pelosi**, further exposing the deep divisions that rend the nation.

4. Downtown S.F. struggles

It's a painful irony: The technology industry, shining engine of economic growth for San Francisco, may prove to be its undoing. With tech workers being the majority of remote workers downtown San Francisco remained eerily empty compared to the high-energy bustle that characterized it before the pandemic.

The domino effects are legion. Fewer office workers to patronize shops and cafes leads to shuttered storefronts. A drop in commuters drastically siphons revenue from BART, Caltrain and Muni. City tax revenues are likely to start declining as valuations slump for partially vacant buildings. Tourists find fewer distinctive local businesses to patronize. Empty streets feel less safe. The city's population is shrinking as remote workers relocate to cheaper areas.

City leaders are seeking ways to reactivate downtown, with ideas ranging from more public events like concerts to turning empty offices into housing, but it's likely to be a years-long campaign.

5. Chesa Boudin recall

San Francisco residents channeled their frustration with local government into the ballot box this year, ousting progressive District Attorney Chesa Boudin, less than three years after he took office vowing to reform criminal justice -- sending fewer people to prison and eliminating cash bail, for instance.

Virtually his entire term coincided with the pandemic, when crimes such as retail shoplifting and car break-ins surged. He became a focus for anger over this, as well as over the city's many social issues, from drug sales to homelessness. More significantly, he was blamed for a rise in anti-Asian harassment and attacks.

Boudin told The Chronicle that his office had become a scapegoat for pandemic crime trends.

But in the end, his opponents, as well as national media and right-wing pundits, claimed that the recall, with 55% voting to oust Boudin, showed that residents want City Hall to get tough on crime.

6. Driest 3-year period on record saps rivers, lakes

California's drought shows no signs of abating as it heads into a fourth year. Although 2022 brought enough rain to help avert catastrophic wildfires, state reservoirs remain depleted.

State water officials warned that they can only meet a fraction of water requests. Regulators and utilities cracked down on water waste by residential customers. Farmers struggle to irrigate their crops with more than half a million acres of farmland left unplanted this year, up 36% from 2021. From migrating birds to salmon, other species are also suffering from the dwindling water.

Gov. Gavin Newsom's administration is pinning hopes on a $16 billion pipeline through the Sacramento-San Joaquin River Delta to move water from the state's wet, rural north to the drier, more populated south, while the California Coastal Commission approved a big desalination plant for Monterey Peninsula. Both proposals ignited controversy. Another massive infrastructure project in the offing is to remove four dams on the Klamath River, the largest dam removal and river restoration project in U.S. history.

7. Musk's purchase leaves Twitter's future unclear

The saga of Elon Musk's purchase of social media platform Twitter and its ensuing descent into disarray started in January when Musk went on a shopping spree, buying up shares of the then public company until he was no longer just a super user with more than 100 million followers but the majority shareholder.

After making a pitch to buy Twitter for $44 billion -- along with some apparent buyer's remorse and a lawsuit holding him to the acquisition -- Musk went through with the

purchase, entering the company's San Francisco headquarters in late October in a now-infamous tweet while carrying a sink, announcing, "Let that sink in!"

Since then the company has laid off more than half of its staff, with many former employees having their access cut off to work systems without prior notice, a move that stirred up litigation against the company.

More recently Musk has drawn criticism for reinstating the accounts of Donald Trump and other far-right figures, and shutting down or suspending the accounts of journalists and other accounts who he claims posted his whereabouts by tweeting the location of his private jet. Many of those accounts have been reinstated after Twitter users voted to bring them back in a poll, but suspensions have continued, raising questions about the site's future and Musk's definition of free speech that he said claims he bought the site to reinstate.

8. S.F. school board recall

Fed up with mounting controversies, San Francisco voters overwhelmingly supported the removal of three school board members in the city's first recall election in almost four decades.

Seldom do local school boards attract the level of attention and discontentment that the city's board did leading up to the February ouster of then-board President Gabriela López and board members Alison Collins and Faauuga Moliga.

While the school district risked state intervention over poor finances and its students remained in distance learning, the board focused on other issues. The board spent much of its time in 2020 and 2021 ending the merit-based admission system at Lowell High School and planning to rename 44 schools whose names the board deemed racist or otherwise offensive, fueling parents' outrage. And San Francisco was among the last school districts in the country to bring all of its students back to schools, which it did in the fall 2021 semester.

Despite the changes, the board continues to spend little time focusing on student achievement and well-being, falling short of a pledge it made this summer to prioritize those issues.

9. Tech layoffs

After years of unbridled growth, the tech industry retrenched in 2022. Massive waves of layoffs at companies big and small started in late autumn and are expected to continue into the new year.

As of mid-December, Bay Area-based tech companies had slashed some 44,000 jobs, according to The Chronicle's layoff tracker. Marquee names like Meta, which laid off 11,000 workers worldwide; Cisco; Stripe; Salesforce; and Amazon all made significant reductions in head count.

Many of the companies had gone on hiring sprees during the pandemic, and claimed the need to scale back. Economic headwinds were also significant factors, with interest rates rising and inflation on the upswing, making it harder to access venture capital.

Newly unemployed workers say they're facing an uphill battle to find jobs amid hiring freezes and competition from other laid-off people. The situation is particularly dire for laid-off workers from overseas, who are in the United States on H-1B visas. They have just 60 days to find jobs or must leave the country.

10. Will Sen. Feinstein stay in office?

California's senior senator, Dianne Feinstein, 89, is revered as a groundbreaking female leader. But in recent years, some colleagues and staffers have said they see evidence of cognitive decline that renders her unfit for office, although other lawmakers have defended her mental acuity.

In April, The Chronicle published a lengthy article in which four U.S. senators, including three Democrats, as well as three former Feinstein staffers and a California Democratic member of Congress, said that Feinstein's memory is rapidly deteriorating.

Feinstein defended herself to The Chronicle's editorial board, saying she remains capable and effective, and has no plans to step down before her term ends in 2024. She has not said whether she will run for reelection.

Carolyn Said, Ricardo Cano and Chase DiFeliciantonio are San Francisco Chronicle staff writers. Email: csaid@sfchronicle.com, ricardo.cano@sfchronicle.com, chase.difeliciantonio@sfchronicle.com Twitter: @csaid, @ByRicardoCano, @ChaseDiFelice

Caption:
1) PHOTO: A memorial is seen for Abdul Cole who died of a fentanyl overdose inside his apartment building days earlier in San Francisco, California on Friday, April 15, 2022. Abdul known as "Dula" was a crack addict but did not use fentanyl and likely used the substance accidentally.

2) PHOTO: Above: A memorial outside an apartment building commemorates Abdul Cole, who overdosed on fentanyl in his San Francisco home in April. Left: Public drug use remains a challenge for S.F. (Jessica Christian/The Chronicle 2020)

(c) San Francisco Chronicle 2022

Record Number: MERLIN_107519823

**San Francisco Chronicle (CA)**

January 8, 2023

Edition: ED
Section: J
Page: J002

**Political attacks go both ways**

Author: *Joe Mathews*

Article Text:

As he left office in December, Los Angeles City Council Member Paul Koretz addressed Angelenos who disrupt meetings of the scandal-plagued council with profane protests. "In their own words ..." Koretz said, "... f-- you."

This closing comment might have seemed inappropriate. But in the council chamber, staffers jumped in delight and Koretz's colleagues stood to applaud.

That moment demonstrated the mutual contempt between California's public officials and its people. It also showed just how one-sided the narrative about anger in the public square has become.

Political violence runs two ways -- public officials and everyday people attack each other. But media reports focus on violence committed against public figures -- like the attack on Rep. Nancy **Pelosi's husband** or the men who threatened to kill Rep. Eric Swalwell and state Sen. Scott Weiner.

Those high-profile attacks aren't just anecdotes. Threats against members of Congress have increased tenfold in 10 years. Polling by UC Davis researchers shows that 1 in 5 Americans believe political violence is sometimes justified. Facing threats and harassment, public health officials have retired in record numbers.

Journalists are attentive to such violence because we cover political figures and because we are frequent targets of threats. But in California, politicians have done little to protect journalists or other regular citizens who participate in the public square.

Instead, they've been trying to protect themselves -- with more security, more restrictions on access to their offices and more laws.

One new law, SB1100, empowers the presiding member of a local legislative body to remove an individual judged -- by the lawmakers themselves, of course -- to be disruptive.

This law isn't particularly novel. State laws already essentially bar citizens from meaningful participation in governance. In public meetings, citizens are typically limited to short statements or questions -- "three minutes at the microphone" -- that elected officials aren't required to answer. The new law merely extends this authoritarian direction.

But don't expect the legislation to work as intended, by making local meetings any quieter. On the contrary, frustrated citizens will likely try to get themselves removed from meetings to register their protest and create legal causes of action against local governments.

The underlying lesson is that keeping the public away isn't protection. It's perilous because it inspires contempt. You can only hide from angry constituents for so long.

This is one reason why people are increasingly choosing to protest at the homes of their representatives. Officials of all stripes have pursued laws and regulations to restrict such protests and protect their families and neighbors from the noise, nuisance and personal conflicts that come with them.

The impulse is understandable, but the restrictions haven't stopped protests near officials' homes in Los Angeles, which passed such a law.

And such legislation is nakedly one-sided because politicians haven't stopped knocking on our doors in search of votes.

Our leaders aren't just victims of anger -- they are often victimizers, inciting threats and violence against ordinary people. Since November 2020, hundreds of election workers have quit because of harassment by election deniers, many of whom are officeholders themselves. More hateful political rhetoric coincides with a rise in hate crimes since 2014. In recent years, public officials have sanctioned violence against protestors; three states now offer legal immunity to people who drive their cars into protests.

"Political leaders' rhetoric is particularly influential in normalizing violence among their followers, inflaming already angry people and focusing those inclined to violence on particular targets," Rachel Kleinfeld, senior fellow in the Democracy, Conflict, and Governance Program at the Carnegie Endowment for International Peace, told the Jan. 6 committee.

In this context, we citizens are retreating from civic life and from one another. That's tragic. The most reliable way to combat political violence is to build connections. We need more spaces for public officials and regular people to get to know each other and to talk freely.

The best model I know is my South Pasadena City Council member who takes frequent long walks through the city, chatting with people along the way. There's no need to protest such a politician at his house -- he'll come to yours.

Unfortunately, next door to South Pasadena is the district of Los Angeles City Council Member Kevin De León, a paragon of bad relations between politicians and people.

De León was caught on tape in a racist conversation in October. Over Christmas, De León and an activist had a physical confrontation at a toy giveaway. Why doesn't he heed near-universal calls to resign?

Perhaps he's become accustomed to being under attack. Years before the tape leak, De León and staffers complained of being doxed and harassed by activists opposed to his homelessness policies.

Would the conflict with activists end even if he quit? Ask yourself: If you were in his place, would you give ground? Would you step down?

Or would you just say, f-- you?

Joe Mathews writes the Connecting California column for Zócalo Public Square.

Caption:
1) PHOTO: Protesters at a Dec. 13 meeting call for Los Angeles City Council Member Kevin De León to resign because of racist remarks he made. (Ringo H.W. Chiu/Associated Press)

(c) San Francisco Chronicle 2023

Record Number: MERLIN_107705956

**San Francisco Chronicle (CA)**

January 23, 2023

Edition: 5star
Section: B
Page: B011

**90th season's opening gala ushers in era of female leaders**

Author: *tony bravo*

Article Text:

Observing company class at the San Francisco Ballet, I was able to witness the grace and rigor of the dancers up close. Watching over them in studio are portraits of Ballet founders Lew, Harold and Willam Christensen, a reminder of the institution's lauded history -- and long tradition of male leadership. But as the company approached the opening of its 90th season in recent weeks, the founders have been joined in the studio by new Artistic Director Tamara Rojo, whose arrival has been much anticipated since her appointment was announced a year ago.

"I've been able to teach class and work one to one with the dancers," Rojo said at the Ballet's season-opening gala Thursday. "It's a good way to get to know them outside the stage environment, a quieter way."

That has been true for the dancers as well, said soloist Isabella DeVivo.

"She's challenging, but she's also very human," DeVivo said. "We've been so accustomed to a certain repertory, and now, I'm looking forward to seeing what Tamara brings with her vision, her experience."

If the Christensens are the foundation of the company's storied past, Rojo is seen as a beacon of its future. The 48-year-old dancer and former artistic director of the English National Ballet officially began her role at the company six weeks ago. She is the first woman to hold the position and shares the company's helm with Executive Director Danielle St.Germain, making San Francisco Ballet one of the rare all-female-led companies in the world.

"I'm paraphrasing something former (American Conservatory Theater) Artistic Director Carey Perloff said: Women are hired based on resume, men are hired based on promise," St.Germain said. "It's hard to build a resume, and Tamara had that incredible opportunity

209

to jump from dancer to being dancer and artistic director. Everything she talks about wanting to do with the company, she's doing herself, completely hands on."

For principal dancer Yuan Yuan Tan, who performed in the world premiere of Yuri Possokhov's "Postscriptum" on gala night, the change in leadership has already felt positive.

"There's such good energy, good vibes, from these two ladies," said Tan, who has been with San Francisco Ballet for 28 years. "I believe I'm the longest (tenured) company member. It's home to me. With so many very young company members, I'm looking forward to seeing if a new star will be born."

As guests entered the War Memorial Opera House on Thursday, there was much excitement about Rojo's first gala. Although the 90th season was programmed by her predecessor, Helgi Tomasson, longtime fans of the company were eager to hear Rojo's vision as the company continues to evolve in an artistic landscape impacted by the pandemic and demands for social justice.

"Girl power at the San Francisco Ballet!" gala chair Betsy Linder declared during the preperformance cocktail hour. "This is an exciting year for many reasons. We're one of the oldest ballet companies in the country, (with) the oldest 'Nutcracker' in the U.S., and we're also reaching into the future with new works and new leadership."

The ballet estimates that $2.75 million was raised by the gala to benefit artistic and educational programs.

Among the high-profile supporters of the company in attendance were former House Speaker Nancy Pelosi and her husband, **Paul Pelosi**, who also attended the opening gala of the Fog Design + Art fair the night before at the Fort Mason Center for Arts & Culture. Observers noted that security around the couple seemed tighter than normal. **Paul Pelosi** wore fedoras on both nights, a reminder of the head injury he sustained during a break-in at the couple's Pacific Heights home on Oct. 28.

"I don't think we've ever missed an opening," said Nancy Pelosi, "and Paul never misses a performance because he's here more than I am. We're so proud of San Francisco Ballet."

When asked if she had any advice for the women leading the company, Pelosi said, "I think they're both going to do great."

After the performance, guests crossed Van Ness Avenue for the gala dinner in the City Hall rotunda, catered by McCalls Catering & Events and designed in black and white by J. Riccardo Benavides. Many of the dancers joined the patrons at their tables and at the afterparty.

"A gala is more challenging than a normal performance. You might be doing just a five-minute piece, so you hope everything goes well because you don't really have time to settle in," explained principal dancer Luke Ingham, who performed in Val Caniparoli's gala-exclusive piece "Double Stop" and in an excerpt of Nicolas Blanc's "Gateway to the

Sun," which will make its full-length world premiere during the Ballet's next@90 festival, which began Friday.

Ingham has taken class with Rojo. In addition to being happily surprised she could fit teaching into her schedule during her first weeks, he said, "she's really been incredible in how she's communicated with us as a group what her vision is, her expectations, and been so insightful about the future of the company."

Soloist Katherine Barkman, the newest member of the Ballet, attended the gala even though she was unable to perform because of an injury. Already, she said, she feels like part of the company's future.

"I was one of Helgi's last hires, but I also feel like one of Tamara's first hires," Barkman noted. "I've only ever worked for strong, empowered women leaders. All I can say is that's the future."

Tony Bravo's column appears Mondays in Datebook. Email: tbravo@sfchronicle.com Twitter: @TonyBravoSF

Caption:
1) PHOTO: Catalyst Arts Entertainment dancer Jamielyn Duggan (left) and Daru Kawalkowski celebrate at the S.F. Ballet's opening gala. (Laura Morton/Special to The Chronicle)

2) PHOTO: San Francisco Chronicle Arts and Culture writer Tony Bravo is seen on Thursday, Oct. 31, 2019 in San Francisco, Calif.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108081857

**San Francisco Examiner (CA)**

January 25, 2023

Section: Bay Area News

Topics:

**Index Terms:**
News

**S.F. judge grants motion to release audio, video from Pelosi attack**

Author: *Andrew Fortin-Caldera | Examiner staff writer*

Article Text:

A San Francisco Superior Court judge ruled on Wednesday that body camera footage, audio recordings and other evidence related to the brutal beating of San Francisco Rep. Nancy Pelosi's husband by a home intruder can be released to the public.

The ruling – which was first reported by Politico – made by Judge Stephen Murphy approved a motion by a coalition of news organizations which sought access to San Francisco Police Department recordings related to the Oct. 28 attack.

NEW: San Francisco Judge GRANTS motion to release SFPD body cam footage of **Paul Pelosi** attack, other evidence sought by press coalition" Jeremy B. White (@JeremyBWhite) January 25, 2023

The motion was filed by news outlets including the Associated Press, The Los Angeles Times The New York Times, The San Francsico Chronicle, ABC, NBC, KQED and Politico. However, it was not immediately known when the evidence – which includes 911 audio, police interviews, surveillance footage and body camera recordings – would be publicly released.

The San Francisco district attorney's office on Dec. 14 introduced the audio and video evidence against **David DePape**, the man suspected of assaulting **Paul Pelosi**. However, the district attorney's office at the time refused to release the evidence to the media.

Police arrested **DePape**, 42, in the early morning hours of Oct. 28 after the man allegedly broke into the Pelosis' Pacific Heights home and asked where Nancy Pelosi was before attacking 82-year-old **Paul Pelosi** with a hammer, according to San Francisco police.

**Paul Pelosi** underwent surgery for a fractured skull, and he was released from the hospital in early November.

**DePape** allegedly told police after his arrest that there was "evil in Washington," and that he targeted Nancy Pelosi because of her leadership of the Democratic Party. Pelosi has since stepped down from her position as House Speaker, though she remains a representative.

**DePape** pleaded not guilty on Dec. 28 to felony charges of attempted murder, first-degree residential burglary, elder abuse, assault with a deadly weapon, false imprisonment and threatening a family member of a public official. **DePape** also waived his right to a speedy trial in the arraignment hearing, and the San Francisco District Attorney's Office said that he will next appear in court on Feb. 23.

Copyright © 2023 San Francisco Examiner.

Record Number: db2132b2935cbf8782c8a48c8ef39e636216e2

**San Francisco Chronicle (CA)**

January 26, 2023

Edition: MN
Section: A
Page: A006

**Judge in DePape case allows video release**

Author: *Annie Vainshtein*

Article Text:

A San Francisco Superior Court judge ruled Wednesday that dramatic audio and video recordings captured the night **David DePape** allegedly bludgeoned **Paul Pelosi** with a hammer in his San Francisco home could be publicly released.

In a short hearing Wednesday afternoon, Judge Stephen Murphy sided with a group of media outlets, including ABC, NBC, KQED, Politico, the New York Times and The San Francisco Chronicle, in granting access to the footage, though the timing on when the actual files will be released is not yet certain.

The ruling came over the objections of **DePape**'s attorney, who argued releasing the recordings could inhibit his client's ability to get a fair trial. The San Francisco District Attorney's Office also raised concerns about the release of the recordings.

The media outlets argued that body camera camera footage and other assets of the investigation presented in court during **DePape**'s preliminary hearing in December should be accessible to the public, since they had been submitted in open court and admitted into evidence.

Defense attorney Adam Lipson, who is defending **DePape**, argued that the release of the recordings risked propagating more conspiracy theories and false media reporting about the high-profile case. Unfounded theories about the attack -- largely fueled by social media and conservative news outlets -- arose in the wake of the incident. Lipson said he feared potential manipulations of the digital recordings could damage **DePape**'s ability to get a fair trial.

**DePape**, 42, is accused of carrying out a brutal attack against U.S. House Speaker Nancy Pelosi's husband in October. He pleaded not guilty to six charges brought by the San Francisco District Attorney's office, including attempted murder, and faces a parallel proceeding in federal court.

214

He faces life in prison if convicted.

Murphy heard arguments from Lipson and San Francisco Assistant District Attorney Phoebe Maffei, as well as Thomas Burke, the attorney representing the group of news organizations.

"The precedent ... that they are asking you to set here is out of a speculative fear of manipulation. Think about what a horrible precedent that would be," said Burke, addressing Judge Murphy.

Ultimately, the judge ruled that concerns about potential tampering with the recordings interfering with **DePape**'s right to a fair trial were not compelling enough to withhold the recordings.

The multimedia content in question includes **Paul Pelosi**'s 911 call, SFPD body camera footage that captured the attack, U.S. Capitol Police surveillance footage that captured **DePape** walking onto the premises, and **DePape**'s recorded interview with a SFPD investigator in which he candidly discussed his encounter with Pelosi.

During the hearing, Maffei said the District Attorney's Office had particular concerns about security issues posed by the release of the Capitol Police's surveillance camera, as it captured security processes on the Pelosi residence.

Despite those arguments, the public will soon have access to all of the footage that was presented in court, including that surveillance footage.

Prosecutors previously argued that **DePape** attempted to kill Mr. Pelosi with "cold and calculated consideration" based on his efforts to break into the home and his own recorded statements about what he would have to do if Mr. Pelosi got in his way.

**DePape**, a Canadian citizen, is accused of breaking into the Pelosis' Pacific Heights home just after 2 a.m. on Oct. 28 with the intention to kidnap and interrogate Nancy Pelosi.

Instead **DePape**, armed with a hammer, encountered 82-year-old **Paul Pelosi**. What followed was an exchange during which Pelosi made an emergency call to 911 that alerted dispatchers to the intruder in the home.

When SFPD officers arrived, **DePape** allegedly struck Pelosi with the hammer and fractured his skull, prosecutors said. The entire encounter was captured by an officer's body camera.

After the attack, **DePape** was transported to a local hospital to be treated for his own injuries, which he sustained from allegedly breaking into the home; it took him 16 blows and an entire body slam to break through the glass, officials said during the preliminary hearing.

While in custody, he allegedly told a police investigator about breaking into the home, his plans to hold Nancy Pelosi hostage, and his eventual decision to hurt **Paul Pelosi**.

Investigators later said they found two hammers, a pair of rubber gloves and a sword on the premises after the attack.

Annie Vainshtein (she/her) is a Chronicle staff writer. Email: avainshtein@sfchronicle.com. Twitter: @annievain

Caption:
A San Francisco Superior Court judge ruled Wednesday that dramatic audio and video recordings captured the night **David DePape** allegedly bludgeoned **Paul Pelosi** with a hammer in his San Francisco home could be publicly released.

In a short hearing Wednesday afternoon, Judge Stephen Murphy sided with a group of media outlets, including ABC, NBC, KQED, Politico, the New York Times and The San Francisco Chronicle, in granting access to the footage, though the timing on when the actual files will be released is not yet certain.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108171475

**San Francisco Examiner (CA)**

January 27, 2023

Section: Crime

Topics:

**Index Terms:**
News

**Pelosi attack motivated by conspiracy theories, police interview shows**

Author: *Marcus White | Examiner staff writer*

Article Text:

**Paul Pelosi**'s alleged attacker told police shortly after his arrest that U.S. Rep Nancy Pelosi's husband "took the punishment instead" after trying to stop him "from coming after evil," and he falsely accused the former House Speaker and the rest of the Democratic Party of a "record-breaking crime spree" in their opposition to former President Donald Trump.

Following a judge's direction earlier this week, the San Francisco Superior Court released an audio recording of **David DePape**'s Oct. 28 jailhouse interview with the San Francisco Police Department, among other footage that a coalition of local news outlets asked the court to release.

The Examiner on Friday obtained the audio, as well as security video of **DePape** breaking into the Pelosis' home, body-camera footage of **DePape** striking Pelosi with a hammer and audio from Pelosi's 911 call. You can listen to his police interview released on Friday below.

**DePape** has pleaded not guilty to federal and state charges of attempted murder. He is due back in San Francisco Superior Court on Feb. 23.

During the portion of the police interview the San Francisco court released, **DePape** echoes, invokes and outright repeats multiple false claims and conspiracy theories, including about the 2016 and 2020 presidential elections.

**DePape**, a Canadian citizen whom immigration officials say has overstayed his temporary visitor visa, made statements similar to those found on a pair of conspiracy-filled blogs bearing his name. The Examiner found one such website hours after the

attack on Pelosi, which officials at the company hosting the blog quickly removed for violating its terms of service.

Both the blog and **DePape**'s interview with police invoked the American Revolution, with **DePape** comparing himself in the latter to the founding fathers and claiming he was fighting tyranny.

What follows is a transcript of the recording released on Friday, during which San Francisco Police Sgt. Carla Hurley interviews **DePape** shortly after his arrest.

The transcript has been lightly edited for readability, with ellipses (...) indicating pauses in speech and m-dashes (—) indicating interruptions. It doesn't include the portion in which **DePape** shares his personal phone number and address, nor does it include Hurley reading him his Miranda rights.

San Francisco Police Department (SFPD): So, um, you know why you're in custody, right?

**David DePape** (DD): Oh, absolutely.

SFPD: Yeah, OK. And so, I kinda wanted to, one, make sure you're OK, and, y'know, why did you — how did you end up there today? This morning?

DD: Um, well, I mean … I don't really want to talk to you about — I don't feel like talking about it right now.

SFPD: OK.

DD: Yeah, y'know. Um, but … yeah, I mean, I'm not, like, trying to get away with it, so. You know, I know exactly what I did.

SFPD: Yeah.

DD: And, um …

SFPD: Was there a reason? Did you feel like the Pelosis had done something to you?

DD: Well not me specifically, but the entire American public, honestly. Um …

SFPD: How so?

DD: … The f--king lies coming out of them are just insane. Her, specifically. Like, of all the people in Washington who are f--king lying on a consistent basis, she has to be, like, the f--king leader of the pack. And, um … like, you know Watergate, right?

SFPD: What?

DD: You know Watergate, right?

SFPD: Yes! Of course.

DD: It's like, whenever there's a scandal, like, the name is "X-X-gate," right?

SFPD: Yeah.

DD: It has become the defining scandal, and all Watergate was was spying on a rival campaign.

SFPD: OK.

DD: And it's like, when Trump came into office, what they did went so far beyond spying on a rival campaign. It is just crazy —

SFPD: You mean, like, her efforts to smear him? Or are you talking about —

DD: Like Hilary and the DNC?

SFPD: Right.

DD: And, it's like — it originates with Hilary, but like, Pelosi ran with the lie as much or more than anyone. Like, honestly, like day in, day out, the person who was on the TV lying every day —

SFPD: Mhm.

DD: — was Pelosi. I mean, Hilary was kind of behind the scenes —

SFPD: Right.

DD: — because she doesn't really have a position.

SFPD: Right.

DD: And, it's like this is one of the — this is, like, f--king, record-breaking crime spree the Democratic Party has been on for the last four years. And it is just f--king insane!

SFPD: When you say crime spree, do you — are you talking about how their laws and what they're doing have affected crime? Or do you mean that they themselves —

DD: They are the criminals.

SFPD: Yeah.

DD: Like, so not only were they spying on a rival campaign.

SFPD: Right.

DD: They were submitting fake evidence to spy on a rival campaign, covering it up, persecuting the rival campaign.

SFPD: When you say rival campaign, you're talking about Trump, yeah?

DD: Trump, yes.

SFPD: Mhm.

DD: And it's just like — it's just, like, an endless f--king crime spree. It's like, they go from one crime, to another crime, to another crime, to another crime, and it's just, like, the whole f--king four years until they were finally able to steal the election.

SFPD: Mhm. Yeah.

DD: And it's just — it's unacceptable.

SFPD: So, I guess, what was your intention to go there? To make her change her ways? Like —

DD: Um, well, I was gonna basically hold her hostage, and I was gonna talk to her and basically explain to her while I do —

SFPD: Hold her hostage and do what?

DD: And talk to her. If she told the truth, I would let her go scot-free.

SFPD: OK, right.

DD: If she f--king lied, I was gonna break her kneecaps.

SFPD: Did you really think that she would — I'm sorry, this thing is so goofy.

DD: Lie?

SFPD: Did you really think she would —

DD: Tell the truth?

SFPD: Yeah.

DD: Absolutely f--king not.

SFPD: Right.

DD: I knew, beyond a doubt, she would f--king lie.

SFPD: Yeah. Right. And so do you think it was a poor plan? I mean, do you regret that you did this, y'know? I mean —

DD: No. It needed to be done.

SFPD: OK, but Paul — you know the person you attacked is her husband.

DD: He was not my target. I even told him that.

SFPD: Yeah.

DD: So —

SFPD: What was your plan with him? You knew — he already told you she's not home.

DD: I'll tell you. So, I basically get there and, um, I see, like, the best way to get in is probably the lower door. So, I like —

SFPD: You say lower door —

DD: So there was like a glass door.

SFPD: Yeah.

DD: And it was all glass, so I — like, I hit it and, um, it basically —-

SFPD: How did you get in? Like, did you break it?

DD: It was not easy. That was, like, special glass.

SFPD: Is that how you cut your hand?

DD: Probably, actually. That s--t is not normal glass.

SFPD: Right.

DD: Holy s--t, so I hit it really hard and it doesn't — it cracked it enough to leave a mark.

SFPD: Yeah.

DD: But not enough to, like, break it.

SFPD: Right.

DD: And at that point, it's like, the mark was gonna be seen at — like, they will definitely — there's cameras everywhere. You know, like, every second house has a Ring thing on it.

SFPD: Of course.

DD: And the cops can go see that for evidence if they need.

SFPD: Sure.

DD: There is no way I can walk where I came from to here without being on, like, a thousand cameras —

SFPD: A million cameras. Yeah.

DD: So, it's like — I'm already busted.

SFPD: Right.

DD: So it's like —

SFPD: So then you broke it? But you were able to break it, and then did you just walk in, or did you reach in?

DD: So, I broke through and, um —

SFPD: The window?

DD: I tried to turn the handle. Of course, it's locked. So then I had to break the window even more.

SFPD: OK.

DD: And, uh, that still wasn't enough. That's not where I hurt my hand.

SFPD: OK.

DD: That was just the hammer. And then it's like — I was actually getting through the window at that point.

SFPD: Right.

DD: And I'm, like, "This isn't going to work." And so I basically just had to force my body through, and that's probably where I cut my arm.

SFPD: Through the broken window?

DD: You'll see there's, like, a big thing —

SFPD: I saw it!

DD: — I had to body slam my way through it.

SFPD: And then you were able to get in.

DD: Yeah. By that point, I was, like, kind of so exhausted, I couldn't, like, bring my heavy backpack in with me.

SFPD: Right.

DD: And then I started, like, walking around —

SFPD: Were you bleeding already at that point?

DD: I didn't feel anything.

SFPD: OK.

DD: Um, honestly, I didn't feel anything here until, like, the cops kinda, like, tackled me.

SFPD: Yeah.

DD: And, um, so I start, like, walking around looking for them, and it's like, the house is, like, frickin' empty. It's huge and empty, and it's like, I'm starting to think, like, "Oh, f--k, what if they're not even here?"

SFPD: Right.

DD: And then later I walked into the bedroom, and I'm actually surprised by him. And he was, like, surprised by me.

SFPD: Was he asleep?

DD: He was asleep. Like, all that noise —

SFPD: Yeah, he didn't hear it.

DD: — he did not hear. And so then, he basically wakes up, and, um, we're kind of talking.

SFPD: What were you saying to him?

DD: I don't remember the specifics, but, like, vaguely, I kind of told him that I'm, like, looking for Nancy Pelosi. And, um, he's like, "She's not here, and she'll be here on the weekend." And then, he's kind of like —

SFPD: What did he say? In a week?

DD: Weekend, maybe ish, I think. Like, she'll be back, probably the weekend.

SFPD: OK.

DD: Um, he wasn't too specific. And, um, he was like, "How can we resolve this?" And I'm like, "I don't know." And, um … he's kind of, like, asking me that a bunch. And I'm like, "I don't know." He's asking how to resolve this. "I don't know." "So what do you wanna do?" And I'm like, "Well honestly, can I tie you up? I just wanna fucking go to sleep."

223

SFPD: Yeah.

DD: And, um —

SFPD: You asked him to — you wanted to tie him up so you could go to sleep?

DD: Yes.

SFPD: 'Cause you were winded from —

DD: Yes, and I had to carry my f--king heavy backpack all the way here, and um … So then I, like, there's like a bunch of pillows lined up against the wall, stacked.

SFPD: Is he still in the bed at this point?

DD: I think — um, yes, the whole time he's sitting there on the bed. And, um, I throw the hammer down, so that it kind of, like, lands on the top of the pillows. And I start taking out, like, the twist ties from my pocket so that I can restrain him so that I don't have to worry about what he's doing.

SFPD: Right.

DD: And at that point, that's when he kind of starts trying to do things. Right? Like, they have, like, an elevator, and it might be a safe room or something.

SFPD: What? Really? OK.

DD: It might be a safe room, so like he can go in there to escape and call — there are cameras, so he can call the cops.

SFPD: Right, right, right.

DD: So he tries to draw me into there. I go over, unarmed, and I'm like, "Don't be doing this."

SFPD: Yeah.

DD: So we go back into the bedroom. We're talking, I don't remember what we're saying. We go into the bathroom. He grabs the phone and starts dialing nine-eleven. And then they get on the phone and it's like —

SFPD: So you knew he was calling the police?

DD: Oh, I was standing right in front of him the whole time. I was there —

SFPD: Did you try to grab the phone?

DD: Not really. And I saw him dialing it, and I was like —

SFPD: What's going through your head at that moment?

DD: Well it's like, he's — honestly, he's pushing me into a corner, y'know? And it's like — so, a couple of times I kind of started to threaten him a little bit like, "Dude." Like — he's pushing me into a corner where I have to do something.

So he finally hangs up the phone, and like, I'm not in the position where I can, like, openly talk to him because —

SFPD: You're in the bathroom right now?

DD: Yes. I'm in the bathroom —

SFPD: Is he trying to get out?

DD: No, he's just basically on the phone. Anything I do or say is gonna be recorded by nine-eleven, so.

SFPD: Right.

DD: It's like — and I can't talk to him frankly because, y'know. And so, like and then finally he hangs up the phone, and I take him into the bedroom and he sits down on the bed. And I explain to him, really frankly, and I'm like — I can't remember exactly what I said, but it was like … I can't remember exactly what it is, but it was like, y'know … It's like, I plan on doing something, and I have other targets, and I can't be stopped by him.

If I have to go through him, I will.

SFPD: Right. You're trying to tell him that?

DD: Yeah, it's like you're setting this up in the position where, like, you're going to stop me, and I will not be stopped here.

SFPD: OK. You're telling him that?

DD: Yes. I'm telling him, really frankly. And then he's like — he tries to, like, kind of manipulate me, going like, "Oh no, the cops, they're not doing anything." And I'm like, I don't know if I said this, but I was definitely thinking it, it's like, "Dude, I'm not f--king stupid. And they're not f--king stupid, either. There's no way they got that f--king phone call, and they ain't f--king coming here!"

SFPD: Why didn't you think about leaving, just out of curiosity? I mean, you knew they were coming. Why didn't you just leave?

DD: Um, well, it's like, y'know — the founding fathers, it's like, they fought the British. They fought the tyranny. They didn't just f--king surrender to it.

SFPD: Yeah.

225

DD: And when I left my house, I left to go fight tyranny. I did not leave to go surrender. And it's like —

SFPD: But what was your objective gonna be? You knew the police were gonna come. You weren't able to — did you get a chance to tie him up? No?

DD: Oh no, no. So, like, after that … he's like, he wanted to go downstairs. So I followed him downstairs, and then we're like, he's showing me the — we're, like, looking at the window in the glass. And um, we're talking, I can't remember what we said.

And at one point, I like, I reach over and squeeze his shoulder. Like, y'know —

SFPD: Like comfort?

DD: Affectionately. Affectionately. Just to comfort.

SFPD: Yeah.

DD: And, um —

SFPD: What happened?

DD: Oh, nothing.

SFPD: OK.

DD: I just did it just to comfort him, y'know? Um, then, at one point, I'm not 100% sure that they were, but like, there's like, the door, and then above it, there's like this glass thing. I see through it, like, the flashing lights of a police car.

SFPD: So you know they were there?

DD: I knew they were there, and I told him, "The police are here." And, uh, he was all, like, trying to lie to me. "Oh, no they're not." And then I'm like, "Dude, that's f--king bulls--t. I saw them."

And so then he tries a different tactic. I can't remember whether — he's like, "Oh, as long as we don't answer the door, we'll be fine."

SFPD: He says that?

DD: Yeah. And the next thing they do, they knock on the door and he runs over to open it. And then, um, so I'm standing there right beside him with the hammer. I think he grabs the hammer, so I don't hit him in retaliation.

SFPD: So you're holding a hammer. Is this, like, a regular-sized hammer?

DD: Regular hammer.

SFPD: OK.

DD: And then door's open, the cops are standing there seeing this. I think he grabs it, and I think it was, like, so I don't hit him in retaliation. And it's like, it's like, he basically — he thinks that I'll just surrender.

And it's like, I didn't come here to surrender, and I told him that I will go through him.

SFPD: Yeah.

DD: And so I basically yanked it away from him and hit him. And then the cops —

SFPD: Is that why you were angry, because you felt — is that why you hit him? You were angry that — you felt like he thought you were just gonna submit? And you had already warned him, "Hey, I'm here for the fight."

DD: Yes, I'm there for the fight.

SFPD: And that's why you were mad, because up to that point, we hadn't touched him, right? Besides —

DD: Yeah, no. I was being — I threatened him a little bit a couple of times when he was on the phone, but for the most part, it's like … it was pretty amicable, overall. Except for, y'know, that.

SFPD: Why did you hit him, then? Did you feel like defen—

DD: Oh, I told him. I'm not gonna surrender. I'm here for the fight.

SFPD: OK.

DD: And it's like, if you stop me — it's like, if you stop me from coming after evil, you will take the punishment instead.

SFPD: At that point, though, how many times do you think you hit him?

DD: I have no clue how many times I hit him.

SFPD: Do you know where you hit him?

DD: I have no clue —

SFPD: But you hit him with the hammer?

DD: Yes, it went really quick. Like, I yanked it away from him, I swung at him and the cops — like, they opened the door and, like, he's holding the hammer and, like, I have a hold, and it's, like, you know, it looks bad.

SFPD: You're both holding the hammer?

DD: And the cops, they're like, surprised, at like — like, they looked into it, "Woah! Woah! Woah!"

SFPD: OK.

DD: And then I yank the hammer away from him. I jump into action. They jump into action. They're, like, on top of me instantly. Um, they like —

SFPD: But you had already been able to hit him several times, right?

DD: Yes. I have no clue how many times, but I definitely (unintelligible). Whatever —

SFPD: Did you use, like, all your force, or were you just tapping, like, while you — or were you —

DD: Um, no it was not a tap. It was definitely full force.

SFPD: Full force.

DD: Yeah.

Copyright © 2023 San Francisco Examiner.

Record Number: e2e1f8bb5f27a19ba29c11623e5a59ce211bea

**San Francisco Examiner (CA)**

January 27, 2023

Section: Politics

Topics:

**Index Terms:**
News

**Pelosi has 'no intention of seeing the deadly assault' on her husband**

Author: *James Salazar | Examiner staff writer*

Article Text:

Officials publicly released footage of the attack on **Paul Pelosi**, as well as the 911 call he made in regards to the incident, Friday morning.

CNN's Manu Raju shared on Twitter that when asked whether or not she had watched the video or listened to the 911 call, Pelosi told reporters, "I have not heard the 911 call. I have not heard the confession. I have not seen the break in and I have absolutely no intention of seeing the deadly assault on my husband's life."

On Wednesday, a San Francisco judge granted a motion that some news outlets, including the New York Times and the Washington Post, filed in order to grant the release of 911 audio, police interviews, surveillance footage and the body camera recordings from that night.

Officers arrested **DePape** on Oct. 28 after he allegedly broke into the Pelosi home and asked for Nancy Pelosi's whereabouts.

They also alleged that **DePape** struck **Paul Pelosi** in the head with a hammer after officers directed the two to drop the object, which they had been struggling over.

In his interview, **DePape** allegedly told officers that he intended to hold Nancy Pelosi hostage because of the "lies" she told about the Democratic Party's opposition to former President Donald Trump.

The video, released Friday, shows officers walking up to the Pelosis' door and knocking. **DePape** and Pelosi open the door and greet the officers, all while both men are holding the hammer.

"Drop the hammer," an officer instructed **DePape**. He responded "Um, nope," before pulling it from Pelosi's hand and striking him in the head.

**DePape** was brought to the ground and restrained by officers.

Nancy Pelosi's statement echoes sentiments she shared Thursday with reporters on Capitol Hill. "I mean, it would be a very hard thing to see an assault on my husband's life," she said, according to NBC.

The attorney for **David DePape**, the alleged attacker, criticized the release, calling it a "terrible mistake"

"Releasing this footage is disrespectful to Pelosi and serves no purpose except to feed the public desire for spectacle & violence," his attorney added, according to KPIX.

Last month, **DePape** pleaded not guilty to state felony charges of attempted murder, first-degree residential burglary, elder abuse, assault with a deadly weapon, false imprisonment and threatening a family member of a public official.

In October, he pleaded not guilty to federal charges of attempting to kidnap a federal official, as well as assaulting a federal official's family member.

**DePape** is due back in state court in February.

Copyright © 2023 San Francisco Examiner.

Record Number: e4156f374b5abbae44bdceda273687b1bca744f1

**San Francisco Examiner (CA)**

January 27, 2023

Section: Crime

Topics:

**Index Terms:**
News

**SFPD video of David DePape's alleged attack on Pelosi released**

Author: *Marcus White | Examiner staff writer*

Article Text:

Officials have released footage of the attack on **Paul Pelosi**.

A San Francisco judge on Wednesday granted a motion that a number of news outlet filed, seeking the release of 911 audio, police interviews surveillance footage and body camera recordings from the night **David DePape** allegedly attacked U.S. Rep. Nancy Pelosi's husband in the couple's Pacific Heights home.

Police released the video of the attack to news organizations on Friday morning.

WARNING: Some viewers might find this content disturbing. Video is graphic and contains profanity.

The video shows a pair of officers walking up to the Pelosis' door and knocking. One of **DePape** and Pelosi open the door, and Pelosi greets the officers as he and **DePape** are holding a hammer.

"Drop the hammer," an officer says as **DePape** is grabbing it one with hand and Pelosi's hand with another.

"Um, nope," **DePape** responds, before quickly pulling the hammer from Pelosi's hand.

"What is going on right now?" an officer asks.

Seconds later, **DePape** strikes Pelosi in the head with the hammer before he is tackled and restrained by officers.

The footage released Friday also included audio of Pelosi's 911 call, as well as security camera video of **DePape** breaking into their Pacific Heights home and nearly 18 minutes of **DePape**'s initial jailhouse interview.

San Francisco police arrested **DePape** early in the morning of Oct. 28, when he allegedly broke into the Pelosi home and asked for Nancy Pelosi's location.

Police alleged that he struck **Paul Pelosi** in the head with a hammer after officers directed **DePape** and Pelosi to drop a hammer they were struggling over. He allegedly later told police he planned to hold Nancy Pelosi hostage because of her leadership of the Democratic Party in the House of Representatives, a position from which Pelosi has subsequently stepped down.

**DePape** pleaded not guilty last month to state felony charges of attempted murder, first-degree residential burglary, elder abuse, assault with a deadly weapon, false imprisonment and threatening a family member of a public official. He is due back in court on Feb. 23. In October, **DePape** pleaded not guilty to federal charges of attempting to kidnap a federal official and assaulting a federal official's family member.

This is a developing story. Check back for updates.

Copyright © 2023 San Francisco Examiner.

Record Number: 16610f0c1696aa521ad74583fbcb79588d0d8

**San Francisco Examiner (CA)**

January 27, 2023

Section: Crime

Topics:

**Index Terms:**
News

**Here's all the video, audio court released from Paul Pelosi attack**

Author: *Marcus White | Examiner staff writer*

Article Text:

Two days after a state judge's order, the San Francisco Superior Court on Friday released video and audio footage from before, during and after **David DePape**'s alleged attack on **Paul Pelosi**, the husband of U.S. Rep. Nancy Pelosi.

The court on Friday released the U.S. Capitol Police's security camera footage of **DePape** breaking into the Pelosis' Pacific Heights home; audio of **Paul Pelosi**'s 911 call to the San Francisco Police Department; the department's body camera footage of **DePape** attacking **Paul Pelosi**, and audio of a portion of **DePape**'s initial interview with local police.

**DePape** has pleaded not guilty to six state charges, including attempted murder, and two federal felonies. He is due back in state court next month.

Below, you can find all of the footage the court released on Friday.

WARNING: Some of the audio and video contain graphic violence, descriptions of violence and profanity that some readers might find disturbing.

Read the Pelosi 911 transcript here.

Read the **David DePape** SFPD interview transcript here.

Copyright © 2023 San Francisco Examiner.

Record Number: fa324b6d923c6535975d1b3afec77b17b278de7

**San Francisco Examiner (CA)**

January 27, 2023

Section: Crime

Topics:

**Index Terms:**
News

**Read what Paul Pelosi told SFPD during 911 call with David DePape in room**

Author: *Greg Wong | Examiner staff writer*

Article Text:

Officials on Friday released a trove of multimedia from the night **Paul Pelosi** was brutally assaulted in his San Francisco home last October, including the 911 call the former Speaker's husband made to police while his alleged attacker, **David DePape**, was in the room.

In the audio — part of a collection of police footage and recordings dispersed to the media following a San Francisco court ruling earlier this week — Pelosi delicately describes his harrowing situation to San Francisco Police Department dispatcher Heather Grives, who police chief Bill Scott later praised for her intuition and quick thinking, which allowed her to interpret what she was being told.

**DePape** can also be heard in the background during the call, before he allegedly struck Pelosi with a hammer later that night.

Here is the full transcript of the 911 call made by Pelosi to San Francisco police at 2:27 a.m. on Oct. 22.

911 dispatcher Heather Grives: San Francisco Police, 74.

**Paul Pelosi**: Oh I guess … I guess I told them to (unintelligible). What is this?

911: San Francisco Police, do you need help?

PP: Oh, well there's a gentleman here just waiting for my wife to come back, Nancy Pelosi. He's just waiting for her to come back, but she's not going to be here for a day so I guess I'll have to wait.

911: OK, do you need police, fire or medical for anything?

234

PP: Uh, I don't think so. I don't think so.

(Silence)

Um … Is the Capitol Police around?

911: No this is San Francisco —

PP: They're usually here at the house, protecting my wife.

911: No this is San Francisco Police —

PP: No I understand … OK well, uh … I don't know, what do you think? (speaking to **David DePape**)

DD: (Unintelligible)

PP: He thinks everything's good. I've got a problem but he thinks everything's good.

911: OK, call us back if you change your mind.

PP: No no, this gentleman just came into the house, and wants to wait here for my wife to come home. And so, anyway, he told me to put the phone down.

911: Do you know who the person is?

PP: No I don't know who he is. He uh … uh he has (unclear) ... he's telling me … he's telling me not to uh … he's telling me not to do anything.

911: What is your address sir?

PP: Uh, 2640 Broadway.

911: What is your name?

PP: My name is **Paul Pelosi**.

(Silence)

Anyway this gentleman says that uh, he thinks (unintelligible), he's telling me to put the phone down and just do what he says. OK?

911: OK, what's the gentlemen's name?

DD: **David DePape**

PP: What's that?

DD: My name's David.

PP: The name is David.

911: OK, and who is David?

PP: I don't know.

911: (Unintelligible)

PP: What's that?

DD: I'm a friend of theirs.

PP: He says he's a friend.

911: But you don't know who he is?

PP: No, no ma'am.

911: OK.

PP: He's telling me I'm being very leading, so I gotta stop talking to you, OK?

911: OK. You sure? I can stay on the phone with you just to make sure everything's OK?

PP: No, he wants me to get the hell off the phone. OK?

911: OK.

PP: Thank you.

911: OK, bye.

Copyright © 2023 San Francisco Examiner.

Record Number: bea46fbd99ba8fa672907ecdd057843f6eb4e

**Mission Local (San Francisco, CA)**

January 27, 2023

Section: Featured

Topics:

**Index Terms:**
Front Page, Government, Instagram, Newsletter, Topics, Trouble, Nancy Pelosi

**Paul Pelosi attack footage released — to the delight of voyeurs, extremists**

Author: *Joe Eskenazi*

Article Text:

In the federal criminal complaint against **David DePape**, the 42-year-old conspiracist who in October beat **Paul Pelosi** with a hammer, there's a passage seemingly lifted from an episode of "Curb Your Enthusiasm."

It's 2:31 a.m., and the door of Chez Pelosi is opened to the police. Within, **DePape** and pajamas-clad Pelosi are dancing an awkward pas-de-deux of sorts, each with his hand on a menacing claw hammer. Per the complaint, "Pelosi greeted the officers. The officers asked them what was going on. **DePape** responded that everything was good." (emphasis mine).

If you can imagine Jeff Garlin and Larry David in such a situation, it's funny. But, on Friday, the police body-cam footage of the attack was made public and disseminated worldwide. And with **DePape** and Pelosi portraying themselves, it's not. **DePape**, listed at 6-foot-2 in his booking documents, has the appearance of a rugby player gone to seed. Pelosi is 82 years old. It is a brutal video; even the cop who quickly responds to the violence yells "oh shit!"

Numerous local and national media outlets ran the footage with variations of a carnival barker-like headline: Watch the dramatic attack! After observing Pelosi get his head bashed in, viewers were treated to web advertisements (a lady doing yoga and using skin lotion; a kid hiding in a box in a commercial hawking app software. The sponsors must be thrilled with the ad placement).

Sadly, we haven't yet really achieved the cool and uplifting elements of classic science fiction novels — but the monetization and public consumption of real violence and insatiable demand for stimulation foreseen by Ray Bradbury and others has long since come to pass.

All in all, the Pelosi video is just another brick in the wall. In fact, it was not even the most awful video released on Friday: That would be footage of five Memphis police officers beating and Tasing Tyre Nichols to death.

Perhaps it's worth taking a step back and noting that a regular person who merely wants to stay on top of the news finds him or herself regularly besieged with videos of real people being harmed or killed.

But there are also plenty of irregular people who love that kind of stuff. And they will especially enjoy this video of Nancy Pelosi's husband being beaten with a hammer.

See more

I don't know if it's good for us as a society that we've created the expectation that normal members of the public should be regularly exposed to traumatic imagery of violent crimes in the course of staying up to date on the news. pic.twitter.com/ujD7NioLla

— Julia Carrie Wong (@juliacarriew) January 27, 2023

Following **DePape**'s Oct. 28 arrest, we talked to Abner Hauge, the founder of Left Coast Right Watch, a website that monitors far-right extremism. It was clear that police body-cam footage of the attack would find its way into the public domain, and Hauge was clear on how violent right-wingers would react: They "are gonna love it. These are people who get off on violence. They love watching people they deem evil being hurt or killed."

This attack footage would be fetishized and meme-ified and used for both recruitment purposes and just for shits and giggles. It would be spread throughout the right-wing web and serve as "chum in the water." It is proof positive that "you can do this."

At a hearing earlier this week, **DePape**'s defense attorney argued against the release of this footage. Among his concerns was that its dissemination would add fuel to the dopey and homophobic conspiracy theories like the one that **DePape** was, in effect, a rent boy and this was a lover's dispute between him and Pelosi (a news outlet that earlier reported Hillary Clinton was dead and had been replaced by a doppelgänger wrote up a story about this, which was dutifully retweeted by that Ben Carson of tech, Elon Musk).

The attack video has been released; clearly these were not compelling arguments. Because, truth be told, the most pressing concern isn't about people who don't think this happened. These are people who will never be convinced by clear, factual evidence anyway — and who would've certainly read something sinister and conspiratorial into the government moving to suppress the footage.

The real danger is among viewers who know this attack happened. And think it's great.

"As we saw with the shootings over the weekend, there are a lot of people who are ready to explode, and it's just a matter of when they come in contact with a lighted match," said Michael Boorman, an extremism researcher at Left Coast Right Watch.

"My worry would not be about something else happening to a national-level politician. My big worry would be that the same kind of thing will happen to some local official who does not have security and isn't prepared for that. The worst-case scenario is someone is watching this who already has a bunch of political grievances they want to act on and is going to go find a guy on the school board or a health official he blames for the covid lockdown."

And, adds Hauge, "they won't just think 'yeah, this motivates me to do this.' They'll think, 'That guy did it and made it look easy.'"

And this video will be put in front of untold numbers of viewers who think thoughts like that. It will reverberate up, down and sideways around the right-wing Web infrastructure, pushed along by pseudonymous people or weirdos who only seem to be a big deal on social media platforms and eventually be amplified by more serious right-wing figures — the kinds of guys who wear Brooks Brothers jackets and regimental ties when fulminating about racist conspiracies more closely associated with people marching with tiki torches.

So the video will get out there. It always does. Jonathan Lewis, a research fellow at the Program on Extremism at George Washington University, notes that violent zealots often bypass the middleman to ensure this happens.

"We've seen right-wing extremists who undertook some of the most horrific acts of violence — the shootings in Christchurch at the mosque; the shootings in Buffalo at the Tops supermarket — intentionally live-stream," he says. "They put on a body-cam and recorded themselves engaging in this act of violence because they wanted to show the world what they were doing."

When ostensibly responsible media outlets glibly broadcast real instances of mayhem and death — Watch the dramatic attack! — they are, in essence, doing the assailant's work for him.

So, this is something that merits introspection.

"The fact is," warns Lewis, "you have a not-insignificant subset of people who will look at this and say, 'This is good.'"

The situation only grows more complex, because the legal argument to reveal this footage to the public is so uncomplicated.

Attorney Thomas R. Burke handled the matter for a consortium of media outlets who demanded access to the materials. Burke pretty much won his case in a walkover, because the footage in question was all presented in open court, making it prima facie fair game for the public.

"If the videos are going to be used by white nationalists to celebrate the moment, that's a possibility," he acknowledged. But it would be a greater problem "to not allow the public to know what's going on in a courtroom."

David Loy, the legal director of the First Amendment Coalition, emphasized this point. "When a party introduces evidence in open court, the public has the right to view and access that evidence. We don't have secret courts and secret justice in this country."

Could this material be weaponized? Of course. But "you do not want the government or a court deciding whether or not something should be made public depending on the expected use of the information," says James Wheaton, the founder of the First Amendment Project.

"The public right to know specific information vs. perceived misuse of said information is nothing the court or any branch of government can or should do anything about."

These are winning arguments — we are, after all, viewing the footage. To have the government intervene would, in Loy's words, be "a cure worse than the disease." To expect amoral social media outfits and web platforms to adequately police the use of this material is naive — and, as noted earlier, even much of legacy media has chosen to blithely amplify the lurid content.

In the end, we stand and fall based upon the better angels of our nature. This is, and always has been, a dodgy proposition.

**David DePape** may yet be found innocent. He may be found guilty. But he was definitely wrong about one thing: Everything is not good.

Follow Us

Copyright (c) 2023, Mission Local

Record Number: d98f9f5240ff8faa88f02da17e37ac480ee8e2

**San Francisco Chronicle (CA)**

January 28, 2023

Edition: MN
Section: A
Page: A008

**Pelosi video release hasn't stifled conspiracy theories**

Author: *Shira Stein*

Article Text:

After **Paul Pelosi** was attacked in his San Francisco home last October by a man who had promoted conspiracy theories, many on the right responded by spreading even more conspiracy theories about the attack itself. In doing so, they seized on the fact that San Francisco police had not yet released video of the incident.

But after videos were released Friday depicting the attack and a police interrogation of the suspect, David Wayne **DePape**, many of the politicians and other figures who raised questions about the attack or promoted outright lies about it did not walk back their statements. Pelosi, 82, is the husband of Rep. Nancy Pelosi, D-San Francisco, who at the time served as Speaker of the House.

Former President Donald Trump; Tesla and Twitter CEO Elon Musk; Sen. Ted Cruz, R-Texas; and Rep. Marjorie Taylor Greene, R-Ga., spread conspiracy theories claiming **DePape** was attempting to break out of rather than into the Pelosi home and that **Paul Pelosi** was drunk and in a fight with a male escort, among others. None of those officials responded to requests for comments on the videos and audio released Friday.

Meanwhile, the images set off a new round of unfounded speculation from some right-wing media figures.

They said the footage raised more questions and implied it was unusual that **Paul Pelosi** was holding a drinking glass when he opened the door for police. Mike Cernovich, known for falsely claiming Hillary Clinton was part of a pedophilia ring operating out of the basement of a pizzeria, seized on the glass and claimed that **Paul Pelosi** was an alcoholic whose disease invited the situation, even though **DePape** was a stranger who confessed he broke in looking for Nancy Pelosi.

A guest on Fox News Friday afternoon asked where the evidence was of **DePape** breaking into the Pelosis' home. When he was shown the video, he said, "Maybe that's true. Maybe I'm wrong."

**DePape** espoused many conspiracy theories during his police interview after the attack. He said he targeted the Pelosis because the speaker had unfairly smeared Trump with falsehoods. **DePape** also suggested the Democratic National Committee, Clinton and Nancy Pelosi had conspired to spy on his campaign.

"It originates with Hillary, but like Pelosi ran with the lie as much as or more than anyone. Honestly, like, day in, day out, the person who was on the TV lying every day was Pelosi," **DePape** said. "They are criminals. Not only were they spying on a rival campaign. They were submitting fake evidence to spy on a rival campaign, covering it up, persecuting the rival campaign. It's just like an endless f-- crime spree."

Just hours after the release of the audio and videos, Republican National Committee Chairwoman Ronna McDaniel said, "Why are we in California? Because I just wanted to rub Nancy Pelosi's face in it one more time," the New York Times reported. McDaniel made the unprompted comment at a winter RNC meeting in Southern California.

Nancy Pelosi told reporters Friday that she had not seen or heard the 911 call, **DePape**'s interrogation with investigators or the video of the attack.

"I have absolutely no intention of seeing the deadly assault on my husband's life. I won't be making any more statements about this case as it proceeds," she said.

Shira Stein is The San Francisco Chronicle's Washington correspondent. Email: shira.stein@sfchronicle.com Twitter: @shiramstein

Caption:
1) PHOTO: Rep. Nancy Pelosi speaks to reporters the day a court released video footage of an October attack on her husband, **Paul Pelosi**. (Anna Moneymaker/Getty Images)

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108227021

**San Francisco Chronicle (CA)**

January 28, 2023

Edition: MN
Section: A
Page: A001

**Video captures ferocity of attack on Paul Pelosi**

Author: *Annie Vainshtein, Rachel Swan and Dustin Gardiner*

Article Text:

The door of the stately brick home in Pacific Heights opened and there they were. **Paul Pelosi**, the husband of the U.S. speaker of the House, was clad in a pajama top and boxer shorts. To his right stood David Wayne **DePape**, an intruder who had arrived through a smashed back door from one of the darkest corners of the internet.

Both men had their hands on a hammer. Within 15 seconds of the door swinging open, **DePape** seized the weapon, raised it over his head and, with immense force, struck Pelosi over the head, according to a body-camera video captured by one of two San Francisco police officers who had knocked on the door in the middle of the night.

"What is going on right now?" one of the officers asked a split second before the attack.

The footage was released Friday by law enforcement officials as part of a trove of audio and video recordings showing what happened before and after Pelosi, the 82-year-old husband of Rep. Nancy Pelosi, D-San Francisco, was nearly killed in the couple's home in October.

The recordings exposed the brutality, senselessness and chaos of the violence, revealed details about **Paul Pelosi**'s efforts to summon help through a furtive 911 call, and raised questions about whether San Francisco authorities could have done more to intervene.

They also laid bare the viciousness of moves by right-wing activists and media outlets to spread false and often homophobic claims about what happened -- a tack that continued Friday, despite the evidence in the recordings, including the stark image of Pelosi losing his grip on an assailant's hammer.

One video shows **DePape**, who was inspired by right-wing conspiracy theories about Nancy Pelosi, repeatedly bashing the Pelosis' back door with a hammer before climbing through the opening he created. An audio recording of **DePape** speaking to police after

243

the attack reveals he intended to try to force Nancy Pelosi to recant what he called her lies -- and harm her if she refused.

"If she told the truth, I would let her go scot-free," **DePape** said. "If she f-- lied, I was going to break her calves."

Nancy Pelosi said Friday that her husband's health was "coming along," but that recovery "will take more time." She said she would not review the recordings. "I have absolutely no intention of seeing the deadly assault on my husband's life," she said. "I won't be making any more statements about this case as it proceeds."

She spoke as millions of people around the world watched the video from a body camera worn by San Francisco police Officer Kolby Wilmes, showing him and Officer Kyle Cagney knocking on the door of the Pelosis' three-story home at about 2:30 a.m. on Oct. 28.

There is no indication in the video that they understood they were about to encounter the husband of the then-U.S. House speaker.

However, **Paul Pelosi** had identified himself earlier to the 911 dispatcher who received his emergency call. On Friday, officials with San Francisco's Department of Emergency Management said the agency has protocols for informing officers "when an incident occurs in the proximity of sensitive locations." The responding officers, officials said, were informed they were being dispatched to the Pelosi residence, one such "sensitive location."

The footage appears to show that **Paul Pelosi** opened the door. Just feet from the doorway, **DePape** and Pelosi stood side by side, each with their right hand on a hammer. **DePape**'s left hand was clamped on Pelosi's right wrist, and Pelosi appeared to have a drinking glass in his left hand.

Pelosi said, "Hi, guys, how are ya?"

"How you doing?" one of the officers asked. "What's going on, man?"

"Everything's good," **DePape** said.

"Drop the hammer!" an officer ordered.

"Um, nope," **DePape** responded.

**DePape** then wrestled the hammer out of Pelosi's right hand and struck him on the head, knocking him out as the officers rushed in to tackle **DePape**.

The dramatic recordings were made public two days after San Francisco Superior Court Judge Stephen Murphy ordered their release.

Murphy sided with a consortium of media outlets, including The San Francisco Chronicle, that argued police body-camera footage, surveillance videos and 911 audio from the incident should be widely accessible, given the intense public interest in the case and the significance of the attack.

Portions of the materials in question were played in court and admitted into evidence during **DePape**'s preliminary hearing.

**Depape**, 42, has pleaded not guilty to six state charges brought by the San Francisco District Attorney's Office, including attempted murder, and faces additional charges in a parallel proceeding in federal court. He faces up to life in prison if convicted.

Adam Lipson, **DePape**'s attorney, opposed the release of the recordings, arguing that their dissemination would prejudice potential jurors and prevent his client from getting a fair trial. The District Attorney's Office also raised concerns about making the recordings public.

Lipson told the judge he feared people would digitally manipulate the recordings. He also argued that the release of the recordings would fuel more unfounded conspiracy theories about the attack, which have proliferated on social media and conservative news outlets. These theories have been spread by former President Donald Trump; Elon Musk; Sen. Ted Cruz, R-Texas; and Rep. Marjorie Taylor Greene, R-Ga., among others.

San Francisco District Attorney Brooke Jenkins dismissed the conspiracy theories just days after the attack. The attack on **Paul Pelosi** led to additional protections for House speakers after they leave office. Both state and local lawmakers have faced increased threats and violence in recent years.

**DePape** stands accused of breaking into the Pelosis' home with the intention to kidnap and interrogate Nancy Pelosi.

A native of Canada, **DePape** had struggled with mental illness, people who knew him have told The Chronicle. In recent years, he had become consumed with far-right politics and conspiracy theories, and he posted bigoted rants on personal websites that appeared to have no audience.

U.S. Capitol Police surveillance camera footage released Friday shows the moments just before **DePape** entered the Pelosi home from the back patio. He tucked what appeared to be a hammer into his armpit, then put on what appeared to be gloves. Then he vigorously hammered at the glass at least a dozen times. Finally, he kicked the door in and climbed inside.

He found **Paul Pelosi** asleep in his bedroom, city prosecutors said in an earlier court filing. **DePape** allegedly gripped the hammer in his right hand, and white plastic zip ties in his left, as he asked, "Where's Nancy?"

**Paul Pelosi** soon made a furtive 911 call from his bathroom. The full-length recording of the 911 call, also released Friday, captures a harrowing exchange between Pelosi and a

dispatcher, in which he made several attempts to convey his fear about the intruder in his home.

It also makes clear that Pelosi identified himself as the husband of Speaker Nancy Pelosi within seconds of calling 911.

The nearly three-minute call began with Pelosi alerting the dispatcher that there was a "gentleman here waiting for my wife to come back, Nancy Pelosi." The dispatcher asked him if he needed police, fire or medical assistance, to which Pelosi demurred. But he asked if U.S. Capitol Police officers were around.

"Is the Capitol Police around? They're usually here at the house protecting my wife," Pelosi said.

"No, this is San Francisco police," the dispatcher said.

After a brief, mostly inaudible exchange with **DePape**, Pelosi told the dispatcher, "I got a problem, but he thinks everything's good. This gentleman just came into the house and he wants to wait here for my wife to come home."

The dispatcher then asked Pelosi if he knew who the man was. Pelosi responded that he did not, and that the man was telling him "not to do anything."

The 911 dispatcher followed by asking Pelosi for his address, and then his name, both of which he provided.

"Anyway, this guy says that he thinks ... he's telling me to put the phone down and just do what he says," Pelosi said.

The dispatcher asked Pelosi what the intruder's name was, and the intruder himself responded.

"My name's David," said **DePape**, adding later that he was a "friend of theirs."

The call ended with the dispatcher asking again if Pelosi knew who **DePape** was, to which he said he did not.

"He's telling me I'm being very lazy, so I got to stop talking with you. No, he wants me to get the hell off the phone."

Officers Wilmes and Cagney were dispatched to the home and arrived within 10 minutes of the call, records show. The body-camera video released Friday shows what happened after the officers pulled up.

During the first 19 seconds of the footage, the officers walked up the brick pathway to the house.

"I definitely don't want all of you," Wilmes said, twice, before knocking on the front door. It's not clear what he was referring to.

He turned around and surveyed the dark block, where a street lamp gleamed through tree branches, while a voice asked, "Are you sure this is the one?"

"Yeah," Wilmes said.

Thirty-nine seconds into the video, the door to the Pelosi home opened and the officers found themselves a few feet from two men standing in a carpeted hallway. **Paul Pelosi** was barefoot and wore a pajama top over boxers, while **DePape** wore shorts, sneakers, a sweatshirt and a ponytail.

Roughly 14 seconds passed as officers questioned the men before Pelosi was struck by the hammer blow.

Just before the attack, as the officers looked on and shined flashlights on the men, **DePape** wrested the hammer from Pelosi's right hand. As he did so, an officer asked, "What is going on right now?" **DePape** then raised the weapon over his head and struck Pelosi.

"Whoa, s--!" one of the officers said before both officers rushed into the home and tackled **DePape**. At that point, Pelosi lay unconscious on the floor. Snoring sounds can be heard.

Fifteen seconds later, after struggling with **DePape**, an officer radioed for backup, classifying the incident as a "Code 3" emergency. Seven seconds later, an officer pulled out handcuffs.

"Give me your f-- hands!" he yelled, twice.

Tom Nolan, a former Boston police lieutenant and criminologist who viewed the video Friday, said the police officers appeared to have made proper decisions in a confrontation that unfolded in seconds. "The response we saw in the video is commensurate with the information the police had available to them," he said.

Generally, he said, police respond with a heightened sense of urgency if they receive multiple 911 calls from the same location or if a caller reports a person is armed, neither of which was the case here. Since Pelosi identified himself to the dispatcher who took the call, police should have arrived with an on-duty supervisor, Nolan said. But he said the officers were right not to approach the house with their guns drawn.

But another expert, retired Los Angeles police detective supervisor Timothy Williams, said the officers should have been more assertive, approaching the house with guns drawn "to the low ready" and tackling **DePape** as soon as they saw the hammer.

Following the attack, Pelosi underwent emergency surgery to repair a fractured skull and wounds to his hands and right arm. He spent six days in the hospital before being released home to continue his recovery.

**DePape** was hospitalized for his own injuries, which he sustained from allegedly slamming his body into the glass back door to break into the Pelosi home, prosecutors said during the preliminary hearing. Investigators said they found two hammers, a pair of rubber gloves and a sword at the couple's home after the attack.

Also released Friday was an audio recording of an 18-minute interview with **DePape** conducted by a San Francisco police sergeant after his arrest.

**DePape** spouted a host of unfounded conspiracy theories. He said he targeted the Pelosis because the speaker had unfairly smeared Trump with falsehoods. **DePape** likened the situation to the Watergate scandal, suggesting the Democratic National Committee, former Secretary of State Hillary Clinton and Nancy Pelosi had conspired to spy on his campaign.

"It originates with Hillary, but like Pelosi ran with the lie as much as or more than anyone. Honestly, like, day in, day out, the person who was on the TV lying every day was Pelosi," **DePape** said. "They are criminals. Not only were they spying on a rival campaign. They were submitting fake evidence to spy on a rival campaign, covering it up, persecuting the rival campaign. It's just like an endless f-- crime spree."

San Francisco Chronicle staff writers Nora Mishanec and Shira Stein contributed to this report.

Annie Vainshtein, Rachel Swan and Dustin Gardiner are San Francisco Chronicle staff writers. Email: avainshtein@sfchronicle.com, rswan@sfchronicle.com, dustin.gardiner@sfchronicle.com Twitter: @annievain @rachelswan @dustingardiner

Caption:
1) PHOTO: Body-camera footage shows the seconds after San Francisco police arrived at the Pelosi home. **Paul Pelosi** struggles with an assailant over a hammer before his skull is cracked with it. (San Francisco Police Department)

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108227023

**San Francisco Chronicle (CA)**

January 28, 2023

Edition: MN
Section: A
Page: A001

Author: *Dustin Gardiner*

Article Text:

In a jailhouse interview shortly after his arrest, the suspect accused in the attack of **Paul Pelosi** in October, David Wayne **DePape**, told police that he targeted the Pelosi home because he planned to hold U.S. Rep. Nancy Pelosi hostage. He was enraged by what he said were lies that she and Democrats had spread about former President Donald Trump.

"It originates with Hillary, but like Pelosi ran with the lie as much as or more than anyone. Honestly, like, day-in day-out, the person who was on the TV lying every day was Pelosi," **DePape** said during the Oct. 28 interview, according to a recording that law enforcement officials released Friday.

During a nearly 18-minute interrogation with a San Francisco police sergeant, **DePape** said he intended to try to force Nancy Pelosi to recant what he called her lies -- and harm her if she refused. He also repeated Trump's false claim that Democrats stole the 2020 presidential election.

"If she told the truth, I would let her go scot-free," **DePape** said. "If she f--ing lied, I was going to break her calves."

**DePape** is accused of attacking **Paul Pelosi**, the former speaker's 82-year-old husband, with a hammer in the couple's San Francisco home.

He has pleaded not guilty to six state charges brought by the San Francisco District Attorney's Office, including attempted murder, and faces additional charges in a parallel proceeding in federal court.

During his interrogation, **DePape** spouted a host of unfounded conspiracy theories. He likened what he said were Democrats' smears against Trump to the 1970s-era Watergate scandal, suggesting the Democratic National Committee, former Secretary of State Hillary Clinton and Pelosi had conspired to spy on Trump's campaign. There is no basis for those theories, which have circulated on fringe, far-right websites.

"They are criminals. Not only were they spying on a rival campaign," **DePape** said, "they were submitting fake evidence to spy on a rival campaign, covering it up, persecuting the rival campaign. It's just like an endless f--ing crime spree."

He added, "It's just like the whole f--ing four years until they were finally able to steal the election."

The recorded interrogation also includes **DePape**'s recollection of how the events leading up to the attack unfolded, details he recalled in a calm and unapologetic manner.

**DePape** told the investigator that he entered the home by breaking a back door made of thick glass, which he cut himself on while forcing his way through the opening.

He said he wandered through the Pelosis' spacious residence until he found **Paul Pelosi** asleep in bed upstairs.

"It was not easy. That is like special glass," **DePape** said. "He was asleep. All that noise, he did not hear."

After **Paul Pelosi** awakened, **DePape** said he told him he was looking for the speaker. **Paul Pelosi** told him that his wife wouldn't be home for several days and asked how they could resolve the situation, **DePape** said.

At first, **DePape** said he had wanted to tie **Paul Pelosi** up with twist ties in his pocket, so he could sleep because he was winded from breaking the door and walking to the home carrying a heavy backpack.

But, he said, **Paul Pelosi** kept talking and started moving toward what looked like an elevator door.

**DePape** said he blocked his path. **Paul Pelosi** then went into the bathroom and dialed 911 on his cell phone. **DePape** said he threatened Pelosi but made little effort to stop the call.

When the call was over, **DePape** said he warned Pelosi that he would not be stopped by law enforcement because he has "other targets" and that he had come to fight tyranny and would never give up.

"I told him that 'I'm not going to surrender, I'm here for the fight,'" **DePape** said. "It's like, if you stop me from going after evil, you will take the punishment instead."

**DePape** said he eventually followed **Paul Pelosi** downstairs. He said he soon saw flashing police lights, though Pelosi tried to assure him the police would go away if they didn't answer the door. But after the officers knocked, **DePape** said Pelosi ran and flung the door open.

**DePape** said Pelosi then grabbed his hammer to try to stop him from retaliating. **DePape** said he was angry because he had warned Pelosi he would not surrender.

"So, I basically yanked it away from him and hit him," **DePape** said. "It was not a tap. It was full force."

At that point, police officers brought **DePape** to the floor.

**DePape** said he did not recall where he hit Pelosi with the hammer, or how many times he hit him.

When the investigator asked **DePape** if he regretted attacking Pelosi, he responded, "No, it needed to be done."

Dustin Gardiner (he/him) is a San Francisco Chronicle staff writer. Email: dustin.gardiner@sfchronicle.com Twitter: @dustingardiner

Caption:
In a jailhouse interview shortly after his arrest, the suspect accused in the attack of **Paul Pelosi** in October, David Wayne **DePape**, told police that he targeted the Pelosi home because he planned to hold U.S. Rep. Nancy Pelosi hostage. He was enraged by what he said were lies that she and Democrats had spread about former President Donald Trump.

"It originates with Hillary, but like Pelosi ran with the lie as much as or more than anyone. Honestly, like, day-in day-out, the person who was on the TV lying every day was Pelosi," **DePape** said during the Oct. 28 interview, according to a recording that law enforcement officials released Friday.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108227019

**San Francisco Chronicle (CA)**

January 28, 2023

Edition: MN
Section: A
Page: A001

Author: *Rachel Swan*

Article Text:

In the span of 14 seconds, San Francisco police officers had to make a series of tactical decisions as they stood in the doorway of U.S. House Speaker Nancy Pelosi's home in Pacific Heights, watching two men struggle over a hammer.

When a large man in shorts, later identified as 42-year-old **David DePape**, wrested the hammer from Pelosi's 82-year-old husband, **Paul Pelosi**, and began to lunge at him, officers had every justification to fire their guns, according to use-of-force experts who watched the action unfold in a police body-worn camera video released Friday. But **DePape**'s attack happened extremely quickly, leaving officers to tackle **DePape** moments after the hammer blow.

In the seconds before that, the officers tried to de-escalate the situation. For a department dogged by past controversies -- including the 2016 fatal shooting of an unarmed woman in the Bayview neighborhood that prompted the resignation of then-police Chief Greg Suhr -- Friday's video marked a notable turn.

Yet the law enforcement methods depicted in the video divided people familiar with police procedure. Some praised the show of restraint, while others argued that the officers, knowing they had been called to help the husband of one of the country's top political leaders, should have done more to intervene.

San Francisco police and other emergency responders came under scrutiny after the stunning assault, which occurred after 2 a.m. on Oct. 28 when an intruder broke into the Pelosis' three-story brick home, allegedly with a bizarre plan to kidnap and interrogate the then-House speaker.

Police arrived at about 2:31 a.m., records show, eight minutes after **Paul Pelosi** furtively called 911 from a bathroom. But the officers who confronted both men in the foyer did not prevent **DePape** from being able to bludgeon **Paul Pelosi** with a hammer.

In the ensuing weeks, some observers appeared baffled by the officers' response, and questioned how a violent attack on someone so powerful could have occurred right in front of them.

A 911 dispatcher had told the officers they were headed to the Pelosi residence and that it was a "sensitive location," according to a spokesperson for the city's Department of Emergency Management. San Francisco's 911 system has procedures to notify responders when an incident occurs at or near such sensitive locales, the spokesperson said.

"In our review of the incident, we found our dispatchers acted in accordance with established protocols and utilized their training, experience and intuition to save a life," a spokesperson for the department said. Spokespersons for the Police Department declined to comment.

After reviewing the body camera footage, Timothy Williams, a retired senior detective supervisor at the Los Angeles Police Department, saw a series of missteps in the emergency response, starting with the 911 call.

"The Pelosi residence should have been a major number at the dispatch," he said. He suggested that the dispatcher wasted time as she asked Pelosi questions during the call, and that the officers who arrived on the scene were "lackadaisical."

One detail that caught Williams' attention occurred 25 seconds into the video, when the officer wearing the camera turned and recorded a fellow officer, who appeared to be looking at a cell phone.

Given Nancy Pelosi's status -- at the time she was third in line for the presidency -- the officers should have approached the home with heightened urgency, Williams said. He said they should have positioned tactical units at the front and back of the home, and arrived with guns drawn low -- and then used some form of force to subdue **DePape** as soon as they glimpsed the hammer.

Three other experts who watched the video offered a different analysis, and commended the officers' approach.

Former Boston police lieutenant and criminologist Tom Nolan, who is often critical of law enforcement, said that in this case, San Francisco police acted strategically in a rapidly unfolding situation. Seconds elapsed from the moment the door opened to when the officers shined a flashlight, saw the hammer, registered it as a deadly weapon, then witnessed **DePape** lunge and appear to swing at Pelosi.

"Once the suspect lunges for Mr. Pelosi with the hammer, the officers would be justified in using deadly force, because this is an individual who is using a dangerous weapon to attack a victim," Nolan said.

He said that at this point "they made a decision that involved the utmost in restraint." There was a risk of seriously injuring Pelosi had one of the officers fired a gun into the entryway.

Moreover, Nolan said, it's unclear whether the officers had time to unholster their weapons.

Ed Obayashi, a law enforcement training expert based in Plumas County, said it was appropriate for police to treat the call as a welfare check.

"Reading between the lines, these officers had no reason to believe there was a life-threatening emergency," Obayashi said. "Why are you going to call a tactical alert for something very vague, when not a lot of facts are known?"

He pointed out that the whole response would have changed had the 911 dispatcher heard a scream or a threat over the phone.

Charles Key, a former Baltimore police officer who now works as a police practices consultant in Virginia, said he believes the officers made the right call and followed their training by not firing their weapons. However, he saw the video as a possible illustration of how emphasis on de-escalation can backfire.

"I can't imagine in today's world that any officer would have come in, drawn, and fired before saying anything," Key said, referring to a renewed emphasis on police reform after the murder of George Floyd in 2020.

"There are times," Key said, "when the failure to act can result in someone getting hurt."

Chronicle staff writers Annie Vainshtein and Nora Mishanec contributed to this report.

Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@sfchronicle.com
Twitter: @rachelswan

Caption:
In the span of 14 seconds, San Francisco police officers had to make a series of tactical decisions as they stood in the doorway of U.S. House Speaker Nancy Pelosi's home in Pacific Heights, watching two men struggle over a hammer.

When a large man in shorts, later identified as 42-year-old **David DePape**, wrested the hammer from Pelosi's 82-year-old husband, **Paul Pelosi**, and began to lunge at him, officers had every justification to fire their guns, according to use-of-force experts who watched the action unfold in a police body-worn camera video released Friday.
But **DePape**'s attack happened extremely quickly, leaving officers to tackle **DePape** moments after the hammer blow.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108227017

**San Francisco Chronicle (CA)**

January 29, 2023

Edition: BA
Section: E
Page: E001

**Paul Pelosi attack video serves as snapshot of broken America**

Author: *Joe Garofoli*

Article Text:

At roughly the same time Friday that the world saw the video of a QAnon believer bludgeon **Paul Pelosi** unconscious with a hammer, Republican National Committee Chair Ronna McDaniel was telling delegates gathered in Orange County why they were meeting in deep blue California.

Because, McDaniel said, "I just wanted to rub Nancy Pelosi's face in it one more time."

McDaniel, who was re-elected Friday, was talking about Republicans winning back the House last fall. Yet by continuing to demonize the former Democratic House speaker, she wasn't just fortifying the path that led **David DePape** -- a loner living in a Richmond garage -- to allegedly break into Pelosi's Pacific Heights house in the middle of the night in search of the speaker.

She was ensuring that there would be more following behind him.

McDaniel's quip emphasizes the degree to which many Republicans simply cannot help themselves when it comes to vilifying Nancy Pelosi and other Democrats, no matter the cost. McDaniel did not have the discipline or the decency to hold back even on a day in which the world was watching an endless loop of an octogenarian being pummeled.

**DePape** told investigators he intended to hold Nancy Pelosi hostage and that if she didn't confess to the "lies" she was telling about stolen elections (they were not stolen), "I was going to break her calves."

Instead, **DePape** found her husband, Paul.

And that is the video the world finally saw Friday. An unhinged man influenced by hateful, violent rhetoric and the unsuspecting 82-year-old he knocked unconscious after police arrived.

The still images of the video don't just lay bare the chaotic, bizarre scene that night. They are a snapshot of how broken America is.

And they illustrate how political violence in America is escalating every day. How the partisan divide in America is growing wider. How those divisions are making Americans turn on each other. And be unrepentant. And disbelieving in anything we see that doesn't cleanly align with our point of view, even when we see it in graphic video.

"Where is the evidence of breaking and entering?" criminal defense attorney Brian Claypool said Friday on Fox News after the video was released. The host said that there's video of **DePape** smashing glass.

"I haven't seen that," Claypool said.

"It's on the screen right now," the host said as the video of **DePape**'s entry flashed.

"Maybe that's true, maybe I'm wrong," Claypool said. Then he quickly pivoted to asking, "What is the (Department of Justice) doing?"

Seeing isn't believing for a lot of Americans.

A year after the Jan. 6 insurrection at the Capitol in which five people died and 138 law enforcement officers were injured, only four in 10 Republicans recalled the attack as "very violent" or "extremely violent," according to an Associated Press-NORC Center for Public Affairs Research survey.

That wasn't the impression from those who were pummeled by rioters.

"It was like something from a medieval battle," Aquilino Gonell, a Capitol Police sergeant, told the Jan. 6 commission. Insurrectionists doused him in chemicals and beat him with a pole, an American flag still attached to it.

Yet three in 10 respondents to the survey said it wasn't violent.

They are swallowing the same disinformation that many spread online about **Paul Pelosi**'s attack. It wasn't 12-follower Twitter users shoveling that garbage. It was spread by everyone from Trump to Twitter CEO and Tesla founder Elon Musk, who shared an anti-LGBTQ conspiracy theory about the attack. Within hours, Musk's missive had been retweeted more than 30,000 times and liked more than 110,000 times, before being deleted less than an hour later.

As my Chronicle colleague Shira Stein reported Friday, the release of the attack video didn't silence conspiracy theorists. It inspired new ones.

It is the kind of misinformation that feeds people like **DePape**. And what pushed him into that frame with **Paul Pelosi**.

It is wrong to dismiss **DePape** as an outlier, someone firing off online screeds from inside his lonely garage to a nonexistent audience.

His blogs were filled with references to far-right conspiracy theories, QAnon insanity and racist and anti-LGBTQ ramblings. Weeks before the attack, he created posts with headlines like "Communist Voodoo science," "Feminist gets owned" and "The woke are Racists with a guilty conscience." His former girlfriend told The Chronicle last year that he struggled with mental illness.

"I told him that I'm not going to surrender, I'm here for the fight," **DePape** recounted to investigators in footage of his interrogation released Friday. "It's like, if you stop me from going after evil, you will take the punishment instead."

He is not alone. And that's the terrifying part.

One in five Americans believes that violence can be at least sometimes justified "to advance an important political objective," and half believe that a civil war is on the way "in the next few years," according to a nationwide survey by researchers at UC Davis' Violence Prevention Research Program last year.

The survey found that nearly 19% of the respondents strongly or very strongly agree with the statement that "if elected leaders will not protect American democracy, the people must do it themselves, even if it requires taking violent actions." Meanwhile, about 16% feel the same way about the statement, "Our American way of life is disappearing so fast that we may have to use force to save it."

If more people take to using violence to support their political views, videos like what surfaced Friday won't be the exception.

Joe Garofoli is The San Francisco Chronicle's senior political writer. Email: jgarofoli@sfchronicle.com Twitter: @joegarofoli

Caption:
1) PHOTO: Profile portrait of staff writer Joe Garofoli at the Chronicle photo studio in San Francisco, CA, Friday, May 6, 2016.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108248893

**Mission Local (San Francisco, CA)**

January 30, 2023

Section: Featured

Topics:

**Index Terms:**
Front Page, Government, Instagram, Newsletter, Topics, Trouble, Nancy Pelosi

**Paul Pelosi attack footage released — to the delight of voyeurs, extremists**

Author: *Joe Eskenazi*

Article Text:

In the federal criminal complaint against **David DePape**, the 42-year-old conspiracist who in October beat **Paul Pelosi** with a hammer, there's a passage seemingly lifted from an episode of "Curb Your Enthusiasm."

It's 2:31 a.m., and the door of Chez Pelosi is opened to the police. Within, **DePape** and pajamas-clad Pelosi are dancing an awkward pas-de-deux of sorts, each with his hand on a menacing claw hammer. Per the complaint, "Pelosi greeted the officers. The officers asked them what was going on. **DePape** responded that everything was good." (emphasis mine).

If you can imagine Jeff Garlin and Larry David in such a situation, it's funny. But, on Friday, the police body-cam footage of the attack was made public and disseminated worldwide. And with **DePape** and Pelosi portraying themselves, it's not. **DePape**, listed at 6-foot-2 in his booking documents, has the appearance of a rugby player gone to seed. Pelosi is 82. It is a brutal video; even the cop who quickly responds to the violence yells, "oh, shit!"

Numerous local and national media outlets ran the footage with variations of a carnival barker-like headline: Watch the dramatic attack! After observing Pelosi get his head bashed in, viewers were treated to web advertisements (a lady doing yoga and using skin lotion; a kid hiding in a box in a commercial hawking app software. The sponsors must be thrilled with the ad placement).

Sadly, we haven't yet really achieved the cool and uplifting elements of classic science fiction novels — but the monetization and public consumption of real violence and insatiable demand for stimulation foreseen by Ray Bradbury and others has long since come to pass.

All in all, the Pelosi video is just another brick in the wall. In fact, it was not even the most awful video released on Friday: That would be footage of five Memphis police officers beating and Tasing Tyre Nichols to death.

Perhaps it's worth taking a step back and noting that a regular person who merely wants to stay on top of the news finds themself regularly besieged with videos of real people being harmed or killed.

But there are also plenty of irregular people who love that kind of stuff. And they will especially enjoy this video of Nancy Pelosi's husband being beaten with a hammer.

See more

I don't know if it's good for us as a society that we've created the expectation that normal members of the public should be regularly exposed to traumatic imagery of violent crimes in the course of staying up to date on the news. pic.twitter.com/ujD7NioLla

— Julia Carrie Wong (@juliacarriew) January 27, 2023

Following **DePape**'s Oct. 28 arrest, we talked to Abner Hauge, the founder of Left Coast Right Watch, a website that monitors far-right extremism. It was clear that police body-cam footage of the attack would find its way into the public domain, and Hauge was clear on how violent right-wingers would react: They "are gonna love it. These are people who get off on violence. They love watching people they deem 'evil' being hurt or killed."

This attack footage would be fetishized and meme-ified and used for both recruitment purposes and just for shits and giggles. It would be spread throughout the right-wing web and serve as "chum in the water." It is proof positive that "you can do this."

At a hearing last week, **DePape**'s defense attorney argued against the release of this footage. Among his concerns was that its dissemination would add fuel to the dopey and homophobic conspiracy theories like the one that **DePape** was, in effect, a rent boy and this was a lover's dispute between him and Pelosi (a news outlet that earlier reported Hillary Clinton was dead and had been replaced by a doppelgänger wrote up a story about this, which was dutifully retweeted by that Ben Carson of tech, Elon Musk).

The attack video has been released; clearly, these were not compelling arguments. Because, truth be told, the most pressing concern isn't about people who don't think this happened. These are people who will never be convinced by clear, factual evidence anyway — and who would've certainly read something sinister and conspiratorial into the government moving to suppress the footage.

The real danger is among viewers who know this attack happened. And think it's great.

"As we saw with the shootings over the weekend, there are a lot of people who are ready to explode, and it's just a matter of when they come in contact with a lighted match," said Michael Boorman, an extremism researcher at Left Coast Right Watch.

"My worry would not be about something else happening to a national-level politician. My big worry would be that the same kind of thing will happen to some local official who does not have security and isn't prepared for that. The worst-case scenario is someone is watching this who already has a bunch of political grievances they want to act on and is going to go find a guy on the school board or a health official he blames for the covid lockdown."

And, adds Hauge, "they won't just think 'yeah, this motivates me to do this.' They'll think, 'That guy did it and made it look easy.'"

This video will be put in front of untold numbers of viewers who think thoughts like that. It will reverberate up, down and sideways around the right-wing web infrastructure, pushed along by pseudonymous people or weirdos who only seem to be a big deal on social media platforms and eventually be amplified by more serious right-wing figures; the kinds of guys who wear Brooks Brothers jackets and regimental ties when fulminating about racist conspiracies more closely associated with people marching with tiki torches.

So, the video will get out there. It always does. Jonathan Lewis, a research fellow at the Program on Extremism at George Washington University, notes that violent zealots often bypass the middleman to ensure this happens.

"We've seen right-wing extremists who undertook some of the most horrific acts of violence — the shootings in Christchurch at the mosque; the shootings in Buffalo at the Tops supermarket — intentionally live-stream," he says. "They put on a body-cam and recorded themselves engaging in this act of violence because they wanted to show the world what they were doing."

When ostensibly responsible media outlets glibly broadcast real instances of mayhem and death — Watch the dramatic attack! — they are, in essence, doing the assailant's work for him.

So, this is something that merits introspection.

"The fact is," warns Lewis, "you have a not-insignificant subset of people who will look at this and say, 'This is good.'"

The situation only grows more complex, because the legal argument to reveal this footage to the public is so uncomplicated.

Attorney Thomas R. Burke handled the matter for a consortium of media outlets who demanded access to the materials. Burke pretty much won his case in a walkover, because the footage in question was all presented in open court, making it prima facie fair game for the public.

"If the videos are going to be used by white nationalists to celebrate the moment, that's a possibility," he acknowledged. But it would be a greater problem "to not allow the public to know what's going on in a courtroom."

David Loy, the legal director of the First Amendment Coalition, emphasized this point. "When a party introduces evidence in open court, the public has the right to view and access that evidence. We don't have secret courts and secret justice in this country."

Could this material be weaponized? Of course. But "you do not want the government or a court deciding whether or not something should be made public, depending on the expected use of the information," says James Wheaton, the founder of the First Amendment Project.

"The public right to know specific information vs. perceived misuse of said information is nothing the court, or any branch of government, can or should do anything about."

These are winning arguments; we are, after all, viewing the footage. To have the government intervene would, in Loy's words, be "a cure worse than the disease." To expect amoral social media outfits and web platforms to adequately police the use of this material is naive — and, as noted earlier, even much of legacy media has chosen to blithely amplify the lurid content.

In the end, we stand and fall based upon the better angels of our nature. This is, and always has been, a dodgy proposition.

**David DePape** may yet be found innocent. He may be found guilty. But he was definitely wrong about one thing: Everything is not good.

This article originally published on Jan. 27.

Follow Us

Copyright (c) 2023, Mission Local

Record Number: d98f9f5240ff8faa88f02da17e37ac480ee8e2

**San Francisco Examiner (CA)**

January 31, 2023

Section: Crime

Topics:

**Index Terms:**
News

**Feds charge Bay Area engineer for participating in Jan. 6 insurrection**

Author: *Marcus White | Examiner staff writer*

Article Text:

A sixth Bay Area resident is facing federal charges for participating in the Jan. 6 U.S. Capitol insurrection.

Federal law enforcement on Sunday arrested 59-year-old Santa Clara resident Patrick Bournes. Online sleuths attempting to identify participants in the riot had nicknamed the bespectacled Bournes the "#TunnelAccountant" after he was recorded in multiple concurrent videos from the insurrection.

The U.S. Department of Justice charged Bournes with a felony count of obstruction of law enforcement during a civil disorder and four other misdemeanors.

Barnes is, according to prosecutors, one of more than 950 people arrested in the two years since Jan. 6, the day in which hundreds of supporters of former President Donald Trump sought to halt the certification of President Joe Biden's electoral college victory.

Public video, as well as footage captured by security cameras, police body cameras and participants in the violence on Jan. 6 showed Bournes among a crowd of people who pressed up against police in the Capitol's Lower West Terrace, an entrance also called "the tunnel."

The location was one of the most violent during the insurrection, as rioters attacked law enforcement defending the tunnel for more than two-and-a-half hours.

Bournes was among a group of people who rocked back and forth against the police line, which later used a wall of police riot shields to try to push past law enforcement.

In an affidavit attached to Bournes' arrest warrant, an FBI special agent included screenshots of security footage showing Bournes help push what is believed to be a U.S. Capitol Police riot shield back into the crowd.

The FBI received a tip more than a month after the insurrection that Bournes was pictured in a photograph the agency had shared. He was also pictured in a number of screenshots circulating online, and citizen investigators started calling him the "#TunnelAccountant" because of his unassuming glasses.

The agent then discovered Bournes' LinkedIn profile picture and California driver's license photo, both of which they felt looked like Bournes. That profile indicates Bournes is a mechanical engineer for Johnson and Johnson's eyesight division.

A relative living in Arlington, Virginia later said they hosted Bournes so he could attend Trump's now-infamous "Stop the Steal" rally in Washington. The relative also identified him in a photo from Jan. 6.

Five other Bay Area residents have been accused of participating in the riot, including a onetime San Francisco web developer pleaded guilty on Tuesday to unlawfully entering the U.S. Capitol. Prosecutors dropped a felony charge and three misdemeanors in exchange for his guilty plea.

Echoes of the insurrection have been heard locally in actual violence. In a recording of his jailhouse interview that was released to the public last week, **David DePape** — the man who allegedly attacked Nancy Pelosi's husband in the couple's San Francisco home — falsely claimed to police that Pelosi and the Democrats were on "an endless f--king crime spree ... until they were finally able to steal the election."

You can read the full FBI affidavit below.

Copyright © 2023 San Francisco Examiner.

Record Number: 5a365d1b0a2753686d12a86bf9686e8a2ebc6

**San Francisco Chronicle (CA)**

February 5, 2023

Edition: BA
Section: E
Page: E003

**Tips to protect mental health amid traumatic news**

Author: *Catherine Ho*

Article Text:

Last week brought a relentless wave of horrific news events: two California mass shootings two days apart, the release of video footage showing Memphis police officers' violent beating of Tyre Nichols, and the release of a body-cam recording showing an intruder's attack on House Speaker Nancy **Pelosi's husband**, Paul, in the couple's San Francisco home.

Each incident was disturbing, and in some cases exacerbated the stress many communities -- including Asian American and Pacific Islanders, Black Americans and migrant workers -- have already experienced as instances of anti-Asian violence and police brutality gained in visibility during the last few years.

News consumers who want to stay engaged and aware of current events can find it difficult to process traumatic news stories in a way that best protects their mental health.

"There's a balance between being informed and behaving in ways that can be harmful for our own mental health and resilience," said Debra Kaysen, a Stanford clinical psychologist and researcher who studies post-traumatic stress disorder. Here are some of her tips, and resources that can help:

1. Limit your consumption

Research shows that consuming more than about 20 minutes of traumatic news a day is harmful to one's mental health, Kaysen said. This is especially true when watching videos, which often provoke a more emotional response -- and thus exert a higher mental health burden -- than reading a report about an incident.

Studies have found that the more time people spent viewing media on the 9/11 terrorist attacks, the more likely they were to experience psychological distress. Other research shows that being exposed to online media about the detainment of undocumented immigrants or police killings of unarmed citizens is associated with higher levels of depressive symptoms among Black and Latino teens and adolescents -- indicating that

race-related traumatic events take a toll on people who don't experience it themselves but who see it directed at members of their own racial or ethnic group.

One recent study on "doomscrolling" -- or reading worrisome stories, one after another, on a phone or computer -- during the pandemic showed that the more time people were exposed to news about COVID, the worse their mental health was. They felt more anxious and depressed, were more worried about COVID and were more likely to turn to substances such as drugs or alcohol to cope.

"The more time people spend, the less good it is for their mental health, especially around these types of events," said Kaysen, a co-author of the doomscrolling paper, which focused on lesbian and bisexual women and was published in the journal Psychology of Sexual Orientation and Gender Diversity.

2. Seek information from high-quality news sources

"You can think about it almost like your diet," Kaysen said. "If you consume a lot of junk food, it's not so healthy for your body. If you're getting a lot of your information from less-nutritious news reporting, that's not so healthy for you either."

High-quality news comes from reputable sources and is informative, while low-quality information is designed to get clicks or generate hurt and outrage, she said.

3. Step away and do something that brings you joy

"If you're going to spend time looking at this, making sure you move away from your keyboard and are doing other things can be helpful," Kaysen said.

She suggests taking a walk, connecting with your kids, talking to a friend, exercising or creating something. Kaysen herself turns to baking. "I'm a 'procrasti-baker,'" she said. "I feed people. For me, it's life-affirming. So that's what I do when I'm feeling the pain around what I see happening around us."

Leaning on your network of friends and family is especially important, because one of the most consistent predictors of one's ability to recover from trauma and build resilience is having strong social connections, Kaysen said.

5. Acknowledge your emotions, and examine the messages you tell yourself

"When people are having emotions about things that are happening, around loss, sadness, grief, injustice, feelings of anger, allowing yourself to feel those emotions rather than try to push them away can be quite helpful," Kaysen said. "At the same time, if you're having thoughts that might go to extremes, look at the thoughts and whether those are completely true."

For example, she said, saying that mass shootings are more common in the U.S. compared to other countries moves you toward problem-solving. But saying that mass shootings are happening all the time, everywhere, is extreme and raises anxiety, and

doesn't move you toward something helpful. If you notice thoughts are feeding emotions in ways that are not helpful, that is something you can shift, she said.

"I think about it as mental yoga," Kaysen said. "Sometimes our thoughts get rigid, like our bodies get rigid, and it's about having flexibility in your thinking."

6. Seek help if you're distressed

Kaysen recommends free resources, including the Stanford app Pause A Moment, a self-guided online tool that can direct you to techniques and exercises to cope with specific mental health needs, such as anxiety.

The Veterans Administration has developed mental health programs that are free and available to everyone, not just veterans. The mobile app includes coaching for PTSD, mindfulness and insomnia.

Those with more immediate needs should seek care with a mental health provider.

The National Alliance of Mental Illness hotline for mental health crises and suicide prevention is 800-950-6264.

The Asian Mental Health Project includes more than a dozen hotline numbers for various affinity groups and needs and links to directories to find therapists.

The Black Emotional and Mental Health Collective has information about coping strategies, self check-ins and a directory to find mental health professionals by location.

The American Psychological Association has resources on coping with shootings, including how to manage distress in the aftermath of a shooting and how to talk to children about shootings.

The National Mass Violence Victimization Resource Center includes information on self-help, crisis counseling, victim assistance, and financial and legal assistance to victims of crime and their families.

Catherine Ho (she/her) is a San Francisco Chronicle staff writer. Email: cho@sfchronicle.com Twitter: @Cat_Ho

Caption:
1) PHOTO: Leto Sze, 9, and father Michael Sze hold candles last month as they listen during the AAPI Unite candlelight vigil honoring the victims of the Monterey Park, Half Moon Bay and East Oakland shootings in Oakland. (Gabrielle Lurie/The Chronicle)

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108432947

**San Francisco Examiner (CA)**

February 7, 2023

Section: Politics

Topics:

**Index Terms:**
News

**Paul Pelosi a State of the Union guest three months after attack**

Author: *Marcus White | Examiner staff writer*

Article Text:

**Paul Pelosi** on Tuesday night will make his most prominent public appearance since he was attacked in his home last October.

Pelosi, the husband of longtime San Francisco U.S. Representative Nancy Pelosi, will be a guest of First Lady Jill Biden during President Joe Biden's State of the Union Address.

The 82-year-old previously attended the Kennedy Center Honors in December, a little more than a month after he sustained a fractured skull during a home invasion that the alleged attacker told police was politically motivated.

**David DePape** faces federal and state charges in the attack. Last month, a San Francisco judge ordered the release of police body camera footage showing **DePape** striking Pelosi in the head with a hammer, as well as audio of an interview with police.

During that interview, **DePape** said he planned to break Nancy Pelosi's kneecaps if she didn't admit her complicity in multiple Democratic Party criminal conspiracies against former President Donald Trump.

"It's like, they go from one crime, to another crime, to another crime, to another crime, and it's just, like, the whole f--king four years until they were finally able to steal the election," **DePape** said, invoking Trump's "Big Lie" about the 2020 presidential election and the former president's false claims that Democratic candidate Hilary Clinton spied on his campaign in 2016.

**DePape** told KTVU last month that he was "so sorry I didn't get more of them" before he was arrested.

"Now that you all have seen the bodycam footage, I have an important message for everyone in America: You're welcome," **DePape** said.

The White House noted in a press release that **DePape** allegedly asked "Where's Nancy?" when he entered the couple's Pacific Heights home, echoing the rhetoric of rioters at the U.S. Capitol on Jan. 6, 2021 trying to find the location of the then-House Speaker.

It's unclear whether Pelosi's expected attendance alongside the first lady will extend to a mention in the president's speech. Nearly two months before the attack on Pelosi, Biden spoke in September about the threat to democracy that rising political violence poses, as well as its acceptance among "Donald Trump and the MAGA Republicans."

"We can't allow violence to be normalized in this country," Biden said in Philadelphia. "It's wrong. We each have to reject political violence with — with all the moral clarity and conviction this nation can muster. Now."

Copyright © 2023 San Francisco Examiner.

Record Number: 50efe218bd6d132f46fb3b2e6452760a955a9ee

**San Francisco Chronicle (CA)**

February 12, 2023

Edition: BA
Section: E
Page: E001

**Women of color have been bearing more political violence**

Author: *Justin Phillips*

Article Text:

There was a tone of frustration and courage in Carroll Fife's voice as the Oakland City Council member stood on the steps of City Hall on Monday morning and spoke about the racial and sexual threats that women of color in politics often receive.

Fife told a crowd of a few dozen people that female politicians of color often have to weigh whether to speak out, because it can open the door to more harassment.

"What this is essentially about is limiting democracy," Fife said. "They are seeking to stall and stymie the voices of people who are transforming the very thing we call government, in order to stop the change that they know is so desperately needed."

The press conference Fife organized felt like an escalation of a conversation she has been trying to have for a while now. During the Martin Luther King Jr. holiday last month, Fife revealed a sample of the repellent messages she receives in a Twitter thread. Her posts included voice mails of people referring to her using racial and gender slurs, and in one instance saying she should be raped and murdered.

Fife was joined outside City Hall by state Assembly Members Aisha Wahab and Mia Bonta; Oakland Mayor Sheng Thao; Council Member Nikki Fortunato Bas; and activist Cat Brooks, co-founder of the Anti Police-Terror Project; among others.

Brooks shared a chilling story about how, 14 years ago, the first threat of violence her family ever received was a threat of sexual assault made against her then 9-year-old child.

"People don't like what I have to say, and because they don't like what I have to say, they think it's OK to threaten my life, to threaten my home, to threaten my child," Brooks said, adding that threats of violence recently forced her family to move to a new home. "That was the first threat, and things haven't gotten much better since then."

Both the Anti-Defamation League and the Center for Democracy and Technology found in separate reports published in 2022 that women of color, and Black women in particular, are disproportionately subjected to online sexual harassment, racial abuse and threats of violence.

Meanwhile, a statewide survey conducted last year by the Public Policy Institute of California revealed that 40% of Californians and 48% of likely voters in the state anticipate an increase in political violence across the country over the next several years.

The threat isn't theoretical in San Francisco, where **Paul Pelosi** was brutally attacked in October by a home invader allegedly looking for his wife, former Democratic House Speaker Nancy Pelosi, and where local officials were bombarded by emails trafficking in right-wing conspiracy theories or celebrating the attack.

Bonta, who represents Oakland, has been working on state-level legislation intended to address these troubling realities for people in politics. Bonta's AB37, introduced in January, could allow candidates and elected officials to utilize campaign cash on personal and family security. As it stands, they can only spend money on security for themselves, and only after a threat against them has been verified by law enforcement.

Bonta said women of color who enter politics often have to ask themselves: "'Will our children be safe? Will our mothers be safe? Will I be safe?' ... And the real answer right now is, 'No.'"

Fife said she, too, would bring legislation "to make City Hall safer" as the Oakland City Council gets closer to returning to in-person meetings next month, but didn't provide specifics.

The press conference was one example of local Black people working to create a brighter future during the first full week of Black History Month.

Across town, about two hours later, Oakland Technical High School students were engaged in a planned walkout and block party in memory of Tyre Nichols, a Black man who had been killed by Memphis police officers last month. By the time I arrived, students were crowded in a cordoned-off section of Broadway, where some were using chalk to create an elaborate street mural calling for an end to state violence. Others filled a nearby bulletin board with handwritten notes expressing frustration and grief at Nichols' death.

The following day, I tuned in to the San Francisco Board of Supervisors meeting. The board's one Black supervisor and a major supporter of the city's reparations process, Shamann Walton, was unable to make a scheduled hearing on a bold reparations proposal, so the board moved it to March.

The postponement was announced ahead of Tuesday's meeting and before Walton found himself apologizing for flipping off someone he said harassed him at a Tyre Nichols rally the previous week. But it didn't sit well with longtime civil rights activist Rev. Amos Brown, who showed up and criticized supervisors for their delay.

He was the only audience member to do so.

Brown is a member of the San Francisco African Americans Reparations Advisory Committee that drafted the proposal, and of the state reparations task force that is developing its own broader proposal. Before leaving the podium, Brown, invoking February's significance as Black History Month, said: "By the way, this is also the month that I was born. And I'm 82 years old, and I ain't tired yet. I'm going to stay on the battlefield and fight until justice rolls on like a river, and righteousness like an ever-flowing stream."

It was one more reminder that the work continues -- and that the real work for racial justice is happening from the ground up.

San Francisco Chronicle columnist Justin Phillips appears Sundays. Email: jphillips@sfchronicle.com Twitter: @JustMrPhillips

Caption:
There was a tone of frustration and courage in Carroll Fife's voice as the Oakland City Council member stood on the steps of City Hall on Monday morning and spoke about the racial and sexual threats that women of color in politics often receive.

Fife told a crowd of a few dozen people that female politicians of color often have to weigh whether to speak out, because it can open the door to more harassment.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108631223

**San Francisco Chronicle (CA)**

February 12, 2023

Edition: MN
Section: A
Page: A001

**Flood of vitriolic Pelosi emails**

Author: *Sophia Bollag*

Article Text:

The attack on **Paul Pelosi** prompted a flood of vitriolic emails to San Francisco officials, many from people influenced by conspiracy theories who accused the district attorney of lying and corruption, records obtained by The Chronicle show.

In response to a California Public Records Act request, the District Attorney's Office released more than 150 pages of emails about the attack, most from people commenting on the office's handling of the case. The emails, some laden with racial slurs and expletives, help illustrate the extent to which misinformation that circulated online and was shared by prominent people including former President Donald Trump and Twitter CEO Elon Musk shaped the story of the attack.

The accused assailant, **David DePape**, was himself publishing erratic and unfounded claims online before he was arrested, including about election fraud, vaccines and the war in Ukraine. After officials announced that **DePape** broke into the home of House Speaker Nancy Pelosi and fractured the skull of her 82-year-old husband with a hammer, far-right sites began spreading inaccurate theories about the incident.

Several emails complimented District Attorney Brooke Jenkins' handling of the case, but most were critical. Many accused her of lying or covering up the circumstances surrounding the attack, often citing unsupported conspiracy theories
that **DePape** knew **Paul Pelosi**. Many contained links to far-right websites that promoted inaccurate information about the assault.

Some expressed glee over the violence.

"I personally would like to give him a medal," one emailer wrote about **DePape**. "That disgusting Nancy is finally getting the karma that should've come her way years ago."

Others were measured, and simply asked the department to release more information.

"As a citizen of California, I see no reason why the 911 call and officer body cam can't be released," one wrote. "Put any doubt to rest, let the people of California and the Nation see the truth."

Officials' initial decision not to release video footage of the attack appears to have fueled much of the skepticism and misinformation. Many of the emails alleged the withheld footage must contain evidence of misconduct.

"The cover up and corruption surrounding the incident involving **Paul Pelosi** is a disgrace," one wrote. "Why is evidence being kept secret?"

Though officials initially declined to release the footage, a judge ordered that the body camera video from responding officers, as well as 911 call audio and other footage, be released after media outlets including The Chronicle sued, arguing that the footage should be public. It was released to media outlets Jan. 27.

It's not surprising that officials' initial resistance to releasing the footage was seen as evidence of a cover-up, said Jason Blazakis, a professor who studies extremism at the Middlebury Institute of International Studies.

"People who tend to imbibe in conspiracy theories want to find answers to questions they have that fit their worldview," he said. "That absence of information fits this narrative that there was a secret conspiracy."

The release of the footage last month, however, sparked a new round of unfounded speculation from some right-wing media figures, underscoring the extent to which misinformation around the case has been almost impossible to quash.

"You would think that transparency or providing additional information would slow down or stop conspiracy theories, but we know from experience that it doesn't," said Kim Nalder, a professor of political science at Sacramento State. "That's why it's so difficult for institutions: Even when they are as transparent as possible, these things take off anyway.

Blazakis pointed to conservative Fox News commentator Tucker Carlson's claim that Pelosi identified **DePape** by his first name and called him his friend. In fact, in the audio of the 911 call released later, Pelosi says he does not know the intruder. In the background of the call, **DePape** can be heard saying that his name is David and that he is a friend, which Pelosi tells the dispatcher is not true.

The promotion of false information by people like Carlson with a platform on a major network like Fox News has allowed unfounded theories to go mainstream, Blazakis said.

"It really shouldn't be surprising to us that we have such a wide belief in conspiracy theories," Blazakis said.

Polling by NPR/Ipsos found some disinformation has spread beyond just far-right groups like the Proud Boys or Qanon. The poll, conducted in 2020, concluded that roughly 17%

of Americans believe the Qanon conspiracy that "a group of Satan-worshiping elites who run a child sex ring are trying to control our politics and media."

While many people who emailed the District Attorney's Office office signed their names to their messages, others sought to conceal their identity. Some expressed doubt about the official details of the case, pointing to perceived inconsistencies and changes to the Police Department's story, including initial confusion over who opened the door to the Pelosi home when police arrived.

Some conservative blogs seized on Police Chief Bill Scott's comment in the immediate aftermath of the attack that someone had opened the door as evidence that there was a third person in the home.

"The dishonesty of your office is staggering. It's amazing how the police have changed their story-telling on the Pelosi matter," one wrote. "It's obvious that they, and you, are corrupt as Hell."

The police footage of the incident confirms what the police and other officials have since clarified: that Pelosi was the one who opened the door, and that there was not a third person involved.

Others echoed **DePape**'s own claims about why he targeted Nancy Pelosi.

"You need to immediately arrest Nancy Pelosi and her husband **Paul Pelosi**," one wrote. "It's their own fault if Paul was actually attacked due to their illegal, immoral, and evil behavior."

Some people emailed many times. One man sent 13 vitriolic emails to the office in the days after the attack, some of which were heavily redacted by the District Attorney's Office and allege that **DePape** was a prostitute **Paul Pelosi** had hired. He called Jenkins, who is Black, "colored," and threatened her office: "when armed and dangerous homeowners come together, you basterds are in harms way."

Randy Quezada, a spokesperson for the District Attorney's Office, declined to comment on the **DePape** case.

"Prosecutors in this office are used to hearing from members of the public on all sorts of cases and do not let that interfere with their work to try cases fairly," he wrote in an emailed statement. "They follow the law, the facts and the evidence and are not swayed or discouraged by misinformation."

Some of the emails questioned whether the district attorney's handling of the case indicated special treatment of Pelosi.

One woman accused the District Attorney's Office of using a double standard for not charging Pelosi with "any of the crimes he committed during his drunken car crash" and argued that if he had been in jail, he would not have been beaten. The San Francisco District Attorney's Office was not involved in handling **Paul Pelosi**'s DUI case.

The Napa County District Attorney's Office did prosecute Pelosi after his Porsche collided with a Jeep in Napa in May 2022. He served two days in jail and faces three years of probation after pleading guilty to driving under the influence. He was sentenced in August.

One long screed filled with racial slurs seemed to accuse Apple of bribing **DePape** to attack Pelosi, and also claimed the company was behind an exhaustive list of high-profile news events, from Chris Rock's joke about Jada Pinkett Smith at the Oscars to the police killing of Breonna Taylor in Kentucky.

One emailer claimed the attack was orchestrated by the CIA. Another questioned whether Nancy Pelosi staged the attack to get back at her husband for his DUI.

Several emailers blamed Republican members of Congress and other conservative voices like Carlson for inciting the violence against Pelosi. But more argued that Democrats had staged the attack.

The Police Department released some similar emails.

One person claimed **DePape**'s social media was updated to make him seem conservative after the incident by "your corrupt buddies in the FBI."

"You truly are psychotic," he wrote. "You're just humiliating yourselves."

Other emails were more cordial.

"Can you please tell me who opened the front door for police, after they knocked on the front door of the Pelosi residence in the early morning of 10/28/22?" The email noted Scott's comment during a news conference that the front door was opened by "someone inside."

"Any information to tidy up this missing piece of the event will be greatly appreciated," the emailer wrote.

Reach Sophia Bollag: sophia.bollag@sfchronicle.com; Twitter: @SophiaBollag

Caption:
The attack on **Paul Pelosi** prompted a flood of vitriolic emails to San Francisco officials, many from people influenced by conspiracy theories who accused the district attorney of lying and corruption, records obtained by The Chronicle show.

In response to a California Public Records Act request, the District Attorney's Office released more than 150 pages of emails about the attack, most from people commenting on the office's handling of the case. The emails, some laden with racial slurs and expletives, help illustrate the extent to which misinformation that circulated online and was shared by prominent people including former President Donald Trump and Twitter CEO Elon Musk shaped the story of the attack.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108666637

**San Francisco Chronicle (CA)**

February 24, 2023

Edition: MN
Section: A
Page: A002

**Jury trial in Paul Pelosi attack likely in summer, lawyer says**

Author: *Annie Vainshtein*

Article Text:

The jury trial in the case against **David DePape**, the man accused of bludgeoning **Paul Pelosi** with a hammer in his San Francisco home in the fall, will likely proceed this summer, his attorney said Thursday.

In a short hearing Thursday, prosecutors and **DePape**'s defense attorney asked a San Francisco Superior Court judge to approve a date in April in which counsel will set a date for his trial in the state's case against him. He also faces charges in federal court.

**DePape** will be ordered present at the next state hearing on April 12.

"Preparing a case like this is just a lot of work, a lot of investigation, a lot of everything you can imagine," said San Francisco Deputy Public Defender Adam Lipson, who is representing **DePape**. "There's evidence that's in the FBI's possession that's still trickling in. ... I've never experienced anything like this before."

**DePape**, 42, is accused of carrying out a violent attack against the husband of then-U.S. House Speaker Nancy Pelosi in October. Prosecutors said **DePape**, armed with a hammer, broke into the Pelosi residence in the middle of the night with a plan to hold Nancy Pelosi hostage.

After a tense and lengthy encounter at **Paul Pelosi**'s bedside, **DePape** allegedly struck Pelosi with a hammer and fractured his skull. The bloody encounter was captured by a San Francisco police officer's body camera.

While in custody, **DePape** spoke candidly about hurting the speaker's husband and described the effort it took to break into the Pacific Heights home.

**DePape**, who is a Canadian citizen, pleaded not guilty to six charges brought by the San Francisco District Attorney's Office that include attempted murder and first-degree

residential burglary. He faces a parallel proceeding in federal court, where he pleaded not guilty to charges of attempted kidnapping and assault.

He faces life in prison if convicted.

Prosecutors have previously argued that the evidence obtained by investigators and the defendant's own statements show that **DePape** attempted to kill **Paul Pelosi** with "cold and calculated consideration."

Last month, **DePape** called the KTVU television newsroom from San Francisco County Jail and told a reporter that he attacked Pelosi because "people's individual liberties are under attack," the outlet reported. He also apologized for "not going further" and said he "should have come better prepared."

Lipson said he had "no comment" about **DePape**'s phone call.

Reach Annie Vainshtein: avainshtein@sfchronicle.com

Caption:
1) PHOTO: **David DePape**, who is accused of beating **Paul Pelosi** with a hammer, will likely go to trial in the summer. (Michael Short/HNP)

(c) San Francisco Chronicle 2023

Record Number: MERLIN_108961847

**San Francisco Chronicle (CA)**

February 27, 2023

Edition: MN
Section: A
Page: A002

**Musk defends Dilbert cartoon creator**

Author: *Annie Vainshtein*

Article Text:

Days after Dilbert comic strip creator Scott Adams was criticized across the country for going on a racist tirade against Black people on YouTube, Twitter and Tesla CEO Elon Musk came to his defense over the weekend.

In a Twitter thread overnight Saturday responding to news that Adams had said Black people are a hate group and he doesn't want to have anything to do with them, Musk replied that "the media is racist" against "whites and Asians."

The billionaire reportedly also tweeted, and then deleted, a reply to Adams' tweet about media outlets discontinuing his comic strip, in which he asked: "What exactly are they complaining about?"

Hundreds of media outlets across the U.S., including the Los Angeles Times, Washington Post and the USA Today Network of hundreds of papers, announced they would no longer publish the Dilbert strip after the cartoonist made inflammatory comments last week on his YouTube show, "Real Coffee With Scott Adams."

The Chronicle stopped carrying Dilbert last October after strips that, among other things, joked that reparations, proposed for African Americans because of slavery, can be claimed by underperforming office workers and that, to get around efforts to diversify workplaces, straight men should pretend they are gay, said Emilio Garcia-Ruiz, editor in chief.

In his show Wednesday, Bay Area resident Adams referenced a recent Rasmussen Reports poll of 1,000 American adults who asked whether they agreed with the statement: "It's OK to be white."

According to the Rasmussen poll, 72 percent of Americans agreed with the statement, including 53 percent of Black respondents, and 22 percent of Americans disagreed, including 26 percent of Black respondents.

The phrase itself cropped up as part of a 2017 trolling campaign by members of the white nationalist "alt-right" movement in the online forum 4chan. White supremacists, who had used the phrase long before the campaign, promoted it on flyers and website links, The Chronicle reported.

In Adams' video, he referenced the poll and called Black people "a hate group," adding, "the best advice I could give to white people is to get the hell away from Black people."

"It makes no sense whatsoever as a white citizen of America to try to help Black citizens anymore," Adams said, adding that he escaped by living in a neighborhood with a "very low" Black population.

Since he became Twitter CEO in October, Musk, who has called himself a "free speech absolutist," has reinstated far-right and even neo-Nazi accounts on Twitter that previously had been banned for hate speech and sharing misinformation.

A study from the Center for Countering Digital Hate, the Anti-Defamation League, and other groups that study online platforms found that tweets expressing hate speech and antisemitism skyrocketed in the weeks after Musk took over Twitter, the New York Times reported.

The Network Contagion Research Institute found that the use of the racial epithet "n--" spiked nearly 500 percent on Twitter in the 12 hours after his deal was finalized, The Chronicle reported.

Musk himself has amplified baseless conspiracy theories in his tweets, including one in October related to the attack on then-House Speaker Nancy **Pelosi's husband** in San Francisco, and another in 2018 in which he called a British explorer who participated in a dramatic cave rescue in Thailand a "pedo guy."

The next year, a civil court jury cleared Musk -- who deleted the tweet and apologized -- of defamation allegations.

His automotive company, Tesla, has also been at the center of several lawsuits alleging racist practices and sexual harassment in the workplace. An investigation by the California Department of Fair Employment and Housing resulted in the department suing Tesla for "widespread discrimination."

Reach Annie Vainshtein: avainshtein@sfchronicle.com

Caption:
Days after Dilbert comic strip creator Scott Adams was criticized across the country for going on a racist tirade against Black people on YouTube, Twitter and Tesla CEO Elon Musk came to his defense over the weekend.

In a Twitter thread overnight Saturday responding to news that Adams had said Black people are a hate group and he doesn't want to have anything to do with them, Musk replied that "the media is racist" against "whites and Asians."

The billionaire reportedly also tweeted, and then deleted, a reply to Adams' tweet about media outlets discontinuing his comic strip, in which he asked: "What exactly are they complaining about?"

Hundreds of media outlets across the U.S., including the Los Angeles Times, Washington Post and the USA Today Network of hundreds of papers, announced they would no longer publish the Dilbert strip after the cartoonist made inflammatory comments last week on his YouTube show, "Real Coffee With Scott Adams."

The Chronicle stopped carrying Dilbert last October after strips that, among other things, joked that reparations, proposed for African Americans because of slavery, can be claimed by underperforming office workers and that, to get around efforts to diversify workplaces, straight men should pretend they are gay, said Emilio Garcia-Ruiz, editor in chief.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_109043213

**San Francisco Chronicle (CA)**

March 21, 2023

Edition: 5star
Section: B
Page: B007

**Rock jokes about Paul Pelosi at Sandler ceremony**

Author: *Aidin Vaziri*

Article Text:

Chris Rock is not over that Oscars slap.

During the Kennedy Center's Mark Twain Prize for American Humor honoring Adam Sandler, the comedian again referenced the 2022 Academy Awards ceremony when Will Smith walked onstage and slapped Rock, comparing the incident to the attack on former House Speaker Nancy Pelosi's husband, Paul, who was hospitalized after a man broke into their San Francisco home and beat him with a hammer.

**"Paul Pelosi** (is) the only guy who knows how I felt," Rock quipped at the ceremony hosted at Washington, D.C.'s Kennedy Center on Sunday, March 19, as the Pelosis watched from the audience. "Just me and you, Paul. Just me and you, babe."

Sharing a few jokes that didn't make the cut in his recent Netflix special, "Selective Outrage," Rock joined a lineup of comedians, actors and filmmakers who praised Sandler, with Dana Carvey and Bay Area native Rob Schneider offering a musical tribute to their former "Saturday Night Live" co-star.

Rock also took the Academy Awards to task for snubbing Sandler despite his extensive body of work and many late-career triumphs.

"Those folks at the Oscars, they're f--ing assholes," he said. "If they don't want to give my man his props, then we will tonight."

The entire ceremony, featuring Rock's full remarks along with those of Drew Barrymore, Steve Buscemi and David Spade, will be broadcast on CNN at 8 p.m. Sunday, March 26.

Sandler, 56, who was honored for his wealth of beloved but critically derided films such as "Billy Madison" and "The Wedding Singer," also seemed to reference the Pelosi attack in his comments.

While holding the bronze bust of Mark Twain, the comedian who has earned more than $4 billion at the box office said, "As I look at this goofy award I'm holding, I just can't help but think this just may be the weapon used to bludgeon me, by an angry intruder ... or Mr. Rob Schneider."

Sandler is the 24th recipient of the Mark Twain Prize. Other comedians who received the lifetime achievement award include inaugural honoree Richard Pryor in 1998, Tina Fey, Eddie Murphy and Dave Chappelle, who last year toured with Rock.

Although primarily known for slapstick comedy and overgrown man-child characters often featuring his best friends such as Rock, Spade and Schneider, Sandler has excelled in dramatic roles in films such as "Punch Drunk Love" (2002) and "Uncut Gems" (2019).

Luis Guzman, who co-starred in "Punch Drunk Love," admitted he originally thought Sandler was "out of his depth" in a dramatic role scripted by auteur director Paul Thomas Anderson. But he came away impressed and praised Sandler's "total commitment to something that was so far out of his element."

Still, Sandler's longtime writing and production partner Tim Herlihy couldn't help but joke that the pair have been responsible for "31 motion pictures with a combined Rotten Tomatoes score of 59."

"You're making a terrible, terrible mistake," Conan O'Brien told the Kennedy Center at the beginning of the ceremony.

He added, "A lot of amazing, amazing people have flown to D.C. to say nice things about Adam Sandler. But have you asked yourself why so many of Adam's friends were available to speak tonight? I'll tell you why. 'Cause when Adam isn't working, they're not working."

Sandler, who was dressed in a suit "for the second time" in his life, told reporters on the red carpet ahead of the ceremony that he "never thought about this in my entire life, never expected anything like this."

Director and screenwriter Judd Apatow, Sandler's roommate during their early days in Los Angeles, recalled a young Sandler's boundless confidence and obvious talent.

"The moment you met him, you knew Adam was going to be a big star," Apatow said. "And so did Adam."

At the end of the ceremony, Sandler, who's from Manchester, N.H., paid tribute to his parents and siblings for arming him with "that weird irrational confidence" that propelled him through his three-decade career.

"When someone asks me, 'Those bad reviews you get -- how does that make you feel?' The reason they don't hurt me is because ... everything we do together makes me feel like the critics don't know what they're talking about," Sandler said.

The Associated Press contributed to this report.

Reach Aidin Vaziri: avaziri@sfchronicle.com

Caption:
1) PHOTO: Rock

(c) San Francisco Chronicle 2023

Record Number: MERLIN_109660807

**San Francisco Chronicle (CA)**

April 7, 2023

Edition: MN
Section: A
Page: A001

**Wiener the politician far right loves to hate**

Author: *Dustin Gardiner*

Article Text:

Of the thousands of threatening and hate-filled messages that state Sen. Scott Wiener has received over the last three years, one stands out as the most visceral.

"I'll come cut your head off and deliver it to your mom if you even consider continuing with introducing your 'bill.' Got It?" read the Instagram direct message from an anonymous user, which his office recently shared with The Chronicle.

The graphic message isn't uncommon among the threats Wiener, a Democrat from San Francisco, receives these days. But it marked a disturbing turning point in his public life: when he became a target of the far-right media ecosystem and online extremists on a nationwide scale.

It was Aug. 1, 2020, and Wiener was carrying a bill to address a disparity in sex offender registry laws that effectively treated relationships between young gay adults and teenagers more harshly than those between straight people with the same age dynamic.

Wiener said the QAnon conspiracy movement that caught fire that summer, along with other extremists, unleashed a "tidal wave of hate and threats unlike anything I've ever experienced before. It's like a brainwashed zombie apocalypse army of people who are convinced that everything is a conspiracy to molest children."

Yet in the three years since, he has continued to lean into some of the far right's biggest fears by pushing legislation expanding protections for transgender people and LGBTQ youth and moving toward a path to decriminalize sex work and some psychedelic drugs. The attacks have predictably escalated.

While the level of vitriol heaped on Wiener, 52, is unusual for a state senator, it makes him part of a long line of San Francisco leaders targeted and vilified by the right.

Ironically, the attacks on Wiener might have helped prepare him for what's next. He's forming a campaign to potentially run to replace House Speaker Emerita Nancy Pelosi in Congress in 2024, provided Pelosi decides not to run for another term.

Pelosi hasn't said what she plans to do. But political observers and Wiener allies say the two share a throughline in the sense that the far right loves to hate them as symbols of San Francisco liberalism.

"Nancy has been the torchbearer on representing San Francisco values for the last 35 years," said Todd David, a member of Wiener's inner circle of political advisers. "Nancy is still doing that. But there's a new generation of elected leaders who are representative of San Francisco values. The clear leader of that next generation is Scott."

David said the consequence is being targeted by an emboldened far-right movement that views the politics of America's most progressive large city as a threat to its identity.

That fear of San Francisco ideas, he said, is rooted in the city's history as a laboratory for progressive policies, such as legalizing same-sex marriage, or ambitious social safety net programs. He said the far right fears that ideas tested here will spread.

Last fall, the extent of the targeting of Pelosi was laid bare after a man broke into her Pacific Heights home seeking to hold the then-speaker hostage because he believed that she and Democrats stole the 2020 election from former President Donald Trump. The intruder bludgeoned her husband, **Paul Pelosi**, on the head with a hammer before he was tackled by two police officers.

Wiener, who is gay and Jewish, is deeply familiar with the ire of people motivated by political conspiracies. Almost every post he makes on social media, even the most mundane, prompts responses filled with homophobic or antisemitic comments. Many refer to him as a pervert, child abuser or, increasingly, a "groomer," a term for pedophiles that the far right has co-opted to pejoratively refer to LGBTQ people.

He's routinely attacked by prominent right-wing figures such as Georgia Rep. Marjorie Taylor Greene and activist Charlie Kirk. Fox News host Tucker Carlson has repeatedly criticized Wiener on the air.

Wiener said the rhetoric and threats have culminated in several unsettling episodes. Police searched his condo on three occasions after he received bomb threats. He's been followed by harassing protesters who've encountered him in public.

But as much as Wiener's confidants say they are troubled that he's becoming a focal point of extremist hatred, they said it's the type of fight that Wiener won't back down from.

'These have always been his issues'

Adam Cohn, Wiener's best friend for the past 30 years, met the senator in 1993, when the two were classmates at Harvard Law School. He said it was clear even in their early 20s that Wiener wasn't afraid to be out ahead on controversial fights, including by pushing to

rename the alliance for gay, lesbian and bisexual law students to be more inclusive of transgender peers.

Wiener successfully argued that Lambda, a Greek letter that's often associated with unity in the LGBTQ rights movement because it means change, was a more apt name for the group because it reflected diversity within the community.

"He called people out on it, 'Don't get your rights and move on,' " Cohn recalled of the debate. "He was outspoken way, way back then. These have always been his issues."

Cohn said Wiener's passion for civil rights issues seemed to be informed by his upbringing in a Jewish family in southern New Jersey, among parents and relatives who frequently talked about how millions of Jews and other marginalized people were killed during the Holocaust.

Soon after law school, Wiener moved to the Castro, where he's lived since 1997. He practiced law at a private firm before working as a deputy city attorney; he also chaired the county Democratic Party.

In 2010, Wiener was elected to the San Francisco Board of Supervisors in the district previously represented by Harvey Milk, the pioneering gay icon who was assassinated in 1978 by a political rival.

Friends and advisers said the sharp elbows and demands of City Hall politics quickly toughened Wiener. He regularly clashed with some progressive leaders who viewed him as too centrist on housing development and homelessness.

"I developed a thick skin early on, and I'm really grateful that San Francisco gave me that thick skin," Wiener said. "That said, I don't know that there's a skin thick enough for the level of just toxic hate."

Wiener said he began to notice a rise in the amount of nasty emails, social media messages and phone calls he received after he was elected to the state Senate in late 2016. The first wave coincided with a bill he carried in 2017 that reduced penalties for knowingly exposing a sexual partner to HIV, a decades-old law that treated HIV differently than other diseases despite antiretroviral drugs that can reduce the risk of transmission to close to zero.

Opponents said the law was a risk to public health and safety because some people don't reliably take medication. Angry messages flooded Wiener's office.

Other controversial bills Wiener passed elevated his profile among far-right groups. One, from 2020, allowed transgender people in prison to request to be housed in a facility that matches their gender identity. Another bill, from 2022, prohibits law enforcement and health providers from cooperating with authorities in other states, such as Texas or Florida, that may seek to prosecute parents for seeking gender-affirming health care for transgender kids.

Honey Mahogany, chair of the San Francisco Democratic Party and a transgender woman, said that while she doesn't always agree with Wiener, his work on LGBTQ issues has provided a "beacon of light" to the community during a dark, fearful time, as conservatives seek to vilify and limit the rights of trans people.

"They are looking for a boogeyman, but what better boogeyman than a queer person from San Francisco?" Mahogany said. "He's pretty much the perfect foil to the work that they're doing to eradicate trans people."

'Would do it all over again'

Most of Wiener's bills that have elicited responses from far-right media and activists address the welfare of the LGBTQ community. But none has stirred such a visceral and ongoing reaction as the 2020 bill dealing with sex offender registry requirements for LGBTQ young people.

Wiener's bill, which took effect in 2021, gave judges discretion over whether to require sex offender registration in statutory rape cases involving a person age 14 to 17 and an adult who is less than 10 years older. Previously, judges had that discretion only in cases involving vaginal intercourse with a man. But other types of sex, including those that happen between people who are gay, lesbian, bisexual or transgender, required the adult to automatically register as a sex offender.

Though minors cannot legally consent, the bill was meant to apply to voluntary relationships in which there is a small age difference between a teenager and young adult. Sex between minors and adults remains a crime.

Wiener said he was motivated to take on the bill because he spoke with LGBTQ young people who faced being listed as a sex offender for having relationships with people of the same sex who were relatively close to their age.

"All we were asking was for the gay kids to be treated the same as the straight kids have been treated for 75 years," he said.

In the weeks before the bill passed, Wiener said staffers at his Capitol office took the phone off the hook because they were inundated with threatening calls. He received thousands of messages, via email and social media, filled with slurs and threats.

His office provided The Chronicle with dozens of examples of such messages, which he said were reported to the California Highway Patrol, the Legislature's security provider.

Tom Temprano, political director for Equality California, an LGBTQ advocacy group, has known Wiener through San Francisco political circles for close to 15 years. He said what made the 2020 effort successful was, in large part, Wiener's ability to endure a cascade of attacks and persuade some moderate Democrats, those from districts outside the coastal big cities, to go along with him.

"Scott is prolific in the legislation that he's able to move," Temprano said. "In the face of those escalating threats, he doesn't back down. He pushes even harder."

Two men have been prosecuted for threatening Wiener's life. Last fall, a San Ramon man was convicted of threatening the senator, whom he messaged through Wiener's website, saying, "Vax my kids without my permission and expect a visit from me and my rifle." Wiener unsuccessfully carried a bill in 2022 that would have allowed minors who were at least 15 years old to get vaccinated without a parent's consent.

But many of the threats don't result in law enforcement action, largely because the senders cannot be identified or live out of state.

Wiener declined to talk about what steps he's taken to beef up his personal security in recent years, though he said he's grown more mindful of his surroundings. He hasn't stopped his marathon schedule of public appearances, though -- his towering 6-foot-7 presence is still a fixture at city festivals and events.

When he has free time, Wiener said he tries to decompress by hanging out with a close group of longtime friends, who largely aren't politicos. He said he also relieves stress with regular workouts, including boot camp-style routines.

Wiener has not muted his social media presence as his profile has grown. He regularly tweets about threats he faces and has responded aggressively to his right-wing critics.

Last November, Greene, the far-right Georgia congresswoman, called Wiener a "communist groomer" after he tweeted about the danger of growing anti-LGBTQ rhetoric in the wake of the massacre at Club Q in Colorado Springs, where a shooter killed five people and injured at least 19.

Wiener responded by calling Greene's tweet a "deft blending of McCarthy red-baiting & gay-baiting," referring to the 1950s-era witch hunt that U.S. Sen. Joseph McCarthy led against suspected communists.

The senator said much of his frustration about the way he's been targeted by the far right lies with social media platforms that he says have enabled online extremism, as well as conservative media outlets, such as Fox News, the Daily Caller and Breitbart, that he said have often mischaracterized legislation and inflamed bigotry.

For example, Carlson, the Fox News pundit, attacked Wiener during a segment last October, in which he assailed Wiener's bill to make California a refuge for families with transgender kids.

"Would you trust this guy within 500 yards of a child? Probably not," Carlson said in front of a shirtless picture of Wiener wearing a leather vest at San Francisco's Folsom Street Fair, the annual celebration of leather, kink and alternative sexual expression.

Wiener's social media presence, including the shirtless pictures, has provided fodder for his online trolls. But he said he sees it as a strength to live authentically and

unapologetically, including sharing his legislative work as well as the ways in which he celebrates being a member of the city's queer community.

"The minute I stop being who I am, and the minute I stop expressing what I think, they've won," Wiener said. "They want to intimidate us."

Ultimately, Wiener said he doesn't regret any of the high-profile policy fights he's taken on, because people would have been harmed if he backed down.

He recalled the night that his bill to eliminate the disparity in statutory rape laws passed out of the Assembly by a single vote on the last night of the session. He said he teared up as he watched the vote on his iPad from the back of the Senate chamber.

Wiener said he thought of a young man who was under the age of 20 and faced being listed on the sex offender registry for having a voluntary sexual relationship with another teenage boy not much younger than himself. The younger boy's mother reported the relationship to police, and the older teen contemplated suicide as a result.

"I knew of one kid whose life had just been saved by that vote," Wiener said. "All the abuse and stalking and threats that I've received, I would do it all over again because these bills were necessary and someone had to do them."

He added, "When you represent San Francisco, you have a responsibility to take on issues that help the most marginalized people in society, even if it's unpopular."

Reach Dustin Gardiner: dustin.gardiner@sfchronicle.com

Caption:
1) PHOTO: State Sen. Scott Wiener is considering a run for House Speaker Emerita Nancy Pelosi's seat in Congress in 2024. The San Francisco Democrat has become a target for extremist groups because of his work focusing on the LGBTQ community. (Photos by Brontë Wittpenn/The Chronicle)

2) PHOTO: Wiener, who was elected to the state Senate in 2016, points to a threatening message he received through social media.

(c) San Francisco Chronicle 2023

Record Number: MERLIN_110039277