JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Angela_chuang@fd.org

Counsel for Defendant DEPAPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | **Case No.:** CR 22–426 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO ACCESS AND INSPECT CRIME SCENE** |

The above titled matter is currently scheduled for a hearing on a motion to change venue on July 19, 2023. The defense also intends to file a motion to access and inspect the crime scene. The parties have met and conferred, and stipulate to the below proposed briefing schedule with a hearing date on August 2, 2023, when this matter is already on calendar for a status conference regarding jury questionnaires. This proposed schedule is separate from and will not affect the previously set schedule for the pending motion to change venue:

- Defense motion due by July 19, 2023;

- Opposition due by July 26, 2023;

1  • Reply (if any) due by July 31, 2023;

2  • Motion hearing on August 2, 2023 at 11:30 AM.

3  The parties further stipulate that time should be excluded from computation under the

4  Speedy Trial Act from July 19, 2023, until August 2, 2023. The parties agree that the ends of

5  justice served by ordering this continuance outweigh the best interest of the public and the

6  defendants' right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. §

7  3161(h)(7)(A). The parties further stipulate that a failure to grant the requested continuance

8  would also deny the defense the reasonable time necessary for effective preparation, taking into

9  account the exercise of due diligence.  § 3161(h)(7)(B)(iv).

10

11  IT IS SO STIPULATED.

12  July 5, 2023                    ISMAIL J. RAMSEY
    Dated                          United States Attorney

13                                 Northern District of California

14                                 _____
                                          /S
15                                 LAURA VARTAIN HORN
                                   KYLE WALDINGER
16                                 HELEN GILBERT
                                   Assistant United States Attorneys
17

18

19  July 5, 2023                    JODI LINKER
    Dated                          Federal Public Defender

20                                 Northern District of California

21                                 _____
                                          /S
22                                 ANGELA CHUANG
                                   JODI LINKER
23                                 TODD BORDEN
                                   Attorneys for David DePape

24

25

26

27

28

[PROPOSED] STIPULATED ORDER
*DEPAPE*, CR 22–426 JSC

1

**[PROPOSED] ORDER**

2          For the reasons stated above, the Court hereby adopts the above proposed briefing

3   schedule and sets a corresponding motions hearing for August 2, 2023, at 11:30 AM.

4          The Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161

5   of the period from July 19, 2023, through August 2, 2023, is warranted and that the ends of

6   justice served by the continuance outweigh the best interests of the public and the defendants in

7   a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8   IT IS SO ORDERED.

9

10  DATED:                                          _____

11                                                  JACQUELINE S. CORLEY
                                                    United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28