JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
TODD M. BORDEN
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Email:	Angela_Chuang@fd.org

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 22–00426 JSC |
|---|---|
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF BRYAN EDELMAN** |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

**SUPPLEMENTAL DECLARATION OF BRYAN EDELMAN, Ph.D.**

I, Bryan Edelman, declare and affirm as follows:

1. Counsel for the defendant, David DePape, retained me to research and evaluate the effect of pretrial publicity concerning this case, whether it will affect Mr. DePape's ability to receive a fair trial by an impartial jury, and what remedial measures may be warranted.

2. Counsel for Mr. DePape provided me an email they received from counsel for the government on June 20, 2023, requesting further information concerning the venue

survey I conducted. What follows, in paragraphs 3–11, are my answers to those questions, with the government's requests in bold and in quotation marks.

3. **"the percentage of prospective jurors who are familiar with the case"**:
   a. **In San Francisco**: 77.1%
   b. **In San Jose**: 73.5%
   c. **In Eureka**: 75.7%
   d. **In Phoenix**: 83%

4. **"the percentage who had personally viewed footage of Mr. DePape breaking into the Pelosi residence or striking Paul Pelosi in the head with a hammer"**: See paragraph 25 below.

5. **"the percentage that had read, seen or heard media describing the video of the assault"**: See paragraph 28 below.

6. **"the percentage of prospective jurors who had recognized at least four of the six pieces of information about Mr. DePape"**: See paragraphs 19–24 below.

7. **"the percentage of prospective jurors who had recognized at least three of the six pieces of information about Mr. DePape**": See paragraphs 19–24 below.

8. **"the percentage that already believe that DePape is guilty of Count 1"**: See paragraphs 16–17 below.

9. **"the percentage of prospective jurors that said that Mr. DePape would have a difficult time convincing them that he was not guilty of Count 1"**: See paragraph 18 below.

10. **"the percentage that already believe that DePape is guilty of Count 2"**: See paragraphs 13–14 below.

11. **"the percentage that believe DePape is 'definitely' guilty category of Count 2"**: See paragraphs 13–14 below.

12. The government also asked for "the aggregate answers by percentage, where applicable, organized by the four separate venues (San Francisco, San Jose, Eureka, and Phoenix), for" all parts of survey questions 3, 5, 7, and 8. Below are the

aggregate answers for all parts of the questions by percentage.

13. **Question 3a** ("Based on what you have read, seen, or heard, do you believe David DePape is definitely guilty; probably guilty; probably not guilty; or definitely not guilty of assaulting Paul Pelosi?):

   a. Among those who recognized the case, **in San Francisco**: Definitely guilty (47.7%), Probably guilty (29.5%), No opinion (8.8%), Probably not guilty (2.9%), Definitely not guilty (1.3%), Other (1.3%), Don't know (8.4%), Refused/NA (0%).

   b. Among those who recognized the case, **in San Jose**: Definitely guilty (50.3%), Probably guilty (27.2%), No opinion (6.8%), Probably not guilty (2%), Definitely not guilty (2%), Other (2%), Don't know (8.8%), Refused/NA (0.7%).

   c. Among those who recognized the case, **in Eureka**: Definitely guilty (46.5%), Probably guilty (31.6%), No opinion (9.7%), Probably not guilty (2.6%), Definitely not guilty (1.3%), Other (2.6%), Don't know (5.8%), Refused/NA (0%).

   d. Among those who recognized the case, **in Phoenix**: Definitely guilty (25.3%), Probably guilty (44.1%), No opinion (14.1%), Probably not guilty (5.9%), Definitely not guilty (2.9%), Other (0.6%), Don't know (5.9%), Refused/NA (1.2%).

14. **Question 3a** ("Based on what you have read, seen, or heard, do you believe David DePape is definitely guilty; probably guilty; probably not guilty; or definitely not guilty of assaulting Paul Pelosi?):

   a. Among the total sample, **in San Francisco**: Definitely guilty (36.8%), Probably guilty (22.8%), No opinion (6.8%), Probably not guilty (2.3%), Definitely not guilty (1%), Other (1%), Don't know (6.5%), Refused/NA (0%); Don't recognize the case (23%).

   b. Among the total sample, **in San Jose**: Definitely guilty (37%), Probably

guilty (20%), No opinion (5%), Probably not guilty (1.5%), Definitely not guilty (1.5%), Other (1.5%), Don't know (6.5%), Refused/NA (.5%), Don't recognize the case (26.5%).

    c. Among the total sample, **in Eureka**: Definitely guilty (35.1%), Probably guilty (23.9%), No opinion (7.3%), Probably not guilty (2%), Definitely not guilty (1%), Other (2%), Don't know (4.4%), Refused/NA (0%), Don't recognize the case (24.4%).

    d. Among the total sample, **in Phoenix**: Definitely guilty (21%), Probably guilty (36.6%), No opinion (11.7%), Probably not guilty (4.9%), Definitely not guilty (2.4%), Other (0.5%), Don't know (4.9%), Refused/NA (1%), Don't recognize the case (17.1%).

15. **Question 3b** ("Given what you have read, seen, or heard about this case, would David DePape have a difficult time convincing you that he is not—repeat is not—guilty of assaulting Paul Pelosi?"):

    a. **In San Francisco:** Yes (68.2%), No (14.9%), No opinion (6.2%), Don't know (10.4%), Refused/NA (0.3%).

    b. **In San Jose:** Yes (63.9%), No (17.7%), No opinion (7.5%), Don't know (10.9%), Refused/NA (0%).

    c. **In Eureka:** Yes (63.2%), No (14.8%), No opinion (12.3%), Don't know (9.7%), Refused/NA (0%).

    d. **In Phoenix:** Yes (55.9%), No (25.3%), No opinion (9.4%), Don't know (9.4%), Refused/NA (0%).

16. **Question 3c** ("Based on what you have read, seen, or heard, do you believe David DePape is definitely guilty; probably guilty; probably not guilty; or definitely not guilty of attempting to kidnap Nancy Pelosi?"):

    a. Among those who recognized the case, **in San Francisco**: Definitely guilty (25.3%), Probably guilty (29.5%), No opinion (11.4%), Probably not guilty (9.7%), Definitely not guilty (6.2%), Other (1%), Don't know

(16.9%), Refused/NA (0%).

    b. Among those who recognized the case, **in San Jose**: Definitely guilty (17%), Probably guilty (24.5%), No opinion (13.6%), Probably not guilty (12.2%), Definitely not guilty (4.8%), Other (0%), Don't know (27.9%), Refused/NA (0%).

    c. Among those who recognized the case, **in Eureka**: Definitely guilty (16.8%), Probably guilty (21.9%), No opinion (18.7%), Probably not guilty (10.3%), Definitely not guilty (5.8%), Other (5.2%), Don't know (21.3%), Refused/NA (0%).

    d. Among those who recognized the case, **in Phoenix**: Definitely guilty (16.5%), Probably guilty (36.5%), No opinion (16.5%), Probably not guilty (12.4%), Definitely not guilty (8.2%), Other (0%), Don't know (10%), Refused/NA (0%).

17. **Question 3c** ("Based on what you have read, seen, or heard, do you believe David DePape is definitely guilty; probably guilty; probably not guilty; or definitely not guilty of attempting to kidnap Nancy Pelosi?"):

    a. Among the total sample, **in San Francisco**: Definitely guilty (19.5%), Probably guilty (22.8%), No opinion (8.8%), Probably not guilty (7.5%), Definitely not guilty (4.8%), Other (0.8%), Don't know (13%), Refused/NA (0%), Don't recognize the case (23%).

    b. Among the total sample, **in San Jose**: Definitely guilty (12.5%), Probably guilty (18%), No opinion (10%), Probably not guilty (9%), Definitely not guilty (3.5%), Other (0%), Don't know (20.5%), Refused/NA (0%), Don't recognize the case (26.5%).

    c. Among the total sample, **in Eureka**: Definitely guilty (12.7%), Probably guilty (16.6%), No opinion (14.1%), Probably not guilty (7.8%), Definitely not guilty (4.4%), Other (3.9%), Don't know (16.1%), Refused/NA (0%), Don't recognize the case (24.4%).

    d.   Among the total sample, **in Phoenix**: Definitely guilty (13.7%), Probably guilty (30.2%), No opinion (13.7%), Probably not guilty (10.2%), Definitely not guilty (6.8%), Other (0%), Don't know (8.3%), Refused/NA (0%), Don't recognize the case (17.1%).

18. **Question 3d** ("Given what you have read, seen, or heard about this case, would David DePape have a difficult time convincing you that he is not—repeat is not—guilty of attempting to kidnap Nancy Pelosi"):

    a.   **In San Francisco:** Yes (45.5%), No (23.7%), No opinion (13.6%), Don't know (16.9%), Refused/NA (0.3%).

    b.   **In San Jose:** Yes (42.2%), No (19%), No opinion (12.9%), Don't know (25.2%), Refused/NA (0.7%).

    c.   **In Eureka:** Yes (38.1%), No (24.5%), No opinion (20.6%), Don't know (16.8%), Refused/NA (0%).

    d.   **In Phoenix:** Yes (47.6%), No (25.3%), No opinion (16.5%), Don't know (10.6%), Refused/NA (0%).

19. **Question 5a** ("Have you read, seen, or heard if David DePape allegedly used a hammer to break a window and force his way into the Pelosis' home?"):

    a.   **In San Francisco:** Yes (66.4%), No (21.3%), Don't know (12.3%), Refused/NA (0%).

    b.   **In San Jose:** Yes (73.8%), No (17.2%), Don't know (9%), Refused/NA (0%).

    c.   **In Eureka:** Yes (57.6%), No (27.2%), Don't know (15.2%), Refused/NA (0%).

    d.   **In Phoenix:** Yes (67.1%), No (23.4%), Don't know (9.5%), Refused/NA (0%).

20. **Question 5b** ("Have you read, seen, or heard if David DePape's plan to harm Nancy Pelosi was politically motivated?"):

    a.   **In San Francisco:** Yes (66.9%), No (20.1%), Don't know (13%),

Refused/NA (0%).

    b. **In San Jose:** Yes (54.4%), No (29.3%), Don't know (16.3%), Refused/NA (0%).

    c. **In Eureka:** Yes (60.6%), No (23.9%), Don't know (15.5%), Refused/NA (0%).

    d. **In Phoenix:** Yes (52.9%), No (26.5%), Don't know (20.6%), Refused/NA (0%).

21. **Question 5c** ("Have you read, seen, or heard if David DePape hit Paul Pelosi in the head with a hammer?):

    a. **In San Francisco:** Yes (80.5%), No (14.9%), Don't know (4.5%), Refused/NA (0%).

    b. **In San Jose:** Yes (85.7%), No (7.5%), Don't know (6.8%), Refused/NA (0%).

    c. **In Eureka:** Yes (78.1%), No (14.2%), Don't know (7.7%), Refused/NA (0%).

    d. **In Phoenix:** Yes (69.4%), No (18.8%), Don't know (11.8%), Refused/NA (0%).

22. **Question 5d** ("Have you read, seen, or heard if several prominent conservative public figures and elected officials spread misinformation about the assault on Paul Pelosi?")

    a. **In San Francisco:** Yes (40.3%), No (45.8%), Don't know (14%), Refused/NA (0%).

    b. **In San Jose:** Yes (36.1%), No (44.9%), Don't know (17.7%), Refused/NA (1.4%).

    c. **In Eureka:** Yes (37.4%), No (46.5%), Don't know (16.1%), Refused/NA (0%).

    d. **In Phoenix:** Yes (40%), No (40%), Don't know (19.4%), Refused/NA (0.6%).

23. **Question 5e** ("Have you read, seen, or heard if David DePape told investigators that he planned to hold Nancy Pelosi hostage and break her kneecaps if she did not tell him the truth?"):

   a. **In San Francisco:** Yes (45.8%), No (46.1%), Don't know (8.1%), Refused/NA (0%).

   b. **In San Jose:** Yes (38.1%), No (46.9%), Don't know (15%), Refused/NA (0%).

   c. **In Eureka:** Yes (34.2%), No (56.1%), Don't know (9.7%), Refused/NA (0%).

   d. **In Phoenix:** Yes (38.2%), No (44.1%), Don't know (17.6%), Refused/NA (0%).

24. **Question 5f** ("Have you read, seen, or heard if police officers saw David DePape hit Paul Pelosi in the head after a brief struggle over the hammer?"):

   a. **In San Francisco:** Yes (51.9%), No (37.3%), Don't know (10.7%), Refused/NA (0%).

   b. **In San Jose:** Yes (44.2%), No (38.1%), Don't know (17%), Refused/NA (0.7%).

   c. **In Eureka:** Yes (32.9%), No (53.5%), Don't know (13.5%), Refused/NA (0%).

   d. **In Phoenix:** Yes (45.3%), No (36.5%), Don't know (18.2%), Refused/NA (0%).

25. **Question 7a** ("Have you ever seen video of David DePape breaking into the Pelosis' home or footage of him hitting Paul Pelosi with a hammer?"):

   a. **In San Francisco:** Yes (38%), No (60.1%), Don't know (1.9%), Refused/NA (0%).

   b. **In San Jose:** Yes (29.9%), No (68%), Don't know (2%), Refused/NA (0%).

   c. **In Eureka:** Yes (28.4%), No (69%), Don't know (2.6%), Refused/NA

(0%).

    d. **In Phoenix:** Yes (24.7%), No (69.4%), Don't know (5.9%), Refused/NA (0%).

26. **Question 7b** ("Can you tell me what you saw in the videos?"): Respondents gave narrative responses.

27. **Question 7c** ("Have you ever read about or heard the media describe the video of David DePape breaking into the Pelosis' home with a hammer?"):

    a. **In San Francisco:** Yes (50%), No (43.5%), Don't know (6.2%), Refused/NA (0.3%).

    b. **In San Jose:** Yes (49%), No (46.3%), Don't know (4.8%), Refused/NA (0%).

    c. **In Eureka:** Yes (37.4%), No (56.1%), Don't know (6.5%), Refused/NA (0%).

    d. **In Phoenix:** Yes (47.1%), No (47.6%), Don't know (5.3%), Refused/NA (0%).

28. **Question 7d** ("Have you ever read about or heard the media describe the video of David DePape hitting Paul Pelosi with a hammer?"):

    a. **In San Francisco:** Yes (51.6%), No (42.9%), Don't know (5.5%), Refused/NA (0%).

    b. **In San Jose:** Yes (50.3%), No (44.9%), Don't know (4.8%), Refused/NA (0%).

    c. **In Eureka:** Yes (39.4%), No (51.6%), Don't know (9%), Refused/NA (0%).

    d. **In Phoenix:** Yes (50.6%), No (44.1%), Don't know (5.3%), Refused/NA (0%).

29. **Question 8a** ("Have you ever read the transcript or heard the 911 call Paul Pelosi made to police?"):

    a. **In San Francisco:** Yes (34.7%), No (60.1%), Don't know (5.2%),

Refused/NA (0%).

b. **In San Jose:** Yes (23.3%), No (70.5%), Don't know (6.2%), Refused/NA (0%).

c. **In Eureka:** Yes (30.3%), No (67.1%), Don't know (2.6%), Refused/NA (0%).

d. **In Phoenix:** Yes (29.4%), No (65.3%), Don't know (5.3%), Refused/NA (0%).

30. **Question 8b** ("Have you read or heard statements David DePape made about this crime to investigators or to KTVU News?"):

a. **In San Francisco:** Yes (15.6%), No (80.2%), Don't know (4.2%), Refused/NA (0%).

b. **In San Jose:** Yes (12.2%), No (83.7%), Don't know (4.1%), Refused/NA (0%).

c. **In Eureka:** Yes (12.3%), No (83.2%), Don't know (4.5%), Refused/NA (0%).

d. **In Phoenix:** Yes (11.8%), No (81.8%), Don't know (6.5%), Refused/NA (0%).

31. **Question 8c** ("Can you tell me what you read or heard?"): Respondents gave narrative responses.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing facts are true and correct, except as to facts stated upon information and belief, which facts I believe to be true.

Executed on June 23, 2023

*[signature]*
Bryan Edelman

EDELMAN SUPP. DECL.
*DEPAPE*, CR 22–00426 JSC

10