JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:           Angela_chuang@fd.org

Counsel for Defendant DEPAPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | Case No.: CR 22–426 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO ACCESS AND INSPECT CRIME SCENE** |

The above titled matter is currently scheduled for a hearing on a motion to change venue on July 19, 2023. The defense also intends to file a motion to access and inspect the crime scene. The parties have met and conferred, and stipulate to the below proposed briefing schedule with a hearing date on August 2, 2023, when this matter is already on calendar for a status conference regarding jury questionnaires. This proposed schedule is separate from and will not affect the previously set schedule for the pending motion to change venue:

- Defense motion due by July 19, 2023;
- Opposition due by July 26, 2023;

- Reply (if any) due by July 31, 2023;
- Motion hearing on August 2, 2023 at 11:30 AM.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act from July 19, 2023, until August 2, 2023. The parties agree that the ends of justice served by ordering this continuance outweigh the best interest of the public and the defendants' right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A). The parties further stipulate that a failure to grant the requested continuance would also deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

July 5, 2023
Dated

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

_/S_
LAURA VARTAIN HORN
KYLE WALDINGER
HELEN GILBERT
Assistant United States Attorneys

July 5, 2023
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_/S_
ANGELA CHUANG
JODI LINKER
TODD BORDEN
Attorneys for David DePape

**[~~PROPOSED~~] ORDER**

For the reasons stated above, the Court hereby adopts the above proposed briefing schedule and sets a corresponding motions hearing for August 2, 2023, at 11:30 AM.

The Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 19, 2023, through August 2, 2023, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:   July 6, 2023

_____
JACQUELINE S. CORLEY
United States District Judge