```
JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      Angela_Chuang@fd.org
```

Counsel for Defendant DEPAPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 22–426 JSC |
|---|---|
| Plaintiff, | **DECLARATION OF ANGELA CHUANG IN SUPPORT OF DEFENDANT'S MOTION TO CHANGE VENUE** |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

I, Angela Chuang, declare the following:

1. I am an Assistant Federal Public Defender representing David Wayne DePape in the above-captioned case.

2. Attached as Exhibit A is a true and accurate copy of an article published by the San Francisco Chronicle, also available at https://www.sfchronicle.com/bayarea/article/paul-pelosi-attack-suspect-david-depape-could-be-17556136.php.

3. Attached as Exhibit B is a true and accurate copy of an article published by ABC 7

News, also available at https://abc7news.com/paul-pelosi-attack-suspect-david-depape-in-us-illegally-deportation-charges/12412765/.

4. Attached as Exhibit C is a true and accurate copy of an article published by CBS Bay Area, also available at https://www.cbsnews.com/sanfrancisco/news/fed-immigration-officials-say-pelosi-attacker-depape-was-in-u-s-illegally/.

5. Attached as Exhibit D is a true and accurate copy of an article published by KTVU Fox 2, also available at https://www.ktvu.com/news/ice-seeks-to-deport-david-depape-alleged-pelosi-attacker-to-canada.

6. Attached as Exhibit E is a true and accurate copy of an article published by NBC Bay Area, also available at https://www.nbcbayarea.com/news/local/san-francisco/suspect-in-paul-pelosi-beating-is-in-the-u-s-illegally-dhs-confirms/3067366/.

7. Attached as Exhibit F is a true and accurate copy of an article published by the Washington Post, also available at https://www.washingtonpost.com/national-security/2022/11/03/pelosi-attacker-david-depape/.

8. Attached as Exhibit G is a true and accurate copy of an article published by SFist, also available at https://sfist.com/2022/11/15/accused-pelosi-attacker-david-depape-enters-plea-in-federal-court-la-times-tries-to-explain-his-radicalization/.

9. Attached as Exhibit H is a true and accurate copy of an article published by the NY Post that was accessed via LexisNexis.

10. Attached as Exhibit I is a true and correct copy of Judge Illman's publicly available calendar in the Eureka Division as it appeared on July 12, 2023.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2023, in San Francisco, California.

_____
ANGELA CHUANG