# EXHIBIT C

CBS News Bay Area: Free 24/7 News | CBS Bay Area App | National News | Bay Area Bridge Builders | Meet The Staff



Live TV

CRIME

# Federal Immigration officials say Pelosi attacker DePape may be in U.S. illegally



UPDATED ON: NOVEMBER 3, 2022 / 6:06 AM / CNN

SAN FRANCISCO  -- David DePape, the man accused of violently attacking Paul Pelosi last week, was in the United States illegally and may face deportation, the Department of Homeland Security said late Wednesday.

"U.S. Immigration and Customs Enforcement (ICE) lodged an immigration detainer on Canadian national David DePape with San Francisco County Jail, Nov. 1, following his

Watch CBS News

Oct. 28 arrest," the department said.

ICE issues so-called immigration "detainers" to federal, state, and local law enforcement agencies to inform them that the agency intends to take custody of an individual and requests that ICE be notified before that individual is released.

The detainer is unlikely to affect DePape's case since deportations often happen after criminal cases are resolved. But after conviction and prison sentence, the US normally would seek deportation.

According to federal records, DePape, a Canadian citizen, entered the country in early March at the San Ysidro port of entry, which is along the California-Mexico border, as a temporary visitor. Generally, Canadians who are visiting for business or pleasure don't require a visa and are allowed to stay in the US for six months.

DePape, 42, has been charged with a litany of crimes, including assault, attempted murder and attempted kidnapping, following last week's break-in at Pelosi's San Francisco home, the US attorney's office and San Francisco district attorney announced on Monday.

He was charged with one count of "attempted kidnapping of a US official," according to the US attorney's office for the Northern District of California. That charge relates to Nancy Pelosi, whom DePape told police he planned to "hold hostage," according to an FBI affidavit also unsealed on Monday.

DePape entered a not guilty plea Tuesday to all state charges during his initial appearance in court. He has not yet entered a plea in federal court.

ALSO READ:

- Frightening Pelosi attack details emerge from San Francisco court documents
- David DePape pleads not guilty to Pelosi attack in 1st court appearance
- DePape: Nancy Pelosi 'leader of the pack" of lies; Wanted to break 'her kneecaps'
- Pelosi attack suspect David DePape embraced hate speech, multiple conspiracy theories

- Report: Police sources says Paul Pelosi attack suspect had zip ties, duct tape
- Full coverage of Pelosi attack

In:     Pelosi Attack

First published on November 3, 2022 / 6:07 AM

The-CNN-Wire ™ & © 2022 Cable News Network, Inc., a Warner Bros. Discovery Company. All rights reserved.

### Vanguard vs. Fidelity vs. Schwab
**SmartAsset** | Sponsored     Learn More

### Heart Surgeon Begs Americans: "Stop Doing This To Your Blueberries"
**Gundry MD** | Sponsored     Learn More

### Leslie Van Houten, follower of cult leader Charles Manson, released from California prison
Charles Manson follower Leslie Van Houten has been released from a California prison after serving 53 years for two infamous murders.

### These Savings Accounts Are Paying At An All Time High (12% Interest)
**TopAnswersToday** | Sponsored     Click Here

### Heart Surgeon Begs Americans: "Stop Doing This To Your Avocados"
**Gundry MD** | Sponsored     Learn More

### Camper Vans Have Done It Again. This Year's Lineup Has Left Us Speechless
**All Things Auto | Search Ads** | Sponsored     Search Now

## Theranos founder Elizabeth Holmes 11-year prison sentence reduced by 2 years

Elizabeth Holmes, the founder of the blood-testing startup Theranos, appears to have had her prison sentence reduced by nearly two years, according to records from the Federal Bureau of…

## This Is The Highest Rated Hearing Aid In The US

hear.com | Sponsored

©2023 CBS Broadcasting Inc. All Rights Reserved.

Terms of Use

Privacy Policy

California Notice

Your Privacy Choices

Contact KPIX 5

News

Sports

Weather

Program Guide

Sitemap

About Us

Advertise

Paramount+

CBS Television Jobs

Public File for KPIX-TV / CBS5

Public File for KBCW-TV / KBCW 44 Cable 12

Public Inspection File Help

FCC Applications

EEO Report