# EXHIBIT E



TRENDING  Excessive heat watch 🌟  Heat safety tips 🥵  Anchor Brewing Co. 🍺  Coke …

**PAUL PELOSI ATTACKED**

# Suspect in Paul Pelosi Beating Is in the U.S. Illegally, DHS Confirms

David DePape, 42, is being held in San Francisco County jail on attempted murder and multiple other felony charges

By **NBC Bay Area staff** • Published November 3, 2022 • Updated on November 3, 2022 at 11:20 am

  



The man suspected of attacking Speaker Nancy Pelosi's husband in their San Francisco home last week is in the United States illegally, a Department of Homeland Security spokesperson confirmed Thursday. Kris Sanchez reports.

The man suspected of attacking Speaker Nancy Pelosi's husband in their San Francisco home last week is in the United States illegally, a Department of Homeland Security spokesperson confirmed

Thursday.

"U.S. Immigration and Customs Enforcement (ICE) lodged an immigration detainer on Canadian national David DePape with San Francisco County Jail, Nov. 1, following his Oct. 28 arrest," the DHS spokesperson said in a statement to NBC Bay Area.

DePape, 42, is being held in San Francisco County jail on attempted murder and multiple other felony charges after he allegedly broke into the Pelosi home in Pacific Heights and brutally assaulted Paul Pelosi with a hammer. Court documents show he was looking for Nancy Pelosi and wanted to break her kneecaps.

DePape's last known residence was in Richmond.

> ***Get a weekly recap of the latest San Francisco Bay Area housing news.* Sign up for NBC Bay Area's Housing Deconstructed newsletter.**



**NOV 2, 2022**
Paul Pelosi's Attack Raises Safety Concerns for Congressional, Local Leaders



**OCT 31, 2022**
Boss Recalls Pelosi Attack Suspect's Descent Into Extremism

The DHS official went on to say records show that DePape entered the U.S. on March 8, 2008, at San Ysidro Point of Entry as a temporary visitor, classified under the Immigration and Nationality Act as a B2.

The spokesperson added that admissible Canadian travelers who present themselves as a visitor for business or pleasure generally do not require a visa and are generally admitted for 6 months in the U.S.



**2:40**
**Suspect 'Violently Assaulted' Nancy Pelosi's Husband With Hammer: SF Police**

The San Francisco police chief gave details Friday on the early morning attack against the husband of Speaker Nancy Pelosi, D-Calif., during which the suspect, 42-year-old David Depape, attacked Paul Pelosi with a hammer in front of responding officers.

ICE places immigration detainers on individuals who have been arrested on criminal charges and who ICE has probable cause to believe are removable under the Immigration and Nationality Act (INA), the spokesperson continued. The detainer requests the other law enforcement agency to notify ICE before a removable individual is released from custody so that ICE can take custody of that person in a safe and secure setting.

DePape has pleaded not guilty to the charges and is scheduled to be back in court Friday.

This article tagged under:

**PAUL PELOSI ATTACKED** • **SAN FRANCISCO**

   

**Weather Forecast**
SAN JOSE, CA

|  |  | TONIGHT |  |
|---|---|---|---|
| **76°**  |  | 58°  |  |
|  |  | TOMORROW |  |
| Fair |  | 85°  |  |
| 0% Precip |  |  |  |

                                         

**SUBMIT TIPS FOR INVESTIGATIONS**

KNTV Public Inspection File
KNTV Accessibility
KNTV Employment Information
Send Feedback

**NEWSLETTERS**

FCC Applications
Terms of Service
Privacy Policy

**CONNECT WITH US**

Your Privacy Choices

Advertise with us
CA Notice

**OUR NEWS STANDARDS**

Ad Choices

Copyright © 2023 NBCUniversal Media, LLC. All rights reserved