# EXHIBIT G

7/12/23, 12:00 PM  Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries to Explain His Radicalization

Case 3:22-cr-00426-JSC Document 49-7 Filed 07/12/23 Page 2 of 15

SFiST 

15 NOVEMBER 2022 / SF POLITICS / JAY BARMANN

# Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries to Explain His Radicalization

The 42-year-old Canadian citizen and longtime resident of the Bay Area accused of a brutal attack on Paul Pelosi three weeks ago, David DePape, made his scheduled appearance in federal court on Tuesday where he faces separate charges from those filed in state court.

DePape appeared in an orange jumpsuit without handcuffs in federal court in San Francisco this morning, as the Associated Press reports. He was assigned a federal court-appointed attorney, Angela Chuang. Christine Pelosi, one of the Pelosis' children, was in attendance in the courtroom, per the AP.

As ABC 7 reports, DePape was accompanied by five U.S. marshals and a pair of SF sheriff's deputies.

7/12/23, 12:00 PM
Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries to Explain His Radicalization

Case 3:22-cr-00426-JSC Document 49-7 Filed 07/12/23 Page 3 of 15

U.S. Magistrate Alex Tse read DePape his Miranda rights and prosecutors summariezed the charges against him — which in this court include attempted kidnapping of a federal officer, and assault on an immediate family member of a federal officer. The charges carry with them a combined 50 years in prison, and a half million dollars in fines.

DePape entered a plea of not guilty, and Chuang indicated that she would not seek DePape's release from custody. As the Chronicle reports, he is being held in SF County Jail as he faces a parallel prosecution in state court for the assault on Mr. Pelosi.

As we learned two weeks ago, DePape never became a U.S. citizen despite living in the Bay Area for the better part of the last two decades. He was born in Canada, and San Francisco appears to have a record of him registering to vote with the Green Party and voting at least once in 2002. At the time, he may have had some kind of legal resident status from a job he'd earlier held in Hawaii, though that is not clear.

He had last legally entered the country in 2008 at the San Ysidro border crossing just south of San Diego.

The Los Angeles Times this week delves into DePape's past, and his recent history of radicalization-by-internet — something that had been reported earlier by the New York Times through an interview with his frequent employer, East Bay carpenter Frank Ciccarelli. Ciccarelli says of DePape, "Everybody liked him," and he says that while his ideas and obsession with conspiracies like Pizzagate and QAnon grew more ridiculous in the last year or so, he just dismissed it.

7/12/23, 12:00 PM  Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries to Explain His Radicalization

Case 3:22-cr-00426-JSC Document 49-7 Filed 07/12/23 Page 4 of 15

"I didn't take it seriously and I was wrong about that, obviously, although I didn't know any better," Ciccarelli tells the LA Times. "I've tried to help him the best as I could, but there's something going on here that's not obvious to most of us."

We've talked before about how DePape was likely more left-leaning during much of his time in the Bay Area — his former girlfriend Gypsy Taub said he had been a fan of Barack Obama. But Taub hinted that they both shared conspiracy-esque ideas about the "shadow government" and secret ruling cabals. And it seems clear that after experiencing homelessness and some possible mental health struggles, DePape settled into a routine of consuming radical right-wing content and conspiracy stuff during free time in his rented garage in Richmond.

As Ciccarelli earlier told the New York Times, "Once he was housed, he had much more time to spend on his computer. Because when you're living under a tree, you don't have a plug."

And the LA Times now talks to some experts about the idea that DePape's ideology likely shifted, and that he was likely fed more and more extreme content through YouTube's algorithm and others, which made him convinced of things like the pizza-parlor-adjacent pedophile ring which was widely debunked over six years ago.

As recently as August, DePape was blogging about the connection between elite figures and documented pedophile Jeffrey Epstein, saying, "My friends would be like pizza gate was debunked their is NO such thing as elite pedophile sex rings and I'm like HELLO Epstein what planet are you on?"

7/12/23, 12:00 PM  Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries To Explain His Radicalization

Case 3:22-cr-00426-JSC Document 49-7 Filed 07/12/23 Page 5 of 15

This obsession seems ironic given what stepdaughter Inti Gonzalez wrote about DePape in the days after his arrest, on her Facebook page. Gonzalez, whose mother is Taub, has two younger brothers whom the LA Times now says are biological sons of DePape — which has not been reported before. As the NY Post reported in the wake of the Pelosi attack, Gonzalez wrote in a now deleted post, "This attack on Nancy Pelosi's husband came as a shock to me, though not much considering the kind of extreme abuse he had inflicted on me and my brothers." Gonzalez went on to discuss how her brother Nebosvod began remembering that DePape "physically and sexually abusing me and my brothers, which started when we were very young and continued until around 2008." This happened, she said, after Taub and DePape broke up for the last time and Taub kicked him out of the house for "toxic behavior" in 2014.

It was at that point DePape apparently became homeless for several years.

The LA Times also spoke to a neighbor of DePape, Jin Molnar, who described sharing some of DePape's right-wing views, like his skepticism about COVID and vaccines. But Molnar also expressed regret about not keeping better tabs on DePape and his mental state. "I think his early life and his middle life had left him pretty bereft of good contacts," Molnar tells the paper. "And so I think when he started to hear about that [conspiracy] stuff... it was like a little bit of an anchor."

And it seems clear enough at this point that DePape didn't so much subscribe to one ideology — he likely believed in Taub's nudism/body freedom cause just as much as he belived in QAnon and the idea that 9/11 was an inside job (something Taub and a lot of people on the left have long espoused). But he'd spent enough time

7/12/23, 12:00 PM  Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries to Explain His Radicalization

Case 3:22-cr-00426-JSC Document 49-7 Filed 07/12/23 Page 6 of 15

in recent months consuming content that vilified Nancy Pelosi — of which there is mountains — that kidnapping and torturing her seems to have been an irrational next step ahead of the midterm elections.

The incident has prompted much public discussion about the security provided to members of Congress — there's not much if you're not Speaker — and Nancy Pelosi may yet use this incident as an out as she was likely considering retirement anyway. Though her next steps, as the House likely moves to GOP control, remain uncertain.

**Previously:** Accused Pelosi Attacker David DePape Was In the US Illegally, Still Managed to Become Obsessed With MAGA Crap

*Top image via Frank Ciccarelli*

7/12/23, 12:00 PM    Accused Pelosi Attacker David DePape Enters Plea In Federal Court, LA Times Tries to Explain His Radicalization

Case 3:22-cr-00426-JSC Document 49-7 Filed 07/12/23 Page 7 of 15



**PJ** → Robert-SF
8 months ago

maybe doesnt get you much

4    0    Share ›

**Golden Gator**
8 months ago

If only he hadn't been born in Canada, he'd be ideal as Trump's next running mate.

12    1    Share ›

**jimbo** → Golden Gator
8 months ago

Has not seemed to stop Ted Cruz.

0    4    Share ›

**Golden Gator** → jimbo
8 months ago

Cruz was born in Alberta, but his mother is a native-born U.S. citizen, which, unforutately, makes him eligible to run for president.

8    0    Share ›

**Eliza** → Golden Gator
8 months ago

I remember when Cruz was running in 2016, his claim of course was that he was a "natural born citizen" eligible for the presidency under Article II of the Constitution. But, if I recall correctly, some of the legal talking heads were quick to point out that the Constitution doesn't actually define "natural born citizen" and the Supreme Court has never actually issued a ruling specifically interpreting that language. Regrettably, Cruz was entitled to U.S. citizenship at the time of his birth due to his mother's U.S. citizenship, but the relevant statute conferring citizenship upon children born abroad to U.S. citizens doesn't actually equate that with "natural born citizenship." Personally, I'd be fine with a SCOTUS ruling that declared Mr. Cruz ineligible.

7    0    Share ›

7/12/23, 12:00 PM — Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries to Explain His Radicalization

Case 3:22-cr-00426-JSC Document 49-7 Filed 07/12/23 Page 10 of 15

**Golden Gator** → Eliza
8 months ago

Interesting. It would be nice for Cancún Cruz to be ineligible to run; he's such a horrible excuse for a human. Unsurprisingly, he renounced his Canadian citizenship in 2014, to the delight of most Canadians.

9    0    Share ›

**Down the memory whole**
8 months ago

Oh man, he looks like Eraserhead

0    6    Share ›

**A.L.F. (Another Little Friend)** → Down the memory whole
8 months ago

more like humpty dumpty with that egghead dad bod.

6    2    Share ›

**A.L.F. (Another Little Friend)** → Down the memory whole
8 months ago

looks nothing like it btw.
you might have face blindness.



8    2    Share ›

7/12/23, 12:00 PM    Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries To Explain His Radicalization

Case 3:22-cr-00426-JSC   Document 49-7   Filed 07/12/23   Page 11 of 15


**PJ** → A.L.F. (Another Little Friend)
8 months ago

dyer is using all his socks to punish you for standing up to racists

7    0    Share ›


**A.L.F. (Another Little Friend)** → PJ
8 months ago

yea they don't get it. it's ok, you can't get the donkey to drink water if it doesn't want to.

7    0    Share ›


**jimbo**
8 months ago

"right-wing views, like his skepticism about COVID and vaccines" When did vaccine skepticism become "right-wing'? If you want to find a vaccine skeptic just go to a Montessori school parent event.

5    5    Share ›


**Down the memory whole** → jimbo
8 months ago

Nah, Montessori's fine. It's the Waldorf people who are the nutjobs. I'm not kidding about this.

1    4    Share ›


**Frisky McWhiskers** → Down the memory whole
8 months ago

The antivax nut jobs exist in the Waldorf community, but they're a distinct minority. Many left during Covid.

0    4    Share ›


**jimbo** → Down the memory whole
8 months ago

Agree about Waldorf but many locations don't have any so people migrate to Montessori.

0    4    Share ›


**Simon White** → jimbo
8 months ago

You're thinking of old-school antivax, often found in the old new-age, hippy, alternative, vegan types. Those tend to be lefty / liberal or anti-authority.

They still exist, but Covid-19 & Trumpism & global fascism interbred to make a huge new class of antivaxer who entirely coincidentally have particular beliefs about the physics of droplet filtration in paper air filters, virology, epidemiology, immunology, and a number of other topics seemingly unrelated except by their involvement in the covid response. This collection of esoteric expertises and obsessive opinions has become an ineradicable identity marker among MAGAs and their worldwide imitators and fellow travelers. The global anti-globalist movement, if you will.

They swear they are not anti-vax, but just have specific problems with the covid vax. (Which many of them define as not a vax). This is true I guess, until another disease comes along that needs a govt response which can be politicised. I.e. a serious one. The more serious, the more politically juicy it will be. Oh well, a bit of depopulation will fix the house affordability problem.

1    0    Share ›



**Yesss And**
8 months ago    edited

There's a lot of intersection in the Venn diagram of "left wing" and "right wing" kooks. And he seems he has a pathologically loose grip on reality to some extent.

3    1    Share ›



**Simon White**    ↱ Yesss And
8 months ago

I haven't seen intersection at extremes. Anarchists of the capitalist & socialist varieties don't mix AFAIK.
On the authoritarian end, fascists & communists hate each other. Crypto-fascists call communists "fascist" as a cynical slur, not because they feel any commonality.

DePape was liberal then got radicalized via the conspiracy theory world, which has gone from being largely non-political to being thoroughly colonized by right wingers in less than a decade.
He may have a problem with anxiety or a tendency to delusion perhaps. But many people report their perfectly sane family members falling into the QAnon / MAGA rabbit hole and becoming a different person.

4    0    Share ›



**Yesss And**    ↱ Simon White
8 months ago

7/12/23, 12:00 PM  Accused Pelosi Attacker David DePape Enters Plea In Federal Court; LA Times Tries to Explain His Radicalization

Case 3:22-cr-00426-JSC Document 49-7 Filed 07/12/23 Page 13 of 15

Fair enough. That's why I put quotes around "left wing" and "right wing".

0    0    Share ›

**A**    **anon408**
8 months ago

given the wealth of the Pelosi's, they could hire a detail of any number of trained ex-military/police to keep an eye out. But don't make us tax-payers cover the cost - Paul is just a regular citizen, like you and me, relying on our different cities police departments for safety

1    7    Share ›

 **jimbo**
8 months ago

"Once he was housed, he had much more time to spend on his computer. Because when you're living under a tree, you don't have a plug." A good argument for keeping the nutjobs living under a freeway.

2    6    Share ›

 **Gabe Ets-Hokin**
8 months ago

He should get the death penalty just for being a mean Canadian.

2    8    Share ›

 **EtruscanEntomologist** ➤ Gabe Ets-Hokin
8 months ago

I thought the Canadian death penalty was being exiled to the US?

10    5    Share ›

 **Gabe Ets-Hokin** ➤ EtruscanEntomologist
8 months ago

That means we can't send him back. Is there a Canadian equivalent of Guantanamo?

1    7    Share ›

 **EtruscanEntomologist**
➤ Gabe Ets-Hokin
8 months ago

Nova Scotia?

1    6    Share ›

**LordByronBuxton**

↪ EtruscanEntomologist

8 months ago

Nova Scotia is nice though. I think the Yukon or Alert is more like it.

1    0    Share ›

**Eliza**

8 months ago





SF NEWS

**Five Hells Angels Members Charged In Murder That Happened During Chris Stapleton Concert at Shoreline**

An assault that turned deadly at a Shoreline Amphitheater concert in June has led today to arrests and charges facing five alleged members of the notorious Hells Angels Motorcycle Club — including FBI raids on homes in SF.

      NOVEMBER 15, 2022





**BUSINESS & TECH**

# Google Agrees To Pay Nearly $400 Million Settlement Over Basically Lying About Letting You Turn Off Location Tracking

Google was tracking people even who turned off location tracking, which is kind of a problem in the era of abortion bounty hunter laws, so they've agreed to pay a $392 million settlement and they pinky-finger swear they'll let you turn it off (eventually).

  

NOVEMBER 15, 2022

## Subscribe to SFist - San Francisco News, Restaurants, Events, & Sports

Get the latest posts delivered right to your inbox

youremail@example.com    **Subscribe**



### Jay Barmann
Jay C. Barmann is a fiction writer and web editor who's lived in San Francisco for 20+ years.

Read More

SFist © 2023 • SFist Jobs • Best of San Francisco

Privacy Policy

Latest Posts  •  Facebook  •  Twitter