# EXHIBIT H



# 'PELOSI' WACKO A 'SEX ABUSER' Stepdaughter's accusation

The New York Post

October 30, 2022 Sunday

Copyright 2022 N.Y.P. Holdings, Inc. All Rights Reserved

**Section:** Late City Final; Pg. 9

**Length:** 455 words

**Byline:** Mary Kay Linge, Marjorie Hernandez and Matthew Sedacca

## Body

The loon accused of attacking Paul Pelosi with a hammer was a "monster" who sexually abused his kids, his stepdaughter alleged Saturday.

David DePape, 42, was "consumed with darkness," Inti Gonzalez claimed on Facebook after his arrest.

DePape allegedly broke into House Speaker Nancy Pelosi's San Francisco home early Friday and attacked her 82-year-old spouse while ranting, "Where's Nancy?"

DePape could be charged as early as Monday with attempted murder, assault with a deadly weapon, elder abuse, burglary and "additional felonies," said police.

"This attack on Nancy Pelosi's husband came as a shock to me, though not much considering the kind of extreme abuse [DePape] had inflicted on me and my brothers," Gonzalez wrote.

DePape "did genuinely try to be a good person," but "the monster in him was always too strong for him to be safe to be around."

She said her mother, the notorious Bay Area nudist and left-wing activist Gypsy Taub, split with DePape in 2014 "because of his toxic behavior."

DePape had been living in a dilapidated school bus on the street in front of Taub's Berkeley home, said neighbors who described him as otherwise "homeless."

"He would just give us a blank stare when we would walk by. We tried to stay clear of him," neighbor Ryan La Coste told The Post, adding, "Another crazy story coming from someone in that house. They are always on the news and trying to be 'activists.' They always want to be in the spotlight."

DePape's disturbing online activities appear to have included posts on an array of conspiracy theories, as well as anti-Semitic comments.

President Biden on Saturday continued to claim without evidence that the attack was motivated by -Republican rhetoric casting doubt on the results of the 2020 presidential election, asserting "this talk produces the violence."

Meanwhile, local law enforcement praised Paul Pelosi for his quick thinking on the night of the attack.

'PELOSI' WACKO A 'SEX ABUSER' Stepdaughter's accusation

Pelosi managed to call 911 and use coded language to alert the dispatcher.

"What's going on? Why are you here? What are you going to do to me?" Pelosi allegedly said in order to alert 911 to the emergency without tipping off DePape to the call, according to CNN.

As officers arrived at the scene, Pelosi attempted to grab the hammer out of DePape's hands. DePape allegedly hit Pelosi over the head with the weapon in a scuffle.

Pelosi remained hospitalized at Zuckerberg San Francisco General Hospital and Trauma Center Saturday. The House speaker broke her silence on the attack in a letter to fellow members of Congress, saying her family was "heartbroken and traumatized by the life-threatening attack on our Pop."

Additional reporting by Rich Calder

## Graphic

WHEELY CRAZY: David DePape (inset) lived in these buses on a Berkeley, Calif., street before allegedly attacking Paul Pelosi (below, with Nancy). [David G. McIntyre]

**Load-Date:** October 30, 2022

**End of Document**