# EXHIBIT I

# Calendar for: Magistrate Judge Robert M. Illman

## Courtroom Deputy: Gloria Knudson

Last Updated: Jul 12 2023 12:02PM

View Scheduling Notes

**Wednesday, Jul 12 2023**

10:00AM

    3:22-cv-09109-AGT - Foster v. City of Menlo Park et al
    For connection information, please see the judge's page.
    Settlement Conference

**Thursday, Jul 20 2023**

10:00AM

    3:90-cv-03219-JD - Branner v. Ayers, et al
    Settlement Conference

**Monday, Jul 24 2023**

10:00AM

    5:19-cv-03750-BLF - Smith v. Mendoza et al
    For connection information, please see the judge's page.
    Settlement Conference

    5:21-cv-03426-BLF - Smith v. Zavala
    For connection information, please see the judge's page.
    Settlement Conference

**Wednesday, Jul 26 2023**

10:00AM

    4:10-cv-04304-JSW - Raley v. Cullen
    For connection information, please see the judge's page.
    Settlement Conference

**Tuesday, Aug 8 2023**

10:00AM

|  |  |
|---|---|
|  | 3:17-cv-06914-RS - Patterson v. Zewert et al<br>Status Conference |
|  | 1:21-cv-08211-RMI - Victorine v. Costco Wholesale Corp. Warehouse LOC # 125<br>Status Conference |
| 11:00AM |  |
|  | 3:08-cr-00040-JD - USA v. Donald Williams<br>Settlement Conference |
| 01:00PM |  |
|  | 1:22-cv-03125-RMI - Flores Valdes et al v. City of Ukiah et al<br>Further Case Mgmt Conference |

### Wednesday, Aug 9 2023

| 10:00AM |  |
|---|---|
|  | 3:22-cv-03594-LB - Wright v. Shell Gas Station et al<br>For connection information, please see the judge's page.<br>Settlement Conference |
| 01:00PM |  |
|  | 4:22-cv-07509-YGR - Rylee and Cru, Inc. v. Anonymous Ultimate Licensee of QuincyMae.shop et al<br>Motion Hearing |

### Tuesday, Aug 15 2023

| 10:00AM |  |
|---|---|
|  | 4:20-cv-04335-HSG - Smith v. Diaz et al<br>For connection information, please see the judge's page.<br>Scheduling Conference |
| 11:00AM |  |
|  | 1:23-cv-02836-RMI - Childs v. County of Humboldt et al<br>Motion to Dismiss<br>Motion to Strike |
| 02:00PM |  |
|  | 1:23-cv-02421-RMI - Andrews v. Humboldt County et al<br>Initial Case Mgmt Conference |

### Wednesday, Aug 16 2023

| 10:00AM |  |
|---|---|

    4:21-cv-01134-PJH - Wu v. Konigsberg et al
For connection information, please see the judge's page.
Settlement Conference

**Tuesday, Aug 22 2023**

01:00PM

    1:16-cv-07103-RMI - Harrison v. Kernan et al
Further Case Mgmt Conference

View Calendar

**Honorable Robert M. Illman**

**Important**: Any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.
See Notice Regarding Press and Public Access to Court Hearings

Court Schedule:

- Criminal Calendar:  Monday 1:00 PM
- Civil Law and Motion:  Tuesday 11:00 AM
- Status Conference:  Tuesday 10:00 AM
- Case Management Conference:  Tuesday 1:00 PM
- Pretrial Conference:  Tuesday 2:00 PM

NOTICE OF UNAVAILABILITY:

Please take notice that the Honorable Robert M. Illman will not be available:

All counsel are hereby given notice that Court will not be in session during this period, and that such absence constitutes as Certificate of Unavailability pursuant to Civil L.R. 1-5(p). If urgency requires, counsel in any case assigned to Judge Illman, may request a hearing before the General Duty Judge as provided in Civil L.R. 7-1(c).