ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorneys

    450 Golden Gate Ave, 10th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov
           Kyle.Waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
| Plaintiff, | UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY OPPOSING DEFENDANT'S MOTION TO CHANGE VENUE |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

    The United States seeks leave to file the attached Surreply Opposing Defendant's Motion to Change Venue to address new arguments and evidence submitted by defendant David Depape in his Reply in Support of Motion to Change Venue. Dkt. 48 (hereinafter, "Def. Reply"). Counsel for the defendant states that they do not oppose the government filing a surreply.

    Northern District of California Criminal Local Rule 47-2 provides that "[a]ny opposition or reply shall comply with Civil L.R. 7-3(b), (c), and (d); 7-4 and 7-5, with respect to format and length unless otherwise ordered." Civil Local Rule 7-3(d) states "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval" except "[i]f new evidence has been

3:22-CR-426-JSC                        1

submitted in the reply, the opposing party may file and serve an Objection to Reply Evidence." *Id*. at 7-3(d)(1).

The defendant raises two new arguments and attaches new evidence in his reply brief. First, the defendant now argues that the San Francisco-Oakland jury pool is prejudiced because "a substantial portion of the jury pool will themselves be personally represented by Nancy Pelosi in Congress." Def. Reply at 10:18-20. Defendant appears to acknowledge that he did not raise this argument in his opening brief as he states he "would not object to the government's filing a surreply on this issue . . . ." *Id*. at 10 n.5. Second, the defendant argues that media coverage of his immigration status and allegations of child sexual abuse create a presumption of prejudice and attaches seven news stories reporting on these topics. Def. Reply at 3:15-5:8 & Declaration of Angela Chuang 1:24-2:18 & Exs. A-G. The defendant's opening brief does not mention these additional potentially prejudicial topics, nor did it include any of these media reports. *See generally* Def. Motion.

The government seeks leave to respond to these new arguments and new evidence in the attached surreply. The defendant does not oppose this motion.

DATED: July 17, 2023                                        Respectfully submitted,

                                                            ISMAIL J. RAMSEY
                                                            United States Attorney

                                                              /s/
                                                            HELEN L. GILBERT
                                                            LAURA VARTAIN HORN
                                                            KYLE F. WALDINGER
                                                            Assistant United States Attorneys