

## UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** July 19, 2023                                                                 **Time:** 00:20

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape
                              [x] Present    [ ] Not Present    [x] In-Custody & Remanded

**Attorneys for United States:** Helen Gilbert/Laura Vartain/Kyle Waldinger
**Attorneys for Defendant:** Angela Chuang/Jodi Linker/Todd Borden

**Deputy Clerk:** Ada Means                                   **Court Reporter:** Ruth Ekhaus


### PROCEEDINGS

Defendant's Motion to Change Venue (Dkt. No. 41) held.  The Court heard arguments. The motion is denied for the reasons stated on the record. The matter is continued to **August 2, 2023 at 11:30 a.m.** for Defendant's Motion to Access and Inspect Crime Scene.

---

**EXCLUDABLE DELAY:**
Category:  Effective preparation of counsel.
**Begins**: July 19, 2023
**Ends:** November 6, 2023