ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorneys

    450 Golden Gate Ave, 10th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov
           Kyle.Waldinger@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID WAYNE DEPAPE,<br><br>    Defendant. | **CASE NO. 3:22-CR-426-JSC**<br><br>**JOINT PROPOSED JURY QUESTIONNAIRE**<br><br>Trial Date:     November 6, 2023<br>Hearing Date:  August 2, 2023<br>Hearing Time:  11:30 a.m.<br><br>Judge: Hon. Jacqueline Scott Corley |

      Pursuant to the Court's scheduling order, dkt. 39-1, attached hereto as Exhibit 1 is the parties'

joint proposed written jury questionnaire.  Despite meeting and conferring, there are several questions as

to which the parties do not agree.  Those questions (or the portions of those questions) as to which the

parties do not agree are Questions 37, 38, and 53 through 61, as well as the inclusion of certain

additional names at the bottom of the last page of the attachment to the questionnaire.  These issues are

/ / /

JOINT PROPOSED JURY QUESTIONNAIRE
3:22-CR-426-JSC

noted in ***bolded italicized*** text.  The substance of the government's objections and the defendant's

responses to those objections are set forth below the areas of dispute in the proposed questionnaire.

DATED:  July 28, 2023                                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


_____/s/_____
HELEN L. GILBERT
LAURA VARTAIN HORN
KYLE F. WALDINGER
Assistant United States Attorneys

JOINT PROPOSED JURY QUESTIONNAIRE
3:22-CR-426-JSC                                    2

# Exhibit 1

## JUROR QUESTIONNAIRE

You are part of the panel of potential jurors for the case of *United States v. David Wayne DePape*. Mr. DePape is charged with attempting to kidnap Nancy Pelosi and assaulting her husband, Paul Pelosi, at their residence in San Francisco in late October 2022.  To make the jury selection process more efficient and effective for everyone, you will be completing the following questionnaire.  This questionnaire is designed to obtain information about your background as it relates to your service as a fair and impartial juror in this case.  In addition, using this questionnaire helps the Judge and the attorneys to ask fewer questions in court. Your answers will remain confidential. They will be used only by the Judge and the parties to select a qualified and impartial jury.

The primary purpose of this questionnaire is to help determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Judge.  There are no right or wrong answers. The Judge and the attorneys know that every person has beliefs and biases concerning many things.  You should answer with your true feelings, whatever they may be.  Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.  That being said, if there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so.  Please answer each question as fully as you can.  Your complete honesty is essential.

Do not discuss this case or the questions or your answers in this questionnaire with friends, family members, or fellow panelists.  It is important that your answers are yours and yours alone.  The questions are not meant to be intrusive, but you will be asked about some personal matters.  The parties are under orders to maintain the confidentiality of any information they learn in the course of reviewing these questionnaires and discussing them with you.

It is also important that you do not engage in any research, such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it.  You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, on the radio, or from any other source of news or information.  Do not discuss or post anything about this case on any electronic or social media, including Facebook, YouTube, Twitter, Threads, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum, or any other media of any kind.  You must not let anyone, including friends and family, court personnel, the parties and their attorneys, witnesses and other persons involved in the case, reporters and journalists, or researchers talk to you about your views or any aspect of this case until the Court has so instructed you to do so.

Please print your answer to each question as legibly, completely and accurately as you can.  Please answer every question; do not leave any question blank.  If the question does not apply to you, write "N/A" for "not applicable."  If there is something that you would like to discuss privately with the Judge and the lawyers, and not in front of other jurors, please note this in your answer to the questions or questions causing your concern.

Thank you for your time and candor.

1.   NAME:_____   Dr.  Mr.  Mrs.  Ms.  Miss      Age:_____

2.   Residence:  County:_____  City/Town:_____  Neighborhood:_____

*[Do not list your street address]*

How long have you lived at that location?_____
Your place of birth: _____
Do you own or rent your home?          Rent_____          Own_____          Other_____
What other communities have you lived in during the last ten years?_____
_____
_____

3.   What is your marital status: (please circle)

Single       Married       Separated       Divorced       Widowed       Live with a partner

Any prior marriages?   Yes _____          No _____          If Yes, how many?_____

4.   What is your current job status?

_____  Working full-time          _____  Unemployed
_____  Working part-time          _____  Homemaker
_____  Retired                          _____  Full-time student
_____  Disabled

5.   What is your occupation?          [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

a.      What is your occupation (or what was it, if not currently employed)?

_____

b.      By whom are (were) you employed?_____

c.      How long have (did) you worked there? _____

d.      Please describe the nature of your job._____

e.       Have you ever worked for a social media company?  Yes_____  No_____  If so, what

company? _____

6.   During the course of your working life have you changed careers or occupations and, if so, what?

_____
_____
_____
_____

7.    Do you currently have or have you ever had any management or supervisory responsibilities at work?    Yes _____        No _____

       a.    If yes, how many people did you manage or supervise?

8.    What is the highest level of education you completed? _____

9.    What universities, colleges, and/or vocational schools have you attended? _____

10.    Please describe your educational background:

    Major areas of study                                    Degrees received

    _____

    _____

    _____

11.    Have you taken any courses in law, legal procedure, administration of justice, government, or political science?
(If yes, please describe):

    _____

    _____

Please complete regarding your **present spouse** or **partner**.  If you are widowed, divorced or separated, please answer all the following questions regarding your **former spouse/partner**.

11.    Current employment status:

    _____ Working full-time          _____ Unemployed
    _____ Working part-time          _____ Homemaker
    _____ Retired                    _____ Full-time student
    _____ Disabled

    a.    What is his/her occupation (or what was it, if retired or unemployed or disabled)?

        _____

    b.    By whom is (was) s/he employed? _____

        How long has (did) s/he worked there? _____

    c.    Please describe the nature of his/her job? _____

        _____

    d.    What other types of jobs has s/he had in the past?_____

        _____

        _____

12.    What is the highest level of education she/he completed? _____

13.     What universities, colleges, and/or vocational schools has she/he attended? _____

14.     Please describe her/his educational background:

        <u>Major areas of study</u>                                    <u>Degrees received</u>

        _____

        _____

        _____

15.     What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what did they do?)

        Mother: _____          Father: _____

        Stepmother: _____       Stepfather: _____

16.     If you have children, please state:

        <u>Gender</u>                <u>Age</u>      <u>Education</u>                            <u>Occupation/Employer</u>

        _____

        _____

        _____

        _____

        _____

17.     If other adults live in your home in addition to those already you already described above, please state:

        <u>Relationship</u>           <u>Gender</u>   <u>Age</u>           <u>Education</u>            <u>Occupation/Employer</u>

        _____

        _____

        _____

        _____

18.     Have you, your current spouse/partner, your child, or anyone close to you ever served in the military?  Yes_____ No_____

        If Yes, please list for:

                                        <u>You</u>                    <u>Spouse, Partner, Child, Other Person</u>

        Branch of service:        _____       _____

        Combat:          Yes_____        No_____            Yes_____        No_____

4

19.     What are your hobbies, major interests, recreational pastimes and spare-time activities and sports?

_____

_____

_____

_____

20.     Please list all groups and organizations you belong to or participate in, including but not limited to service, community and neighborhood groups; crime prevention groups; volunteer activities; and groups concerned with the criminal justice system.

_____

_____

_____

_____

21.     Have you previously served as a trial juror or as a grand juror?    Yes____   No____
        If Yes, please complete for each case on which you served:

|   | Civil or Criminal | Nature of case (e.g., robbery or personal injury) | When/Where/What Court? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a.      Have you ever served as a jury foreperson?      Yes____          No____

b.      Is there any reason that your prior jury service would affect your ability to be fair, objective and impartial to both sides at trial?   Yes____      No_____If Yes, please explain:

        _____

        _____

22.     Have you or any family member ever had occasion to contact the United States Attorney's Office or the  District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

        Yes____          No____          If Yes, please explain:

        _____

        _____

        _____

        _____

23.     Have you, any close friends or family members ever been employed by or affiliated with the San Francisco Police Department, the Federal Bureau of Investigation (FBI), the United States Capitol Police, or any other federal, state, or local law enforcement agency (including police, sheriff, jail, prison, Immigration, IRS, military police, parole or probation)?

Yes_____          No_____          If Yes, please list:

| Name | Relationship to you | Position | Agency |
|------|---------------------|----------|--------|
|      |                     |          |        |
|      |                     |          |        |
|      |                     |          |        |
|      |                     |          |        |

24.     Not including someone you listed at question 23, have you or a close friend or relative applied for a position in law enforcement, studied or taken courses in the administration of justice, criminal justice, or law?

Yes ___  No_____          If Yes, please explain:

_____

_____

_____

25.     During a trial you may hear the testimony of police or other law enforcement officers including federal agents. The jury will be instructed that testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer.  Despite that instruction would you tend to give the testimony of a law enforcement officer any more or less weight – no matter how slight - than you would to a witness who is not a law enforcement officer, or would you judge their testimony in the same way that you would judge testimony from non-law enforcement witnesses?

More weight _____ Less weight _____ Same_____

Please explain:

_____

_____

_____

_____

26.     Have you, or a close friend or family member, ever worked for a court, a prosecutor's office, or a criminal defense office?  This includes a judge, a District Attorney's office, a United States Attorney's office, a Probation Office or similar office, or any private or public criminal defense attorney's office.

Yes_____          No_____

If Yes, please explain:_____

_____

_____


27.     Have you or anyone close to you ever been the victim of any kind of crime - including domestic violence, burglary, robbery, assault, identity theft, etc. - whether it was reported to law enforcement authorities or not?

Yes_____          No_____          If Yes, please explain:

_____

_____

_____

_____


28.     Have you or anyone close to you ever been a witness to any kind of crime - including domestic violence, burglary, robbery, assault, identity theft, etc. - whether it was reported to law enforcement authorities or not?

Yes_____          No_____          If Yes, please explain:

_____

_____

_____

_____


29.     Have you ever called the police or other law enforcement agency because of a crime or concern about illegal or dangerous activity?

Yes_____          No_____          If Yes, please explain:

_____

_____

_____

_____

30.     Have you ever had to appear in court or in any court proceeding in any civil or criminal case as a plaintiff, defendant, victim, or witness for any reason other than that stated above?

Yes_____          No_____          If Yes, please state when and explain why you appeared in court:

_____

_____

_____

_____

31.     Have you, any member of your family or any close friends ever been arrested?

Yes_____          No_____          If Yes, please explain:

_____

_____

_____

32.     Have you, or a close friend or family member, ever had a positive or negative experience with a law enforcement officer or agency, federal agency or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

Yes_____          No_____

If Yes, please explain:

_____

_____

_____

_____

33.     The defendant, witnesses, or lawyers in this case may be of a different race, color, immigration status, national origin, ethnicity, sexual orientation, gender or gender identity, or economic circumstances from you.  You will be instructed that you should not be influenced by any of these factors.  Does this instruction seem fair to you and could you follow it as a juror in this case.

Yes_____          No_____

If No, please explain:_____

_____

_____

_____

8

34.    Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would make it difficult or inappropriate for you to serve as a juror in a criminal case and make a determination about a person's guilt?

Yes_____        No_____          If Yes, please explain:

_____

_____

_____

_____


33.    The law provides that, in a criminal case, the Government has the burden of proof, and that a defendant need not prove or disprove anything.  Do you think this rule is fair and could you follow it as a juror in this case?

Yes   _____       No_____          If No, please explain:

_____

_____

_____


36.    Which of the following statements best describes your view regarding criminal law in the United States as it relates to people accused of crimes?

___ The law provides an appropriate level of protection for people accused of crimes.

___ The law does not provide enough protection for people accused of crimes.

___ The law provides too much protection for people accused of crimes.

___ I do not know / I have no opinion.

If you believe the law provides too much or not enough protection, please explain:

_____

_____


37.    *If you learned during jury deliberations that most of the jurors disagreed with your view about the appropriate verdict in the case, do you think you might change your mind just because you were in the minority?*

*Yes_____        No_____          If Yes, please explain:*

_____

_____

_____

*Government objection:* The government submits that this question is too hypothetical for a questionnaire and is better addressed during voir dire.

*Defense response:* It will help discern whether a potential juror can judge the case fairly based on the evidence at trial rather than simply going along with the majority

9

38.     The court will instruct you that the burden of proof remains with the prosecution.  That burden of proof is proof beyond a reasonable doubt.  The Court will instruct you on this issue, but generally, this standard requires proof that leaves you "firmly convinced" the defendant is guilty, but does not require the Government to prove guilt beyond *all possible* doubt.  It is your duty to find the defendant guilty if the Government meets this standard, and to find the defendant not guilty if the Government does not meet this standard. ***If you view the evidence in the case as reasonably permitting either of two conclusions—one of innocence, the other of guilt—you must, of course, adopt the conclusion of innocence.*** Do you think this rule is fair and could you follow it as a juror in this case?

        Yes____        No____        If No, please explain:

        _____

        _____

        _____

        _____

        ***\*Government objection to bolded sentence:***  The government objects to the bolded sentence.  The remainder of the question mirrors Ninth Circuit Model Jury Instruction 6.5.  (Indeed, the question refers to the fact that "The Court will instruct you . . . .")  The bolded sentence is not found in the Model Instruction, and the government submits that the questionnaire should not expand upon the instruction that the Court will give.  There is no dispute that, without the objected-to sentence, the question accurately reflects the government's burden of proof.

        ***\*Defense response:*** This is an accurate statement of the burden of proof. If a juror believes that there is a reasonable view of the evidence consistent with innocence, that means the government has failed to prove its case beyond a reasonable doubt and the juror must vote not guilty.

39.     The law provides that a defendant has a right not to testify in her/his own defense, and that you may not draw any inferences or presumption of guilt from a defendant's decision not to testify.  Do you think this rule is fair and could you follow it as a juror in this case?

        Yes____        No____        If No, please explain:

        _____

        _____

        _____

        _____

40.     The court will instruct you on the laws and your duties as jurors. Will you be able to follow these instructions even if you disagree with them?  Yes____    No_____If No, please explain:

        _____

        _____

        _____

        _____

## MEDIA-RELATED QUESTIONS

41.    What are your main sources of news/current events?  Please list the names of the media outlets or media sources that you use, if any, in each of the categories set out below.  If you need more space for any category or other answer, please use additional lines below.

Newspapers/Periodicals:

_____

_____

Television: _____

_____

Radio: _____

_____

Online sources (such as websites, blogs, social media websites, YouTube channels, or email

newsletters):

_____

_____

Conversations: _____

_____

Other: _____

_____

_____

_____

_____

42.    Have you commented on, followed, subscribed to, "liked," tweeted, or otherwise posted anything on social media or any other web site about or relating to Congresswoman Nancy Pelosi, her husband Paul Pelosi, or the defendant in this case, David W. DePape?

_____ Yes  _____ No

If Yes, please explain: _____

_____

_____

_____

43.   Have you read, watched, listened to, or been told of any newspaper or internet story, magazine article, other publication, television program, or documentary that touched on or talked about this case?

\_\_\_\_ Yes  \_\_\_\_ No

If Yes, please explain, and include where you saw any such item: _____

_____

_____

_____

44.   Will anything you described above affect your ability to be fair and impartial with respect to this case?

\_\_\_\_ Yes  \_\_\_\_ No

If Yes, please explain:

_____

_____

_____

## QUESTIONS REGARDING FAMILIARITY WITH THE CASE, THE DEFENDANT, AND THE ALLEGED VICTIMS

45.   Do you know or have you heard about the defendant, Mr. David W. DePape?

\_\_\_\_ Yes  \_\_\_\_ No

If Yes, please explain how you know or what you have heard about Mr. DePape, and the source of anything you know or have heard about him.  Please take your time to search your memory and provide a full account of what you recall from what you have heard or seen in the media or elsewhere:

_____

_____

_____

_____

46.     Have you or has anyone close to you had any prior personal or professional experience with
        Congresswoman Nancy Pelosi, her husband Paul Pelosi, or any of their children, children's spouses,
        or grandchildren?

        _____Yes _____No

        If Yes, please explain:

        _____

        _____

        _____

47.     Have you or has anyone close to you ever worked or volunteered for or against Congresswoman
        Pelosi's Congressional campaign for office, with respect to either any primary election or any
        general election?

        _____Yes _____No

        If Yes, please provide the details of when you or someone close to you worked on the campaign or
        campaigns, and whether you or someone close to you worked for or against Congresswoman
        Pelosi's election: _____

        _____

        _____

        _____

48.     Have you or has anyone close to you ever worked or volunteered for or against another politician or
        public figure?

        Yes_____      No_____       If Yes, please explain:

        _____

        _____

        _____

        _____

49.     During the course of the trial in this case, you will hear testimony regarding Congresswoman Nancy
        Pelosi, who represents parts of San Francisco. Does Congresswoman Pelosi currently represent you
        in Congress or has she ever represented you in Congress?

        _____Yes _____No

        If Yes, would the fact that Nancy Pelosi has represented or currently represents you affect your
        impartiality in a case where she and her husband are alleged victims of a crime?

        Yes_____      No_____       If Yes, please explain:

        _____

        _____

        _____

        _____

13

50.     Do you (or to your knowledge do your friends or family members) have strong opinions or feelings about either Congresswoman Pelosi, her husband Paul Pelosi or their relatives, or Mr. DePape that would affect or influence your ability to be a fair and impartial juror in this case in any way?

_____Yes _____No

If Yes, please explain:

_____

_____

_____

51.     Do you believe that you would be more or less inclined to believe Congresswoman Pelosi or her husband Paul Pelosi than any other witness for any reason, including her position as a Congresswoman and former Speaker of the House of Representatives?

_____Yes _____No

If Yes, please explain: _____

_____

_____

52.     Have you or anyone close to you ever requested or received assistance from Congresswoman Pelosi or her office?

_____Yes _____No

If Yes, please provide details of the assistance requested and/or received:

_____

_____

_____

53.     *Have you ever voted for or against Nancy Pelosi in an election? For _____ Against _____ N/A _____*

***Government objection:**  The government submits that this question, as well as the questions below regarding party affiliation and QAnon (questions 53 through 58) are improper, unduly intrusive, and send the incorrect message to venire members and the public that the resolution of this case may depend on the jurors' personal political affiliations and beliefs, rather than on the evidence and the jurors' ability to be fair and impartial.  The government submits that the other questions posed in this questionnaire, along with voir dire, will provide the prosecution and the defense with sufficient information to empanel a fair and impartial jury.  Although the case law is limited in this regard, numerous cases indicate that district courts need not pose the objected-to questions to venire members, and certainly not in questionnaires sent out in advance of trial.  See, e.g., Connors v. United States, 158 U.S. 408, 414 (1895) (holding that the trial court "correctly rejected the question put to the juror . . . as to his political affiliations"); United States v. Goland, 959 F.2d 1449, 1454 (9th Cir. 1992) (holding that district court did not abuse its discretion in refusing to ask prospective jurors about political affiliation); United States v. Jewell, 2008 WL 400938, at \*4 (E.D. Ark. Feb. 8,*

14

2008) (rejecting proposed question for juror questionnaire "asking about jurors' political opinions"); *United States v. Serafini*, 57 F. Supp. 2d 108, 113 (M.D. Pa. 1999) ("Whether a juror is registered to vote, his or her political party affiliation, and political philosophy . . . have no pertinence to a juror's qualification to be fair and impartial in this case.  The ability to be fair has no direct linkage to political party affiliation or active participation in the political process.").  Finally, the government notes that, in its review of a selection of certain politicized cases in the District of Columbia, the jury questionnaires sent to venire members did not include questions such as the ones that the defendant suggests here and to which the government objects.  *See, e.g.*, *United States v. Manafort*, 1:17-cr-00201-ABJ, dkt. 400 (D.D.C. Sept. 5, 2018); *United States v. Stone*, 1:19-cr-00018-ABJ, dkt. 247 (D.D.C. Aug. 8, 2019); *United States v. Rhodes*, 1:22-cr-00015-APM, dkt. 330 (D.D.C. Sept. 21, 2022).

***Defense response:*** This question asks whether potential jurors voted for or against an alleged victim in this specific case, not about whether they voted for candidates untethered to this matter. This question will help to reveal any bias towards or against Nancy Pelosi that might affect judgment of the case. Those who voted against her may be biased against the government, while those who voted for her may be biased against the defense. In either instance, it will allow the Court and parties to inquire as to whether voting for or against an alleged victim would unduly impact a particular juror's impartiality.

54.    ***What political party are you registered with?*** _____

***Government objection:***  See above.

***Defense response:*** Politics uniquely pervades this case. As discussed during change of venue litigation, this case has been characterized repeatedly by public figures and in the media as a high-profile example of political violence. It was mentioned as such during the President's widely broadcast State of the Union address a few months ago. Given the intensely polarized nature of American politics now and at the time of the charged incident, as well as the overtly political overtones surrounding this case in particular, it is reasonable to ask potential jurors about party affiliations and attitudes towards the two major political parties in order to ascertain whether their political beliefs are held so strongly that it would infect their ability to be impartial.

55.    ***Do you have any negative or positive feelings towards the Democratic Party?***

*Yes*____       *No*____       *If Yes, please explain:*

_____

_____

_____

***Government objection:***  See above.

***Defense response:*** See above response at Question 54.

56.    ***Do you have any negative or positive feelings towards the Republican Party?***

*Yes*____       *No*____       *If Yes, please explain:*

_____

_____

_____

***Government objection:***   See above.

***Defense response:*** See above response at Question 54.

**57.**     *Have you heard of QAnon?*

*Yes*____          *No*____          *If Yes, please explain what you have heard:*

_____

_____

_____

*__Government objection:__*  The government objects for the reasons stated above, see Question 53, as well as because it is not clear that the government will seek to admit any evidence about QAnon or that the Court would allow its admission.  The questionnaire already asks potential jurors about their knowledge of the defendant and the case.

*__Defense response:__* As discussed during change of venue litigation, there have been numerous media reports characterizing Mr. DePape's beliefs as QAnon-related far-right conspiracy theories. Potential jurors who have heard of QAnon and feel strongly either way about QAnon beliefs or its followers may accordingly be biased towards or against an individual like Mr. DePape merely based on that rather than on the evidence in the case.

**58.**     *Do you have any negative or positive feelings about QAnon beliefs or followers?*

*Yes*____          *No*____          *If Yes, please explain:*

_____

_____

_____

*__Government objection:__*  See above response at Question 53 and question 57.

*__Defense response:__* See above response at Question 57.

**59.**     *In this case, you may hear evidence that Mr. DePape made negative comments about Jewish people, LGBTQ people, and women. Would any such language make it hard for you to serve fairly and impartially as a juror?*

*Yes*____          *No*____          *If Yes, please explain:*

_____

_____

_____

_____

*__Government objection:__*  The government submits that this question should not be asked at this time and in a questionnaire because it is not clear that the government will seek to admit such evidence or that the Court would allow its admission.

*__Defense response:__* The defense thinks it prudent to ask this now to avoid potential issues if such comments come out at trial and do affect any juror's impartiality, particularly since there is a high risk of prejudice if these types of comments are introduced. It would help to narrow the venire by identifying potential jurors early on who would be so affected by such comments that they could not be impartial.

**60.**    ***Do you believe that holding conservative political beliefs makes a person more likely to be violent?***

*Yes*____        *No*____        ***If Yes, please explain:***

_____

_____

_____

_____

***\*Government objection:***  The government submits that this question is better addressed during voir dire.

***\*Defense response:*** It will expedite voir dire if all potential jurors answer this in a questionnaire so that the Court and parties know whether this issue should be addressed further in voir dire and with whom it should be addressed.

**61.**    ***In this case, you will see graphic and violent video footage. Do you think that seeing footage of that nature could affect your ability to judge this case fairly and without emotion?***

*Yes*____        *No*____        ***If Yes, please explain:***

_____

_____

_____

_____

***\*Government objection:*** The government objects to this question as misleading regarding the amount of violent video footage likely to be presented to the jury. The assault of Mr. Pelosi lasted for only a few seconds.

***\*Defense response:*** The question does not mention anything about quantity of violent footage, merely that violent footage will be shown. This will help to identify and weed out potential jurors who are so sensitive to seeing violent imagery that they could not judge the case fairly.

62.    The court estimates that the trial in this case will last approximately two weeks including jury selection. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?

Yes____    No__    If Yes, please explain:

_____

_____

_____

63.    Is there any matter not covered by this questionnaire that should be brought to the attention of the court and the lawyers because it might affect your ability to be a fair and impartial juror?

Yes____        No____        If Yes, please explain:

_____

_____

64.     Is there any matter you would prefer to discuss privately with the court?

Yes____        No____        If Yes, please explain:

_____

_____

65.     The jury is told not to read, watch, or listen to news accounts of a trial they are involved in until it is over, and not to talk to anyone about the case, not even to one another, and to not post anything on social media or elsewhere, including through jury deliberations.  Would you find it difficult to follow these instructions for any reason?

____Yes ____No

If Yes, please explain:

_____

_____

_____

_____

66.     Are you fully vaccinated for COVID-19 (one dose of Johnson & Johnson or two dose of Moderna or Pfizer) and have you received a booster?

❑No, I am not fully vaccinated and I will not get a vaccine for Covid
❑No, I am not fully vaccinated but plan to get vaccinated in the near future
❑Yes, I am fully vaccinated but have not received a booster shot
❑Yes, I am fully vaccinated and have received a booster shot
❑Decline to answer

67.     A list is attached to the end of this questionnaire.  Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

_____

**JUROR'S OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing this questionnaire.

Signature:_____

Print Name:_____

Date: _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

**ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys and Paralegals**
Prosecution Team
        Helen Gilbert
        Laura Vartain Horn
        Kyle F. Waldinger
        Madeleine Wachs
        Ismail J. Ramsey
        Patrick Robbins
        Thomas Colthurst
        Katherine Wawrzyniak
        Andrew Dawson
        United States Attorney's Office, Northern District of California

Defense Team
        Angela Chuang
        Jodi Linker
        Todd Borden
        Sheree Cruz-Laucirica
        Catherine Goulet
        Federal Public Defender, Northern District of California

**Possible Witnesses or Other Individuals Whose Names May Be the Subject of Testimony:**

Nancy Pelosi
Paul Pelosi

FBI employees
Special Agent Stephanie Minor
Special Agent Gary Grzymala
Special Agent Kenneth Montgomery
Special Agent Desiree Gorham
Digital Forensic Examiner Wing Ng
Digital Forensic Examiner Craig Perry
Digital Forensic Examiner Alexander Popov
Special Agent Joyce Blalock
Special Agent Joel Dabisch
Staff Operations Specialist Lauren Merian
Special Agent Meredith Stanger
Task Force Officer Joseph Daneff
Special Agent Chris Chew

SFPD Employees
Officer Kyle Cagney
CSI Officer Tracy Demkowski
Officer Jacquelyn Fuller
Lieutenant Carla Hurley
Officer Alejandro Najarro
Officer Adriane Starks
Officer Andrew Wheeler
Officer Kolby Willmes
Officer Michael Wong
CSI Officer Edward Gamble

Officer John Grey
CSI Sergeant Lyn O'Connor
Officer Marina Piccolotti
Sergeant Michele Martinez
Officer Aleksiy Holub
Officer Eureka Monroe

United States Capitol Police employees
Special Agent Aaliyah Paxson
Special Agent Brandon Szalacinski
Special Agent Dwight Littlejohn
Timothy Clark
Christopher Holzhauer

BART employees
Task Force Officer Patrick Lennan

SF MUNI employees
Lani Tuapola

Other individuals
Ron Aiello
Dr. Geoffrey Manley

***The defense will make an under seal filing with additional names that the defense proposes should be included in the questionnaire.***