

## UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** August 2, 2023                                                      **Time:** 00:56

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape
                                     [x] **Present**   [ ] **Not Present**   [x] **In-Custody & Remanded**

**Attorney for United States:** Helen Gilbert/Laura Vartain/Kyle Waldinger
**Attorney for Defendant:** Todd Borden/Angela Chuang

**Deputy Clerk:** Ada Means                                    **Court Reporter:** Stephen Franklin

### PROCEEDINGS

Defendant's Motion to Access and Inspect Crime Scene (Dkt. No. 55) & Status Conference re: jury questionnaire held. The motion was argued, submitted, and taken under submission. The pretrial conference set for October 25, 2023 is continued to October 26, 2023 at 11:00 a.m. Jury selection will remain on calendar for November 6, 2023 and the first day of trial is advanced to November 9, 2023.  The parties to submit a draft of the jury questionnaire by September 7, 2023. The matter is continued to **September 27, 2023 at 10:00 a.m.** for further status re: jury questionnaire.

**EXCLUDABLE DELAY:**
Category:  Effective preparation of counsel.
**Begins**: July 19, 2023
**Ends:** November 6, 2023