1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)
5  KYLE F. WALDINGER (CABN 298752)
   Assistant United States Attorney
6
         450 Golden Gate Avenue, Box 36055
7        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
8        FAX: (415) 436-7234
         Email: Helen.Gilbert@usdoj.gov
9               Laura.Vartain@usdoj.gov
                Kyle.Waldinger@usdoj.gov
10
   Attorneys for United States of America
11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
                                SAN FRANCISCO DIVISION
14

15 | UNITED STATES OF AMERICA,           ) | **CASE NO. 3:22-CR-426-JSC**
   |                                     ) |
16 |         Plaintiff,                  ) | STIPULATION AND [PROPOSED] ORDER
   |                                     ) | REGARDING MOOTNESS OF DEFENDANT'S
17 |    v.                               ) | MOTION TO ACCESS AND INSPECT CRIME
   |                                     ) | SCENE
18 | DAVID WAYNE DEPAPE,                 ) |
   |                                     ) |
19 |         Defendant.                  ) |
   |                                     ) |
20

21        On August 2, 2023, the Court held a hearing on defendant's Motion to Access and View Crime

22 Scene.  Dkt. 55.  The defendant seeks to access and inspect the home of Congresswoman Nancy Pelosi

23 and her husband Paul Pelosi.  The Pelosis have agreed voluntarily to permit the government and the

24 defense team to access and inspect their home pursuant to certain limitations that will be subject to a

25 //

26 //

27 //

28

protective order. The parties stipulate and agree that Defendant's Motion to Access and View Crime Scene, Dkt. 55, is now moot.

**IT IS SO STIPULATED.**

ISMAIL J. RAMSEY
United States Attorney

Dated: August 9, 2023

\_\_/s/_____
HELEN L. GILBERT
LAURA VARTAIN HORN
KYLE F. WALDINGER
Assistant United States Attorneys

JODI LINKER
Federal Public Defender

\_\_/s/_____
ANGELA CHUANG
Assistant Federal Public Defender
Counsel for Defendant David DePape

**[PROPOSED] ORDER**

For the reasons stated above, the Court DENIES without prejudice Defendant's Motion to Access and Inspect Crime Scene, Dkt. 55, as moot.

IT IS SO ORDERED

Dated: _____

HON. JACQUELINE SCOTT CORLEY
United States District Judge