ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov
           Kyle.Waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOOTNESS OF DEFENDANT'S MOTION TO ACCESS AND INSPECT CRIME SCENE |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

On August 2, 2023, the Court held a hearing on defendant's Motion to Access and View Crime Scene. Dkt. 55. The defendant seeks to access and inspect the home of Congresswoman Nancy Pelosi and her husband Paul Pelosi. The Pelosis have agreed voluntarily to permit the government and the defense team to access and inspect their home pursuant to certain limitations that will be subject to a

//

//

//

1 protective order.  The parties stipulate and agree that Defendant's Motion to Access and View Crime
2 Scene, Dkt. 55, is now moot.

**IT IS SO STIPULATED.**

| | |
|---|---|
| | ISMAIL J. RAMSEY<br>United States Attorney |
| Dated:  August 9, 2023 | \_\_/s/_____<br>HELEN L. GILBERT<br>LAURA VARTAIN HORN<br>KYLE F. WALDINGER<br>Assistant United States Attorneys |
| | JODI LINKER<br>Federal Public Defender |
| | \_\_/s/_____<br>ANGELA CHUANG<br>Assistant Federal Public Defender<br>Counsel for Defendant David DePape |

**[~~PROPOSED~~] ORDER**

For the reasons stated above, the Court DENIES without prejudice Defendant's Motion to Access and Inspect Crime Scene, Dkt. 55, as moot.

IT IS SO ORDERED

Dated: August 10, 2023

HON. JACQUELINE SCOTT CORLEY
United States District Judge