ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorneys

> 450 Golden Gate Ave, 11th Floor
> San Francisco, CA 94102
> Telephone: (415) 436-7200
> Fax: (415) 436-7234
> Email: Helen.Gilbert@usdoj.gov
>        Laura.Vartain@usdoj.gov
>        Kyle.Waldinger@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:22-CR-00426-JSC |
|---|---|
| Plaintiff, | ) |
| v. | ) PETITION FOR WRIT OF HABEAS CORPUS |
|  | ) AD PROSEQUENDUM |
| DAVID DEPAPE, | ) |
| Defendant. | ) |

TO:    The Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California

      Assistant United States Attorneys Helen L. Gilbert, Laura Vartain Horn, and Kyle F. Waldinger respectfully request that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DAVID DEPAPE, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

///

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM [CASE NO. 3:22-CR-00426-JSC]

The prisoner, DAVID DEPAPE, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and therefore petitioner prays that the Court issue the Writ as presented.

DATED: September 15, 2023

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
HELEN L. GILBERT
LAURA VARTAIN HORN
KYLE F. WALDINGER
Assistant United States Attorneys

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorneys

    450 Golden Gate Ave, 11th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov
           Kyle.Waldinger@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-00426-JSC |
| Plaintiff, | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| DAVID DEPAPE, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DAVID DEPAPE, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be issued as presented.

DATED: _____

                                                        HON. JACQUELINE SCOTT CORLEY
                                                        United States District Judge

[PROPOSED] ORDER
CASE NO. 3:22-CR-00426-JSC

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   JAY BIEBER, United States Marshal for the Northern District of California and

PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 8, San Francisco, California 94102 on September 27, 2023 at 10:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED: _____     CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-CR-00426-JSC