1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)
5  KYLE F. WALDINGER (CABN 298752)
   Assistant United States Attorneys
6
         450 Golden Gate Ave, 10th Floor
7        San Francisco, CA 94102
         Telephone: (415) 436-7200
8        Fax: (415) 436-7234
         Email: Helen.Gilbert@usdoj.gov
9               Laura.Vartain@usdoj.gov
                Kyle.Waldinger@usdoj.gov
10
   Attorneys for the United States of America
11

12

13                           UNITED STATES DISTRICT COURT

14                          NORTHERN DISTRICT OF CALIFORNIA

15                                SAN FRANCISCO DIVISION

16
   UNITED STATES OF AMERICA,              )  CASE NO. 3:22-CR-426-JSC
17                                        )
          Plaintiff,                      )
18                                        )  **JOINT PROPOSED JURY QUESTIONNAIRE**
      v.                                  )
19                                        )  Trial Date:     November 6, 2023
   DAVID WAYNE DEPAPE,                    )  Hearing Date:   September 27, 2023
20                                        )  Hearing Time:   10:00 a.m.
          Defendant.                      )
21                                        )  Judge: Hon. Jacqueline Scott Corley
                                          )
22

23        Pursuant to the Court's instructions at the August 2, 2023 hearing, attached hereto as Exhibit 1 is

24 the parties' joint proposed written jury questionnaire in SurveyMonkey.  Despite meeting and

25 conferring, the parties continue to disagree about language in a single question: Question 19 of the Jury

26 Service, Courts, Crime and the Criminal Justice System section, on page 13 of Exhibit 1.  The defense

27 wishes to include the language in bold in the question and the United States continues to object to this

28

   JOINT PROPOSED JURY QUESTIONNAIRE
   3:22-CR-426-JSC                            2

language and suggests that it be removed from the question.  The question and the parties' positions are stated here:

<u>Jury Questionnaire, Jury Service, Courts, Crime and the Criminal Justice System Section, Question 19 (Ex. 1, p. 13)</u>

>The court will instruct you that the burden of proof remains with the prosecution.  That burden of proof is proof beyond a reasonable doubt.  The Court will instruct you on this issue, but generally, this standard requires proof that leaves you "firmly convinced" the defendant is guilty, but does not require the Government to prove guilt beyond all possible doubt.  It is your duty to find the defendant guilty if the Government meets this standard, and to find the defendant not guilty if the Government does not meet this standard. **If you view the evidence in the case as reasonably permitting either of two conclusions - one of non-guilt and one of guilt - you must, of course, adopt the conclusion of non-guilt.**  Do you think this rule is fair and could you follow it as a juror in this case?

<u>Government's objection to bold sentence</u>

>The government objects to the bolded sentence.  The remainder of the question mirrors Ninth Circuit Model Jury Instruction 6.5.  (Indeed, the question refers to the fact that "The Court will instruct you . . . .")  The bolded sentence is not found in the Model Instruction, and the government submits that the questionnaire should not expand upon the instruction that the Court will give.  There is no dispute that, without the objected-to sentence, the question accurately reflects the government's burden of proof.

<u>Defense response:</u>

>This is an accurate statement of the burden of proof. If a juror believes that there is a reasonable view of the evidence consistent with non-guilt, that means the government has failed to prove its case beyond a reasonable doubt and the juror must vote not guilty.

//

1 | The parties otherwise agree on the content of the jury questionnaire.

3 | DATED: September 20, 2023               Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

   /s/
HELEN L. GILBERT
LAURA VARTAIN HORN
KYLE F. WALDINGER
Assistant United States Attorneys