Exhibit 1



## CA-Northern District Court: Juror Questionnaire 2023

### Thank you to all our prospective jurors!

You remain in the pool of prospective jurors in a particular case described below. You must answer the following juror questionnaire. This questionnaire will assist the judge and lawyers in selecting a jury. Answer all the questions to the best of your ability. There are no right or wrong answers. To answer correctly you must answer honestly.

We need your help so that we can select a fair and impartial jury in this case. Do not assume anything from these questions. The fact they are being asked does not necessarily have anything to do with the evidence that you will hear.

The judge and lawyers know that every person has beliefs and prejudices concerning many things. You should answer with your true feelings and opinion, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

Please fully answer each question to the best of your ability. Write or print clearly. You must not ask anyone for help. Do the best you can. If you cannot answer a question because you do not understand it or do not know, please indicate that.

Because your answers are part of the jury selection process and become part of the records of this court, your answers must be truthful under penalty of perjury.

The answers to these questions will be disclosed to the Court and the attorneys and will be used by the Court and the attorneys for the selection of the jury in this case. The confidentiality of your answers to these questions will be maintained unless otherwise ordered by the Court.

**From this point forward, you are directed not to read, listen to, or watch anything related to this case** until you have been excused as a potential juror, or if you are selected as a juror, until the trial is over. This includes all media sources such as television, radio, newspaper, on-line sites, blogs, social media, Google searches, etc. You are not to discuss this case with anyone, including your family, friends, co-workers, or other potential jurors. You are directed not to write or post anything about this case or your jury service on social media or in any other format. Do not research this case or the people involved – including any of the facts presented in this questionnaire, the victims, the accused, the lawyers, and the judge – through any resource including the internet, media publications or other source of information.

**Again, do not discuss this questionnaire or your answers with friends, family, co-workers, court personnel, or anyone else or attempt to do any research on this case or anything related to the case.**

Jury service is one of the most important duties a citizen can be called upon to perform. Thank you for fulfilling your civic duty by responding completely and honestly during jury selection. The integrity of the process depends on your truthfulness. Your participation and cooperation in this process are greatly appreciated.

**Honorable Jacqueline Scott Corley**
**UNITED STATES DISTRICT JUDGE**



## CA-Northern District Court: Juror Questionnaire 2023

### Case Summary

This is a criminal case involving charges brought by the United States against David DePape (the "Defendant"). Mr. DePape is charged with attempting to kidnap Nancy Pelosi and assaulting her husband, Paul Pelosi, at their residence in San Francisco in late October 2022.

The trial will involve two counts.

In Count 1, the United States alleges that David DePape attempted to kidnap Congresswoman Nancy Pelosi.

In Count 2, the United States alleges that David DePape assaulted Paul Pelosi with a dangerous weapon.

These are only allegations. The Defendant has denied the charges and pled not guilty. The United States must prove each charge against the defendant beyond a reasonable doubt. The Defendant is presumed innocent of the charges.



## CA-Northern District Court: Juror Questionnaire 2023

**Background Information**

* 1. Please provide your first and last name

[                                        ]

* 2. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

○ No

○ Yes.  If Yes, please explain.

[                                        ]

* 3. What is your preferred form of address?

○ Miss

○ Ms.

○ Mrs.

○ Mr.

○ Dr.

○ Other (please specify)

[                                        ]

* 4. What is your age?

[                                        ]

* 5. Where do you live?  (Please do not list your street address.)

County          [                        ]

City/Town       [                        ]

Neighborhood    [                        ]

* 6. How long have you lived at that location?

[                                        ]

* 7. Do you:

☐ Rent

☐ Own

☐ Other. Please explain:

[                                        ]

* 8. Where were you born?

[                                        ]

* 9. What other communities have you lived in during the last ten years?

[                                        ]

* 10. What is your current marital/relationship status?

○ Single

○ Married

○ Separated

○ Divorced

○ Widowed

○ Live with a partner

* 11. Have you previously been married?

○ Yes

○ No

If yes, how many prior marriages have you had?

[                                        ]

* 12. What is your current job status?

○ Working full-time

○ Working part-time

○ Retired

○ Disabled

○ Unemployed – looking for work

○ Unemployed – not looking for work

○ Homemaker

○ Full-time student

* 13. What is your occupation?   [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

What is your occupation (or what was it, if not currently employed)?

By whom are (were) you employed?

How long have (did) you worked there?

Please describe the nature of your job

Have you ever worked for a social media company?   If so, what company?

* 14. During the course of your working life have you changed careers or occupations and, if so, what were your prior careers or occupations?

* 15. Do you currently have or have you ever had any management or supervisory responsibilities at work?

○ No

○ If yes, how many people do you or did you manage or supervise?

* 16. What is your highest level of education you completed?

* 17. What universities, colleges, and/or vocational schools have you attended?

* 18. Please describe your educational background, including major areas of study and all degrees, certificates, or licenses, etc. received.

\* 19. Have you taken any courses in law, legal procedure, administration of justice, government, or political science?

○ No

○ Yes

If Yes, please describe:

[ ]

Please complete questions 19 through 27 regarding your **present spouse** or **partner**. If you are widowed, divorced, or separated, or do not currently have a spouse or partner, please answer all the following questions regarding your **former spouse/partner**.

\* 20. What is the current employment status of your spouse/partner (or your former spouse/partner):

○ Working full-time

○ Working part-time

○ Retired

○ Disabled

○ Unemployed

○ Homemaker

○ Full-time student

\* 21. What is your spouse's/partner's occupation (or what was it, if retired or unemployed or disabled)?

[ ]

\* 22. By whom is (was) your spouse/partner employed?

[ ]

\* 23. How long has (did) your spouse/partner work(ed) there?

[ ]

\* 24. Please describe the nature of your spouse's/partner's job.

[ ]

\* 25. What other types of jobs has your spouse/partner had in the past?

[ ]

\* 26. What is the highest level of education your spouse/partner completed?

[ ]

* 27. What universities, colleges, and/or vocational schools has your spouse/partner attended?

[                                        ]

* 28. Please describe your spouse's/partner's educational background, including major areas of study and all degrees, certificates, or licenses, etc. received.

[                                        ]

* 29. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what did they do?)

Parent 1        [                    ]

Parent 2        [                    ]

Stepparent 1    [                    ]

Stepparent 2    [                    ]

* 30. Do you have children?

○ No

○ Yes

* 31. If you have children, please provide their gender, age, education, occupation/employer (if applicable), and whether they live with you:

Child 1         [                    ]

Child 2         [                    ]

Child 3         [                    ]

Child 4         [                    ]

Child 5         [                    ]

* 32. If other adults live in your home in addition to those already you already described above, please provide their gender, age, education, relationship to you, and occupation/employer. (If you do not live with other adults, please enter "none.")

[                                        ]

\* 33. Have you, your current spouse/partner, your child, or anyone close to you ever served in the military?

○ No

○ Yes. Please state the person(s) relationship to you, the branch of service, highest rank, dates of service, and whether they have combat experience.

\* 34. What are your hobbies, major interests, recreational pastimes, and spare-time activities and sports?

\* 35. Please list all groups and organizations you belong to or participate in, including but not limited to service, community, and neighborhood groups; crime prevention groups; volunteer activities; and groups concerned with the criminal justice system.



**CA-Northern District Court: Juror Questionnaire 2023**

Jury Service, Courts, Crime, and the Criminal Justice System

* 1. Have you ever served as juror?

☐ Trial juror

☐ Grand juror

☐ On a court martial

☐ None of the above

* 2. For each instance of jury service, state the approximate year, whether it was civil or criminal, state or federal court, the type of case (or criminal charges), whether there was a verdict, whether you were the foreperson, and whether the experience was positive or negative for you and how you felt about your jury service. (If you have not served as a juror, please enter "none".)

[ ]

* 3. If you have served on a jury, is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides at trial?  If Yes, please explain.

○ I have not previously served as a juror.

○ No, there is no reason that my prior jury service would affect my participation in this trial.

○ Yes, my prior jury service would affect my participation in this trial, as explained below:

[ ]

* 4. Have you or any family member ever had occasion to contact the United States Attorney's Office or a District Attorney's Office, including the Family Support, Consumer Fraud, or Victim/Witness Divisions?

○ No

○ Yes.  If Yes, please list the name(s) of the person who contacted the office, their relationship to you, and information about the contact.

[ ]

9

* 5. Please indicate whether you, any family members, or close friends have ever been employed by or affiliated with any of the agencies listed below.

- [ ] Federal Bureau of Investigation (FBI)
- [ ] San Francisco Police Department
- [ ] United States Capitol Police
- [ ] Other federal, state, or local law enforcement agency (including police, sheriff, jail, prison, immigration, IRS, military police, parole, or probation)
- [ ] None of the above

* 6. For each agency checked in the above question, please explain the person(s) affiliated with the agency, their relationship to you, which agency, and their position or affiliation with the agency (if none, enter "none").

_____

* 7. Not including someone you listed in the question above, have you or a close friend or relative applied for a position in law enforcement, or studied or taken courses in the administration of justice, criminal justice, or law?

- ( ) No
- ( ) Yes. If Yes, please explain:

_____

* 8. Have you, or a close friend or family member, ever worked for a court, a prosecutor's office, or a criminal defense office?  This includes a judge, a District Attorney's office, a United States Attorney's office, a Probation Office or similar office, or any private or public criminal defense attorney's office.

- ( ) No
- ( ) Yes. If Yes, please explain

_____

10

* 9. Have you or anyone close to you ever been the victim of any kind of crime - including domestic violence, burglary, robbery, assault, identity theft, etc. - whether it was reported to law enforcement authorities or not?

◯ No

◯ Yes. If Yes, please explain:

* 10. Have you or anyone close to you ever been a witness to any kind of crime - including domestic violence, burglary, robbery, assault, identity theft, etc. - whether it was reported to law enforcement authorities or not?

◯ No

◯ Yes. If Yes, please explain:

* 11. Have you ever called the police or other law enforcement agency because of a crime or concern about illegal or dangerous activity?

◯ No

◯ Yes. If Yes, please explain:

* 12. Have you ever had to appear in court or in any court proceeding in any civil or criminal case as a plaintiff, defendant, victim, or witness for any reason other than that stated above?

◯ No

◯ Yes. If Yes, please state when and explain why you appeared in court

\* 13. Have you, any member of your family or any close friends ever been arrested?

○ No

○ Yes. If Yes, please explain:

```
┌─────────────────────────────────────────┐
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────────────┘
```

\* 14. Have you, or a close friend or family member, ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

○ No

○ Yes. If Yes, please explain:

```
┌─────────────────────────────────────────┐
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────────────┘
```

\* 15. The defendant, witnesses, or lawyers in this case may be of a different race, color, immigration status, national origin, ethnicity, sexual orientation, gender or gender identity, or economic circumstances from you.  You will be instructed that you should not be influenced by any of these factors.  Does this instruction seem fair to you and could you follow it as a juror in this case?

○ Yes

○ No. If No, please explain:

```
┌─────────────────────────────────────────┐
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────────────┘
```

\* 16. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would make it difficult or inappropriate for you to serve as a juror in a criminal case and make a determination about a person's guilt?

○ No

○ Yes. If Yes, please explain:

```
┌─────────────────────────────────────────┐
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────────────┘
```

* 17. The law provides that, in a criminal case, the Government has the burden of proof, and that a defendant need not prove or disprove anything. Do you think this rule is fair and could you follow it as a juror in this case?

○ Yes

○ No. If No, please explain:

* 18. Which of the following statements best describes your view regarding criminal law in the United States as it relates to people accused of crimes?

○ The law provides an appropriate level of protection for people accused of crimes.

○ The law does not provide enough protection for people accused of crimes.

○ The law provides too much protection for people accused of crimes.

○ I do not know / I have no opinion.

If you believe the law provides too much or not enough protection, please explain:

* 19. The court will instruct you that the burden of proof remains with the prosecution. That burden of proof is proof beyond a reasonable doubt. The Court will instruct you on this issue, but generally, this standard requires proof that leaves you "firmly convinced" the defendant is guilty, but does not require the Government to prove guilt beyond *all possible* doubt. It is your duty to find the defendant guilty if the Government meets this standard, and to find the defendant not guilty if the Government does not meet this standard. **If you view the evidence in the case as reasonably permitting either of two conclusions - one of non-guilt and one of guilt - you must, of course, adopt the conclusion of non-guilt.** Do you think this rule is fair and could you follow it as a juror in this case?

○ Yes

○ No. If No, please explain:

13

\* 20. The law provides that a defendant has a right not to testify in her/his own defense, and that you may not draw any inferences or presumption of guilt from a defendant's decision not to testify.  Do you think this rule is fair and could you follow it as a juror in this case?

○ Yes

○ No. If No, please explain:

```

```

\* 21. The court will instruct you on the laws and your duties as jurors. Will you be able to follow these instructions even if you disagree with them?

○ Yes

○ No. If No, please explain:

```

```



## CA-Northern District Court: Juror Questionnaire 2023

### Media and Case Knowledge

**MEDIA QUESTIONS**

\* 1. What are your main sources of news/current events?  Please list the names of the media outlets or media sources that you use, if any, in each of the categories set out below.

Newspapers/Periodicals:

Television:

Radio:

Online sources (such as websites, blogs, social media websites, YouTube channels, or email newsletters):

Conversations:

Other:

\* 2. Have you commented on, followed, subscribed to, "liked," shared, tweeted, or otherwise posted or amplified anything on social media or any other web site about or relating to Congresswoman Nancy Pelosi, her husband Paul Pelosi, or the defendant in this case, David W. DePape?

○ No

○ Yes. If Yes, please explain:

* 3. Have you read, watched, listened to, or been told of any newspaper or internet story, magazine article, other publication, television program, or documentary that touched on or talked about this case?

   ○ No

   ○ Yes. If Yes, please explain, and include where you saw any such item:

* 4. Will anything you described above affect your ability to be fair and impartial with respect to this case?

   ○ No

   ○ Yes. If Yes, please explain:

* 5. Do you know or have you heard about the defendant, Mr. David W. DePape?

   ○ No

   ○ Yes.  If Yes, please explain how you know or what you have heard about Mr. DePape, and the source of anything you know or have heard about him.  Please take your time to search your memory and provide a full account of what you recall from what you have heard or seen in the media or elsewhere:

* 6. Have you or has anyone close to you had any prior personal or professional experience with Congresswoman Nancy Pelosi, her husband Paul Pelosi, or any of their children, children's spouses, or grandchildren?

   ○ No

   ○ Yes. If Yes, please explain:

16

* 7. Have you or has anyone close to you ever worked or volunteered for or against Congresswoman Pelosi's Congressional campaign for office, with respect to either any primary election or any general election?

○ No

○ Yes.  If Yes, please explain.

* 8. Have you or has anyone close to you ever worked or volunteered for or against another politician or public figure?

○ No

○ Yes. If Yes, please explain:

* 9. During the course of the trial in this case, you will hear testimony regarding Congresswoman Nancy Pelosi, who represents parts of San Francisco. Does Congresswoman Pelosi currently represent you in Congress or has she ever represented you in Congress?

○ No

○ Yes

* 10. If you answered Yes to the question above, would the fact that Nancy Pelosi has represented or currently represents you affect your impartiality in a case where she and her husband are alleged victims of a crime?

○ No

○ Yes. If Yes, please explain:

* 11. Do you (or to your knowledge do your friends or family members) have strong opinions or feelings about either Congresswoman Pelosi, her husband Paul Pelosi or their relatives, or Mr. DePape that would affect or influence your ability to be a fair and impartial juror in this case in any way?

○ No

○ Yes. If Yes, please explain:

17

* 12. Have you or anyone close to you ever requested or received assistance from Congresswoman Pelosi or her office?

◯ No

◯ Yes.  If Yes, please provide details of the assistance requested and/or received:

```



```

* 13. In this case, you will see video footage of an alleged assault. Do you think that seeing footage of that nature could affect your ability either to judge this case fairly or to not decide the case based upon emotion?

◯ No

◯ Yes. If Yes, please explain:

```



```



## CA-Northern District Court: Juror Questionnaire 2023

### Witnesses

**Please check the box of the name  of any of the listed people that you personally know:**

* 1. During a trial you may hear the testimony of police or other law enforcement officers including federal agents. The jury will be instructed that testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer.  Despite that instruction would you tend to give the testimony of a law enforcement officer any more or less weight – no matter how slight - than you would to a witness who is not a law enforcement officer, or would you judge their testimony in the same way that you would judge testimony from non-law enforcement witnesses? For each choice, please explain your answer below.

○ More Weight  (please explain below)

○ Less Weight (please explain below)

○ Same Weight (please explain below)

Please explain:

[ ]

* 2. Do you believe that you would be more or less inclined to believe Congresswoman Pelosi or her husband Paul Pelosi than any other witness for any reason, including her position as a Congresswoman and former Speaker of the House of Representatives?

○ No

○ Yes.  If Yes, please explain:

[ ]

3. Do you know any of the following persons?  (If not, please select "None of the above".)

☐ Ron Aiello

☐ Joyce Blalock

☐ Todd Borden

☐ Kyle Cagney

☐ Chris Chew

- ☐ Angela Chuang
- ☐ Timothy Clark
- ☐ Thomas Colthurst
- ☐ Jacqueline Scott Corley
- ☐ Sheree Cruz-Laucirica
- ☐ Joel Dabisch
- ☐ Joseph Daneff
- ☐ Andrew Dawson
- ☐ Tracy Demkowski
- ☐ Jacquelyn Fuller
- ☐ Edward Gamble
- ☐ Helen Gilbert
- ☐ Desiree Gorham
- ☐ Catherine Goulet
- ☐ John Grey
- ☐ Gary Grzymala
- ☐ Aleksiy Holub
- ☐ Christopher Holzhauer
- ☐ Michael Huang
- ☐ Carla Hurley
- ☐ Patrick Lennan
- ☐ Jodi Linker
- ☐ Dwight Littlejohn
- ☐ Geoffrey Manley
- ☐ Michele Martinez
- ☐ Ada Means
- ☐ Lauren Merian
- ☐ Stephanie Minor
- ☐ Eureka Monroe
- ☐ Kenneth Montgomery
- ☐ Alejandro Najarro
- ☐ Wing Ng
- ☐ Lyn O'Connor
- ☐ Aaliyah Paxson
- ☐ Nancy Pelosi
- ☐ Paul Pelosi
- ☐ Craig Perry

☐ Marina Piccolotti

☐ Alexander Popov

☐ Ismail Ramsey

☐ Patrick Robbins

☐ Justin Sayban

☐ Shahin Shaikh

☐ Meredith Stanger

☐ Adriane Starks

☐ Steven Straube

☐ Brandon Szalacinski

☐ Laura Vartain Horn

☐ Madeleine Wachs

☐ Kyle Waldinger

☐ Katherine Wawrzyniak

☐ Andrew Wheeler

☐ Kolby Willmes

☐ Michael Wong

☐ Nathaniel Yung

☐ If you checked any of the listed individuals above, please explain how you know them:

☐ None of the above



## CA-Northern District Court: Juror Questionnaire 2023

### Concluding Questions

* 1. Has anything that you learned from this questionnaire, or what you have read, seen, or heard about this case before receiving this questionnaire, including the nature of the charges, caused you to believe that you cannot be a fair and impartial juror in this case?

◯ Yes

◯ No

◯ Yes.  If Yes, please explain:

```
[                                   ]
```

* 2. The court estimates that the trial in this case will last approximately two weeks including jury selection. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?

◯ No

◯ Yes. If Yes, please explain:

```
[                                   ]
```

* 3. Is there any matter not covered by this questionnaire that should be brought to the attention of the court and the lawyers because it might affect your ability to be a fair and impartial juror?

◯ No

◯ Yes. If Yes, please explain:

```
[                                   ]
```

* 4. Is there any matter you would prefer to discuss privately with the Court?

◯ No

◯ Yes. If Yes, please explain:

```
[                                   ]
```

\* 5. Judge Corley, the federal judge presiding over this case, has **ORDERED YOU NOT** to conduct any research or do any investigation into this case or the allegations asserted by the government, including research or investigation into any of the matters discussed in this questionnaire, and not to discuss this case or the allegations asserted by the government with anyone, including family members.

Do you understand that you must comply with this Order until the Court releases you from jury service, and if you fail to comply you would be subject to sanctions?

○ Yes

○ No

○ Yes. If Yes, please explain:

\* 6. Do you have any reservations about your ability to comply with this Order?

○ Yes

○ No

\* 7. Are you fully vaccinated for COVID-19 (one dose of Johnson & Johnson or two doses of Moderna or Pfizer) and have you received a booster shot?

○ No, I am not fully vaccinated and I will not get a vaccine for Covid.

○ No, I am not fully vaccinated but plan to get vaccinated in the near future.

○ Yes, I am fully vaccinated but have not received a booster shot.

○ Yes, I am fully vaccinated and have received a booster shot.

○ Decline to answer.

\* 8. JUROR'S OATH:

I, the undersigned, declare under penalty of perjury that my answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with anyone else or received assistance in completing the questionnaire.

Your name:

Today's date: