

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** September 27, 2023                                                                    **Time:** 00:11

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape
                                                    [x] Present   [ ] Not Present   [x] In-Custody & Remanded

**Attorney for United States:** Helen Gilbert/Laura Vartain
**Attorney for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means                                             **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Further status conference held. Court and counsel confer re: juror questionnaire. The Court will further confer with the Jury Commissioner and will issue an order regarding the questionnaire process. The matter is continued to **October 26, 2023 at 11:00 a.m.** for a pretrial conference.

**EXCLUDABLE DELAY:**
Category: Effective preparation of counsel.
**Begins**: July 19, 2023
**Ends:** November 6, 2023