1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)
5  Assistant United States Attorneys

6      450 Golden Gate Ave
       San Francisco, CA 94102
7      Telephone: (415) 436-7200
       Fax: (415) 436-7234
8      Email: Helen.Gilbert@usdoj.gov
              Laura.Vartain@usdoj.gov
9
   Attorneys for United States of America
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                             SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,        ) CASE NO. 3:22-CR-426-JSC
                                      )
15 |     Plaintiff,                   ) **UNITES STATES' EXHIBIT LIST**
                                      )
16 |   v.                             ) Trial Date:           November 6, 2023
                                      ) Pretrial Conf. Date:  October 26, 2023
17 | DAVID WAYNE DEPAPE,              ) Time:                 11:00 a.m.
                                      )
18 |     Defendant.                   ) Judge: Hon. Jacqueline Scott Corley
                                      )
19

20     The United States hereby provides notice of its intent to offer into evidence the following

21 exhibits at trial.  The government reserves the right to amend the list prior to and during trial as

22 necessary.

23 DATED: September 27, 2023                    Respectfully submitted,

24                                              ISMAIL J. RAMSEY
25                                              United States Attorney

26
                                                  /s/
27                                              HELEN L. GILBERT
                                                LAURA VARTAIN HORN
28                                              Assistant United States Attorneys

| Exhibit Number | Description |
|---|---|
| 1 | 911 Call |
| 2 | SFPD Off. Willmes body worn camera video |
| 3 | SFPD Off. Cagney body worn camera video |
| 4 | SFPD Off. Najarro body worn camera video |
| 5 | SFPD Interview of Depape excerpt 1 |
| 6 | SFPD Interview of Depape excerpt 2 |
| 7 | SFPD Interview of Depape excerpt 3 |
| 8 | SFPD Interview of Depape excerpt 4 |
| 9 | SFPD Interview of Depape excerpt 5 |
| 10 | Excerpt of Depape call to KTVU |
| 11 | Summary Exhibit 1: BART and Muni Video with Map |
| 12 | BART videos |
| 13 | MUNI videos |
| 14 | Summary Exhibit 2: USCP CCTV of Victims' Home Exterior |
| 15 | USCP CCTV Camera 101 |
| 16 | USCP CCTV Camera 102 |
| 17 | USCP CCTV Camera 103 |
| 18 | USCP CCTV Camera 104 |
| 19 | USCP CCTV Camera 105 |
| 20 | USCP CCTV Camera 106 |
| 21 | Photograph: Camera 1 |
| 22 | Photograph: Camera 2 |
| 23 | Photograph: Cameras 3 and 4 |
| 24 | Photograph: Camera 5 |
| 25 | Photograph: Camera 6 |
| 26 | Victims' Home Surrounding Area |
| 27 | Victims' Home Ground Floor |
| 28 | Victims' Home Third Floor |
| 29 | Crime Scene Photograph: Mr. Pelosi 1 |
| 30 | Crime Scene Photograph: Mr. Pelosi 2 |
| 31 | Crime Scene Photograph: Mr. Pelosi 3 |
| 32 | Crime Scene Photograph: Depape on floor with zipties |
| 33 | Crime Scene Photograph: Officers with Mr. Pelosi |
| 34 | Crime Scene Photograph: Mr. Pelosi 4 |
| 35 | Crime Scene Photograph: Depape note 1 |
| 36 | Crime Scene Photograph: Depape note 2 |
| 37 | Crime Scene Photograph: Bags on patio dark 1 |

| Exhibit Number | Description |
|---|---|
| 38 | Crime Scene Photograph: Bags on patio dark 2 |
| 39 | Crime Scene Photograph: Bags on patio dark 3 |
| 40 | Crime Scene Photograph: Bags on patio dark 4 |
| 41 | Crime Scene Photograph: Exterior of home 1 |
| 42 | Crime Scene Photograph: Exterior of home 2 |
| 43 | Crime Scene Photograph: Exterior of home 3 |
| 44 | Crime Scene Photograph: Exterior of home 4 |
| 45 | Crime Scene Photograph: Exterior of home front steps |
| 46 | Crime Scene Photograph: Exterior of home front path 1 |
| 47 | Crime Scene Photograph: Exterior of home front path 2 |
| 48 | Crime Scene Photograph: Exterior of home front path 3 |
| 49 | Crime Scene Photograph: Exterior of home front path 4 |
| 50 | Crime Scene Photograph: Exterior of home front path 5 |
| 51 | Crime Scene Photograph: Exterior of home patio 1 |
| 52 | Crime Scene Photograph: Exterior of home patio 2 |
| 53 | Crime Scene Photograph: Exterior of home patio 3 |
| 54 | Crime Scene Photograph: Exterior of home patio 4 |
| 55 | Crime Scene Photograph: Exterior of home patio 5 |
| 56 | Crime Scene Photograph: Exterior of home patio 6 |
| 57 | Crime Scene Photograph: Exterior of home patio 7 |
| 58 | Crime Scene Photograph: Exterior of home patio 8 |
| 59 | Crime Scene Photograph: Exterior of home patio 9 |
| 60 | Crime Scene Photograph: Exterior of home broken glass 1 |
| 61 | Crime Scene Photograph: Exterior of home broken glass 2 |
| 62 | Crime Scene Photograph: Exterior of home garage side 1 |
| 63 | Crime Scene Photograph: Exterior of home garage side 2 |
| 64 | Crime Scene Photograph: Exterior of home garage side 3 |
| 65 | Crime Scene Photograph: Exterior of home side path 1 |
| 66 | Crime Scene Photograph: Exterior of home side path 2 |
| 67 | Crime Scene Photograph: Exterior of home side path 3 |
| 68 | Crime Scene Photograph: Exterior of home side path 4 |
| 69 | Crime Scene Photograph: Exterior of home side path 5 |
| 70 | Crime Scene Photograph: Exterior of home side path 6 |
| 71 | Crime Scene Photograph: Exterior of home side path 7 |
| 72 | Crime Scene Photograph: Exterior of home side path 8 |
| 73 | Crime Scene Photograph: Exterior of home side path 9 |
| 74 | Crime Scene Photograph: Front door |
| 75 | Crime Scene Photograph: Foyer |
| 76 | Crime Scene Photograph: Foyer Items 1 |

| Exhibit Number | Description |
|---|---|
| 77 | Crime Scene Photograph: Foyer Items 2 |
| 78 | Crime Scene Photograph: Foyer Items 3 |
| 79 | Crime Scene Photograph: Foyer Items 4 |
| 80 | Crime Scene Photograph: Foyer Items 5 |
| 81 | Crime Scene Photograph: BART card 1 |
| 82 | Crime Scene Photograph: BART card 2 |
| 83 | Crime Scene Photograph: MUNI receipt |
| 84 | Crime Scene Photograph: Markers 1, 2, and 3 |
| 85 | Crime Scene Photograph: Markers 2 and 3 |
| 86 | Crime Scene Photograph: Marker 3 |
| 87 | Crime Scene Photograph: Markers 2 and 4 |
| 88 | Crime Scene Photograph: Hammer 1 |
| 89 | Crime Scene Photograph: Hammer 2 |
| 90 | Crime Scene Photograph: Hammer 3 |
| 91 | Crime Scene Photograph: Marker 4 |
| 92 | Crime Scene Photograph: Marker 4 close up |
| 93 | Crime Scene Photograph: Entry Room 1 |
| 94 | Crime Scene Photograph: Entry Room 2 |
| 95 | Crime Scene Photograph: Entry Room 3 |
| 96 | Crime Scene Photograph: Entry Room Glass 1 |
| 97 | Crime Scene Photograph: Entry Room Glass 2 |
| 98 | Crime Scene Photograph: Entry Room Glass 3 |
| 99 | Crime Scene Photograph: Entry Room Glass 4 |
| 100 | Crime Scene Photograph: Stairs from foyer |
| 101 | Crime Scene Photograph: Stairs from second floor down |
| 102 | Crime Scene Photograph: Stairs to second floor |
| 103 | Crime Scene Photograph: Stairs from second floor up |
| 104 | Crime Scene Photograph: Stairs from third floor down |
| 105 | Crime Scene Photograph: Third floor 1 |
| 106 | Crime Scene Photograph: Third floor 2 |
| 107 | Crime Scene Photograph: Elevator |
| 108 | Crime Scene Photograph: Third floor bedroom door |
| 109 | Crime Scene Photograph: Bedroom pillows and glove 1 |
| 110 | Crime Scene Photograph: Bedroom pillows, glove, and zipties |
| 111 | Crime Scene Photograph: Bedroom pillows and glove 2 |
| 112 | Crime Scene Photograph: Bedroom pillows and zipties |
| 113 | Crime Scene Photograph: Marker 6 |
| 114 | Crime Scene Photograph: Marker 6 up close |
| 115 | Crime Scene Photograph: Bedroom pillows and rope |

| Exhibit Number | Description |
|---|---|
| 116 | Crime Scene Photograph: Bed 1 |
| 117 | Crime Scene Photograph: Bed 2 |
| 118 | Crime Scene Photograph: Bed 3 |
| 119 | Crime Scene Photograph: Closet 1 |
| 120 | Crime Scene Photograph: Dresser |
| 121 | Crime Scene Photograph: Closet 2 |
| 122 | Crime Scene Photograph: Bathroom 1 |
| 123 | Crime Scene Photograph: Bathroom 2 |
| 124 | Crime Scene Photograph: Two bags and sleeping bag |
| 125 | Crime Scene Photograph: Sleeping bag |
| 126 | Crime Scene Photograph: Small backpack full |
| 127 | Crime Scene Photograph: Small backpack items 1 |
| 128 | Crime Scene Photograph: Small backpack tablet |
| 129 | Crime Scene Photograph: Small backpack stick ends |
| 130 | Crime Scene Photograph: Small backpack Goji berries |
| 131 | Crime Scene Photograph: Small backpack glove label |
| 132 | Crime Scene Photograph: Large backpack 1 |
| 133 | Crime Scene Photograph: Large backpack 2 |
| 134 | Crime Scene Photograph: Large backpack front pockets |
| 135 | Crime Scene Photograph: Large backpack main compartment |
| 136 | Crime Scene Photograph: Large backpack plastic bag items 1 |
| 137 | Crime Scene Photograph: Large backpack plastic bag items 2 |
| 138 | Crime Scene Photograph: Large backpack plastic bag item passport |
| 139 | Crime Scene Photograph: Large backpack plastic bag items 3 |
| 140 | Crime Scene Photograph: Large backpack plastic bag items 4 |
| 141 | Crime Scene Photograph: Large backpack plastic bag items 5 |
| 142 | Crime Scene Photograph: Large backpack plastic bag items 6 |
| 143 | Crime Scene Photograph: Large backpack plastic bag items 7 |
| 144 | Crime Scene Photograph: Large backpack plastic bag items 8 |
| 145 | Crime Scene Photograph: Large backpack plastic bag items cash |
| 146 | Crime Scene Photograph: Large backpack misc 1 (drink mixes, etc.) |
| 147 | Crime Scene Photograph: Large backpack two bottles |
| 148 | Crime Scene Photograph: Large backpack misc 2 (duct tape, etc.) |
| 149 | Crime Scene Photograph: Large backpack misc 3 (zip ties, etc.) |
| 150 | Crime Scene Photograph: Large backpack misc 4 (hammer, laptop, etc.) |
| 151 | Crime Scene Photograph: Large backpack harddrives |
| 152 | Crime Scene Photograph: Large backpack harddrive and adapter |
| 153 | Crime Scene Photograph: Large backpack Dell laptop top |
| 154 | Crime Scene Photograph: Large backpack Dell laptop bottom |

| Exhibit Number | Description |
|---|---|
| 155 | Crime Scene Photograph: Large backpack Sandisk Ultra 200 GB |
| 156 | Crime Scene Photograph: Large backpack Sandisk Ultra 200 GB back |
| 157 | Crime Scene Photograph: Large backpack Sandisk SDHC 4 GB |
| 158 | Crime Scene Photograph: Large backpack Sandisk SDHC 4 GB back |
| 159 | Crime Scene Photograph: Large backpack Boblov BWC, phone, USB |
| 160 | Hammer (Marker 4) |
| 161 | Zipties package, multi color (Marker 2) |
| 162 | Ziptie (single) (Marker 2) |
| 163 | Ziptie (single) (Marker 3) |
| 164 | Plastic cup (Marker 3) |
| 165 | $16 in cash |
| 166 | BART card 1 |
| 167 | BART card 2 |
| 168 | Muni card |
| 169 | Slip of paper (Marker 1 & 2) |
| 170 | Piece of paper |
| 171 | Rope |
| 172 | Single glove |
| 173 | Zipties package, clear (Marker 6) |
| 174 | Sleeping bag in stuff sack |
| 175 | Toothpaste |
| 176 | Battery pack, white |
| 177 | Large backpack |
| 178 | $9,126 in cash |
| 179 | Hammer, yellow handle |
| 180 | Duct tape |
| 181 | Package of zipties 1 |
| 182 | Package of zipties 2 |
| 183 | Package of zipties 3 |
| 184 | Plastic bag |
| 185 | Birth certificate |
| 186 | Social security card |
| 187 | Passport |
| 188 | Two drivers' licenses |
| 189 | California Benefits ID card |
| 190 | Wells Fargo ATM card |
| 191 | Paypal debit card |
| 192 | SD reader |
| 193 | Two bank envelopes |

| Exhibit Number | Description |
|---|---|
| 194 | Scissors |
| 195 | Floss |
| 196 | Toothbrush |
| 197 | Batteries |
| 198 | Battery charger |
| 199 | Misc. electronics' accessories |
| 200 | Matches |
| 201 | Wyler's light single drink mixes |
| 202 | Body camera user manual |
| 203 | Purple gloves |
| 204 | Facemask |
| 205 | Two bottles of liquid |
| 206 | 2 costumes |
| 207 | 3 solar chargers |
| 208 | Nintendo switch |
| 209 | Various electronic chargers and cables Item #46 |
| 210 | Camping light |
| 211 | Crayons |
| 212 | Book |
| 213 | Drinking glass |
| 214 | Battery charger |
| 215 | Thumb drive reader |
| 216 | 4 pairs of socks |
| 217 | 2 pairs of shorts |
| 218 | 7 pairs of boxer briefs |
| 219 | Greens 8 in 1 supplement |
| 220 | Beef sticks |
| 221 | Vitamins |
| 222 | 2 jars glucosamine |
| 223 | Watermelon lemonade |
| 224 | Goji berries |
| 225 | Pencil |
| 226 | Single glove |
| 227 | Gloves label |
| 228 | Teclast tablet |
| 229 | SanDisk SD Card; SN: BH1128416132D; 4GB |
| 230 | Samsung Galaxy S7 |
| 231 | Body worn camera, no manufacturer |
| 232 | Boblov body worn camera |

| Exhibit Number | Description |
|---|---|
| 233 | Body worn camera instruction manual |
| 234 | Generic USB Flash Drive; SN: none; 1TB |
| 235 | Western Digital 3.5" SATA HDD; Model: WD10EZEX; SN: WCC6Y1SKV3S6; 1TB |
| 236 | Western Digital 2.5" SATA HDD; Model: WD10SPZX-24; SN: WXS1A68K4047; 1TB |
| 237 | Dell Laptop Model: Latitude E6540; SN: 5XOY942, with power cord and case |
| 238 | Depape Residence Photograph: Exterior 1 |
| 239 | Depape Residence Photograph: Exterior 2 |
| 240 | Depape Residence Photograph: Interior computers 1 |
| 241 | Depape Residence Photograph: Interior chair etc. |
| 242 | Depape Residence Photograph: Interior cushions |
| 243 | Depape Residence Photograph: Interior computers 2 |
| 244 | Depape Residence Photograph: Interior computers marked |
| 245 | Depape Residence Photograph: Tower marked |
| 246 | Depape Residence Photograph: Tower back |
| 247 | Depape Residence Photograph: Markers 9, 13 & 14 |
| 248 | Depape Residence Photograph: Marker 9 zipties in place |
| 249 | Depape Residence Photograph: Marker 9 zipties |
| 250 | Depape Residence Photograph: Markers 7 & 11 |
| 251 | Depape Residence Photograph: Marker 7 receipt |
| 252 | Depape Residence Photograph: Geek Squad part order |
| 253 | Depape Residence Photograph: W-9 |
| 254 | Depape Residence Photograph: Interim Driver License |
| 255 | Depape Residence Photograph: Application for State ID |
| 256 | Depape Residence Photograph: PayPal debit card front |
| 257 | Depape Residence Photograph: PayPal debit card back |
| 258 | Depape Residence Photograph: Safeway and PayPal debit card |
| 259 | Depape Residence Photograph: USPS box |
| 260 | Depape Residence Photograph: 2012 IRS letter p.1 |
| 261 | Depape Residence Photograph: 2012 IRS letter p.2 |
| 262 | Depape Residence Photograph: Mail from IRS |
| 263 | Depape Residence Photograph: Bottles citric acid |
| 264 | Depape Residence Photograph: Bottles citric acid 2 |
| 265 | Depape Residence Photograph: Recycling bin 1 |
| 266 | Depape Residence Photograph: Recycling bin 2 |
| 267 | Depape Residence Photograph: Recycling bin 3 |
| 268 | Wells Fargo receipt |

| Exhibit Number | Description |
|---|---|
| 269 | iBuyPower; Model: iSeries A303A655012520; SN: 2216-59B9-3082-DD65-2 |
| 270 | APacer 2.5" SATA SSD; Model: Panther; SN: 142002113178; 240GB |
| 271 | Firefox bookmarks |
| 272 | Firefox cookies |
| 273 | Firefox SessionStore Artifacts |
| 274 | Firefox Web History |
| 275 | Firefox Web Visits |
| 276 | Google Maps Queries |
| 277 | Google Searches |
| 278 | Image - broadway 2019.JPG |
| 279 | Image - broadway.JPG |
| 280 | Image - 01 (1).JPG |
| 281 | Image - pelosivigilmar1207_8.jpg |
| 282 | Image - 33163248-8730937-image-a-2_1600090811088.jpg |
| 283 | Image - hqdefault.jpg |
| 284 | Image - 37501178-9105277-image-a-82_1609539332899.jpg |
| 285 | Image - Eqs0Zq2XIAUp9MB.jpeg |
| 286 | Image - 813c7af4-6d5a-42bb-89b1-60f38f9aa4ce_1140x641.jpg |
| 287 | Image - 37503978-0-image-a-3_1609550789355.jpg |
| 288 | Image - 2411bfb6-4ea3-4d10-b8ef-341464286bb9_1140x641.png |
| 289 | Image - sddefault.jpg |
| 290 | Image - nancy-pelosi.webp |
| 291 | Text document - New Text Document.txt |
| 292 | Meta data for New Text Document |
| 293 | Spokeo records |
| 294 | 902(11) Certification for Amazon records |
| 295 | Amazon records |
| 296 | 803(8) & 902(11) Certification for US House of Representatives Records |
| 297 | Official List of Members of the U.S. House of Representatives, 117th Congress |
| 298 | Photograph from medical records 1 |
| 299 | Photograph from medical records 2 |
| 300 | Photograph from medical records 3 |
| 301 | Photograph from medical records 4 |
| 302 | Photograph from medical records 5 |
| 303 | Photograph from medical records 6 |
| 304 | Photograph from medical records 7 |

| Exhibit Number | Description |
|---|---|
| 305 | Photograph from medical records 8 |
| 306 | Photograph from medical records 9 |
| 307 | Photograph from medical records 10 |
| 308 | Photograph from medical records 11 |
| 309 | Photograph from medical records 12 |
| 310 | Photograph from medical records 13 |
| 311 | Photograph from medical records 14 |
| 312 | Photograph from medical records 15 |
| 313 | Photograph from medical records 16 |