ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorneys

    450 Golden Gate Ave
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
| Plaintiff, | **UNITES STATES' WITNESS LIST** |
| v. | Trial Date:   November 6, 2023<br>Pretrial Conf. Date:   October 26, 2023 |
| DAVID WAYNE DEPAPE, | Time:   11:00 a.m. |
| Defendant. | Judge:  Hon. Jacqueline Scott Corley |

The United States hereby submits a list of witnesses it may call in the United States' case-in-chief. The United States reserves the right to modify this list as necessary.[1]

    Cagney, Kyle, San Francisco Police Department Officer

    Clark, Timothy, Custodian, U.S. Capitol Police

    Demkowski, Tracy, San Francisco Police Department Officer

    Gorham, Desiree, Federal Bureau of Investigation Special Agent

---

[1] The United States is working to streamline this list through stipulations and other means and will update the Court at the pretrial conference regarding its ability to reduce the number of witnesses called during its case-in-chief.

1. Gryzmala, Gary, Federal Bureau of Investigation Special Agent
2. Holub, Oleksly, San Francisco Police Department Officer
3. Huang, Michael, Zuckerberg San Francisco General Hospital, Neurosurgeon
4. Hurley, Carla, San Francisco Police Department Lieutenant
5. Littlejohn, Dwight, U.S. Capitol Police Special Agent
6. Manley, Geoffrey, Zuckerberg San Francisco General Hospital, Neurosurgeon
7. Martinez, Michele, San Francisco Police Department Sergeant
8. Minor, Stephanie, Federal Bureau of Investigation Special Agent
9. Najarro, Alejandro, San Francisco Police Department Officer
10. Ng, Wing, Western Regional Computer Forensics Lab Digital Forensic Examiner
11. O'Connor, Lyn, San Francisco Police Department Sergeant/Acting Lieutenant
12. Pelosi, Paul
13. Straube, Steven, Zuckerberg San Francisco General Hospital, Emergency medicine doctor
14. Sayban, Justin, Federal Bureau of Investigation Special Agent
15. Shaikh, Shahin, Custodian, San Francisco Municipal Transportation Authority
16. Szalacinski, Brandon, U.S. Capitol Police Special Agent
17. Willmes, Kolby, San Francisco Police Department Officer
18. Yuen, Nathaniel, San Francisco Police Department Sergeant
19. FBI employee, FBI Operational Projects Unit
20. Custodian – Amazon
21. Custodian – Bay Area Rapid Transit
22. Custodian – San Francisco Police Department
23. Custodian – San Francisco Department of Emergency Management
24. //
25. //
26. //
27. //
28. //

1       Custodian – Spokeo

2       Custodian – U.S. House of Representatives

4 DATED:  September 27, 2023                     Respectfully submitted,

5                                                   ISMAIL J. RAMSEY
                                                  United States Attorney

7                                                   /s/

8                                                   HELEN L. GILBERT
                                                  LAURA VARTAIN HORN
                                                  Assistant United States Attorneys