JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Angela_Chuang@fd.org

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | **Case No.:** CR 22–426 JSC<br><br>**DECLARATION OF ANGELA CHUANG IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE**<br><br>**Court:** Courtroom 8, 19th Floor<br>**Hearing Date:** October 26, 2023<br>**Hearing Time:** 11:00 a.m. |

I, ANGELA CHUANG, declare the following:

1. I am an Assistant Federal Public Defender with the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent David Wayne DePape in the above-captioned matter.

2. Attached as Exhibit A is a true and correct copy of police reports that I received in discovery (to be filed under seal pursuant to protective order).

3. Attached as Exhibit B is a true and correct copy of an audio recording of Mr. DePape's post-arrest police interview that I received in discovery (to be filed under

seal pursuant to protective order).

4. Attached as Exhibit C is a true and correct copy of a transcript of Mr. DePape's post-arrest police interview that I received in discovery (to be filed under seal pursuant to protective order).

5. Attached as Exhibit D is a true and correct copy of SFPD Officer Willmes' body cam footage that I received in discovery (to be filed under seal pursuant to protective order).

6. Attached as Exhibit E is a true and correct copy of SFPD Officer Najarro's body cam footage that I received in discovery (to be filed under seal pursuant to protective order).

7. Attached as Exhibit F is a true and correct copy of photographs of the alleged crime scene and Mr. Pelosi's injuries that I received in discovery (to be filed under seal pursuant to protective order).

8. Attached as Exhibit G is a true and correct copy of additional photographs of the alleged crime scene that I received in discovery (to be filed under seal pursuant to protective order).

9. Attached as Exhibit H is a true and correct copy of photographs taken at the hospital of Mr. Pelosi's injuries that I received in discovery (to be filed under seal pursuant to protective order).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2023, in San Francisco, California.

ANGELA CHUANG