| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender |
|   | Northern District of California |
| 3 | ANGELA CHUANG |
|   | Assistant Federal Public Defenders |
| 4 | 19th Floor Federal Building - Box 36106 |
|   | 450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102 |
|   | Telephone:  (415) 436-7700 |
| 6 | Facsimile:  (415) 436-7706 |
|   | Email:  Angela_Chuang@fd.org |

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 22–426 JSC |
| Plaintiff, | **DEFENDANT'S EXHIBIT LIST** |
| v. | **Court:** Courtroom 8, 19th Floor |
| DAVID WAYNE DEPAPE, | **Hearing Date:** October 26, 2023 |
| Defendant. | **Hearing Time:** 11:00 a.m. |

The following is a list of exhibits that the defense may introduce at trial. It does not include exhibits that may be used for impeachment, rebuttal, or refreshing recollection. The defense reserves the right to amend its exhibit list prior to and during trial, as necessary:

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 500 | Frenlyfrens Blog | DEPAPE-0001236 – DEPAPE-0001268 |

Dated: September 27, 2023						Respectfully submitted,

							/S
							_____
							ANGELA CHUANG
							JODI LINKER
							Attorneys for Mr. DePape