JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Angela_Chuang@fd.org

Counsel for Defendant DEPAPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 22–426 JSC |
| Plaintiff, | **DEFENDANT'S WITNESS LIST** |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

The defense hereby provides notice of the following witnesses it may call in its case-in-chief at trial, in addition to Mr. DePape himself. This list does not include rebuttal or impeachment witnesses. The defense reserves the right to amend its witness list at any time prior to and during the trial, as necessary:

1. ██████████

2. Daniel Bernal

3. Elizabeth Yates

4. Catherine Goulet

Dated: September 27, 2023

Respectfully submitted,

/S
ANGELA CHUANG
JODI LINKER
Attorneys for Mr. DePape