| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | HELEN L. GILBERT (NYBN 4736336)<br>LAURA VARTAIN HORN (CABN 258485) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Ave, 10th Floor<br>San Francisco, CA 94102 |
| 7 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 8 | Email: Helen.Gilbert@usdoj.gov<br>            Laura.Vartain@usdoj.gov |
| 9 | |
| 10 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:22-CR-426-JSC** |
| Plaintiff, | ) | |
| | ) | **JOINT PROPOSED JURY QUESTIONNAIRE** |
| v. | ) | |
| | ) | Trial Date:       November 6, 2023 |
| DAVID WAYNE DEPAPE, | ) | Pretrial Conf.:  October 26, 2023 |
| Defendant. | ) | |
| | ) | Judge: Hon. Jacqueline Scott Corley |

   Pursuant to the Court's instructions at the September 27, 2023 hearing, attached hereto as Exhibit 1 is the parties' joint proposed written jury questionnaire in SurveyMonkey. This version incorporates the Court's revisions discussed at the September 27, 2023 hearing, and has been reviewed and approved by counsel for the defendant.

DATED: October 6, 2023                                                          Respectfully submitted,

                                                                                                ISMAIL J. RAMSEY
                                                                                                United States Attorney


                                                                                                  /s/
                                                                                                HELEN L. GILBERT
                                                                                                LAURA VARTAIN HORN
                                                                                                Assistant United States Attorneys

JOINT PROPOSED JURY QUESTIONNAIRE
3:22-CR-426-JSC