JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Angela_Chuang@fd.org

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID WAYNE DEPAPE,<br><br>  Defendant. | **Case No.:** CR 22–426 JSC<br><br>**DECLARATION OF ANGELA CHUANG IN SUPPORT OF DEFENDANT'S OPPOSITION TO GOVERNMENT MOTIONS IN LIMINE**<br><br>**Court:**          Courtroom 8, 19th Floor<br>**Hearing Date:** October 26, 2023<br>**Hearing Time:** 1:00 p.m. |

I, ANGELA CHUANG, declare the following:

1. I am an Assistant Federal Public Defender with the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent David Wayne DePape in the above-captioned matter.

2. Attached as Exhibit I is a true and correct copy of a transcript of Mr. DePape's post-arrest police interview with highlights indicating excerpts that the government intends to introduce at trial (to be filed under seal pursuant to protective order).

3. Attached as Exhibit J is a true and correct copy of a transcript of a phone call with KTVU with highlights indicating the excerpt that the government intends to introduce at trial (to be filed under seal pursuant to protective order).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2023, in San Francisco, California.

_____
ANGELA CHUANG