# Exhibit A

| Description from Def. MIL | Defense Seeks to Exclude | Items Gov Seeks to Admit with Exhibit Number | Description |
|---|---|---|---|
| Willmes BWC (DEPAPE-0000173) Ex. D to Def. MIL | 01:25-9:50 | 00:38-3:49 (Ex. 2) | Shows assault through removal of relevant items from DePape's pocket and DePape statement identifying himself and his backpack on the porch. |
| Najarro BWC (DEPAPE-0000171) Ex. E to Def. MIL | 00:43-01:38 | 00:00-01:12 (Ex. 314) | Shows arrival of Off. Najarro on the scene until defendant is pulled off of Mr. Pelosi. |
| | 02:14-11:45 | 08:51-9:19 (Ex. 315) | Shows broken window and hammer location immediately following assault, does not include footage of Mr. Pelosi. |
| Photographs of crime scene and Mr. Pelosi's injuries | DEPAPE-0000406 | Ex. 75 | Pelosi home foyer showing location of assault |
| | DEPAPE-0000407 | None | |
| | DEPAPE-0000408 | None | |
| | DEPAPE-0000409 | None | |
| | DEPAPE-0000410 | None | |
| | DEPAPE-0000411 | None | |
| | DEPAPE-0000412 | None | |
| | DEPAPE-0000539 | Ex. 76 | Location of assault showing location of evidence |
| | DEPAPE-0000543 | Ex. 77 | Location of assault showing location of evidence |
| | DEPAPE-0000544 | None | |
| | DEPAPE-0000545 | None | |
| | DEPAPE-0000550 | None | |
| | DEPAPE-0000551 | None | |
| | DEPAPE-0000666 | Ex. 84 | Location of assault showing location of evidence with SFPD markers |
| | DEPAPE-0000667 | None | |
| | DEPAPE-0000668 | None | |
| | DEPAPE-0000672 | None | |
| | DEPAPE-0000734 | Ex. 29 - will NOT seek to admit | |
| | DEPAPE-0000735 | Ex. 30 | Mr. Pelosi immediately after assault |
| | DEPAPE-0000736 | Ex. 31 | Showing Mr. Pelosi and defendant after assault |

| Description from Def. MIL | Defense Seeks to Exclude | Items Gov Seeks to Admit with Exhibit Number | Description |
|---|---|---|---|
| | DEPAPE-0000740 | None | |
| | DEPAPE-0000741 | None | |
| | DEPAPE-0000742 | None | |
| | DEPAPE-0000753 | Ex. 33 | Mr. Pelosi and location of evidence after assault |
| | DEPAPE-0000775 | Ex. 34 - will NOT seek to admit | |
| | DEPAPE-0000776 | None | |
| | DEPAPE-0000777 | None | |
| | DEPAPE-0000794 | None | |
| | DEPAPE-0000795 | None | |
| | DEPAPE-0000796 | None | |
| | DEPAPE-0000797 | None | |
| | DEPAPE-0000798 | None | |
| | DEPAPE-0000799 | None | |
| | DEPAPE-0000800 | None | |
| | DEPAPE-0000801 | None | |
| | DEPAPE-0000802 | None | |
| | DEPAPE-0000803 | None | |
| | DEPAPE-0000804 | None | |
| | DEPAPE-0000805 | None | |
| | DEPAPE-0000806 | None | |
| | DEPAPE-0000807 | None | |
| | DEPAPE-0000808 | None | |
| | DEPAPE-0000809 | None | |
| | DEPAPE-0000810 | None | |
| | DEPAPE-0000811 | None | |
| | DEPAPE-0000812 | None | |
| | DEPAPE-0000813 | None | |
| Photographs of the scene of the crime | DEPAPE-0002225 | None | |
| | DEPAPE-0002226 | None | |
| | DEPAPE-0002227 | None | |
| | DEPAPE-0002230 | None | |
| | DEPAPE-0002231 | None | |
| | DEPAPE-0002232 | None | |
| Photographs of Mr. Pelosi's injuries | DEPAPE-0002742 | None | |
| | DEPAPE-0002743 | None | |
| | DEPAPE-0002744 | None | |

| Description from Def. MIL | Defense Seeks to Exclude | Items Gov Seeks to Admit with Exhibit Number | Description |
|---|---|---|---|
| | DEPAPE-0002745 | None | |
| | DEPAPE-0002746 | None | |
| | DEPAPE-0002747 | None | |
| | DEPAPE-0002748 | None | |
| | DEPAPE-0002749 | None | |
| | DEPAPE-0002750 | None | |
| | DEPAPE-0002751 | None | |
| | DEPAPE-0002752 | None | |
| | DEPAPE-0002753 | None | |
| | DEPAPE-0002754 | None | |
| | DEPAPE-0002755 | None | |
| | DEPAPE-0002756 | None | |
| | DEPAPE-0003062 | Ex. 298 | Mr. Pelosi's hand pre-treatment |
| | DEPAPE-0003063 | Ex. 299 - will NOT seek to admit | |
| | DEPAPE-0003064 | Ex. 300 - will NOT seek to admit | |
| | DEPAPE-0003065 | Ex. 301 - will NOT seek to admit | |
| | DEPAPE-0003066 | Ex. 302 - will NOT seek to admit | |
| | DEPAPE-0003067 | Ex. 303 - will NOT seek to admit | |
| | DEPAPE-0003068 | Ex. 304 - will NOT seek to admit | |
| | DEPAPE-0003069 | Ex. 305 | Mr. Pelosi's elbow post-treatment |
| | DEPAPE-0003070 | Ex. 306 - will NOT seek to admit | |
| | DEPAPE-0003071 | Ex. 307 - will NOT seek to admit | |
| | DEPAPE-0003072 | Ex. 308 - will NOT seek to admit | |
| | DEPAPE-0003073 | Ex. 309 - will NOT seek to admit | |
| | DEPAPE-0003074 | Ex. 310 | Mr. Pelosi's head post-treatment |
| | DEPAPE-0003075 | Ex. 311 - will NOT seek to admit | |
| | DEPAPE-0003076 | Ex. 312 - will NOT seek to admit | |
| | DEPAPE-0003077 | Ex. 313 | Mr. Pelosi's head post-treatment |