1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2  THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Email: Helen.Gilbert@usdoj.gov
              Laura.Vartain@usdoj.gov
9
   Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )  **CASE NO. 3:22-CR-426-JSC**
                                        )
15         Plaintiff,                   )  PARTIES' JOINT PROPOSED VERDICT FORM
                                        )
16      v.                              )  Trial Date:           November 6, 2023
                                        )  Pretrial Conf. Date:  October 26, 2023
17  DAVID WAYNE DEPAPE,                 )  Time:                 1:00 p.m.
                                        )  Court:                Hon. Jacqueline Scott Corley
18         Defendant.                   )
                                        )

19

20      The parties jointly submit the attached proposed Verdict Form. This proposed form is adapted

21  from the form included in the notes to Ninth Circuit Model Instruction 12.5.

22

23  DATED: October 18, 2023                    Respectfully submitted,

24                                             ISMAIL J. RAMSEY
25                                             United States Attorney

26                                                    /s/
                                               HELEN L. GILBERT
27                                             LAURA VARTAIN HORN
                                               Assistant United States Attorneys
28

                                                          /s/
                                    JODI LINKER
                                    Federal Public Defender
                                    ANGELA CHUANG
                                    Assistant Federal Public Defender
                                    Counsel for Defendant David DePape

<u>Attestation of Filer</u>

In addition to myself, the other signatories to this document are <u>Jodi Linker</u> and <u>Angela Chuang</u>. I attest that I have their permission to enter a conformed signature on their behalf and to file this document.

DATED: October 18, 2023                                        /s/
                                                                                     HELEN L. GILBERT
                                                                                     Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
| Plaintiff, | VERDICT FORM |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

We, the members of the Jury, have reached the following unanimous verdict:

**COUNT ONE**

**1.** We, the Jury, find the defendant DAVID WAYNE DEPAPE, as charged in Count One of the Indictment: (circle one)

  NOT GUILTY     GUILTY     of attempted kidnapping in violation of Title 18 United States Code § 1201(d)

**COUNT TWO**

**2A.** We, the Jury, find the defendant DAVID WAYNE DEPAPE, as charged in Count Two of the Indictment: (circle one)

  NOT GUILTY     GUILTY     of assault in violation of Title 18 United States Code § 115(a)(1)(A)

Please answer the following question only if you found the defendant guilty of Count Two; otherwise leave this blank:

**2B.** Having found the defendant DAVID WAYNE DEPAPE guilty of the offense charged in Count Two, do you unanimously find beyond a reasonable doubt that the defendant used a dangerous weapon during and in relation to the assault charged in Count Two?

   NO               YES          (circle one)

DATED: _____          FOREPERSON: _____