```
1   JODI LINKER
    Federal Public Defender
2   Northern District of California
    ANGELA CHUANG
3   Assistant Federal Public Defender
    19th Floor Federal Building - Box 36106
4   450 Golden Gate Avenue
    San Francisco, CA 94102
5   Telephone:    (415) 436-7700
6   Facsimile:    (415) 436-7706
    Email:        Angela_Chuang@fd.org
7
8   Counsel for Defendant DePape
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 22–426 JSC |
|---|---|
| Plaintiff, | **DECLARATION OF ANGELA CHUANG IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE REPLY** |
| v. | |
| DAVID WAYNE DEPAPE, | **Court:** Courtroom 8, 19th Floor |
| Defendant. | **Hearing Date:** October 26, 2023 |
| | **Hearing Time:** 1:00 p.m. |

I, ANGELA CHUANG, declare the following:

1. I am an Assistant Federal Public Defender with the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent David Wayne DePape in the above-captioned matter.

2. Attached as Exhibit K is a true and correct copy of an excerpt of a grand jury transcript that I received in discovery (to be filed under seal pursuant to protective order).

1   I declare under the penalty of perjury that the foregoing is true and correct.

2   Executed on October 18, 2023, in San Francisco, California.

_____
ANGELA CHUANG