1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)
5  Assistant United States Attorneys
6       450 Golden Gate Ave, 11th Floor
        San Francisco, CA 94102
7       Telephone: (415) 436-7200
        Fax: (415) 436-7234
8       Email: Helen.Gilbert@usdoj.gov
               Laura.Vartain@usdoj.gov
9
   Attorneys for the United States of America
10

11                        UNITED STATES DISTRICT COURT
12                       NORTHERN DISTRICT OF CALIFORNIA
13                            SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,          )  CASE NO. 3:22-CR-00426-JSC
                                       )
15          Plaintiff,                 )  [~~PROPOSED~~] ORDER GRANTING PETITION
                                       )  FOR WRIT OF HABEAS CORPUS AD
16     v.                              )  PROSEQUENDUM
                                       )
17  DAVID DEPAPE,                      )
                                       )
18          Defendant.                 )
                                       )
19

20       Upon motion of the United States of America, and good cause appearing therefore,

21  IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

22  Corpus Ad Prosequendum requiring the production of defendant DAVID DEPAPE, before this Court on

23  the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be

24  issued as presented.

25
26  DATED: October 26, 2023              _____
                                         HON. JACQUELINE SCOTT CORLEY
27                                       United States District Judge
28

[~~PROPOSED~~] ORDER
CASE NO. 3:22-CR-00426-JSC

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   JAY BIEBER, United States Marshal for the Northern District of California and

PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 8, San Francisco, California 94102 beginning on November 6, 2023 at 8:30 am and continuing for the duration of the trial, on the charges filed against defendant in the above-entitled Court.

DATED:  October 26, 2023

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-CR-00426-JSC