

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** October 26, 2023                    **Total Time:** 1:54 (2:57-3:18 sealed)

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape

[x] Present   [ ] Not Present   [x] In-Custody & Remanded

**Attorneys for United States:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Linker/Todd Borden
**Attorneys for Non-Party Target No. 1:** Edward Swanson/Carly Bittman

**Deputy Clerk:** Ada Means                    **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Pretrial conference held. The Court to issue a written order. The matter is continued to **November 1, 2023 at 9:30 a.m.** for a further pretrial conference.

---

**EXCLUDABLE DELAY:**
Category:  Effective preparation of counsel.
**Begins:** July 19, 2023
**Ends:** November 6, 2023