JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:     (415) 436-7706
Email: Angela_chuang@fd.org

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | **Case No.:** CR 22-426 JSC<br><br>**MOTION AND [~~PROPOSED~~] ORDER TO ALLOW TRANSCRIPTION OF EX PARTE SEALED PROCEEDING AND RELEASE TO THE DEFENSE** |

On October 26, 2023, the Court held a pretrial conference in the above-captioned matter. Part of that hearing was held ex parte and under seal with only the defense present in order to protect defense trial strategy. The defense intends to order a transcript of the pretrial conference, including the ex parte sealed portion, and was informed by the court reporter that she requires an order from the Court permitting her to transcribe that portion. Accordingly, Mr. DePape respectfully requests that the Court enter an order permitting transcription of the ex parte sealed proceeding and release of such transcript to the defense only.

//

//

1

2  Dated:      October 27, 2023                    Respectfully submitted,

3                                                  JODI LINKER
                                                   Federal Public Defender
4                                                  Northern District of California

5                                                  _____/S_____

6                                                  ANGELA CHUANG
                                                   Assistant Federal Public Defender

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that Court Reporter Ruth Ekhaus may transcribe the ex parte

sealed portion of the pretrial conference in this matter that was held on October 26, 2023, and

may release such transcript to the defense only.

IT IS SO ORDERED.

October 30, 2023
_____
Date

_JACQUELINE S. CORLEY_
United States District Judge