ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorneys

    450 Golden Gate Ave
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:22-CR-426-JSC** |
| Plaintiff, | ) | |
| | ) | **UNITES STATES' AMENDED WITNESS LIST** |
| v. | ) | Trial Date:   November 6, 2023 |
| | ) | Time:          8:30 a.m. |
| DAVID WAYNE DEPAPE, | ) | Judge: Hon. Jacqueline Scott Corley |
| Defendant. | ) | |

     The United States hereby submits a revised list of witnesses it may call in the United States' case-in-chief. The United States reserves the right to modify this list as necessary.

     Cagney, Kyle, San Francisco Police Department Officer

     Clark, Timothy, Custodian, U.S. Capitol Police

     Demkowski, Tracy, San Francisco Police Department Officer

     Gryzmala, Gary, Federal Bureau of Investigation Special Agent

     Huang, Michael, Zuckerberg San Francisco General Hospital, Neurosurgeon

     Hurley, Carla, San Francisco Police Department Lieutenant

     Littlejohn, Dwight, U.S. Capitol Police Special Agent

| | |
|---|---|
| 1 | Matthes, Jason, Spokeo |
| 2 | Minor, Stephanie, Federal Bureau of Investigation Special Agent |
| 3 | Najarro, Alejandro, San Francisco Police Department Officer |
| 4 | Ng, Wing, Western Regional Computer Forensics Lab Digital Forensic Examiner |
| 5 | O'Connor, Lyn, San Francisco Police Department Sergeant/Acting Lieutenant |
| 6 | Pelosi, Paul |
| 7 | Willmes, Kolby, San Francisco Police Department Officer |
| 8 | Custodian, Bay Area Rapid Transit |

DATED: October 30, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

　　　/s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys