JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:      (415) 436-7700
Facsimile:      (415) 436-7706
Email: Angela_chuang@fd.org

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **Case No.:** CR 22-426 JSC |
| Plaintiff, | **STATUS REPORT RE: SFPD INTERVIEW EXCERPTS** |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

On October 26, 2023, the Court held a pretrial conference in the above-captioned matter. In its ruling as to the government's motion in limine #4, the Court ordered the parties to "meet and confer regarding any specific statements or excerpts Defendant contends should be admitted to avoid misleading the jury." Dkt. No. 134 at 2. In advance of the hearing on this issue scheduled for November 1, 2023, the defense submits this status report.

After having met and conferred, the parties have agreed to the following modification:

- The government's fourth excerpt, originally planned to begin at 36:5[1] of the transcript, will start instead at 35:25.

The defense also requested that the following portions be included as well to avoid misleading the jury. The government will not agree to include them. The defense requests that the Court order that these two excerpts be admitted pursuant to the Rule of Completeness:

- 6:2–8:3: This portion of the interview falls between the government's first two excerpts. It comprises Mr. DePape's full answer to Sgt. Hurley's question at the end of the government's first excerpt about whether the Pelosis have done something to him (5:18–22). As excerpted by the government, it suggests that Mr. Depape's full answer to this question was that what the Pelosis did to the American people was just "lies" with Nancy Pelosi "as the leader of the pack." In fact, he went on to explain that it originated with Hillary [Clinton] and the DNC, and included spying on and spreading lies about a rival campaign. Without the full answer, the jury will instead be left with the incorrect impression that Mr. DePape was upset about Nancy Pelosi lying in only a vague, undefined sense, which is an incomplete presentation of his motivations as he expressed them to Sgt. Hurley. Moreover, it is a conversational quirk that is being used to unreasonably limit the excerpts. Sgt. Hurley merely stating "Right" or "Okay" or "Yeah" in this section is being used to break up the full answer when it was merely a tool to acknowledge her listening to the full conversation. They add nothing to the conversation and, when reviewed in the transcript, unreasonably and unfairly break up the continuous answer that is the entire section from 5:18-8:3.

- 16:12–18:19: This portion of the interview falls between the government's second and third excerpts. In it, Mr. DePape describes what happened between when Paul Pelosi called 911 and when he saw flashing lights at the front door. Excluding this part of the narrative is misleading in that it makes it seem as if Mr. DePape and Mr. Pelosi went straight from the bathroom where the 911 call was made to the front door

---

[1] Citations to the transcript will be formatted as [page #]:[line #], and refer to the transcript with the government's highlights of proposed excerpts that was previously filed at Dkt. No. 99-1.

where they saw flashing lights, when in fact, there were events, conversations, and movements that occurred in the eight minutes between those two moments. Moreover, like above, Sgt. Hurley's interjections are similar to a head nod to allow the response to continue on with occasional requests for an explanation, an explanation without which the jury would have an inaccurate and misleading impression of the admitted excerpts.

The defense additionally may introduce other portions of and/or statements made during the interview for non-hearsay purposes at the appropriate time at trial.

//

//

Dated:     October 31, 2023                          Respectfully submitted,

                                                     /S
                                            _____
                                            ANGELA CHUANG
                                            JODI LINKER
                                            Counsel for Mr. DePape