

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** November 1, 2023                                  **Total Time:** 00:17 (9:33-9:36 Sealed)

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape
                              [x] Present   [ ] Not Present   [x] In-Custody & Remanded

**Attorneys for United States:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means                              **Court Reporter:** Kelly Shainline

### PROCEEDINGS

Further pretrial conference held. The matter is continued to **November 3, 2023 at 10:00 a.m.** for a further pretrial conference on juror questionnaires.

**EXCLUDABLE DELAY:**
Category:  Effective preparation of counsel.
**Begins**: July 19, 2023
**Ends:** November 6, 2023