ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:22-CR-426-JSC** |
|---|---|---|
| Plaintiff, | ) | JOINT FILING REGARDING JURY SELECTION |
| v. | ) | Trial Date: November 6, 2023 |
| | ) | Hearing Date: November 3, 2023 |
| DAVID WAYNE DEPAPE, | ) | Time: 10:00 a.m. |
| | ) | Court: Hon. Jacqueline Scott Corley |
| Defendant. | ) | |

    The parties have met and conferred regarding the pool of prospective jurors. The parties submit this joint filing to notify the Court of the prospective jurors that the parties propose be excused at this time. The parties have met and conferred about other prospective jurors they believe can be excused at this time for hardship and cause, but have reached no agreement on those additional prospective jurors. Because the Court stated that it would consider excusing prospective jurors for hardship where the parties do not agree, the parties include a second chart showing each parties' position on hardship by juror number.

//

JOINT FILING RE: JURY SELECTION
3:22-CR-426-JSC                                                   1

The parties agree that the following jurors can be excused without being brought it for questioning:

| Juror Number: Parties Agree to Exclude |
|---|
| 2 |
| 11 |
| 22 |
| 39 |
| 42 |
| 48 |
| 51 |
| 56 |
| 60 |
| 62 |
| 73 |
| 77 |
| 81 |
| 84 |
| 93 |
| 109 |

The following chart notes the prospective jurors, by juror number, that one party proposes could be excused for hardship at this time:

| Juror number | Gov position | Def position |
|---|---|---|
| 9 |  | Hardship |
| 12 | Hardship |  |
| 16 | Hardship |  |
| 24 |  | Hardship |
| 28 | Hardship |  |
| 43 |  | Hardship |
| 54 |  | Hardship |
| 57 | Hardship |  |
| 67 |  | Hardship |
| 76 |  | Hardship |
| 79 | Hardship |  |
| 100 |  | Hardship |
| 101 | Hardship |  |
| 107 |  | Hardship |
| 108 | Hardship |  |

DATED:  November 2, 2023                    Respectfully submitted,

ISMAIL J. RAMSEY

United States Attorney

/s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys


/s/
JODI LINKER
Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
Counsel for Defendant David DePape


Attestation of Filer

In addition to myself, the other signatories to this document are Jodi Linker and Angela Chuang. I attest that I have their permission to enter a conformed signature on their behalf and to file this document.

DATED: November 2, 2023

/s/
HELEN L. GILBERT
Assistant United States Attorney