

## UNITED STATES DISTRICT COURT
## Northern District of California

### AMENDED CRIMINAL MINUTES

**Date:** November 3, 2023        **Total Time:** 00:30

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape
       [x] Present    [ ] Not Present    [x] In-Custody & Remanded

**Attorneys for United States:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Linker
**Attorney for Non-Party Target No. 1:** Edward Swanson

**Deputy Clerk:** Ada Means        **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Final pretrial conference held. The Court will issue an order. Jury selection is set for **November 6, 2023 at 8:15 a.m.** in Courtroom 8 in San Francisco.

**EXCLUDABLE DELAY:**
Category: Effective preparation of counsel.
**Begins**: July 19, 2023
**Ends:** November 6, 2023