UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | Case No. 22-cr-00426-JSC-1<br><br>**ORDER FOLLOWING FINAL PRETRIAL CONFERENCE** |

The Court held a final pretrial conference in advance of the November 6, 2023 jury selection. Certain jurors were excused on account of hardship and bias, as agreed to by the parties and the Court. In addition, it was decided the Court will seat a jury of 12 jurors and 3 alternates.

The Government shall provide Defendant of the names of witnesses it intends to call on November 9, 2023 by noon on November 8, 2023. It will provide Defendant with the names of witnesses it intends to call on November 13, 2023 by 5:00 p.m. on November 9, 2023. Thereafter the Government will provide Defendant with the names of witnesses to be called by 5:00 p.m. the previous business day.

Dated: November 3, 2023

JACQUELINE SCOTT CORLEY
United States District Judge