1  Matthew B. Berry, VA Bar No. 42600
      *General Counsel*
2  Todd B. Tatelman, VA Bar No. 66008
      *Deputy General Counsel*
3  Brooks M. Hanner, IN Bar No. 29096-61
4     *Associate General Counsel*
   Rachel A. Jankowski, DC Bar No. 1686346
5     *Assistant General Counsel*

6  OFFICE OF GENERAL COUNSEL
7  U.S. HOUSE OF REPRESENTATIVES
   5140 O'Neill House Office Building
8  Washington, D.C. 20515
   (202) 225-9700
9  Todd.Tatelman@mail.house.gov

10 *Counsel for Daniel Bernal, Subpoenaed Party*

11           **UNITED STATES DISTRICT COURT FOR THE**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                    **SAN FRANCISCO DIVISION**

13 | | Case No. 3:22-cr-00426-JSC-1 |
14 | UNITED STATES OF AMERICA | |
15 | | **NOTICE OF APPEARANCE OF** |
   | v. | **COUNSEL FOR NON-PARTY TRIAL** |
16 | | **WITNESS** |
17 | DAVID WAYNE DEPAPE, | |
   | | Trial Testimony: November 14, 2023 |
18 | *Defendant*. | Testimony Time: 8:30 A.M. |

19
20     I, Todd B. Tatelman, Deputy General Counsel of the U.S. House of Representatives,
21 hereby enter my appearance as counsel of record for Daniel Bernal, non-party trial witness.
22 Copies of all future notices should be directed to:

23                        Todd B. Tatelman
                          Deputy General Counsel
24                        OFFICE OF GENERAL COUNSEL
                          U.S. HOUSE OF REPRESENTATIVES
25                        5140 O'Neill House Office Building
                          Washington, D.C. 20515
26
27
28

Respectfully submitted,

*/s/ Todd B. Tatelman*
Todd B. Tatelman, VA Bar No. 66008
*Deputy General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Todd.Tatelman@mail.house.gov

*Counsel for Daniel Bernal, Subpoenaed Party*[1]

November 3, 2023

---

[1] Attorneys for the Office of General Counsel for the U.S. House of Representatives and "any counsel specially retained by the Office of General Counsel" are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, I caused the foregoing document to be filed via the U.S. District Court for the Northern District of California's CM/ECF system, which I understand caused service on all registered parties.

/s/ *Todd B. Tatelman*
Todd B. Tatelman