# EXHIBIT A

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

7

_____
8       )
UNITED STATES OF AMERICA    )
9       )          No. 4:08-cr-00212-TUC-DCB
    v.     )
10       )     **ORDER**
RICHARD G. RENZI, et al.,    )
11       )
       )
12     Defendant.    )
_____)
13

14       UPON CONSIDERATION OF the Consent Motion of Non-Party Kevin Messner

15   for Order Permitting Counsel to Sit in Well of Court ("Motion"), and good cause

16   appearing,

17       IT IS ORDERED the motion (Doc. 1180) is GRANTED.

18       IT IS FURTHER ORDERED  counsel for potential trial witness, Kevin Messner,

19   may sit in the well of the Court during his appearance at trial to assert privilege

20   objections – including, but not limited to, objections based on the Speech or Debate

21   Clause of the Constitution, U.S. Const. art. I, § 6, cl. 1, and the attorney-client privilege –

22   as necessary, and to present supporting arguments, as appropriate.

23       Dated this 14th day of May, 2013.

24
25
26       David C. Bury
       United States District Judge
27
28

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

UNITED STATES OF AMERICA,

v.

JEFFREY STERLING,

              Defendant.

Case No. 1:10-CR-00485

Hon. Leonie M. Brinkema

### ORDER

UPON CONSIDERATION OF the Motion of Non-Party Michael W. Sheehy for an

Order Permitting His Counsel to Sit in the Well of the Court ("Motion"), the opposition thereto,

if any, and the entire record herein, it is by the Court this ____24^{th}____ day of ___December___,

201~~5~~ ORDERED

That the Motion is GRANTED for all the reasons set forth in the Memorandum of Points

and Authorities submitted in support of the Motion; it is further ORDERED

That Kerry W. Kircher, counsel for potential trial witness Michael W. Sheehy, may sit in

the well of the Court for the duration of any trial appearance by Mr. Sheehy in order to assert

privilege and other objections and arguments in support, if and as appropriate.

                                       /s/

                               Leonie M. Brinkema
                               United States District Judge

# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN SUAREZ, et al.,

    Defendants.

Case No. 5:13-cr-420

Hon. Patricia A. Gaughan

---

## ORDER

UPON CONSIDERATION OF the Motion of Non-Parties U.S. Representative Jim Renacci, James Slepian, and Justin Zink for an Order Permitting Their Counsel to Sit in the Well of the Court ("Motion"), the opposition thereto, if any, and the entire record herein, it is by the Court this __9th__ day of __June_____, 2014 ORDERED

That the Motion is GRANTED for all the reasons set forth in the Motion; it is further ORDERED

That counsel for U.S. Representative Jim Renacci and potential trial witnesses James Slepian and Justin Zink may (i) sit in the well of the Court during any trial appearance by Messrs. Slepian and Zink; (ii) assert privilege objections – including, but not limited to, objections based on the Speech or Debate Clause of the Constitution, U.S. Const. art. I, § 6, cl. 1; and (iii) present arguments in support of any objections, as appropriate.

      /s/ Patricia A. Gaughan
      _____
      HONORABLE PATRICIA A. GAUGHAN
      United States District Judge