1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
| Plaintiff, | STIPULATION REGARDING BUSINESS RECORDS |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, David DePape, by his undersigned counsel, as follows:

The following Trial Exhibits are relevant as determined by Federal Rule of Evidence 401; authentic as determined by Federal Rule of Evidence 901(a); and, as applicable to Exhibits 293 and 295, admissible pursuant to the business records exception to hearsay as determined by Federal Rule of Evidence 803(6):

| Exhibit Number | Description |
|---|---|
| 12 | BART videos, DEPAPE-0002184 |
| 13 | MUNI videos, DEPAPE-0018166 |
| 15 | USCP CCTV Camera 101, DEPAPE-0017785 |
| 16 | USCP CCTV Camera 102, DEPAPE-0017786 |
| 17 | USCP CCTV Camera 103, DEPAPE-0017787 |
| 18 | USCP CCTV Camera 104, DEPAPE-0017788 |
| 19 | USCP CCTV Camera 105, DEPAPE-0017789 |
| 20 | USCP CCTV Camera 106, DEPAPE-0017790 |
| 293 | Spokeo records, DEPAPE-0015647 – DEPAPE-0015648 |
| 295 | Amazon records, DEPAPE-0015993 – DEPAPE-0016042 |

**IT IS SO STIPULATED AND AGREED.**

Dated:   November 4, 2023

/s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys


November 4, 2023

/s/
ANGELA CHUANG
JODI LINKER
Attorneys for Defendant David DePape