UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID WAYNE DEPAPE,<br><br>    Defendant. | **CASE NO. 3:22-CR-426-JSC**<br><br>STIPULATION REGARDING CHAIN OF CUSTODY OF PHYSICAL EVIDENCE |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, David DePape, by his undersigned counsel, as follows:

The exhibits noted in this stipulation are relevant as determined by Federal Rule of Evidence 401 and authentic as determined by Federal Rule of Evidence 901(a). The defendant does not contest the chain of custody for any of the exhibits noted herein.

Exhibit 170, a piece of paper, was seized from defendant David DePape's pocket on October 28, 2022.

Exhibit 268, a Wells Fargo receipt, was seized from defendant David DePape's residence in Richmond, California on October 29, 2022.

//

The following exhibits are the original items seized from the Pelosi's San Francisco home on October 28, 2022:

| Exhibit Number | Description |
|---|---|
| 160 | Hammer (Marker 4) |
| 161 | Zipties package, multi color (Marker 2) |
| 162 | Ziptie (single) (Marker 2) |
| 163 | Ziptie (single) (Marker 3) |
| 164 | Plastic cup (Marker 3) |
| 165 | $16 in cash |
| 166 | BART card 1 |
| 167 | BART card 2 |
| 168 | Muni card |
| 169 | Slip of paper (Marker 1 & 2) |
| 171 | Rope |
| 172 | Single glove |
| 173 | Zipties package, clear (Marker 6) |
| 174 | Sleeping bag in stuff sack |
| 175 | Toothpaste |
| 176 | Battery pack, white |
| 177 | Large backpack |
| 178 | $9,126 in cash |
| 179 | Hammer, yellow handle |
| 180 | Duct tape |
| 181 | Package of zipties 1 |
| 182 | Package of zipties 2 |
| 183 | Package of zipties 3 |
| 184 | Plastic bag |
| 185 | Birth certificate |
| 186 | Social security card |
| 187 | Passport |
| 188 | Two drivers' licenses |
| 189 | California Benefits ID card |
| 190 | Wells Fargo ATM card |
| 191 | Paypal debit card |
| 192 | SD reader |
| 193 | Two bank envelopes |
| 194 | Scissors |
| 195 | Floss |

| | | |
|---|---|---|
| | 196 | Toothbrush |
| | 197 | Batteries |
| | 198 | Battery charger |
| | 199 | Misc. electronics' accessories |
| | 200 | Matches |
| | 201 | Wyler's light single drink mixes |
| | 202 | Body camera user manual |
| | 203 | Purple gloves |
| | 204 | Facemask |
| | 205 | Two bottles of liquid |
| | 206 | 2 costumes |
| | 207 | 3 solar chargers |
| | 208 | Nintendo switch |
| | 209 | Various electronic chargers and cables Item #46 |
| | 210 | Camping light |
| | 211 | Crayons |
| | 212 | Book |
| | 213 | Drinking glass |
| | 214 | Battery charger |
| | 215 | Thumb drive reader |
| | 216 | 4 pairs of socks |
| | 217 | 2 pairs of shorts |
| | 218 | 7 pairs of boxer briefs |
| | 219 | Greens 8 in 1 supplement |
| | 220 | Beef sticks |
| | 221 | Vitamins |
| | 222 | 2 jars glucosamine |
| | 223 | Watermelon lemonade |
| | 224 | Goji berries |
| | 225 | Pencil |
| | 226 | Single glove |
| | 227 | Gloves label |
| | 228 | Teclast tablet |
| | 229 | SanDisk SD Card; SN: BH1128416132D; 4GB |
| | 230 | Samsung Galaxy S7 |
| | 231 | Body worn camera, no manufacturer |
| | 232 | Boblov body worn camera |
| | 233 | Body worn camera instruction manual |
| | 234 | Generic USB Flash Drive; SN: none; 1TB |
| | 235 | Western Digital 3.5" SATA HDD; Model: WD10EZEX; SN: WCC6Y1SKV3S6; 1TB |

| 236 | Western Digital 2.5" SATA HDD; Model: WD10SPZX-24; SN: WXS1A68K4047; 1TB |
| 237 | Dell Laptop Model: Latitude E6540; SN: 5XOY942, with power cord and case |
| 320 | Small backpack |

**IT IS SO STIPULATED AND AGREED.**

Dated: November 4, 2023

/s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys

November 4, 2023

/s/
ANGELA CHUANG
JODI LINKER
Attorneys for Defendant David DePape