|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:22-CR-426-JSC** |
|---|---|---|
| Plaintiff, | ) | STIPULATION REGARDING EXHIBIT 1 |
| v. | ) | |
| DAVID WAYNE DEPAPE, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, David DePape, by his undersigned counsel, as follows:

On October 28, 2022, at 2:23 a.m., Paul Pelosi called 9-1-1. That call was recorded and is marked as Exhibit 1.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 4, 2023          /s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys

| | | |
|---|---|---|
| November 4, 2023 | | /s/ |

ANGELA CHUANG
JODI LINKER
Attorneys for Defendant David DePape