UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO. 3:22-CR-426-JSC** |
| Plaintiff, | ) STIPULATION REGARDING EXHIBIT 10 |
| v. | ) |
| DAVID WAYNE DEPAPE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, David DePape, by his undersigned counsel, as follows:

On January 27, 2023, David DePape called Amber Lee, a reporter with KTVU. That call was recorded and an excerpt of that call is Exhibit 10.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 4, 2023

/s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys

November 4, 2023                    /s/
                                    ANGELA CHUANG
                                    JODI LINKER
                                    Attorneys for Defendant David DePape