UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DAVID WAYNE DEPAPE, <br> Defendant. | **CASE NO. 3:22-CR-426-JSC** <br><br> STIPULATION REGARDING ITEMS PRESENT ON DEFENDANT'S COMPUTER |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, David DePape, by his undersigned counsel, as follows:

On October 29, 2022, the FBI seized defendant David DePape's computer tower from his residence located on Shasta Street in Richmond, California. This computer tower is an iBUYPOWER, Model i-Series A303A655 012520, with serial number 2216-59B9-3082-DD65-2. It is marked as Exhibit 269.

Exhibit 269 contained a 240 gigabyte ("GB") hard drive, specifically, an APacer, Panther model, 2.5" SATA Solid State Drive, with serial number 142002113178. This hard drive is marked as Exhibit 270.

//

Digital Forensic Examiner Wing Ng created a complete, exact, and accurate copy of Exhibit 270 using reliable methods.

The following Exhibits are summary reports showing some of the items that were present on Exhibit 270, that is, the hard drive found in defendant David DePape's computer tower.

| Exhibit Number | Description |
| --- | --- |
| 271 | Firefox Bookmarks |
| 274 | Firefox Web History |
| 276 | Google Maps Queries |
| 277 | Google Searches |
| 292 | AD Lab Report, Bookmark: Pelosi Information |

The following Exhibits are some of the files that were present on Exhibit 270, that is, the hard drive found in defendant David DePape's computer tower:

| Exhibit Number | Description |
| --- | --- |
| 278 | Image - broadway 2019.JPG |
| 279 | Image - broadway.JPG |
| 280 | Image - 01 (1).JPG |
| 281 | Image - pelosivigilmar1207_8.jpg |
| 282 | Image - 33163248-8730937-image-a-2_1600090811088.jpg |
| 283 | Image - hqdefault.jpg |
| 284 | Image - 37501178-9105277-image-a-82_1609539332899.jpg |
| 285 | Image - Eqs0Zq2XIAUp9MB.jpeg |
| 286 | Image - 813c7af4-6d5a-42bb-89b1-60f38f9aa4ce_1140x641.jpg |
| 287 | Image - 37503978-0-image-a-3_1609550789355.jpg |
| 288 | Image - 2411bfb6-4ea3-4d10-b8ef-341464286bb9_1140x641.png |
| 289 | Image - sddefault.jpg |
| 290 | Image - nancy-pelosi.webp |
| 291 | Text document - New Text Document.txt |

STIPULATION RE: ITEMS ON DEFENDANT'S COMPUTER
3:22-CR-426-JSC                          2

These exhibits do not include a complete inventory of everything located on the electronic devices.

The parties preserve other possible objections to the admissibility of the underlying contents of these Exhibits, including objections under Rule 403, 801, and 802.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 4, 2023

/s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys

November 4, 2023

/s/
ANGELA CHUANG
JODI LINKER
Attorneys for Defendant David DePape