UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
| Plaintiff, | STIPULATION REGARDING SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT RECORDS |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, David DePape, by his undersigned counsel, as follows:

The following Trial Exhibits are relevant as determined by Federal Rule of Evidence 401 and authentic as determined by Federal Rule of Evidence 901(a). The parties preserve other possible objections to the admissibility of the underlying contents of these Exhibits, including objections under Rule 403, 801, and 802.

| Exhibit Number | Description |
|---|---|
| 1 | 911 Call, DEPAPE-000001 |
| 316 | SFPD Dispatch Audio, DEPAPE-0000002 |

**IT IS SO STIPULATED AND AGREED.**

Dated: November 4, 2023  /s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys


November 4, 2023  /s/
ANGELA CHUANG
JODI LINKER
Attorneys for Defendant David DePape