UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
| Plaintiff, | STIPULATION REGARDING U.S. HOUSE OF REPRESENTATIVES RECORD |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, David DePape, by his undersigned counsel, as follows:

The following Trial Exhibit is relevant as determined by Federal Rule of Evidence 401; authentic as determined by Federal Rule of Evidence 901(a); and admissible pursuant to the business records exception to hearsay as determined by Federal Rule of Evidence 803(6) and the public records exception to hearsay as determined by Federal Rules of Evidence 803(8).

| Exhibit Number | Description |
|---|---|
| 297 | Official List of Members of the U.S. House of Representatives, 117th Congress, DEPAPE-0018114—DEPAPE-0018130 |

**IT IS SO STIPULATED AND AGREED.**

Dated:     November 4, 2023                     /s/
                                                HELEN L. GILBERT
                                                LAURA VARTAIN HORN
                                                Assistant United States Attorneys


           November 4, 2023                     /s/
                                                ANGELA CHUANG
                                                JODI LINKER
                                                Attorneys for Defendant David DePape