

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** November 6, 2023                                                                 **Time:** 2:21

**Judge:** Jacqueline Scott Corley

**Case Number:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape
                                        [x] **Present**   [ ] **Not Present**   [x] **In-Custody & Remanded**

**Attorneys for United States of America:** Helen Gilbert/Laura Vartain Horn
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means                                              **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Jury selection held.  Jury selected and sworn. The matter is continued to November 9, 2023 at

8:30 a.m. for jury trial.