# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: **3:22-cr-00426-JSC-1**
Case Name: **United States of America v David Wayne Depape**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR USA: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| Jacqueline Scott Corley | Helen Gilbert/Laura Vartain | Angela Chuang/Jodi Linker |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| November 6, 2023 (Day 1) | Ruth Ekhaus | Ada Means |

| GOVT. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Court and counsel confer re: jury panel and procedures. |
| | | 9:25 a.m. | | | Court stands in recess to await the jury's arrival. |
| | | 9:40 a.m. | | | The prospective jury panel is now present in the courtroom. The Court gives its introductory remarks. The panel is sworn, and voir dire commences. |
| | | 10:22 a.m. | | | Court stands in recess while the Court and counsel conference re: hardships outside the presence of the jury panel. |
| | | 10:50 a.m. | | | Court reconvenes, all parties and prospective jurors are present. Voir dire resumes. |
| | | 11:46 a.m. | | | Court called for a brief recess. |
| | | 12:00 p.m. | | | Court reconvenes, all parties and prospective jurors are present. |
| | | 1:14 p.m. | | | Court called for a brief recess, to allow time for the parties to confer re: peremptory challenges. |
| | | 2:22 p.m. | | | Court reconvenes, all parties and prospective jurors are present. The jury is selected and sworn. The remaining jurors are thanked and excused from service. |
| | | 2:28 p.m. | | | The jury is admonished and retires for jury orientation. |
| | | 2:29 p.m. | | | Outside the presence of the jury, Court and counsel confer re: trial schedule. |
| | | 2:36 p.m. | | | Court is adjourned for the day. The matter is continued to November 9, 2023 at 8:30 a.m. for further jury trial. |