

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** November 9, 2023                                    **Total Time:** 5:50

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape

[x] **Present**   [ ] **Not Present**   [x] **In-Custody & Remanded**

**Attorneys for United States:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means                            **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Jury trial (Day 2) held. Opening statements presented by the government and defense. Direct and cross examinations of Kolby Willmes, Kyle Cagney, Alejandro Najarro, Carla Hurley, Tracy Demkowski, and Lyn O'Connor.

The following exhibits are marked and admitted into evidence:

Government's exhibit nos. **1, 2, 3, 4, 5, 6, 7, 8, 26, 27, 28, 30, 33, 38, 42, 43, 59, 61, 75, 76, 78, 79, 84, 89, 90, 95, 96, 104, 106, 107, 109 110, 115, 117, 118, 119, 123, 124, 125, 126, 127, 132, 135, 160-227, 314, 315, 316, and 320.**

Defense's exhibit no. **569.**