UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **3:22-cr-00426-JSC-1**
Case Name: **United States of America v David Wayne Depape**

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR USA: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| Jacqueline Scott Corley | Helen Gilbert/Laura Vartain | Angela Chuang/Jodi Linker |
| TRIAL DATE: | COURT REPORTER: | CLERK: |
| November 9, 2023 (Day 2) | Ruth Ekhaus | Ada Means |

| GOVT. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:17 a.m. | | | Court reconvenes. Outside the presence of the jury, Court and counsel confer re: exhibits. |
| | | | | | The following exhibits are marked and admitted into evidence:<br><br>**1, 2, 3, 4, 5, 6, 7, 8, 26, 27, 28, 30, 33, 38, 42, 43, 59, 61, 75, 76, 78, 79, 84, 89, 90, 95, 96, 104, 106, 107, 109 110, 115, 117, 118, 119, 123, 124, 125, 126, 127, 132, 135, 160-227, 314, 315, 316, and 320.** |
| | | 8:39 a.m. | | | The jury is now present in the courtroom. The Court gives the jury preliminary instructions. |
| | | 8:52 a.m. | | | Opening statement for the government presented by Ms. Vartain. |
| | | 9:06 a.m. | | | Opening statement for the defendant presented by Ms. Linker. |
| | | 9:32 a.m. | | | Exhibit #1 (recorded 911 call) is played to the jury. |
| | | 9:37 a.m. | | | **KOLBY WILLMES** is sworn as a witness for the government and is under direct examination by Ms. Vartain. |
| | | 10:03 a.m. | | | Court called for the morning recess. |
| | | 10:21 a.m. | | | Court reconvenes, all parties present. Kolby Willmes resumes the witness stand and is under cross examination by Ms. Chuang. |
| | 516 | 10:30 a.m. | X | | Incident report |
| | | 10:37 a.m. | | | Kolby Willmes is excused. **KYLE CAGNEY** is sworn as a witness for the government and is under direct examination by Ms. Vartain. |
| | | 10:43 a.m. | | | Kyle Cagney is under cross examination by Ms. Linker. |
| | | 10:56 a.m. | | | Kyle Cagney is excused as a witness. **ALEJANDRO NAJARRO** is sworn as a witness and is under direct examination by Ms. Gilbert. |
| | | 11:20 a.m. | | | Alejandro Najarro under cross examination by Ms. Chuang. |
| | | 11:43 a.m. | | | Alejandro Najarro under redirect examination by Ms. Gilbert. |

| | | | | | |
|---|---|---|---|---|---|
| | | 11:44 a.m. | | | Alejandro Najarro is excused. **CARLA HURLEY** is sworn as a witness for the government and is under direct examination by Ms. Gilbert. |
| | | 12:08 p.m. | | | The jury is excused for the noon recess. |
| | | 12:10 p.m. | | | Outside the presence of the jury, Court and counsel confer re: Depape's interview with Hurley. |
| | | 12:23 p.m. | | | The Court called for the noon recess. |
| | | 12:55 p.m. | | | Court reconvenes, all parties present. Carla Hurley resumes the witness stand and is under further direct examination by Ms. Gilbert. |
| | | 1:11 p.m. | | | Carla Hurley under cross examination by Ms. Chuang. |
| | | 1:32 p.m. | | | Carla Hurley is excused. **TRACY DEMKOWSKI** is sworn as a witness for the government and is under direct examination by Ms. Gilbert. |
| | | 2:01 p.m. | | | The Court called for a brief recess. |
| | | 2:12 p.m. | | | Court reconvenes, all parties present. Tracy Demkowski resumes the witness stand and is under cross examination by Ms. Chuang. |
| | 569 | 2:16 p.m. | X | X | Photo from Pelosi's bedroom. |
| | | 2:17 p.m. | | | Tracy Demkowski is excused. **LYN O'CONNOR** is sworn as a witness and is under direct examination by Ms. Vartain. |
| | | 2:42 p.m. | | | Lyn O'Connor under cross examination by Ms. Linker. |
| | | 2:24 p.m. | | | The jury is admonished by the Court and excused for the day. Outside the presence of the jury, Court and counsel confer: |
| | | 2:50 p.m. | | | Court is adjourned for the day. The matter is continued to November 13, 2023 for further jury trial. |

2