UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendants. | Case No. 22-cr-00426-JSC-1  (JSC)<br><br>**REFRESHMENT ORDER** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish lunch for the members of the jury in the above-entitled matter beginning **November 15, 2023**, during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: November 13, 2023

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge