UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DAVID WAYNE DEPAPE,<br><br>　　　Defendant. | CASE NO. 3:22-CR-426-JSC<br><br>STIPLATION REGARDING U.S. HOUSE OF REPRESENTATIVES RECORD ABOUT SPEAKER NANCY PELOSI'S SCHEDULE |

　　　IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, David DePape, by his undersigned counsel, as follows:

　　　The record at Exhibit 511 does not include the Speaker's schedule for October 24 and 25, 2022, when she was out of the country on work travel.

//

//

//

//

//

STIPULATION RE: SCHEDULE
3:22-CR-426-JSC　　　　　　　　　　　　　1

1  **IT IS SO STIPULATED AND AGREED.**

2  Dated:          November 13, 2023                    /s/
3                                                                           HELEN L. GILBERT
                                                                              LAURA VARTAIN HORN
4                                                                           Assistant United States Attorneys

5

6                       November 13 2023                          /s/
                                                                              ANGELA CHUANG
7                                                                           JODI LINKER
                                                                              Attorneys for Defendant David DePape
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: SCHEDULE
3:22-CR-426-JSC                                              2