UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | Case No. 22-cr-00426-JSC-1<br><br>**ORDER RE: MOTION FOR AN ORDER PERMITTING COUNSEL TO SIT IN THE WELL OF THE COURT**<br><br>Re: Dkt. No. 146 |

Trial witness Daniel Bernal moves for an order permitting his counsel to sit in the well of the Court during his trial testimony. (Dkt. No. 146.) The Court GRANTS this unopposed motion.

This Order disposes of Docket No. 146.

**IT IS SO ORDERED.**

Dated: November 14, 2023

JACQUELINE SCOTT CORLEY
United States District Judge