

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** November 13, 2023  **Time:** 5:48

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape

[x] Present   [ ] Not Present   [x] In-Custody & Remanded

**Attorneys for United States:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means                **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Jury trial (Day 3) held. Direct and cross examination of Gary Gryzmala, Dwight Littlejohn, Jason Matthes, Wing Ng, and Stephanie Minor. Direct examination of Timothy Clark, Jonathan Guerra, Jason Matthes, and Paul Pelosi.

The following exhibits were marked and admitted into evidence:

Government's exhibit nos. **10-20, 116, 146, 148, 228 to 237, 250, 268-271, 274, 276-282, 284 to 288, 290-293, 295, 297, 298, 305, 310, 321, and 322.**

Defendant's exhibit nos. **151, 240-244, 247, 248, 500, 511, 579, 592, and 593.**