UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **3:22-cr-00426-JSC-1**
Case Name: **United States of America v David Wayne Depape**

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR USA: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| Jacqueline Scott Corley | Helen Gilbert/Laura Vartain | Angela Chuang/Jodi Linker |
| TRIAL DATE: | COURT REPORTER: | CLERK: |
| November 13, 2023 (Day 3) | Ruth Ekhaus | Ada Means |

| GOVT. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:17 a.m. | | | Count reconvenes. Outside the presence of the jury, Court and counsel confer re: exhibits and witnesses. The following exhibits were marked and admitted into evidence: Government's exhibit nos. **10-20, 116, 146, 148, 228 to 237, 250, 268-271, 274, 276-282, 284 to 288, 290-293, 295, 297, 298, 305, 310, 321, and 322.** Defendant's exhibit nos. **151, 240-244, 247, and 248.** |
| | | 8:36 a.m. | | | The jury is now present in the courtroom. **GARY GRYZMALA** is sworn as a witness for the government and is under direct examination by Ms. Vartain. |
| | | 8:50 a.m. | | | Gary Gryzmala is under cross examination by Ms. Chuang. |
| | | 8:51 a.m. | | | Gary Gryzmala is excused. **TIMOTHY CLARK** is sworn as a witness for the government and is under direct examination by Ms. Vartain. |
| | | 8:58 a.m. | | | Timothy Clark is excused. **JONATHAN GUERRA** is sworn as a witness for the government and is under direct examination by Ms. Gilbert. |
| | | 9:03 a.m. | | | Jonathan Guerra is excused. **DWIGHT LITTLEJOHN** is sworn as a witness for the government and is under direct examination by Ms. Vartain. |
| | | 9:17 a.m. | | | Dwight Littlejohn under cross examination by Ms. Linker. |
| | 511 | 9:21 a.m. | X | X | Ms. Pelosi's Scheduler. *Provisionally admitted. |
| | | 9:31 a.m. | | | Dwight Littlejohn is excused. **JASON MATTHES** is sworn as a witness for the government and is under direct examination by Ms. Gilbert. |
| | | 9:41 a.m. | | | Jason Matthes is excused. Stipulation by the parties read into the record by Ms. Gilbert. |
| | | 9:45 a.m. | | | Court called for the morning recess. |
| | | 10:02 a.m. | | | Court reconvenes, all parties and the jury are present. **WING NG** is sworn as a witness for the government and is under direct examination by Ms. Gilbert. |

|  |  | Time |  |  | Description |
|---|---|---|---|---|---|
|  |  | 10:31 a.m. |  |  | Wing Ng under cross examination by Ms. Chuang. |
|  | 593 | 10:35 a.m. | X | X | Ng's report "Target 1" |
|  | 592 | 10:37 a.m. | X | X | Ng's report "Tom Hank's House" |
|  |  | 10:39 a.m. |  |  | Wing Ng is excused. **STEPHANIE MINOR** is sworn as a witness for the government and is under direct examination by Ms. Gilbert. |
|  |  | 11:44 a.m. |  |  | Court called for the noon recess. |
|  |  | 12:34 p.m. |  |  | Court reconvenes, all parties and the jury are present. Stephanie Minor resumes the witness stand and is under further direct examination by Ms. Gilbert. |
|  |  | 1:24 p.m. |  |  | Stephanie Minor under cross examination by Ms. Linker. |
|  | 579 | 1:43 p.m. | X | X | Article found in Depape's apartment. |
|  |  | 2:00 p.m. |  |  | Court called for a brief recess. |
|  |  | 2:13 p.m. |  |  | Court reconvenes, all parties and the jury are present. Stephanie Minor resumes the witness stand and is under further cross examination by Ms. Linker. |
|  | 500 | 2:18 p.m. | X | X | Frenlyfrens Blog |
|  |  | 2:24 p.m. |  |  | Stephanie Minor is excused. **PAUL PELOSI** is sworn as a witness for the government and is under direct examination by Ms. Vartain. |
|  |  | 3:01 p.m. |  |  | Paul Pelosi is excused. The jury is excused for the day. |
|  |  | 3:03 p.m. |  |  | Outside the presence of the jury, Court and counsel confer re: trial schedule. |
|  | 511 | 3:06 p.m. | X | X | Outside the presence of the jury, Court hears arguments on Defendant's exhibit no. 511. The exhibit is admitted. |
|  |  | 3:17 p.m. |  |  | Court is adjourned for the day. The matter is continued to November 14, 2023 for further jury trial. |