UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID WAYNE DEPAPE,<br><br>　　　　Defendant. | Case No.  22-cr-00426-JSC-1<br><br>**PROPOSED VERDICT FORM** |

We, the members of the Jury, have reached the following unanimous verdict:

**COUNT ONE**

**1**.　We, the Jury, find the defendant DAVID WAYNE DEPAPE, as charged in Count One of the Indictment: (circle one)

　NOT GUILTY　　　GUILTY　　　of attempted kidnapping in violation of Title 18 United States Code § 1201(d)

**COUNT TWO**

**2A**.　We, the Jury, find the defendant DAVID WAYNE DEPAPE, as charged in Count Two of the Indictment: (circle one)

　NOT GUILTY　　　GUILTY　　　of assault in violation of Title 18 United States Code § 115(a)(1)(A)

Please answer the following question only if you found the defendant guilty of Count Two; otherwise leave this blank:

**2B**.  Having found the defendant DAVID WAYNE DEPAPE guilty of the offense charged in Count Two, do you unanimously find beyond a reasonable doubt that the defendant used a dangerous weapon during and in relation to the assault charged in Count Two? (circle one)

NO　　　　　　　　　　　　　　　　　YES

Dated: _____

Signed: _____
    Presiding Juror

**IT IS SO ORDERED.**

Dated: November 14, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge