UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO. 3:22-CR-426-JSC** |
| Plaintiff, | ) **UNITED STATES' PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS** |
| v. | ) |
| DAVID WAYNE DEPAPE, | ) |
| Defendant. | ) |

PROPOSED ADDITIONAL INSTRUCTIONS
3:22-CR-426-JSC                                         1

**PROPOSED INSTRUCTION REGARDING MENTAL STATE**

Neither insanity nor diminished mental capacity are defenses in this case, and you may not consider them in your deliberations.

**PROPOSED INSTRUCTION REGARDING MIXED OR DUAL INTENT**

A person may act with more than one intent.  You may find that the defendant acted with the requisite intent even if you also find the defendant acted, in part, for other reasons.

DATED:  November 14, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

　/s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys