UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO. 3:22-CR-426-JSC** |
| Plaintiff, | ) **UNITED STATES' PROPOSED** |
| v. | ) **SUPPLEMENTAL JURY INSTRUCTION** |
| DAVID WAYNE DEPAPE, | ) |
| Defendant. | ) |

Based on the hearing held this afternoon, the government submits the following proposed supplemental jury instruction.

//
//
//
//
//
//
//
//

PROPOSED ADDITIONAL INSTRUCTION
3:22-CR-426-JSC                                                 1

**PROPOSED INSTRUCTION REGARDING IRRELEVANT MATERIAL**

Whether or not there may be proceedings against the Defendant elsewhere is irrelevant and may not be considered.

DATED: November 14, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys