UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID WAYNE DEPAPE,<br><br>        Defendant. | Case No. 22-cr-00426-JSC-1<br><br>**[SECOND PROPOSED] VERDICT FORM** |

We, the members of the Jury, have reached the following unanimous verdict:

**COUNT ONE**

**1**.    We, the Jury, find the defendant DAVID WAYNE DEPAPE, as charged in Count One of the Indictment: (circle one)

  NOT GUILTY      GUILTY        of attempted kidnapping in violation of Title 18 United States Code §§ 1201(a)(5), (d)

**COUNT TWO**

**2A**.    We, the Jury, find the defendant DAVID WAYNE DEPAPE, as charged in Count Two of the Indictment: (circle one)

  NOT GUILTY      GUILTY        of assault in violation of Title 18 United States Code § 115(a)(1)(A)

Please answer the following question only if you found the defendant guilty of Count Two; otherwise leave this blank:

**2B**.  Having found the defendant DAVID WAYNE DEPAPE guilty of the offense charged in Count Two, do you unanimously find beyond a reasonable doubt that the defendant used a dangerous weapon during and in relation to the assault charged in Count Two? (circle one)

NO                                                                 YES

Dated: _____

Signed: _____
           Presiding Juror

**IT IS SO ORDERED.**

Dated: November 14, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge