

## UNITED STATES DISTRICT COURT
### Northern District of California

### CRIMINAL MINUTES

**Date:** November 14, 2023                                          **Time:** 4:49

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape
                                        [x] Present   [ ] Not Present   [x] In-Custody & Remanded

**Attorneys for United States:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means                           **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Jury trial (Day 4) and charging conference held. Direct and cross examination of Michael Huang, David Depape, and Daniel Bernal. Direct examination of Target No. 1 and Elizabeth Yates. The government and defense rests.

**The following exhibits was marked and admitted into evidence:**

Defendant's exhibit no. **595**.