UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **3:22-cr-00426-JSC-1**
Case Name: **United States of America v David Wayne Depape**

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR USA: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| Jacqueline Scott Corley | Helen Gilbert/Laura Vartain | Angela Chuang/Jodi Linker |
| TRIAL DATE: | COURT REPORTER: | CLERK: |
| November 14, 2023 (Day 4) | Ruth Ekhaus | Ada Means |

| GOVT. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:17 a.m. | | | Court reconvenes, all parties present. Outside the presence of the jury, Court and counsel confer re: witnesses. |
| | | 8:20 a.m. | | | Court stands in recess to await the jury's arrival. |
| | | 8:26 a.m. | | | Court reconvenes, all parties and the jury are present. |
| | | 8:29 a.m. | | | **MICHAEL HUANG** is sworn as a witness for the government and is under direct examination by Ms. Gilbert. |
| | | 8:48 a.m. | | | Michael Huang under cross examination by Ms. Linker. |
| | | 8:50 a.m. | | | Michael Huang is excused. The government rests. The jury is in recess. |
| | | 8:51 a.m. | | | Outside the presence of the jury, Court hears argument on Defendant's Rule 29 motion. The motion is denied. |
| | | 8:57 a.m. | | | Court called for a brief recess. |
| | | 9:08 a.m. | | | Court reconvenes, all parties and the jury are present. **DAVID DEPAPE** is sworn as a witness for defense and is under direct examination by Ms. Chuang. |
| | | 10:23 a.m. | | | The Court called for a brief recess. |
| | | 10:36 a.m. | | | Court reconvenes, all parties and the jury are present. David Depape resumes the witness stand and is under cross examination by Ms. Vartain. |
| | | 11:01 a.m. | | | David Depappe is excused. **TARGET NO. 1** is sworn as a witness for defense and is under direct examination by Ms. Linker. |
| | | 11:31 a.m. | | | Target No. 1 is excused. **ELIZABETH YATES** is sworn as a witness for defense and is under direct examination by Ms. Chuang. |
| | | 11:42 a.m. | | | Elizabeth Yates is excused. **DANIEL BERNAL** is sworn as a witness for defense and is under direct examination by Ms. Linker. |
| | 595 | 12:09 p.m. | X | X | Pelosi's website |
| | | 12:23 p.m. | | | Daniel Bernal under cross examination by Ms. Vartain. |
| | | 12:30 p.m. | | | Daniel Bernal under re-direct examination by Ms. Linker. |
| | | 12:31 p.m. | | | Daniel Bernal is excused. Defense rests. The jury is admonished and excused for the day. |

1

|  |  | 12:32 p.m. |  |  | Outside the present of the jury, Court and counsel confer re: trial schedule. |
|---|---|---|---|---|---|
|  |  | 2:34 p.m. |  |  | Court reconvenes, all parties present. Outside the presence of the jury, Court and counsel confer re: jury instructions and verdict form. |
|  |  | 3:22 p.m. |  |  | Court called for a brief recess. |
|  |  | 3:26 p.m. |  |  | Court reconvenes with all parties present. Outside the presence of the jury, Court and counsel continues to confer re: jury instructions and verdict form. |
|  |  | 3:34 p.m. |  |  | Court is adjourned for the day. The matter is continued to November 15, 2023 for further jury trial. |