

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** November 15, 2023                                                   **Time:** 3:00

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape

[x] Present  [ ] Not Present  [x] In-Custody & Remanded

**Attorneys for United States:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means                                             **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Jury trial (Day 5) held. Closing arguments presented by the government and the defense. Jury commenced deliberation.