UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **3:22-cr-00426-JSC-1**
Case Name: **United States of America v David Wayne Depape**

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR USA: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| Jacqueline Scott Corley | Helen Gilbert/Laura Vartain | Angela Chuang/Jodi Linker |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| November 15, 2023 (Day 5) | Ruth Ekhaus | Ada Means |

| GOVT. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:20 a.m. | | | Court reconvenes, all parties present. Outside the presence of the jury, Court and counsel confer re: jury interaction with members of the public. |
| | | 8:23 a.m. | | | Court stands in recess. |
| | | | | | Off the record, Court and counsel confer with juror in question. |
| | | 8:33 a.m. | | | Court reconvenes, all parties and the jury are present. The Court gives the jury further preliminary instructions. |
| | | 8:46 a.m. | | | Closing statement for the government presented by Ms. Gilbert. |
| | | 9:51 a.m. | | | Court called for a brief recess. |
| | | 10:10 a.m. | | | Court reconvenes, all parties and the jury are present. Closing statement for the defense presented by Ms. Chuang. |
| | | 10:57 a.m. | | | Rebuttal closing statement for the government presented by Ms. Gilbert. |
| | | 11:11 a.m. | | | The Court gives the jury their final instructions. |
| | | 11:20 a.m. | | | The jury retires to the jury room for their lunch break. The Court stands in recess, to await the jury's verdict. |
| | | 12:00 p.m. | | | All members of the jury are in the jury room to commence their deliberation. The Court continues to stand in recess, to await the jury's verdict. |
| | | 2:15 p.m. | | | The jury takes a break from their deliberation. |
| | | 2:30 p.m. | | | The jury resumes their deliberation. |
| | | 2:40 p.m. | | | The Court received Note #1 from the jury and all parties were summoned. |
| | | 2:52 p.m. | | | The Court is informed by the jury that the issue contained in Note #1 is resolved. The Court continues to stand in recess, to await the jury's verdict. |
| | | 3:45 p.m. | | | The jury takes a break from their deliberation. |
| | | 4:00 p.m. | | | The jury resumes their deliberation. |
| | | 5:00 p.m. | | | Court is adjourned for the day. The jury to resume their deliberation on November 16, 2023. |