

## UNITED STATES DISTRICT COURT
### Northern District of California

### CRIMINAL MINUTES

**Date:** November 16, 2023                                                                   **Time:** 00:05

**Judge:** Jacqueline Scott Corley

**Case No.:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape

                                             [x] Present     [ ] Not Present     [x] In-Custody & Remanded

**Attorneys for United States:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means                                      **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Jury trial (Day 6) held and ended. Jury deliberation. Jury verdict was reached and recorded. The jury is discharged.