Pages 1 - 31

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
   VS.                         )   NO. CR 22-00426-JSC
                               )
DAVID WAYNE DEPAPE,            )
                               )
            Defendant.         )
_____)

San Francisco, California
Tuesday, November 14, 2023

** EXCERPT **

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:          ISMAIL J. RAMSEY
                        United States Attorney
                        450 Golden Gate Avenue
                        San Francisco, California 94102
                   BY:  LAURA E. VARTAIN
                        HELEN L. GILBERT
                        ASSISTANT UNITED STATES ATTORNEYS

For Defendant:          JODI H. LINKER
                        Federal Public Defender
                        450 Golden Gate Avenue
                        San Francisco, California 94102
                   BY:  JODI H. LINKER
                        ANGELA CHUANG
                        TODD M. BORDEN
                        ASSISTANT FEDERAL PUBLIC DEFENDERS

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
              Official Reporter, CSR No. 12219

APPEARANCES:   (CONTINUED)

Also present:          Maddi Wachs, Paralegal
                       Special Agent Stephanie Minor
                       Sheree Cruz-Laucirica, Paralegal
                       Catherine Goulet, Defense Investigator

<u>**Tuesday - November 14, 2023**</u>                                    <u>**9:09 a.m.**</u>

P R O C E E D I N G S

---o0o---

(Begin Excerpt)

**<u>DIRECT EXAMINATION</u>**

**BY MS. CHUANG:**

**Q.**   Good morning, Mr. DePape.

**A.**   Good morning.

**Q.**   Where are you from originally?

**A.**   Canada.

**Q.**   And when did you come to the US?

**A.**   I think about the year 2000.

**Q.**   So have you lived in the US since then?

**A.**   Yes.

**Q.**   And do you consider the US your home at this point?

**A.**   Yes.

**Q.**   Why did you first come here?

**A.**   I came here on a trip to Hawaii with my karate class.

**Q.**   And how long have you been in the Bay Area?

**A.**   I think I was in Hawaii for about two years and been in
the Bay Area since then.

**Q.**   Turning your attention to October 2022, what were you
doing for work at the time?

**A.**   Carpentry.

**Q.**   Sorry.  Was that carpentry?

PROCEEDINGS - EXCERPT

1   **A.**   Carpentry, yes.

2   **Q.**   Did you work for yourself or for someone else?

3   **A.**   I worked for Frank Ciccarelli.

4   **Q.**   And how long were you doing that for?

5   **A.**   I think approximately six to eight years.

6   **Q.**   Did you have your own tools that you used for work?

7   **A.**   I used his tools.

8   **Q.**   What kind of carpentry did you do?

9   **A.**   Decks and fences mostly.

10  **Q.**   Where were you living at that time?

11  **A.**   Edge of Richmond, close to El Cerrito.

12  **Q.**   Who did you live with, if anyone?

13  **A.**   Malcolm Lubliner, a friend of Frank's.

14  **Q.**   Did you live in the same house as him, or what was the

15  setup?

16  **A.**   I lived in the garage.

17  **Q.**   Did he live in the main house?

18  **A.**   Yes.

19          **MS. CHUANG:**  I'm going to show you what's in evidence

20  as Exhibit 241, if we could pull that up.  There it is.

21  **BY MS. CHUANG:**

22  **Q.**   Do you see that on the screen?

23  **A.**   Yes.

24  **Q.**   Is that how your living space appeared at the time?

25  **A.**   Yes.  Approximately.

PROCEEDINGS - EXCERPT

1   **Q.**   Where was your bathroom?

2   **A.**   I would go to parks or restaurants or use the bathroom

3   somewhere else.

4   **Q.**   And where did you shower?

5   **A.**   At -- across the street at Elizabeth's.

6   **Q.**   Now, I'm going to show you what's in evidence as

7   Exhibit 242.

8       Is that another picture of part of your living space?

9   **A.**   Yeah.

10  **Q.**   What's that cushion resting against the wall for?

11  **A.**   Futon that I slept on.

12      **MS. CHUANG:**  We can take that down, please.

13      Thank you.

14  **BY MS. CHUANG:**

15  **Q.**   When you weren't working, how did you spend your time?

16  **A.**   All my time I spent playing video games, and I would

17  listen to, like, politics at the same time.  Like I stopped

18  turning -- I turned the sound off the video games, and I would

19  listen to stuff instead.

20  **Q.**   Okay.  So what format did you listen to things about

21  politics?

22  **A.**   Mainly, YouTube videos, podcasts.  Stuff playing usually

23  in the video format, and it would be, like, on my computer.

24  **Q.**   How many hours a day would you say you were listening to

25  these types of things?

**PROCEEDINGS - EXCERPT**

1  **A.**   Like weekends, would be from the time I got up to the time

2  I went to bed.  And weekdays, it would be as soon as I got home

3  until I went to bed.  And I think we worked -- typically, the

4  schedule varied, but it was -- often it would be like six hours

5  a day or sometimes five hours a days.  It was a little bit more

6  than part-time.

7  **Q.**   So what specific podcasts or YouTube channels did you

8  listen to?

9  **A.**   The one I listened to the most would probably be Tim Pool.

10  And then after that -- I don't know what I listened to most,

11  but I would listen to Jimmy Dore once in a while, Glenn Beck a

12  bit, James Lindsay.

13  **Q.**   And so you mentioned before that these podcasts or YouTube

14  channels were about politics.

15      What do you mean by the word "politics"?

16  **A.**   Kind of like current events.  Like a lot of culture war

17  stuff.  Tim Pool was kind of like the main one I listened to,

18  so...

19  **Q.**   So let's talk about -- more about what you listened to.

20      How would you describe the political leanings of Tim Pool?

21  **A.**   Tim Pool is kind of like -- I mean, at heart he's kind of

22  a lefty.  He tries really hard to be like a centrist, but his

23  reporting is kind of falling on the right because, like, even

24  though he's a lefty, his reporting, I would describe it as more

25  right-wing because he really cares about the truth.

1    And like, so even if it kind of goes against where his

2    preferences are, it's like his -- his allegiance to the truth.

3    So it's, like, when the truth falls on the right, his reporting

4    will be on the right.  And if the truth is on the left, he'd

5    report the left.

6    But he tries very hard to be balanced and centrist, and he

7    said some ridiculous things because he was trying so hard to be

8    a centrist, like, when the evidence was really clear, he would

9    try to present another side of the story.

10   **Q.**   All right.  What about Jimmy Dore?  How would you describe

11   him?

12   **A.**   Extreme far-left communist.

13   **Q.**   What about Glenn Beck?

14   **A.**   Glenn Beck would be right-wing.  Say a little bit more

15   right than Fox.

16   **Q.**   What about James Lindsay?

17   **A.**   James Lindsay is a college professor, and I would describe

18   him as left-wing, but he started to notice, like, the rot in

19   the universities from the left.  And so now, his podcast is

20   basically reading the communist academic literature and

21   interpreting it for his audience.

22   **Q.**   How did you first become interested in politics?

23   **A.**   Gamergate.  Although I was kind of late to the show.

24   Gamergate was kind of already over by the time I found out

25   about it.

1   Q.    Can you just briefly describe what Gamergate is?

2   A.    It's very complex.

3         So I kind of found about it -- like, I'd be playing video

4   games, and I'd look up tutorials.  And so it's like these

5   people would be talking about Anita Sarkeesian, like, she's,

6   like, super toxic.  And then I'd be playing another game.  I'd,

7   say, get stuck on a boss, and look up for a video on how to

8   beat it.  It would be a totally different person, completely

9   random video talking about how toxic Anita Sarkeesian is.

10        And this kept happening over and over and over.  And I'm

11  like:  What the fuck?  Everybody is talking about this person,

12  like, she's super toxic.  And it's like, I don't want to be

13  biased against her because everyone is talking shit about her,

14  so it was like, I kind of need to find out what's going on

15  here.  And it's like, I need to hear both sides of the story.

16        So it's like, I would listen to one side of the story.

17  And it's like, I agreed with them.  And then it's like:  What's

18  the other side of the story?

19        So I listened to the other side of the story.  And it'd be

20  like, okay, they're right, and I agree with them.  And then

21  it'd be like, what's the counterargument to this?  And I'd go

22  back to the other side.  And I kept doing this, going deeper

23  and deeper into it until one of sides basically fell -- their

24  argument fell apart under the weight of their own lies.

25  Q.    So how would you describe your own political leanings

1  right now?

2  **A.**    I would say I'm right of center.

3  **Q.**    Okay.  Was there a time in your past when you considered

4  yourself to the left?

5  **A.**    Yes.  When Bush was in office, I was of the opinion that

6  9/11 was an inside job, and I would definitely describe myself

7  as left-wing.

8  **Q.**    So what changed to make you go from the left to the right?

9  **A.**    Gamergate kind of introduced me to the culture war.  And

10  from there, I started learning more and more about the culture

11  war.  Because Gamergate, in a sense, was kind of like a

12  consumer revolt against the creeping Communism in our culture.

13       And the other big thing was like, I assume that Trump was,

14  like, another one of their puppets like Bush.  And so I had a

15  very strong anti-Trump bias.

16  **Q.**    And did that change at some point?

17  **A.**    So -- so I was watching a YouTube video -- I can't

18  remember about what right now --

19  **Q.**    Do you need a tissue?  Let me get you a tissue.

20            **MS. CHUANG:**  Can I approach, Your Honor?

21                 (Counsel approaches witness.)

22  **BY MS. CHUANG:**

23  **Q.**    Mr. DePape, are you feeling up to proceeding?

24  **A.**    Yeah.

25  **Q.**    All right.

**PROCEEDINGS - EXCERPT**

1    **A.**    I don't know where that came from, but -- so I watched a

2    gamer YouTube video.  I can't remember what it was about.  I

3    happened to be browsing the comments, and somebody was like,

4    they used to be, like, extremely anti-Trump and -- but then I

5    saw a video.

6    **Q.**    Do you need a moment?  Just take a minute.

7    **A.**    About how much --

8          **MS. CHUANG:**  Should we take a short break, Your Honor,

9    or?

10         **THE WITNESS:**  It's like about how much they're, like,

11   lying about Trump.  And at this time, I was, like, biased

12   against Trump, but there's, like, truth out there.  It's, like,

13   I want to know it.

14         **MS. CHUANG:**  Your Honor, I think we -- maybe we should

15   take just a five-minute --

16         **THE COURT:**  Maybe you can go to a different topic.

17         **THE WITNESS:**  So it's like, if there's truth out there

18   that I don't know, I want to know it.  So it's like I started

19   searching to find out, like -- like, I started trying to look

20   for this.  And so it's, like, I searched for, like, lies and

21   Trump.

22         And, like, most of it was mainstream media, and they were,

23   like, all lying about Trump.  But it's like I kept digging.

24   And I found -- I don't know if it was the same video, but I

25   found a video talking about how they were lying about Trump,

**PROCEEDINGS - EXCERPT**

1  and it showed things like the koi fish video.  Like, Trump did

2  a visit to the Japan with, like, the prime minister and, like,

3  the prime minister dumped some food for the koi fish and then

4  Trump mimics him, and he dumped some food for the koi fish.

5  And the prime minister dumps in the whole box, and then Trump

6  mimics him and dumps in the whole box.  And when CNN reported

7  this, they edited the video so that they don't show the prime

8  minister of Japan dumping in the whole box, and so it makes it

9  look like Trump is, like, a total buffoon, and that's how they

10  reported on the video.

11       And then there was other things.  Like, as soon as he got

12  in office, they were, like, pretending like he took the bust of

13  Martin Luther King out of the White House so that they could

14  pretend like he was racist, and then they later had to retract

15  it.  And then there was others.  And it's, like, once I started

16  seeing how they were lying about Trump, it's like everything

17  that they reported about him, it's like they report one thing,

18  and then it's like, Well, what's the actual truth?

19       And then, when you actually dig into it, you find out that

20  there was things that they were omitting or distorting or lying

21  about him.  And just, like, everything was a lie from the --

22  coming from the press.

23  **BY MS. CHUANG:**

24  **Q.**   So I think before, when you said that you were first

25  anti-Trump, you mentioned that you assumed he was one of their

1  puppets.  Whose puppets are you talking about?

2  **A.**   Puppets of the ruling class.  Wall Street.  I don't know

3  exactly, but just vaguely.

4  **Q.**   What's your understanding of what the ruling class is?

5  **A.**   The easiest answer would be, like, say, Wall Street and

6  the super rich, and whoever.  But there is reason to believe

7  that, like, this traces back to, like, the Jesuits and the

8  Vatican through secret societies and stuff.

9  **Q.**   So let's talk a little bit more about James Lindsay, who

10  you mentioned before.

11  **A.**   Okay.

12  **Q.**   Did James Lindsay talk on his podcast about any person in

13  particular who drew your interest?

14  **A.**   Yes.  He had a couple podcasts about Target 1.

15  **Q.**   And that's the person that we've been referring to as

16  Target 1 during this trial; right?

17  **A.**   Yes.  I learned about Target 1 through James Lindsay's

18  podcasts.

19  **Q.**   And what is your understanding of who Target 1 is?

20  **A.**   I understand her to be a professor who is a published

21  pedo-activist.

22  **Q.**   What do you mean by "pedo-activist"?

23  **A.**   She basically advocates for cross-generational encounters

24  between adults and children.

25  **Q.**   Is there anything that you understand she's doing to

PROCEEDINGS - EXCERPT

1  schools?

2  **A.**   James Lindsay reads her academic papers, and it's very

3  information-packed podcast, but the takeaway I got is that

4  she's trying to turn our schools into basically pedophile

5  molestation factories.  She wants to destroy children's sense

6  of identity because it's her opinion that this will lead them

7  to grow up dysfunctional and unhappy.  And if they're

8  dysfunctional and unhappy, they will be maladjusted to society,

9  hate society, and want to become communist activists.

10  **Q.**   And how did that make you feel when you learned that about

11  Target 1?

12  **A.**   I was outraged.

13  **Q.**   So did you do any additional research into Target 1?

14  **A.**   Beyond finding out her address, not that I recall.

15  **Q.**   And how did you look up her address?

16  **A.**   I don't recall.  Spokeo probably.  I was doing other

17  searches like Google searches, image searches, street view

18  searches, satellite image searches.

19      I can't remember which combination I used to determine her

20  address.  And, like, I would find their address, but I'd also

21  try to find it from multiple sources to confirm that it was

22  actually the right address so I wouldn't end going to wrong

23  house or house they no longer worked at.

24      **MS. CHUANG:**  So I'm about to show an unredacted

25  exhibit, Your Honor.  If I could just turn off the gallery

1    monitors.

2                        (Pause in proceedings.)

3            **THE COURT:**  Okay.

4    **BY MS. CHUANG:**

5    **Q.**   All right.  So I'm showing you what's in evidence as

6    Exhibit 293.

7            **MS. CHUANG:**  And if we could blow up sort of the

8    bottom part of that, the search history.  Thank you.

9    **BY MS. CHUANG:**

10   **Q.**   Okay.  Now, at the bottom of this page, do you see

11   Target 1's name -- and without saying her name, do you see

12   Target 1's name?

13   **A.**   Yes, I see Target 1's name.

14   **Q.**   And is this how you searched for her through Spokeo?

15   **A.**   Yes.

16   **Q.**   A couple of rows above her name, do you see an address

17   that's in San Francisco?

18   **A.**   Yes.

19   **Q.**   And is that what you believed to be her address?

20   **A.**   Yes, I believe that to be her address.

21   **Q.**   Is that the same address you wrote on the note that was

22   found in your pocket?

23   **A.**   I believe so.

24   **Q.**   And then right underneath that address, do you see a

25   415 phone number?  Please don't say the phone number.

PROCEEDINGS - EXCERPT

1    A.    Yes.

2    Q.    Is that the phone number that you found for Target 1?

3    A.    I believe so.

4    Q.    Is that the same number you wrote on the note that was

5    found in your pocket?

6    A.    I believe so.

7           MS. CHUANG:   Thank you.   We can take this exhibit

8    down.

9    BY MS. CHUANG:

10    Q.    Why did you search for Target 1's address?

11    A.    Because she was one of my targets as well.

12    Q.    But now, directing your attention to late October 27th,

13    very early morning of October 28th, 2022, do you remember that

14    night?

15    A.    Say that again.   I wasn't -- yeah, I believe so.

16    Q.    In the middle of the night, did you go to Nancy Pelosi's

17    house in San Francisco?

18    A.    Yes.

19    Q.    How did you find her address?

20    A.    I probably searched for it on Spokeo.   Spokeo comes up

21    with a bunch of records, and I don't necessarily know which is

22    the correct one.   So I used Google searches, and I found out

23    about a protest.   And they had pictures of the house, and so

24    that kind of means that must be the house, so I saved those.

25           And I was able to find -- like, there was a street sign in

1   one of pictures, but it was, like, super blurry, so I searched

2   more to find one that showed it correctly.

3        And it was like -- I don't want to say it because that's

4   probably protected information.

5   **Q.**   The Pelosi address?

6   **A.**   The street address in the sign.

7   **Q.**   Right.

8   **A.**   But, like, there was a stop sign that showed the cross

9   street, and that was actually different from what was coming up

10  in the Spokeo searches, so I had to do a lot of extra searches

11  to try and make sure that that was actually correct, and

12  actually found it on some other random website, and then

13  double-checked everything.

14  **Q.**   So earlier you testified that you had found a

15  San Francisco address for Target 1.  Did you consider going to

16  her house?

17  **A.**   Yes, I was considering going to her house first.  The main

18  reason is simply proximity; it was the closest to BART.

19  **Q.**   Why didn't you go there that night?

20  **A.**   I did a search of, like, Google Street Views, and the

21  street view of her house, it was like a solid wall of

22  buildings, and it seemed extremely hard to gain entry.

23  **Q.**   Would that -- would Target 1's address have been your

24  first stop if it looked like it was easier to gain entry?

25  **A.**   Yes.  Because it was so hard to gain entry, I thought that

**PROCEEDINGS - EXCERPT**

1    maybe I could use the Pelosis to lure her out instead.

2    **Q.**   All right.  So you mentioned that you had a list of

3    targets.  What other names were on your target list?

4    **A.**   Gypsy, Adam Schiff, Tom Hanks, Bill Barr, Mike Pence,

5    Marina Abramovic, Soros, Bernie, Hunter Biden, Gavin Newsom --

6    did I say that yet?

7    **Q.**   No, you haven't said that yet.

8    **A.**   That's all I can recall at the moment.

9    **Q.**   And was this list written down anywhere or just in your

10   head?

11   **A.**   Just in my head.

12   **Q.**   All right.  So let's go through a few of those names.

13        Why is Target 1 on the list?

14   **A.**   Because she's a pedo-activist.

15   **Q.**   And by pedo-activist is that what you testified about

16   earlier about the schools being turned into pedophile

17   molestation factories?  Is that what you're referring to?

18   **A.**   Yeah.  I'd actually add more.  It's not just that she's a

19   pedo-activist.  It's that she wants to turn all the schools

20   into pedophile molestation factories.  I mean, if she was just

21   a pedo-activist, I probably wouldn't have targeted her for just

22   that.

23   **Q.**   So I'm going to show you another unredacted exhibit.  I

24   think the monitors are still off.

25   \\\

PROCEEDINGS - EXCERPT

1          THE COURT:  Are they still off?

2          MS. CHUANG:  Thank you.

3    BY MS. CHUANG:

4    Q.   So I'm going to show you Exhibit -- what's in evidence as

5    Exhibit 500.  Do you see that on your screen?

6    A.   Yes.

7    Q.   Is this a screenshot of your website?

8    A.   Yes.

9    Q.   All right.  So this is page 20 that we're looking at.

10        About two-thirds of the way down, do you see a post with

11   Target 1's name?

12   A.   Yes.

13   Q.   And when was the date of that post?  It's sort of small.

14   A.   September 16th, 2022.

15   Q.   2022.  So how much time elapsed between when you posted

16   that and when you went to the Pelosis' house?

17   A.   I believe about a month and a half.

18   Q.   And does this post reference anything that Target 1 has

19   written?

20   A.   So in the post, I embedded James Lindsay's podcast about

21   her, and I made commentary along with time stamps that I'm

22   commentating upon.

23   Q.   So we'll stay on this page.  A few entries above that, do

24   you see a post that stays "groomer schools"?

25   A.   Yes.

PROCEEDINGS - EXCERPT

1          **MS. CHUANG:**  If we could please blow that up.

2   BY MS. CHUANG:

3   Q.   So what date was this post that we're looking at?

4   A.   Same day.

5   Q.   And what does the phrase "groomer schools" mean to you?

6   A.   Same general thing as what I understand ▮▮▮▮▮▮▮ wrote

7   about in her academic paper she published that James Lindsay

8   was talking about: queering the students, pushing

9   transgenderism to confuse children about their identities to

10  make them more vulnerable to abuse and Marxist indoctrination.

11  Q.   We're going to turn to page 24.  And do you see -- wait.

12  Hang on.

13       Do you see a post on this page that says:  Franklin Credit

14  Union Coverup"?

15  A.   Yes.

16  Q.   Do you see that there now?

17  A.   Yes.

18  Q.   What's -- what is the Franklin Credit Union coverup?

19  A.   So there's a documentary called "Why Johnny Can't Come

20  Home."  And a mother had her son -- she had her son kidnapped

21  for, like, child abuse reasons --

22  Q.   If you need to take a minute, go ahead.

23  A.   And she never gave up on -- and so there were politicians

24  that were using children for sexual abuse and kompromat.  And

25  this actually involved a very prominent republican, and it also

1    connected into her son being kidnapped.  There were witnesses

2    who were willing to testify to it, but they were basically

3    persecuted by the Government instead of the people involved,

4    and the Government covered it up.

5    **Q.**   Why is there a picture of pizza in the picture with this

6    post?

7    **A.**   To avoid, like, copyright things, I was using AI-generated

8    images from, I think, Midi-something.  I can't remember the

9    name.  And pizza is supposed to have some child abuse

10   connotations, so I used AI-generated images with pizza because

11   those reasons.

12   **Q.**   Does pizza have child abuse connotations because of

13   something called "Pizzagate"?

14   **A.**   Pizzagate is about it containing child abuse connotations.

15   **Q.**   If we could go to page 25.  About halfway down the page,

16   do you see a post that says, "Mainstream Media Cop Pushing

17   Propaganda"?

18   **A.**   Yes.

19   **Q.**   What did you mean by that?

20        **THE COURT:**  Is this still --

21        **MS. CHUANG:**  Oh, I guess we can turn the monitors back

22   on.

23        **THE COURT:**  Yes.

24        **THE WITNESS:**  So on -- that one's specifically about

25   ivermectin.  The mainstream media would push lies that

PROCEEDINGS - EXCERPT

1  ivermectin was, like, poisoning people and stuff.  And then

2  afterwards, people would do more research and find out that

3  what they published was a lie.  Like, they contacted the

4  hospitals and found out that the story that was published

5  wasn't true.

6  **BY MS. CHUANG:**

7  **Q.**   And then, finally, on the same page, do you see several

8  posts that say "Fall of the Cabal" as part of the title?

9  **A.**   Yes.

10       **MS. CHUANG:**  Could we just blow one of those up.

11  **BY MS. CHUANG:**

12  **Q.**   So what is that -- what are those about?  What cabal are

13  these posts talking about?

14  **A.**   That references a documentary that is embedded in the

15  pages, probably.  It's a very long information-packed

16  documentary.  I can't remember the specifics, but if I

17  remember, they talk about, like, secret societies that are

18  running our society.  And they may talk about their connections

19  to the Jesuits and stuff.

20  **Q.**   Okay.  So is the cabal related to the ruling class that

21  you talked about before?

22  **A.**   Yes.

23       **MS. CHUANG:**  Okay.  So we can take this exhibit down

24  now.  Thank you.

25  \\\

PROCEEDINGS - EXCERPT

1  BY MS. CHUANG:

2  Q.   Going back to your list, Mr. DePape, why was Tom Hanks on

3  the list?

4  A.   So there's a number of accusations around Tom Hanks.

5  There is an actor named Isaac Kappy who blew the whistle on,

6  I believe, 30 Hollywood pedophiles.  The only one I'm aware of

7  is Tom Hanks.  After this, Isaac Kappy died under suspicious

8  circumstances.

9       The witnesses at the scene say that he committed suicide,

10  but a lot of people believe that he was killed and made to look

11  like a suicide.  And basically, there -- he went off on

12  overpass and, I believe, was hit by a car, and there was two

13  people at the scene who said that they were trying to stop him

14  from committing suicide.  But it's reasonable to believe that

15  they were the ones who were murdering him.

16       And the day before he died like this, he produced a video

17  saying he's not suicidal.  He's scared for his life.

18  Q.   Take a moment.  Take a few deep breaths if you need to.

19  A.   So of the 30 people that he identified, it appears as if

20  Tom Hanks fled the country immediately after his death.  So

21  people suspect that he might have been the one who ordered the

22  hit on Kappy.  Hollywood kind of freaked out after this, when

23  Tom Hanks fled the country.

24       And, like, Ben Stiller produced a video that may have been

25  a coded message.  He was talking about chainsaw art, and this

1    could be construed as, like, a veiled threat, or he may just

2    like chainsaw art.

3         And there's a video that Isaac Kappy released -- or Isaac

4    Kappy said that he had a dead switch if he dies, which is

5    information that will be released if he gets killed.  So

6    there's a video that leaked out that people believe is his

7    deadman switch, but aren't certain.

8         And it shows a bunch of five-year-olds -- not dressed

9    illegally, but I would say inappropriately.  And they're

10   pouring water, and it appears to be, like, a -- kind of like a

11   temple or something.  It appears pretty inappropriate, but not

12   necessarily illegal.

13        And people -- using the architecture, people found where

14   that is, and it's a resort in Turkey.  And there's pictures of

15   Tom Hanks posing with that resort on the cover of a magazine.

16   So he seems to have some connection to it, although I don't

17   know how much he necessarily knows about what goes on there.

18        And there are -- there's a 14-year-old who came forward

19   claiming that her father sold her to Tom Hanks for sex.

20   Q.   Did you think that this was true about Tom Hanks, that he

21   was a pedophile?

22   A.   None of the evidence is conclusive.  But it was worth

23   finding out more, which is why I wanted to visit him.  And I

24   figured that he might be able to blow the whistle on other

25   Hollywood pedophiles.

1   Q.   Did you look up Tom Hanks' address as well?

2   A.   Yes.

3        MS. CHUANG:  So I think we can go with redacted

4   version is fine of Exhibit 293.  If we could blow up search

5   history again.

6        Thank you.

7   BY MS. CHUANG:

8   Q.   Okay.  Mr. DePape, I'm showing you, again, Exhibit 293.

9   So under search history, do you see a Beverly Hills address

10  that's partially redacted?

11  A.   Yes.

12  Q.   Was -- is that address what you believe to be Tom Hanks'

13  address?

14  A.   Yeah, I think so.  He might be in Pacifica, but --

15  Q.   Did you find addresses for him in the LA area?

16  A.   Yes.

17       MS. CHUANG:  You can take that down, please.

18       Thank you.

19  BY MS. CHUANG:

20  Q.   Okay.  So moving on.  Adam Schiff, who is he?

21  A.   A congressman or senator.

22  Q.   Do you know which one?

23  A.   Can I go back to the previous question?

24  Q.   Sure.

25  A.   So I believe I wasn't able to find Tom Hanks through

1    Spokeo.  I found him through other means.

2    **Q.**    Okay.

3    **A.**    So the Spokeo search records aren't necessarily what I

4    found as his address.

5    **Q.**    Thank you for the clarification.

6        So Adam Schiff, do you know if he's a congressman or a

7    senator?

8    **A.**    I can't remember for certain.

9    **Q.**    Okay.  And why was he on your list?

10   **A.**    So he had a speech -- I think it was in Congress, but I'm

11   not 100 percent certain -- where he told bald-faced lies to the

12   American people.

13       And I don't know if I watched the speech, but it became

14   like a culturally significant event because afterwards -- so

15   like half the country believed what he had to say because

16   they're so propagandized.  And what he was saying was a lie,

17   and half the country realizes it was a lie.  So to excuse the

18   fact that he blatantly told such blatant lies on the floor of

19   Congress, he excused it as a joke.

20   **Q.**    Were you aware of other allegations against Adam Schiff?

21   **A.**    Yes.  So he took a very prominent place because of his

22   lies, and I just randomly happened across an accusation

23   involving him that -- I don't know if this accusation is true

24   or has any merit, but it was a claim, something along the lines

25   of a child was trafficked to him, and I believe they died of an

1    overdose.

2        And Anthony Bourdain lived in the same apartment and

3    witnessed something about this; and for that, Adam Schiff had

4    him killed.  I didn't have time to research this a lot, so I

5    don't know if Anthony Bourdain is dead.  He might still be

6    alive.  I don't know what manner he died to say that it was

7    suspicious.

8        Through my research trying to find Adam Schiff's address,

9    I can't confirm that he did, in fact, live at that building he

10   was alleged to have lived at in this allegation.  I did not

11   take the time to find out if Anthony Bourdain ever lived there

12   or if there -- they lived there at the same time.

13       The main thing that I got from this was like -- like, it

14   was basically an allegation that there's kompromat on him, and

15   it's like -- it suddenly made sense why he was telling such

16   bold-faced lies on the floor of Congress to the American

17   public.

18       And then there was -- before I left, I tried to look into

19   it little bit more.  I just did, like, precursory searches, and

20   it brought up more allegations that people had made allegations

21   against Adam Schiff of sexual abuse involving minors and that

22   he had paid off the witnesses.

23       And then I found pictures of him in front of a -- like, a

24   Haitian orphanage.  And Haitian orphanages are like a front --

25   not all, but many are a front for child trafficking.  Like

1   the -- you guys have heard about Pizzagate and how, like, the

2   Clintons are, like, supposed to be trafficking children in a

3   pizza parlor?  That's a straw man argument.

4        A straw man argument is when you, like, instead of

5   presenting the real argument, you present a weakened argument.

6   So the argument against the Clintons is that a woman -- I can't

7   remember her name at the moment -- got caught trafficking

8   children out of Haiti.  And when she did, she called the

9   Clintons, and they used their political influence to help her

10  at her trial and get her a reduced sentence or something.

11       And then I found out later that apparently Bill Clinton

12  went down, and he was possibly picking the children out at the

13  orphanage before she tried to kidnap them.

14  **Q.**   All right.  Did you look up Mr. Schiff's address as well?

15  **A.**   Yes.

16  **Q.**   Do you remember what city that was in?

17  **A.**   I found one in LA, and then I found another, maybe in MD.

18  I can't remember for certain, but it was like --

19  **Q.**   By "MD," do you mean the -- oh, sorry.

20       By "MD," do you mean the state of Maryland?

21  **A.**   Maybe.  If that's what MD is -- which led me to believe he

22  might have moved.

23  **Q.**   So let's talk about Hunter Biden.  Why was he on your

24  list?

25  **A.**   I fucking love Hunter Biden.  So he's, like, so blatantly

1  corrupt.  Like, he doesn't even try to hide the nepotism.

2      It's, like, while they were trying to impeach Trump for,

3  like, investigating the corruption.  It's, like, the FBI had

4  the evidence of the corruption.  And when it finally got

5  exposed to the public so they couldn't cover it up anymore,

6  instead of investigating it, the FBI was covering up the

7  corruption.  And when it still got leaked out because of people

8  who care about their democracy, it was covered up by the

9  propaganda industrial complex instead until they could finish

10  stealing the election.

11      And there's e-mails on there where they're discussing

12  basically laundering Joe Biden's influence-peddling through his

13  son.  And what I mean by that is instead of paying Joe Biden

14  for voting their way, they pay his son to get him to vote how

15  they want to him.  That's influence-peddling, and they're

16  laundering it through his son.

17      And there's e-mails with this, but instead of referencing

18  Joe Biden directly, they use acronyms.  And there are witnesses

19  who are recipients to these e-mails who have confirmed that

20  they are, in fact, referring to Joe Biden.  And this is being

21  covered up by the propaganda industrial complex.

22      And I figured -- so Hunter -- something like 400 -- over

23  400 charges were sent before Congress against -- multiple

24  charges to charge Hunter Biden with.  Not -- yeah, Hunter

25  Biden.  And so I figured that they're more likely to throw him

1   under the bus to try and deflect criticism from Joe Biden

2   because they want to cover up Joe Biden's corruption.

3        So I wanted to get him to expose the corruption against

4   his father.  And then once his father's corruption is exposed,

5   like, he can freely pardon him.  Because pardoning him is

6   blatant corruption, but once the corruption's exposed, there's

7   nothing stopping them.

8        So I figured if I could get there, I could get Joe to

9   basically pardon all of these criminals.  And the reason I

10   wanted to do that, like, that was the grand end of my plan was

11   a pardon for all these criminals for all their criminal

12   conduct.

13        And when I told the officer this in our interview, she was

14   like -- she was surprised that my plan was to get them a

15   pardon.  And it's like, the reason why is that it's just

16   easier, you know, trying to convict all these people.  They'll

17   burn our country to the fucking ground before any of them will

18   face a day in court or in jail.  So it's like giving them a

19   pardon so that we can move forward as a country.  It's just

20   easier.

21   **Q.**  Take a minute if you need.

22              (Pause in proceedings.)

23   **BY MS. CHUANG:**

24   **Q.**  Is Hunter Biden part of the ruling class that you were

25   talking about before?

1   A.   I would probably say, yes.

2   Q.   All right.  So let's move on to Soros.  By "Soros," do you

3   mean George Soros?

4   A.   Yes.

5   Q.   Who is he?

6   A.   I believe he's a hedge fund manager.  He has destroyed

7   several currencies by doing speculation.  He does this to

8   enrich himself.  He also uses his money to influence politics

9   behind the scene.  He funds grassroots movements to push his

10  policies.  I believe he's fomented revolutions in several

11  countries, including Ukraine.

12  Q.   Does he hold any position in government that you're aware

13  of?

14  A.   Not that I'm aware of.

15  Q.   Is he part of the ruling class?

16  A.   Oh, for sure.

17  Q.   All right.  Now let's talk about Gavin Newsom.  Why was

18  Gavin Newsom on the list?

19  A.   So they -- they're trampling your rights, like the Second

20  Amendment.  And it's gotten so commonplace that you guys don't

21  even notice it anymore.  So somebody who's trampling

22  Second Amendment rights needed to make the list, and I just

23  happened to see that he signed a bill regarding guns, and so he

24  was close, so he made the list.

25  Q.   Was Paul Pelosi on your list?

**PROCEEDINGS - EXCERPT**

1    A.    No.

2    Q.    Was Nancy Pelosi on your list?

3    A.    Yes.

4    Q.    Okay.  So we'll come back to why she was on your list in a

5    little bit.

6          For now, who was on the top of your list?

7    A.    Hunter Biden was, I would say, the top of the list.

8    Q.    Between Target 1 and Nancy Pelosi, who was higher on the

9    list?

10   A.    Target 1 for sure.  Nancy was just like lying to the

11   public about Russiagate and basically pushing a biased line for

12   the Democratic party, whereas Target 1 wanted to turn all our

13   schools into pedophile molestation factories.  That's the big

14   discrepancy there.

15                        (End excerpt)

16                        ---oOo---

17                **CERTIFICATE OF REPORTER**

18         I certify that the foregoing is a correct transcript

19   from the record of proceedings in the above-entitled matter.

20   DATE:    Sunday, November 19, 2023

21

22

23

24   _____
         Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219
                  Official Reporter, U.S. District Court

25