JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Email: Angela_chuang@fd.org

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 22-426 JSC |
|---|---|
| Plaintiff, | **MOTION AND [PROPOSED] ORDER TO ALLOW TRANSCRIPTION OF SEALED PROCEEDING AND RELEASE TO THE DEFENSE** |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

On November 1, 2023, the Court held a pretrial conference in the above-captioned matter. Part of that hearing was held under seal. The defense has ordered a transcript of the hearing, including the sealed portion, and was informed by the court reporter that she requires an order from the Court permitting her to transcribe that portion. Accordingly, Mr. DePape respectfully requests that the Court enter an order permitting transcription of the sealed proceeding and release of such transcript to the defense.

//

//

Dated:    November 29, 2023          Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

           /S
ANGELA CHUANG
Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Court Reporter Kelly Shainline may transcribe the sealed portion of the pretrial conference in this matter that was held on November 1, 2023, and may release such transcript to the defense.

IT IS SO ORDERED.

November 30, 2023
Date

_____
JACQUELINE S. CORLEY
United States District Judge