ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorneys

    450 Golden Gate Ave, 11th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID DEPAPE,<br><br>    Defendant. | CASE NO. 3:22-CR-00426-JSC<br><br>[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

Corpus Ad Prosequendum requiring the production of defendant DAVID DEPAPE, before this Court on

the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be

issued as presented.


DATED:   December 7, 2023                                    

                                    HON. JACQUELINE SCOTT CORLEY
                                    United States District Judge

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     JAY BIEBER, United States Marshal for the Northern District of California and

PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID

DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco

County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable

JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California,

located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 8, San

Francisco, California 94102 on December 13, 2023 at 10:00 am, or as soon thereafter as practicable, on

the charges filed against defendant in the above-entitled Court.

DATED:   December 7, 2023

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____

DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-CR-00426-JSC