1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)

5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Email: Helen.Gilbert@usdoj.gov
              Laura.Vartain@usdoj.gov
9

   Attorneys for United States of America
10

                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,            ) CASE NO. 3:22-CR-426-JSC
                                          )
15 |     Plaintiff,                       ) JOINT MOTION AND [PROPOSED] ORDER TO
                                          ) FILE SELECTED ADMITTED TRIAL EXHIBITS
16 |   v.                                 ) UNDER SEAL
                                          )
17 | DAVID WAYNE DEPAPE,                  )
                                          )
18 |     Defendant.                       )
                                          )

19

20      The United States and defendant David DePape, by their respective undersigned counsel, jointly

21 file this motion and proposed order seeking court authorization to file some of the exhibits introduced at

22 trial under seal.

23      Northern District of California Criminal Local Rule 55-1, incorporating Northern District of

24 California Civil Local Rule 5-1(g) and 79-4(a) and (b), requires the parties to file on the docket exhibits

25 offered during trial and contemplates a process by which exhibits may be filed under seal.

26      The parties jointly seek to file admitted exhibits under seal that contain personally identifiable

27 information covered by Federal Rule of Criminal Procedure 49.1, such as social security numbers,

28

1  financial accounts, and home addresses, as well as similar information, such as driver's license numbers.
2  The parties also file under seal admitted exhibits that include the name of Target 1, pursuant to the
3  Court's prior orders. The parties are simultaneously filing publicly redacted versions of these admitted
4  exhibits. Below is a chart of the admitted exhibits that the parties seek to file in redacted form on the
5  public docket and in unredacted form under seal due to their inclusion of personally identifiable
6  information and/or Target 1's name. Items marked as physical evidence will be depicted by photograph
7  pursuant to Northern District of California Civil Local Rule 5-1(g)(3):

| Trial Exhibit Number | Description |
|---|---|
| 170 | Piece of paper (physical evidence) |
| 185 | Birth certificate (physical evidence) |
| 186 | Social security card (physical evidence) |
| 188 | Two drivers' licenses (physical evidence) |
| 189 | California Benefits ID card (physical evidence) |
| 190 | Wells Fargo ATM card (physical evidence) |
| 274 | Firefox Web History |
| 276 | Google Maps Queries |
| 277 | Google Searches |
| 279 | Image - broadway.JPG |
| 281 | Image - pelosivigilmar1207_8.jpg |
| 287 | Image - 37503978-0-image-a-3_1609550789355.jpg |
| 291 | Text document - New Text Document.txt |
| 293 | Spokeo records |
| 295 | Amazon records |
| 500 | Frenlyfrens Blog |
| 593 | RCFL report Target 1 |

DATED: December 8, 2023                          Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

  /s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys

                                          JODI LINKER
                                        Federal Public Defender

                                        ___/s/_____
                                        ANGELA CHUANG
                                        Assistant Federal Public Defender
                                        Counsel for Defendant David DePape

                                  Attestation of Filer

       In addition to myself, the other signatories to this document are Jodi Linker and Angela Chuang. I attest that I have their permission to enter a conformed signature on their behalf and to file this document.

DATED:  December 8, 2023                                 _____/s/_____
                                                               HELEN L. GILBERT
                                                               Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated above, the Court ORDERS that the following Admitted Trial Exhibits be filed and maintained under seal, and that the parties file redacted versions on the public docket: 170, 185-186, 188-190, 274, 276-277, 279, 281, 287, 291, 293, 295, 500, and 593. The parties shall file publicly redacted versions of these Admitted Trial Exhibits.

IT IS SO ORDERED

Dated: _____

HON. JACQUELINE SCOTT CORLEY
United States District Judge