1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)

5 | Assistant United States Attorney

6 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495

7 |    Telephone: (415) 436-7200
   FAX: (415) 436-7234

8 |    Email: Helen.Gilbert@usdoj.gov
            Laura.Vartain@usdoj.gov

9

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:22-CR-426-JSC** |
| Plaintiff, | ) ) | SEALED ADMITTED TRIAL EXHIBITS 170, 185-186, 188-190, 274, 276-277, 279, 281, 287, 291, 293, 295, 500, AND 593 |
| v. | ) ) | |
| DAVID WAYNE DEPAPE, | ) ) | |
| Defendant. | ) ) | |

## MANUAL FILING NOTIFICATION

<u>Regarding: Admitted Trial Exhibits</u>

     This filing is in physical form only and is being maintained in the case file in the Clerk's office.

     This filing was not efiled for the following reason(s):

     ___ Voluminous Document (PDF file size larger than efiling system allowances)

     ___ Unable to Scan Documents

     ___ Physical Object (description): _____

JT. MANUAL FILING NOTIFICATION FOR SEALED ADMITTED EXHIBITS
3:22-CR-426-JSC                                                 1

__X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X_ Items Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: December 8, 2023               Respectfully Submitted,

                                      ISMAIL J. RAMSEY
                                      United States Attorney


                                      ___/s/_____
                                      HELEN L. GILBERT
                                      LAURA VARTAIN HORN
                                      Assistant United States Attorneys


                                      JODI LINKER
                                      Federal Public Defender


                                      ___/s/_____
                                      ANGELA CHUANG
                                      Assistant Federal Public Defender
                                      Counsel for Defendant David DePape


                            Attestation of Filer

In addition to myself, the other signatories to this document are Jodi Linker and Angela Chuang. I attest that I have their permission to enter a conformed signature on their behalf and to file this document.


DATED: December 8, 2023                    ___/s/_____
                                           HELEN L. GILBERT
                                           Assistant United States Attorney