| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | HELEN L. GILBERT (NYBN 4736336)<br>LAURA VARTAIN HORN (CABN 258485) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | Email: Helen.Gilbert@usdoj.gov<br>         Laura.Vartain@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:22-CR-426-JSC** |
|  | ) | |
| Plaintiff, | ) | SEALED ADMITTED TRIAL EXHIBITS 14-20, 26-28, 30, 33, 75-76, 78-79, 84, 89, 95, 104, 106-107, 109, 116-119, 123, 298, 305, 310, 315, 321-322, AND 569 |
| v. | ) | |
| DAVID WAYNE DEPAPE, | ) | |
|  | ) | |
| Defendant. | ) | |

## MANUAL FILING NOTIFICATION

<u>Regarding: Admitted Trial Exhibits</u>

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

USG MANUAL FILING NOTIFICATION FOR SEALED ADMITTED EXHIBITS
3:22-CR-426-JSC                                   1

__X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X_ Items Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: December 8, 2023                             Respectfully Submitted,

                                                    ISMAIL J. RAMSEY
                                                    United States Attorney


                                                    __/s/_____
                                                    HELEN L. GILBERT
                                                    LAURA VARTAIN HORN
                                                    Assistant United States Attorneys