ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
| Plaintiff, | JOINT CERTIFICATION OF COUNSEL RE: ADMITTED TRIAL EXHIBITS |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

    The United States and defendant David DePape, by their respective undersigned counsel, file this Joint Certification of Counsel providing that the following exhibits, filed as "Admitted Exhibits" pursuant to Northern District of California Criminal Local Rule 55-1, which incorporates Northern District of California Civil Local Rule 5-1(g) and 79-4(a) and (b), are true and correct copies of the exhibits submitted to the trier of fact. Pursuant to N.D. Cal. Civil L.R. 5-1(g)(3), photographs of physical admitted exhibits, with redactions as necessary, are being filed electronically. The following chart of admitted exhibits notes exhibits that are being manually filed; filed with redactions on ECF and without redactions under seal; and/or those that one or both parties seek leave to file under seal:

| Trial Exhibit Number | Description | Filing status |
|---|---|---|
| 1 | 911 Call | Manual |
| 2 | SFPD Off. Willmes body worn camera video excerpt | Manual |
| 3 | SFPD Off. Cagney body worn camera video excerpt | Manual |
| 4 | SFPD Off. Najarro body worn camera video excerpt 1 | Manual |
| 5 | SFPD Interview of Depape excerpt 1 | Manual |
| 6 | SFPD Interview of Depape excerpt 2 | Manual |
| 7 | SFPD Interview of Depape excerpt 3 | Manual |
| 8 | SFPD Interview of Depape excerpt 4 | Manual |
| 10 | Excerpt of Depape call to KTVU | Manual |
| 11 | Summary Exhibit: BART and Muni Video with Map | Manual |
| 12 | BART videos | Manual |
| 13 | MUNI videos | Manual |
| 14 | Summary Exhibit: U.S.Capitol Police Video Footage of Victims' Home Exterior | Under seal |
| 15 | USCP CCTV Camera 101 | Under seal |
| 16 | USCP CCTV Camera 102 | Under seal |
| 17 | USCP CCTV Camera 103 | Under seal |
| 18 | USCP CCTV Camera 104 | Under seal |
| 19 | USCP CCTV Camera 105 | Under seal |
| 20 | USCP CCTV Camera 106 | Under seal |
| 26 | Pelosi Residence and Surrounding Area | Under seal |
| 27 | Pelosi Residence - Ground Floor v.1 | Under seal |
| 28 | Pelosi Residence - Third Floor | Under seal |
| 30 | Crime Scene Photograph: Mr. Pelosi 2 | Under seal |
| 33 | Crime Scene Photograph: Officers with Mr. Pelosi | Under seal |
| 38 | Crime Scene Photograph: Bags on patio dark 2 | ECF |
| 42 | Crime Scene Photograph: Exterior of home 2 | ECF |
| 43 | Crime Scene Photograph: Exterior of home 3 | ECF |
| 59 | Crime Scene Photograph: Exterior of home patio 9 | ECF |
| 61 | Crime Scene Photograph: Exterior of home broken glass 2 | ECF |
| 75 | Crime Scene Photograph: Foyer | Under seal |
| 76 | Crime Scene Photograph: Foyer Items 1 | Under seal |
| 78 | Crime Scene Photograph: Foyer Items 3 | Under seal |
| 79 | Crime Scene Photograph: Foyer Items 4 | Under seal |
| 84 | Crime Scene Photograph: Markers 1, 2, and 3 | Under seal |
| 89 | Crime Scene Photograph: Hammer 2 | Under seal |
| 90 | Crime Scene Photograph: Hammer 3 | ECF |
| 95 | Crime Scene Photograph: Entry Room 3 | Under seal |

| Trial Exhibit Number | Description | Filing status |
|---|---|---|
| 96 | Crime Scene Photograph: Entry Room Glass 1 | ECF |
| 104 | Crime Scene Photograph: Stairs from third floor down | Under seal |
| 106 | Crime Scene Photograph: Third floor 2 | Under seal |
| 107 | Crime Scene Photograph: Elevator | Under seal |
| 109 | Crime Scene Photograph: Bedroom pillows and glove 1 | Under seal |
| 110 | Crime Scene Photograph: Bedroom pillows, glove, and zipties | ECF |
| 115 | Crime Scene Photograph: Bedroom pillows and rope | ECF |
| 116 | Crime Scene Photograph: Bed 1 | Under seal |
| 117 | Crime Scene Photograph: Bed 2 | Under seal |
| 118 | Crime Scene Photograph: Bed 3 | Under seal |
| 119 | Crime Scene Photograph: Closet 1 | Under seal |
| 123 | Crime Scene Photograph: Bathroom 2 | Under seal |
| 124 | Crime Scene Photograph: Two bags and sleeping bag | ECF |
| 125 | Crime Scene Photograph: Sleeping bag | ECF |
| 126 | Crime Scene Photograph: Small backpack full | ECF |
| 127 | Crime Scene Photograph: Small backpack items 1 | ECF |
| 132 | Crime Scene Photograph: Large backpack 1 | ECF |
| 135 | Crime Scene Photograph: Large backpack main compartment | ECF |
| 146 | Crime Scene Photograph: Large backpack misc 1 (drink mixes, etc.) | ECF |
| 148 | Crime Scene Photograph: Large backpack misc 2 (duct tape, etc.) | ECF |
| 151 | Crime Scene Photograph: Large backpack hard drives | ECF |
| 160 | Hammer (physical evidence) | ECF |
| 161 | Zipties package, multi color (physical evidence) | ECF |
| 162 | Ziptie (single) (physical evidence) | ECF |
| 163 | Ziptie (single) (physical evidence) | ECF |
| 164 | Plastic cup (physical evidence) | ECF |
| 165 | $16 in cash (physical evidence) | ECF |
| 166 | BART card 1 (physical evidence) | ECF |
| 167 | BART card 2 (physical evidence) | ECF |
| 168 | Muni card (physical evidence) | ECF |
| 169 | Slip of paper (physical evidence) | ECF |
| 170 | Piece of paper (physical evidence) | ECF - redacted |
| 171 | Rope (physical evidence) | ECF |
| 172 | Single glove (physical evidence) | ECF |

| Trial Exhibit Number | Description | Filing status |
|---|---|---|
| 173 | Zipties package, clear (physical evidence) | ECF |
| 174 | Sleeping bag in stuff sack (physical evidence) | ECF |
| 175 | Toothpaste (physical evidence) | ECF |
| 176 | Battery pack, white (physical evidence) | ECF |
| 177 | Large backpack (physical evidence) | ECF |
| 178 | $9,126 in cash (physical evidence) | ECF |
| 179 | Hammer, yellow handle (physical evidence) | ECF |
| 180 | Duct tape (physical evidence) | ECF |
| 181 | Package of zipties 1 (physical evidence) | ECF |
| 182 | Package of zipties 2 (physical evidence) | ECF |
| 183 | Package of zipties 3 (physical evidence) | ECF |
| 184 | Plastic bag (physical evidence) | ECF |
| 185 | Birth certificate (physical evidence) | ECF - redacted |
| 186 | Social security card (physical evidence) | ECF - redacted |
| 187 | Passport (physical evidence) | ECF |
| 188 | Two drivers' licenses (physical evidence) | ECF - redacted |
| 189 | California Benefits ID card (physical evidence) | ECF - redacted |
| 190 | Wells Fargo ATM card (physical evidence) | ECF - redacted |
| 191 | Paypal debit card (physical evidence) | ECF |
| 192 | SD reader (physical evidence) | ECF |
| 193 | Two bank envelopes (physical evidence) | ECF |
| 194 | Scissors (physical evidence) | ECF |
| 195 | Floss (physical evidence) | ECF |
| 196 | Toothbrush (physical evidence) | ECF |
| 197 | Batteries (physical evidence) | ECF |
| 198 | Battery charger (physical evidence) | ECF |
| 199 | Misc. electronics' accessories (physical evidence) | ECF |
| 200 | Matches (physical evidence) | ECF |
| 201 | Wyler's light single drink mixes (physical evidence) | ECF |
| 202 | Body camera user manual (physical evidence) | ECF |
| 203 | Purple gloves (physical evidence) | ECF |
| 204 | Facemask (physical evidence) | ECF |
| 205 | Two bottles of liquid (physical evidence) | ECF |
| 206 | 2 costumes (physical evidence) | ECF |
| 207 | 3 solar chargers (physical evidence) | ECF |
| 208 | Nintendo switch (physical evidence) | ECF |
| 209 | Various electronic chargers and cables Item (physical evidence) | ECF |

| Trial Exhibit Number | Description | Filing status |
|---|---|---|
| 210 | Camping light (physical evidence) | ECF |
| 211 | Crayons (physical evidence) | ECF |
| 212 | Book (physical evidence) | ECF |
| 213 | Drinking glass (physical evidence) | ECF |
| 214 | Battery charger (physical evidence) | ECF |
| 215 | Thumb drive reader (physical evidence) | ECF |
| 216 | 4 pairs of socks (physical evidence) | ECF |
| 217 | 2 pairs of shorts (physical evidence) | ECF |
| 218 | 7 pairs of boxer briefs (physical evidence) | ECF |
| 219 | Greens 8 in 1 supplement (physical evidence) | ECF |
| 220 | Beef sticks (physical evidence) | ECF |
| 221 | Vitamins (physical evidence) | ECF |
| 222 | 2 jars glucosamine (physical evidence) | ECF |
| 223 | Watermelon lemonade (physical evidence) | ECF |
| 224 | Goji berries (physical evidence) | ECF |
| 225 | Pencil (physical evidence) | ECF |
| 226 | Single glove (physical evidence) | ECF |
| 227 | Gloves label (physical evidence) | ECF |
| 228 | Teclast tablet (physical evidence) | ECF |
| 229 | SanDisk SD Card; SN: BH1128416132D; 4GB (physical evidence) | ECF |
| 230 | Samsung Galaxy S7 (physical evidence) | ECF |
| 231 | Body worn camera, no manufacturer (physical evidence) | ECF |
| 232 | Boblov body worn camera (physical evidence) | ECF |
| 233 | Body worn camera instruction manual (physical evidence) | ECF |
| 234 | Generic USB Flash Drive; SN: none; 1TB (physical evidence) | ECF |
| 235 | Western Digital 3.5" SATA HDD; Model: WD10EZEX; SN: WCC6Y1SKV3S6; 1TB (physical evidence) | ECF |
| 236 | Western Digital 2.5" SATA HDD; Model: WD10SPZX-24; SN: WXS1A68K4047; 1TB (physical evidence) | ECF |
| 237 | Dell Laptop Model: Latitude E6540; SN: 5XOY942, with power cord and case (physical evidence) | ECF |
| 240 | Depape Residence Photograph: Interior computers 1 | ECF |
| 241 | Depape Residence Photograph: Interior chair etc. | ECF |
| 242 | Depape Residence Photograph: Interior cushions | ECF |
| 243 | Depape Residence Photograph: Interior computers 2 | ECF |
| 244 | Depape Residence Photograph: Interior computers marked | ECF |

| Trial Exhibit Number | Description | Filing status |
|---|---|---|
| 247 | Depape Residence Photograph: Markers 9, 13 & 14 | ECF |
| 248 | Depape Residence Photograph: Marker 9 zipties in place | ECF |
| 250 | Depape Residence Photograph: Markers 7 & 11 | ECF |
| 268 | Wells Fargo receipt (physical evidence) | ECF |
| 269 | iBuyPower; Model: iSeries A303A655012520; SN: 2216-59B9-3082-DD65-2 (physical evidence) | ECF |
| 270 | APacer 2.5" SATA SSD; Model: Panther; SN: 142002113178; 240GB (physical evidence) | ECF |
| 271 | Firefox Bookmarks | ECF |
| 274 | Firefox Web History | ECF - redacted |
| 276 | Google Maps Queries | ECF - redacted |
| 277 | Google Searches | ECF - redacted |
| 278 | Image - broadway 2019.JPG | ECF |
| 279 | Image - broadway.JPG | ECF - redacted |
| 280 | Image - 01 (1).JPG | ECF |
| 281 | Image - pelosivigilmar1207_8.jpg | ECF - redacted |
| 282 | Image - 33163248-8730937-image-a-2_1600090811088.jpg | ECF |
| 284 | Image - 37501178-9105277-image-a-82_1609539332899.jpg | ECF |
| 285 | Image - Eqs0Zq2XIAUp9MB.jpeg | ECF |
| 286 | Image - 813c7af4-6d5a-42bb-89b1-60f38f9aa4ce_1140x641.jpg | ECF |
| 287 | Image - 37503978-0-image-a-3_1609550789355.jpg | ECF - redacted |
| 288 | Image - 2411bfb6-4ea3-4d10-b8ef-341464286bb9_1140x641.png | ECF |
| 290 | Image - nancy-pelosi.webp | ECF |
| 291 | Text document - New Text Document.txt | ECF - redacted |
| 292 | AD Lab Report, Bookmark: Pelosi Information | ECF |
| 293 | Spokeo records | ECF - redacted |
| 295 | Amazon records | Manual - redacted |
| 297 | Official List of Members of the U.S. House of Representatives, 117th Congress | ECF |
| 298 | Photograph from medical records 1 | Under seal |
| 305 | Photograph from medical records 8 | Under seal |

| Trial Exhibit Number | Description | Filing status |
|---|---|---|
| 310 | Photograph from medical records 13 | Under seal |
| 314 | SFPD Off. Najarro body worn camera video excerpt 2 | Manual |
| 315 | SFPD Off. Najarro body worn camera video excerpt 3 | Under seal |
| 316 | SFPD Dispatch Audio | Manual |
| 320 | Small backpack (physical evidence) | ECF |
| 321 | SFPD Off. Najarro body worn camera video excerpt 4 | Under seal |
| 322 | Aerial view of Pelosi home | Under seal |
| 500 | Frenlyfrens Blog | ECF - redacted |
| 511 | Pelosi schedule | ECF |
| 569 | Photo Pelosi's bedroom | Under seal |
| 579 | Article from DePape search | ECF |
| 592 | RCFL report Tom Hanks | ECF |
| 593 | RCFL report Target 1 | ECF - redacted |
| 595 | Congresswoman Pelosi's website | ECF |

DATED:  December 8, 2023                    Respectfully Submitted,


ISMAIL J. RAMSEY
United States Attorney


__/s/_____
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys



JODI LINKER
Federal Public Defender


__/s/_____
ANGELA CHUANG
Assistant Federal Public Defender
Counsel for Defendant David DePape

Attestation of Filer

In addition to myself, the other signatories to this document are Jodi Linker and Angela Chuang. I attest that I have their permission to enter a conformed signature on their behalf and to file this document.

DATED: December 8, 2023

/s/
HELEN L. GILBERT
Assistant United States Attorney