1 | ISMAIL J. RAMSEY (CABN 189820)
  | United States Attorney
2 |
3 | MARTHA BOERSCH (CABN 126569)
  | Chief, Criminal Division
4 | HELEN L. GILBERT (NYBN 4736336)
  | LAURA VARTAIN HORN (CABN 258485)
5 | Assistant United States Attorney
6 |    450 Golden Gate Avenue, Box 36055
  |    San Francisco, California 94102-3495
7 |    Telephone: (415) 436-7200
  |    FAX: (415) 436-7234
8 |    Email: Helen.Gilbert@usdoj.gov
  |            Laura.Vartain@usdoj.gov
9 |
10 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:22-CR-426-JSC** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ADMITTED TRIAL EXHIBITS 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 295, 314, AND 316 |
| v. | ) | |
| DAVID WAYNE DEPAPE, | ) | |
| Defendant. | ) | |

## **MANUAL FILING NOTIFICATION**

<u>Regarding: Admitted Trial Exhibits</u>

     This filing is in physical form only and is being maintained in the case file in the Clerk's office. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

     This filing was not efiled for the following reason(s):

     ___ Voluminous Document (PDF file size larger than efiling system allowances)

     ___ Unable to Scan Documents

MANUAL FILING NOTIFICATION FOR ADMITTED EXHIBITS
3:22-CR-426-JSC                             1

___ Physical Object (description): _____

__X_ Non Graphical/Textual Computer Files (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED:  December 7, 2023                    Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

___/s/_____
HELEN L. GILBERT
LAURA VARTAIN HORN
KYLE F. WALDINGER
Assistant United States Attorneys

JODI LINKER
Federal Public Defender

___/s/_____
ANGELA CHUANG
Assistant Federal Public Defender
Counsel for Defendant David DePape

Attestation of Filer

In addition to myself, the other signatories to this document are Jodi Linker and Angela Chuang. I attest that I have their permission to enter a conformed signature on their behalf and to file this document.

DATED:  December 7, 2023                         ___/s/_____
                                                 HELEN L. GILBERT
                                                 Assistant United States Attorney