

Trial Exhibit 090 Page 001

DEPAPE-0000562