

Trial Exhibit 110 Page 001

DEPAPE-0000607