

DEPAPE-0002337