

POWER +PLUS

54-685102

150ct

**Multi-Purpose Ties**

4 in (10.1 cm) LONG

UV Resistant

Holds up to 15lb (6.8 kg)

2202

DISTRIBUTED BY
Momentum Brands
COMMERCE...
MADE IN...

8 76418 11941 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
Trial Exhibit No. 161
Date Admitted: _____
By Dep. Clerk: _____