121153291 3

**THIS CARD IS RELOADABLE.**
Clipper® Customer Service: 877.878.8883
clippercard.com
TDD for hearing impaired: 800.735.2929
Use of this card accepts the terms of the
cardholder agreement at clippercard.com.

HOW TO PAY:

1

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  United States v. David Depape
Case Number:  22-CR-00426
**Trial Exhibit No.** 1606
Date Admitted: _____
By Dep. Clerk: _____