

```
MUNI TICKET
KEEP RECEIPT
Adult
Fare:          $3.00
Paid:          Yes
Issued:        12:31am
               Fri Oct 28 2022
Vehicle:       6672
Route:         49

Travel Must be
Completed by
05:00am
Fri Oct 28, 2022

6FD
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
Trial Exhibit No. 168
Date Admitted: _____
By Dep. Clerk: _____