POWER PLUS
54-650839
50ct
Multi-Purpose Ties
7 in
7 in (19 cm) LONG
UV Resistant
40lb
Holds up to 40lb (18kg)
2202
DISTRIBUTED BY:
Momentum Brands
COMMERCE, CA 90023
MADE IN CHINA
8 76416 15528 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
**Trial Exhibit No.** 173
Date Admitted: ______________________
By Dep. Clerk: ______________________