

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case Name: United States v. David Depape
Case Number: 22-CR-00428
Trial Exhibit No. 174
Date Admitted: _____
By Dep. Clerk: _____