

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
Trial Exhibit No. 176
Date Admitted: _____
By Dep. Clerk: _____