

**POWER+PLUS**

54-650839

**50ct**

**Multi-Purpose Ties**

7 in
7 in (19 cm) LONG

UV RESISTANT

40lb
Holds up to 40lb (18kg)

2108

DISTRIBUTED BY
**Momentum Brands**
COMMERCE, CA 90023
MADE IN CHINA

8 76416 55528 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
**Trial Exhibit No.** 182
Date Admitted: _____
By Dep. Clerk: _____