## CANADA
## BRITISH COLUMBIA

## CERTIFICATE OF BIRTH

**MINISTRY OF HEALTH — Division of Vital Statistics**

This is to certify that the following is an extract from the registration on file in the Division of Vital Statistics, Victoria, British Columbia, concerning the birth of

| | |
|---|---|
| Name | DAVID WAYNE DEPAPE |
| Date of Birth |  1980 |
| Place of Birth | MATSQUI |
| Date of Registration | JAN 31 1980 |
| Sex | MALE |
| Registration No. | REDACTED |
| Name of Father | DONALD WAYNE MATTICE |
| Birthplace of Father | MISSION CITY BC |
| Maiden Name of Mother | SHIRLEY JEAN JAMES |
| Birthplace of Mother | MISSION CITY BC |

Given under my hand at Victoria, British Columbia
this 24 day of MAY, 19 85

*Director of Vital Statistics*

HLTH 434 (REV. 83/12)

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
**Trial Exhibit No.** 185
Date Admitted: _____
By Dep. Clerk: _____