

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
**Trial Exhibit No.** 191
Date Admitted: _____
By Dep. Clerk: _____