

[handwritten]  DAVID  1000 —

[1]Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2]Certain devices are eligible for enrollment in Touch ID®, Face ID® or fingerprint sign-in. If eligible, you will have the option to enroll by following the prompts within the Mobile Banking app. If you store multiple fingerprints on your device including those of additional persons, those persons will also be able to access your Bank of America Mobile Banking app via fingerprint, including the ability to access a call center, when Touch ID or fingerprint is enabled. Data connection required. Wireless carrier fees may apply. Touch ID is a trademark of Apple Inc., registered in the U.S. and other countries.

Bank of America logo are registered trademarks of Bank of America Corporation.
Bank of America, N.A. Member FDIC.
© 2019 Bank of America Corporation | 00-14-1005B | 11/2019 | MAP2824342

**Together, we can help
prevent fraud and scams**

When you use the QRC feature certain information is collected from your mobile device for business purposes

1 Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.
2 For product details and terms and conditions, go to bankofamerica.com/mobilebanking

The Zelle® related marks are used under license from Early Warning Services, LLC. Bank of America and the
Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC.
©2021 Bank of America Corporation | 00-14-1005B | 10/2021 | MAP3869416

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  United States v. David Depape
Case Number:  22-CR-00426
Trial Exhibit No. 193
Date Admitted: _____
By Dep. Clerk: _____