

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  United States v. David Depape
Case Number:  22-CR-00426
**Trial Exhibit No.** 200
Date Admitted: _____
By Dep. Clerk: _____