

nature's measure

**Women's**
Daily Vitamins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
**Trial Exhibit No.** 221
Date Admitted:
By Dep. Clerk: _____