**Western Digital.**
www.wdc.com

**1TB**    **WD10EZEX**
SATA 6Gb/s   PC HA500

S/N:WCC6Y1SKV3S6

MDL:WD10EZEX-08WN4A0

LI PN:5H20K17927    FRU:00PC551
LBA:1953525168    CAPACITY:1TB
FW:02.01A02    7200 rpm
DO NOT COVER ANY DRIVE HOLES

Made in Thailand   23 NOV 2019    R/N:800039
5VDC 0.68A 12VDC 0.55A
WWN:50014EE2673EA338

WD B
PC Hard Dr

Silicon Valley RCFL

SVE064859

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: United States v. David Depape
Case Number: 22-CR-00426
**Trial Exhibit No.** 235
Date Admitted: _____
By Dep. Clerk: _____