

Trial Exhibit 248 Page 001

DEPAPE-0000257