i-Series A303A655 012520

SN:2216-59B9-3082-DD65-2

iBUYPOWER i-Series

Assembled From
Tested Components
(Complete System Not Tested)

FC

Assembled and Tested in USA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  United States v. David Depape
Case Number:  22-CR-00426
**Trial Exhibit No.** 269
Date Admitted: _____
By Dep. Clerk: _____

061952397000280