

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case Name:  United States v. David Depape
Case Number: 22-CR-00426
Trial Exhibit No. 270
Date Admitted: _____
By Dep. Clerk: _____