

# FORENSIC EXAMINATION REPORT

## CASE NUMBER SV-22-0148-3

Case generated    **Wednesday, November 2, 2022**
Report generated    **Tuesday, November 22, 2022**

# CASE OVERVIEW

## CASE PROCESSING DETAILS

### SCAN 1

Scan date     Wednesday, November 2, 2022 11:17:14 AM

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 3 |
| Combined results | 1,700,347 |

## SVE064895_DVD.AD1 (6)

| | |
|---|---|
| Evidence number | SVE064895_DVD.ad1 |
| Location | SVE064895_DVD.ad1 |
| Platform | Computer |

## SVE064898_SSD.E01 (1,616,903)

| | |
|---|---|
| Evidence number | SVE064898_SSD.E01 |
| Location | SVE064898_SSD.E01 |
| Platform | Computer |

## SVE064899_HDD.E01 (83,438)

| | |
|---|---|
| Evidence number | SVE064899_HDD.E01 |
| Location | SVE064899_HDD.E01 |
| Platform | Computer |

Firefox Bookmarks

## Record 1

| | |
|---|---|
| Tags | Evidence |
| URL | https://www.spokeo.com/Nancy-Pelosi/California/San-Francisco/p1573591341 |
| Added Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 10/19/2022 10:47:02 PM |
| Last Modified Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 10/19/2022 10:47:02 PM |
| Title | Nancy P Pelosi, San Francisco, CA (94115) - Spokeo |
| Bookmark Type | Bookmark Item |
| Source | • SVE064898_SSD.E01 - Partition 4 (Microsoft NTFS, 222.87 GB) Windows\Users\david\AppData\Roaming\Mozilla\Firefox\Profiles\9k2dzhov.default-release\places.sqlite |
| Location | • Table: moz_bookmarks(id: 7749)<br>• Table: moz_places(id: 32184) |
| Evidence number | • SVE064898_SSD.E01 |
| Recovery method | • Parsing |
| Item ID | 1434639 |

## Record 2

| | |
|---|---|
| Tags | Evidence |
| URL | https://www.spokeo.com/Nancy-Pelosi/California/San-Francisco/p1573591341 |
| Added Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 10/19/2022 10:47:08 PM |
| Last Modified Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 10/19/2022 10:47:08 PM |
| Title | Nancy P Pelosi, San Francisco, CA (94115) - Spokeo |
| Bookmark Type | Bookmark Item |
| Source | • SVE064898_SSD.E01 - Partition 4 (Microsoft NTFS, 222.87 GB) Windows\Users\david\AppData\Roaming\Mozilla\Firefox\Profiles\9k2dzhov.default-release\places.sqlite |
| Location | • Table: moz_bookmarks(id: 7750)<br>• Table: moz_places(id: 32184) |
| Evidence number | • SVE064898_SSD.E01 |
| Recovery method | • Parsing |
| Item ID | 1434641 |