**Broadway St**
SAN FRANCISCO, CA • 2001-2019
This 4 bed / 3 bath home is the most recent address for Nancy
View more

**Atlas**
NAPA, CA • 1994
Nancy left this

Trial Exhibit 278 Page 001

DEPAPE-0010434