http://wikimapia.org/...y/Global...

# Nancy Pelosi's home - San Francisco, California - Wikimapia

Nancy Pelosi's home REDACTED San Francisco, CA 94115 Nancy Patricia D'Alesandro Pelosi is an American politician serving as speaker of the United ...

DEPAPE-0010435