

# Nancy P Pelosi, Age 82

*aka Nancy C Pelosi*

✔ **Current Address:** ▇▇▇ Broadway St, San Francisco, CA

✔ **Past Addresses:** Napa CA, Saint Helena CA +6 more

✔ **Phone Number:** (415) 387-▇▇▇ +8 phones

✔ **Email Address:** n▇▇▇@songwriter.net

Trial Exhibit 280 Page 001

DEPAPE-0010108