

22-cr-00426-JSC   Document 196-2   Filed 12/08/23   Pa[...]

REDACTED

DEPAPE-0010535

Trial Exhibit 281 Page 001