

Trial Exhibit 284 Page 001  DEPAPE-0010280