

DEPAPE-0010502
Trial Exhibit 285 Page 001