Nancy Patricia Pelosi    Nancy D'Alesandro
REDACTED san francisco at REDACTED

husband Paul Francis Pelosi

St. Helena vineyard in Napa Valley worth at least $5 million and commercial real estate in San Francisco

Pelosi resides in the Pacific Heights neighborhood of San Francisco.[304][305] Her 2016 financial disclosure report lists among her assets a combined home and vineyard in St. Helena, California, two commercial buildings in San Francisco, and a townhouse in Loomis, California.[

pacific heights REDACTED

children 5
Christine and Alexandra,

grand children 9
grandchildren REDACTED