## Bookmark: Pelosi Information

| | |
|---|---|
| **Creator:** | sminor |
| **File Count:** | 5 |

| Files Bookmarked |
|---|

| | |
|---|---|
| Name | 01.JPG |
| Physical Size | 32768 B |
| Logical Size | 31635 B |
| Created Date | 10/19/2022 10:34:39 PM (2022-10-20 05:34:39 UTC) |
| Modified Date | 10/19/2022 10:34:39 PM (2022-10-20 05:34:39 UTC) |
| Accessed Date | 10/27/2022 7:41:19 PM (2022-10-28 02:41:19 UTC) |
| Path | SVE064898_SSD.E01/Basic data partition (4)/Windows [NTFS]/[root]/Users/david/Desktop/stuff/favorite politicians/pelosi/01.JPG |
| File Type | JPEG EXIF |
| MD5 Hash | f77d31734dc8f0b9d1927b305da14a3a |
| SHA1 Hash | c1be030876a08180f05761f21ed50296b1ea5fc8 |
| Exported as | **01.JPG (files\01.JPG)** |
| |  (files\01.JPG) |

| | |
|---|---|
| Name | broadway 2019.JPG |
| Physical Size | 20480 B |
| Logical Size | 19667 B |
| Created Date | 10/19/2022 10:36:55 PM (2022-10-20 05:36:55 UTC) |
| Modified Date | 10/19/2022 10:36:55 PM (2022-10-20 05:36:55 UTC) |
| Accessed Date | 10/27/2022 7:41:19 PM (2022-10-28 02:41:19 UTC) |
| Path | SVE064898_SSD.E01/Basic data partition (4)/Windows [NTFS]/[root]/Users/david/Desktop/stuff/favorite politicians/pelosi/broadway 2019.JPG |
| File Type | JPEG EXIF |

Trial Exhibit 292 Page 001    DEPAPE-0018433

| | |
|---|---|
| MD5 Hash | f389344a85371c870d6795ebd73185ac |
| SHA1 Hash | f429598ba4378128da1d2627864361cf3ff720cd |
| Exported as | **broadway 2019.JPG (files\broadway 2019.JPG)** |
| | (files\broadway 2019.JPG) |

| | |
|---|---|
| Name | broadway.JPG |
| Physical Size | 28672 B |
| Logical Size | 27340 B |
| Created Date | 10/19/2022 10:37:35 PM (2022-10-20 05:37:35 UTC) |
| Modified Date | 10/19/2022 10:37:35 PM (2022-10-20 05:37:35 UTC) |
| Accessed Date | 10/27/2022 7:41:19 PM (2022-10-28 02:41:19 UTC) |
| Path | SVE064898_SSD.E01/Basic data partition (4)/Windows [NTFS]/[root]/Users/david/Desktop/stuff/favorite politicians/pelosi/broadway.JPG |
| File Type | JPEG EXIF |
| MD5 Hash | 2a8c7db61413f695f057687c1949bfab |
| SHA1 Hash | 5677ed2e517d09d1d4d0b73de2186a6521e46225 |
| Exported as | **broadway.JPG (files\broadway.JPG)** |
| | (files\broadway.JPG) |

| | |
|---|---|
| Name | EF4EAB17991B737562A1265802663434A494D163 |
| Physical Size | 61440 B |
| Logical Size | 59303 B |
| Created Date | 10/27/2022 7:11:18 PM (2022-10-28 02:11:18 UTC) |
| Modified Date | 10/27/2022 7:11:18 PM (2022-10-28 02:11:18 UTC) |
| Accessed Date | 10/27/2022 7:11:18 PM (2022-10-28 02:11:18 UTC) |
| Path | SVE064898_SSD.E01/Basic data partition (4)/Windows [NTFS]/[root]/Users/david/AppData/Local/Mozilla/Firefox/Profiles/9k2dzhov.default-release/cache2/entries/EF4EAB17991B737562A1265802663434A494D163 |
| File Type | JPEG EXIF |

| | |
|---|---|
| MD5 Hash | c58d51fe1e7f4e017879bbfb577b6250 |
| SHA1 Hash | 80d92b343b883b5f82686b602094f4c0948145bc |
| Exported as | **EF4EAB17991B737562A1265802663434A494D163.jpg (files\EF4EAB17991B737562A1265802663434A494D163.jpg)** |
| |  (files\EF4EAB17991B737562A1265802663434A494D163.jpg) |

| | |
|---|---|
| Name | New Text Document.txt |
| Physical Size | 4096 B |
| Logical Size | 683 B |
| Created Date | 10/19/2022 10:18:03 PM (2022-10-20 05:18:03 UTC) |
| Modified Date | 10/19/2022 10:57:48 PM (2022-10-20 05:57:48 UTC) |
| Accessed Date | 10/27/2022 7:40:17 PM (2022-10-28 02:40:17 UTC) |
| Path | SVE064898_SSD.E01/Basic data partition (4)/Windows [NTFS]/[root]/Users/david/Desktop/stuff/favorite politicians/pelosi/New Text Document.txt |
| File Type | 7 bit text |
| MD5 Hash | fc75c0f9145b8e59e692cb8fbb790db1 |
| SHA1 Hash | 11c6a322c0964472b86ee38bead8860b987ebd15 |
| Exported as | **New Text Document.txt (files\New Text Document.txt)** |

Page 1 of 1