**Record #1**

Spokeo User ID: 124576872

Name: David Depape

Email: daviddepape@yahoo.com

IP Addresses:

| IP Address | Most Recent Login (PST) |
|---|---|
| 108.216.157.64 | 2022-10-19 23:05 |

Credit/Debit Cards:

| Name | Type | Last 4 | Date Added |
|---|---|---|---|
| David Depape | Paypal | n/a | 2022-10-19 |

Subscriptions:

| Product | Price | Start Date | End Date |
|---|---|---|---|
| Spokeo NEPA 100 - 1 Month | $19.95 | 2022-10-19 | 2022-10-19 |
| Spokeo Investigator 150 - 1 Month | $34.75 | 2022-10-19 | 2022-12-19 |

Payments:

| Product | Amount | Date |
|---|---|---|
| Spokeo NEPA 100 - 1 Month | $19.95 | 2022-10-19 |
| Spokeo Investigator 150 - 1 Month | $14.80 | 2022-10-19 |

Purchase URL:
   http://www.spokeo.com

Search History:

| Date | Query |
|---|---|
| 2022-10-27 18:49:54 | [redacted] West Hollywood, CA |
| 2022-10-27 18:47:30 | Barbara S Guggenheim, Beverly Hills, CA |
| 2022-10-27 18:46:05 | [redacted] Beverly Hills, CA |
| 2022-10-27 18:45:17 | Thomas Jeffrey Hanks, Beverly Hills, CA |
| 2022-10-27 18:45:03 | Tom J Hanks |
| 2022-10-27 18:43:59 | Tom Hanks |
| 2022-10-26 19:54:08 | [redacted] San Francisco, CA |
| 2022-10-26 19:52:31 | [redacted] 6680 |
| 2022-10-26 19:51:21 | Target 1 [redacted] San Francisco, CA |
| 2022-10-26 19:40:05 | Target 1 [redacted] |

| | |
|---|---|
| 2022-10-21 22:32:59 | Carina Lee Lampkin |
| 2022-10-21 22:30:08 | ███ 1124 |
| 2022-10-21 22:25:03 | Carina Lee Lampkin, Rocklin, CA |
| 2022-10-21 22:14:49 | Maria Ameguza, Sacramento, CA |
| 2022-10-21 22:14:42 | Maria Ameguza |
| 2022-10-21 21:09:07 | Gay Lynn Brooks, Auburn, CA |
| 2022-10-21 21:07:10 | Stephanie Lynn Brooks, Felicity, OH |
| 2022-10-21 21:05:00 | ███ Rocklin, CA |
| 2022-10-21 21:04:58 | ███ North Highlands, CA |
| 2022-10-21 20:54:07 | Brooks Anika, North Highlands, CA |
| 2022-10-21 20:53:46 | ███ -3114 |
| 2022-10-21 20:53:30 | Nancy P Pelosi, San Francisco, CA |
| 2022-10-19 23:30:39 | G Newsom, San Francisco, CA |
| 2022-10-19 23:29:03 | Gavin Newsom, San Francisco, CA |
| 2022-10-19 23:28:10 | Gavin C Newsom, Santa Clara, CA |
| 2022-10-19 23:26:57 | Gavin Newsom |
| 2022-10-19 23:18:36 | sukhami@███ |
| 2022-10-19 23:18:12 | Macie Schiff, Burbank, CA |
| 2022-10-19 23:17:43 | Adam Schiff |
| 2022-10-19 23:14:15 | ███ Burbank, CA |
| 2022-10-19 23:14:06 | ███ Los Angeles, CA |
| 2022-10-19 23:13:10 | ███ Burbank, CA |
| 2022-10-19 23:12:23 | ███ Burbank, CA |
| 2022-10-19 23:11:33 | ███ Burbank, CA |
| 2022-10-19 23:10:41 | ███ Burbank, CA |
| 2022-10-19 23:09:25 | ███ Burbank, CA |
| 2022-10-19 23:08:56 | Eve Marion Schiff, Potomac, MD |
| 2022-10-19 23:07:59 | ███ Potomac, MD |
| 2022-10-19 23:06:27 | Adam B Schiff, Potomac, MD |
| 2022-10-19 23:06:20 | Adam Bennet Schiff |
| 2022-10-19 23:06:16 | Adam Schiff |
| 2022-10-19 23:06:15 | Adam Bennet Schiff |