# OFFICIAL LIST OF MEMBERS
## OF THE
## HOUSE OF REPRESENTATIVES *of the* UNITED STATES
### AND THEIR PLACES OF RESIDENCE

## ONE HUNDRED SEVENTEENTH CONGRESS • DECEMBER 12, 2022

Compiled by CHERYL L. JOHNSON, Clerk of the House of Representatives
https://clerk.house.gov

Democrats in roman (218); Republicans in *italic* (213); vacancies (4) CA37, FL13, FL22, VA04; total 435. The number preceding the name is the Member's district.

### ALABAMA

| | | |
|---|---|---|
| 1 | *Jerry L. Carl* | Mobile |
| 2 | *Barry Moore* | Enterprise |
| 3 | *Mike Rogers* | Anniston |
| 4 | *Robert B. Aderholt* | Haleyville |
| 5 | *Mo Brooks* | Huntsville |
| 6 | *Gary J. Palmer* | Hoover |
| 7 | Terri A. Sewell | Birmingham |

### ALASKA
#### AT LARGE

Mary Sattler Peltola[1] .................. Bethel

[1] Elected August 16, 2022, to fill the vacancy due to the death of Don Young, March 18, 2022.

### ARIZONA

| | | |
|---|---|---|
| 1 | Tom O'Halleran | Sedona |
| 2 | Ann Kirkpatrick | Tucson |
| 3 | Raúl M. Grijalva | Tucson |
| 4 | *Paul A. Gosar* | Bullhead City |
| 5 | *Andy Biggs* | Gilbert |
| 6 | *David Schweikert* | Fountain Hills |
| 7 | Ruben Gallego | Phoenix |
| 8 | *Debbie Lesko* | Peoria |
| 9 | Greg Stanton | Phoenix |

### ARKANSAS

| | | |
|---|---|---|
| 1 | *Eric A. "Rick" Crawford* | Jonesboro |
| 2 | *J. French Hill* | Little Rock |
| 3 | *Steve Womack* | Rogers |
| 4 | *Bruce Westerman* | Hot Springs |

2

## CALIFORNIA

| | | |
|---|---|---|
| 1 | *Doug LaMalfa* | Oroville |
| 2 | Jared Huffman | San Rafael |
| 3 | John Garamendi | Walnut Grove |
| 4 | *Tom McClintock* | Elk Grove |
| 5 | Mike Thompson | St. Helena |
| 6 | Doris O. Matsui | Sacramento |
| 7 | Ami Bera | Elk Grove |
| 8 | *Jay Obernolte* | Big Bear Lake |
| 9 | Jerry McNerney | Stockton |
| 10 | Josh Harder | Turlock |
| 11 | Mark DeSaulnier | Concord |
| 12 | Nancy Pelosi | San Francisco |
| 13 | Barbara Lee | Oakland |
| 14 | Jackie Speier | Hillsborough |
| 15 | Eric Swalwell | Dublin |
| 16 | Jim Costa | Fresno |
| 17 | Ro Khanna | Fremont |
| 18 | Anna G. Eshoo | Atherton |
| 19 | Zoe Lofgren | San José |
| 20 | Jimmy Panetta | Carmel Valley |
| 21 | *David G. Valadao* | Hanford |
| 22 | *Connie Conway*[1] | Tulare |
| 23 | *Kevin McCarthy* | Bakersfield |
| 24 | Salud O. Carbajal | Santa Barbara |
| 25 | *Mike Garcia* | Santa Clarita |
| 26 | Julia Brownley | Westlake Village |
| 27 | Judy Chu | Monterey Park |
| 28 | Adam B. Schiff | Burbank |
| 29 | Tony Cárdenas | Pacoima |
| 30 | Brad Sherman | Sherman Oaks |
| 31 | Pete Aguilar | Redlands |
| 32 | Grace F. Napolitano | Norwalk |
| 33 | Ted Lieu | Torrance |
| 34 | Jimmy Gomez | Los Angeles |
| 35 | Norma J. Torres | Pomona |
| 36 | Raul Ruiz | Coachella |
| 37 | ——— ———[2] | |
| 38 | Linda T. Sánchez | Whittier |
| 39 | *Young Kim* | La Habra |
| 40 | Lucille Roybal-Allard | Downey |
| 41 | Mark Takano | Riverside |
| 42 | *Ken Calvert* | Corona |
| 43 | Maxine Waters | Los Angeles |
| 44 | Nanette Diaz Barragán | San Pedro |
| 45 | Katie Porter | Irvine |
| 46 | J. Luis Correa | Santa Ana |
| 47 | Alan S. Lowenthal | Long Beach |
| 48 | *Michelle Steel* | Orange County |
| 49 | Mike Levin | San Juan Capistrano |
| 50 | *Darrell Issa* | San Diego |
| 51 | Juan Vargas | San Diego |
| 52 | Scott H. Peters | San Diego |
| 53 | Sara Jacobs | San Diego |

[1] Elected June 7, 2022, to fill the vacancy due to the resignation of Devin Nunes, January 1, 2022.
[2] Vacancy due to the resignation of Karen Bass, December 9, 2022.

3

## COLORADO

| | | |
|---|---|---|
| 1 | Diana DeGette | Denver |
| 2 | Joe Neguse | Lafayette |
| 3 | *Lauren Boebert* | Silt |
| 4 | *Ken Buck* | Windsor |
| 5 | *Doug Lamborn* | Colorado Springs |
| 6 | Jason Crow | Aurora |
| 7 | Ed Perlmutter | Arvada |

## CONNECTICUT

| | | |
|---|---|---|
| 1 | John B. Larson | East Hartford |
| 2 | Joe Courtney | Vernon |
| 3 | Rosa L. DeLauro | New Haven |
| 4 | James A. Himes | Cos Cob |
| 5 | Jahana Hayes | Wolcott |

## DELAWARE

### AT LARGE

Lisa Blunt Rochester .................................. Wilmington

## FLORIDA

| | | |
|---|---|---|
| 1 | *Matt Gaetz* | Fort Walton Beach |
| 2 | *Neal P. Dunn* | Panama City |
| 3 | *Kat Cammack* | Gainesville |
| 4 | *John H. Rutherford* | Jacksonville |
| 5 | Al Lawson, Jr. | Tallahassee |
| 6 | *Michael Waltz* | St. Augustine Beach |
| 7 | Stephanie N. Murphy | Winter Park |
| 8 | *Bill Posey* | Rockledge |
| 9 | Darren Soto | Kissimmee |
| 10 | Val Butler Demings | Orlando |
| 11 | *Daniel Webster* | Clermont |
| 12 | *Gus M. Bilirakis* | Palm Harbor |
| 13 | ———— ————[1] | |
| 14 | Kathy Castor | Tampa |
| 15 | *C. Scott Franklin* | Lakeland |
| 16 | *Vern Buchanan* | Sarasota |
| 17 | *W. Gregory Steube* | Sarasota |
| 18 | *Brian J. Mast* | Fort Pierce |
| 19 | *Byron Donalds* | Naples |
| 20 | Sheila Cherfilus-McCormick[2] | Miramar |
| 21 | Lois Frankel | West Palm Beach |
| 22 | ———— ————[3] | |
| 23 | Debbie Wasserman Schultz | Weston |
| 24 | Frederica S. Wilson | Miami Gardens |
| 25 | *Mario Diaz-Balart* | Miami |
| 26 | *Carlos A. Gimenez* | Miami |
| 27 | *Maria Elvira Salazar* | Miami |

[1] Vacancy due to the resignation of Charlie Crist, August 31, 2022.
[2] Elected January 11, 2022, to fill the vacancy due to the death of Alcee L. Hastings, April 6, 2021.
[3] Vacancy due to the resignation of Theodore E. Deutch, September 30, 2022.

## GEORGIA

| # | Name | City |
|---|------|------|
| 1 | *Earl L. "Buddy" Carter* | Pooler |
| 2 | Sanford D. Bishop, Jr. | Albany |
| 3 | *A. Drew Ferguson IV* | West Point |
| 4 | Henry C. "Hank" Johnson, Jr. | Lithonia |
| 5 | Nikema Williams | Atlanta |
| 6 | Lucy McBath | Marietta |
| 7 | Carolyn Bourdeaux | Suwanee |
| 8 | *Austin Scott* | Tifton |
| 9 | *Andrew S. Clyde* | Athens |
| 10 | *Jody B. Hice* | Greensboro |
| 11 | *Barry Loudermilk* | Cassville |
| 12 | *Rick W. Allen* | Augusta |
| 13 | David Scott | Atlanta |
| 14 | *Marjorie Taylor Greene* | Rome |

## HAWAII

| # | Name | City |
|---|------|------|
| 1 | Ed Case | Kaneohe |
| 2 | Kaiali'i Kahele | Hilo |

## IDAHO

| # | Name | City |
|---|------|------|
| 1 | *Russ Fulcher* | Meridian |
| 2 | *Michael K. Simpson* | Idaho Falls |

## ILLINOIS

| # | Name | City |
|---|------|------|
| 1 | Bobby L. Rush | Chicago |
| 2 | Robin L. Kelly | Matteson |
| 3 | Marie Newman | La Grange |
| 4 | Jesús G. "Chuy" García | Chicago |
| 5 | Mike Quigley | Chicago |
| 6 | Sean Casten | Downers Grove |
| 7 | Danny K. Davis | Chicago |
| 8 | Raja Krishnamoorthi | Schaumburg |
| 9 | Janice D. Schakowsky | Evanston |
| 10 | Bradley Scott Schneider | Deerfield |
| 11 | Bill Foster | Naperville |
| 12 | *Mike Bost* | Murphysboro |
| 13 | *Rodney Davis* | Taylorville |
| 14 | Lauren Underwood | Naperville |
| 15 | *Mary E. Miller* | Oakland |
| 16 | *Adam Kinzinger* | Channahon |
| 17 | Cheri Bustos | Moline |
| 18 | *Darin LaHood* | Peoria |

## INDIANA

| # | Name | City |
|---|------|------|
| 1 | Frank J. Mrvan | Highland |
| 2 | *Rudy Yakym III*[1] | Granger |
| 3 | *Jim Banks* | Columbia City |
| 4 | *James R. Baird* | Greencastle |
| 5 | *Victoria Spartz* | Noblesville |
| 6 | *Greg Pence* | Columbus |
| 7 | André Carson | Indianapolis |
| 8 | *Larry Bucshon* | Evansville |
| 9 | *Trey Hollingsworth* | Jeffersonville |

[1] Elected November 8, 2022, to fill the vacancy due to the death of Jackie Walorski, August 3, 2022.

5

## IOWA

1 *Ashley Hinson* ................................................. Marion
2 *Mariannette Miller-Meeks* ........................... Ottumwa
3 Cynthia Axne ................................................. West Des Moines
4 *Randy Feenstra* ............................................ Hull

## KANSAS

1 *Tracey Mann* .................................................. Salina
2 *Jake LaTurner* ............................................... Topeka
3 Sharice Davids ................................................ Roeland Park
4 *Ron Estes* ....................................................... Wichita

## KENTUCKY

1 *James Comer* .................................................. Tompkinsville
2 *Brett Guthrie* ................................................. Bowling Green
3 John A. Yarmuth ............................................. Louisville
4 *Thomas Massie* ............................................. Garrison
5 *Harold Rogers* ............................................... Somerset
6 *Andy Barr* ...................................................... Lexington

## LOUISIANA

1 *Steve Scalise* .................................................. Jefferson
2 Troy A. Carter[1] ............................................. New Orleans
3 *Clay Higgins* .................................................. Lafayette
4 *Mike Johnson* ................................................ Benton
5 *Julia Letlow*[2] ............................................... Start
6 *Garret Graves* ............................................... Baton Rouge

[1] Elected April 24, 2021, to fill the vacancy due to the resignation of Cedric L. Richmond, January 15, 2021.
[2] Elected March 20, 2021, to fill the vacancy due to the death of Luke J. Letlow, December 29, 2020.

## MAINE

1 Chellie Pingree ............................................... North Haven
2 Jared F. Golden .............................................. Lewiston

## MARYLAND

1 *Andy Harris* ................................................... Cockeysville
2 C. A. Dutch Ruppersberger ........................... Cockeysville
3 John P. Sarbanes ............................................ Baltimore
4 Anthony G. Brown .......................................... Bowie
5 Steny H. Hoyer ............................................... Mechanicsville
6 David J. Trone ................................................ Potomac
7 Kweisi Mfume ................................................. Baltimore
8 Jamie Raskin .................................................. Takoma Park

## MASSACHUSETTS

1 Richard E. Neal .............................................. Springfield
2 James P. McGovern ........................................ Worcester
3 Lori Trahan .................................................... Westford
4 Jake Auchincloss ............................................ Newton
5 Katherine M. Clark ........................................ Melrose
6 Seth Moulton .................................................. Salem
7 Ayanna Pressley ............................................. Boston
8 Stephen F. Lynch ............................................ South Boston
9 William R. Keating ........................................ Bourne

6

## MICHIGAN

| # | Name | City |
|---|---|---|
| 1 | *Jack Bergman* | Watersmeet |
| 2 | *Bill Huizenga* | Holland |
| 3 | *Peter Meijer* | Grand Rapids |
| 4 | *John R. Moolenaar* | Caledonia |
| 5 | Daniel T. Kildee | Flushing |
| 6 | *Fred Upton* | St. Joseph |
| 7 | *Tim Walberg* | Tipton |
| 8 | Elissa Slotkin | Holly |
| 9 | Andy Levin | Bloomfield Township |
| 10 | *Lisa C. McClain* | Bruce |
| 11 | Haley M. Stevens | Birmingham |
| 12 | Debbie Dingell | Dearborn |
| 13 | Rashida Tlaib | Detroit |
| 14 | Brenda L. Lawrence | Southfield |

## MINNESOTA

| # | Name | City |
|---|---|---|
| 1 | *Brad Finstad*[1] | New Ulm |
| 2 | Angie Craig | Eagan |
| 3 | Dean Phillips | Deephaven |
| 4 | Betty McCollum | St. Paul |
| 5 | Ilhan Omar | Minneapolis |
| 6 | *Tom Emmer* | Delano |
| 7 | *Michelle Fischbach* | Regal |
| 8 | *Pete Stauber* | Hermantown |

[1] Elected August 9, 2022, to fill the vacancy due to the death of Jim Hagedorn, February 17, 2022.

## MISSISSIPPI

| # | Name | City |
|---|---|---|
| 1 | *Trent Kelly* | Saltillo |
| 2 | Bennie G. Thompson | Bolton |
| 3 | *Michael Guest* | Brandon |
| 4 | *Steven M. Palazzo* | Biloxi |

## MISSOURI

| # | Name | City |
|---|---|---|
| 1 | Cori Bush | St. Louis |
| 2 | *Ann Wagner* | Ballwin |
| 3 | *Blaine Luetkemeyer* | St. Elizabeth |
| 4 | *Vicky Hartzler* | Harrisonville |
| 5 | Emanuel Cleaver | Kansas City |
| 6 | *Sam Graves* | Tarkio |
| 7 | *Billy Long* | Springfield |
| 8 | *Jason Smith* | Salem |

## MONTANA

AT LARGE

*Matthew M. Rosendale, Sr.* .......................... Glendive

## NEBRASKA

| # | Name | City |
|---|---|---|
| 1 | *Mike Flood*[1] | Norfolk |
| 2 | *Don Bacon* | Papillion |
| 3 | *Adrian Smith* | Gering |

[1] Elected June 28, 2022, to fill the vacancy due to the resignation of Jeff Fortenberry, March 31, 2022.

7

## NEVADA

1 Dina Titus .................................................. Las Vegas
2 *Mark E. Amodei* ........................................ Carson City
3 Susie Lee .................................................. Las Vegas
4 Steven Horsford ........................................ Las Vegas

## NEW HAMPSHIRE

1 Chris Pappas ............................................. Manchester
2 Ann M. Kuster ........................................... Hopkinton

## NEW JERSEY

1 Donald Norcross ........................................ Camden City
2 *Jefferson Van Drew* ................................... Dennis Township
3 Andy Kim .................................................. Bordentown
4 *Christopher H. Smith* ................................ Hamilton
5 Josh Gottheimer ........................................ Wyckoff
6 Frank Pallone, Jr. ...................................... Long Branch
7 Tom Malinowski ......................................... Rocky Hill
8 Albio Sires ................................................. West New York
9 Bill Pascrell, Jr. .......................................... Paterson
10 Donald M. Payne, Jr. ................................ Newark
11 Mikie Sherrill ............................................. Montclair
12 Bonnie Watson Coleman ........................... Ewing Township

## NEW MEXICO

1 Melanie A. Stansbury[1] .............................. Albuquerque
2 *Yvette Herrell* ............................................ Alamogordo
3 Teresa Leger Fernandez ............................ Santa Fe

[1] Elected June 1, 2021, to fill the vacancy due to the resignation of Debra A. Haaland, March 16, 2021.

8

## NEW YORK

| # | Name | City |
|---|---|---|
| 1 | *Lee M. Zeldin* | Shirley |
| 2 | *Andrew R. Garbarino* | Sayville |
| 3 | Thomas R. Suozzi | Glen Cove |
| 4 | Kathleen M. Rice | Garden City |
| 5 | Gregory W. Meeks | Queens |
| 6 | Grace Meng | Queens |
| 7 | Nydia M. Velázquez | Brooklyn |
| 8 | Hakeem S. Jeffries | Brooklyn |
| 9 | Yvette D. Clarke | Brooklyn |
| 10 | Jerrold Nadler | New York |
| 11 | *Nicole Malliotakis* | Staten Island |
| 12 | Carolyn B. Maloney | New York |
| 13 | Adriano Espaillat | New York |
| 14 | Alexandria Ocasio-Cortez | Bronx |
| 15 | Ritchie Torres | Bronx |
| 16 | Jamaal Bowman | Yonkers |
| 17 | Mondaire Jones | Westchester County |
| 18 | Sean Patrick Maloney | Cold Spring |
| 19 | Patrick Ryan[1] | Gardiner |
| 20 | Paul Tonko | Amsterdam |
| 21 | *Elise M. Stefanik* | Schuylerville |
| 22 | *Claudia Tenney* | New Hartford |
| 23 | *Joseph Sempolinski*[2] | Canisteo |
| 24 | *John Katko* | Syracuse |
| 25 | Joseph D. Morelle | Irondequoit |
| 26 | Brian Higgins | Buffalo |
| 27 | *Chris Jacobs* | Orchard Park |

[1] Elected August 23, 2022, to fill the vacancy due to the resignation of Antonio Delgado, May 25, 2022.
[2] Elected August 23, 2022, to fill the vacancy due to the resignation of Tom Reed, May 10, 2022.

## NORTH CAROLINA

| # | Name | City |
|---|---|---|
| 1 | G. K. Butterfield | Wilson |
| 2 | Deborah K. Ross | Raleigh |
| 3 | *Gregory F. Murphy* | Greenville |
| 4 | David E. Price | Chapel Hill |
| 5 | *Virginia Foxx* | Banner Elk |
| 6 | Kathy E. Manning | Greensboro |
| 7 | *David Rouzer* | Wilmington |
| 8 | *Richard Hudson* | Concord |
| 9 | *Dan Bishop* | Charlotte |
| 10 | *Patrick T. McHenry* | Lake Norman |
| 11 | *Madison Cawthorn* | Hendersonville |
| 12 | Alma S. Adams | Charlotte |
| 13 | *Ted Budd* | Advance |

## NORTH DAKOTA

### AT LARGE

| Name | City |
|---|---|
| *Kelly Armstrong* | Dickinson |

9

## OHIO

| | | |
|---|---|---|
| 1 | *Steve Chabot* | Cincinnati |
| 2 | *Brad R. Wenstrup* | Cincinnati |
| 3 | Joyce Beatty | Columbus |
| 4 | *Jim Jordan* | Urbana |
| 5 | *Robert E. Latta* | Bowling Green |
| 6 | *Bill Johnson* | Marietta |
| 7 | *Bob Gibbs* | Lakeville |
| 8 | *Warren Davidson* | Troy |
| 9 | Marcy Kaptur | Toledo |
| 10 | *Michael R. Turner* | Dayton |
| 11 | Shontel M. Brown[1] | Warrensville Heights |
| 12 | *Troy Balderson* | Zanesville |
| 13 | Tim Ryan | Warren |
| 14 | *David P. Joyce* | Russell Township |
| 15 | *Mike Carey*[2] | Columbus |
| 16 | *Anthony Gonzalez* | Rocky River |

[1] Elected November 2, 2021, to fill the vacancy due to the resignation of Marcia L. Fudge, March 10, 2021.
[2] Elected November 2, 2021, to fill the vacancy due to the resignation of Steve Stivers, May 16, 2021.

## OKLAHOMA

| | | |
|---|---|---|
| 1 | *Kevin Hern* | Tulsa |
| 2 | *Markwayne Mullin* | Westville |
| 3 | *Frank D. Lucas* | Cheyenne |
| 4 | *Tom Cole* | Moore |
| 5 | *Stephanie I. Bice* | Oklahoma City |

## OREGON

| | | |
|---|---|---|
| 1 | Suzanne Bonamici | Washington County |
| 2 | *Cliff Bentz* | Ontario |
| 3 | Earl Blumenauer | Portland |
| 4 | Peter A. DeFazio | Springfield |
| 5 | Kurt Schrader | Canby |

## PENNSYLVANIA

| | | |
|---|---|---|
| 1 | *Brian K. Fitzpatrick* | Levittown |
| 2 | Brendan F. Boyle | Philadelphia |
| 3 | Dwight Evans | Philadelphia |
| 4 | Madeleine Dean | Jenkintown |
| 5 | Mary Gay Scanlon | Swarthmore |
| 6 | Chrissy Houlahan | Devon |
| 7 | Susan Wild | Allentown |
| 8 | Matt Cartwright | Moosic |
| 9 | *Daniel Meuser* | Dallas |
| 10 | *Scott Perry* | Dillsburg |
| 11 | *Lloyd Smucker* | Lancaster |
| 12 | *Fred Keller* | Middleburg |
| 13 | *John Joyce* | Hollidaysburg |
| 14 | *Guy Reschenthaler* | Peters Township |
| 15 | *Glenn Thompson* | Howard |
| 16 | *Mike Kelly* | Butler |
| 17 | Conor Lamb | Mt. Lebanon |
| 18 | Michael F. Doyle | Pittsburgh |

## RHODE ISLAND

| | | |
|---|---|---|
| 1 | David N. Cicilline | Providence |
| 2 | James R. Langevin | Warwick |

10

## SOUTH CAROLINA

1 *Nancy Mace* .................................................. Charleston
2 *Joe Wilson* .................................................... Springdale
3 *Jeff Duncan* .................................................. Laurens
4 *William R. Timmons IV* ............................... Greenville
5 *Ralph Norman* .............................................. Rock Hill
6 James E. Clyburn ......................................... Columbia
7 *Tom Rice* ...................................................... Myrtle Beach

## SOUTH DAKOTA

### AT LARGE

*Dusty Johnson* .............................................. Mitchell

## TENNESSEE

1 *Diana Harshbarger* ...................................... Kingsport
2 *Tim Burchett* ................................................ Knoxville
3 *Charles J. "Chuck" Fleischmann* ................. Chattanooga
4 *Scott DesJarlais* ........................................... Sherwood
5 Jim Cooper .................................................... Nashville
6 *John W. Rose* ................................................ Cookeville
7 *Mark E. Green* .............................................. Clarksville
8 *David Kustoff* ................................................ Germantown
9 Steve Cohen .................................................. Memphis

Trial Exhibit 297 Page 010

DEPAPE-0018123

## TEXAS

| # | Name | City |
|---|---|---|
| 1 | *Louie Gohmert* | Tyler |
| 2 | *Dan Crenshaw* | Houston |
| 3 | *Van Taylor* | Plano |
| 4 | *Pat Fallon* | Sherman |
| 5 | *Lance Gooden* | Terrell |
| 6 | *Jake Ellzey*[1] | Midlothian |
| 7 | Lizzie Fletcher | Houston |
| 8 | *Kevin Brady* | The Woodlands |
| 9 | Al Green | Houston |
| 10 | *Michael T. McCaul* | Austin |
| 11 | *August Pfluger* | San Angelo |
| 12 | *Kay Granger* | Fort Worth |
| 13 | *Ronny Jackson* | Amarillo |
| 14 | *Randy K. Weber, Sr.* | Friendswood |
| 15 | Vicente Gonzalez | McAllen |
| 16 | Veronica Escobar | El Paso |
| 17 | *Pete Sessions* | Waco |
| 18 | Sheila Jackson Lee | Houston |
| 19 | *Jodey C. Arrington* | Lubbock |
| 20 | Joaquin Castro | San Antonio |
| 21 | *Chip Roy* | Austin |
| 22 | *Troy E. Nehls* | Richmond |
| 23 | *Tony Gonzales* | San Antonio |
| 24 | *Beth Van Duyne* | Irving |
| 25 | *Roger Williams* | Austin |
| 26 | *Michael C. Burgess* | Pilot Point |
| 27 | *Michael Cloud* | Victoria |
| 28 | Henry Cuellar | Laredo |
| 29 | Sylvia R. Garcia | Houston |
| 30 | Eddie Bernice Johnson | Dallas |
| 31 | *John R. Carter* | Round Rock |
| 32 | Colin Z. Allred | Dallas |
| 33 | Marc A. Veasey | Fort Worth |
| 34 | *Mayra Flores*[2] | McAllen |
| 35 | Lloyd Doggett | Austin |
| 36 | *Brian Babin* | Woodville |

[1] Elected July 27, 2021, to fill the vacancy due to the death of Ron Wright, February 7, 2021.
[2] Elected June 14, 2022, to fill the vacancy due to the resignation of Filemon Vela, March 31, 2022.

## UTAH

| # | Name | City |
|---|---|---|
| 1 | *Blake D. Moore* | Salt Lake City |
| 2 | *Chris Stewart* | Farmington |
| 3 | *John R. Curtis* | Provo |
| 4 | *Burgess Owens* | Salt Lake City |

## VERMONT
### AT LARGE

Peter Welch .................. Norwich

12

## VIRGINIA

1 *Robert J. Wittman* .................................... Montross
2 Elaine G. Luria ....................................... Norfolk
3 Robert C. "Bobby" Scott .......................... Newport News
4 ——— ———[1] ......................................
5 *Bob Good* ............................................... Evington
6 *Ben Cline* .............................................. Rockbridge
7 Abigail Davis Spanberger ........................ Glen Allen
8 Donald S. Beyer, Jr. ................................ Alexandria
9 *H. Morgan Griffith* ................................. Salem
10 Jennifer Wexton ..................................... Leesburg
11 Gerald E. Connolly ................................. Fairfax

[1] Vacancy due to the death of A. Donald McEachin, November 28, 2022.

## WASHINGTON

1 Suzan K. DelBene .................................... Medina
2 Rick Larsen ............................................ Everett
3 *Jaime Herrera Beutler* ............................ Battle Ground
4 *Dan Newhouse* ....................................... Sunnyside
5 *Cathy McMorris Rodgers* ........................ Spokane
6 Derek Kilmer ........................................... Gig Harbor
7 Pramila Jayapal ...................................... Seattle
8 Kim Schrier ............................................ Sammamish
9 Adam Smith ........................................... Bellevue
10 Marilyn Strickland ................................. Tacoma

## WEST VIRGINIA

1 *David B. McKinley* ................................. Wheeling
2 *Alexander X. Mooney* ............................. Charles Town
3 *Carol D. Miller* ...................................... Huntington

## WISCONSIN

1 *Bryan Steil* ............................................ Janesville
2 Mark Pocan ............................................ Vermont
3 Ron Kind ................................................ La Crosse
4 Gwen Moore ........................................... Milwaukee
5 *Scott Fitzgerald* ..................................... Clyman
6 *Glenn Grothman* .................................... Glenbeulah
7 *Thomas P. Tiffany* ................................. Minocqua
8 *Mike Gallagher* ...................................... Green Bay

## WYOMING
### AT LARGE
*Liz Cheney* ............................................. Wilson

## PUERTO RICO
### RESIDENT COMMISSIONER
*Jenniffer González-Colón* ........................ San Juan

## AMERICAN SAMOA
### DELEGATE
*Aumua Amata Coleman Radewagen* ......... Pago Pago

## DISTRICT OF COLUMBIA
### DELEGATE
Eleanor Holmes Norton ........................... District of Columbia

13

## GUAM
DELEGATE
Michael F. Q. San Nicolas ........................... Dededo

## NORTHERN MARIANA ISLANDS
DELEGATE
Gregorio Kilili Camacho Sablan ................. Saipan

## VIRGIN ISLANDS
DELEGATE
Stacey E. Plaskett ....................................... St. Croix

14

# LIST OF SENATORS BY STATE

Democrats in roman (47); Republicans in *italic* (50); Independents in SMALL CAPS (3); vacancies (0); total 100.

*Alabama* — *Richard C. Shelby* and *Tommy Tuberville*
*Alaska* — *Lisa Murkowski* and *Dan Sullivan*
*Arizona* — KYRSTEN SINEMA and Mark Kelly
*Arkansas* — *John Boozman* and *Tom Cotton*
*California* — Dianne Feinstein and Alex Padilla[1]
*Colorado* — Michael F. Bennet and John W. Hickenlooper
*Connecticut* — Richard Blumenthal and Christopher Murphy
*Delaware* — Thomas R. Carper and Christopher A. Coons
*Florida* — *Marco Rubio* and *Rick Scott*
*Georgia* — Jon Ossoff[2] and Raphael G. Warnock[3]
*Hawaii* — Brian Schatz and Mazie K. Hirono
*Idaho* — *Mike Crapo* and *James E. Risch*
*Illinois* — Richard J. Durbin and Tammy Duckworth
*Indiana* — *Todd Young* and *Mike Braun*
*Iowa* — *Chuck Grassley* and *Joni Ernst*
*Kansas* — *Jerry Moran* and *Roger Marshall*
*Kentucky* — *Mitch McConnell* and *Rand Paul*
*Louisiana* — *Bill Cassidy* and *John Kennedy*
*Maine* — *Susan M. Collins* and ANGUS S. KING, JR.
*Maryland* — Benjamin L. Cardin and Chris Van Hollen
*Massachusetts* — Elizabeth Warren and Edward J. Markey
*Michigan* — Debbie Stabenow and Gary C. Peters
*Minnesota* — Amy Klobuchar and Tina Smith
*Mississippi* — *Roger F. Wicker* and *Cindy Hyde-Smith*
*Missouri* — *Roy Blunt* and *Josh Hawley*
*Montana* — Jon Tester and *Steve Daines*
*Nebraska* — *Deb Fischer* and *Ben Sasse*
*Nevada* — Catherine Cortez Masto and Jacky Rosen
*New Hampshire* — Jeanne Shaheen and Maggie Hassan
*New Jersey* — Robert Menendez and Cory A. Booker
*New Mexico* — Martin Heinrich and Ben Ray Luján
*New York* — Charles E. Schumer and Kirsten E. Gillibrand
*North Carolina* — *Richard Burr* and *Thom Tillis*
*North Dakota* — *John Hoeven* and *Kevin Cramer*
*Ohio* — Sherrod Brown and *Rob Portman*
*Oklahoma* — *James M. Inhofe* and *James Lankford*
*Oregon* — Ron Wyden and Jeff Merkley
*Pennsylvania* — Robert P. Casey, Jr., and *Patrick J. Toomey*
*Rhode Island* — Jack Reed and Sheldon Whitehouse
*South Carolina* — *Lindsey Graham* and *Tim Scott*
*South Dakota* — *John Thune* and *Mike Rounds*
*Tennessee* — *Marsha Blackburn* and *Bill Hagerty*
*Texas* — *John Cornyn* and *Ted Cruz*
*Utah* — *Mike Lee* and *Mitt Romney*
*Vermont* — Patrick Leahy and BERNARD SANDERS
*Virginia* — Mark R. Warner and Tim Kaine
*Washington* — Patty Murray and Maria Cantwell
*West Virginia* — Joe Manchin III and *Shelley Moore Capito*
*Wisconsin* — *Ron Johnson* and Tammy Baldwin
*Wyoming* — *John Barrasso* and *Cynthia M. Lummis*

---

[1] Appointed to fill the vacancy due to the resignation of Kamala D. Harris, January 18, 2021.
[2] Elected in the January 5, 2021, general election runoff.
[3] Elected in the January 5, 2021, special election runoff to replace interim Senator Kelly Loeffler.

**Political Divisions of the U.S. Senate and House of Representatives from the 40th Congress to the 117th Congress**
[ALL FIGURES REFLECT IMMEDIATE RESULTS OF ELECTIONS]

| Congress | Years | Senate | | | | | House of Representatives | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Number of Senators | Democrats | Republicans | Other Parties | Vacant | Number of Representatives | Democrats | Republicans | Other Parties | Vacant |
| 40th | 1867–1869 | 53 | 11 | 42 | | | 193 | 49 | 143 | | 1 |
| 41st | 1869–1871 | 74 | 11 | 61 | | 2 | 243 | 73 | 170 | | |
| 42d | 1871–1873 | 74 | 17 | 57 | | | 243 | 104 | 139 | | |
| 43d | 1873–1875 | 74 | 19 | 54 | | 1 | 293 | 88 | 203 | | 2 |
| 44th | 1875–1877 | 76 | 29 | 46 | | 1 | 293 | 181 | 107 | 3 | 2 |
| 45th | 1877–1879 | 76 | 36 | 39 | 1 | | 293 | 156 | 137 | | |
| 46th | 1879–1881 | 76 | 43 | 33 | | | 293 | 150 | 128 | 14 | 1 |
| 47th | 1881–1883 | 76 | 37 | 37 | 2 | | 293 | 130 | 152 | 11 | |
| 48th | 1883–1885 | 76 | 36 | 40 | | | 325 | 200 | 119 | 6 | |
| 49th | 1885–1887 | 76 | 34 | 41 | | 1 | 325 | 182 | 140 | 2 | 1 |
| 50th | 1887–1889 | 76 | 37 | 39 | | | 325 | 170 | 151 | 4 | |
| 51st | 1889–1891 | 84 | 37 | 47 | | | 330 | 156 | 173 | 1 | |
| 52d | 1891–1893 | 88 | 39 | 47 | 2 | | 333 | 231 | 88 | 14 | |
| 53d | 1893–1895 | 88 | 44 | 38 | 3 | 3 | 356 | 220 | 126 | 10 | |
| 54th | 1895–1897 | 88 | 39 | 44 | 5 | | 357 | 104 | 246 | 7 | |
| 55th | 1897–1899 | 90 | 34 | 46 | 10 | | 357 | 134 | 206 | 16 | 1 |
| 56th | 1899–1901 | 90 | 26 | 53 | 11 | | 357 | 163 | 185 | 9 | |
| 57th | 1901–1903 | 90 | 29 | 56 | 3 | 2 | 357 | 153 | 198 | 5 | 1 |
| 58th | 1903–1905 | 90 | 32 | 58 | | | 386 | 178 | 207 | | 1 |
| 59th | 1905–1907 | 90 | 32 | 58 | | | 386 | 136 | 250 | | |
| 60th | 1907–1909 | 92 | 29 | 61 | | 2 | 386 | 164 | 222 | | |
| 61st | 1909–1911 | 92 | 32 | 59 | | 1 | 391 | 172 | 219 | | |
| 62d | 1911–1913 | 92 | 42 | 49 | | 1 | 391 | 228 | 162 | 1 | |
| 63d | 1913–1915 | 96 | 51 | 44 | 1 | | 435 | 290 | 127 | 18 | |
| 64th | 1915–1917 | 96 | 56 | 39 | 1 | | 435 | 231 | 193 | 8 | 3 |
| 65th | 1917–1919 | 96 | 53 | 42 | 1 | | 435 | ¹210 | 216 | 9 | |
| 66th | 1919–1921 | 96 | 47 | 48 | 1 | | 435 | 191 | 237 | 7 | |
| 67th | 1921–1923 | 96 | 37 | 59 | | | 435 | 132 | 300 | 1 | 2 |
| 68th | 1923–1925 | 96 | 43 | 51 | 2 | | 435 | 207 | 225 | 3 | |
| 69th | 1925–1927 | 96 | 40 | 54 | 1 | 1 | 435 | 183 | 247 | 5 | |
| 70th | 1927–1929 | 96 | 47 | 48 | 1 | | 435 | 195 | 237 | 3 | |
| 71st | 1929–1931 | 96 | 39 | 56 | 1 | | 435 | 163 | 267 | 1 | 4 |
| 72d | 1931–1933 | 96 | 47 | 48 | 1 | | 435 | ²216 | 218 | 1 | |
| 73d | 1933–1935 | 96 | 59 | 36 | 1 | | 435 | 313 | 117 | 5 | |
| 74th | 1935–1937 | 96 | 69 | 25 | 2 | | 435 | 322 | 103 | 10 | |
| 75th | 1937–1939 | 96 | 75 | 17 | 4 | | 435 | 333 | 89 | 13 | |
| 76th | 1939–1941 | 96 | 69 | 23 | 4 | | 435 | 262 | 169 | 4 | |
| 77th | 1941–1943 | 96 | 66 | 28 | 2 | | 435 | 267 | 162 | 6 | |
| 78th | 1943–1945 | 96 | 57 | 38 | 1 | | 435 | 222 | 209 | 4 | |
| 79th | 1945–1947 | 96 | 57 | 38 | 1 | | 435 | 243 | 190 | 2 | |
| 80th | 1947–1949 | 96 | 45 | 51 | | | 435 | 188 | 246 | 1 | |
| 81st | 1949–1951 | 96 | 54 | 42 | | | 435 | 263 | 171 | 1 | |
| 82d | 1951–1953 | 96 | 48 | 47 | 1 | | 435 | 234 | 199 | 2 | |
| 83d | 1953–1955 | 96 | 46 | 48 | 2 | | 435 | 213 | 221 | 1 | |
| 84th | 1955–1957 | 96 | 48 | 47 | 1 | | 435 | 232 | 203 | | |
| 85th | 1957–1959 | 96 | 49 | 47 | | | 435 | 234 | 201 | | |
| 86th | 1959–1961 | 98 | 64 | 34 | | | ³436 | 283 | 153 | | |
| 87th | 1961–1963 | 100 | 64 | 36 | | | ⁴437 | 262 | 175 | | |
| 88th | 1963–1965 | 100 | 67 | 33 | | | 435 | 258 | 176 | | 1 |
| 89th | 1965–1967 | 100 | 68 | 32 | | | 435 | 295 | 140 | | |
| 90th | 1967–1969 | 100 | 64 | 36 | | | 435 | 248 | 187 | | |
| 91st | 1969–1971 | 100 | 58 | 42 | | | 435 | 243 | 192 | | |
| 92d | 1971–1973 | 100 | 54 | 44 | 2 | | 435 | 255 | 180 | | |

16

*Political Divisions of the U.S. Senate and House of Representatives from the 40th Congress to the 117th Congress*
[ALL FIGURES REFLECT IMMEDIATE RESULTS OF ELECTIONS]—Continued

| Congress | Years | Senate ||||| House of Representatives |||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number of Senators | Democrats | Republicans | Other Parties | Vacant | Number of Representatives | Democrats | Republicans | Other Parties | Vacant |
| 93d | 1973-1975 | 100 | 56 | 42 | 2 | | 435 | 242 | 192 | 1 | |
| 94th | 1975-1977 | 100 | 61 | 37 | 2 | | 435 | 291 | 144 | | |
| 95th | 1977-1979 | 100 | 61 | 38 | 1 | | 435 | 292 | 143 | | |
| 96th | 1979-1981 | 100 | 58 | 41 | 1 | | 435 | 277 | 158 | | |
| 97th | 1981-1983 | 100 | 46 | 53 | 1 | | 435 | 242 | 192 | 1 | |
| 98th | 1983-1985 | 100 | 46 | 54 | | | 435 | 269 | 166 | | |
| 99th | 1985-1987 | 100 | 47 | 53 | | | 435 | 253 | 182 | | |
| 100th | 1987-1989 | 100 | 55 | 45 | | | 435 | 258 | 177 | | |
| 101st | 1989-1991 | 100 | 55 | 45 | | | 435 | 260 | 175 | | |
| 102d | 1991-1993 | 100 | 56 | 44 | | | 435 | 267 | 167 | 1 | |
| 103d | 1993-1995 | 100 | 57 | 43 | | | 435 | 258 | 176 | 1 | |
| 104th | 1995-1997 | 100 | 48 | 52 | | | 435 | 204 | 230 | 1 | |
| 105th | 1997-1999 | 100 | 45 | 55 | | | 435 | 207 | 226 | 2 | |
| 106th | 1999-2001 | 100 | 45 | 55 | | | 435 | 211 | 223 | 1 | |
| 107th | 2001-2003 | 100 | 50 | 50 | | | 435 | 212 | 221 | 2 | |
| 108th | 2003-2005 | 100 | 48 | 51 | 1 | | 435 | 204 | 229 | 1 | 1 |
| 109th | 2005-2007 | 100 | 44 | 55 | 1 | | 435 | 202 | 232 | 1 | |
| 110th | 2007-2009 | 100 | 49 | 49 | 2 | | 435 | 233 | 202 | | |
| 111th | 2009-2011 | 100 | 55 | 41 | 2 | 2 | 435 | 256 | 178 | | 1 |
| 112th | 2011-2013 | 100 | 51 | 47 | 2 | | 435 | 193 | 242 | | |
| 113th | 2013-2015 | 100 | 53 | 45 | 2 | | 435 | 200 | 234 | | 1 |
| 114th | 2015-2017 | 100 | 44 | 54 | 2 | | 435 | 188 | 247 | | |
| 115th | 2017-2019 | 100 | 46 | 52 | 2 | | 435 | 194 | 241 | | |
| 116th | 2019-2021 | 100 | 45 | 53 | 2 | | 435 | 235 | 199 | | 1 |
| 117th | 2021-2023 | 100 | 46 | 51 | 2 | 1 | 435 | 222 | 212 | | 1 |

[1] Democrats organized House with help of other parties.
[2] Democrats organized House due to Republican deaths.
[3] Proclamation declaring Alaska a State issued Jan. 3, 1959.
[4] Proclamation declaring Hawaii a State issued Aug. 21, 1959.

*Senators and Representatives of the One Hundred Seventeenth Congress Who Have Died, or Resigned, and Their Successors*

| Name | Died or resigned | Successor | Elected | Sworn in |
|---|---|---|---|---|
| SENATORS | | | | |
| Kamala D. Harris, CA | January 18, 2021[1] | Alex Padilla | | January 20, 2021 |
| *Kelly Loeffler*, GA | January 20, 2021[3] | Raphael G. Warnock | January 5, 2021 | January 20, 2021 |
| REPRESENTATIVES | | | | |
| *Luke J. Letlow*, 5th LA | December 29, 2020[2] | Julia Letlow | March 20, 2021 | April 14, 2021 |
| Cedric L. Richmond, 2d LA | January 15, 2021[1] | Troy A. Carter | April 24, 2021 | May 11, 2021 |
| *Ron Wright*, 6th TX | February 7, 2021[2] | *Jake Ellzey* | July 27, 2021 | July 30, 2021 |
| Marcia L. Fudge, 11th OH | March 10, 2021[1] | Shontel M. Brown | November 2, 2021 | November 4, 2021 |
| Debra A. Haaland, 1st NM | March 16, 2021[1] | Melanie A. Stansbury | June 1, 2021 | June 14, 2021 |
| Alcee L. Hastings, 20th FL | April 6, 2021[2] | Sheila Cherfilus-McCormick | January 11, 2022 | January 18, 2022 |
| *Steve Stivers*, 15th OH | May 16, 2021[1] | *Mike Carey* | November 2, 2021 | November 4, 2021 |
| *Devin Nunes*, 22d CA | January 1, 2022[1] | *Connie Conway* | June 7, 2022 | June 14, 2022 |
| *Jim Hagedorn*, 1st MN | February 17, 2022[2] | *Brad Finstad* | August 9, 2022 | August 12, 2022 |
| *Don Young*, At Large AK | March 18, 2022[2] | Mary Sattler Peltola | August 16, 2022 | September 13, 2022 |
| *Jeff Fortenberry*, 1st NE | March 31, 2022[1] | *Mike Flood* | June 28, 2022 | July 12, 2022 |
| *Filemon Vela*, 34th TX | March 31, 2022[1] | *Mayra Flores* | June 14, 2022 | June 21, 2022 |
| *Tom Reed*, 23d NY | May 10, 2022[1] | *Joseph Sempolinski* | August 23, 2022 | September 13, 2022 |
| Antonio Delgado, 19th NY | May 25, 2022[1] | Patrick Ryan | August 23, 2022 | September 13, 2022 |
| *Jackie Walorski*, 2d IN | August 3, 2022[2] | *Rudy Yakym III* | November 8, 2022 | November 14, 2022 |
| Charlie Crist, 13th FL | August 31, 2022[1] | | | |
| Theodore E. Deutch, 22d FL | September 30, 2022[1] | | | |
| A. Donald McEachin, 4th VA | November 28, 2022[2] | | | |
| Karen Bass, 37th CA | December 9, 2022[1] | | | |

[1] Resigned.
[2] Died.
[3] Appointed as an interim Senator.