

Blog   Subscribe   Plans & Pricing   A. Turd   Ai Art   Aliens   Bleck   Bullies   Climate Hysteria   More



Log In



YOU'VE ARRIVED!
FRENSWELCOM

Naturally Curious

Let's Chat!

## Subscribe Form

e.g., email@example.com                          Join

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### TRIAL EXHIBIT 500

Case No._22-CR-00426-JSC

Date Entered_____

By_____
          Deputy Clerk

DEPAPE-0001236



Log in

Why Colleges are becoming Cults



Black Adam

The critics are fucking commie gate keepers. They love the shittiest movies ever as long as those movies are shitty because they always...



Blog   Subscribe   Plans & Pricing   A. Turd   Ai Art   Aliens   Bleck   Bullies   Climate Hysteria   More

 Log In



# Choose your pricing plan



## OnLy FrENs 2uy7uy

$
0

This content is for Frenly Frens ONLY

Free Plan

Select

Stuff



## NoN FrEns

$
1000000

Get all the same content but pay threw the ass.

Select

Same stuff as FrEnS PlAn



info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

Let's Chat!

DEPAPE-0001238

Blog   Subscribe   Plans & Pricing   A. Turd   Aliens   Bleck   Bullies   Climate Hysteria   More

🔍 Search...

👤 Log In

| Blog |
|---|
| Subscribe |
| Plans & Pricing |
| A. Turd |
| Ai Art |
| Aliens |
| Bleck |
| Bullies |
| Climate Hysteria |
| Communism |
| Corruption |
| Covid |
| Da Jewbs |
| Gamer Gate |
| Great Reset |
| Groomer Schools |
| Guns |
| Humor |
| Immigrants |
| James Lindsey |
| Jesuits |
| Kids |
| Memes |
| Pedo Gate |
| Propaganda |
| Red Skull |
| Spirituality |
| Trannies |
| Ukraine |
| Uncategorized |
| Voter Fraud |
| wAmEn |
| Home |

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   More ⌄



daviddepape 👑
Sep 12 · 0 min

### A. Turd

149 views   0 comments                                    ♡



I want to change my story again to make it more believable. It's a NEW light.

Okay which light in the penthouse has lightbulbs that make red tinted light?

Well you see it's like this. I took the first photo. Then I ordered special red light producing lights off amazon because red light are a non typical

daviddepape 👑
Aug 29 · 0 min

### Fabricated Evidence

68 views   0 comments                                    ♡

💬 Let's Chat!

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001239



Search...

Blog   Subscribe   Plans & Pricing   A. Turd   Ai Art   Aliens   Bleck   Bullies   Climate Hysteria   More...

Log In

- Blog
- Subscribe
- Plans & Pricing
- A. Turd
- Ai Art
- Aliens
- Bleck
- Bullies
- Climate Hysteria
- Communism
- Corruption
- Covid
- Da Jewbs
- Gamer Gate
- Great Reset
- Groomer Schools
- Guns
- Humor
- Immigrants
- James Lindsey
- Jesuits
- Kids
- Memes
- Pedo Gate
- Propaganda
- Red Skull
- Spirituality
- Trannies
- Ukraine
- Uncategorized
- Voter Fraud
- wAmEn
- Home

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   Gamer Gate



daviddepape
Sep 25 · 1 min

### Ai Art: Remastering

Prompt: star wars, rebels, propaganda, bad guys, space battle, cinematic, photo realistic, detailed Remastered: I couldn't tell where...

47 views   0 comments

daviddepape
Sep 24 · 0 min

### Ai Art: Fairy Bottle

13 views   0 comments

daviddepape
Sep 24 · 1 min

### Ai Art: Faries Best of.

For these one's I used multiple humanoid prompts so it would pull towards human features more. beautiful girl, tinkerbell, fairy wings

13 views   0 comments

daviddepape
Sep 24 · 1 min

### Ai Art: Fairies 1st and 2nd attempt.

prompt: fairy, realistic, detailed, angelic, by Jue Li artstation I did a variation of 1. Another try. Probably copied this prompt off...

18 views   0 comments

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001240



Blog   Subscribe   Plans & Pricing   A. Turd   Ai Art   Aliens   Bleck   Bullies   Climate Hysteria   More

Search...

Log In

| Blog |
| Subscribe |
| Plans & Pricing |
| A. Turd |
| Ai Art |
| Aliens |
| Bleck |
| Bullies |
| Climate Hysteria |
| Communism |
| Corruption |
| Covid |
| Da Jewbs |
| Gamer Gate |
| Great Reset |
| Groomer Schools |
| Guns |
| Humor |
| Immigrants |
| James Lindsey |
| Jesuits |
| Kids |
| Memes |
| Pedo Gate |
| Propaganda |
| Red Skull |
| Spirituality |
| Trannies |
| Ukraine |
| Uncategorized |
| Voter Fraud |
| wAmEn |
| Home |

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   More ⌄



daviddepape
Aug 26 · 2 min

## Aliens

So the first thing you need to know about first contact. You all have some fairy tale ET idea of first contact. First contact isn't as...

406 views

Let's Chat!

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001241

Blog

Subscribe

Plans & Pricing

A. Turd

Ai Art

Aliens

Bleck

Bullies

Climate Hysteria

Communism

Corruption

Covid

Da Jeebs

Gamer Gate

Great Reset

Groomer Schools

Guns

Humor

Immigrants

Jesuits

Kids

Memes

Pedo Gate

Propaganda

Red Skull

Spirituality

Trannies

Uncategorized

Voter Fraud

wAmEn

Home

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Com...



Oct 19 · 1 min

### Balcks Nda jEwS

We are ALL the Jews slave race. Now they want us
to GLORIFY the blacks who SOLD you into slavery. Don't
forget to HATE...

237 views    0 comments



Oct 19 · 2 min

### Ye

Ya I remember the backlash and insults when I was in
support of Trump. Lets get into George Floyd before I forget.
What's the...

466 views    0 comments

DEPAPE-0001242



Blog   Subscribe   Plans & Pricing   A. Turd   Ai Art   Aliens   Bleck   Bullies   Climate Hysteria   More

Search...

Log In

| Blog |
| Subscribe |
| Plans & Pricing |
| A. Turd |
| Ai Art |
| Aliens |
| Bleck |
| Bullies |
| Climate Hysteria |
| Communism |
| Corruption |
| Covid |
| Da Jewbs |
| Gamer Gate |
| Great Reset |
| Groomer Schools |
| Guns |
| Humor |
| Immigrants |
| James Lindsey |
| Jesuits |
| Kids |
| Memes |
| Pedo Gate |
| Propaganda |
| Red Skull |
| Spirituality |
| Trannies |
| Ukraine |
| Uncategorized |
| Voter Fraud |
| wAmEn |
| Home |

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   More



daviddepape
Sep 17 · 0 min

### Ai Generated Music Video Deltron 3030 Virus

82 views   0 comments

De-cipitate they plans in their face and catch the fever

daviddepape
Aug 23 · 0 min

### Bullies

121 views   0 comments

Let's Chat!

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001243



Blog  Subscribe  Plans & Pricing  A. Turd  Ai Art  Aliens  Bleck  Bullies  Climate Hysteria  More

Search...

Log In

| Blog | All Posts | Aliens | A. Turd | Bullies | Climate Hysteria | covid | Communism | Corruption | Gamer Gate |

Subscribe

Plans & Pricing

A. Turd

Ai Art

Aliens

Bleck

Bullies

Climate Hysteria

Communism

Corruption

Covid

Da Jews

Gamer Gate

Great Reset

Groomer Schools

Guns

Humor

Immigrants

James Lindsey

Jesuits

Kids

Memes

Pedo Gate

Propaganda

Red Skull

Spirituality

Trannies

Ukraine

Uncategorized

Voter Fraud

wAmEn

Home



daviddepape
Aug 30 · 0 min

This is what I think of your global warming.

132 views   0 comments

daviddepape
Aug 27 · 0 min

Global Warming

72 views   0 comments

daviddepape
Aug 24 · 6 min

Don't Look Up

Now remember that the thing everyone is freaking out about is the fact that Human Caused CO2 is reflecting a fraction of a fraction of...

167 views   0 comments

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001244



All Posts    About    A Tard    Bullas    Climate Hysteria    covid    Communism    Corruption    More ∨

### Why Colleges are becoming Cults

### Communism explained

*The revolution sponsored by "cult ideas"*

DEPAPE-0001245







Log In

All Posts    Aliens    A. Tard    Bolloo    Climate Hysteria    covid    Communism    Corruption    More +

Dr Steve Turley Durham Bombshell

Fbi corruption Steele Dosier

CONURPT CKA.



Log in

All Posts    Aliens    A Tard    Ballas    Climate Hysteria    covid    Communism    Corruption    More

### A Message to the Unvaccinated

### Giga Vaxxed Chad Dies of Unrelated Causes







Blog
Subscribe
Plans & Pricing
A-Tard
Aliens
Busa
Clime
Climate Hysteria
Communism
Corruption
Covid
Da Joos
Gamer Gate
Great Reset
Greenie Schemes
Guns
Humor
Immigrants
James Lindsay
Jesuits
Kike
Movies
Pedo Gate
Propaganda
Red Skull
Spirituality
Trannies
Ukraine
Uncategorized
Voter Fraud
wokelts
Home

### Putin you in on this?

WLF That's some pretty out sleeng going on if true. Bomb the country into shit as the resident leave. Buy the back-up for cheap. Then...

### Da JuWISH SNAKE DeR IsReEl

So this big question, Palestine or Israel? The answer is really simple. Dissolve the state of Palestine and kick out an Palestinians that...

DEPAPE-0001248



Blog  Subscribe  Plans & Pricing  A. Turd  AI Art  Aliens  Bleck  Bullies  Climate Hysteria  More  🔍 Search...

Log In

Blog
Subscribe
Plans & Pricing
A. Turd
AI Art
Aliens
Bleck
Bullies
Climate Hysteria
Communism
Corruption
Covid
Da Jewbs
Gamer Gate
Great Reset
Groomer Schools
Guns
Humor
Immigrants
James Lindsey
Jesuits
Kids
Memes
Pedo Gate
Propaganda
Red Skull
Spirituality
Trannies
Ukraine
Uncategorized
Voter Fraud
wAmEn
Home

All Posts  Aliens  A. Turd  Bullies  Climate Hysteria  covid  Communism  Corruption  Gamer Gate



daviddepape
Aug 23 · 15 min

## Gamer Gate

How did I get into all this. Gamer gate it was gamer gate. So what is gamer gate? It is many things and their are many different aspects...

235 views    0 comments

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001249



Blog   Subscribe   Plans & Pricing   A. Turd   Ai Art   Aliens   Bleck   Bullies   Climate Hysteria   More   Search...

Log In



All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   Gamer Gate



daviddepape
Sep 17 · 0 min

Social Credit Score coming to a nation near you

48 views    0 comments

daviddepape
Sep 17 · 0 min

You will own nothing and be happy

62 views    0 comments

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001250



Blog  Subscribe  Plans & Pricing  A. Turd  Ai Art  Aliens  Bleck  Bullies  Climate Hysteria  More  Q Search...

🔵 Log In

Blog
Subscribe
Plans & Pricing
A. Turd
Ai Art
Aliens
Bleck
Bullies
Climate Hysteria
Communism
Corruption
Covid
Da Jewbs
Gamer Gate
Great Reset
Groomer Schools
Guns
Humor
Immigrants
James Lindsey
Jesuits
Kids
Memes
Pedo Gate
Propaganda
Red Skull
Spirituality
Trannies
Ukraine
Uncategorized
Voter Fraud
wAmEn
Home

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   More ∨



daviddepape 👑
Sep 16 · 0 min

**Groomer Schools 2: Queer Futurity and the Sexual Abuse of Your Children**

107 views   0 comments

daviddepape 👑
Sep 16 · 0 min

**Groomer Schools 3: Creation of an American Red Guard**

22 views   0 comments

daviddepape 👑
Sep 16 · 0 min

**Groomer Schools 4: Drag Queen Story Hour**

2:21:16 "a man dressed as a highly sexualized woman interacting with your children" An abnormal man interacting with your children in a...

40 views   0 comments

daviddepape 👑
Aug 23 · 3 min

**Groomer Schools 1: The Long Cultural Marxist History of Sex**

11:02 schools should work for YOU. Yet you are being treated like a domestic terrorist for challenging the COMMUNIST agenda in schools....

48 views   0 comments

💬 Let's Chat!

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001251



Blog   Subscribe   Plans & Pricing   A. Turd   Ai Art   Aliens   Bleck   Bullies   Climate Hysteria   More

Log In

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   Gamer Gate

Blog
Subscribe
Plans & Pricing
A. Turd
Ai Art
Aliens
Bleck
Bullies
Climate Hysteria
Communism
Corruption
Covid
Da Jewbs
Gamer Gate
Great Reset
Groomer Schools
Guns
Humor
Immigrants
James Lindsey
Jesuits
Kids
Memes
Pedo Gate
Propaganda
Red Skull
Spirituality
Trannies
Ukraine
Uncategorized
Voter Fraud
wAmEn
Home



daviddepape
Oct 13 · 1 min

dEr fOuNdiNg fErtHeRs nEvEr iMaGaNeded SaCh wEapaNs

Dear Mr. Stupid Person. If assault weapons had existed back then. The founding fathers would have been using assault weapons. If the...

125 views   0 comments                                    2 ♡

daviddepape
Oct 11 · 1 min

Right to bear Arms

Militia just means an armed citizen.

45 views   0 comments                                     1 ♡

daviddepape
Aug 24 · 1 min

Gun Rights

Well regulated means to function properly it does NOT refer to regulations because regulations by their very NATURE infringe upon your ...

43 views   0 comments                                     ♡

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com



DEPAPE-0001253



Blog   Subscribe   Plans & Pricing   A. Turd   Ai Art   Aliens   Bleck   Bullies   Climate Hysteria   More   Search...

Log In

Blog

Subscribe

Plans & Pricing

A. Turd

Ai Art

Aliens

Bleck

Bullies

Climate Hysteria

Communism

Corruption

Covid

Da Jewbs

Gamer Gate

Great Reset

Groomer Schools

Guns

Humor

Immigrants

James Lindsey

Jesuits

Kids

Memes

Pedo Gate

Propaganda

Red Skull

Spirituality

Trannies

Ukraine

Uncategorized

Voter Fraud

wAmEn

Home

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   Gamer Gate



daviddepape
Aug 24 · 1 min

### Where's my MONEY?

Quote Her "where's her money. If her group is connected to muslim terror groups why isn't she getting money to fund her hitler group." ...

73 views   0 comments

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001254



DEPAPE-0001255



Blog | Search...

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   More ⌄

Blog
Subscribe
Plans & Pricing
A. Turd
AI Art
Aliens
Bleck
Bullies
Climate Hysteria
Communism
Corruption
Covid
Da Jewbs
Gamer Gate
Great Reset
Groomer Schools
Guns
Humor
Immigrants
James Lindsey
Jesuits
Kids
Memes
Pedo Gate
Propaganda
Red Skull
Spirituality
Trannies
Ukraine
Uncategorized
Voter Fraud
wAmEn
Home



daviddepape ⭐
Oct 4 · 0 min

Those who do not learn from the
past are doomed to repeat it.

57 views   0 comments                    1 ♡

daviddepape ⭐
Oct 3 · 0 min

Lincon

47 views   0 comments                    1 ♡



Let's Chat!

info@mysite.com

©2022 by FrensWelcom. trkehik u fEr wEbSiTe Wix.com

DEPAPE-0001256







Log In

Blog

Subscribe

Plans & Pricing

A. Turd

AI Art

Animation

Aliens

Black

Bullies

Climate Hysteria

Communism

Corruption

Covid

Da Jeebz

Gamer Gate

Great Reset

Groomer Schools

Guns

Humor

Immigrants

James Lindsay

Jesuits

Memes

Pedo Gate

Propaganda

Red Skull

Spirituality

Trannies

Ukraine

Uncategorized

Voter Fraud

wAmEri

Home

All Posts    Aliens    A. Turd    Bullies    Climate Hysteria    covid    Communism    Corruption    More ∨



Let's Chat!



davidfauzee ✦
2 Sep ago · 1 min

Probably pissed he wasn't getting any. I didn't say it but I was laughing my ass off the whole time thinking it. I was waiting for a good...

1.8 K views    0 comments              1 ♡

davidfauzee ✦
2 Sep ago · 3 min

## May 16

1.8 K views    0 comments              1 ♡

info@mysite.com

©2021 by Planetdotcom. Made with Wix.com



Blog  Subscribe  Plans & Pricing  A. Turd  Ai Art  Aliens  Bleck  Bullies  Climate Hysteria  More

Log In

Blog
Subscribe
Plans & Pricing
A. Turd
Ai Art
Aliens
Bleck
Bullies
Climate Hysteria
Communism
Corruption
Covid
Da Jewbs
Gamer Gate
Great Reset
Groomer Schools
Guns
Humor
Immigrants
James Lindsey
Jesuits
Kids
Memes
Pedo Gate
Propaganda
Red Skull
Spirituality
Trannies
Ukraine
Uncategorized
Voter Fraud
wAmEn
Home

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   More ∨



daviddepape
Oct 15 · 1 min

**It's not okay to be white**

Say der tolerant people.

43 views   0 comments                    1 ♥



daviddepape
Oct 15 · 1 min

**Fash-Tag Symbol of the New-Nazi's**

Claims of systemic racism and white privilege are the modern equivalent of Nazi antisemitism. The FASH-TAG symbol of the new...

32 views   0 comments                    1 ♥

info@mysite.com

©2022 by FrensWelcom: tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001258

Blog
Subscribe
Plans & Pricing
A. Turd
Alienz
Black
Buffes
Climate Hysteria
Communion
Corruption
Covid
Da Jewria
Gamer Gate
Ghoul Reset
Boomer Schools
Guns
Humor
Immigrants
James Lindsay
Jesuits
Kids
Memes
Pedo Care
Propaganda
Red Skull
Titanies
Ukraine
Uncategorized
Voter Fraud
advdfm
Home

All Posts   Alienz   A. Turd   Buffes   Climate Hysteria   covid   Communion   Corruption   More ∨



**Hilaries hot sauce**



**Franklin Credit Union cover up**

info@mysite.com

©2023 by FocusAdvisor. Made by All rights for this site.



The following video has been censored by Google for containing to much truthiness.



### Disinformation Board



### Canada Embarrassingly Tyrannical Shithole



### Why no one trusts the mainstream media





### Mainstream Media caught pushing propaganda



### In Shadow



### Sequel to fall of the Cabal: part 11 to 17



### Sequel to fall of the Cabal : part 18 to 24



### Sequel to fall of the Cabal: part 5 to 10



### Sequel to the fall of the Cabal: part 1-4



### Fall of the Cabal



### Paid propagandists.



### Let them eat Cake



### You daily dose of Censorship



### Covid



### Guberment Collusion



### Moon landing



### Ministry of LIES

### How I know we are winning

### Candace VS Lying Snakes

### The Big Lie



DEPAPE-0001261



Blog
Babalon
Mars & Prime
A Tarol
A Text
Alien
Aliens
Climate Systems
Communism
Corruption
Covid
Cygnus
Cy Jesus
Game Gate
God
Hunor
Immigrate
James Lindsay
Jesuits
Sick
Movies
Pedo Gate
Propaganda
Red Skull
Satinists
Trannies
Ukraine
Uncategorized
Voter Fraud
wizards
Home

All Posts   Alien   A Tarol   Balbo   Climate Hysteria   covid   Communism   Corruption   Game Gate

**Primacy of Consciousness and Quantum Mechanics**

Text is to small to read on 17 images 3. Materialism (Materialism is a form of philosophical monism that hold that matter is the...

0 vow · 0 comments

**Children of God**

Human Caltolos believe that God sent a dwm to earth in human form, as Jesus said: "I and the Father are one" (John 10:30). Maimonides...

0 vow · 0 comments

**Belief Creates Reality**

So belief creates reality. Some skeptic lose that any brbbly thinks, "So if I believe I can fly and go up to my sadels window soter...

0 vow · 0 comments

**Atheism**

0 vow · 0 comments

**Mark of the Beast**

Jesois am the lovely of Jesus.

0 vow · 0 comments

**What you look like to a Gnostic**

0 vow · 0 comments

**Da woo**

0 vow · 0 comments

**Primacy of Consciousness**

0 vow · 0 comments

**Secret Teachings**

0 vow · 0 comments

**How ter B a Christian**

0 vow · 0 comments

**Whore of Babylon**

0 vow · 0 comments

**Anti Christ**

2 Corinthians 11:13-15 KMS " Just as Eve was deceived by the serpent's cunning, your minds may somehow be led astray from your sincere...

0 vow · 0 comments

**Abigensis Crusade**

0 vow · 0 comments

**They are not all Isreal, who are Isreal.**

Yet Isreal Through out the bible this is translated as Israel. The word Isreal seems to be a mistranslation of. The name means to stray, to overcome. These...

0 vow · 0 comments

**Gnosticism**

0 vow · 0 comments

**Parable of the weeds**

Something at the back of the bible I found interesting. Daniel in Mk 13, Mk 4 and Lk 8 we read of the parable of the sower sowing the...

0 vow · 0 comments

**Robert Sepher: Lost Gospel of Thomas**

0 vow · 0 comments

**Gnosticism**

In 974 A.D if you are a christian and you believe in Heaven you believe in a gnostic afterlife. The Anti Christ theology would be the...

0 vow · 0 comments

**DeR bEbLe iS dA wErD aF GaWd**

Biblical scholarship proves De beble is still wErD aF Gawd When manuscript that DIDN'T make it where by MIRACLE found. It didn't contain...

0 vow · 0 comments

**Jesus is the Anti Christ**



Blog  Subscribe  Plans & Pricing  A. Turd  Ai Art  Aliens  Bleck  Bullies  Climate Hysteria  More

Log In

Blog
Subscribe
Plans & Pricing
A. Turd
Ai Art
Aliens
Bleck
Bullies
Climate Hysteria
Communism
Corruption
Covid
Da Jewbs
Gamer Gate
Great Reset
Groomer Schools
Guns
Humor
Immigrants
James Lindsey
Jesuits
Kids
Memes
Pedo Gate
Propaganda
Red Skull
Spirituality
Trannies
Ukraine
Uncategorized
Voter Fraud
wAmEn
Home

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   Gamer Gate



daviddepape
Oct 13 · 1 min

## Da Tranzes

If your an adult and you want to chop your fucking dick off and staple it to your fore head and run around pretending that makes you a...

172 views    0 comments    1

daviddepape
Oct 3 · 1 min

## Transgender is not a protect identity group

Identity protection applies to IMMUTABLE characteristics.Things you CAN'T change about yourself. The reason identity protection doesn't...

58 views    0 comments    2

daviddepape
Sep 19 · 0 min

## Trannies

67 views    0 comments    1

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001263



DEPAPE-0001264



DEPAPE-0001265



Blog  Subscribe  Plans & Pricing  A. Turd  AI Art  Aliens  Bleck  Bullies  Climate Hysteria  More

🔍 Search...

👤 Log In



Blog
Subscribe
Plans & Pricing
A. Turd
AI Art
Aliens
Bleck
Bullies
Climate Hysteria
Communism
Corruption
Covid
Da Jewbs
Gamer Gate
Great Reset
Groomer Schools
Guns
Humor
Immigrants
James Lindsey
Jesuits
Kids
Memes
Pedo Gate
Propaganda
Red Skull
Spirituality
Trannies
Ukraine
Uncategorized
Voter Fraud
wAmEn
Home

All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   More ∨



daviddepape ⬥
Sep 27 · 1 min

## No evidence of election fraud

Any journalist saying that should be dragged straight out into the street and shot. the Navarro Report

372 views   0 comments                                    1 ♡

daviddepape ⬥
Aug 26 · 1 min

## Voting rights

People are innocent until proven guilty. Votes are NOT. Votes are guilty until proven innocent because if we QUOTE count "EVERY VOTE"...

100 views   1 comment                                      ♡

info@mysite.com

©2022 by FrensWelcom. tHeNk u fEr wEbSiTe Wix.com

DEPAPE-0001266



Blog

Subscribe

Plans & Pricing

A. Turd

Aliens

Black

Bullies

Climate Hysteria

Communism

Covid

Da Jewks

Gamer Gate

Great Reset

Groomer Schools

Guns

Humor

Immigrants

James Lindsey

Jesuits

Kids

Memes

Pedo Gate

Propaganda

Red Skull

Spirituality

Trannies

Ukraine

Uncategorized

Voter Fraud

wAmEn

Home



Blog   Subscribe   Plans & Pricing   All Posts   Aliens   A. Turd   Bullies   Climate Hysteria   covid   Communism   Corruption   Gamer Gate





Log In



daviddepape
Oct 11 · 1 min

Da wEg GeP



100 views   0 comments



daviddepape
Oct 11 · 1 min

wApD



45 views   0 comments

## 1 in 5 Women Raped at College

daviddepape
Oct 10 · 1 min

The SJW Lie



55 views   0 comments



daviddepape

Reply

So after my last post about women being problematic alot of
guys where wondering if their girls are to slutty and what
appropriate attire...

107 views   0 comments



daviddepape
Sep 12 · 1 min

eQuaLiTy fEr wAmEn

So feminists are always talking about how they want equality.



0 comments



daviddepape
Aug 27 · 1 min

eQaLtY fEr wAmEn



15 views   0 comments



daviddepape
Aug 27 · 16 min

Kesha

Kesha lawsuit. So first off let me start by explaining how a
contract works. So lets say she's some nobody on the street and
they help...

28 views   0 comments



daviddepape
Aug 25 · 1 min

Women are systemically oppressed

Women want equality. Then they should be paying 30% of the
child support. Actually to make up PAST oppression. Children
should be taki...

30 views   0 comments



daviddepape
Aug 25 · 1 min

10-20% They where asking for it.
They wanted it.

I'm starting to think they are importing Muslims to normalise
pedophilia. Instead of going there the slow process of
normalizing ...

10 views   0 comments



daviddepape
Aug 25 · 1 min

Feminist gets owned

Men are the Stuck Women is where reproduction occurs. Men is
where selection occurs. You can see it in alot of animals. ALL the
women...

30 views   0 comments



daviddepape
Aug 24 · 1 min

After careful consideration I
realized

Women are problematic. Were probably gonna hafta ban women
because communism. Here let me show you another example
Clearly as you can see...

30 views   0 comments



daviddepape
Aug 23 · 1 min

This is what a dumb bitch looks like.

Does she not realize she is competing in a different league. She's
lucky the Olympics is broken up into 3 different leagues.
Special...

39 views   0 comments



DEPAPE-0001267







Blog

Subscribe

Plans & Pricing

A. Turd

Aliens

Aliens

Bleck

Bullies

Climate Hysteria

Communism

Covid

Da Jewks

Gamer Gate

Great Reset

Groomer Schools

Guns

Humor

Immigrants

Jesuits

Kids

Memes

Pedo Gate

Propaganda

Red Skull

Spirituality

Trannies

Ukraine

Uncategorized

Voter Fraud

wAmEn

Home

All Posts | Aliens | A. Turd | Bullies | Climate Hysteria | covid | Communism | Corruption | Gamer Gate





### Da wEg GeP



### wApD





### The SJW Lie





### Reply

So after my last post about women being problematic alot of guys where wondering if their girls are to slutty and what appropriate attire..





### eQuALiTy fEr wAmEn

So feminists are always talking about how they want equality.





### eQaLiY fEr wAmEn



### Kesha

Kesha lawsut. So first off let me start by explaining how a contract works. So lets say she's some nobody on the street and they help...



### Women are systemically oppressed

Women want equality. Then they should be paying 50% of the child support. Actually to make up PAST oppression. Children should be take...



### 10-20% They where asking for it. They wanted it.

I'm starting to think they are importing Muslins to normalise pedophilia. Instead of going there the slow process of normalizing ...



### Feminist gets owned

Men are the Stude Women is where reproduction occurs. Men is where selection occurs. You can see it in alot of animals. ALL the women..



### After careful consideration I realized

Women are problematic. Were probably gonna hafta ban women because communism. Here let me show you another example. Clearly as you can see...

### This is what a dumb bitch looks like.

Does she not realize she is competing in a different league. She's lucky the Olympics is broken up into 3 different leagues. Special,...