

**October 21, 2022**
Friday

| | |
|---|---|
| All Day | FYI - HOUSE IN PRO FORMA SESSION AT 11A ET |
| All Day | SECURITY DETAIL - [REDACTED] |
| 8:30 AM - 9:15 AM | DRIVE TIME [REDACTED] Chicago, IL – [REDACTED] Downers Grove, IL |
| 9:15 AM - 10:30 AM | REP. CASTEN ROUNDTABLE DISCUSSION ON WOMEN'S REPRODUCTIVE FREEDOM<br>Location: [REDACTED] Downers Grove, IL 60515<br>Details: [REDACTED] |

| October 21, 2022 Continued |
|---|
| Friday |

**10:35 AM - 11:00 AM**  
**DRIVE TIME** [S, P, I]  
Downers Grove, IL – Chicago O'Hare International Airport

**12:00 PM - 2:45 PM**  
**AMERICAN AIRLINES FLIGHT #** [S, P, I]  
Chicago O'Hare International Airport – Washington National Airport  
Details: [S, P, I]

**3:15 PM - 3:25 PM**  
**PERSONAL APPOINTMENT**  
Location: The Capitol  
(confirmed)

**3:45 PM - 4:00 PM**  
**PHONE CALL WITH** [P, I]  
Location: Conference Room, DCCC, 430 South Capitol Street, SE  
Details: [S, P, I]

**3:45 PM - 5:00 PM**  
**DCCC CALL TIME**  
Location: Conference Room, DCCC, 430 South Capitol Street, SE  
(confirmed)

**5:00 PM - 5:30 PM**  
**VISUAL REP. CARTWRIGHT FOR CONGRESS VIRTUAL EVENT**  
Location: Zoom Room, Basement Level, DCCC, 430 South Capitol Street, SE  
Details: [S, P, I]

**5:30 PM - 5:45 PM**  
**PHONE CALL WITH** [SDC, S, P, I]  
Location: HVC-304, Capitol Visitor Center  
Details: [SDC, S, P, I]

CONFIDENTIAL TREATMENT REQUESTED                    SPEAKER EMERITA PELOSI_002

DEPAPE-0020385

**October 21, 2022 Continued**
Friday

SDC, S, P, I

5:45 PM - 6:15 PM  **VISUAL REP. SUSIE LEE FOR CONGRESS VIRTUAL EVENT**
Location: Zoom Room, Basement Level, DCCC, 430 South Capitol Street, SE
Details:


S, P, I

6:30 PM - 7:00 PM  **VISUAL REP. GOMEZ FOR CONGRESS VIRTUAL EVENT**
Location: Zoom Room, Basement Level, DCCC, 430 South Capitol Street, SE
Details:


S, P, I

CONFIDENTIAL TREATMENT REQUESTED            SPEAKER EMERITA PELOSI_003

DEPAPE-0020386

**October 22, 2022**
Saturday

| Time | Event |
|---|---|
| All Day | **SECURITY DETAIL -** [REDACTED S, P, I] |
| 9:00 AM - 12:00 PM | **DESK TIME**<br>Location: Speaker's Office, H-231, The Capitol<br>(confirmed) |
| 12:00 PM - 3:00 PM | **DCCC CALL TIME**<br>Location: Main Conference Room, DCCC, 430 South Capitol Street, SE<br>(confirmed) |
| 6:30 PM - 7:00 PM | **DROP-BY -** [REDACTED S, P, I] **BIRTHDAY DINNER**<br>Location: Private Dining Room, The Hay Adams, 800 16th Street, NW<br>Details: [REDACTED S, P, I] |



CONFIDENTIAL TREATMENT REQUESTED        SPEAKER EMERITA PELOSI_004

DEPAPE-0020387

**October 23, 2022**
Sunday

| Time | Event |
|---|---|
| All Day | **SECURITY DETAIL -** [REDACTED S, P, I] |
| 9:00 AM - 9:30 AM | **HAIR APPOINTMENT** [REDACTED S, P, I] |
| 9:01 AM - 9:45 AM | **PREP WITH STAFF**<br>Location: [REDACTED S, P, I] Washington, D.C.<br>(confirmed) |
| 9:45 AM - 9:45 AM | **REQUESTED ARRIVAL - MAKEUP APPOINTMENT FOR CBS AND MSNBC INTERVIEWS**<br>Location: CBS News, 2020 M Street, NW<br>Details: [REDACTED S, P, I] |
| 10:30 AM - 10:50 AM | **LIVE SIT-DOWN INTERVIEW WITH MARGARET BRENNAN, CBS' FACE THE NATION**<br>Location: Ground Floor, CBS News, 2020 M Street, NW<br>Details: [REDACTED S, P, I] |
| 11:00 AM - 11:20 AM | **LIVE REMOTE SIT-DOWN INTERVIEW WITH JONATHAN CAPEHART, MSNBC'S THE SUNDAY SHOW**<br>Location: Mobile Studio Van, CBS News, 2020 M Street, NW<br>Details: [REDACTED S, P, I] |
| 5:15 PM - 5:45 PM | **DRIVE TIME**<br>[REDACTED S, P, I] Washington, D.C. - Andrews Air Force Base |

CONFIDENTIAL TREATMENT REQUESTED    SPEAKER EMERITA PELOSI_005

DEPAPE-0020388

## October 23, 2022 Continued
Sunday

**5:30 PM - 6:00 PM**  **PHONE CALL WITH PRESIDENT BIDEN AND SENATOR SCHUMER**
Location: S, P, I Washington, D.C.
Details:
S, P, I

**6:00 PM - 6:00 PM**  **CODEL MILAIR FLIGHT WHEELS UP -** SDC, S, P, I
Andrews Air Force Base (KADW) - Shannon Airport, Ireland (EINN) - Zagreb Franjo Tuđman Airport, Croatia (LZDA)
Details:
SDC, S, P, I

CONFIDENTIAL TREATMENT REQUESTED   SPEAKER EMERITA PELOSI_006

DEPAPE-0020389

**October 26, 2022**
Wednesday

| Time | Event |
|---|---|
| All Day | **SECURITY DETAIL -** ■ S, P, I ■ S, P, I ■ |
| 9:30 AM - 10:00 AM | **HAIR APPOINTMENT** ■ S, P, I ■<br>Location: ■ S, P, I ■ San Francisco, CA 94104<br>■ S, P, I ■ |
| 10:10 AM - 10:25 AM | **PREP WITH STAFF**<br>Location: ■ S, P, I ■ San Francisco, CA |
| 10:30 AM - 11:20 AM | **REMARKS - GOLDEN GATE NATIONAL RECREATION AREA (GGNRA) 50TH ANNIVERSARY CELEBRATION**<br>Location: Great Meadow Park at Fort mason (near Phillip Burton Statue), 201 Fort Mason, San Francisco, CA 94123<br>Details:<br>■ S, P, I ■ |
| 3:30 PM - 3:45 PM | **HOLD FOR TIME TENT: TAPE POLITICAL VIDEO GREETINGS**<br>Location: Beyond Pix, 3rd Floor, 950 Battery Street, San Francisco, CA 94111<br>Details: TBD<br>■ S, P, I ■ |

CONFIDENTIAL TREATMENT REQUESTED    SPEAKER EMERITA PELOSI_007

DEPAPE-0020390

| October 26, 2022 Continued |
| --- |
| Wednesday |

**4:00 PM - 4:30 PM**  VISUAL NP4C POLITICAL GROUPS VIRTUAL GRASSROOTS EVENT WITH REP. JULIA BROWNLEY
Location: Beyond Pix, 3rd Floor, 950 Battery Street, San Francisco, CA 94111
Details: TBD
S, P, I
[redacted]

**4:45 PM - 4:55 PM**  HOLD FOR TIME TENT: CAST ELECTION BALLOT
Location: North Beach Library, 850 Columbus Ave, San Francisco, CA 94133
S, P, I
[redacted]

CONFIDENTIAL TREATMENT REQUESTED    SPEAKER EMERITA PELOSI_008

DEPAPE-0020391

**October 27, 2022**
Thursday

**All Day**  SECURITY DETAIL - [S, P, I] [REDACTED S, P, I]

**8:00 AM - 9:00 AM**  NP4C TEAM PELOSI SAN FRANCISCO "KEEP IT BLUE HQ" LISTENING SESSION
Location: Team Pelosi San Francisco HQ, 541 Castro Street, San Francisco, CA 94114
Details: [REDACTED S, P, I]

**10:00 AM - 5:50 PM**  MILAIR FLIGHT - [S, P, I]
San Francisco Airport - Andrews Air Force Base
Details: [REDACTED S, P, I]

**7:00 PM - 9:30 PM**  NATIONAL ITALIAN AMERICAN FOUNDATION (NIAF) VIP DINNER
Location: Café Milano, 3251 Prospect Street, NW
Details: [REDACTED S, P, I]

CONFIDENTIAL TREATMENT REQUESTED     SPEAKER EMERITA PELOSI_009

DEPAPE-0020392

**October 27, 2022 Continued**
Thursday



S, P, I

CONFIDENTIAL TREATMENT REQUESTED     SPEAKER EMERITA PELOSI_010

DEPAPE-0020393

**October 28, 2022**
Friday

| | | |
|---|---|---|
| **All Day** | | FYI - HOUSE IN PRO FORMA SESSION AT 10A ET |
| **All Day** | | SECURITY DETAIL - [redacted S, P, I] |
| **8:00 AM - 8:30 AM** | | HAIR APPOINTMENT [redacted S, P, I] |
| **8:30 AM - 8:45 AM** | | MAKEUP APPOINTMENT [redacted S, P, I] |
| **9:00 AM - 10:00 AM** | | CLASSIFIED BRIEFING<br>Location: HVC-304, Capitol Visitor Center<br>- Details: [redacted SDC, S, P, I] |
| **10:15 AM - 10:30 AM** | | PRESS PREP<br>Location: Speaker's Office, H-231, The Capitol<br>(confirmed) |
| **10:30 AM - 10:50 AM** | | LIVE-TO-TAPE SIT-DOWN INTERVIEW WITH ANDY SCHULMAN, OWNER AND CREATIVE DIRECTOR, DOWNSTREAM MEDIA - PBS'S GREAT PERFORMANCES "REMEMBER THIS" FILM ON JAN KARSKI<br>Location: Speaker's Ceremonial Office, H-217, The Capitol<br>Details: [redacted S, P, I] |
| **11:00 AM - 11:20 AM** | | VISUAL MEETING WITH [redacted SDC, S, P, I] OF UKRAINE<br>Location: Speaker's Conference Room, H-230, The Capitol<br>Details: [redacted SDC, S, P, I] |
| **11:30 AM - 11:50 AM** | | SCHEDULING MEETING<br>Location: Speaker's Office, H-231, The Capitol<br>(confirmed) |

CONFIDENTIAL TREATMENT REQUESTED                    SPEAKER EMERITA PELOSI_011

DEPAPE-0020394

| October 28, 2022 Continued |
|---|
| Friday |

**12:00 PM - 12:50 PM**   **DESK TIME**
Location: Speaker's Office, H-231, The Capitol
(confirmed)

**1:00 PM - 2:00 PM**   **VISUAL POLITICAL CALIFORNIA DEMOCRATIC DELEGATION VIRTUAL MEETING**
Location: Main Conference Room, DCCC, 430 South Capitol Street, SE
Details:

S, P, I

[redacted]

**2:00 PM - 5:00 PM**   **DCCC CALL TIME**
Location: Main Conference Room, DCCC, 430 South Capitol Street, SE
(confirmed)

CONFIDENTIAL TREATMENT REQUESTED         SPEAKER EMERITA PELOSI_012

DEPAPE-0020395

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRIAL EXHIBIT 511

Case No. 22-CR-00426-JSC

Date Entered _____

By _____
Deputy Clerk