As I've mentioned many times before, **Soros** is a monster, having used his vast wealth to topple governments in Serbia, Georgia, Ukraine, and Kyrgyzstan. He **destroyed the British pound**, has wreaked havoc on the Malaysian ringgit, and is called an "economic war criminal" in Thailand.

George Soros the Obama Puppeteer - Dennis G Hurst

dennisghurst.com/george-soros-obama-puppeteer/

## Is George Soros carrying on the work of Hitler?

Well in a way, Hitler was 1/2 Jewish, and Soros is Jewish but he HATES JEWS. Soros is actually a Nazi. He worked with the Nazi's as a Nazi, and that was the best time in his life he says.

Soros is hooked in with the money and influence behind the Nazi's, the Rothschild Cartel. They financed Hitler and brought him up. They used their media influence to shill for Hitler so Europe didn't cut his advance off. They labeled Churchill a war mongering Moron, and pushed for appeasement with their media and their bought politicians.

Hitler was in, until he turned on the Rothschilds and did what is near guaranteed to get you killed if you're a leader. He printed German money without their central bank. Then they turned on him, brought Churchill Back, and helped get the US into the War.

The Rothschild Cartel is still after what they have been after since their Organization with the goal of world domination. It's world Domination, and they plan to present it as One World Government. Global Warming Scam comes from the Rothschild Cartel, they push it and they work to use it to promote global governance. The Kyoto protocol gives the UN Global Taxation and Regulatory powers that bypass sovereign governments. It's a leak in the dike that will just keep getting bigger until it breaks the authority of the governments. That is the plan.

Soros is a Rothschild agent, Obama is a Rothschild puppet, as they tried to make JFK who refused and fought them. JFK issued executive order 11110 which took back the monopoly control of our money supply from them, after he had a talk with the Rothschild Cartel who run and own the Federal Reserve Bank and Central Banks like it in every country but 4 in the world, well 3 with the fall of Libya to the Rebels who were talking to the Central Bankers like they were talking before they revolted, probably set up by the Rothschild Cartel to get a Central Bank there.

Source(s): Meet the Rothschild Cartel:
http://www.bigeye.com/griffin.htm
http://conspiracyrealitytv.com/secrets-o...
http://www.kickthemallout.com/article.ph...
http://newsbusters.org/blogs/dan-gainor/2011/05/13/gainor-column-over-30-major-news-organizations-linked-george-soros
http://www.spingola.com/before_rockefeller.htm
http://www.thebiggestsecret.org/forum-en/viewtopic.php?t=2495
http://christianvoiceuk.blogspot.com/2011/02/soros-and-his-open-society.html
http://www.illuminati-news.com/kennedy-assassin.htm

DEPAPE-0016788

Dennis G. Hurst

Aug 31, 2016 · A leaked document from **George Soros'** Open Society Foundations exposes the billionaire's level of involvement in attempting to build what his organization describes as a "national movement" to reform local police forces across the U.S. The reform largely consists of federal guidelines for local police forces.

May 11, 2018 · He didn't, but he did make himself a billionaire overnight — As Investopedia put it: '**Soros** pocketed $1 billion on the deal and cemented his reputation as the premier currency speculator in the world'. The **George Soros** / Gyorgy Schwartz-**Soros** of today does not, nor ever has he, consider himself a citizen of the United States.

The Daily Wire

Aug 17, 2016 · One of the major sources for that money: radical leftist billionaire **George Soros**, who is single-handedly funding many of the left's progressive projects. Here are nine things you need to know about him. 1. **Soros** is a convicted felon.
- **Author:** Aaron Bandler

## What is the Daily Wire about?

The Daily Wire is an **American conservative news and opinion website** founded in 2015 by political commentator Ben Shapiro.

Ben Shapiro. Shapiro writes columns for Creators Syndicate and Newsweek, serves as **editor-in-chief for The Daily Wire**, which he founded, and hosts The Ben Shapiro Show, a daily political podcast and radio show. He was an editor-at-large of Breitbart News between 2012 and 2016. Jan 12 2019

Ben Shapiro - Wikipedia
en.wikipedia.org/wiki/Ben_Shapiro

From Media Bias Fact Check

# RIGHT BIAS

These media sources are moderately to strongly biased toward conservative causes through story selection ''or political affiliation. They may utilize strong loaded words (wording that attempts to influence an ᵉ by using appeal to emotion or stereotypes), publish misleading reports and omit reporting of

information that may damage conservative causes. Some sources in this category may be untrustworthy. See all Right Bias sources.

- **Overall, we rate The Daily Wire as a <u>far right biased news source</u> based on story selection that always favors the right and that is <u>Mixed for factual reporting</u> due to a few failed fact checks.**

---

# Detailed Report

Factual Reporting: MIXED
Country: USA
World Press Freedom Rank: USA 45/180

### History

The Daily Wire is a politically conservative American news and opinion website founded in 2015 by conservative political commentator Ben Shapiro, who currently serves as Editor-in-Chief. Michael Knowles is managing editor, and Jeremy Boreing is Chief Operating Officer.

### Funded by / Ownership

The Daily Wire is owned by Forward Publishing LLC. Forward Publishing is owned and managed by the billionaire Wilks Bothers who made their money through the fossil fuel industry with their company Frac Tech. The Wilks brothers are also a part of the extreme Christian right who interpret the bible literally. The website is funded through a subscription and advertising model.

### Analysis / Bias

The Daily Wire presents news with a right wing bias in reporting and wording. For example headlines are usually sensational and utilize strong emotional language such as this: Democrats Boo God. Then They Quote The Bible To Attack Trump.

Virtually every story favors the right and denigrates the left. The Daily Wire has also published some false information such as these and this directly from Ben Shapiro. Further, a factual search reveals that the Daily Wire, on a whole, has a mixed track record with fact checkers.

Overall, we rate The Daily Wire as a far right biased news source based on story selection that always favors the right and that is Mixed for factual reporting due to a few failed fact checks. (9/2/2016) Updated (D. Van Zandt 6/16/2018)

Source: http://www.dailywire.com/

- The Latest Fact Checks from the International Fact Checking Network (IFCN) 6/22/2019 June 22, 2019
- Daily Source Bias Check: ABS-CBN June 22, 2019

Terms and Conditions
Fair Use Policy

From Conservapedia on Media Matters watchdog group:

**Media Matters** for America is a **far-left** activist **organization** with strong ties to Hillary Clinton founded by David Brock. It was created primarily to censor conservative **media** through blacklisting and intimidation of advertisers and attack the Clinton **organization's** opponents. **Media Matters** has the persistent and unenviable task of undoing and explaining away public perceptions generated by the Clintons' words and actions.

Media Matters for America - Conservapedia
www.conservapedia.com/Media_Matters_for_America

## Is Media Matters?



Media Matters for America (MMfA) is a **progressive tax-exempt, nonprofit organization**, with the stated mission of "comprehensively monitoring, analyzing, and correcting conservative misinformation in the U.S. media". Dec 26 2018

Media Matters for America - Wikipedia
en.wikipedia.org/wiki/Media_Matters_for_America

Media Bias Fact Check on Media Matters

# LEFT BIAS

These media sources are moderately to strongly biased toward liberal causes through story selection and/or political affiliation. They may utilize strong loaded words (wording that attempts to influence an audience by using appeal to emotion or stereotypes), publish misleading reports and omit reporting of information that may damage liberal causes. Some sources in this category may be untrustworthy. See all Left Bias sources.

- **Overall, we rate Media Matters Left Biased based on selectively checking right wing sources and High for factual reporting due to properly sourcing information and a clean fact check record.**

# Detailed Report

Factual Reporting: **HIGH**
Country: **USA**
World Press Freedom Rank: USA 45/180

*History*

*Founded in 2004 by journalist and political activist David Brock as a counterweight to the conservative Media Research Center, Media Matters for America is a politically progressive media watchdog in the United States. He founded the group with help from the Center for American Progress. The organization has a stated mission of "comprehensively monitoring, analyzing, and correcting conservative misinformation in the U.S. media". It is known for its aggressive criticism of conservative journalists and media outlets, including its "War on Fox News."*

*Funded by / Ownership*

*Media Matters is a 501(c)(3), nonprofit organization that is funded through donations and sponsors. According to Sourcewatch they are funded by wealthy liberals and according to the right leaning Influence Watch "Media Matters was founded with $2 million in funding from wealthy progressives funneled through the Tides Foundation with additional funding from MoveOn.org and the New Democrat Network. The left-of-center donor group known as Democracy Alliance endorsed the group in 2004, resulting in a flood of donations. In 2010, George Soros gave the group $1 million. MMfA has also received substantial funding from labor unions, most notably the National Education Association (NEA)."*

*Analysis / Bias*

*In review, Media Matters frequently uses emotionally loaded words that favor the left and denigrate the right such as this: Fox News bashes Bernie Sanders and misleads viewers about his policies after his Fox town hall. This report is properly sourced to credible media outlets and direct quotes. Here is another example of an emotionally charged headline designed to favor the left: The insane, toxic Trump adulation of Jeanine Pirro. Although biased in wording, this story is again properly sourced to OpenSecrets, the New York Times and the FEC. In general, Media Matters sole purpose is to paint the right negatively, while positively reporting on the left. Typically, they use proper sources and usually keep information in context, though opinions are clearly left biased.*

*A factual search reveals Media Matters has not failed a fact check and in fact is used by IFCN fact checkers for verification of data.*

*Overall, we rate Media Matters Left Biased based on selectively checking right wing sources and High for factual reporting due to properly sourcing information and a clean fact check record. (5/13/2016) Updated (D. Van Zandt 4/19/2019)*

*What is Quora*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 579**

Case No. 22-CR-00426-JSC

Date Entered _____

By _____
Deputy Clerk

DEPAPE-0016792