UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 592**

Case No. 22-CR-00426-JSC

Date Entered_____

By_____
Deputy Clerk

Page 1 of 1

## Bookmark: Tom Hanks House

Creator: jmsayban
File Count: 17
Files Bookmarked
Name
0159fad2231e73577b5b9a3d65c45956.jpg
Physical Size
0 B
Logical Size
220897 B
Created Date
10/27/2022 7:14:47 PM (2022-10-28 02:14:47 UTC)
Modified Date
10/27/2022 7:04:56 PM (2022-10-28 02:04:56 UTC)
Accessed Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/0159fad2231e73577b5b9a3d65c45956.jpg
File Type
JPEG EXIF
MD5 Hash
dfc6aeb805d1a06e1f43109f3d6df6cb
SHA1 Hash
n/a
Exported as
**0159fad2231e73577b5b9a3d65c45956.jpg**



Name
3510f5e1bec1c56d2b97ad776886c76a.jpg
Physical Size
0 B
Logical Size
220560 B
Created Date
10/27/2022 7:14:47 PM (2022-10-28 02:14:47 UTC)
Modified Date
10/27/2022 7:04:40 PM (2022-10-28 02:04:40 UTC)
Accessed Date

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          DEPAPE-0003149

10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/3510f5e1bec1c56d2b97ad776886c76a.jpg
File Type
JPEG EXIF
MD5 Hash
3ced503855ac2a30026f465ea668a5fb
SHA1 Hash
n/a
Exported as
**3510f5e1bec1c56d2b97ad776886c76a.jpg**



Name
3d77030b6c005c81b6fbe18769d81a4d.jpg
Physical Size
0 B
Logical Size
260706 B
Created Date
10/27/2022 7:14:47 PM (2022-10-28 02:14:47 UTC)
Modified Date
10/27/2022 7:05:00 PM (2022-10-28 02:05:00 UTC)
Accessed Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/3d77030b6c005c81b6fbe18769d81a4d.jpg
File Type
JPEG EXIF
MD5 Hash
783273a9da05938c283b4f7c485c103e
SHA1 Hash
n/a
Exported as
**3d77030b6c005c81b6fbe18769d81a4d.jpg**



Name

4755241.jpg
Physical Size
0 B
Logical Size
83988 B
Created Date
10/27/2022 7:14:47 PM (2022-10-28 02:14:47 UTC)
Modified Date
10/27/2022 7:01:46 PM (2022-10-28 02:01:46 UTC)
Accessed Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/4755241.jpg
File Type
JPEG
MD5 Hash
9a12f1a9d9e6916e5ba77ccc07540990
SHA1 Hash
n/a
Exported as
**4755241.jpg**



Name
4755242.jpg
Physical Size
0 B
Logical Size
208834 B
Created Date
10/27/2022 7:14:47 PM (2022-10-28 02:14:47 UTC)
Modified Date
10/27/2022 7:02:10 PM (2022-10-28 02:02:10 UTC)
Accessed Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/4755242.jpg
File Type
JPEG
MD5 Hash
c642df42df4fdcd18654f45bbae344ae
SHA1 Hash
n/a

Exported as
**4755242.jpg**



Name
5170cc87b2e82fe252f8349ae526e5bd.jpg
Physical Size
0 B
Logical Size
148415 B
Created Date
10/27/2022 7:14:47 PM (2022-10-28 02:14:47 UTC)
Modified Date
10/27/2022 7:04:44 PM (2022-10-28 02:04:44 UTC)
Accessed Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/5170cc87b2e82fe252f8349ae526e5bd.jpg
File Type
JPEG EXIF
MD5 Hash
59292d2ae5761e5e1a670c010e75a5c0
SHA1 Hash
n/a
Exported as
**5170cc87b2e82fe252f8349ae526e5bd.jpg**



Name
65b18d3494ab4aa9bd61b5cdce4caab8.jpg
Physical Size
0 B
Logical Size
90022 B
Created Date
10/27/2022 7:14:47 PM (2022-10-28 02:14:47 UTC)
Modified Date
10/27/2022 7:05:04 PM (2022-10-28 02:05:04 UTC)
Accessed Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/65b18d3494ab4aa9bd61b5cdce4caab8.jpg
File Type
JPEG EXIF
MD5 Hash
b26372902ab816ccdb1b336855d937de
SHA1 Hash
n/a
Exported as
65b18d3494ab4aa9bd61b5cdce4caab8.jpg



Name
d14ef7a81bfe42a0afab6509d38a597e.jpg
Physical Size
0 B
Logical Size
80496 B
Created Date
10/27/2022 7:14:47 PM (2022-10-28 02:14:47 UTC)
Modified Date
10/27/2022 7:05:08 PM (2022-10-28 02:05:08 UTC)
Accessed Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/d14ef7a81bfe42a0afab6509d38a597e.jpg
File Type
JPEG EXIF
MD5 Hash
5a20239e88736b8ac8c40dac4ff41ff5
SHA1 Hash
n/a
Exported as
d14ef7a81bfe42a0afab6509d38a597e.jpg



Name
e5a22724907084e2f90be08a4c151237.jpg

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Physical Size
0 B
Logical Size
149012 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date
10/27/2022 7:04:48 PM (2022-10-28 02:04:48 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/e5a22724907084e2f90be08a4c151237.jpg
File Type
JPEG EXIF
MD5 Hash
d8c826ee27d2e67516b306c7a0cac949
SHA1 Hash
n/a
Exported as
**e5a22724907084e2f90be08a4c151237.jpg**



Name
f352d7accb5dfd1950c8cbc0920b5a5e.jpg
Physical Size
0 B
Logical Size
247748 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date
10/27/2022 7:04:54 PM (2022-10-28 02:04:54 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/f352d7accb5dfd1950c8cbc0920b5a5e.jpg
File Type
JPEG EXIF
MD5 Hash
5152f0cd20af8efc807b6dad437b866c
SHA1 Hash

n/a
Exported as
f352d7accb5dfd1950c8cbc0920b5a5e.jpg



Name
New Text Document.txt
Physical Size
0 B
Logical Size
785 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date
10/27/2022 7:09:16 PM (2022-10-28 02:09:16 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/New Text Document.txt
File Type
UTF-8 encoded Text
MD5 Hash
1d31f1db1b1f938edbb8383b83d076a2
SHA1 Hash
n/a
Exported as
New Text Document[4399471].txt
Name
seems off.JPG
Physical Size
0 B
Logical Size
86877 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date
10/27/2022 6:49:34 PM (2022-10-28 01:49:34 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/seems off.JPG
File Type
JPEG EXIF

MD5 Hash
4cca6d109a5ecb642c8c8b54cd673b0b
SHA1 Hash
n/a
Exported as
**seems off.JPG**



Name
Tom-Hanks_01.jpg
Physical Size
0 B
Logical Size
223698 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date
10/27/2022 6:52:48 PM (2022-10-28 01:52:48 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/Tom-Hanks_01.jpg
File Type
JPEG
MD5 Hash
e9fbb82cdeb6070f80dca79ab711a112
SHA1 Hash
n/a
Exported as
**Tom-Hanks_01.jpg**



Name
Tom-Hanks_02.jpg
Physical Size
0 B
Logical Size
235687 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date

10/27/2022 6:53:30 PM (2022-10-28 01:53:30 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/Tom-Hanks_02.jpg
File Type
JPEG
MD5 Hash
cd0bfd04244dd0b8c05a9c2c086fbadb
SHA1 Hash
n/a
Exported as
Tom-Hanks_02.jpg



Name
tom-hanks-house.jpg
Physical Size
0 B
Logical Size
54917 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date
10/27/2022 6:55:36 PM (2022-10-28 01:55:36 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/tom-hanks-house.jpg
File Type
JPEG
MD5 Hash
5569bd96065a587d16c8c23370dcc820
SHA1 Hash
n/a
Exported as
tom-hanks-house.jpg



Name

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Tom-Hanks-House-Los-Angeles-Photos-640x427.jpg
Physical Size
0 B
Logical Size
71479 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date
10/27/2022 7:03:44 PM (2022-10-28 02:03:44 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/Tom-Hanks-House-Los-Angeles-Photos-640x427.jpg
File Type
JPEG
MD5 Hash
cf2770bdb4cf9bb2dbb5d95c7d4cb838
SHA1 Hash
n/a
Exported as
[Tom-Hanks-House-Los-Angeles-Photos-640x427.jpg](Tom-Hanks-House-Los-Angeles-Photos-640x427.jpg)



Name
unkown.JPG
Physical Size
0 B
Logical Size
84011 B
Created Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Modified Date
10/27/2022 6:50:48 PM (2022-10-28 01:50:48 UTC)
Accessed Date
10/27/2022 7:14:48 PM (2022-10-28 02:14:48 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/tom hanks/unkown.JPG
File Type
JPEG EXIF
MD5 Hash
c64ac5ec2c7887554ede784364b63e3e
SHA1 Hash

n/a
Exported as
**unkown.JPG**



Page 1 of 1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          DEPAPE-0003159