**Bookmark:** TARGET 1

Creator:	jmsayban
File Count: 1
Files Bookmarked
Name
New Text Document.txt
Physical Size
0 B
Logical Size
82 B
Created Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Modified Date
10/26/2022 8:08:04 PM (2022-10-27 03:08:04 UTC)
Accessed Date
10/27/2022 7:14:46 PM (2022-10-28 02:14:46 UTC)
Path
SVE064861_1B5_(Custom_Content_Image).ad1/\\.\PHYSICALDRIVEn:Partition 1 [1023998MB]:android [exFAT]/[root]/stuff/favorite politicians/TARGET 1/New Text Document.txt
File Type
7 bit text
MD5 Hash
f1f297ffce372babe69429c4001f6c34
SHA1 Hash
n/a
Exported as
[New Text Document[4399072].txt](#)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 593**

Case No. 22-CR-00426-JSC

Date Entered_____

By_____
        Deputy Clerk

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          DEPAPE-0003172