# Conflict in Israel - Crisis Resources



## The Bipartisan Infrastructure Bill

President Biden signed into law the Bipartisan Infrastructure Bill to rebuild our roads and bridges, invest in our communities and create good-paying union jobs. Speaker Emerita Pelosi joined President Biden, Vice President Harris and Members of Congress and the Cabinet in celebrating this historic achievement for America.



## How Can I Help You?

**Agency Assistance**   **Contact Me**   **Flag Requests**   **Passports**   **Visiting DC**

VIEW MORE SERVICES

## Latest News

**Pelosi Statement on President Biden's Oval Office Address**

October 19, 2023   |   Press Release

**Pelosi Statement on Laphonza Butler's Appointment to the United States Senate**

October 2, 2023   |   Press Release

**Pelosi Statement on the Passing of Senator Dianne Feinstein**

September 29, 2023   |   Press Release

VIEW MORE

## Twitter

**Tweets by Speaker Emeritus Pelosi**

## Office Locations

### Washington, DC Office

1236 Longworth H.O.B.
Washington, DC 20515
Phone: (202) 225-4965



### San Francisco Office

90 7th Street Suite 2-800
San Francisco, CA 94103
Phone: (415) 556-4862



Copyright   Privacy   House.gov   Accessibility

FPD004309

[Home](#)

# Issues



## Education

Providing a high quality education to all of America's students from all backgrounds and income levels is the backbone of our country.



## Health Care

Access to quality, affordable health care is critical to the well-being of America, today and in the future.



## Housing

Affordable housing is a critical tool in our shared efforts to build a stronger, more vibrant, more inclusive future for San Francisco.

## LEADERSHIP ON HIV/AIDS

Armed with the lessons of San Francisco's model of community-based care, Congresswoman Pelosi worked to accelerate development of an HIV vaccine, expand access to Medicaid for people living with HIV, and increase funding for the Ryan White CARE Act, the AIDS Drug Assistance Program (ADAP), the Minority HIV/AIDS Initiative and other research, care, treatment, prevention and search for a cure initiatives vital to people living with or at risk for HIV/AIDS.



## National Security

Our nation's leaders have no greater responsibility than ensuring the safety and security of the American people.



## Transportation

When crafting our transportation options, we must work to reduce the focus on driving and increase our options for bus and rail transit, walking, biking, and transit-oriented development while creating vibrant livable communities.

### Issues

Legislative Process
Community Project Funding
Education
Energy and Environment
Gun Violence Prevention
Health Care
Housing
Human Rights
Immigration Reform
Innovation & Technology
Internet Freedom
Jobs & Economic Justice
LEADERSHIP ON HIV/AIDS
LGBTQ+
National Security
Retirement Security
Transportation
Veterans
Voting Rights
Army Corps WRDA Requests



### Energy and Environment

Energy independence and combating climate change is a flagship issue for Congresswoman Pelosi.



### Human Rights

As Americans, we must protect human rights both at home and abroad—the right to live freely without the threat of violence or repression, the right to live with dignity and respect.



### Internet Freedom

Today, the internet and new technologies are shaping the world in a way that we could previously only imagine, giving Americans an easy way to share information, conduct business, and participate in democracy – all with the click of a button.



### LGBTQ+

San Francisco is blessed with a large and vibrant LGBT community and a strong history of advocacy for equal rights for all. Since my first day in Congress, ending discrimination against gays and lesbians has been a top priority. I have continuously supported legislation that expands our laws in order to better reflect the diverse society in which we live.

**1**  2  3  »  Last »

## Office Locations





**Washington, DC Office**
1236 Longworth H.O.B.
Washington, DC 20515
Phone: (202) 225-4965

**San Francisco Office**
90 7th Street Suite 2-800
San Francisco, CA 94103
Phone: (415) 556-4862

Copyright    Privacy    House.gov    Accessibility

Home » About

# Voting Record

One of the most important aspects of Congress is developing, making, and monitoring laws. New legislation is passed almost every week. Please **contact our office** to share your thoughts on current legislation that may affect you, your family and your community.

Learn more about legislation **sponsored** and **co-sponsored by** Congresswoman Pelosi.

Constituents can view the U.S. House of Representatives' **latest votes** on Capitol Hill and view **Roll Call Votes by the U.S Congress**. Learn more **About Legislation of the U.S. Congress** and **Votes in the House and Senate**.

### About
**Our District**
**Office Locations**
**Biography**
**Voting Record**

## Recent Votes

| Date | Roll Call | Bill | Question | Vote | Title |
|---|---|---|---|---|---|
| 11/9/2023 | 642 | H.R.4664 | On Agreeing to the Amendment | No | |
| 11/9/2023 | 641 | H.R.4664 | On Agreeing to the Amendment | Not Voting | |
| 11/8/2023 | 640 | H.R.4664 | On Agreeing to the Amendment | No | |
| 11/8/2023 | 639 | H.R.4664 | On Agreeing to the Amendment | No | |
| 11/8/2023 | 638 | H.R.4664 | On Agreeing to the Amendment | No | |
| 11/8/2023 | 637 | H.R.4664 | On Agreeing to the Amendment | No | |
| 11/8/2023 | 636 | H.R.4664 | On Agreeing to the Amendment | No | |
| 11/8/2023 | 635 | H.R.4664 | On Agreeing to the Amendment | No | |
| 11/8/2023 | 634 | H.R.4664 | On Agreeing to the Amendment | No | |
| 11/8/2023 | 633 | H.R.4664 | On Agreeing to the Amendment | No | |

## Office Locations




**Washington, DC Office**
1236 Longworth H.O.B.
Washington, DC 20515
Phone: (202) 225-4965

**San Francisco Office**
90 7th Street Suite 2-800
San Francisco, CA 94103
Phone: (415) 556-4862

Copyright    Privacy    House.gov    Accessibility