

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** December 13, 2023      **Time:** 00:09

**Judge:** Jacqueline Scott Corley

**Case Number:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape

☒ Present    ☐ Not Present    ☒ In-Custody & Remanded

**Attorney for United States of America:** Helen Gilbert/Laura Vartain
**Attorney for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means      **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Post-trial status conference held. The Court sets the following post-trial motion schedule:

- Defendant's opening brief due by 2/16/2024.
- Government's opposition due by 3/8/2024.
- Defendant's reply brief due by 3/20/2024.
- Hearing on the motion is set for **3/27/2024 at 10:00 a.m.**

The matter is referred to the U.S. Probation for a presentence report. The matter is set for **4/24/2024 at 10:00 a.m.** for sentencing.