ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID WAYNE DEPAPE,<br><br>    Defendant. | CASE NO. 3:22-CR-426-JSC<br><br>JOINT MOTION AND [~~PROPOSED~~] ORDER TO FILE SELECTED ADMITTED TRIAL EXHIBITS UNDER SEAL |

      The United States and defendant David DePape, by their respective undersigned counsel, jointly file this motion and proposed order seeking court authorization to file some of the exhibits introduced at trial under seal.

      Northern District of California Criminal Local Rule 55-1, incorporating Northern District of California Civil Local Rule 5-1(g) and 79-4(a) and (b), requires the parties to file on the docket exhibits offered during trial and contemplates a process by which exhibits may be filed under seal.

      The parties jointly seek to file admitted exhibits under seal that contain personally identifiable information covered by Federal Rule of Criminal Procedure 49.1, such as social security numbers,

financial accounts, and home addresses, as well as similar information, such as driver's license numbers. The parties also file under seal admitted exhibits that include the name of Target 1, pursuant to the Court's prior orders. The parties are simultaneously filing publicly redacted versions of these admitted exhibits. Below is a chart of the admitted exhibits that the parties seek to file in redacted form on the public docket and in unredacted form under seal due to their inclusion of personally identifiable information and/or Target 1's name. Items marked as physical evidence will be depicted by photograph pursuant to Northern District of California Civil Local Rule 5-1(g)(3):

| Trial Exhibit Number | Description |
| --- | --- |
| 170 | Piece of paper (physical evidence) |
| 185 | Birth certificate (physical evidence) |
| 186 | Social security card (physical evidence) |
| 188 | Two drivers' licenses (physical evidence) |
| 189 | California Benefits ID card (physical evidence) |
| 190 | Wells Fargo ATM card (physical evidence) |
| 274 | Firefox Web History |
| 276 | Google Maps Queries |
| 277 | Google Searches |
| 279 | Image - broadway.JPG |
| 281 | Image - pelosivigilmar1207_8.jpg |
| 287 | Image - 37503978-0-image-a-3_1609550789355.jpg |
| 291 | Text document - New Text Document.txt |
| 293 | Spokeo records |
| 295 | Amazon records |
| 500 | Frenlyfrens Blog |
| 593 | RCFL report Target 1 |

DATED:  December 8, 2023                                    Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

  /s/
HELEN L. GILBERT
LAURA VARTAIN HORN
Assistant United States Attorneys

                                        JODI LINKER
                                        Federal Public Defender

                                          /s/
                                        ANGELA CHUANG
                                        Assistant Federal Public Defender
                                        Counsel for Defendant David DePape

<u>Attestation of Filer</u>

In addition to myself, the other signatories to this document are <u>Jodi Linker</u> and <u>Angela Chuang</u>. I attest that I have their permission to enter a conformed signature on their behalf and to file this document.

DATED:  December 8, 2023                                           /s/
                                                                     HELEN L. GILBERT
                                                                     Assistant United States Attorney

1                              [~~PROPOSED~~] ORDER

2       For the reasons stated above, the Court ORDERS that the following Admitted Trial Exhibits be
3  filed and maintained under seal, and that the parties file redacted versions on the public docket:  170,
4  185-186, 188-190, 274, 276-277, 279, 281, 287, 291, 293, 295, 500, and 593.  The parties shall file
5  publicly redacted versions of these Admitted Trial Exhibits.

7  IT IS SO ORDERED

9     Dated:  December 13, 2023

                                                    _____
                                                    HON. JACQUELINE SCOTT CORLEY
                                                    United States District Judge