**Volume 1**

                                 **Pages 1 - 162**

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,            )
                                 )
  VS.                            )   **NO. CR 22-00426-JSC**
                                 )
DAVID WAYNE DEPAPE,              )
                                 )
            Defendant.            )
_____ )


                          San Francisco, California
                          Monday, November 6, 2023

                   **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:
                          ISMAIL J. RAMSEY
                          United States Attorney
                          450 Golden Gate Avenue
                          San Francisco, California 94102
                   BY:   **LAURA E. VARTAIN**
                         **HELEN L. GILBERT**
                         **ASSISTANT UNITED STATES ATTORNEYS**
For Defendant:
                          JODI H. LINKER
                          Federal Public Defender
                          450 Golden Gate Avenue
                          San Francisco, California 94102
                   BY:   **JODI H. LINKER**
                         **ANGELA CHUANG**
                         **TODD M. BORDEN**
                         **ASSISTANT FEDERAL PUBLIC DEFENDERS**

          (APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
              Official Reporter, CSR No. 12219

1    **APPEARANCES**:   (CONTINUED)

2    Also present:        Maddi Wachs, Paralegal
                          Special Agent Stephanie Minor
3                         Sheree Cruz-Laucirica, Paralegal
                          Catherine Goulet, Defense Investigator
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              **I N D E X**

2    Monday, November 6, 2023 - Volume 1

3                                                        <u>**PAGE**</u>   <u>**VOL.**</u>

4    Jury Voir Dire                                        10      1

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS

| | |
|---|---|
| 1 | <u>**Monday - November 6, 2023**</u>                                    <u>**9:14 a.m.**</u> |
| 2 | <u>**P R O C E E D I N G S**</u> |
| 3 | ---o0o--- |
| 4 | (Proceedings were heard outside the presence of the prospective |
| 5 | jurors.) |
| 6 | **THE CLERK:**  Remain seated come to order.  Court is now |
| 7 | in session. |
| 8 | **THE COURT:**  Good morning. |
| 9 | **MS. CHUANG:**  Good morning, Your Honor. |
| 10 | **THE COURT:**  I understand the jury is now here and you |
| 11 | got the list of the very few actual jurors who did not appear. |
| 12 | You're going to have to speak into the microphone. |
| 13 | **MS. VARTAIN:**  I don't think we have that list.  Is |
| 14 | that the list you're -- |
| 15 | **THE CLERK:**  I'm printing it right now. |
| 16 | **THE COURT:**  Oh.  They're printing it.  I'll just tell |
| 17 | you, it's not that many, if you want to write it down. |
| 18 | Juror Number 19. |
| 19 | Let's see.  Did you have -- Juror Number 47 had the family |
| 20 | emergency?  I think we were told that on Friday. |
| 21 | **MS. CHUANG:**  Right. |
| 22 | **THE COURT:**  Juror Number 54 did not appear.  Juror |
| 23 | number 86, Juror Number 96, Juror Number 104, Juror Number 107, |
| 24 | Juror Number 110, Juror Number 113, and that's it. |
| 25 | It's actually an excellent appearance rate. |

**PROCEEDINGS**

1      And I told you Juror Number 54?

2      That's our New York Marathon juror, who we knew would not

3   appear because he said he was running the marathon yesterday.

4      Okay.  All right.

5      So, yes, Ms. Vartain?

6           MS. VARTAIN:  Oh, Your Honor, if this is an okay time,

7   the parties had a few additional -- had some agreement on a few

8   additional jurors, if you were interested in hearing them.

9           THE COURT:  Oh, sure.  Okay.

10          MS. VARTAIN:  We're in agreement on excusing Juror 6.

11          THE COURT:  Wait, wait, stop.  Sorry.

12      Juror Number 6, I believe, is currently out of the

13   district -- sorry -- so will not be here anyway.

14          MS. VARTAIN:  We were in agreement on excusing

15   Juror 19, who I understand is not here.

16          THE COURT:  Correct.

17          MS. VARTAIN:  Also Juror 91.  113, who is not here.

18          THE COURT:  Wait.  Let me get 91.

19      113.  Okay.

20          MS. VARTAIN:  And 119.

21          THE COURT:  Okay.  And 119 is a student?  Is that

22   right?

23          MS. VARTAIN:  Yes, Your Honor.

24          THE COURT:  And 91, is that the "engaged in child care

25   services"?

1          **MS. VARTAIN:**  I think we thought there was a language

2     barrier, Your Honor.

3          **MS. CHUANG:**  We agreed.

4          **THE COURT:**  Okay.  Since Juror Number 91 is noted in

5     our first round of people, I won't say anything to 91.  We'll

6     just make sure they don't get put into the box at some point.

7          **MS. VARTAIN:**  Thank you, Your Honor.

8          **THE COURT:**  And 113 did not appear.

9        I was actually going to ask Jurors Number 28, 40, 12, and

10    119, in any event, before we put anyone in the box, because

11    they all said they were full-time students, whether they do

12    have a hardship for that reason.

13         **MS. LINKER:**  I just want to repeat those numbers for

14    Your Honor.

15         **THE COURT:**  Yes.

16         **MS. LINKER:**  12, 28, 40, and 119.

17         **THE COURT:**  Correct.

18         **MS. LINKER:**  Thank you.

19         **MS. CHUANG:**  Your Honor, I don't think 40 is a

20    student.

21         **THE COURT:**  I thought they said they were in a nurse

22    practitioner program full-time at Samuel Merritt College.  But

23    they also -- I don't know if it's a nighttime thing, so I just

24    wanted to ask.

25         **MS. CHUANG:**  Okay.

PROCEEDINGS

1          **THE COURT:**  Okay.  The other thing, Juror Number 1 --

2   I think it's a he -- said he knew a Michael Huang.  Can you

3   tell me the tentative witness, or possible Michael Huang, who

4   is he, so we can ask the juror if he actually knows this

5   Michael Huang?

6          **MS. GILBERT:**  Yes, Your Honor.  The Michael -- we have

7   a few Michael Huangs on our list.  But the Michael Wong he

8   seems to know is spelled W-O-N-G, and that is a San Francisco

9   police officer who responded to the scene on October 28th.

10         **THE COURT:**  Okay.  I'll go ahead and ask him if he

11  knows him.

12         **MS. GILBERT:**  Sorry, Your Honor.  For the record, who

13  is not -- the Government will not be calling as a witness.

14         **THE COURT:**  Will not.  So I won't ask him, or should I

15  ask him because he might come up.

16         **MS. CHUANG:**  His name might come up if he responded to

17  the scene.

18         **MS. GILBERT:**  He's in the body cam video that the

19  Government plans to play, Your Honor.

20         **THE COURT:**  Okay.  I'll ask him.

21      And I did receive a list from the Defense of other names

22  that may come up, not witnesses.  I'll ask the entire venire if

23  anyone personally knows these people.

24         **MS. LINKER:**  And just to be clear, that was a list

25  from both parties.

**PROCEEDINGS**

1      **THE COURT:**  Ah, okay.  Thank you.

2      Last things for the marshals:  We're going to -- so for

3  when we do our for-cause challenges, probably discuss hardship,

4  and then maybe as well as peremptories, we're going to adjourn

5  to Judge Chesney's courtroom.  Is that okay with the marshals?

6      And I guess my one question is:  If the jury is all here,

7  is there a way to do it that doesn't prejudice Mr. DePape?

8      In other words, I don't know what the security situation

9  is.  I mean, he looks fine sitting there for the jury.

10      **THE CLERK:**  I think I fixed the problem.

11      **THE COURT:**  Oh, you think you fixed the problem?

12      **THE CLERK:**  Let me just try it real quick.

13                    (Pause in proceedings.)

14      **THE COURT:**  Okay.  So we'll adjourn.  That's my

15  only -- that's my question.

16      **MS. LINKER:**  Can we discuss it, Your Honor, in the

17  back too, about how to do that?

18      **THE COURT:**  Well --

19      **MS. LINKER:**  Just give us a minute.

20      **THE COURT:**  I see.

21                    (Pause in proceedings.).

22      **MS. LINKER:**  Your Honor, we're fine with him staying

23  in the courtroom.  We would like to be able to bring just some

24  reading material, a magazine, a book, or something, so he's not

25  just sitting here.

**PROCEEDINGS**

```
 1        THE COURT:  Okay.  So when we go to Judge Chesney's
 2   chambers, he'll stay here and the marshals, then, will stay
 3   here.
 4        MS. LINKER:  And we'll bring something in for him to
 5   read.
 6        THE COURT:  That's fine with me.  I suppose you need
 7   to show the marshals what it is.
 8        MS. LINKER:  We will.  Thank you.
 9        THE COURT:  Okay.  So, Ms. Vartain, how much time
10   would the Government like to reserve for questioning?
11        MS. VARTAIN:  Ten minutes, please, Your Honor.
12        MS. CHUANG:  Same.  Ten minutes.
13     I am not sure this mic is working.
14     The Defense would like the same.
15        THE COURT:  Okay.  Are we ready, then, to bring the
16   jury in?
17        MS. VARTAIN:  Your Honor, I just wanted to check.  I
18   was wondering if, perhaps, it's Juror 46, not Juror 40, that
19   the Court was --
20        THE COURT:  Oh, you're correct.  It is 46, the Samuel
21   Merritt --
22        THE CLERK:  I'm going to tell them to come.
23        THE COURT:  Okay.  We're going to have the -- or do
24   you want me to?
25        THE CLERK:  Yeah.
```

1      **THE COURT:**  We're going to bring the jury in.

2                   (Pause in proceedings.)

3      **THE COURT:**  The jury is here, all rise.

4      (The prospective jurors enter the courtroom.)

5      (Proceedings were heard in the presence of the prospective

6                          jury.)

7                   **<u>JURY VOIR DIRE</u>**

8      **THE COURT:**  Okay.  Everyone may be seated.

9      Welcome, members of the jury.  Thank you so much for being

10     here this morning.  As you know, we're here to pick a jury in a

11     criminal case.

12     I think, before we begin, I'm just going to have you count

13     off in order, and tell us what your juror number is.

14     As we do jury selection today, we're not going to use

15     names.  I think it will be easier if we just use juror numbers.

16     So for today, you're going to be whatever your juror number

17     is -- which may not match with your number; don't worry about

18     your seat number.  So your juror number we're just going to go

19     right through, like we're boarding a Southwest Airlines flight

20     and we're all in the right order.

21     All right.  So just say your number.

22                   (Pause in proceedings.)

23     **THE COURT:**  You have to pass the microphone down so

24     our court reporter can get it.

25     **PROSPECTIVE JUROR NUMBER 3:** Number 3.

1              **PROSPECTIVE JUROR NUMBER 4:**  Number 4.

2              **PROSPECTIVE JUROR NUMBER 5:**  Number 5.

3              **PROSPECTIVE JUROR NUMBER 7:**  Number 7.

4              **PROSPECTIVE JUROR NUMBER 8:**  Number 8.

5              **PROSPECTIVE JUROR NUMBER 9:**  Number 9.

6              **THE COURT:**  Okay.  Pass it all the way down to the

7    left here, I think.

8              **PROSPECTIVE JUROR NUMBER 10:**  Number 10.

9              **PROSPECTIVE JUROR NUMBER 12:**  Number 12.

10             **PROSPECTIVE JUROR NUMBER 13:**  Number 13.

11             **PROSPECTIVE JUROR NUMBER 14:**  Number 14.

12             **PROSPECTIVE JUROR NUMBER 15:**  Number 15.

13             **PROSPECTIVE JUROR NUMBER 16:**  Number 16.

14             **PROSPECTIVE JUROR NUMBER 17:**  Number 17.

15             **THE COURT:**  And I think all the way here.  Right

16   there.

17             **PROSPECTIVE JUROR NUMBER 18:**  Number 18.

18             **PROSPECTIVE JUROR NUMBER 20:**  Number 20.

19             **PROSPECTIVE JUROR NUMBER 21:**  21.

20             **PROSPECTIVE JUROR NUMBER 23:**  Number 23.

21             **PROSPECTIVE JUROR NUMBER 24:**  Number 24.

22             **PROSPECTIVE JUROR NUMBER 25:**  25.

23             **THE COURT:**  And now to Number 26.

24             **PROSPECTIVE JUROR NUMBER 26:**  26.

25             **PROSPECTIVE JUROR NUMBER 27:**  27.

JURY VOIR DIRE

```
 1              PROSPECTIVE JUROR NUMBER 28:  28.

 2              PROSPECTIVE JUROR NUMBER 29:  Number 29.

 3              PROSPECTIVE JUROR NUMBER 30:  Number 30.

 4              PROSPECTIVE JUROR NUMBER 31:  31.

 5              PROSPECTIVE JUROR NUMBER 32:  32.

 6              PROSPECTIVE JUROR NUMBER 33:  33.

 7              PROSPECTIVE JUROR NUMBER 34:  Number 34.

 8              PROSPECTIVE JUROR NUMBER 35:  35.

 9              THE COURT:  And number?

10              PROSPECTIVE JUROR NUMBER 36:  Number 36.

11              PROSPECTIVE JUROR NUMBER 37:  37.

12              PROSPECTIVE JUROR NUMBER 38:  38.

13              PROSPECTIVE JUROR NUMBER 40:  40.

14              PROSPECTIVE JUROR NUMBER 41:  41.

15              PROSPECTIVE JUROR NUMBER 43:  43.

16              PROSPECTIVE JUROR NUMBER 44:  44.

17              PROSPECTIVE JUROR NUMBER 45:  45.

18              PROSPECTIVE JUROR NUMBER 46:  46.

19              PROSPECTIVE JUROR NUMBER 49:  49.

20              PROSPECTIVE JUROR NUMBER 50:  50.

21              PROSPECTIVE JUROR NUMBER 52:  52.

22              PROSPECTIVE JUROR NUMBER 53:  53.

23              PROSPECTIVE JUROR NUMBER 55:  Number 55.

24              THE COURT:  Okay.  57?

25              PROSPECTIVE JUROR NUMBER 57:  57.
```

JURY VOIR DIRE

```
 1          PROSPECTIVE JUROR NUMBER 58:  58.

 2          PROSPECTIVE JUROR NUMBER 59:  59.

 3          PROSPECTIVE JUROR NUMBER 61:  61.

 4          PROSPECTIVE JUROR NUMBER 63:  63.

 5          PROSPECTIVE JUROR NUMBER 64:  64.

 6          PROSPECTIVE JUROR NUMBER 65:  65.

 7          PROSPECTIVE JUROR NUMBER 66:  66.

 8          PROSPECTIVE JUROR NUMBER 67:  67.

 9          PROSPECTIVE JUROR NUMBER 68:  68.

10          PROSPECTIVE JUROR NUMBER 69:  69.

11          PROSPECTIVE JUROR NUMBER 70:  70.

12          PROSPECTIVE JUROR NUMBER 71:  71.

13          PROSPECTIVE JUROR NUMBER 72:  72.

14          PROSPECTIVE JUROR NUMBER 74:  74.

15          THE COURT:  75, way over here.  Maybe could you go

16    pick up -- for the CSO.  Thank you.

17          PROSPECTIVE JUROR NUMBER 75:  75.

18          PROSPECTIVE JUROR NUMBER 76:  76.

19          PROSPECTIVE JUROR NUMBER 78:  78.

20          PROSPECTIVE JUROR NUMBER 79:  79.

21          PROSPECTIVE JUROR NUMBER 80:  80.

22          PROSPECTIVE JUROR NUMBER 82:  82.

23          PROSPECTIVE JUROR NUMBER 83:  83.

24          PROSPECTIVE JUROR NUMBER 85:  85.

25          PROSPECTIVE JUROR NUMBER 87:  87.
```

JURY VOIR DIRE

 1          **THE COURT:**  Do we have an 86?

 2     They're not here?  Okay.  Great.  Okay.

 3     Sorry.  88.

 4          **PROSPECTIVE JUROR NUMBER 88:**  88.

 5          **PROSPECTIVE JUROR NUMBER 89:**  89.

 6          **PROSPECTIVE JUROR NUMBER 90:**  90.

 7          **PROSPECTIVE JUROR NUMBER 91:**  91.

 8          **PROSPECTIVE JUROR NUMBER 92:**  92.

 9          **PROSPECTIVE JUROR NUMBER 94:**  94.

10          **PROSPECTIVE JUROR NUMBER 95:**  95.

11          **PROSPECTIVE JUROR NUMBER 97:**  97.

12          **PROSPECTIVE JUROR NUMBER 98:**  98.

13          **PROSPECTIVE JUROR NUMBER 99:**  99.

14          **PROSPECTIVE JUROR NUMBER 101:**  101.

15          **PROSPECTIVE JUROR NUMBER 102:**  102.

16          **PROSPECTIVE JUROR NUMBER 103:**  103.

17          **PROSPECTIVE JUROR NUMBER 104:**  104.

18          **PROSPECTIVE JUROR NUMBER 105:**  105.

19          **PROSPECTIVE JUROR NUMBER 106:**  106.

20          **PROSPECTIVE JUROR NUMBER 108:**  108.

21          **PROSPECTIVE JUROR NUMBER 111:**  111.

22          **PROSPECTIVE JUROR NUMBER 112:**  112.

23          **PROSPECTIVE JUROR NUMBER 114:**  114.

24          **PROSPECTIVE JUROR NUMBER 115:**  115.

25          **PROSPECTIVE JUROR NUMBER 116:**  116.

1          **PROSPECTIVE JUROR NUMBER 117:**  117.

2          **PROSPECTIVE JUROR NUMBER 118:**  118.

3          **PROSPECTIVE JUROR NUMBER 119:**  119.

4          **PROSPECTIVE JUROR NUMBER 120:**  120.

5          **PROSPECTIVE JUROR NUMBER 121:**  121.

6          **THE COURT:**  Excellent.  All right.  Thank you so much.

7      I know that seemed tedious, but, A, you passed.  You did

8   it all correctly.  And -- well, let me make sure.

9      Is there any juror who didn't speak and read their number?

10                        (No response.)

11         **THE COURT:**  Okay.  Great.  That's really going to

12  speed things up today.

13     So, my name is Jacqueline Scott Corley, and I'm a federal

14  district court judge here.  You are in federal court, United

15  States federal court.

16     First, I want to thank each of you for demonstrating your

17  sense of civic duty in appearing here this morning.  Now, I

18  know you didn't show up voluntarily and that you were summoned,

19  but you did appear, and I want to thank you for that.

20     The parties and I also want to thank you for completing

21  that very lengthy questionnaire.  It was quite long.  But the

22  reason we had you do it, it will greatly speed up things today,

23  so thank you for doing that and for being very candid and

24  honest today -- in that questionnaire, and today.

25     What we're going to ask you today is to just be truthful.

1   And we're going to do that because we need to try to pick a

2   jury that is the most appropriate jury for this case.  And in

3   doing so, you're going to be asked questions.  That's called

4   voir dire; you're going to be asked questions.  A lot of them

5   were on the questionnaire.

6       The parties, the lawyers are going to ask you some

7   questions as well.  And the reason we do that is not to

8   determine if you're a biased person or a prejudiced person, but

9   just to figure out if, based on your life experiences, and what

10  you think, where you have come from, whether you're an

11  appropriate person for this jury.  And as a result of that

12  process, some of you -- indeed, most of you -- are going to be

13  excused.

14      So what we're going to do this morning -- or today, is

15  select, from among you, 15 jurors to serve on the jury.  There

16  will be 12 jurors and 3 alternates.  The alternates will sit

17  through the entire trial and then will deliberate if, at some

18  point, we lose one of the first 12 jurors.

19      As I said, our goal today is to get our jury selected

20  today so -- for your planning purposes.

21      So now, I'm going to introduce some people, and I'm going

22  to ask you if you know any of them personally.

23      I know, on your questionnaire, you checked if you knew any

24  of those people, but I have some court staff that I want you to

25  do.  And I believe none of you checked that you know me or are

**JURY VOIR DIRE**

```
 1   friends with me.

 2        Now that you see me, is that still true?

 3                    (No response.)

 4        THE COURT:  The one time I had someone raise their

 5   hand, and he said he went to high school with me, and I said

 6   excused.

 7        First, my courtroom deputy is Ada Means.

 8        I have three lawyer law clerks:  Caroline Jacobs, Olivia

 9   Malone, and Ryanne Bamieh.

10        We have our court reporter Ruth Ekhaus.

11        And I have three law student externs:  Julia Jung, Kyla

12   Turner, and Miriam Peters.

13        Do any of you know any of them?

14                    (No response.)

15        THE COURT:  So this case is called United States

16   versus David DePape.  And as I said, it is a criminal case.

17        And now, I'm going to have each side introduce themselves

18   and their team, and we'll start with the United States

19   Government.

20        MS. VARTAIN:  Thank you, Your Honor.

21   My name is Assistant United States Attorney Laura Vartain.

22        MS. GILBERT:  My name is Helen Gilbert.  I'm also an

23   Assistant United States Attorney.

24            SPECIAL AGENT MINOR:  Special Agent Stephanie Minor.

25        MS. WACHS:  Maddi Wachs.  I'm a paralegal.
```

**JURY VOIR DIRE**

1  **THE COURT:**  Thank you.

2  **MS. CHUANG:**  Hi.  I'm Angela Chuang with the Federal

3  Public Defender's Office.

4  **MS. LINKER:**  My name is Jodi Linker.  I'm also an

5  attorney in the Federal Public Defender's Office.

6  **THE DEFENDANT:**  David DePape.  I'm the defendant.

7  **MS. GOULET:**  I'm Catherine Goulet, and I'm an

8  investigator with the Federal Public Defender's Office.

9  **MS. CRUZ-LAUCIRICA:**  My name is Sheree Cruz-Laucirica.

10  I'm a paralegal at the Federal Public Defender's Office.

11  **THE COURT:**  I believe all these names are on the

12  questionnaire, but now you've actually seen them in person; do

13  any of you believe that you know any of the people who just

14  introduced themselves?

15  (No response.)

16  **THE COURT:**  Okay.  No one is raising their hand.

17  Now, I'm going to read to you some additional names.

18  These -- we do not -- these people will not be witnesses in the

19  case, but their names may come up during the trial.  And all we

20  want to know is if you personally know them, not if you've ever

21  heard of them, but if you personally know them:

22  Marina Abramovic; Bill Bar; Dan Bernal; Hunter Biden; Tom

23  Hanks; Jason Matthes; Gavin Newsom; Mike Pence; Adam Schiff;

24  George Soros; Elizabeth Yates.

25  Raise your hand if you personally know or believe you

 1   personally know any of the people that I just named.

 2                        (No response.)

 3        **THE COURT:**  Okay.  No one has raised their hands.

 4        Now, before I go any further, I want to remind all of you

 5   of something that you were ordered in your jury questionnaire,

 6   and that is that you must not look up anything about this case

 7   or any of the people involved in the case, including me, or the

 8   lawyers, any witnesses.  You can't look it up on the Internet,

 9   no Google or any of that.  And that is until you are excused

10   from jury service.

11        So for purposes of today, while we're sitting here and, at

12   some point, there will be a break while we're working to pick

13   the jury, you cannot look up anything about this case at all,

14   not on Google, anything.

15        And it applies to everyone.  You can't tell anyone.  And

16   if you're selected for the jury, that rule shall continue until

17   you're excused.  And it continues for all of you, until I

18   excuse you today from the jury.

19        And at a break, you may see one of the lawyers who was

20   introduced to you, in the restroom or in the hallway.  They're

21   not going to say anything to you, and you shouldn't say

22   anything to them.  I've ordered them not to talk to you.  And

23   we do that, of course, to maintain the integrity of the trial

24   here.

25        Now, as I said, you can't speak to your family members,

1    your employer, the media, the press, or anything, about this

2    case.  On a break, you may call your employer and say:  Well,

3    I'm still here.  I'm going to be here for a little bit longer.

4         They're going to ask you:  What case are you here for?

5         Tell them that I ordered you not to say -- because what

6    happens?  As soon as you tell someone what case you're here

7    for, they're going to start telling you what they think, if

8    they know something.

9         And then what happens?

10        You're now getting information from people who know

11   nothing about what's going on in the courtroom.

12        What you're going to be instructed is that, if you're

13   selected for the jury, you have to decide whether the

14   Government has met its burden of proof based solely on the

15   evidence that is submitted here in court, and not on anything

16   that was outside the courtroom.  And so you're going to need to

17   wall yourself off from those outside influences.

18        So please, do not read any press reports or listen to

19   anything.  My understanding is there was a story on NPR this

20   morning.  So on any breaks, please don't turn on the radio.  If

21   you're selected for the jury, I'm going to ask that, for the

22   term of your service as a jury, that you not listen to NPR.

23   That doesn't mean that you have to be a -- you know, a monk and

24   not listen to anything.  You can follow the Warriors --

25   although, I'm sorry to say that their great season -- not a

1    great game last night, but otherwise, it's looking much better

2    than last year.

3         You can follow the budding romance of Taylor Swift and

4    Travis Kelce.  You can start planning your Black Friday

5    shopping plan, holiday plan, read a book, or something like

6    that.  But if you're selected for the jury, and for today,

7    please create an all-news blackout, so that we can ensure that

8    the jurors, the 15 jurors we select today, will decide this

9    case based solely on the evidence presented here.

10        And if you think about it:  Why do we do this?  Why do we

11   impose this rule?

12        Think about if you got in a car accident, and you went to

13   trial -- someone hit you and you had a trial.  And you learned

14   that one of the jurors actually went to the accident scene,

15   took her own measurements, brought it back to the jury room,

16   and talked to the jurors about that.

17        You and your lawyer had no idea this happened, had no

18   ability to question the witness, or anything like that.

19        I think you would feel like you had been cheated as one of

20   the parties.  That had been unfair.  And that's why we have

21   this rule, so that we can ensure that each side, everyone

22   involved with this trial, that the process is fair.

23        And here's a headline from a case just last year.  This

24   happened.  There was a case down in Southern California

25   involving Apple AirPods.  It was a patent case, a civil case.

1   And one of the jurors, after about a week of trial, when it was

2   about ready to go to the jury for their deliberations, it came

3   out that a juror had done his own research on the Internet.

4   And the case, the judge had to declare a mistrial.  The whole

5   thing thrown out, and they were going to have to start all over

6   with a new jury.  And that's what we really do not want to

7   happen here.

8        Okay.  Now, let's get back to this case.  The schedule for

9   the trial in this case, as I said, we intend to pick the jury

10  today.  Then we will not have trial tomorrow or Wednesday.  We

11  will start with opening statements and the evidence on

12  Thursday.

13       We go from approximately 8:30 to 3:00 p.m.  Friday is

14  Veterans Day, a federal holiday; we will not have trial.  Then

15  we'll resume with trial on Monday; that's the 13th.  Again,

16  8:30 to 3:00, Tuesday.  And on Wednesday, we're anticipating --

17  we can never be certain, but we're anticipating -- the jury

18  would get the case for deliberation by Wednesday.  Could be a

19  little earlier -- could be a little earlier.  But we're all

20  anticipating that the case will be over by Friday.  So any of

21  you that have Thanksgiving week plans, no problem.

22       Now, having heard that -- and I know a lot of you

23  completed your questionnaire -- is there anyone who, with that

24  schedule in mind -- it's a pretty short trial, actually --

25  would find it impossible to serve as a juror?  Not

1   inconvenient -- unfortunately, we know it's inconvenient for

2   everyone, but impossible to serve as a juror in this case?

3                    (Hands raised.)

4        **THE COURT:**  Okay.  So we have a few hands.  We need

5   the microphone.

6        And let's start over here.  When you speak, first, say

7   your juror number, please.

8        **PROSPECTIVE JUROR NUMBER 8:**  8.

9        **THE COURT:**  What's your problem?

10       **PROSPECTIVE JUROR NUMBER 8:**  My problem is, I work

11  night shift and I don't think my work would excuse me these

12  days.

13       **THE COURT:**  And where do you work?

14       **PROSPECTIVE JUROR NUMBER 8:**  Tesla.

15       **THE COURT:**  Did you ask if you have coverage for jury

16  duty?

17       **PROSPECTIVE JUROR NUMBER 8:**  I asked, but they say --

18  they tell me they don't cover a whole week.  They may cover one

19  day -- or probably two days, but I don't think they cover for

20  more than that.

21       **THE COURT:**  And what is your shift?

22       **PROSPECTIVE JUROR NUMBER 8:**  C shift.

23       **THE COURT:**  We don't know what C shift is.  What are

24  the hours?

25       **PROSPECTIVE JUROR NUMBER 8:**  7:00 p.m. to 7:00 a.m.

1             **THE COURT:**  To 7:00 a.m., okay.

2      Okay.  Thank you.

3      And, then, if you can pass the microphone back, I believe

4 there was someone.

5             **PROSPECTIVE JUROR NUMBER 24:**  I'm Juror Number 24.

6             **THE COURT:**  Okay.

7             **PROSPECTIVE JUROR NUMBER 24:**  My father is 90 years

8 old, and he is, right now, diagnosed with cancer.  And he has

9 doctors appointments and treatments; he has one on Thursday.  I

10 usually am the one that provides transportation.  And I also

11 act as his interpreter for his medical provider.

12            **THE COURT:**  Okay.  So he has an appointment this

13 Thursday?

14            **PROSPECTIVE JUROR NUMBER 24:**  He does.

15            **THE COURT:**  And you act as an interpreter.  Okay.

16 Thank you.

17            **PROSPECTIVE JUROR NUMBER 31:**  I have a business trip

18 this week where I need to speak, and it would be a burden on

19 the people who cover for me at this event.

20            **THE COURT:**  What do you do?

21            **PROSPECTIVE JUROR NUMBER 31:**  I'm in internet

22 security.

23            **THE COURT:**  And what are you speaking at?

24            **PROSPECTIVE JUROR NUMBER 31:**  It's an event that my

25 company is holding in Chicago.

**JURY VOIR DIRE**

1          **THE COURT:**  Thank you.

2          **PROSPECTIVE JUROR NUMBER 33:**  I have a vacation

3    planned on the 17th, like I have a flight I have prebooked.

4          **THE COURT:**  Friday.  What time?

5          **PROSPECTIVE JUROR NUMBER 33:**  It would be 5:30.

6          **THE COURT:**  A.m. or p.m.?

7          **PROSPECTIVE JUROR NUMBER 31:**  P.m.

8          **THE COURT:**  Okay.  Thank you.

9          **PROSPECTIVE JUROR NUMBER 34:**  Number 34.  And I have

10   to take care of my dad.  He cannot, like, see.  He's has visual

11   problem.

12         **THE COURT:**  Okay.  Do you work?

13         **PROSPECTIVE JUROR NUMBER 34:**  I do.

14         **THE COURT:**  And do you work full-time?

15         **PROSPECTIVE JUROR NUMBER 34:**  No.

16         **THE COURT:**  What is your work schedule?

17         **PROSPECTIVE JUROR NUMBER 34:** I work Thursday, Friday,

18   Saturday, and Sunday.

19         **THE COURT:**  When you're working, who takes care of

20   your father?

21         **PROSPECTIVE JUROR NUMBER 34:**  I call my friend, or

22   friend come to visit him.

23         **THE COURT:**  Okay.  All right.

24         **PROSPECTIVE JUROR NUMBER 34:**  Yeah.

25         **THE COURT:**  All right.  Okay.  Thank you.

1    **PROSPECTIVE JUROR NUMBER 34:**  You're welcome.

2    **PROSPECTIVE JUROR NUMBER 29:**  This is number 29.

3    I'm a single parent with young kids that I'm responsible

4    for taking them to school in the morning, by 8:30.  And I live

5    in Oakland.  So after dropping them off and coming here, it

6    would be a big burden because I don't have any backup care.

7    **THE COURT:**  So what did you do today?

8    **PROSPECTIVE JUROR NUMBER 29:**  Today I asked my

9    ex-partner to take them to school; but I'm the one that's

10   responsible for taking them every day.

11   **THE COURT:**  Okay.  But your ex-partner was able to do

12   it today?

13   **PROSPECTIVE JUROR NUMBER 34:**  She was able to do that

14   today.

15   **THE CLERK:**  We need to swear them.

16   **THE COURT:**  Ms. Means reminded me -- I'm sorry.  I

17   forgot that we're going to actually place you all under oath.

18   So those are -- you who all spoke already, if you didn't

19   tell the truth, then raise your hand and speak again, and tell

20   the truth this time.

21                          (Laughter.)

22   **THE COURT:**  Now, we're going to place you under oath.

23   If you could all please stand and raise your right hand.

24                   (The oath was administered.)

25   (The prospective jurors answered in the affirmative.)

**JURY VOIR DIRE**

```
 1          THE COURT:  Okay.  Thank you.
 2     Okay.  Pass to whoever is next.
 3          PROSPECTIVE JUROR NUMBER 28:  Good morning, Your
 4  Honor.  I'm a student and --
 5          THE COURT:  What number are you?
 6          PROSPECTIVE JUROR NUMBER 28:  Oh, number 28.
 7     But I currently live in San Jose, you know, like
 8  temporarily.  Obviously, my permanent address is over here, but
 9  obviously this is final weeks too --
10          THE COURT:  You're in finals this week?  You're in
11  San Jose --
12          PROSPECTIVE JUROR NUMBER 28:  San Jose State.  Well,
13  not finals specifically, but finals are coming up.  And on top
14  of that, I have, you know, midterms for other classes.
15          THE COURT:  So you have classes during the week?
16          PROSPECTIVE JUROR NUMBER 28:  Yeah.
17          THE COURT:  Okay.
18          PROSPECTIVE JUROR NUMBER 28:  And I'm from San Jose.
19  I mean, like, I live in San Jose, so it would be --
20          THE COURT:  So, theoretically, you shouldn't have even
21  been in this jury.
22          PROSPECTIVE JUROR NUMBER 28:  Yeah.  My dorm is there,
23  so -- my permanent address is in, like, Alameda, so...
24          THE COURT:  Okay.  Thank you, 28.
25          PROSPECTIVE JUROR NUMBER 28:  I appreciate it.  Thank
```

1    you.

2            **PROSPECTIVE JUROR NUMBER 36:**  Number 36.

3        And I have a two years old children at home, and then my

4    wife is pregnant now.  So I need to take care of them.  And for

5    the work, I'm a small business owner, and we only have, like,

6    four -- I mean, three people, including me.  I cannot leave,

7    like, a single day.

8            **THE COURT:**  Well, you're also -- you have travel in

9    the next couple of weeks.

10           **PROSPECTIVE JUROR NUMBER 36:**  Yes.  In the November --

11   18th to the 20th, I'm going to travel to the Los Angeles.

12           **THE COURT:**  Okay.  So you do leave then**?**

13           **PROSPECTIVE JUROR NUMBER 36:**  Yes.  But I think my

14   wife will take two days and take care of the -- of my son.

15   Yeah.

16           **THE COURT:**  Okay.  How old is your son?

17           **PROSPECTIVE JUROR NUMBER 36:**  Two years old.

18           **THE COURT:**  Three years old?

19           **PROSPECTIVE JUROR NUMBER 36:**  No, two and a half years

20   old.

21           **THE COURT:**  And so you stay home with him?

22           **PROSPECTIVE JUROR NUMBER 36:**  No, I go no work.

23           **THE COURT:**  Okay.  All right.  Thank you.

24           **PROSPECTIVE JUROR NUMBER 46:**  Good morning, Your

25   Honor.  Number 46.

1      I am a nurse practitioner student.  I'm in residency right

2   now.  And I graduate in -- exactly one month from today.  But

3   as contingent on me completing all my clinical hours.  And I

4   will have multiple shifts between now and the end of the trial

5   that, if I miss, I will no longer be eligible for graduation.

6           **THE COURT:**  Those are the daytime shifts.

7           **PROSPECTIVE JUROR NUMBER 46:**  Correct.  Yes, ma'am.

8   8:30 to 5:00.

9      Sorry.

10          **THE CLERK:**  I'm sorry.

11          **PROSPECTIVE JUROR NUMBER 46:**  Pardon me?

12          **THE COURT:**  Okay.

13          **PROSPECTIVE JUROR NUMBER 61:**  Number 61.

14      I have a flight.

15                  (Pause in proceedings.)

16          **THE CLERK:**  Try it now.  Now, it's not even -- is it

17   on?

18          **PROSPECTIVE JUROR NUMBER 61:**  Testing.  Hello?

19                  (Pause in proceedings.)

20          **THE COURT:**  Okay.  Number 61.

21          **PROSPECTIVE JUROR NUMBER 61:**  Testing.  There we go.

22      I have a flight scheduled for 2:00 on Thursday, and I'll

23   be gone through the weekend, visiting my father who just had

24   surgery.  I don't know if the flight can be moved.

25          **THE COURT:**  Thursday this week?

```
1              PROSPECTIVE JUROR NUMBER 61:  This Thursday, correct,

2    through the weekend.

3              THE COURT:  Where is your father?

4              PROSPECTIVE JUROR NUMBER 61:  Portland, Oregon.

5              THE COURT:  What airline?

6              PROSPECTIVE JUROR NUMBER 61:  Southwest Airlines.

7              THE COURT:  Oh, I think you can move.  Okay.  Thank

8    you.

9              PROSPECTIVE JUROR NUMBER 65:  Juror 65.

10       I -- there is a wedding this weekend that my partner is

11   going to.  Her abusive father will be there, and I do believe

12   it would be important for me to attend it.

13             THE COURT:  But if it's this weekend, when are you

14   leaving?

15             PROSPECTIVE JUROR NUMBER 65:  We will be leaving on

16   Thursday.

17             THE COURT:  At what time?

18             PROSPECTIVE JUROR NUMBER 65:  We will be leaving, I

19   believe, around 2:00 p.m.  Now that I think of it, though, the

20   flight can be moved.  It is Southwest.  And it is just this

21   weekend.  So, yeah, we can remove that excuse.

22             THE COURT:  Yeah.  So Friday is Veterans Day.  We will

23   not have trial on Friday.

24             PROSPECTIVE JUROR NUMBER 65:  Thank you.

25             THE COURT:  All right.  Thank you.
```

1      **PROSPECTIVE JUROR NUMBER 70:**  Hi.  Juror Number 70.

2          My husband and I run a small practice, and I'm the primary

3      parent who picks up my children from school.  And they're off

4      early from school for parent/teacher conferences, and I'm the

5      only one who can pick them up.  And I don't have extra care.

6          **THE COURT:**  You don't have any friends?  You've never

7      picked up before?

8          **PROSPECTIVE JUROR NUMBER 70:**  No, they all work.  I'm

9      usually the one -- if they get picked up, they get dropped off

10     at work and get stuck in a break room until we're off.

11         **THE COURT:**  Okay.  Anymore on that side?

12         **PROSPECTIVE JUROR NUMBER 67:**  Mine is more of a

13     physical nature.  I suffer from constant back problems.  It's

14     hard for me to sit down and stand up for a certain period of

15     time.  But I do have with me -- I do have physical therapy that

16     I do twice a week, which really helps my back.  Also with me, I

17     have paperwork from my primary doctor and my spine specialist.

18         **THE COURT:**  Okay.  So if you were able to sort of sit

19     and stand as needed during the trial, you believe you still

20     would be too uncomfortable to serve?

21         **PROSPECTIVE JUROR NUMBER 67:**  Yes.  The pain -- after

22     a while, I would have to sit -- lay down, rather, and that

23     eases the pain because, after the stiffness, the pain starts.

24         **THE COURT:**  Okay.  All right.  Thank you.

25         **PROSPECTIVE JUROR NUMBER 100:**  Hi, I'm Juror

1  Number 100.

2      I have a flight out on Wednesday, and will return at the

3  end of next week.

4          **THE COURT:**  Okay.  Where are you going?

5          **PROSPECTIVE JUROR NUMBER 100:**  To New Jersey.

6          **THE COURT:**  Okay.  Thank you.

7          **PROSPECTIVE JUROR NUMBER 119:**  Good morning, Judge.

8  I'm Number 119.

9      I'm a full-time student at Cal State East Bay, and I have

10 finals coming around.  Because, this semester, we're doing

11 research papers, so finals are coming a little earlier, and I

12 have a bunch of midterms.  So I have to commute all the way

13 from Hayward to here.

14     And I also take care of my grandparents over the weekends

15 and -- from Thursday to Monday, so it's kind of hard.

16         **THE COURT:**  Thank you.

17         **PROSPECTIVE JUROR NUMBER 120:**  Good morning,

18 Your Honor.  Juror Number 120.

19     I work as a resident physician with no scheduled breaks,

20 and interruption of my training can possibly delay my ability

21 to take my board examinations.

22         **THE COURT:**  Where are you a physician resident?

23         **PROSPECTIVE JUROR NUMBER 120:**  What?

24         **THE COURT:**  Where?

25         **PROSPECTIVE JUROR NUMBER 120:**  UCSF.

1        **THE COURT:**  Okay.  Thank you.

2        **PROSPECTIVE JUROR NUMBER 121:**  Hi.  Juror 121.

3    I'm an independent software consultant and trainer.  I've

4  already had to postpone two weeks of clients in order to

5  accommodate the jury duty.  The following week, next week, is

6  scheduled to be a pilot for a new class that I have developed.

7  I have two resellers who are putting people into that class and

8  it would be very difficult if they had to postpone again.

9        **THE COURT:**  Thank you.

10        **PROSPECTIVE JUROR NUMBER 117:**  117.

11    I'm the sole provider of my family.  I wrote a paragraph a

12  small one, if I can give it to you.

13        **THE COURT:**  If you want to hand it up, sure.

14        **PROSPECTIVE JUROR NUMBER 117:**  Yes, ma'am.

15        **THE COURT:**  Are you more comfortable with that than

16  speaking?

17    I should have told anyone:  If anyone has anything that

18  they're not comfortable -- that it's private or confidential,

19  you can just tell us, and we'll speak to you outside the

20  presence of everyone.

21              (Pause in proceedings.)

22        **PROSPECTIVE JUROR NUMBER 101:**  Good morning, Your

23  Honor --

24        **THE COURT:**  Oh, hold on just one second.

25    Just so you know, I'm sharing this with the lawyers.

1          Thank you.

2                  **THE CLERK:**  And remember to say your juror number.

3                  **THE COURT:**  Okay.  Go ahead.

4                  **PROSPECTIVE JUROR NUMBER 101:**  I'm Juror Number 101.

5          I'm currently a nursing student, and midterms are coming

6  pretty soon and we have to do a lot of studying for that.  And

7  on top of that, I also have to attend clinicals, which start

8  next week.  So I'll be out of the state and there for a week.

9  And I must attend these or I do not pass the course.

10                 **THE COURT:**  Okay.  Thank you.

11                 **PROSPECTIVE JUROR NUMBER 99:**  Juror 99.

12         I'm self-employed with no employees.  I already have

13  almost the whole month of November scheduled up with work.

14  This morning's job I canceled, and the customer decided to go

15  with somebody else, so I've already lost work.  I can't afford

16  to lose more.

17                 **THE COURT:**  If I could suggest that, while you're here

18  today, you have all these people who are always looking for --

19  your identified yourself as a self-employed handyman.  You

20  should use it to drum up some business while you're here today.

21                 **PROSPECTIVE JUROR NUMBER 99:**  Thank you.

22                 **PROSPECTIVE JUROR NUMBER 87:**  I'm 87.

23         And my first language is Spanish and some English.  I know

24  English, but some words would be difficult for me to

25  understand.

**JURY VOIR DIRE**

1      **THE COURT:**  Okay.  So you're having a little bit of

2   difficulty this morning understanding?

3      **PROSPECTIVE JUROR NUMBER 87:**  No, I mean when -- but

4   some words in English that are more ethic [sic], and I would be

5   confused what that means sometimes.  That would be my --

6      **THE COURT:**  You're concerned about that?

7      **PROSPECTIVE JUROR NUMBER 87:**  Yeah.  That's my

8   concern.

9      **THE COURT:**  All right.  Thank you.

10      **PROSPECTIVE JUROR NUMBER 88:**  Good morning.  I am

11   Juror Number 88.

12      I have a business trip scheduled next week, next Monday to

13   next Friday.  It's my team's off-site, and since I'm a rather

14   senior leadership on the team, it's important that I be there.

15      **THE COURT:**  Okay.  Thank you.

16      **PROSPECTIVE JUROR NUMBER 88:**  Thank you.

17      **PROSPECTIVE JUROR NUMBER 91:**  I am number 91.

18      My language is not very well, so I'm afraid I will not

19   understand what they say.  So I'm not be able to --

20      **THE COURT:**  I understand.  Okay.  Thank you.

21      **PROSPECTIVE JUROR NUMBER 91:**  Thank you.

22      **PROSPECTIVE JUROR NUMBER 79:**  I'm Juror Number 79.

23      I'm a full-time college student in the East Bay, and I

24   will have mandatory classes, a couple, over the next few days.

25   So I think it would be very difficult for me to attend both

 1  those classes and be a juror.

 2       **THE COURT:**  Because the classes conflict?  You'll miss

 3  your classes?

 4       **PROSPECTIVE JUROR NUMBER 79:**  Yes, I would be missing

 5  classes for this.  Yeah.

 6       **PROSPECTIVE JUROR NUMBER 76:**  Good morning, Your Honor

 7  I'm Juror Number 76.

 8    I'm even embarrassed to say this, but my husband is the

 9  one bringing me here, and he's waiting at the cafeteria right

10  now.  He's celebrating his 75th birthday on the 14th, so I'm

11  having my kids from Southern California to come over for the

12  weekend until his birthday.  So I'm begging you guys to let us

13  celebrate his 75th birthday together.

14       **THE COURT:**  Because they'll be here on the -- they're

15  coming on the 14th?

16       **PROSPECTIVE JUROR NUMBER 76:**  For the weekend.

17       **THE COURT:**  Okay.  But we don't have court on the

18  weekend.

19       **PROSPECTIVE JUROR NUMBER 76:**  No, I mean, they'll be

20  staying until the 14th, their father's birthday, 75th.

21       **THE COURT:**  And where do they live?

22       **PROSPECTIVE JUROR NUMBER 76:**  Our youngest daughter

23  lives in Chino Hills.  And, then, his kids -- he has two kids,

24  one in Morgan Hill, and one in Union City.  So they have a

25  reunion.  Thank you.

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR NUMBER 82:  Juror Number 82.

3      I have travel plans, flight booked for, I think, it's the

4  evening of the 16th.  I don't know if that will conflict or

5  not, but that's my concern anyway.

6          THE COURT:  And what is that travel for?

7          PROSPECTIVE JUROR NUMBER 82:  A family get-together,

8  pre-Thanksgiving.

9          THE COURT:  So you're leaving on the 16th through

10 Thanksgiving?

11         PROSPECTIVE JUROR NUMBER 82:  No, just for -- through

12 the weekend.

13         THE COURT:  And where is the flight to?

14         PROSPECTIVE JUROR NUMBER 82:  Quincy, Washington.

15 It's out of Santa Rosa too, so -- I won't be flying out of

16 San Francisco, so I would have to get back up to Santa Rosa.

17         THE COURT:  Okay.  Thank you.

18     Anymore on this side?

19     Okay.  We're done this side.

20     There's one more back there.

21     If you could hand it over to the gentleman back there.

22         PROSPECTIVE JUROR NUMBER 43:  Good morning.  I'm

23 Juror 43.

24     We have a four-month old at home.  And so -- I mean, I can

25 be here, but it will be a huge burden on my wife if I leave her

 1   for 10 days to be at a trial.  We don't have any other help.

 2          **THE COURT:**  I'm sorry.  You say leave her for 10 days?

 3          **PROSPECTIVE JUROR NUMBER 43:**  Or however long.  I

 4   mean, like, Thursday, Friday, Monday, Tuesday, Wednesday,

 5   Thursday, Friday.

 6          **THE COURT:**  There's no trial on Friday.  So it's

 7   Thursday, Monday, Tuesday, and the -- we expect the jury to get

 8   the case on Wednesday.  So it's not -- it's not four days.

 9      Do you work?

10          **PROSPECTIVE JUROR NUMBER 43:**  I'm self-employed.

11          **THE COURT:**  All right.  Thank you.

12          **PROSPECTIVE JUROR NUMBER 44:**  Good morning, Your

13   Honor.  My juror number is 44.

14      I work full-time for a nonprofit that has two employees,

15   one of them being myself.  In addition, I also attend college

16   part-time, although it is online.

17          **THE COURT:**  Thank you.

18      And then we had -- okay.  So we're done over there.

19          **PROSPECTIVE JUROR NUMBER 16:**  Number 16.

20      I have an 18-year-old dog that was perfectly healthy as of

21   October 16th.  Had him since he was eight weeks old.  He had a

22   seizure on the 16th, diagnosed with cancer of the spleen, and

23   either cancer in his brain or a brain tumor.  Prognosis is two

24   to -- two weeks to two months survival.  It's been three weeks

25   today.  So any day, either the tumor will burst and he'll bleed

1  out.  He'll have another seizure that he probably will not

2  survive.  I would just like to be there.  I would just like to

3  be there.

4          **THE COURT:**  You work at home?

5          **PROSPECTIVE JUROR NUMBER 16:**  I do.

6          **THE COURT:**  Okay.  Thank you.

7          **PROSPECTIVE JUROR NUMBER 3:**  I'm Juror Number 3.

8      And I live 100 minutes from the Court house which would be

9  an excessive travel distance.

10         **THE COURT:**  Did you take BART this morning?

11         **PROSPECTIVE JUROR NUMBER 3:**  I drove this morning.

12         **THE COURT:**  Okay.  Thank you.

13         **PROSPECTIVE JUROR NUMBER 13:**  Juror Number 13.

14     Is this just for scheduling conflicts or will there be

15  another opportunity later to go over other hardships?

16         **THE COURT:**  No.  No, now is the time.

17         **PROSPECTIVE JUROR NUMBER 13:**  Okay.  So I am a type 1

18  diabetic, and I have medical devices that I need my phone to,

19  not only monitor my sugar, but also administer insulin.  And

20  they disallow you to mute the notifications.  So if my blood

21  sugar drops, my phone will beep, as well as the devices on my

22  body.  So I don't know if that would be a distraction.

23         **THE COURT:**  I think we can accommodate that.  If you

24  were willing to --

25         **PROSPECTIVE JUROR NUMBER 13:**  Okay.  Because I'll need

 1  to, you know, take food or drink or -- okay.

 2          THE COURT:  If you are seated on the jury, you let us

 3  know whatever it is that you need.

 4          PROSPECTIVE JUROR NUMBER 13:  Okay.  Thank you.

 5          THE COURT:  Okay.  All right.  Some of the members of

 6  the jury, I know, need to consult with the attorneys so we can

 7  determine the pool that we're then going to begin questioning

 8  the jurors for.

 9      So we're going to move to a different room so you guys

10  don't all have to move, but we'll probably, I suspect, be about

11  15 minutes.  So you can wander the halls.  Don't leave the

12  building.  And if you want to stay, then you'll know exactly

13  where you're seated.

14      If I can make a suggestion.  The great thing about jury

15  duty is we bring in all these people from diverse backgrounds

16  from around the Bay Area together.  And it's a great

17  opportunity to meet someone you would have never otherwise met.

18      Like, the handyman can walk around with his card; if

19  anyone lives where he lives, he needs business.  Turn to the

20  person next to you.  Like, you know, church -- if you ever go

21  to church, sometimes they say:  Hey, turn to your neighbor and

22  meet them.

23      So use that opportunity to do that.  Just do not discuss

24  this case; right?  And no looking up stuff on the Internet.  So

25  talk to each other.  We'll go as fast as we possibly can.

1    Thank you.

2        (A sidebar discussion was held in the jury room as

3    follows:)

4        **THE COURT:**  Okay.  So now is the time for hardship

5    challenges.  I'll write down the numbers that I would be

6    inclined to excuse, and you tell me if there's an objection.

7        So Juror Number 8, who works the night shift at Tesla.

8        **MS. GILBERT:**  No objection.

9        **MS. CHUANG:**  No objection.

10       **MS. LINKER:**  No objection.

11       **THE COURT:**  So Juror Number 8 is excused.  I'll try to

12   go in order.

13       Juror Number 16, the dog with the cancer.  I noted him,

14   but he does work at home.  You know, I'm mixed on it, but he --

15   I think -- it's a really old dog.

16       **MS. VARTAIN:**  No objection.

17       **MS. GILBERT:**  No.  Laura had an old dog.

18       **MS. VARTAIN:**  I have another old dog.

19       **MS. CHUANG:**  No objection.

20       **THE COURT:**  All right.  Juror Number 16 excused.

21       Juror Number 24, she was nearly in tears talking about her

22   father.

23       Any objection?

24       **MS. GILBERT:**  No objection.

25       **MS. CHUANG:**  No objection.

1          **THE COURT:**  Juror Number 28, is a full-time San Jose

2    State student.

3          **MS. VARTAIN:**  No objection.

4          **MS. CHUANG:**  No objection.

5          **THE COURT:**  Juror Number 46, a full-time Samuel

6    Merritt nurse practitioner program.

7          **MS. CHUANG:**  No objection.

8          **MS. VARTAIN:**  No objection.

9          THE COURT:  Juror Number 67.

10         **MS. CHUANG:**  No objection.

11         **THE COURT:**  I don't have notes, but I --

12         **MS. LINKER:**  Back pain.

13         **THE COURT:**  Oh, the back pain.  Okay.

14         **MS. GILBERT:**  We have no objection.

15         **THE COURT:**  Juror Number -- well, I made a question

16   mark.  Juror Number 70, she's the one, the spine health

17   functional therapy.  She says that she has no one else to pick

18   up her children except her.  I'm --

19         **MS. GILBERT:**  Well, Laura and I noted, that -- as

20   people who have had to deal with parent/teacher conferences,

21   it's only this week, so it's just one day, really, as opposed

22   to next week.

23         **MS. VARTAIN:**  It's just Thursday.

24         **MS. LINKER:**  No objection.

25         **THE COURT:**  No objection to accusing her.  If you --

1           MS. LINKER:  Do you object or not?  I'm sorry.  I'm

2     not --

3           MS. VARTAIN:  I thought it wasn't that much of a

4     hardship to have Monday to get help picking up her kids.

5           MS. LINKER:  Oh.

6           THE COURT:  Yeah, I put a --

7           MS. LINKER:  We don't object.

8           MS. VARTAIN:  We don't object.

9           THE COURT:  All right.  I'm going to excuse Number 70.

10    I think it was just she and her husband ran the company too.

11        Juror Number 79 is a full-time student.

12          MS. VARTAIN:  No objection.

13          MS. CHUANG:  No objection.

14          THE COURT:  Juror Number 91, I think we had agreed in

15    advance; she had a language issue as well.

16          MS. CHUANG:  Yes.

17          MS. VARTAIN:  Correct.

18          THE COURT:  So 91, no objection.

19        99 is the self-employed handyman.  I do see how that could

20    be a burden, if he has to cancel that.  Although it could be a

21    net positive if he gets some work today.

22          MS. VARTAIN:  No objection.  We don't object.

23          MS. CHUANG:  No objection.

24          THE COURT:  Juror Number 100, she had --

25          MS. VARTAIN:  No objection.

 1          MS. CHUANG:  No objection.

 2          THE COURT:  No objection to 100.

 3      Juror 101 is also a nursing student and he said he was

 4  starting his clinic next week.  That seems like that would be a

 5  hardship.

 6      Any objection?

 7          MS. VARTAIN:  No.

 8          MS. CHUANG:  No objection.

 9          THE COURT:  119.  We had already agreed to excuse,

10  college student, I believe.  So no objection to 119.

11          MS. GILBERT:  Correct.

12          THE COURT:  I'm going to go through all who are

13  excused:  8, 24, 28, 16, 46, 67, 70, 79, 91, 99, 100, 101, and

14  119.

15      So -- oh, sorry.  Here is -- let me read.  Now I'll see if

16  you guys have any others.

17      Number 117 handed me the note that says:  To whom it may

18  concern.  My name is Brian Alynn McClish.  I'm writing this

19  letter to ask the judge to excuse me from jury duty.  I cannot

20  attend and serve on a jury because I'm the sole provider for my

21  family for four people.  As for my job, I'm a superintendent

22  for a small construction company.  My family relies on my

23  weekly paychecks to pay for mortgage, cost of living, and all

24  the utility bills.  Thank you for understanding my situation.

25      He is Number 117.

```
 1          And he lives in Santa Rosa, so he does also have a long

 2    commute.

 3          MS. CHUANG:  No objection.

 4          MS. GILBERT:  No objection.

 5          THE COURT:  So we will also excuse Number 117.

 6      I don't know if you had any others.

 7          MS. LINKER:  I think I have a couple.

 8                      (Pause in proceedings.)

 9          MS. VARTAIN:  Do you guys have a few?

10          MS. LINKER:  We do have a few, we're almost done.

11    Let's just get our list.

12          MS. VARTAIN:  Okay.

13                      (Pause in proceedings.)

14          MS. LINKER:  We have a few.

15          MS. CHUANG:  Yeah.  We have a few.

16          THE COURT:  Okay.  Who wants to go first?  Government,

17    usually goes first.

18          MS. VARTAIN:  We'll go.  I'm concerned that Juror

19    Number 88, who has a team off-site next week, will just not

20    show up.

21          THE COURT:  I don't -- I haven't found that to be the

22    case.  I don't tend to excuse these people with businesses

23    and -- I mean, he's just -- he's an engineer.  He said he's a

24    lead engineer.  His company can deal with that.

25          MS. VARTAIN:  Okay.
```

1    **THE COURT:**  I tend to believe they should serve, just

2    like everyone else, so...

3    **MS. CHUANG:**  Right.  We agree with the Court.

4    **THE COURT:**  All right.

5    Can I just ask you:  Did I excuse 87?

6    **MS. CHUANG:**  No, but we were going to --

7    **THE COURT:**  I will excuse 87.  I missed him from --

8    87 -- from my list.

9    **MS. VARTAIN:**  That was next on the Government's list.

10    Is there anyone else?

11    **THE COURT:**  So now, Defense.

12    **MS. LINKER:**  They have one more.

13                    (Pause in proceedings.)

14    **MS. VARTAIN:**  Okay.

15    **MS. LINKER:**  You're done?  Okay.

16    **MS. CHUANG:**  We have Number 34, who cares for her

17    father and then works the rest of the week.  I also think there

18    may be some language difficulties.  On the questionnaire, she

19    wrote her parents' names and children's names instead of the

20    information that was actually asked for.

21    **THE COURT:**  I am concerned about the language.  The

22    reason I asked -- I mean, she works and she has people care for

23    her father, so I don't think that's the hardship.  But I do

24    think there's a language problem issue.

25    And what I have had in a couple of trials where I don't

1  excuse them and, then, they call Ada that night saying, "I

2  didn't understand half of what was being said."

3          MS. LINKER:  Yeah.

4          THE COURT:  So is there any objection from the

5  Government to excluding 34?

6          MS. VARTAIN:  No.

7          THE COURT:  So 34 will also be excused.

8          MS. CHUANG:  And then we had Number 43, with the

9  four-month old.  I think he works at home, if I remember

10  correctly.  So I think with just an infant that young, that

11  would be difficult for his family.

12          MS. LINKER:  I also think if it was the woman in here,

13  we would excuse her.  And to have it be the dad saying that

14  he --

15          THE COURT:  He's not going to get on the jury anyway.

16      I'm -- yeah, I'm not going to excuse.  If we start

17  excusing both parents when they have a four-month old, we're

18  going to have a hard time.  Now, if he was on paternity leave,

19  I would excuse him.  So I'm not going to excuse him.

20      Now -- and I don't know if anyone is going to bring it up,

21  am I going to excuse Number 120, the UCSF resident who is

22  completely not telling the truth when he says if he misses four

23  days that he's not going to pass his boards?  It's just untrue.

24          MS. CHUANG:  He wasn't on our list, so...

25          MS. GILBERT:  Not concerned about him.

1          **MS. CHUANG:**  Number 44.  So normally, I think the

2   full-time work wouldn't be an issue, but being one of only two

3   employees, I think, is a problem.  The school part-time, she

4   did say it was online, so I don't think that necessarily adds

5   that much, but it's the one of two employees.

6          **MS. VARTAIN:**  I think -- I guess I didn't get a sense

7   that she owned that business.  Does she --

8          **THE COURT:**  No, it's a nonprofit.  And it's a short

9   trial.  So I would -- in a long trial, I think I would, but not

10   in a short trial.  So I would --

11          **MS. CHUANG:**  Okay.

12          **THE COURT:**  I would not excuse Number 44 for hardship.

13          **MS. CHUANG:**  Okay.  And then our last one -- I think

14   our last one is Number 76.  I -- I think she's going to be so

15   distracted about missing any time with her family, or missing

16   her husband's birthday, that I'm not sure she'll be able to

17   really --

18          **THE COURT:**  Yeah.  I mean, I don't think it's a good

19   excuse.  Those kids live --

20          **MS. CHUANG:**  It's not, but I think it is apparently

21   quite a big deal to her, and I don't think she'll be really

22   focused on what's going on.

23          **THE COURT:**  I had difficulty understanding her, that's

24   my concern.

25          **MS. CHUANG:**  That too.

```
 1            THE COURT:  This is Number 76.  I would excuse her for
 2   language.
 3            MS. VARTAIN:  That's fine.
 4            THE COURT:  Okay.  So 76.
 5       So, let me go through, again, if you don't mind writing
 6   all the numbers again just to make sure I have them.
 7       8, 16, 24 --
 8            MS. LINKER:  Can you go slower, Your Honor?  I'm
 9   sorry.
10            THE COURT:  Yeah.  No.  Of course.
11       28, 34, 46, 67, 70, 76, 79, 87, 91, 99, 100, 101, 117, and
12   119.
13            THE COURT:  Okay.
14                      (Pause in proceedings.)
15            THE COURT:  So then we will put the first 45 in the
16   box.  So let me see where that goes to.
17                      (Pause in proceedings.)
18            THE COURT:  So I have Mr. Hernandez, Number 64, as
19   being our 45th.  He's the student who submitted this morning --
20            MS. CHUANG:  I'm sorry.  What number was he?
21            THE COURT:  64.
22            MS. LINKER:  I must have missed one.  I got to 65.
23   Let me recount, Your Honor.
24            THE COURT:  I mis- -- I might have miscounted
25   somebody.
```

1              (Pause in proceedings.)

2         **THE COURT:**  Why don't I do this:  Why don't I read who

3    I have and then you can stop me when I'm wrong.  How is that?

4         Juror Number 1, Juror Number 3, Juror Number 4,

5    Juror Number 5, Juror Number 7, Juror Number 9,

6    Juror Number 10, Juror Number 12, Juror Number 13,

7    Juror Number 14, Juror Number 15, Juror Number 17,

8    Juror Number 18, Juror Number 20, Juror Number 21,

9    Juror Number 23, Juror Number 25, Juror Number 26,

10   Juror Number 27, Juror Number 29, Juror Number 30,

11   Juror Number 31, Juror Number 32, Juror Number 33,

12   Juror Number 35, Juror Number 36, Juror Number 37,

13   Juror Number 38, Juror Number 40, Juror Number 35 -- I'm sorry

14   45.

15        I mean, 41, I'm sorry.

16        So we have Juror Number 40, Juror Number 41,

17   Juror Number 43, Juror Number 44, Juror Number 45,

18   Juror Number 47.

19             **MS. GILBERT:**  No.

20             **THE COURT:**  No.  That's my error, then.

21        Juror Number 49, Juror Number 50, Juror Number 52,

22   Juror Number 53, Juror Number 55, Juror Number 57,

23   Juror Number 58, Juror Number 59, Juror Number 61, and

24   Juror Number 63.

25        Is that 45?  Is that 45?

```
 1              THE LAW CLERK:  That's 43.

 2              MS. LINKER:  I think it is 46.

 3              THE COURT:  Okay.  Juror Number 64 and

 4    Juror Number 65.  Okay.

 5         So, you know, it will be -- Mr. Hutchins is our last one.

 6    Okay.

 7         Are we done?

 8              MS. VARTAIN:  Yes.

 9              MS. CHUANG:  Yes.

10              MS. LINKER:  With this part.

11              THE COURT:  So it's 11:00 a.m.  So I'll probably --

12    what do you think I should do in terms of taking a break?  I

13    mean, I think the jurors would rather power through than take a

14    lunch break.

15              MS. LINKER:  That's my guess.

16              MS. CHUANG:  Yeah, probably.

17              THE COURT:  So that's what I'm going to tell them.

18              MS. LINKER:  I mean, depends how long we go.

19              THE COURT:  You may not use all your time.

20              MS. LINKER:  Do you mean do both, the Government and

21    us?

22              THE COURT:  Yeah.

23              MS. LINKER:  That might be a little long for them.

24              MS. CHUANG:  Especially if one of them is diabetic and

25    would need to eat.
```

1        **THE COURT:**  Well, that's true.  Yeah, probably.

2        What I'll do is take a 15-minute break in between.  But

3   I'll make sure that works for the -- and I'll tell the jurors

4   what we're doing is we're just giving them little breaks so we

5   can get out of here earlier today.  Okay.

6        **MS. CHUANG:**  Okay.

7        **MS. VARTAIN:**  Thank you, Your Honor.

8        (Sidebar ended.  Proceedings heard in open court.)

9        **THE COURT:**  Okay.  I think we're ready to go back on

10  the record now.

11       Let me tell you a little bit -- and we're missing someone

12  right there.  Oh, here he is.

13       We'll be doing this, taking these breaks.  We don't plan

14  on taking a lunch break.  We're going to power through, and

15  that's so that we can get you done earlier today.  So,

16  hopefully, that's okay.  If it's a problem for anyone, you can

17  take whatever breaks and go eat.  So we'll have breaks.  And if

18  anyone ever needs a break, just go and take your break.  And if

19  you need to eat something while you're sitting in the

20  courtroom, that's fine as well.

21       But I think, given so many people we have here, it's

22  probably a little bit better use of your time to not take a

23  lunch break.  I don't think our cafeteria could handle all of

24  you, in any event.

25       All right.  So the following jurors are excused, so you

```
 1   should go to the jury office and let me know that you have been
 2   excused.  I'm going read by juror number.
 3         Juror Number 8, Juror Number 16, Juror Number 24,
 4   Juror Number 28, Juror Number 34, Juror Number 46,
 5   Juror Number 67, Juror Number 70, Juror Number 76,
 6   Juror Number 79, Juror Number 87, Juror Number 91,
 7   Juror Number 99, Juror Number 100, Juror Number 101,
 8   Juror Number 117, and Juror Number 119.
 9         So now what I need everybody to do is to move.  So you
10   stay in numerical order.
11         So I believe it was Mr. O'Sullivan?  Yeah, just move down
12   one.
13         And then it should be here; right, Ada?
14         What was your number?
15              PROSPECTIVE JUROR NUMBER 10:  10.
16              THE COURT:  So right next to -- all of you move down.
17         Yes, exactly.  Then you slide down.  Is it Mr. Paul?  If
18   he can move down.  And then the next row, if you can come up
19   and fill this, so we stay in order.
20         All right.  I'm going to have you now, again -- it really
21   does speed things up and we know who all of you are -- read
22   your numbers again, like we did before.
23         So we'll need to pass the microphone again, Ms. Means.
24              PROSPECTIVE JUROR NUMBER 1:  Number 1.
25              PROSPECTIVE JUROR NUMBER 3:  Number 3.
```

JURY VOIR DIRE

```
 1              PROSPECTIVE JUROR NUMBER 4:   Number 4.

 2              PROSPECTIVE JUROR NUMBER 5:   Number 5.

 3              PROSPECTIVE JUROR NUMBER 7:   Number 7.

 4              PROSPECTIVE JUROR NUMBER 9:   Number 9.

 5              PROSPECTIVE JUROR NUMBER 10:  Number 10.

 6              PROSPECTIVE JUROR NUMBER 12:  Number 12.

 7              PROSPECTIVE JUROR NUMBER 13:  Number 13.

 8              PROSPECTIVE JUROR NUMBER 14:  Number 14.

 9              PROSPECTIVE JUROR NUMBER 15:  Number 15.

10              PROSPECTIVE JUROR NUMBER 17:  17.

11              PROSPECTIVE JUROR NUMBER 18:  Number 18.

12              PROSPECTIVE JUROR NUMBER 20:  20.

13              PROSPECTIVE JUROR NUMBER 21:  21.

14              PROSPECTIVE JUROR NUMBER 23:  23.

15              PROSPECTIVE JUROR NUMBER 25:  25.

16              PROSPECTIVE JUROR NUMBER 26:  26.

17              PROSPECTIVE JUROR NUMBER 27:  27.

18              PROSPECTIVE JUROR NUMBER 29:  29.

19              PROSPECTIVE JUROR NUMBER 30:  Number 30.

20              PROSPECTIVE JUROR NUMBER 31:  31.

21              PROSPECTIVE JUROR NUMBER 32:  32.

22              PROSPECTIVE JUROR NUMBER 33:  33.

23              PROSPECTIVE JUROR NUMBER 35:  35.

24              PROSPECTIVE JUROR NUMBER 36:  36.

25              PROSPECTIVE JUROR NUMBER 37:  37.
```

1          **PROSPECTIVE JUROR NUMBER 38:**  38.

2          **PROSPECTIVE JUROR NUMBER 40:**  40.

3          **PROSPECTIVE JUROR NUMBER 41:**  41.

4          **PROSPECTIVE JUROR NUMBER 43:**  43.

5          **PROSPECTIVE JUROR NUMBER 44:**  44.

6          **PROSPECTIVE JUROR NUMBER 45:**  45.

7          **PROSPECTIVE JUROR NUMBER 49:**  49.

8          **PROSPECTIVE JUROR NUMBER 50:**  50.

9          **PROSPECTIVE JUROR NUMBER 52:**  52.

10         **PROSPECTIVE JUROR NUMBER 53:**  53.

11         **PROSPECTIVE JUROR NUMBER 55:**  55.

12         **PROSPECTIVE JUROR NUMBER 57:**  57.

13         **PROSPECTIVE JUROR NUMBER 58:**  58.

14         **PROSPECTIVE JUROR NUMBER 59:**  59.

15         **PROSPECTIVE JUROR NUMBER 61:**  61.

16         **PROSPECTIVE JUROR NUMBER 63:**  63.

17         **PROSPECTIVE JUROR NUMBER 64:**  64.

18         **PROSPECTIVE JUROR NUMBER 65:**  65.

19         **THE COURT:**  Perfect.  You can stop right there for

20    right now.

21         So what we're going to do now is, the lawyers are going to

22    have time to ask this group, that just read off your numbers

23    first, questions.  Then, we'll go back and some of them will be

24    excused, and you-all who haven't read your number yet, then may

25    be moved into that box and questions asked of you.

1      So it's very important that you listen to all those

2  questions because the lawyers may ask you, you know, did you --

3  would you have raised your hands to any of those questions.

4  And it will speed things and up we won't have to repeat

5  everything exactly again if you pay attention, even if you

6  didn't read your number.

7      Now, before they do that, I want to let you know what the

8  charges in this case are, because they're probably different

9  from what you might have thought before you arrived here today.

10     Now, as I said, we are in federal court.  And Mr. DePape

11  is charged with two federal crimes.  Two federal crimes.

12  Ms. Means is going to --

13                  (Pause in proceedings.)

14          **THE COURT:**  The first count that he is charged with is

15  attempting to seize, confine, kidnap, or hold for ransom,

16  reward, or otherwise, an officer and employee of the United

17  States, or of an agency in a branch of the United States,

18  specifically Nancy Pelosi, while Nancy Pelosi was engaged in or

19  on account of the performance of her official duties.

20     That's Count 1.

21     The second count is Mr. DePape is charged with assaulting

22  Paul Pelosi, Congresswoman Pelosi's spouse, with intent to

23  impede, intimidate, or interfere with Congresswoman Pelosi

24  while engaged in the performance of official duties, or with

25  intent to retaliate against Congresswoman Pelosi on account of

1    the performance of official duties.

2        If you're selected as a juror in this case, it will be

3    your job to decide if the Government has met its burden of

4    proving Mr. DePape's guilt of these crimes, the two federal

5    crimes he's charged with here, not some other crime -- whether

6    the Government has met its burden of proving his guilt of these

7    crimes beyond a reasonable doubt.

8        And at the end of the case, I will give the jury jury

9    instructions that explain in more detail what the Government

10   must prove.

11       Okay.  Now, with that, the Government will begin with

12   asking some questions.

13       Now, the Government may not ask every single one of you a

14   question.  Do not be offended by that, if they don't ask you a

15   question.  And do not be offended if the Government does ask

16   you a question.  Again, this is just a process to see, to try

17   to get the most appropriate jury.

18       Ms. Vartain.

19          **MS. VARTAIN:**  Thank you, Your Honor.

20       Hi.  Good morning, everyone.

21       As I said earlier, my name is Laura Vartain, and I'm an

22   Assistant United States Attorney.  And that means I'm one of

23   the two prosecutors trying this case on behalf of the United

24   States Government.

25       As the judge said -- first, I want to thank you all for

1   getting here on a rainy Monday.  I know it is an obligation,

2   but it's also -- it takes time, and we're thankful and grateful

3   that you're here.

4        As the judge said, there are two charges in this case.

5   And that may be different from what some of you thought when

6   you walked in the door; in other words, one of the charges, the

7   assault charge, has elements that the Court just read to you

8   that may be a little different from what you thought.

9        And I'm going to start with this topic because many of

10  you, I know from your questionnaires, have seen footage or

11  other evidence in this case.  Some of that -- much of that

12  might actually be evidence that you see in this courtroom,

13  admitted to show to you, if you are seated on the jury.

14       What I'd like to ask of some of you, particularly those of

15  you who thought that you could not be fair and impartial based

16  off of things you already knew about this case -- including the

17  footage of the assault -- I'm going to ask some of you -- and

18  I'll go through sort of one by one, and ask you whether, in

19  light of the information the Court has just provided you, which

20  is the more specific nature of the federal charges and the

21  Government's burden to prove those charges, whether you think

22  you can be fair and impartial in judging the evidence received

23  in this courtroom if you are seated on the jury.  Okay?

24       Okay.  Juror Number 10.

25            THE COURT:  Do we have the microphone, Ms. Means?

1        THE CLERK:  Oh.

2        MS. VARTAIN:  I believe, that you have seen the video

3  of the assault and think that that might be a factor in how you

4  would review the evidence in the case.  Am I correct about

5  that, at least as to what you put into your questionnaire?

6        THE COURT:  Wait.  Don't answer yet.  We're getting a

7  microphone.

8                    (Pause in proceedings.)

9        PROSPECTIVE JUROR NUMBER 10:  Yes, that's correct.

10        MS. VARTAIN:  Okay.  And you now know more about what

11  the intent that the Government has to prove, that the defendant

12  had when he assaulted Mr. Pelosi.  Knowing more about this case

13  and the Government's burden, does that change your view as to

14  whether you can fairly judge in this case?

15        PROSPECTIVE JUROR NUMBER 10:  Speaking truthfully, no,

16  I cannot.

17        MS. VARTAIN:  And why is that?

18        PROSPECTIVE JUROR NUMBER 10:  Just because, you know,

19  there's a lot of outside influence.  And visually, what I've

20  seen in the past, it could -- seems like it would be hard to

21  convince.  But I mean, I'm just answering based off currently,

22  right now, not going through all that evidence.

23        MS. VARTAIN:  Okay.  Can you -- let me ask you another

24  question.

25      You also have some views about how Congresswoman Pelosi --

**JURY VOIR DIRE**

1  and I'm going to use the term "congresswoman," because, as of

2  now, she's a Congresswoman, though, as of the time of the

3  assault, I think, many of you know that she was the speaker of

4  the House.

5      You have some views about Congresswoman Pelosi and how

6  she's used her position.  Am I right about that?

7          **PROSPECTIVE JUROR NUMBER 10:**  Somewhat, yeah.

8          **MS. VARTAIN:**  Will those views impact how you -- let

9  me take a step back.

10     Mr. Pelosi is expected to be a witness in this case.  In

11 addition, the Government alleges that both Speaker Pelosi --

12 then-Speaker Pelosi and Mr. Pelosi are the victims of the

13 defendant's crimes.  Given your views of the Pelosis,

14 specifically Nancy Pelosi, can you judge the evidence fairly in

15 this case?

16         **PROSPECTIVE JUROR NUMBER 10:**  I feel possibly, like,

17 because -- based on the case, it's not more of a political

18 stance, more of a someone coming to a home and physically

19 harming somebody.  So I feel the political status doesn't

20 really have anything to do with that.

21         **MS. VARTAIN:**  If I understand you correctly, then

22 would you be more concerned that the things that you have read

23 or seen are -- have already impacted you such that you can't

24 take the instructions the judge is going to give you, and judge

25 the evidence fairly?

1      **PROSPECTIVE JUROR NUMBER 10:**  Fairly, as in -- I

2   assume so, yeah, because there was a lot of outside influence

3   of when that occurred.  A lot of video was surfaced.  A lot of

4   conversations were had.  A lot of opinions from work

5   colleagues, who have higher opinions, spoke vocally about it.

6   My wife as well had her opinions on it.

7      And so, at the moment, all I can answer is that I have

8   already, coming into this courtroom, kind of a preconceived

9   notion of what occurred.  So if that's fair to the defendant,

10  then I'm -- I feel like I'm coming in already with a thought

11  process what have I've already seen.

12     **MS. VARTAIN:**  I'd like to ask you to hand the

13  microphone, please to -- to Juror Number 13.

14                 (Pause in proceedings.)

15     **MS. VARTAIN:**  Okay.  Juror Number 13, I think,

16  similarly, you have seen footage of the incident; is that

17  correct?

18     **PROSPECTIVE JUROR NUMBER 13:**  I just remember reading

19  about it.

20     **MS. VARTAIN:**  Okay.  And at the time that you filled

21  out your questionnaire, was it your view that you would have a

22  hard time being an impartial juror based on the information

23  that you already believed you knew?

24     **PROSPECTIVE JUROR NUMBER 13:**  Yes.  What I claimed on

25  the questionnaire is that our political climate, polarizing

 1    people so severely, and engineering us to pick sides, would

 2    make this a difficult case to sit in and remain impartial.

 3    It's not impossible, but it would just be a difficulty.

 4          MS. VARTAIN:  Okay.  You have now seen that the

 5    Government has a burden that is different from simply proving

 6    that an assault happened.  Is that -- do you understand that

 7    from what the Court -- the Court's instruction was?

 8          PROSPECTIVE JUROR NUMBER 13:  Yes.

 9          MS. VARTAIN:  Does knowing that change your view in

10    any way as to whether you can receive the evidence that

11    the Court is going to admit, and keep an open mind, and judge

12    the case fairly, applying the Court's instructions to the

13    evidence admitted in court?

14          PROSPECTIVE JUROR NUMBER 13:  Yes, I think I can do

15    that.

16          MS. VARTAIN:  Why do you think you can do that now as

17    different from in your questionnaire?

18          PROSPECTIVE JUROR NUMBER 13:  I just reflected on past

19    memories, in speaking with friends, predating this, who sat on

20    juries, and them talking about their process.  And how they

21    really had to sit and deliberate and deliberate and deliberate,

22    and it always came back to the fact, "These are the facts we

23    have and this is how it applies to the charges we have."  And I

24    kept that more in mind today than I did when I was answering

25    the questionnaire.

```
 1                MS. VARTAIN:  Thank you.
 2        Ms. Means, I'm going to ask to speak to Juror Number 26
 3    now.  Would you like -- can I --
 4                THE CLERK:  Yeah.  Yeah, I got it.
 5        Juror 26, raise your hand.
 6                        (Pause in proceedings.)
 7                MS. VARTAIN:  Juror 26, you also came into court -- or
 8    at the time you filled your questionnaire, had some -- had seen
 9    the footage and had only preconceived notions about the case;
10    is that correct?
11                PROSPECTIVE JUROR NUMBER 26:  Yes.
12                MS. VARTAIN:  And have those -- knowing the additional
13    information, do you have any different view as to your
14    availability to judge this case?
15                PROSPECTIVE JUROR NUMBER 26:  No, I don't.  I think,
16    given the list of names that you updated today in court, that
17    it was already sort of, like, connecting dots.  I'm -- too
18    familiar with, like, politics locally.
19                MS. VARTAIN:  In addition to your familiarity with the
20    case, it sounds like you have some views as to the purpose
21    of -- well, let me say this:  You filled out your questionnaire
22    and said, in your view, the defendant needs help, not
23    persecution.  What did you mean by that?
24                PROSPECTIVE JUROR NUMBER 26:  Well, I mean, if these
25    are felonies, then he loses his right to vote.  I don't think
```

 1   that putting him in prison is going to solve any of the

 2   problems that he has.

 3          MS. VARTAIN:  And how will that view impact your

 4   ability to sit as a juror?

 5          PROSPECTIVE JUROR NUMBER 26:  It's going to be very

 6   difficult for me to consider finding him guilty.

 7          MS. VARTAIN:  I'm sorry.  I couldn't hear the last

 8   part.

 9          PROSPECTIVE JUROR NUMBER 26:  Oh.  I don't think that

10   I'm going to be able to agree to, like, finding him guilty.

11          MS. VARTAIN:  Okay.  So am I understanding you

12   correctly that you do not think you would be able to find

13   someone guilty, given your views?

14          PROSPECTIVE JUROR NUMBER 26:  Yes.

15          MS. VARTAIN:  If you could please pass the microphone

16   to Juror Number 30.

17       Juror Number 30, you also had seen or read something about

18   the case before you arrived in court today; is that correct?

19          PROSPECTIVE JUROR NUMBER 30:  Yeah, that's correct.

20          MS. VARTAIN:  And I think you thought, based on that

21   that you would have a difficult time being a fair juror; is

22   that correct?

23          PROSPECTIVE JUROR NUMBER 30:  Yes.

24          MS. VARTAIN:  Has your view changed at all in light of

25   the additional information you've received from the Court today

 1    about what the actual charges are and the Government's burden

 2    to prove these charges?

 3              PROSPECTIVE JUROR NUMBER 30:  Well, could you repeat

 4    exactly what it is?

 5              MS. VARTAIN:  And by that you mean you would like me

 6    to -- would you like me to repeat what the charges are?

 7              PROSPECTIVE JUROR NUMBER 30:  That's correct.

 8              MS. VARTAIN:  I'm not going to repeat them in detail

 9    but what the Court read to you was the language for the

10    attempted kidnapping of Nancy Pelosi.  And on the assault

11    charge, that the Government has the burden to prove that the

12    defendant assaulted Mr. Pelosi with intent to impede,

13    intimidate, or interfere with Nancy Pelosi while she was

14    engaged in the performance of official duties or with intent to

15    retaliate against Nancy Pelosi on account of performance of her

16    official duties.

17         That was the additional information that you got from

18    the Court today regarding the specific charges.  Knowing that,

19    do you think that you can set aside any preconceived notions

20    you have about the evidence, view the evidence that you will --

21    that will be admitted in court, apply the instructions

22    the Court gives you, and judge the case fairly?

23              PROSPECTIVE JUROR NUMBER 30:  I think I could judge it

24    fairly, yes.

25              THE COURT:  And why do you think that now as opposed

1   to when you filled out your questionnaire?

2           **PROSPECTIVE JUROR NUMBER 30:**  Well, I suppose it's

3   mostly because I feel like I can look at it for what it is and

4   not worry about what I've heard before.

5           **MS. VARTAIN:**  Thank you.

6     Can I ask you to please pass the microphone to

7   Juror Number 38.

8     Okay.  Juror Number 38, I think you can anticipate what

9   I'm going to ask you, so let me cut to the chase.

10     Do you think, now, sitting here, your view has changed as

11   to whether you can judge this case fairly based off of the

12   additional information about the specific charge?

13           **PROSPECTIVE JUROR NUMBER 38:**  So to answer directly,

14   my view is not going to change because, all along, I've stated

15   that I could be fair and impartial.

16           **MS. VARTAIN:**  I'm sorry.  You said that you can?

17           **PROSPECTIVE JUROR NUMBER 38:**  I can.

18           **MS. VARTAIN:**  Thank you for clarifying that.

19     So is it your view that, despite the fact that you've seen

20   or read something about the case, you can still sit and be a

21   fair and impartial juror in this case?

22           **PROSPECTIVE JUROR NUMBER 38:**  Yes, I can.

23           **MS. VARTAIN:**  Thank you.  And I ask you, please, to

24   pass it to Juror Number 43.

25     Okay.  Juror Number 43, thank you.

1          Similar question to you:  With the additional information,

2     do you think you can judge fairly and impartially in this case?

3          The microphone is not working.  Dead battery.

4                         (Pause in proceedings.)

5               **PROSPECTIVE JUROR NUMBER 43:** Hello.

6          **MS. VARTAIN:**  Thank you.  Working.

7               **PROSPECTIVE JUROR NUMBER 43:**  To answer your question,

8     I don't think the additional information changes anything.  I

9     think it's in line with what I would have expected.

10         **MS. VARTAIN:**  Okay.  Thank you.

11         Juror Number -- I'd like -- just to make it interesting,

12    can you please pass back to Juror Number 40, please.

13              **PROSPECTIVE JUROR NUMBER 40:** Good morning.

14         **MS. VARTAIN:**  Good morning.

15         Same question to you, sir.  Does the additional

16    information -- I think you -- I'm correct that you had already

17    seen or read something about the case before you arrived in

18    court today; is that correct?

19              **PROSPECTIVE JUROR NUMBER 40:** Correct, ma'am.

20         **MS. VARTAIN:**  And with the Court's additional

21    instruction, does that tell you more about what the

22    Government's burden of proof is in this case?

23              **PROSPECTIVE JUROR NUMBER 40:** Doesn't pretty much

24    change my outlook.  It's pretty much the same.

25         **MS. VARTAIN:**  Okay.  Does that mean that you do not

1    think you can set aside any thoughts or opinions you have on

2    the case already, and receive the evidence in the case, apply

3    the Court's instructions to the law, and judge the case fairly?

4         **PROSPECTIVE JUROR NUMBER 40:**  Well, pretty much by

5    what I saw in the media and news, I kind of have a

6    predetermined opinion already.  So it would be very difficult

7    to dissuade me.  So...

8         **THE COURT:**  So I can just interrupt.

9         So what we're doing here is, the Government needs to

10   persuade you as opposed to dissuade you; right?

11        The Government is going to have the burden of proving the

12   defendant's guilt of the crimes charged, and the elements and

13   the instructions I give, based on the evidence presented here

14   in court.  And the question is whether you can put aside what

15   you know and make that decision based solely on what you hear

16   in court, or whether what you have seen you think, well, you

17   can't do that, you won't be able to follow those instructions

18   and make a decision based solely on what's presented in court.

19        **PROSPECTIVE JUROR NUMBER 40:**  I don't think I can,

20   ma'am.

21        **THE COURT:**  Okay.  We -- the only right answers today

22   are truthful answers.

23        **PROSPECTIVE JUROR NUMBER 40:**  Thank you.

24        **MS. VARTAIN:**  Thank you, sir.

25        Can I ask you to please pass the microphone to Juror 45.

**JURY VOIR DIRE**

1      Good morning.

2          **PROSPECTIVE JUROR NUMBER 45:**  Good morning.

3          **MS. VARTAIN:**  Am I right that you, too, came to court

4    with some views of the case based off of things you had read or

5    seen?

6          **PROSPECTIVE JUROR NUMBER 45:**  I think I heard about

7    it, but I stay away from all politics and things, so I didn't

8    really have too much of an opinion on anything.

9          **MS. VARTAIN:**  Okay.  And so does that mean that --

10   sitting here today, do you have a preconceived view of the

11   case?

12         **PROSPECTIVE JUROR NUMBER 45:**  No.

13         **MS. VARTAIN:**  Okay.  Thank you.

14     Could you please pass -- I'm going to ask you one other

15   question.

16     Never mind.

17     Thank you.  Could you please pass the microphone to

18   Juror Number 50?

19         **MS. VARTAIN:**  One moment, please.

20     Juror Number 50, I think you had seen images -- could you

21   raise your hand?

22         **PROSPECTIVE JUROR NUMBER 50:**  Right here.

23         **MS. VARTAIN:**  Oh, thank you.

24     You had seen images of this case before coming to court

25   today; is that correct?

1      **PROSPECTIVE JUROR NUMBER 50:**  Yes.  I saw a lot of

2  coverage, video.

3      **MS. VARTAIN:**  And so the same questions that I've been

4  focused on.  Knowing the actual charges in this case, and the

5  Government's burden of proof on those charges, can you judge

6  the case fairly based off the evidence that comes into court in

7  this case?

8      **PROSPECTIVE JUROR NUMBER 50:**  The charges are in line

9  with what I think the intent was, so I don't think so.

10      **MS. VARTAIN:**  Okay.  And does that mean that you

11  already have decided what you think the defendant's intent was

12  in this case?

13      **PROSPECTIVE JUROR NUMBER 50:**  Yes.

14      **MS. VARTAIN:**  And you don't believe that you can have

15  an open mind as you review the evidence in this case?

16      **PROSPECTIVE JUROR NUMBER 50:**  I can try, but I think

17  it would be difficult.

18      **MS. VARTAIN:**  Would you please pass to Juror

19  Number 69.

20      Oh, never mind.  Juror 69, I think you are outside the

21  number that I'm supposed to be asking questions to.

22      Okay.  I am going to switch gears and talk about a

23  different set of beliefs or opinions some of you come into

24  court -- came into this courtroom with, and that concerns

25  opinions about the alleged victims of the case.  And, again,

1   that is then-Speaker Pelosi and her husband Mr. Pelosi.

2        Juror Number 3, I took from your questionnaire that you

3   have strong negative views about Congresswoman Pelosi.  Am I

4   right about that?

5             **PROSPECTIVE JUROR NUMBER 3:**  Correct.

6        **MS. VARTAIN:**  Okay.  And you understand that she is

7   one of the alleged victims in the case?  Do you understand

8   that?

9             **PROSPECTIVE JUROR NUMBER 3:**  Correct.

10       **MS. VARTAIN:**  Do you also understand that her husband

11  is the one who was assaulted and is expected to be a witness in

12  the case?

13            **PROSPECTIVE JUROR NUMBER 3:**  I understand.

14       **MS. VARTAIN:**  Given your -- let me ask you this:  You

15  wrote that -- I think, you meant this of Congresswoman

16  Pelosi -- that she deserves harsh treatment.

17       What do you mean by that?

18            **PROSPECTIVE JUROR NUMBER 3:**  I'm unsympathetic towards

19  her.

20       **MS. VARTAIN:**  Does that mean that in any way you view

21  an assault of her husband as something that she deserved, even

22  a little bit?

23            **PROSPECTIVE JUROR NUMBER 3:**  Based on what has been

24  presented in the courtroom today, I would find it difficult to

25  maintain a presumption of -- rather, it would be difficult to

 1   carry a presumption -- difficult not to carry a presumption of

 2   innocence.

 3         MS. VARTAIN:  Well, you understand that the Pelosis

 4   are not on trial in this case?

 5      So I think, maybe -- could you explain your comment a

 6   little more?

 7         PROSPECTIVE JUROR NUMBER 3:  I would find it difficult

 8   not to carry a presumption of innocence based on the -- based

 9   on what I've heard so far in the courtroom today.  And that --

10   that comes from a lack of sympathy for the views of the

11   Pelosis.

12         THE COURT:  So I just want to clarify in terms of

13   presumption, because we often talk about that.

14      Mr. DePape is presumed innocent.  And I will instruct the

15   jury that he is presumed innocent, and that it will be the

16   Government's burden of proof to prove his guilt beyond a

17   reasonable doubt.

18      But I think you're referring to something else; is that

19   right?

20         PROSPECTIVE JUROR NUMBER 3:  I'm not referring to

21   anything else.

22         THE COURT:  So that is the presumption that you would

23   be instructed on, that he is presumed innocent and the

24   Government must prove his guilt beyond a reasonable doubt.

25         PROSPECTIVE JUROR NUMBER 3:  Understood.

1          MS. VARTAIN:  So when you say that Nancy Pelosi

2    deserves harsh treatment, what do you mean by that?

3          PROSPECTIVE JUROR NUMBER 3:  As I mentioned, I'm not

4    sympathetic to her views.

5          MS. VARTAIN:  And how will your lack of sympathy for

6    her views impact your ability to receive evidence in a case in

7    which she's the alleged victim?

8          PROSPECTIVE JUROR NUMBER 3:  I would not give her the

9    benefit of the doubt, or Mr. Pelosi.

10         MS. VARTAIN:  Okay.  Will it in some way color your

11   view of the evidence?

12         PROSPECTIVE JUROR NUMBER 3:  If the evidence is

13   ambiguous, I would not be likely to give the benefit of the

14   doubt to the Pelosis.

15         MS. VARTAIN:  And when -- if he hear testimony from

16   Mr. Pelosi, how will your negative view of Congresswoman Pelosi

17   impact his testimony?

18         PROSPECTIVE JUROR NUMBER 3:  I think it would reflect

19   poorly on him.

20         MS. VARTAIN:  Okay.  You also wrote that you have a

21   difficult time following instructions; is that right?

22         PROSPECTIVE JUROR NUMBER 3:  Correct.

23         MS. VARTAIN:  Why is that?

24         PROSPECTIVE JUROR NUMBER 3:  My principles often

25   override my desire to fit in with instructions that are

1    provided to me.

2             MS. VARTAIN:  And does that view -- that you just

3    expressed, would that apply to instructions that the Court

4    might give you in this case?

5             PROSPECTIVE JUROR NUMBER 3:  It very well may.

6             MS. VARTAIN:  I would -- thank you, Juror Number 3.

7        I'm going to ask you, please, sir, to pass the microphone

8    to Juror Number 5.

9        Okay.  Juror Number 5, good morning.

10            PROSPECTIVE JUROR NUMBER 5:  Good morning.

11            MS. VARTAIN:  I think you also have some views

12   regarding the Pelosi family; is that correct?

13            PROSPECTIVE JUROR NUMBER 5:  Yes.

14            MS. VARTAIN:  And some of those views seem to apply to

15   Congresswoman Pelosi's honesty; is that fair to say?

16            PROSPECTIVE JUROR NUMBER 5:  Yes.

17            MS. VARTAIN:  What do you mean by that?

18            PROSPECTIVE JUROR NUMBER 5:  I think -- I can't

19   remember what I wrote down on the questionnaire, but the reason

20   I put that is that I know that her and her husband have used

21   their special privileges for financial gain in this case --

22   like the stock market.

23            MS. VARTAIN:  Put the microphone up for the court

24   reporter.

25            PROSPECTIVE JUROR NUMBER 5:  I'm sorry.  I'm not

1   trying to be too loud.  Yes.

2        **MS. VARTAIN:**  And the views that you're talking about

3   now, how do you think those will impact your ability to judge

4   evidence in this case?  And by that I mean what I've already

5   said, which is the Pelosis -- Nancy Pelosi and her husband are

6   the alleged victims, and I expect you will hear testimony from

7   Mr. Pelosi in this case.

8        **PROSPECTIVE JUROR NUMBER 5:**  I don't think that will

9   hinder anything in this case.  I think everyone deserves a fair

10  trial.

11       **MS. VARTAIN:**  And so you do you think that you can set

12  aside those views and judge Mr. Pelosi's testimony the same as

13  you would judge any other witness' testimony?

14       **PROSPECTIVE JUROR NUMBER 5:**  Yes.

15       **MS. VARTAIN:**  And do you think that you can apply the

16  instructions the judge gives you regardless of your feelings

17  about Congresswoman Pelosi's honesty in certain circumstances?

18       **PROSPECTIVE JUROR NUMBER 5:**  Yes.

19       **MS. VARTAIN:**  You also commented to our standard

20  question about your view on the protection the criminal law

21  provides, that the law does not provide enough protection for

22  people accused of crimes.

23       **THE COURT:**  Ms. Vartain, can I just interrupt you for

24  a second?

25       Mr. Paul, I know on your questionnaire you said you had

```
 1    some health concerns, and you look like maybe you're having
 2    trouble.
 3              PROSPECTIVE JUROR NUMBER 25:  Yeah, I have.
 4         THE COURT:  I think I should excuse you.  Okay?
 5              PROSPECTIVE JUROR NUMBER 25:  Okay.
 6         THE COURT:  All right.  Thank you.
 7         Sorry, Ms. Vartain.  Go ahead.
 8         MS. VARTAIN:  Thank you, Your Honor.
 9         Okay.  I was going to ask you if that view you think will
10    impact your ability to sit as a juror in this case.
11              PROSPECTIVE JUROR NUMBER 5:  Can you please repeat the
12    question?
13         MS. VARTAIN:  Yes.
14         I think you wrote in your questionnaire that it's your
15    view that the law does not provide enough protection for people
16    accused of crimes.  Does that sound right?
17              PROSPECTIVE JUROR NUMBER 5:  Honestly, I can't
18    remember my response to that one.  I think the question was a
19    little confusing at first.
20         MS. VARTAIN:  Okay.  And also there is a lot of
21    questions.
22         Okay.  So knowing what you know now from the Court, do you
23    think that you can fairly judge the evidence and apply
24    the Court's instructions on the law to the facts of the case?
25              PROSPECTIVE JUROR NUMBER 5:  Yes.
```

1              **MS. VARTAIN:**  Thank you.

2         I'm going to ask you, please, to pass to Juror Number 7,

3     right next to you.

4         Good morning.

5              **PROSPECTIVE JUROR NUMBER 7:**  Good morning.

6              **MS. VARTAIN:**  Juror Number 7, this is not your first

7     time as a juror; is that correct?

8              **PROSPECTIVE JUROR NUMBER 7:**  That's correct.

9              **MS. VARTAIN:**  In fact, you've been seated as a juror

10    in the past.  Am I right about that?

11             **PROSPECTIVE JUROR NUMBER 7:**  That's correct.

12             **MS. VARTAIN:**  I think you wrote that you had a hard

13    time staying awake in that trial; is that correct?

14             **THE COURT:**  Love the honesty.

15             **PROSPECTIVE JUROR NUMBER 7:**  That's correct.

16             **MS. VARTAIN:**  Okay.  And was that something about that

17    case or something about you?

18             **PROSPECTIVE JUROR NUMBER 7:**  Just myself.

19             **MS. VARTAIN:**  Okay.  What do you mean by that?

20             **PROSPECTIVE JUROR NUMBER 7:**  This was, like, years

21    back and, you know, staying out late, you know, when you're

22    young.

23                           (Laughter.)

24             **PROSPECTIVE JUROR NUMBER 7:**  Of course.  Age catches

25    up to you.  You start maturing, so...

1      **MS. VARTAIN:**  I'm just going to ask you for the court

2  reporter, if you hold that microphone a little closer to your

3  face.  Thank you.

4      **PROSPECTIVE JUROR NUMBER 7:**  Okay.  Yes.

5      **MS. VARTAIN:**  Thank you.

6    Do you think that today, and over the next period of time

7  that the Court has described to you, you will have a similar --

8  similar difficulty staying awake?

9      **PROSPECTIVE JUROR NUMBER 7:**  No.

10      **MS. VARTAIN:**  Is there -- I think you said that the

11  jury had -- you put down the year of the jury service, which

12  was 2005, at least according in the questionnaire.

13      **PROSPECTIVE JUROR NUMBER 7:**  2005-ish.  I can't

14  remember.

15      **MS. VARTAIN:**  Okay.  Do you remember anything about

16  whether the jury reached a verdict?

17      **PROSPECTIVE JUROR NUMBER 7:**  Yes, we have.

18      **MS. VARTAIN:**  You did reach a verdict?

19      **PROSPECTIVE JUROR NUMBER 7:**  Yes.

20      **MS. VARTAIN:**  Okay.  You wrote that your prior jury

21  service, though, would affect your participation in this trial

22  because **you** tend to fall asleep.

23      **PROSPECTIVE JUROR NUMBER 7:**  This is something

24  separate now, yeah.

25      **MS. VARTAIN:**  I didn't catch that.

```
 1            PROSPECTIVE JUROR NUMBER 7:  This case is something

 2    separate from what it was before.

 3            MS. VARTAIN:  Again, you think you'll be able to stay

 4    away for the duration of this trial?

 5            PROSPECTIVE JUROR NUMBER 7:  Let's hope so.

 6                         (Laughter.)

 7            MS. VARTAIN:  Is there anything else that you think

 8    that we should know about you and whether you can sit as a

 9    juror in this case?

10            PROSPECTIVE JUROR NUMBER 7:  None.

11            MS. VARTAIN:  Okay.  I would like to ask you to please

12    hand -- and maybe we need to move the microphone over to

13    Juror Number 17, please.

14        Hello.

15            PROSPECTIVE JUROR NUMBER 17:  Good morning.

16            MS. VARTAIN:  Good morning.

17        Okay.  Juror Number 17, I think, in your words, you're not

18    a fan of Nancy Pelosi; is that correct?

19            PROSPECTIVE JUROR NUMBER 17:  Politically, yes.

20            MS. VARTAIN:  And you now understand sort of the role

21    of how she fits in a little bit -- you probably understand a

22    little bit more about how she fits into this case; is that

23    right?

24            PROSPECTIVE JUROR NUMBER 17:  Correct.  Two separate

25    issues here -- on here, yes.
```

1          **MS. VARTAIN:**  And when you say "two separate issues,"

2    what do you mean by that?

3          **PROSPECTIVE JUROR NUMBER 17:**  Politically is one

4    arena.  This is not a political issue.  This is just a criminal

5    case, as you guys has stated.

6          **MS. VARTAIN:**  Okay.  And would I be understanding you

7    correctly if I said that, in your view, you can set aside your

8    political views and judge the evidence, including Mr. Pelosi's

9    testimony, fairly in this case?

10         **PROSPECTIVE JUROR NUMBER 17:**  Absolutely.

11         **MS. VARTAIN:**  Okay.  Thank you.

12      Would you please hand the microphone to Juror Number 33.

13   And I think we'll move the microphone.

14         **PROSPECTIVE JUROR NUMBER 33:**  Good morning.

15         **MS. VARTAIN:**  Oh.  Hi.  Good morning.

16      Okay.  Juror Number 33, you follow an X account about

17   Nancy Pelosi; is that correct?

18         **PROSPECTIVE JUROR NUMBER 33:**  That is correct.

19         **MS. VARTAIN:**  And does that reflect any views, either

20   positive or negative, that you have of Nancy Pelosi?

21         **PROSPECTIVE JUROR NUMBER 33:**  No.  It follows her

22   stock trades.

23         **MS. VARTAIN:**  And does your interest in Nancy Pelosi's

24   stock trading impact how you think you would judge the evidence

25   in this case?

1          **PROSPECTIVE JUROR NUMBER 33:**  No.  They're two

2    separate issues.

3          **MS. VARTAIN:**  Okay.  Well, what is -- never mind.

4                              (Laughter.)

5          **MS. VARTAIN:**  There we go.

6       How can you be so sure that it won't -- that your interest

7    in one part of her life will not impact your ability to judge

8    fairly in this case?

9          **PROSPECTIVE JUROR NUMBER 33:**  Because I can be

10   impartial.  It -- it matters to -- to everyone to have a fair

11   trial.

12         **MS. VARTAIN:**  Okay.  And you include yourself in that;

13   correct?

14         **PROSPECTIVE JUROR NUMBER 33:**  Correct.

15         **MS. VARTAIN:**  I'm going to switch binders.  And while

16   I do that, could you please, maybe, pass to Juror Number 57.

17      Hi, Juror 57.

18         **PROSPECTIVE JUROR NUMBER 57:**  Good morning.

19         **MS. VARTAIN:**  Good morning.

20      Do you -- am I right that you have views on Congresswoman

21   Pelosi's policies?

22         **PROSPECTIVE JUROR NUMBER 57:**  I -- yes.

23         **MS. VARTAIN:**  Okay.  And are those views positive or

24   negative?

25         **PROSPECTIVE JUROR NUMBER 57:**  Negative.

1        **MS. VARTAIN:**  Do your negative views of her

2   policies -- how will you bring those, if at all, into judging

3   evidence in this case?

4        **PROSPECTIVE JUROR NUMBER 57:**  I won't.  I think it is

5   a separate issue.

6        **MS. VARTAIN:**  And can you just sort of generally

7   describe what makes you -- are you pretty certain that you

8   wouldn't be able to -- that you would be able to separate your

9   views of her policies from the evidence in the case?

10       **PROSPECTIVE JUROR NUMBER 57:**  I believe so, yeah.

11       **MS. VARTAIN:**  And what is the basis of your belief;

12  what makes you think that?

13       **PROSPECTIVE JUROR NUMBER 57:**  I think everyone should

14  have a fair trial.

15       **MS. VARTAIN:**  Could -- I'm going to ask if we could

16  please pass the microphone back up towards the front.

17       Actually, while we're here, Juror 52.

18       **PROSPECTIVE JUROR NUMBER 52:**  Good morning.

19       **MS. VARTAIN:**  I'm sorry.  One more time.

20       **PROSPECTIVE JUROR NUMBER 52:**  Good morning.

21       **MS. VARTAIN:**  I'm so short.  I can't see you there.

22  Okay.

23       Juror 52, correct me if I'm wrong, I didn't take from your

24  questionnaire that you personally had negative views about the

25  Pelosis, but that perhaps others in your circle do.

1        **PROSPECTIVE JUROR NUMBER 52:**  That's right.

2        **MS. VARTAIN:**  Do you have any reason to believe that

3  the views of others around you would color how you would view

4  the evidence in this case at all?

5        **PROSPECTIVE JUROR NUMBER 52:**  No.

6        **MS. VARTAIN:**  And do you have any reason to think that

7  you cannot sit as a fair and impartial juror in this case?

8        **PROSPECTIVE JUROR NUMBER 52:**  No.

9        **MS. VARTAIN:**  Okay.  If you can pass the microphone

10  around from where we are -- can we please pass it ahead to

11  Juror 45 -- we've already spoken.

12        I missed that.  I'm just going to have you hold it there

13  for a second and figure out where to go next.

14                        (Pause in proceedings.)

15        **MS. VARTAIN:**  Could we bring the microphone back up to

16  the front, please?

17        Good morning, Juror Number 15.

18        **PROSPECTIVE JUROR NUMBER 15:**  Good morning.

19        **MS. VARTAIN:**  I think you wrote in your questionnaire

20  that you have some hearing issues.

21        **PROSPECTIVE JUROR NUMBER 15:**  Yeah.  I have a hard

22  time hearing.

23        **MS. VARTAIN:**  How are you doing today with your

24  hearing?  Can you hear and understand everything that we are

25  saying in court?

 1          **PROSPECTIVE JUROR NUMBER 15:**  Yeah, half and half.

 2          **MS. VARTAIN:**  Half and half?

 3                       (Laughter.)

 4          **PROSPECTIVE JUROR NUMBER 15:**  One ear is good and one

 5     ear is closed up.

 6          **MS. VARTAIN:**  Can you say that you're taking in about

 7     half of what we're saying?

 8          **PROSPECTIVE JUROR NUMBER 15:**  If you talk slower then

 9     I could understand.  You know quiet -- louder, then I can hear

10     it.

11          **MS. VARTAIN:**  I'm going to be speaking a lot in this

12     trial, and the other attorneys also speak very fast -- the

13     court reporter doesn't like us for that.

14                       (Laughter.)

15          **MS. VARTAIN:**  Are you having a hard time following the

16     questions that I ask today?

17          **PROSPECTIVE JUROR NUMBER 15:**  Yeah, a little bit.

18     Yeah.

19          **MS. VARTAIN:**  Okay.  Okay.

20        We're going to stay with the microphone right around here

21     for a moment.  Could you please pass it to Juror Number 9,

22     seated behind you and a little bit over?

23        Good morning.

24          **PROSPECTIVE JUROR NUMBER 9:**  Good morning.

25          **MS. VARTAIN:**  Okay.  Juror Number 9, you heard a

1   little bit more about the proof, the Government's burden of

2   proof in this case.  Do you believe that you will be able to

3   judge the evidence in this case fairly and take the Court's

4   instructions and apply them fairly as a juror?

5          **PROSPECTIVE JUROR NUMBER 9:**  Yes.

6          **MS. VARTAIN:**  Okay.  Thank you.

7          **THE COURT:**  Mr. O'Sullivan, can I ask you -- on your

8   questionnaire, you said you knew a Michael Wong, but you didn't

9   know if it's the Michael Wong in this case.

10          **PROSPECTIVE JUROR NUMBER 9:**  Yeah, it's a fairly

11   common name in San Francisco.  Somebody I worked with in

12   Sunnyvale.

13          **THE COURT:**  A San Francisco police officer?

14          **PROSPECTIVE JUROR NUMBER 9:**  No.

15          **THE COURT:**  Okay.  Great.

16          **MS. VARTAIN:**  Okay.  Then I'm going to ask you to

17   please pass to Juror Number 23.  Okay.

18       Good morning, Juror Number 23.

19          **PROSPECTIVE JUROR NUMBER 23:**  Good morning.

20          **MS. VARTAIN:**  I think you had seen some of the

21   evidence in this case; is that correct?

22          **PROSPECTIVE JUROR NUMBER 23:**  Correct.

23          **MS. VARTAIN:**  And do you -- understanding

24   the Court's -- what the Court has told you she will instruct

25   you on at the end of the case, on what the Government's burden

**JURY VOIR DIRE**

1   of proof is and what the charges are, do you think that you can

2   fairly judge the evidence in the case?

3          **PROSPECTIVE JUROR NUMBER 23:**  I think so.

4          **MS. VARTAIN:**  Okay.  Thank you.

5      I think -- let me just ask you one more thing on that one.

6      I think you might have said in your questionnaire that you

7   have some sympathy or are sympathetic to the Pelosis; is that

8   correct?

9          **PROSPECTIVE JUROR NUMBER 23:**  Correct.

10         **MS. VARTAIN:**  Is that based -- what is that based off

11  of?

12         **PROSPECTIVE JUROR NUMBER 23:**  Based on the news that I

13  was reading.  She's the victim, so...

14         **MS. VARTAIN:**  Okay.  And you already answered this,

15  but I'm going to ask it based off of what you just said to me.

16     Can you set aside what you sort of brought into the

17  courtroom, and do you believe you can judge the evidence fairly

18  in this case?

19         **PROSPECTIVE JUROR NUMBER 23:**  Yes, I think so.

20         **MS. VARTAIN:**  Thank you.

21     Okay.  Got it.  Finished.

22     Thank you, Your Honor.

23         **THE COURT:**  Okay.  All right.  Members of the jury,

24  we'll take a 10-minute bathroom break before we have the

25  Defense.

1       Please don't go far, and we'll resume in 10 minutes.

2  Thank you.

3          (The prospective jurors leave the courtroom.)

4           (Recess taken at 11:46 a.m.)

5         (Proceedings resumed at 11:58 a.m.)

6       **THE COURT:**  Okay.  Look to your right and to your

7  left.  Is the person next to you back?

8       Is someone missing?  Oh.

9       Okay.  Ms. Chuang, you may begin.

10      **MS. CHUANG:**  Thank you.

11      Good afternoon -- I think, just barely -- everyone.

12      So, like I said before, my name is Angela Chuang.  I'm one

13  of the attorneys with the Federal Public Defender's Office, and

14  along with my co-counsel, Jodi Linker, and the rest of my team

15  at this table, we represent Mr. DePape in this trial.

16      So you just talked with the Government and with the judge

17  about some issues in the case that might come up, explored some

18  opinions.  We'll be doing the same thing.  We might go over

19  some similar questions, might hit some new issues.

20      But what we are asking of you is what you've done so

21  far -- right? -- is just tell the truth and be honest.  Because

22  there are no right or wrong answers here.  We just need to make

23  sure, if you're selected for this trial, that it's the right

24  fit for you.

25      All right.  So I like to always acknowledge how awkward

1  this whole situation is.  So it's uncomfortable, I know.  Like

2  I don't know you, you don't know me, but thank you for your

3  candor today.

4      Okay.  So let's start with something topical.  So

5  Halloween -- Halloween was just a week ago, and I'm sure a lot

6  of you were out trick-or-treating with your kids, or handing

7  out candy, doing other things for the holiday.

8      One thing I really like about Halloween is, I'm a big fan

9  of scary movies.  So -- not everyone's cup of tea.  I don't

10  know why I do it to myself, but I can't sleep for a few nights,

11  but I love them.  Right?

12      So is there anyone else here -- and I'm going to ask just

13  for a show of hands.  Anyone else here who likes watching

14  horror movies at all?

15                  (Hands raised.)

16      **MS. CHUANG:**  Okay.  Did you raise your hand,

17  Juror Number 9?

18      All right.  So I'm going to start with you.

19      Okay.  So Juror Number 9, what kind of horror movies do

20  you like?

21      **PROSPECTIVE JUROR NUMBER 9:**  I don't know.  I just

22  watched this one this weekend.  It was called "Coming Home in

23  the Dark."  It was more of a thriller than a classic horror

24  movie.

25      **MS. CHUANG:**  Did parts of it get pretty graphic and

1  bloody?

2          **PROSPECTIVE JUROR NUMBER 9:**  Somewhat.

3          **MS. CHUANG:**  Okay.  And I have some family who can't

4  watch anything with blood -- right? -- because it just makes

5  them sort of sick.

6      What's your reaction to seeing blood in movies and things

7  like that?

8          **PROSPECTIVE JUROR NUMBER 9:**  I'm okay with it.

9          **MS. CHUANG:**  Does anyone else know someone or feel

10  kind of queasy when they see blood?

11                      (Hands raised.)

12          **MS. CHUANG:**  I see a hand up over there, so I'm going

13  to ask the mic to be passed back to that juror over there.

14      I'm sorry.  What's your juror number?

15          **PROSPECTIVE JUROR NUMBER 52:**  52.

16          **MS. CHUANG:**  You get a little queasy at the sight of

17  blood?

18          **PROSPECTIVE JUROR NUMBER 52:**  It does -- or I do.  And

19  I have a child that passes out at the sight of blood.

20          **MS. CHUANG:**  And so when you see, like, images that

21  have blood or are pretty graphic, does -- how does that make

22  you feel physically?

23      Like, other than just queasy, do you find it hard to

24  concentrate on anything else?

25          **PROSPECTIVE JUROR NUMBER 25:**  I do.  It makes my

1   whole -- like, I don't watch scary movies.  I don't play video

2   games, anything like that, that incorporates anything like that

3   because it makes my whole being uncomfortable.

4        **MS. CHUANG:**  Okay.  Does anyone else feel similarly to

5   Juror 52, or have a similar type of reaction, where seeing

6   blood or graphic images would affect them?

7        And I see your hand over there, but I think you're outside

8   of our questioning box right now.

9        So anyone --

10       **THE COURT:**  Hold that thought.

11       **MS. CHUANG:**  Anyone who's in the box, which is

12  Juror 65 and under, feel similarly that way, when they see

13  blood?

14       I'm going to ask the mic be passed back up here.

15       What's your juror number?

16       **PROSPECTIVE JUROR NUMBER 18:**  Juror Number 18.

17       I'm actually a nurse, so I deal with blood all the time.

18  Seeing it, like, in movies and pictures bothers me.  But seeing

19  it in real person does not.  There you go.

20       **MS. CHUANG:**  The human mind is fascinating.

21       Okay.  So when you see it in pictures or movies or things

22  like that, do you have a similar reaction as the previous juror

23  where you just feel kind of ill?

24       **PROSPECTIVE JUROR NUMBER 18:**  I just -- it makes me

25  uncomfortable.  I just will not look at it.  I will choose not

1    to.  Like, I don't watch horror movies.  I used to love them.

2    I will not watch horror movies anymore.  I think maybe having

3    kids is what changed that.  But I don't like blood and things

4    like that, especially in pictures.

5         **MS. CHUANG:**  Do you think that seeing blood in

6    pictures would make it hard for you to concentrate on what else

7    was going on or anything else going on?

8         **PROSPECTIVE JUROR NUMBER 18:**  No.

9         **MS. CHUANG:**  Okay.

10    So I'm going to have you hold the mic for now.

11         So the reason I bring this up is because, during this

12   trial, if you're chosen for this trial, you are going to see

13   some graphic bloody footage and images.  And there's no other

14   way to put it.  It is disturbing.  And a lot of people will

15   be -- might be bothered by it; right?

16         And unlike, like, a horror movie -- this is not

17   entertainment.  This is not Hollywood we're talking about.

18   Like, these are real pictures and videos of someone who did get

19   seriously hurt.

20         So what we're trying to do is just figure out -- right? --

21   if -- some people might just be so bothered or feel so sick

22   just by seeing images of that nature, that this might not be

23   the right trial for you; right?

24         So it sounds like it might not be the right trial for

25   Juror Number 52 for those reasons.

1      Does anyone else think that just seeing bloody images or

2   videos would make it hard to focus on anything else in the

3   case?

4                        (No response.)

5          **MS. CHUANG:**  All right.  I don't see any hands.

6      So Juror 18, I'm going to ask you to hand the microphone

7   to your right.

8      You're juror 17?

9          **PROSPECTIVE JUROR NUMBER 17:**  Yes.

10         **MS. CHUANG:**  How do you feel about that the fact that

11  you're going to see graphic, bloody images in this trial.

12     Does that bother you?

13         **PROSPECTIVE JUROR NUMBER 17:**  I'm not going to say I

14  like it or I'm a fan of it.  But as a kid, back in the 80s,

15  when they had the "Faces of Death," I seen those.  And those

16  are -- a lot of it is supposed to be based on realistic things.

17  So I'm not going to go out of my way to go see it, but if it's

18  part of what you're asking us to do, it's part of what you're

19  asking to us do.

20         **MS. CHUANG:**  Great.  All right.

21     So along similar lines -- right? -- it's not just bloody

22  and graphic images and video that you'll be seeing.  You will

23  actually be seeing a video, that many of you have seen at least

24  part of before, that shows a violent act; right?

25     So there is going to be body cam footage of someone being

1   hit in the head -- Mr. Pelosi being hit in the head with a

2   hammer.  That footage will be shown at trial.

3       So some people -- and, I think, some people mentioned --

4   in your questionnaires mentioned that even just seeing a video

5   or seeing acts of violence might be too triggering for them, or

6   might be too upsetting for them.

7       Does -- can people raise their hands, who might be

8   bothered by just seeing an act of violence like that on video?

9                      (Hands raised.)

10          THE COURT:  A juror raised his hand.

11          MS. CHUANG:  Oh.  Okay.  Great.  Let's pass the mic

12   to, I think, Juror 29.

13          PROSPECTIVE JUROR NUMBER 29:  Yes.  Correct.

14          MS. CHUANG:  Okay.  So how do you feel about that?

15          PROSPECTIVE JUROR NUMBER 29:  I think movie violence

16   and entertainment violence is sort of, like, you know it's not

17   real.  And even, in some cases, I get bothered by very brutal

18   violence.  And if I have the memory of -- that I have of the

19   video that I saw, that seemed pretty brutal, and knowing that

20   that is real makes it even more disturbing.

21          MS. CHUANG:  And so do you think that you would just

22   be so disturbed by seeing the video again that it would be hard

23   for you to focus on the other parts of the case?

24          PROSPECTIVE JUROR NUMBER 29:  It's hard to say.  I saw

25   only a very small part of it.  But I would find it very

 1   disturbing.

 2        **MS. CHUANG:**  Okay.  So do you think, then, that

 3   because that's the reaction that you have to a video showing

 4   violence like that, that it would impact how you're able to

 5   judge the case?

 6        **PROSPECTIVE JUROR NUMBER 29:**  Probably not, I think.

 7   But I can't be sure.

 8        **MS. CHUANG:**  All right.  So I know this is sort of a

 9   silly analogy, but this is the one I use.

10      So "probably not."  If you're in an airplane, and you're

11   heading for a landing, and the pilot gets on the intercom and

12   says:  You know, we're probably not going to crash...

13                         (Laughter.)

14        **MS. CHUANG:**  You don't feel great about that; right?

15      So it's the same kind of idea.  If you think -- can you

16   give a definitive answer, you know, yes or no, whether your

17   reaction to seeing violence would impact your ability to be

18   fair in this case?

19        **PROSPECTIVE JUROR NUMBER 29:**  I don't know.

20        **MS. CHUANG:**  All right.  Thank you.

21      I'm going to ask you to pass the mic in front of you back

22   to Number 9, over here in the back row.

23      Juror Number 9, do you think that seeing a video of a

24   violent act would trigger you in some way or affect you so that

25   you couldn't judge the case fairly?

1      **PROSPECTIVE JUROR NUMBER 9:**  I don't think so.

2      **MS. CHUANG:**  Okay.  And I know -- we don't have to go

3  into great detail here, but I know, in your questionnaire, that

4  you have suffered some traumatic loss in your family --

5      **PROSPECTIVE JUROR NUMBER 9:**  Correct.

6      **MS. CHUANG:**  -- to violence.

7      Do you think that watching the video in this case might

8  bring up the emotions about what happened to your family and be

9  overwhelming?

10      **PROSPECTIVE JUROR NUMBER 9:**  I don't think so, because

11  the -- it hasn't gone to trial, so I really haven't seen

12  anything.

13      **MS. CHUANG:**  Okay.  All right.  Great.  Thank you.

14      And let's pass it down to the -- your front and to your

15  right, to Juror Number 13.

16      All right.  Juror Number 13, I think you mentioned in your

17  questionnaire that you get upset by seeing images or videos of

18  things like assault.  That is what you will see in this case if

19  you're a juror.

20      Do you think that seeing that is going to be distressing

21  to you or upsetting to you?

22      **PROSPECTIVE JUROR NUMBER 13:**  No.  I couldn't remember

23  what I had read and what the nature of the assault was.

24      And I suffered sexual assault, and this is not what this

25  is about.  I view them as different things, so I just put that

1  on the questionnaire because I didn't know what the nature of

2  the assault was.

3       **MS. CHUANG:**  Okay.  Great.

4    So you don't think that just seeing a violent act on video

5  will affect you?

6       **PROSPECTIVE JUROR NUMBER 13:**  No.

7       **MS. CHUANG:**  All right.  Great.

8    So you talked with the Government, and the judge

9  instructed you a little bit, about the burden of proof in this

10  trial.

11    So as you've heard, Mr. DePape, he's presumed innocent.

12  He has the presumption of innocence.  But who got the jury

13  questionnaire for this case, saw what case it was, or even

14  walked into this courtroom today, and you have -- just a little

15  part of yourself said:  That's the guy.  Probably did it.

16    Anyone feel even a little bit that way?

17                        (Hands raised.)

18       **MS. CHUANG:**  All right.  Let's pass the mic over here.

19    I think you are Juror 26.

20       **PROSPECTIVE JUROR NUMBER 26:**  Yes.

21       **MS. CHUANG:**  So what's crossed your mind?

22       **PROSPECTIVE JUROR NUMBER 26:**  I follow a lot of local

23  politics, so when this first hit the news, I followed it very

24  closely.  When I actually saw the questionnaire show up, I kind

25  of laughed because it seems like an absurd thing to be involved

 1  in.  So...

 2          MS. CHUANG:  All right.  I think you mentioned, when

 3  you were talking to the Government, that you would find it

 4  difficult to consider voting guilty; is that right?

 5          PROSPECTIVE JUROR NUMBER 26:  Yes.

 6          MS. CHUANG:  If you went through this trial and you

 7  felt that they had proven their case beyond a reasonable doubt,

 8  would you be able to vote guilty and follow the judge's

 9  instructions?

10          PROSPECTIVE JUROR NUMBER 26:  I don't think so, no.

11          MS. CHUANG:  All right.  And let's see.

12      And I'm going to have you hand the mic back a few rows to

13  Juror 50.

14      All right.  Okay.  Got it.

15      So I think, when you were talking with the Government, you

16  mentioned that you think that the charges that you heard about

17  today from the judge are in line with what you think

18  Mr. DePape's intent was; is that right?

19          PROSPECTIVE JUROR NUMBER 50:  That's right.

20          MS. CHUANG:  Okay.  And you don't think you could be

21  fair because you've already prejudged it?

22          PROSPECTIVE JUROR NUMBER 50:  That's right.

23          MS. CHUANG:  Okay.  I just wanted to confirm that.

24  Thank you.

25      And let's move the mic up a few rows to Juror Number 23.

1    Okay.

2         So when you were speaking with the -- talking to the

3    Government, you said that you thought you could judge the

4    evidence fairly in this case; is that right?

5              **PROSPECTIVE JUROR NUMBER 23:**  Yes, I do.

6         **MS. CHUANG:**  So, again, plane analogy.  The pilot

7    says, "I think I can land this."  Not the best feeling in the

8    world.

9         So can you judge the evidence fairly in this case?

10             **PROSPECTIVE JUROR NUMBER 23:**  Yes, I think so.

11        **MS. CHUANG:**  Your sympathy for the Pelosis, you don't

12   think that would make you predisposed to convict Mr. DePape?

13             **PROSPECTIVE JUROR NUMBER 23:**  She's the victim, but

14   doesn't make anything differently.

15        **MS. CHUANG:**  Have you already decided in your mind

16   that she and Mr. Pelosi are the victims?

17             **PROSPECTIVE JUROR NUMBER 23:**  No, I don't.

18        **MS. CHUANG:**  I'm going to have you pass the mic one

19   row back, to your left, to Juror Number 30.

20        Okay.  So Juror Number 30, is there any part of you that

21   thinks that Mr. DePape is probably guilty, as we're sitting

22   here right now?

23             **PROSPECTIVE JUROR NUMBER 30:**  Well, I did hear quite a

24   bit of news on it.

25        **MS. CHUANG:**  And what did -- what impact did that news

1    have on how you're viewing things at this moment?

2           PROSPECTIVE JUROR NUMBER 30:  Well, I would have to

3    wipe all that clean and start with a new slate.

4           MS. CHUANG:  Is that something you think you can do,

5    wipe completely clean and go from nothing?

6           PROSPECTIVE JUROR NUMBER 30:  I do, yeah.

7           MS. CHUANG:  So if I asked you to vote guilty or not

8    guilty right now, what would you vote?

9           PROSPECTIVE JUROR NUMBER 30:  I haven't heard what I

10   need to hear, so I can't answer that.

11          MS. CHUANG:  You understand that he's presumed

12   innocent right now?

13          PROSPECTIVE JUROR NUMBER 30:  Of course.

14          MS. CHUANG:  Okay.  Can you pass the mic, please, to

15   Juror Number -- there's a lot of you here, sorry -- Juror

16   Number 55.

17       You got the mic.  Okay.

18          PROSPECTIVE JUROR NUMBER 55:  I do.

19          MS. CHUANG:  So you've just heard us talking about the

20   burden of proof, presumption of innocence.  Do you have any

21   problem right now with Mr. DePape being presumed innocent at

22   this moment?

23          PROSPECTIVE JUROR NUMBER 55:  Repeat the question.

24   I'm sorry.

25          MS. CHUANG:  In your mind, do you have any issue with

1    the fact that Mr. DePape is presumed innocent right now?

2          **PROSPECTIVE JUROR NUMBER 55:**  No, I do not.

3          **MS. CHUANG:**  Did some part of you think that he was

4    already guilty?

5          **PROSPECTIVE JUROR NUMBER 55:**  No.

6          **MS. CHUANG:**  And you've heard of the case a little bit

7    through the news, I think you mentioned in your questionnaire.

8          **PROSPECTIVE JUROR NUMBER 55:**  Yeah.

9          **MS. CHUANG:**  What impact has hearing about the case in

10   the news had on your views of the case or Mr. DePape?

11          **PROSPECTIVE JUROR NUMBER 55:**  Made me sad that that

12   would happen.

13          **MS. CHUANG:**  And did you -- did what you heard in the

14   news make you think one way or the other about whether

15   Mr. DePape did it or not?

16          **PROSPECTIVE JUROR NUMBER 55:**  No, it didn't.

17          **MS. CHUANG:**  Okay.  So if I asked you to vote guilty

18   or not guilty, what would you vote?

19          **PROSPECTIVE JUROR NUMBER 55:**  I would have to tell you

20   I would need to be part of the trial to make that judgement.

21          **MS. CHUANG:**  Does anybody have any qualms about

22   Mr. DePape's presumption of innocence or think that he's

23   probably guilty in some way of something?

24                    (No response.)

25          **MS. CHUANG:**  Okay.  We'll stay with you for a second,

1   Juror 55.

2        So if we get to the end of this trial, and you really

3   believe from the evidence that's been presented before you that

4   the Government has not proven their case -- right? -- has not

5   proven the case beyond a reasonable doubt and you vote not

6   guilty, will you be able to go home to your family and friends

7   and tell them that you voted to acquit Mr. DePape, who is

8   accused of assaulting Paul Pelosi?

9        **PROSPECTIVE JUROR NUMBER 55:**  That's still a question

10  to me?

11       **MS. CHUANG:**  Yes.  Yeah.

12       **PROSPECTIVE JUROR NUMBER 55:**  That's a tough one.

13       **MS. CHUANG:**  Do you think it would be hard for you to

14  defend that not guilty vote to people in your life?

15       **PROSPECTIVE JUROR NUMBER 55:**  Having sat through the

16  trial, and then coming to that conclusion?  I think I would --

17  I think that's a hard one.  Like I don't -- I can't answer

18  that.

19       **MS. CHUANG:**  Okay.  Thank you.

20       We're going to go to Juror Number 50.  Same row; right?

21  Yeah.

22       All right.  Juror Number 50.

23       You have a bit of a two-degrees-of-separation from Nancy

24  Pelosi; is that right?

25       **PROSPECTIVE JUROR NUMBER 50:**  That's right.

1    **MS. CHUANG:**  I think you said one of your children's

2    employers does business with Congresswoman Pelosi?

3    **PROSPECTIVE JUROR NUMBER 50:**  Yes.

4    **MS. CHUANG:**  So similar question to what I posed to

5    55:  If you get sat on this trial and you really believe the

6    Government has not proven their case, and you vote not guilty,

7    will you be able to go back to your daughter and defend the

8    decision to vote not guilty in a trial of a man accused of

9    assaulting Paul Pelosi and attempting to kidnap Nancy Pelosi?

10   **PROSPECTIVE JUROR NUMBER 50:**  Yes.

11   **MS. CHUANG:**  And what makes you feel that way?

12   **PROSPECTIVE JUROR NUMBER 50:**  Because the decision

13   would be based on the trial and facts.

14   **MS. CHUANG:**  I think you also mentioned in your

15   questionnaire that you've seen quite a bit of coverage about

16   this case in the news?

17   **PROSPECTIVE JUROR NUMBER 50:**  Yes.

18   **MS. CHUANG:**  How has that impacted how you're viewing

19   things here and now in this courtroom?

20   **PROSPECTIVE JUROR NUMBER 50:**  Yeah.  I have

21   preconceived notions about what I think the outcome will be.

22   **MS. CHUANG:**  Preconceived notions about what you think

23   the outcome of the trial will be?

24   **PROSPECTIVE JUROR NUMBER 50:**  Yes.

25   **MS. CHUANG:**  Do you think that that means that the

 1  trial will end in a conviction?

 2          PROSPECTIVE JUROR NUMBER 50:  Yes.

 3          MS. CHUANG:  And so if I was to ask you to vote right

 4  now, guilty or not guilty, how would you vote?

 5          PROSPECTIVE JUROR NUMBER 50:  Well, I've seen video,

 6  so I would vote guilty.

 7          MS. CHUANG:  Thank you.

 8      So talking about the video -- right? -- a lot of you have

 9  seen the video.  Maybe even most of you.

10      So does anyone feel similarly to Juror 50, where:  I've

11  seen the video.  What are we even doing here?

12      Anyone -- that thought cross anyone's mind?

13      Okay.  I see a hand over there.  Right in front of you to

14  your right.

15      What is your juror number?

16          PROSPECTIVE JUROR NUMBER 43:  43.

17          MS. CHUANG:  43.  Okay.

18      So did that thought cross your mind?

19          PROSPECTIVE JUROR NUMBER 43:  Not "What are we doing

20  here," but that the outcome is kind of predetermined.

21          MS. CHUANG:  Okay.  So even though, you know, the

22  judge has now told you that it's not just about whether a

23  hit -- right? -- an assault happened, that there's more than

24  that?

25          PROSPECTIVE JUROR NUMBER 43:  No, it's all in line.

1    Like, all the charges are in line with what I would have

2    expected before I was called to the jury, or before I walked in

3    here.

4         **MS. CHUANG:**  Okay.  So if I were to ask you to vote

5    guilty or not guilty right now, how would you vote?

6         **PROSPECTIVE JUROR NUMBER 43:**  Guilty.

7         **MS. CHUANG:**  Does anyone else feel similarly, that

8    they've seen the video and that's pretty much it?

9                    (Hands raised.)

10        **MS. CHUANG:**  Right next to you.

11   What's your juror number?

12        **PROSPECTIVE JUROR NUMBER 40:**  Number 40, ma'am.

13   My reply is pretty much the same as the previous juror.

14   The footage I saw is pretty damaging and incriminating, so I

15   have a preconceived outlook already.

16        **MS. CHUANG:**  So if I were to ask you to vote guilty or

17   not guilty right now, how would you vote?

18        **PROSPECTIVE JUROR NUMBER 40:**  Yeah, guilty.

19        **MS. CHUANG:**  I think you're Juror Number 40.  I just

20   want to make sure we heard your number.

21        **PROSPECTIVE JUROR NUMBER 40:**  Yes, ma'am.

22        **MS. CHUANG:**  Yes.  Okay.  Thank you.

23   Anyone else?

24   I think, I saw -- Juror Number 26, you raised your hand.

25   Pass the mic back up to you.

1      So you saw the video and you think that's pretty much it.

2           **PROSPECTIVE JUROR NUMBER 26:**  I don't think it's that

3      cut and dried, but it -- I mean, the video is pretty accurate.

4           **MS. CHUANG:**  Does anyone feel differently, that,

5      you know, it's not just about the video, that you need to hear

6      more about the evidence and the case before you can decide?

7                          (Hands raised.)

8           **MS. CHUANG:**  All right.  I see some raised hands.  So

9      let's start a couple down from you.

10      What juror number are you?

11          **PROSPECTIVE JUROR NUMBER 21:**  21.

12          **MS. CHUANG:**  What do you think about this?

13          **PROSPECTIVE JUROR NUMBER 21:**  Well, I've seen the

14     video, but up until today, this is the only time that I

15     actually saw the detail of the charges against the defendant,

16     and about the underlying reasons of why he was there in the

17     first place.

18      So I'm reserving my judgment about -- because I want to

19     hear the whole story.  So that's my take on it.  Because this

20     is the first time I'm seeing the detail of the charges.

21          **MS. CHUANG:**  Okay.  Great.

22      Did you hear anywhere that Mr. DePape was charged with

23     attempted murder?

24          **PROSPECTIVE JUROR NUMBER 21:**  No.

25          **MS. CHUANG:**  Anyone heard that in the news?

1      So do you understand that the charges he's facing here are

2  only the two federal charges that the judge discussed, nothing

3  else?

4           **PROSPECTIVE JUROR NUMBER 21**:  Well, I'm aware of the

5  assault charges.  But as far as, again, what the underlying

6  reason was -- in terms of -- this is first time I'm seeing

7  the -- that the reason why is -- one of the reasons is impeding

8  in the performance of the Congresswoman's duties.  And, to me,

9  I need to hear the whole story of why that is, the reason

10 behind that.

11          **MS. CHUANG**:  And some other hands raised behind you,

12 to the question of needing to see more than just the video in

13 the case.

14     I think, go to Juror Number --

15          **PROSPECTIVE JUROR NUMBER 33**:  33.

16          **MS. CHUANG**:  Okay.  What do you think about this?

17          **PROSPECTIVE JUROR NUMBER 33**:  I think you got to

18 know -- you got to see the evidence before you can make a

19 determination about anything in a court of law.

20          **MS. CHUANG**:  Have you seen the video?

21          **PROSPECTIVE JUROR NUMBER 33**:  I have seen the clip.  I

22 have not seen the full video.

23          **MS. CHUANG**:  Okay.  So after that and hearing about

24 the charges in this case, do you think you need to hear more?

25          **PROSPECTIVE JUROR NUMBER 33**:  Yes.

1        **MS. CHUANG:**  I'm going to hand the mic up to Juror

2   27 -- if I'm correct -- in the front row.

3      What do you think about this?

4        **PROSPECTIVE JUROR NUMBER 27:**  I have not seen any

5   videos.  I have not heard the defendant's name until I got the

6   questionnaire -- or seen his face until today.  So I know

7   nothing.  So I would have to get -- definitely, get more

8   information.

9        **MS. CHUANG:**  So you haven't heard anything about this

10  case at all?

11        **PROSPECTIVE JUROR NUMBER 27:**  I heard something about

12  Nancy Pelosi's husband getting hurt, but no real details.  I

13  didn't read any news articles, or any of it.

14        **MS. CHUANG:**  Okay.  Has anyone else heard very little

15  about this case?

16                (Hands raised.)

17        **MS. CHUANG:**  Good to know.

18      All right.  So I want to switch gears a little bit, and

19  talk about disagreements on beliefs.

20      So I think we've all experienced some -- in some part of

21  our lives, when you just have a disagreement with someone who

22  has a completely opposite agreement or opinion than you, and

23  both of you just believe that you're right.  Both of you

24  believe strongly in what you believe.

25      Just as a quick example of this:  Does anyone -- and I'm

1   hoping someone raises their hand, so I don't strike out here.

2        Does anyone remember, like, a few years ago, there was

3   this viral photo that went viral across the Internet, about a

4   dress and what color the dress was?

5        I see some nods; right?

6        So Juror Number -- I think, you got your arms crossed --

7   what's your juror number?

8            **PROSPECTIVE JUROR NUMBER 37:**  37.

9            **MS. CHUANG:**  Okay.  So can we pass the mic to back to

10  Juror Number 37?

11       All right.  So for those who don't know about the dress,

12  what was the situation with the dress?

13           **PROSPECTIVE JUROR NUMBER 37:**  People saw the same

14  photo and interpreted the dress to be different colors.

15           **MS. CHUANG:**  Okay.  Do you remember what the different

16  camps of colors were?

17           **PROSPECTIVE JUROR NUMBER 37:**  I think it was blue and

18  black versus gold and white.

19           **MS. CHUANG:**  Yup.  Exactly.

20       So same picture, some people saw white and gold,

21  absolutely, a hundred percent white and gold.  Other people saw

22  blue and black, could not be anything else except blue and

23  black; right?

24       So what colors did you see?

25           **PROSPECTIVE JUROR NUMBER 37:**  Blue and black.

1          MS. CHUANG:  That's me too.  I'm in that camp.  Did

2     you talk to people who saw white and gold?

3          PROSPECTIVE JUROR NUMBER 37:  No, not directly.

4          MS. CHUANG:  Did anyone talk to people in the other

5     camp who saw a different color in the dress?

6        Right behind you.  What juror number are you?

7          PROSPECTIVE JUROR NUMBER 49:  49.

8          MS. CHUANG:  What colors did you see?

9          PROSPECTIVE JUROR NUMBER 49:  I actually flipped.  I

10    saw it as white and gold first, and, then, a few hours later, I

11    saw blue and black.

12         MS. CHUANG:  What happened in the few hours?

13         PROSPECTIVE JUROR NUMBER 49:  I actually think it was

14    the different time of day and amount of light.

15         MS. CHUANG:  So you've seen both sides?

16         PROSPECTIVE JUROR NUMBER 49:  Yeah.

17         MS. CHUANG:  So when you first saw it, you first saw

18    it as blue and black?

19         PROSPECTIVE JUROR NUMBER 49:  No, I think I first saw

20    it as white and gold.

21         MS. CHUANG:  When you first saw it as white and gold,

22    were you like:  I don't understand how people could see that as

23    blue and black.

24         PROSPECTIVE JUROR NUMBER 49:  Yeah, a hundred percent.

25         MS. CHUANG:  Okay.  And, then, once you flipped --

 1          **PROSPECTIVE JUROR NUMBER 49:**  I couldn't see it the

 2     other way again.

 3          **MS. CHUANG:**  And, then, you couldn't go back to the

 4     white and gold you originally saw?

 5          **PROSPECTIVE JUROR NUMBER 49:**  Yeah.

 6          **MS. CHUANG:**  I think it's just an example -- right? --

 7     of when two people, or groups of people, might believe

 8     completely opposite things with -- but vehemently believe them,

 9     and truly, honestly believe them.

10          So I expect, if you're on the jury for this trial, you

11     will hear about some of Mr. DePape's beliefs.  And many of you

12     may disagree with his beliefs.

13          So I know -- has anyone heard anything in the news about

14     what some of his beliefs are?

15          Has anyone read anything about that?

16          I know, Juror 26, you're nodding your head.  We're going

17     to come back to you.

18          What did you hear about some of what Mr. DePape's beliefs

19     might have been?

20          **PROSPECTIVE JUROR NUMBER 26:**  I know that there's,

21     like, some QAnon adjacencies there.

22          **MS. CHUANG:**  Okay.  And for those who may not have

23     heard you or who may not be familiar, what's QAnon?

24          **PROSPECTIVE JUROR NUMBER 26:**  How long do you have?

25          **MS. CHUANG:**  Like, three sentences.

1      **PROSPECTIVE JUROR NUMBER 26:**  Okay.  Sort of, I guess,

2    right-wing-adjacent conspiracy theories.

3      **MS. CHUANG:**  So it's generally associated with the

4    right wing; is that right?

5      **PROSPECTIVE JUROR NUMBER 26:**  Yup.

6      **MS. CHUANG:**  Okay.  So I'm going to have you hand the

7    mic to Juror Number 5, who is over here in the box in the back

8    row.

9      Juror Number 5, you know, from your questionnaire,

10   you know, I gather that you probably don't identify as right

11   wing; is that right?

12     **PROSPECTIVE JUROR NUMBER 5:**  No.

13     **MS. CHUANG:**  Okay.  How do you feel about people who

14   are right wing, or conservative?

15     **PROSPECTIVE JUROR NUMBER 5:**  I feel that's -- everyone

16   has the right to their beliefs.

17     **MS. CHUANG:**  Okay.  So if you hear during the trial

18   that Mr. DePape has beliefs that are generally associated with

19   the right wing, or with conservatism, will that affect how you

20   view him or the case at all?

21     **PROSPECTIVE JUROR NUMBER 5:**  No.  I don't think so.

22     **MS. CHUANG:**  Do you think that it would make you feel

23   negatively about him at all, that he has right wing, or

24   conservative, beliefs that you may not agree with?

25     **PROSPECTIVE JUROR NUMBER 5:**  If those beliefs aren't

1  related to the actual case, then they shouldn't affect this or

2  anything.

3      **MS. CHUANG:**  Okay.  Does anyone feel differently, that

4  hearing about beliefs that they may disagree with might make

5  them feel strongly against Mr. DePape, have a negative opinion

6  of him?

7                 (No response.)

8      **MS. CHUANG:**  Let's go to Juror 13.  That's in the

9  front row, to your right.

10     Hi, Juror 13.  I think, probably safe to say from your

11  questionnaire, that you don't identify as right wing either.

12      **PROSPECTIVE JUROR NUMBER 13:**  I do not.

13      **MS. CHUANG:**  Okay.  So how do you feel about the fact

14  that Mr. DePape might have some very strong right-wing beliefs

15  that are different from yours?

16      **PROSPECTIVE JUROR NUMBER 13:**  I think it's a product

17  of our social engineering.

18      **MS. CHUANG:**  Does it make you feel negatively about --

19  towards him at all because he might believe something

20  differently than you?

21      **PROSPECTIVE JUROR NUMBER 13:**  I think people aren't

22  solely their political beliefs, so there's always room for more

23  from them.

24      **MS. CHUANG:**  So do you think you could set aside the

25  fact that you probably are going to have different political

1  beliefs than Mr. DePape's, and not let it influence how you

2  view the case?

3       **PROSPECTIVE JUROR NUMBER 13:**  Yes.  Yes.  Mr. DePape

4  would not be the only person that I know that has different

5  political beliefs as me.  Again, I said in my questionnaire, it

6  would be difficult, but this is our job.

7       **MS. CHUANG:**  Okay.  Great.  Thank you.

8       So what I'm going do with the rest of my time now is turn

9  it over to my co-counsel, Ms. Linker, so she has a chance to

10 talk to some of you as well.

11      So thanks for your answers.  Thanks for your time.  And

12 I'm going to let Ms. Linker take it away.

13      **MS. VARTAIN:**  Good afternoon, everybody.  My name,

14 again, is Jodi Linker.  I am one of the attorneys in the

15 Federal Public Defender's Office that also has the honor of

16 representing Mr. DePape here in this federal trial.

17      I'm going to follow up with a few questions because we

18 haven't heard from all of you.  I know that seems shocking, but

19 we would like to try and hear from as many of you as possible.

20      What we do with these questionnaires is try and get this

21 narrowed down so we don't have to ask you too much, and keep

22 you too long, but bear with us.

23      I'll start with something embarrassing, which is:  A lot

24 of you are in technology.  Does anyone looking at all of our

25 Post-Its, and our crazy paper system, and wondering why has

1   someone not figured out a better way to do this?

2       Show of hands.

3       Anyone coming up with a plan right now, a business model,

4   for how to make this better for us?

5       Please do.  We won't be able to afford it, but we'd love

6   to try.

7                        (Laughter.)

8       MS. LINKER:  So joking aside, I do want to hear --

9   I'll start with you, Juror Number 1.

10      You indicated that you have a relative, I think it's your

11  sister, that works for the San Francisco Police Department.

12  And you're going to hear from police officers in this case if

13  you're sworn as a juror.  And I'm wondering if anything in your

14  experience in talking to your step-sister may affect your

15  ability to judge their testimony fairly.

16      PROSPECTIVE JUROR NUMBER 1:  It wouldn't.

17      MS. LINKER:  Have you talked to her about cases that

18  she's handled, things she's responded to, things of that

19  nature?

20      PROSPECTIVE JUROR NUMBER 1:  Yeah.  We have talked

21  about things that she's done in her job in the past, but

22  nothing related to the case.

23      MS. LINKER:  Anything super interesting that stuck out

24  that you have in your head about what she's done at work?

25      PROSPECTIVE JUROR NUMBER 1:  No, not really.

1          **MS. LINKER:**  Any other questions?

2      Sometimes you-all up here get a little ignored, and you

3  don't answer things.

4      Anything else that you want to bring up in response to any

5  questions that Ms. Chuang asked about generally?

6          **PROSPECTIVE JUROR NUMBER 1:**  No.

7          **MS. LINKER:**  Thank you.

8      Juror Number 4, you indicated you had a pretty horrific

9  accident not so long ago.  And, as Ms. Chuang indicated, you're

10 going to see a really violent act committed on a video with a

11 lot of blood.  It is hard to watch.

12     Is that going to be triggering for you in any way?  Is

13 that going to be too hard for you to kind of put aside what

14 happened to you and focus on the evidence in this case?

15         **PROSPECTIVE JUROR NUMBER 4:**  Not at all.  I mean,

16 they're very different things.  Mine was a car accident that I

17 was in, so it was totally different.

18         **MS. LINKER:**  Very different things.

19     And this is an act of violence by Mr. DePape against

20 another person.  And I think you also indicated that the police

21 never really -- they treated you kind of poorly.  And didn't --

22 thought you were a liar, and didn't really listen to

23 everything.  So will you be able to, even, put that aside and

24 listen to what happens in this case?

25         **PROSPECTIVE JUROR NUMBER 4:**  Yeah.  I think a lot of

1    what happened to me was really about the police not having a

2    lot of resources.  Like, I was hit in a crosswalk as a

3    pedestrian and -- for someone running a red light.  And the

4    police just never really did much about it at all.  And,

5    you know, part of that is, like, frustration with the police in

6    general because, you know, there was not a lot of justice

7    there.  But at the same time, like, I also understand the

8    constraints of the police, and where they have to spend their

9    time.  And, you know, people getting hit in the crosswalk are,

10   unfortunately, not their highest priority, as -- even though

11   they should be.  But, you know --

12          **MS. LINKER:**  I'm trying to work on it.

13       But, you mentioned justice, things being brought to

14   justice.  And it's one of the issues that the judge mentioned

15   and that Ms. Chuang mentioned about the case here.  It's not

16   the entirety of it.  It's just these two federal charges.  It's

17   not the charges in state court.  It's just the charges in

18   federal court.

19       And as we said, you're going to see a pretty horrific act.

20   And are you going to be able to, if you find that the

21   Government has not proven their case beyond a reasonable doubt,

22   to find Mr. DePape not guilty, even if he did something wrong?

23       Even if he committed a crime that's not this crime, would

24   you see that as not meting out justice?

25          **PROSPECTIVE JUROR NUMBER 4:**  Not necessarily.  I mean,

1    our job is to, you know, judge based on the charges here.  And

2    I think, like others, I really don't know a lot about the

3    defendant.  And, like, besides hearing about the things that

4    happened originally, I never really heard anything about it --

5    and like someone else said, only heard his name for the first

6    time in the questionnaire, only saw him for the first time

7    today.  I don't really know much, so I think I am, you know,

8    kind of coming in from a place of listening to what happened

9    based on the charges.  So...

10          **MS. LINKER:**  Thank you.

11          One of the things the judge said to you that may have

12   given some of you pause, was that you're not going to be able

13   to look at the news until the case is over if you are sworn as

14   a juror.  That would be hard for me.  I will admit it.  That

15   would be really hard.

16          Is there anybody else that's going to have such a hard

17   time not listening to the news, following the news, for a

18   period of time that you couldn't do it because, as the Court

19   informed you, you can only judge the case based on the evidence

20   you hear in the courtroom?

21          It's a bizarre world.  It's not just awkward what we do

22   here.  It's awkward what we do in a court.  We ask people to

23   sort of suspend things that they know, and just follow a

24   court's instructions.

25          So would anyone have too hard of time -- I'm raising my

1   hand because I would -- following the Court's instruction to

2   not listen to the news during the pendency of that case?

3                        (Hands raised.)

4          **PROSPECTIVE JUROR NUMBER 38:**  Number 38.

5      Hi.  As I answered in my questionnaire, my husband is

6   suffering from Alzheimer's dementia, and he has the news on

7   constant loop.  So it's -- in order for me to get away, I use

8   noise canceling headphones.  So I can continue to do that, but

9   he has a TV on 24/7.  So news is constantly on.

10         **MS. LINKER:**  Thank you.

11     Anyone else?

12                        (No response.)

13         **MS. LINKER:**  If we could hand the mic to

14  Juror Number 27, you indicated that you haven't seen the video.

15         **PROSPECTIVE JUROR NUMBER 27:**  Correct.

16         **MS. LINKER:**  You've just heard me describe that it's a

17  pretty horrific video, very hard to watch.  I just want to loop

18  back with you because you are one of few people that hasn't

19  seen that, if you think, given the description that I gave of

20  how awful this is, if that's going to be too hard for you to

21  listen to the evidence and to follow along.

22         **PROSPECTIVE JUROR NUMBER 27:**  I don't believe so.

23         **MS. LINKER:**  All right.  Thank you.

24     Next to you, Juror Number 23, I also wanted to just loop

25  back on one thing that you mentioned in your questionnaire.

1        You said you had some difficulty with English,

2   particularly legal language.  And I just wanted to check in on

3   how it's been listening to us, we're not using a lot of

4   legalese right now, but have you been able to understand

5   everything?

6        **PROSPECTIVE JUROR NUMBER 23:**  At this level,

7   absolutely.  But, you know, anything more specific, there might

8   be a problem.

9        **MS. LINKER:**  So if the judge is giving you

10  instructions on the law, and going through some detailed

11  instructions that it's very important to understand fully,

12  would you have trouble with that?

13       **PROSPECTIVE JUROR NUMBER 23:**  If it's being repeated,

14  I probably can get it.

15       **MS. LINKER:**  And what about that you have to listen to

16  things that are on an audio recording, or off of a video, and

17  it's going at a normal clip; is that going to be hard for you?

18       **PROSPECTIVE JUROR NUMBER 23:**  I can probably recognize

19  half of it.

20       **MS. LINKER:**  Half of it?

21       **PROSPECTIVE JUROR NUMBER 23:**  Without caption.

22       **MS. LINKER:**  Okay.  Thank you.

23       Juror Number 31, you said you had a business trip next

24  week and you're still sitting here.  Are you going to take it

25  out on Mr. DePape if you're still sitting here and not on your

```
 1   business trip?
 2               PROSPECTIVE JUROR NUMBER 31:  No.  I already -- it's
 3   this week and I changed my flight --
 4          MS. LINKER:  Bless you.
 5               PROSPECTIVE JUROR NUMBER 31:  -- and I'm planning for,
 6   potentially, getting picked.
 7          MS. LINKER:  Thank you.
 8          THE COURT:  Great civic duty.
 9          MS. LINKER:  Exactly.
10                         (Laughter.)
11          MS. LINKER:  Juror Number 33.  You lived in D.C., did
12   you work in -- on policy at all?
13               PROSPECTIVE JUROR NUMBER 33:  No.
14          MS. LINKER:  Did you work in politics --
15               PROSPECTIVE JUROR NUMBER 33:  No.
16          MS. LINKER:  On any campaigns?
17               PROSPECTIVE JUROR NUMBER 33:  No.
18          MS. LINKER:  Thank you.
19       Five minutes, Your Honor, and then I'm going to -- is it
20   okay?
21          THE COURT:  Yes.
22          MS. LINKER:  Okay.  Thank you.
23       Juror Number 14.  So similar questions about the violent
24   video, because you did mention in your questionnaire that you
25   do get disturbed watching things that are violent.  Totally
```

 1  understandable.

 2      Are you going to have a hard time listening to the

 3  evidence and judging it fairly, given that?

 4          **PROSPECTIVE JUROR NUMBER 14:**  No, I'll be fine.  My

 5  son watches Demon Slayer.

 6          **MS. LINKER:**  Watches what?

 7          **PROSPECTIVE JUROR NUMBER 14:**  Demon Slayer.  It's very

 8  bloody.

 9          **MS. LINKER:**  I'll keep my son away from that.

10      Sorry.  Juror Number 9, you said in your questionnaire

11  that the law provides too much protection for individuals

12  charged with criminal offenses.  Could you elaborate on that a

13  little bit?

14          **PROSPECTIVE JUROR NUMBER 9:**  It -- I think I'm going

15  off of all the instances of the smash-and-grab type cases where

16  it's -- to me, it's very obvious that they've stolen something,

17  yet they're never brought to justice.

18          **MS. LINKER:**  Anything else that's coming to mind from

19  hearing about what's going on here today?

20          **PROSPECTIVE JUROR NUMBER 9:**  No.

21          **MS. LINKER:**  Thank you.

22      Juror Number 17.

23      So you served as a foreperson on a jury before?

24          **PROSPECTIVE JUROR NUMBER 17:**  Correct.

25          **MS. LINKER:**  And if you had to go back and -- after

 1  the case was over, and you got to talk about the case, if you

 2  were to sit as a juror on this case, would you be able to go

 3  back to your church group, which I know you're actively

 4  involved in, everyone has seen this video and say, "I found

 5  that person who you saw take a hammer to somebody else's head,

 6  and I found that person not guilty"?

 7          PROSPECTIVE JUROR NUMBER 17:  Well, one, I haven't

 8  seen the video.  I know very little of the case.  And truth is

 9  truth.  And it will come out as we're going through the process

10  here.  Whatever the truth is, will be revealed.  So, yeah, I

11  would have no issues.

12          MS. LINKER:  Thank you.

13      Juror Number 20 sitting there.

14          PROSPECTIVE JUROR NUMBER 20:  Hello.

15          MS. LINKER:  Hello.  Good afternoon.

16      Is there anything that's come up today that you want to

17  inform us of?  We haven't heard a word from you.

18          PROSPECTIVE JUROR NUMBER 20:  No.  All set.

19          MS. LINKER:  I'll ask you this:  You're from Walnut

20  Creek?

21          PROSPECTIVE JUROR NUMBER 20:  I live there currently,

22  yes.

23          MS. LINKER:  You live there currently.

24      Is there anything about coming to the Tenderloin, the

25  crazy doom loop, that is worrisome to you about coming to the

 1   federal building every day?

 2          PROSPECTIVE JUROR NUMBER 20:  I worked in San

 3   Francisco for over ten years, I'm kind of used to it.  It's

 4   worse than it was then, but, you know, it doesn't really -- I'm

 5   not concerned coming here.

 6          MS. LINKER:  Thank you.

 7          THE COURT:  Okay.

 8          MS. LINKER:  All right.  We will reserve our last

 9   ten minutes, please, Your Honor.

10          THE COURT:  All right.  Ms. Vartain?

11      We're going to have a little bit of follow-up from each

12   side.

13          MS. VARTAIN:  All right.  I guess we'll go back to

14   Ms. Chuang's Halloween theme.  And Juror Number 52, could I

15   please ask you to pass the microphone -- Ms. Gilbert is going

16   to help with that, to Juror Number 52.

17          PROSPECTIVE JUROR NUMBER 52:  Good afternoon.

18          MS. VARTAIN:  Hi, again, Juror 52.

19      I'm following up on the questions that Ms. Chuang asked

20   you about that you get a little bit queasy at the site of

21   blood.

22          PROSPECTIVE JUROR NUMBER 52:  Mm-hmm.

23          MS. VARTAIN:  The evidence in the case does involve

24   some blood as a product of the assault.  Knowing that, can you

25   stay focused on the totality of the evidence, and view this

 1  case fairly?

 2          PROSPECTIVE JUROR NUMBER 52:  I hope so.

 3          MS. VARTAIN:  And what is -- is there -- what is

 4  giving you reservations about it?

 5          PROSPECTIVE JUROR NUMBER 52:  Just if I get a funny

 6  feeling inside, and then I get dizzy.  I just -- I feel weird.

 7  It's not a normal feeling.  But it's typically with something

 8  that has a lot.  Like, a little bit of blood here and there,

 9  I'm okay with.  But, a lot, my body doesn't know how to react

10  to that.

11          MS. VARTAIN:  Okay.  And would your body's reaction to

12  it color your view of the evidence in the case in some way?

13          PROSPECTIVE JUROR NUMBER 52:  No.

14          MS. VARTAIN:  Thank you, Juror 52.

15      I think sort of a similar question that Ms. Chuang asked

16  regarding acts of violence, Juror 29, I think you weren't sure

17  whether you would find -- thank you so much for passing up the

18  microphone.

19          PROSPECTIVE JUROR NUMBER 29:  Hello.

20          MS. VARTAIN:  Thank you.

21      I think you left it that you weren't sure that you could

22  view a violent act without it raising up certain feelings.

23      Does that sound fair?

24          PROSPECTIVE JUROR NUMBER 29:  That's correct.

25          MS. VARTAIN:  And you are going to see a violent act.

1    Will that fact impede or impair your ability to judge the

2    evidence fairly, and by that I mean the totality of evidence in

3    this case?

4        **PROSPECTIVE JUROR NUMBER 29:**  I'm sorry.  Can you

5    repeat your question, please?

6        **MS. VARTAIN:**  Yes.

7    Will seeing a violent act impede your ability to judge the

8    evidence, all of the evidence, fairly in the case?

9        **PROSPECTIVE JUROR NUMBER 29:**  I don't believe it will,

10   as I've been listening throughout, and making up my mind, and

11   rolling it in my head, and thinking that, yeah, I think --

12   it -- you know, having watched that video, I can put that aside

13   and just focus on the facts.

14       **MS. VARTAIN:**  Okay.  And I do think there's some part

15   of all gathering and talking together, that we all start

16   questioning and thinking about, okay, I think this, and I think

17   a little bit more of this.  So I just want to see where we

18   landed.

19       For now it sounds as if, having reflected, you think that

20   you can set aside that you've seen the violent act, and that

21   the act is, itself, violent, and judge the evidence fairly.

22       Am I right about that?

23       **PROSPECTIVE JUROR NUMBER 29:**  That's correct.

24       **MS. VARTAIN:**  Thank you.

25       All the way, please, with the microphone, back to

```
1   Juror Number 55.

2       There's no hope of my seeing because I think she's all the

3   way in the back row.

4           THE COURT:  Maybe they can stand.

5           MS. VARTAIN:  Okay.  Juror 55, can you just raise your

6   hand so I can -- okay.  Thank you.  I can see you.  Okay.

7       I think you left it with Ms. Chuang that you're -- you

8   have some concern or reservation about whether, if you were to

9   vote not guilty, whether you could take that back to your

10  friends and family.

11      Did I understand that correctly?

12          PROSPECTIVE JUROR NUMBER 55:  Correct.

13          MS. VARTAIN:  And let me, first, ask you, though, do

14  you think that you could judge the evidence, and if you

15  personally thought that not guilty was the right verdict, that

16  you think that you could reach that verdict?

17          PROSPECTIVE JUROR NUMBER 55:  Yes.  Yes.  Absolutely.

18          MS. VARTAIN:  So you could reach that verdict, even if

19  you thought that your friends and family -- afterwards, that it

20  might be hard to tell them that you've reached that verdict?

21          PROSPECTIVE JUROR NUMBER 55:  Yeah.  Mm-hmm.  I would

22  agree.

23          MS. VARTAIN:  In other words, the fact that your

24  friends and family -- knowing that your friends and family

25  might feel some way that, should you reach a not guilty
```

1   verdict, would not hinder your ability to, in fact, reach a not

2   guilty verdict if that's what you thought the evidence

3   warranted?

4           **PROSPECTIVE JUROR NUMBER 55**:  No.

5           **THE COURT**:  No, it would not hinder your ability to

6   reach that verdict; is that correct?

7           **MS. VARTAIN**:  Could you hear the Court?

8           **PROSPECTIVE JUROR NUMBER 55**:  Could you say again?

9           **THE COURT**:  I wanted to make sure the no -- that it's

10  not ambiguous:  Yes, you would be able to reach a not guilty

11  verdict?

12          **PROSPECTIVE JUROR NUMBER 55**:  Correct.

13          **MS. VARTAIN**:  If you could, please, Juror 55, hand the

14  microphone forwards to Juror 38.

15          **PROSPECTIVE JUROR NUMBER 38**:  Hi.

16          **MS. VARTAIN**:  Hi, Juror 38.

17      It sounded to me as if you use noise-canceling headphones

18  currently when you're at home.  Am I right about that?

19          **PROSPECTIVE JUROR NUMBER 38**:  That is correct.

20          **MS. VARTAIN**:  Okay.  And so would it be a burden on

21  you and your husband for you to listen -- to use them sort of

22  exclusively while your husband has the news on when you're at

23  home during this case?

24          **PROSPECTIVE JUROR NUMBER 38**:  No.  I mean, I,

25  currently, to get away from the constant barrage of news, I

 1    could actually sleep in the living room just to avoid the

 2    constant news.  And the beautiful thing about dementia is that

 3    he can't remember what he saw to share it with me.

 4           **MS. VARTAIN:**  Okay.  Thank you, Juror 38.

 5        Juror 29.

 6        Oh.  Sorry.  Back to Juror 29.

 7        No, here.  No, I have my numbers wrong.  33.  No wrong --

 8    number is wrong.  Front row.

 9        Yes, you.

10           **PROSPECTIVE JUROR NUMBER 33:**  33.

11           **MS. VARTAIN:**  33, good.  Could you please pass the

12    microphone up to -- thank you.

13           **PROSPECTIVE JUROR NUMBER 23:**  I'm 23.

14           **MS. VARTAIN:**  23, is that your juror number?

15           **PROSPECTIVE JUROR NUMBER 23:**  23.

16           **MS. VARTAIN:**  Thank you.

17        We've been talking about how much you understand.  Does

18    the language in this case, both in the recordings -- let me

19    start with the recordings.

20        The language is the recordings is normal day-to-day talk,

21    no big fancy legal words, nothing like that.

22        Do you generally have a problem understanding, like, the

23    language we've used in court today?  It seems like you've been

24    following me fine.

25        Do you agree with that?

1        **PROSPECTIVE JUROR NUMBER 23:**  That's true.

2        **MS. VARTAIN:**  Okay.  And so, if people are using

3   similar language in video recordings you're going to see, **do**

4   you think you will be able to understand that language?

5        **PROSPECTIVE JUROR NUMBER 23:**  That's correct.

6        **MS. VARTAIN:**  Am I correct, you have a full-time job?

7        **PROSPECTIVE JUROR NUMBER 23:**  I do.

8        **MS. VARTAIN:**  You speak English in your job?

9        **PROSPECTIVE JUROR NUMBER 23:**  Yes.

10       **MS. VARTAIN:**  And your colleagues speak to you in

11   English?

12       **PROSPECTIVE JUROR NUMBER 23:**  That's correct.

13       **MS. VARTAIN:**  Juror Number 9, your view on

14   smash-and-grab types of cases, fair to say that doesn't somehow

15   color how you think you will judge in a non-smash-and-grab type

16   of case, like this one?

17       **PROSPECTIVE JUROR NUMBER 9:**  I would agree with that.

18       **MS. VARTAIN:**  One moment, please.

19                    (Pause in proceedings.)

20       **MS. VARTAIN:**  Juror Number 12.

21     Just pass the microphone.

22     Juror Number 12, I believe you're a full-time student; is

23   that correct?

24       **PROSPECTIVE JUROR NUMBER 12:**  I am.

25       **MS. VARTAIN:**  And what are you studying?

**JURY VOIR DIRE**

1   **PROSPECTIVE JUROR NUMBER 12:**  Currently, I'm not

2   decided yet.

3   **MS. VARTAIN:**  Okay.  Do you have any inkling of where

4   you might land on what you study?

5   **PROSPECTIVE JUROR NUMBER 12:**  I am being completely

6   honest with you when I say no.

7   (Laughter)

8   **MS. VARTAIN:**  Okay.  All right.

9   And how long -- are you in college?

10   **PROSPECTIVE JUROR NUMBER 12:**  I am.

11   **MS. VARTAIN:**  How far through college?

12   **PROSPECTIVE JUROR NUMBER 12:**  I just finished two

13   years, so this would be my fifth semester.

14   **MS. VARTAIN:**  Okay.  And do you have a dream job?

15   **PROSPECTIVE JUROR NUMBER 12:**  No.  I really don't

16   know.

17   **MS. VARTAIN:**  Well, that is some open-mindedness.

18   Okay.

19   (Laughter.)

20   **MS. VARTAIN:**  All right.  Juror -- could you please

21   pass to Juror 32?

22   **PROSPECTIVE JUROR NUMBER 32:**  Hi.

23   **MS. VARTAIN:**  Hi, Juror 32.

24   What would you be doing right now if you weren't here in

25   court?

```
 1            PROSPECTIVE JUROR NUMBER 32:  Working.  Yeah.  I'm

 2    software engineer manager, so I going to do my usually job,

 3    meetings.

 4            MS. VARTAIN:  Okay.  And can you remind me where you

 5    work?

 6            PROSPECTIVE JUROR NUMBER 32:  Coinbase.

 7            MS. VARTAIN:  Do you like it?

 8            PROSPECTIVE JUROR NUMBER 32:  What?

 9            MS. VARTAIN:  Do you like working there?

10            PROSPECTIVE JUROR NUMBER 32:  Yes.

11            MS. VARTAIN:  Remind me how long you've worked there.

12            PROSPECTIVE JUROR NUMBER 32:  Almost four years.

13            MS. VARTAIN:  Is there anything you've heard in court

14    today that gives you concerns about whether you could view the

15    evidence fairly in this case?

16            PROSPECTIVE JUROR NUMBER 32:  No.

17            MS. VARTAIN:  I wasn't keeping track of my time, Your

18    Honor, so I just want to see how I'm doing.

19            THE COURT:  It's been ten minutes.  But if you want a

20    couple more, that's fine.

21            MS. VARTAIN:  No, that's okay.  Thank you.

22            THE COURT:  Ms. Linker?

23            MS. LINKER:  Juror 32, do you still have the

24    microphone?

25            PROSPECTIVE JUROR NUMBER 32:  Yes.
```

1        **MS. LINKER:**  Great.  I'll stick with you then.

2       The presumption of innocence, we talked about that a lot.

3   I might be going over the same territory, but we talked that

4   there is a video of Mr. DePape taking a hammer to somebody's

5   head -- to Mr. Pelosi's head, and harming him.

6       Are you going to have a hard time with the presumption of

7   innocence in such a situation?

8        **PROSPECTIVE JUROR NUMBER 32:**  I think this case is

9   different, that is not assault.  Assault is a separate.  So

10  this one is need to convince me that he -- I forgot that's two

11  things.  Yeah.

12       **MS. LINKER:**  You're not getting quizzed.  Don't worry.

13  But you understand that there's more to it than that?

14       **PROSPECTIVE JUROR NUMBER 32:**  Yes, this is a different

15  one.

16       **MS. LINKER:**  Thank you.

17  Juror 35.

18       **PROSPECTIVE JUROR NUMBER 35:**  Hello.

19       **MS. LINKER:**  I understand your wife, given her work,

20  have you heard instances of violence that she has had to see or

21  been a victim of?

22       **PROSPECTIVE JUROR NUMBER 35:**  Yes.

23       **MS. LINKER:**  The first part, and, then, whether that

24  would affect your ability to be a fair juror in this case.

25       **PROSPECTIVE JUROR NUMBER 35:**  I have heard of her

```
 1    violence.  She has experienced violence.  And I don't think
 2    that would -- no, that would not affect my opinion.
 3          MS. LINKER:  Would you be able to not talk to your
 4    wife about the case while you're sitting as a juror?
 5          PROSPECTIVE JUROR NUMBER 35:  Yes, I would be able to
 6    do that.  We have a strict policy of what she does and what we
 7    can talk about.
 8          MS. LINKER:  Thank you.
 9       I left my cheat sheet on the table.  The Post-Its failed
10    me.
11       Juror 36, you indicated your parents are retired, but
12    didn't indicate what type of work they did.
13          PROSPECTIVE JUROR NUMBER 36:  Oh, I didn't say that.
14          MS. LINKER:  You didn't say that they are retired?
15          PROSPECTIVE JUROR NUMBER 36:  No.  It's, like, I have
16    a two years old child, and my wife is pregnant.  But I didn't
17    mention my parents at all.
18          MS. LINKER:  I apologize.  I think it's on the jury
19    questionnaire, not here today.
20          PROSPECTIVE JUROR NUMBER 36:  Oh, okay.  Oh, yes.  I
21    remember, yeah.  I'm sorry.  Yeah.
22          MS. LINKER:  Could you tell us what your parents do
23    for work?
24          PROSPECTIVE JUROR NUMBER 36:  Sure.  So they actually
25    are retired and doing some investment in the Los Angeles, and
```

1    so we been moving to this country, like, 10 years ago, and they

2    start not to work.  Yeah.

3         **MS. LINKER:**  They started -- I'm sorry?  I didn't

4    understand.

5         **PROSPECTIVE JUROR NUMBER 36:**  They started not to

6    work.

7         **MS. LINKER:**  Thank you.

8         You also indicated you get news from YouTube, and I'm

9    curious how you do that.

10        Do you just go on and see what videos are presented to

11   you, or do you follow particular people or particular sites on

12   YouTube?

13        **PROSPECTIVE JUROR NUMBER 36:**  No.  I didn't watch the

14   video you have talk about.  And I didn't quite follow the news,

15   like, except the thing just happened, like, couple of months or

16   like one year ago, and I saw some news through the YouTube.

17   Because I didn't watch TV or the TV channel at all.  All the

18   information that I got is from YouTube, or some, like, my

19   people's community, like, talk about the case.  Yeah.

20        **MS. LINKER:**  Thank you.

21        Juror 37.

22        **PROSPECTIVE JUROR NUMBER 37:**  Hello.

23        **MS. LINKER:**  You had something really tragic happen to

24   a friend of yours, and I just wanted to explore with you a

25   little bit the same questions we've been asking about whether

1   that would impact or affect your ability to listen to the

2   evidence in this case.

3               PROSPECTIVE JUROR NUMBER 37:  It would not.

4          MS. LINKER:  And could you -- how long ago was that?

5               PROSPECTIVE JUROR NUMBER 37:  A little over five

6   years.

7          MS. LINKER:  And was the person who committed the act

8   convicted or -- do you know?

9               PROSPECTIVE JUROR NUMBER 37:  Yes.

10         MS. LINKER:  Yes.  And did you follow it closely?

11              PROSPECTIVE JUROR NUMBER 7:  I did.

12         MS. LINKER:  Have you felt that you have been able to

13  move forward and have some catharsis and processing of that?

14              PROSPECTIVE JUROR NUMBER 37:  I have.

15         MS. LINKER:  And you mentioned a nonprofit that

16  your -- a parent, I think, is associated with.

17              PROSPECTIVE JUROR NUMBER 37:  Previously.

18         MS. LINKER:  And what is that or what did they do?

19              PROSPECTIVE JUROR NUMBER 37:  It was nonprofits

20  supporting small businesses.

21         MS. LINKER:  Great.  Thank you.

22       Juror 41.  I think --

23              PROSPECTIVE JUROR NUMBER 41:  Hi.

24         MS. LINKER:  Hi.

25       You said you watch the evening news?

 1          **PROSPECTIVE JUROR NUMBER 41:**  Sometimes, yes.

 2          **MS. LINKER:**  Sometimes.  Is there a particular channel

 3  that you tend to --

 4          **PROSPECTIVE JUROR NUMBER 41:**  Whatever my husband has

 5  on the TV.

 6          **MS. LINKER:**  Is your husband in charge of the remote

 7  there?

 8          **PROSPECTIVE JUROR NUMBER 41:**  Most of the time,

 9  because I don't watch television.

10          **MS. LINKER:**  Do you need some noise-canceling

11  headphones?

12                          (Laughter)

13          **MS. LINKER:**  Is that -- would you say that's your

14  primary source of news, is listening to the evening news.

15          **PROSPECTIVE JUROR NUMBER 41:**  If I hear it, it is.  Or

16  if he wants to tell me something intriguing that he saw.

17          **MS. LINKER:**  And would you be able to not talk to your

18  husband about the case --

19          **PROSPECTIVE JUROR NUMBER 41:**  Yes.

20          **MS. LINKER:**  Thank you.

21      Juror 44.

22          **PROSPECTIVE JUROR NUMBER 44:**  Hello.

23          **MS. LINKER:**  You said you enjoy video games.

24          **PROSPECTIVE JUROR NUMBER 44:**  I do.

25          **MS. LINKER:**  And I was just curious what video games

1    you like to play.

2            PROSPECTIVE JUROR NUMBER 44:  RPGs, some first-person

3    shooters.  I can name a few, if you'd like me to.

4            MS. LINKER:  Sure.  I'd love you to.

5            PROSPECTIVE JUROR NUMBER 44:  League of Legends,

6    Diablo, Valorant, Sims.

7            MS. LINKER:  And some of those are -- have violence in

8    them?

9            PROSPECTIVE JUROR NUMBER 44:  Yes.

10           MS. LINKER:  And so, the violence in this case is

11   real; it's not a video game.  Are you going to be able to

12   listen to the evidence and fairly consider it?

13           PROSPECTIVE JUROR NUMBER 44:  Yes.

14           MS. LINKER:  Thank you.

15       Juror 53.

16       Hi.

17           PROSPECTIVE JUROR NUMBER 53:  Hello.

18           MS. LINKER:  How are you?

19           PROSPECTIVE JUROR NUMBER 53:  Good.

20           MS. LINKER:  You mentioned you get some of your news

21   from Instagram.  I have a sort of similar question about the --

22   YouTube.

23       Do you have particular people you follow, or how are you

24   getting your news on Instagram?

25           PROSPECTIVE JUROR NUMBER 53:  Let's see.  In terms of

 1  what the algorithm gives me, to be honest, it's like lifestyle,

 2  not necessarily, like, the daily news.

 3         **MS. LINKER:**  And do you have somewhere -- is it NPR

 4  and CBS Morning News, where you generally get your current

 5  events-type news?

 6         **PROSPECTIVE JUROR NUMBER 44:**  Yup.

 7         **MS. LINKER:**  And on Instagram, are there any

 8  politicians that you follow?

 9         **PROSPECTIVE JUROR NUMBER 44:**  I think you would count

10  President Obama, yup.

11         **MS. LINKER:**  Is there anything that's been discussed

12  today that you feel like you need to share a little bit further

13  with us now that you have the mic?

14         **PROSPECTIVE JUROR NUMBER 44:**  No.

15         **MS. LINKER:**  Great.  Thank you.

16      Juror 58.

17         **PROSPECTIVE JUROR NUMBER 58:**  That's me.  Hello.

18         **MS. LINKER:**  Hi.

19      You mentioned something about a situation with your son in

20  the questionnaire, and I didn't quite understand.  I don't know

21  if it has anything to do with anything here, but I couldn't

22  quite understand, in your questionnaire --

23         **PROSPECTIVE JUROR NUMBER 58:**  No, it doesn't have

24  anything to do with this.  You asked -- you asked if I was

25  dealing with a public attorney -- or district attorney.  And I

1   was telling you about a case.

2        MS. LINKER:  And do you have any feelings about public

3   defenders?

4        We have been called dump trucks.  We have been called lots

5   of things.  Any strong feelings about public defenders?

6        PROSPECTIVE JUROR NUMBER 58:  No, but you're extremely

7   slow.

8        MS. LINKER:  In moving through this process?

9        PROSPECTIVE JUROR NUMBER 58:  Yeah.

10       MS. LINKER:  I apologize.  Sorry.

11       PROSPECTIVE JUROR NUMBER 58:  It's okay.

12       MS. LINKER:  Sorry.

13       Anyone else have sort of similar feelings to Juror 53

14   [sic] that we're too slow and we're making this process a

15   little bit too agonizing for you all?

16                     (No response.)

17       THE COURT:  Have you ever been to jury duty in state

18   court?  This is speedy.

19       MS. LINKER:  Juror 59.  I apologize.

20       I don't know what "electrification" is.

21       PROSPECTIVE JUROR NUMBER 59:  Electrification, it's

22   what's coming down the pike for the City.  So everybody is

23   going to have to do it, from your electric car to your -- to

24   your water heaters to your stoves.

25       MS. LINKER:  Got it.  Turning everything away from gas

1    and to electric --

2              **PROSPECTIVE JUROR NUMBER 59:**  To electric, yes.

3              **MS. LINKER:**  Thank you so much for clarifying that.

4         Now you have the mic, anything that you would like to

5    share with, in addition, that you didn't answer for prior

6    questions?

7              **PROSPECTIVE JUROR NUMBER 59:**  No.

8              **MS. LINKER:**  Thank you.

9         Juror 61.

10             **PROSPECTIVE JUROR NUMBER 61:**  Hello.

11             **MS. LINKER:**  Hi.

12        You said you'll believe testimony if it's logical.

13        What do you think makes it logical; is it if you share the

14   beliefs or if there's a process for thinking that?

15             **PROSPECTIVE JUROR NUMBER 61:**  Well, if it's laid out

16   in a manner that's believable, credible, they've made their

17   case.

18             **MS. LINKER:**  So even if it is different beliefs than

19   yours, would you be willing and able to put your beliefs aside

20   and listen to testimony that's presented?

21             **PROSPECTIVE JUROR NUMBER 61:**  Yes.

22             **MS. LINKER:**  Thank you.

23        Juror 63.

24             **PROSPECTIVE JUROR NUMBER 63:** Hello.

25             **MS. LINKER:**  Hi.

1        Could you talk to a little bit about -- you worked at

2    Twitter?

3              PROSPECTIVE JUROR NUMBER 63:  Yes.

4         MS. LINKER:  And so, whether you followed this on

5    Twitter, if there are any views that you have of how social

6    media has conveyed the news?

7              PROSPECTIVE JUROR NUMBER 63:  Yeah.  I followed it a

8    little bit, but not too much.  And I don't remember a lot of

9    the details about the case, so that's why I don't think it's

10   going to play a part in my being able to serve as a juror here.

11        MS. LINKER:  And having worked at a social media

12   company, would you be able to put aside the news -- maybe enjoy

13   putting aside the news for a week or so, and listen just to the

14   evidence in this case?

15             PROSPECTIVE JUROR NUMBER 63:  Yes.

16        MS. LINKER:  Thank you.

17        Juror 64.

18             PROSPECTIVE JUROR NUMBER 64:  Yup.

19        MS. LINKER:  You're a neurology -- are you doing a --

20   no.  I have yours wrong.  Video games.

21             PROSPECTIVE JUROR NUMBER 64:  Yeah, that's right.

22        MS. LINKER:  That's right.

23        Could you tell us some of the video games you enjoy

24   playing?

25             PROSPECTIVE JUROR NUMBER 64:  I usually just play,

```
 1    like, sports video games.  I don't really play any violent

 2    video games.  I just like playing what I play in real life, so

 3    soccer, baseball, football.

 4              MS. LINKER:  Great.  And Juror 65.

 5              PROSPECTIVE JUROR NUMBER 65:  Hello.

 6              MS. LINKER:  Hi.

 7         You said that you heard about this case on YouTube.

 8              PROSPECTIVE JUROR NUMBER 65:  Yes.  One of several

 9    sources, honestly.

10              MS. LINKER:  Do you remember any of those sources?

11              PROSPECTIVE JUROR NUMBER 65:  It was probably just a

12    generic news show -- CBS, something like that.

13              MS. LINKER:  Any commentators or views that were

14    expressed that you would not be able to put aside when

15    listening to the evidence in this case?

16              PROSPECTIVE JUROR NUMBER 65:  No.

17              MS. LINKER:  Great.  Thank you.

18         I'm done.

19              THE COURT:  All right.  Members of the jury, we're

20    going to take a break now.  And I -- know that, as a result of

21    this break, we'll excuse some of you.  And we're getting very

22    close to the end.  Thank you so much for your patience and your

23    candor.

24         So we'll come back at 1:30 p.m.  Hopefully, you moved your

25    clocks, your watches, on Sunday morning -- 1:30 p.m.
```

1        Thank you.

2              (Recess taken at 1:15 p.m.)

3              (Proceedings resumed at 1:46 p.m.)

4    (Proceedings were heard outside the presence of the prospective

5                            jurors.)

6          **THE COURT:**  So now is the time for cause challenges,

7    and I'll start with the Government.

8          **MS. GILBERT:**  Yes, Your Honor.  We -- would you like

9    me to give the basis for each of these?

10          **THE COURT:**  Why don't you give me the number, and

11   we'll see if the Defense objects, and you can give me the

12   basis.

13          **MS. VARTAIN:**  That sounds great.

14       Juror Number 3.

15          **MS. CHUANG:**  We do object to that.

16          **THE COURT:**  I'm going to overrule the objection and

17   excuse Juror Number 3.  He said he would not give the Pelosis

18   the benefit of the doubt.  He said he will not treat his

19   testimony evenly.  He's unsympathetic to her.

20       I also think, even though he denied it, when he was

21   talking about the presumption of innocence, I think he was

22   talking about the victims, rather than the defendant --

23   although, he agreed with me.  So I would excuse Juror Number 3,

24   Mr. Crow.

25          **MS. VARTAIN:**  Juror Number 10.

1          MS. CHUANG:  Don't we go back and forth?

2      Can I just express the basis for our objection?

3          THE COURT:  Of course.

4          MS. CHUANG:  I think he expressed that he would have a

5  hard time not committing to the presumption of innocence,

6  which, actually, is what we want the jurors to do.

7      In terms of giving the Pelosis the benefit of the doubt,

8  Mr. DePape is supposed to get the benefit of the doubt here.

9  So I don't think that that should be a basis for an excusal for

10  cause.

11          THE COURT:  I understand.  And that is literally what

12  he said, but I actually interpreted it differently, and I think

13  he was actually applying the presumption of innocence in an

14  incorrect way.

15          MS. GILBERT:  And, Your Honor, if I could add -- I'm

16  sorry.

17      For Juror 3, I think our other concern with him is he

18  said:  My principles override my desire to fit in with

19  instructions provided to me.

20      And when we pushed him on that, he said it very well may

21  apply to this case, and I think our concern is that he would

22  not follow the Court's instructions.

23          THE COURT:  For all those reasons, I'm excusing

24  Number 3.

25          MS. CHUANG:  Okay.  Our first for-cause challenge is

 1  Number 10.

 2          MS. GILBERT:  We have no objection.

 3          THE COURT:  All right.  Number 10, I agree.  He was on

 4  my list.  He expressed he could not be fair to Mr. DePape.

 5          MS. GILBERT:  Yes, Your Honor.

 6      We would like to exclude Juror 15.

 7          MS. CHUANG:  No objection.

 8          THE COURT:  All right.  Number 15 is the -- she has

 9  difficulty hearing, so we'll excuse her for hardship -- cause.

10  Number 15 excused.

11          MS. CHUANG:  We would like to excuse Number 23.

12          MS. GILBERT:  And we object, Your Honor.

13          MS. CHUANG:  Your Honor, I think he has some language

14  difficulties.  He told Ms. Linker that, for audio and video, he

15  needs captions, otherwise he can't follow along.  Obviously,

16  the transcripts are not going to go back to the jury room, as

17  we know.  So I think he's going to rely too much on the

18  subtitles of the transcripts, rather than listening to the

19  underlying audio and video.

20          MS. GILBERT:  So, Your Honor, I think a few things.

21  One is that he confirmed that he has followed everything today,

22  that specifically said he had trouble with legal language,

23  which I think we clarified was not going to be an issue in this

24  case.  He said he speaks English at work, and that his

25  colleagues speak to him in English.

1     I'd also like to point out that the jurors will have the

2   videos and audio back with them, and he can replay it if he

3   needs to, to be able to listen to it without the transcript in

4   the jury room.

5          **THE COURT:**  I mean, I understand him perfectly.  And

6   he seemed to understand everything that went -- that was said

7   today.  He did have that statement "I understand about half

8   without captions," but I actually think Ms. Vartain

9   rehabilitated him when she questioned him.

10     So I'll overrule that request for cause of Juror

11  Number 23.

12         **MS. GILBERT:**  Your Honor, we'd move to strike, for

13  cause, Juror 26.

14         **MS. CHUANG:**  No objection.

15         **THE COURT:**  All right.  Number 26, just so the record

16  is clear -- oh, yeah, he said -- he's the jury nullification

17  guy.  He would not follow my orders.

18         **MS. GILBERT:**  And he specifically said, for the

19  record, he could not find someone guilty.

20         **THE COURT:**  He did indeed.

21         **MS. CHUANG:**  Okay.  We would move to strike Juror 29.

22     When I was questioning him, he couldn't commit to being

23  fair.  He said he didn't know if he could be fair, that he

24  probably wouldn't have issues being fair, but it wasn't

25  unequivocal.

 1          **MS. GILBERT:**  We object, Your Honor.  He said,

 2    specifically when Ms. Vartain questioned him again, she asked:

 3    Will seeing a violent act impede your ability to judge all of

 4    the evidence fairly in this case?

 5       He said:  I don't think it will.  I can put the video

 6    aside and focus on the facts.

 7          **THE COURT:**  Okay.  Yeah.  I had a note, but I think

 8    Ms. Vartain rehabilitated him.  So I will overrule the

 9    objection to the Juror Number 29.

10          **MS. GILBERT:**  We would move to strike Juror 36.

11          **MS. CHUANG:**  No objection.

12          **THE COURT:**  All right.  36.  And is that mostly on

13    language?  Juror 36 had a thick accent.  We'll strike for

14    language.

15          **MS. GILBERT:**  For the record, Your Honor, it was

16    mostly in response to Mr. Linker's questions.  He wasn't

17    responding to the questions she asked after she clarified.

18          **THE COURT:**  Right.  It didn't seem like he understood.

19          **MS. CHUANG:**  We would move to strike Juror 38.  We are

20    concerned about her exposure to the news.  I understand she

21    said she would wear noise-canceling headphones around her

22    husband.  But if a TV is playing, headphones don't stop her

23    from seeing what's on the news which could be about the case,

24    including the video from the case.

25          **MS. GILBERT:**  So we object.  We think she was very

1  clear that she actually already wears them at home.  It

2  wouldn't be a burden for her to do so.  She said that she --

3  sadly, said:  The beautiful thing about dementia is that he

4  can't remember what he saw to share with me.

5       And, frankly, the only -- the only videos and images

6  disclosed, my understanding, from the media, are things that

7  will be evidence in the case.

8       **MS. LINKER:**  Your Honor, if I may.  News these days is

9  not just a video and someone talking.  There's constantly

10  subtitles across the bottom.  There are headlines.  There

11  are -- there is written word.  And headphones do not stop one

12  from seeing that.  And she said it's constant and would not be

13  off.

14       **THE COURT:**  Right.  She also said, though, she

15  actually stayed out of the room.  It sounds like it's in his

16  bedroom, and that's why she sleeps in the living room, so she

17  would not be in there.  I think she was very clear she would

18  follow the instructions.  And I don't think she would have any

19  trouble just not watching the TV.

20       She does have to care for her husband; it's true.  But I

21  don't think that would be an issue.  We -- certainly, if she is

22  seated on the jury, and every day -- remind me if I forget --

23  every morning when the jury comes in, to ask them if they have

24  seen anything.  I think she would be honest about it if she

25  did.

1          So I'll overrule that objection.

2                MS. GILBERT:  We would move to strike Juror 40 for

3     cause.

4                MS. CHUANG:  No objection.

5                THE COURT:  All right.  Number 40 said he can't be

6     fair.

7                MS. CHUANG:  We would move to strike Juror 43 for

8     cause.

9                MS. GILBERT:  No objection.

10               THE COURT:  Yeah.  He also, I think, expressed that he

11    could not put aside his feelings that Mr. DePape was guilty.

12               MS. GILBERT:  For the same basis, Juror 50, we would

13    move to strike.

14               MS. CHUANG:  No objection.

15               THE COURT:  Number 50 will be stricken.

16         Yeah, she said that she could not -- or he said he could

17    not have an open mind.

18               MS. CHUANG:  That's the end of our cause challenges.

19               MS. GILBERT:  Same.

20               THE COURT:  Okay.  Eight.

21         Okay.  So let me go through and make sure we have them.

22         We're excusing Number 3, Number 10, Number 15, Number 26,

23    Number 36, Number 40, Number 43, and Number 50.

24               MS. CHUANG:  That's what I have.

25               THE COURT:  How long do you all need?

1          **MS. LINKER:**  Can you give us a little --

2          **THE COURT:**  No, I just want to know.

3      What I would propose is, I will go in and tell them -- off

4  the record, if that's okay with you.  I got my time all -- I

5  looked at the clock, I got it all wrong.  I meant to tell them

6  to come back later.  Anyway, the good news is we have our jury.

7          But before, of course, I excuse everyone, I'm going to

8  pass the sheet of paper to see if anyone knows ··············.

9          I'm going to also, after I excuse people, ask our 15,

10  individually, whether there's any reason they can't serve.

11          So I'm going to tell them that it looks like we have our

12  jury, but it will be another 10, 15 minutes.

13          **MS. LINKER:**  You mean, for us to pass the paper?

14          **MS. VARTAIN:**  Do you want us to pass now, right here?

15          **THE COURT:**  Oh, you want to go separate and talk?

16          **MS. LINKER:**  We want to be with our people.  And it's

17  easier when we can -- if they're sitting there, to see them.

18          **MS. CHUANG:**  Maybe it might make sense to give the

19  jury a bit of a longer break, in case people do need to get

20  something to eat -- because it's almost 2:00 right now.

21          **THE COURT:**  Should I tell them to -- what time is it

22  right now?

23          **MS. CHUANG:**  It's 1:45.

24          **THE COURT:**  Should I tell them to come back at 2:15,

25  and we believe we have our jury.

1              **MS. VARTAIN:**  We will have our jury.  I just think --

2              **THE COURT:**  Right.  Exactly.  We will have our jury.

3         My only hesitancy, if someone knows •••••••••••••, or

4    when for I ask them individually, someone will -- but even

5    then, we'll have our jury because maybe it will be one person

6    and you ask them two questions and --

7              **MS. GILBERT:**  I forget.  Are you passing that sheet

8    before we do the peremptories or after the peremptory strikes?

9              **MS. CHUANG:**  Probably after.

10             **THE COURT:**  No, after.  It's when -- I believe, we

11   have our 15.

12             **MS. GILBERT:**  Okay.  Understood.

13             **THE COURT:**  So I will tell them if -- is it okay, so

14   that Ruth doesn't have to move, if I just go tell them to come

15   back at 2:15, or that we'll resume at 2:15, without it being on

16   the record?

17             **MS. LINKER:**  Yes.

18             **MS. VARTAIN:**  Yes.

19             **THE COURT:**  Okay.

20                     (Recess taken at 1:47 p.m.)

21                (Proceedings resumed at 2:22 p.m.)

22          (The prospective jurors enter the courtroom.)

23     (Proceedings were heard in the presence of the prospective

24                           jurors.)

25             **THE CLERK:**  Remain seated.  Come to order.  Court is

1    back in session.

2              THE COURT:   Okay.   I am now prepared to excuse more

3    jurors.   If I read your number, you are excused.   Those orders

4    I gave you earlier today about not reading anything, not

5    talking to anyone, they would no longer apply to you because

6    you will be excused.

7         The rest of you, please don't leave yet.   We're getting

8    close, but I just need to make sure the 15 we have left will be

9    good.

10        All right.   The following jurors, thank you for being here

11   today, you're excused:

12        Number 3, Number 9, Number 10, Number 12, Number 13,

13   Number 14, Number 15, Number 23, Number 26, Number 29,

14   Number 30, Number 33, Number 36, Number 38, Number 40,

15   Number 43, Number 44, Number 45, Number 49, Number 50,

16   Number 52, Number 53, Number 55, Number 57, Number 58,

17   Number 59, and Number 64.

18        So then, our 15, I'll need you to sit here.

19        Ms. Means, where would you like Number 1 to sit?   In that

20   chair?

21              THE CLERK:   Yes.

22              THE COURT:   So I'm going to have Number 1, Number 4,

23   Number 5, Number 7, Number 17.

24        Number 7, there will be no sleeping.

25                         (Laughter.)

1          **THE COURT:**  Number 17, Number 18, Number 20,

2    Number 21, Number 27, Number 31, Number 32, Number 35,

3    Number 37, Number 41, and Number 61.

4        Okay.  Did I miss somebody?

5        Yes?  Which number did I miss?

6        32.

7        No, you're 32.

8          **THE COURT:**  Oh, he was excused.

9        Sorry about that, Number 32.

10       And then so -- Number 63, you go right there.

11       So just move down, please.

12         **THE CLERK:**  You're excused, so you can go tell the

13   jury office.

14         **THE COURT:**  Then, Number 63, you go right there.

15       Ms. Malone, if you could please pass around -- we're going

16   to show you a name of someone who, we won't be using their name

17   in the trial, but we need to know whether you personally know

18   this person.

19       So if you could just pass that down, and once you see

20   that -- do you have another one to pass the first row?

21                         (Pause in proceedings.)

22         **THE COURT:**  All right.  Do any of you personally know

23   this person?

24                         (No response.)

25         **THE COURT:**  No.

1      Now, I'm just going to ask you each of you each just one

2   last time.

3      Juror Number 1, is there any reason that you cannot serve

4   as a juror on this case?

5           **PROSPECTIVE JUROR NUMBER 1:**  No.

6           **THE COURT:**  Okay.  Juror Number 4, any reason?

7           **PROSPECTIVE JUROR NUMBER 4:**  No.

8           **THE COURT:**  Juror Number 5, any reason?

9           **PROSPECTIVE JUROR NUMBER 5:**  No.

10          **THE COURT:**  Juror Number 7, any reason -- no.

11   Excuse me.  Aren't you like a Muni operator?

12                       (Laughter.)

13          **PROSPECTIVE JUROR NUMBER 7:**  No.

14          **THE COURT:**  No.

15   Juror Number 17?

16          **PROSPECTIVE JUROR NUMBER 17:**  No.

17          **THE COURT:**  Juror Number 18?

18          **PROSPECTIVE JUROR NUMBER 18:**  No.

19          **THE COURT:**  Juror Number 20?

20          **PROSPECTIVE JUROR NUMBER 20:**  No.

21          **THE COURT:**  Juror Number 21?

22          **PROSPECTIVE JUROR NUMBER 21:**  No.

23          **THE COURT:**  Juror Number 27?

24          **PROSPECTIVE JUROR NUMBER 27:**  No.

25          **THE COURT:**  Juror Number 31?

1          **PROSPECTIVE JUROR NUMBER 31:**  No.

2          **THE COURT:**  Juror Number 35?

3          **PROSPECTIVE JUROR NUMBER 35:**  No.

4          **THE COURT:**  Juror Number 37?

5          **PROSPECTIVE JUROR NUMBER 37:**  No.

6          **THE COURT:**  Juror Number 41?

7          **PROSPECTIVE JUROR NUMBER 41:**  No.

8          **THE COURT:**  Juror Number 61?

9          **PROSPECTIVE JUROR NUMBER 61:**  No.

10         **THE COURT:**  And Juror Number 63?

11         **PROSPECTIVE JUROR NUMBER 63:**  No.

12         **THE COURT:**  All right.  Thank you.

13     The rest of you are excused.  Thank you so much for your

14 service today.  You did a great service -- and go spend money

15 in San Francisco.

16         **THE CLERK:**  If they need, like, parking?

17         **THE COURT:**  If you need validation for parking or

18 something, go to the jury office.  You've all been excused.

19                     (Jury seated.)

20         (Remaining prospective jurors excused.)

21         **THE COURT:**  Okay.  You may be seated.

22     Members of the jury, as you can tell, you are our jury,

23 and so I'm going to have Ms. Means now place you under oath

24 again.  It's a different oath.  It's an oath in which you

25 promise to fulfill your duties as jurors in this case.

**JURY VOIR DIRE**

1    **THE CLERK:**  Okay.  Can you please stand and raise your

2    right hand.

3                        (Jurors sworn.)

4         **ALL:**  I do.

5         **THE COURT:**  Okay.  You may be seated.

6    So Ms. Means is going to take you back here, show you your

7    jury room.  I'm sorry it's a little cramped.  But, again, your

8    tax dollars aren't being wasted.  There will be some snacks.

9         And will we have food on Thursday?

10        **THE CLERK:**  Yes.

11        **THE COURT:**  Yes.

12   So Thursday we're resuming at -- so please make sure

13   you're here, ready to go, by 8:30 a.m.  We get here before

14   then, so we try to get everything out of the way so we can

15   start promptly at 8:30 a.m.  We will have some coffee and

16   pastries.  It's not healthy food here.

17        Ms. Means will give you jury badges.  Make sure you always

18   wear them when you come into the building.  And you probably

19   want to come in on the Turk side of the street, because they

20   don't have the long line that they do on the Golden Gate side

21   of the street.

22        Now, I'm going to give you, first thing Thursday morning,

23   instructions, more specific instructions.  But -- and I know I

24   sound like a broken record, but I'm going to keep telling you:

25   Between now and Thursday, it is so important you do not look up

1   anything about the case or anyone here in the courtroom you've

2   heard about at all.

3          Please, please do not listen to NPR.  Do not watch the

4   news.  As I said, stay away from that.

5          Do not discuss the case with anyone -- your spouse, your

6   partners, your kids, whoever -- roommates.  Just say, "I'm on

7   jury duty.  The Court has ordered me not even to tell you the

8   name of the case," because, as you know, it is a case that will

9   engender people to start saying things to you.

10         No looking up anything on Reddit, WhatsApp, X -- all those

11  things.  Just stay completely, completely away from all of

12  that.

13         If you are accidentally exposed to something, turn it off

14  immediately and, on Thursday morning, please let Ms. Means know

15  when you get here.  And then we'll just question you to make

16  sure you haven't been unduly influenced by that.

17         But you are now under oath.  You're promising me, and most

18  importantly, you're promising the parties here, and the public,

19  who cares as well, that you will follow all of these orders.

20         So thank you so much, again, for your patience.  And

21  Ms. Means will take you back, show you your -- it's not a very

22  nice room, tiny room, and we'll see you back on Thursday

23  morning.

24              **THE CLERK:**  All rise for the jury.

25                   (The jury leaves the courtroom.)

**PROCEEDINGS**

1    (Proceedings were heard out of the presence of the jury.)

2        **THE COURT:**  Okay.  Anything we need to discuss?

3        **MS. VARTAIN:**  Your Honor, I have one small matter from

4    the Government, Your Honor.

5        Today, during jury selection, the Defense referred to the

6    state case.  I think that was borderline.  Obviously, the

7    Government did not object, but I would object if that came up

8    at opening.  And I think it would be improper for the Defense

9    to raise once -- frankly, from this moment forward, that there

10   is a state case with other charges.

11       **MS. CHUANG:**  Your Honor, I mean, what makes this case

12   special, at least in federal court, is what the Court just

13   instructed the jury on.  He's charged with two charges here in

14   federal court, not other state charges that they may be aware

15   of, or that they may think that he is -- that he may have

16   committed.  So I think, to reference that in contrast, is

17   proper.

18       **THE COURT:**  I don't think it was improper for jury

19   selection for that reason that, I think, it was important.  But

20   I don't think it has any relevance to the case going forward.

21       I think what the Government is concerned about is the jury

22   will think, "Well, there's another case out there," which, of

23   course, is not a reason for them.

24       I'll instruct them that they're just going to -- and I,

25   actually, think that you all did a very good job with the jury

1    in explaining to them that these are the charges, they're

2    different from what they thought.  I can't see why it would

3    be -- we're not going to have evidence of it, so it's not

4    really something you should be able to argue.

5          MS. CHUANG:  Right.  I think, some witnesses may

6    mention it -- right? -- just naturally.

7          THE COURT:  Well, I think --

8          MS. CHUANG:  We can't anticipate --

9          THE COURT:  Well, your witnesses won't.  Or at least

10   you'll instruct them not to.  And don't -- if it comes out,

11   inadvertently, it comes out.  I think what the Government is

12   asking --

13               (Defense counsel conferring.)

14         MS. CHUANG:  We have to double-check the clips that

15   are going to be put in evidence from the body cam, but there is

16   discussion amongst the officers about what charges they're

17   going to book to him on.

18         THE COURT:  Okay.  But that has nothing to do with --

19   it's not actually relevant to any claim or defense in the case.

20   It's not -- right? -- the fact that he's been charged in state

21   court?

22      So I'll instruct you not to intentionally elicit further

23   testimony, absent anything further from the Court.  If

24   something comes up that you believe it's relevant, then I

25   just ask that you raise it with me outside the presence of the

 1   jury.

 2           **MS. CHUANG:**  Okay.

 3           **MS. VARTAIN:**  Thank you, Your Honor.

 4           **MS. CHUANG:**  Just one other thing while we are here.

 5       I would just ask, since Target 1's true name will not be

 6   mentioned in open court, that the Government just make sure

 7   their witnesses know to whom that pseudonym refers, so that if

 8   the witness says, "I have no idea who you're talking about," we

 9   don't have to clarify with their true name.

10           **MS. VARTAIN:**  Okay.

11           **THE COURT:**  Yes.

12           **MS. CHUANG:**  And then, I think --

13                   (Defense counsel conferring.)

14           **MS. VARTAIN:**  Your Honor, what the parties are

15   discussing off the record is, in order -- our hope was, in

16   order to address the fact that some information will be

17   available to the jury, but not to the public, we were hoping

18   just to turn off the gallery monitors when those exhibits came

19   up, which is how we handled it in the past.

20           **THE COURT:**  I think we can do that.  But Ms. Means

21   isn't sitting right here, so let's bring it up first thing

22   Thursday morning when we meet.  But we've certainly done that

23   before.

24           **MS. VARTAIN:**  The problem is, if we don't know until

25   Thursday morning, the other option is just to present reams of

**PROCEEDINGS**

1  paper.  I think we would rather know, so we can start printing

2  it.

3          **THE COURT:**  We have done that before.  We actually

4  don't publish to the gallery before it's been admitted, but you

5  show it to the witness.  I believe they can just show it to

6  the --

7          **MS. CHUANG:**  I think the issue is -- and Ms. Means can

8  clarify when she's back.  But I think, our understanding from

9  some previous e-mails with her, was that the jury screens and

10 the gallery screens are connected on the same circuit.  So if

11 the gallery screens are turned off so that the jury can look at

12 something, their screens go off too.

13         **MS. VARTAIN:**  In another courtroom next door, I think

14 physically, we turned off the monitors to the gallery.

15         **THE COURT:**  Oh, we certainly could do that.  Yeah.

16 All right.  We'll just have to remember.  Between all of us we

17 should -- well, you know, I don't know what the exhibits are.

18         **MS. VARTAIN:**  We will remember, Your Honor.

19         **THE COURT:**  And the date whatever, if it's like

20 Thursday, whatever day it is, if you could bring it up in the

21 morning before the jury comes in so we'll be prepared, and know

22 about when we will be doing that.

23         **MS. VARTAIN:**  Yes.  We will be doing that.

24         **THE COURT:**  Okay.  Great.

25         **MS. CHUANG:**  Thank you, Your Honor.

PROCEEDINGS

1          **MS. VARTAIN:**  Thank you, Your Honor.

2          **MS. LINKER:**  Thank you, Your Honor.

3               (Proceedings adjourned at 2:36 p.m.)

4       (Pages 163 through 200 are utilized for block numbering

5    purposes.  The next page number is 201 in Volume 2.  Nothing

6    has been omitted.)

7                         ---o0o---

8                   **CERTIFICATE OF REPORTER**

9          I certify that the foregoing is a correct transcript

10   from the record of proceedings in the above-entitled matter.

11

12   DATE:   Monday, December 25, 2023

13

14

15

16

17   _____
        Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219
18            Official Reporter, U.S. District Court

19

20

21

22

23

24

25