**Pages 1 - 13**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
  VS.                        )   NO. CR 22-00426-JSC
                             )
DAVID WAYNE DEPAPE,          )
                             )
          Defendant.         )
_____)
```

**MASTER TRIAL INDEX**

**APPEARANCES:**

For Plaintiff:
        ISMAIL J. RAMSEY
        United States Attorney
        450 Golden Gate Avenue
        San Francisco, California 94102
  **BY:   LAURA E. VARTAIN**
       **HELEN L. GILBERT**
       **ASSISTANT UNITED STATES ATTORNEYS**

For Defendant:
        JODI H. LINKER
        Federal Public Defender
        450 Golden Gate Avenue
        San Francisco, California 94102
  **BY:   JODI H. LINKER**
       **ANGELA CHUANG**
       **TODD M. BORDEN**
       **ASSISTANT FEDERAL PUBLIC DEFENDERS**

Reported By:   Ruth Levine Ekhaus, RMR, RDR, FCRR
              Official Reporter, CSR No. 12219

```
 1                         I N D E X

 2
     Monday, November 6, 2023 - Volume 1
 3
     Thursday, November 9, 2023 - Volume 2
 4
     Monday, November 13, 2023 - Volume 3
 5
     Tuesday, November 14, 2023 - Volume 4
 6
     Wednesday, November 15, 2023 - Volume 5
 7
     Thursday, November 16, 2023 - Volume 6
 8
                                                     PAGE   VOL.
 9
     Jury Voir Dire                                    10    1
10   Preliminary Jury Instructions                    223    2
     Opening Statement by Ms. Vartain                 232    2
11   Opening Statement by Ms. Linker                  239    2
     Government Rests                                 703    4
12   Defendant Rests                                  839    4
     Charging Conference                              841    4
13   Jury Instructions                                889    5
     Closing Argument by Ms. Gilbert                  897    5
14   Closing Argument by Ms. Chuang                   927    5
     Rebuttal Closing Argument by Ms. Gilbert         952    5
15   Final Jury Instructions                          959    5
     Verdict                                          969    6
16
     GOVERNMENT'S WITNESSES                          PAGE   VOL.
17
     WILLMES, KOLBY
18   (SWORN)                                          252    2
     Direct Examination by Ms. Vartain                252    2
19   Cross-Examination by Ms. Chuang                  269    2

20   CAGNEY, KYLE
     (SWORN)                                          282    2
21   Direct Examination by Ms. Vartain                283    2
     Cross-Examination by Ms. Linker                  286    2
22
     NAJARRO, ALEJANDRO
23   (SWORN)                                          297    2
     Direct Examination by Ms. Gilbert                297    2
24   Cross-Examination by Ms. Chuang                  310    2

25
```

```
 1                           I N D E X

 2   GOVERNMENT'S WITNESSES                              PAGE   VOL.

 3   HURLEY, CARLA
      (SWORN)                                            321     2
 4   Direct Examination by Ms. Gilbert                   322     2
     Cross-Examination by Ms. Chuang                     353     2
 5
     DEMKOWSKI, TRACY
 6    (SWORN)                                            371     2
     Direct Examination by Ms. Gilbert                   371     2
 7   Cross-Examination by Ms. Chuang                     396     2

 8   O'CONNOR, LYN
      (SWORN)                                            401     2
 9   Direct Examination by Ms. Vartain                   402     2
     Cross-Examination by Ms. Linker                     415     2
10
     GRZYMALA, GARY
11    (SWORN)                                            441     3
     Direct Examination by Ms. Vartain                   442     3
12   Cross-Examination by Ms. Chuang                     450     3

13   CLARK, TIMOTHY
      (SWORN)                                            452     3
14   Direct Examination by Ms. Vartain                   452     3

15   GUERRA, JONATHAN
      (SWORN)                                            457     3
16   Direct Examination by Ms. Gilbert                   458     3

17   LITTLEJOHN, DWIGHT
      (SWORN)                                            463     3
18   Direct Examination by Ms. Vartain                   463     3
     Cross-Examination by Ms. Linker                     474     3
19
     MATTHES, JASON
20    (SWORN)                                            487     3
     Direct Examination by Ms. Gilbert                   487     3
21
     NG, WING
22    (SWORN)                                            497     3
     Direct Examination by Ms. Gilbert                   498     3
23   Cross-Examination by Ms. Chuang                     523     3

24   MINOR, STEPHANIE
      (SWORN)                                            530     3
25   Direct Examination by Ms. Gilbert                   531     3
     Cross-Examination by Ms. Linker                     605     3
```

```
                              I N D E X

GOVERNMENT'S WITNESSES                              PAGE   VOL.
PELOSI, PAUL
 (SWORN)                                            644    3
 Direct Examination by Ms. Vartain                  644    3

HUANG, MICHAEL
 (SWORN)                                            687    4
 Direct Examination by Ms. Gilbert                  687    4
 Cross-Examination by Ms. Linker                    702    4

DEFENDANT'S WITNESSES                               PAGE   VOL.

DEPAPE, DAVID
 (SWORN)                                            708    4
 Direct Examination by Ms. Chuang                   709    4
 Cross-Examination by Ms. Vartain                   761    4

TARGET 1,
 (SWORN)                                            778    4
 Direct Examination by Ms. Linker                   779    4

YATES, ELIZABETH
 (SWORN)                                            798    4
 Direct Examination by Ms. Chuang                   799    4

BERNAL, DANIEL
 (SWORN)                                            806    4
 Direct Examination by Ms. Linker                   807    4
 Cross-Examination by Ms. Vartain                   833    4
 Redirect Examination by Ms. Linker                 838    4

                             E X H I B I T S

TRIAL EXHIBITS                           IDEN   EVID   VOL.

  1                                             212    2

  2                                             212    2

  3                                             212    2

  4                                             212    2

  5                                             212    2
```

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 6  |  | 212 | 2 |
| 7  |  | 212 | 2 |
| 8  |  | 212 | 2 |
| 10 |  | 430 | 3 |
| 11 |  | 430 | 3 |
| 12 |  | 430 | 3 |
| 13 |  | 430 | 3 |
| 14 |  | 430 | 3 |
| 15 |  | 430 | 3 |
| 16 |  | 430 | 3 |
| 17 |  | 430 | 3 |
| 18 |  | 430 | 3 |
| 19 |  | 430 | 3 |
| 20 |  | 430 | 3 |
| 26 |  | 212 | 2 |
| 27 |  | 212 | 2 |
| 28 |  | 212 | 2 |
| 30 |  | 212 | 2 |
| 33 |  | 212 | 2 |
| 38 |  | 212 | 2 |
| 42 |  | 212 | 2 |

| | | | |
|---|---|---|---|
| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
| 43 | | 212 | 2 |
| 59 | | 212 | 2 |
| 61 | | 212 | 2 |
| 75 | | 212 | 2 |
| 76 | | 212 | 2 |
| 78 | | 212 | 2 |
| 79 | | 212 | 2 |
| 84 | | 212 | 2 |
| 89 | | 212 | 2 |
| 90 | | 212 | 2 |
| 95 | | 212 | 2 |
| 96 | | 212 | 2 |
| 104 | | 212 | 2 |
| 106 | | 212 | 2 |
| 107 | | 212 | 2 |
| 109 | | 212 | 2 |
| 110 | | 212 | 2 |
| 115 | | 212 | 2 |
| 116 | | 430 | 3 |
| 117 | | 212 | 2 |
| 118 | | 212 | 2 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 123 | | 212 | 2 |
| 124 | | 212 | 2 |
| 125 | | 212 | 2 |
| 126 | | 212 | 2 |
| 127 | | 212 | 2 |
| 132 | | 212 | 2 |
| 135 | | 212 | 2 |
| 146 | | 430 | 3 |
| 148 | | 430 | 3 |
| 151 | | 430 | 3 |
| 160 | | 212 | 2 |
| 161 | | 212 | 2 |
| 162 | | 212 | 2 |
| 163 | | 212 | 2 |
| 164 | | 212 | 2 |
| 165 | | 212 | 2 |
| 166 | | 212 | 2 |
| 167 | | 212 | 2 |
| 168 | | 212 | 2 |
| 169 | | 212 | 2 |
| 170 | | 212 | 2 |

**I N D E X**

**E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 171 | | 212 | 2 |
| 172 | | 212 | 2 |
| 173 | | 212 | 2 |
| 174 | | 212 | 2 |
| 175 | | 212 | 2 |
| 176 | | 212 | 2 |
| 177 | | 212 | 2 |
| 178 | | 212 | 2 |
| 179 | | 212 | 2 |
| 180 | | 212 | 2 |
| 181 | | 212 | 2 |
| 182 | | 212 | 2 |
| 183 | | 212 | 2 |
| 184 | | 212 | 2 |
| 185 | | 212 | 2 |
| 186 | | 212 | 2 |
| 187 | | 212 | 2 |
| 188 | | 212 | 2 |
| 189 | | 212 | 2 |
| 190 | | 212 | 2 |
| 191 | | 212 | 2 |

## **I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 192 | | 212 | 2 |
| 193 | | 212 | 2 |
| 194 | | 212 | 2 |
| 195 | | 212 | 2 |
| 196 | | 212 | 2 |
| 197 | | 212 | 2 |
| 198 | | 212 | 2 |
| 199 | | 212 | 2 |
| 200 | | 212 | 2 |
| 201 | | 212 | 2 |
| 202 | | 212 | 2 |
| 203 | | 212 | 2 |
| 204 | | 212 | 2 |
| 205 | | 212 | 2 |
| 206 | | 212 | 2 |
| 207 | | 212 | 2 |
| 208 | | 212 | 2 |
| 209 | | 212 | 2 |
| 210 | | 212 | 2 |
| 211 | | 212 | 2 |
| 212 | | 212 | 2 |

# **I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 213 | | 212 | 2 |
| 214 | | 212 | 2 |
| 215 | | 212 | 2 |
| 216 | | 212 | 2 |
| 217 | | 212 | 2 |
| 218 | | 212 | 2 |
| 219 | | 212 | 2 |
| 220 | | 212 | 2 |
| 221 | | 212 | 2 |
| 222 | | 212 | 2 |
| 223 | | 212 | 2 |
| 224 | | 212 | 2 |
| 225 | | 212 | 2 |
| 226 | | 212 | 2 |
| 227 | | 212 | 2 |
| 228 | | 430 | 3 |
| 229 | | 430 | 3 |
| 230 | | 430 | 3 |
| 231 | | 430 | 3 |
| 232 | | 430 | 3 |
| 233 | | 430 | 3 |

| | **I N D E X** | | | |
|---|---|---|---|---|
| | **E X H I B I T S** | | | |
| **TRIAL EXHIBITS** | | **IDEN** | **EVID** | **VOL.** |
| 234 | | | 430 | 3 |
| 235 | | | 430 | 3 |
| 236 | | | 430 | 3 |
| 237 | | | 430 | 3 |
| 240 | | | 430 | 3 |
| 241 | | | 430 | 3 |
| 242 | | | 430 | 3 |
| 243 | | | 430 | 3 |
| 244 | | | 430 | 3 |
| 247 | | | 430 | 3 |
| 248 | | | 430 | 3 |
| 250 | | | 430 | 3 |
| 268 | | | 430 | 3 |
| 269 | | | 430 | 3 |
| 270 | | | 430 | 3 |
| 271 | | | 430 | 3 |
| 274 | | | 430 | 3 |
| 276 | | | 430 | 3 |
| 277 | | | 430 | 3 |
| 278 | | | 430 | 3 |
| 279 | | | 430 | 3 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 280 | | 430 | 3 |
| 281 | | 430 | 3 |
| 282 | | 430 | 3 |
| 284 | | 430 | 3 |
| 285 | | 430 | 3 |
| 286 | | 430 | 3 |
| 287 | | 430 | 3 |
| 288 | | 430 | 3 |
| 290 | | 430 | 3 |
| 291 | | 430 | 3 |
| 292 | | 430 | 3 |
| 293 | | 430 | 3 |
| 295 | | 430 | 3 |
| 297 | | 430 | 3 |
| 298 | | 430 | 3 |
| 305 | | 430 | 3 |
| 310 | | 430 | 3 |
| 314 | | 212 | 2 |
| 315 | | 212 | 2 |
| 316 | | 212 | 2 |
| 320 | | 212 | 2 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 321 | | 430 | 3 |
| 322 | | 430 | 3 |
| 500 | | 638 | 3 |
| 569 | | 400 | 2 |
| 579 | | 621 | 3 |
| 592 | | 528 | 3 |
| 593 | | 526 | 3 |
| 595 | | 825 | 4 |