```
                                       Volume 6

                                       Pages 966 - 974

              UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

   Before The Honorable Jacqueline Scott Corley, Judge

   UNITED STATES OF AMERICA,       )
                                   )
             Plaintiff,            )
                                   )
     VS.                           )   NO. CR 22-00426-JSC
                                   )
   DAVID WAYNE DEPAPE,             )
                                   )
             Defendant.            )
   _____)

                                   San Francisco, California
                                   Thursday, November 16, 2023

              TRANSCRIPT OF PROCEEDINGS

   APPEARANCES:

   For Plaintiff:
                         ISMAIL J. RAMSEY
                         United States Attorney
                         450 Golden Gate Avenue
                         San Francisco, California 94102
                    BY:  LAURA E. VARTAIN
                         HELEN L. GILBERT
                         ASSISTANT UNITED STATES ATTORNEYS

   For Defendant:
                         JODI H. LINKER
                         Federal Public Defender
                         450 Golden Gate Avenue
                         San Francisco, California 94102
                    BY:  JODI H. LINKER
                         ANGELA CHUANG
                         TODD M. BORDEN
                         ASSISTANT FEDERAL PUBLIC DEFENDERS
              (APPEARANCES CONTINUED ON FOLLOWING PAGE)

   Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
                 Official Reporter, CSR No. 12219
```

**APPEARANCES**:   (CONTINUED)

Also present:           Maddi Wachs, Paralegal
                        **Special Agent Stephanie Minor**
                        Sheree Cruz-Laucirica, Paralegal
                        Catherine Goulet, Defense Investigator

**I N D E X**

Thursday, November 16, 2023 - Volume 6

|  | PAGE | VOL. |
|---|---|---|
| Verdict | 969 | 6 |

```
 1   Thursday - November 16, 2023                              11:15 a.m.
 2                         P R O C E E D I N G S
 3                               ---o0o---
 4      (Proceedings were heard out of the presence of the jury.)
 5          THE COURT:  Okay.  I understand we have a verdict and
 6   Ms. Means is bringing the jury in.
 7                        (Pause in proceedings.)
 8          THE COURT:  All rise.
 9                   (The jury enters the courtroom.)
10      (Proceedings were heard in the presence of the jury.)
11                               VERDICT
12          THE COURT:  Good morning, members of the jury.
13   Welcome back.
14      Thank you for not driving on the Bay Bridge this morning.
15   You probably didn't hear; it's actually shut down, and a trial
16   down the hall had to take a break.
17      All right.  I understand the jury has reached a verdict.
18      Would the foreperson please hand the verdict to Ms. Means.
19                        (Pause in proceedings.)
20          THE COURT:  All right.  Ms. Means, would you please
21   read the verdict.
22          THE CLERK:  For the United States District Court,
23   Northern District of California, in Criminal Action C-22-0426,
24   United States of America versus David Wayne DePape.
25      We, the members of the jury, have reached the following
```

```
 1   unanimous verdict:
 2       Count 1:  We, the jury, find the defendant, David Wayne
 3   DePape, as charged in Count 1 of the -- as excuse me -- as
 4   charged in Count 1 of the indictment, guilty of attempted
 5   kidnapping in violation of Title 18 United States Code Section
 6   1201(a)(5)(D).
 7       As to Count 2:  We, the jury, find the defendant, David
 8   Wayne DePape, as charged in Count 2, guilty of assault, in
 9   violation of Title 18, United States Code Section 115(a)(1)(A).
10       And part -- Question 2B, having found the defendant, David
11   Wayne DePape, guilty of the offense charged in Count 2, do you
12   unanimously find beyond a reasonable doubt that the defendant
13   used a dangerous weapon during and in relation to the assault
14   charged in Count 2?
15       Answer, yes.
16       Signed by Juror Number 1 on November 16th, 2023.
17           THE COURT:  Thank you.
18       Ms. Chuang, would you like the jury polled?
19           MS. CHUANG:  Yes.
20           THE CLERK:  Juror Number 1, is this your verdict?
21           JUROR NUMBER 10:  Yes.
22           THE CLERK:  Juror Number 2, is this your verdict?
23           JUROR NUMBER 2:  Yes.
24           THE CLERK:  Juror Number 3, is this your verdict?
25           JUROR NUMBER 3:  Yes.
```

| | |
|---|---|
| 1 | **THE CLERK:**  Juror Number 4, is this your verdict? |
| 2 | **JUROR NUMBER 4:**  Yes. |
| 3 | **THE CLERK:**  Juror Number 5, is this your verdict? |
| 4 | **JUROR NUMBER 5:**  Yes. |
| 5 | **THE CLERK:**  Juror Number 6, is this your verdict? |
| 6 | **JUROR NUMBER 6:**  Yes. |
| 7 | **THE CLERK:**  Juror Number 7, is this your verdict? |
| 8 | **JUROR NUMBER 7:**  Yes. |
| 9 | **THE CLERK:**  Juror Number 8, is this your verdict? |
| 10 | **JUROR NUMBER 8:**  Yes. |
| 11 | **THE CLERK:**  Juror Number 9, is this your verdict? |
| 12 | **JUROR NUMBER 9:**  Yes. |
| 13 | **THE CLERK:**  Juror Number 10, is this your verdict? |
| 14 | **JUROR NUMBER 10:**  Yes. |
| 15 | **THE CLERK:**  Juror Number 11, is this your verdict? |
| 16 | **JUROR NUMBER 11:**  Yes. |
| 17 | **THE CLERK:**  Juror Number 12, is this your verdict? |
| 18 | **JUROR NUMBER 12:**  Yes. |
| 19 | **THE CLERK:**  Thank you. |
| 20 | **THE COURT:**  Okay.  Members of the jury, you are now |
| 21 | excused and discharged.  You are free to read anything you want |
| 22 | about this case, or nothing about this case.  You are free to |
| 23 | talk to anyone or no one.  Whatever.  It is entirely up to you. |
| 24 | You can talk to the press.  You can not talk to the press. |
| 25 | Whatever you want to do.  It's a hundred percent your choice. |

| | |
|---|---|
| 1 | All I would say is this:  When you are talking to others, |
| 2 | just keep in mind about what you're saying about your fellow |
| 3 | jurors and whether that is something that you would want |
| 4 | disclosed or shared if they were talking about you.  But, other |
| 5 | than that, you are no longer under any court order whatsoever. |
| 6 | And I do -- and I know, on behalf of the parties -- want |
| 7 | to thank you for your incredible intention and diligence.  As I |
| 8 | said, you were on time, you paid attention, even this juror |
| 9 | here never fell asleep. |
| 10 | (Laughter.) |
| 11 | **THE COURT:**  And, really, you acquitted yourselves well |
| 12 | in your service as citizens here in the United States. |
| 13 | So if you wouldn't mind just going back to the jury room |
| 14 | for a moment, I'll come back and say a few words to you.  But, |
| 15 | again, on behalf of the parties, thank you so much for your |
| 16 | service. |
| 17 | **THE CLERK:**  All rise for the jury. |
| 18 | (The jury was discharged.) |
| 19 | **THE COURT:**  Okay.  What would you like to do about |
| 20 | scheduling?  Do you want to just set a status so we can talk |
| 21 | about that? |
| 22 | **MS. CHUANG:**  Right.  I think that makes sense. |
| 23 | Can we set a status about a month out?  And I'd also |
| 24 | request that the time for a Rule 29 and 33 motion be extended |
| 25 | as well. |

1     Does that work for the Government?
2          **MS. VARTAIN:**  It does.
3          **THE COURT:**  So how about -- a month out is the 16th.
4          **MS. CHUANG:**  Could we do the week of the 11th?
5          **THE COURT:**  Sure.  So 10:00 a.m. on Wednesday,
6   December 11th.
7          **MS. CHUANG:**  Sorry.  The 11th is the Monday, so it
8   would be the 13th.
9          **THE COURT:**  The 13th.  I'm looking at a 2024 calendar.
10    So -- okay.  December 13th at 10:00 a.m.  And we'll toll
11  the time now for the filing of post-trial motions.
12    So I do -- I think we will need to address the custody
13  status in terms of whose custody Mr. DePape is.  As he's been
14  writted over from state custody, does he just stay in state
15  custody although he's been convicted of a federal crime?
16         **MS. CHUANG:**  Yes, that's my understanding.
17         **MS. VARTAIN:**  Ours as well.
18         **THE COURT:**  All right.  So Mr. DePape, then, will
19  remain in the custody of the State of California, and we'll
20  writ him over for the status hearing on December 13th.
21    Again, as I said yesterday, it was extraordinary advocacy
22  on both sides.  I'm very appreciative.  All right.  Thank you.
23         **MS. VARTAIN:**  Your Honor, just a quick housekeeping
24  matter.  The Court has new rules for the filing of exhibits
25  within 10 days of a verdict.  May the parties meet and confer

```
 1  regarding the Thanksgiving holiday and figure out a date that's
 2  doable close to that time frame?
 3          THE COURT:  But in light -- because otherwise, yeah,
 4  we would be counting Thanksgiving and we should not count
 5  Thanksgiving, nor the day after.
 6          MS. VARTAIN:  Thank you, Your Honor.
 7          THE COURT:  Just let me know so we can put it on the
 8  docket so that the public knows when they'll be available.
 9          MS. VARTAIN:  Yes, we will do that.  We will also be
10  filing some of the exhibits under seal, and we will meet and
11  confer on that as well.
12          THE COURT:  And some of them can be filed in redacted
13  form.
14          MS. VARTAIN:  Yes.
15          THE COURT:  All right.  Thank you.
16          MS. VARTAIN:  Thank you, Your Honor.
17          MS. CHUANG:  Thank you.
18          THE CLERK:  Court is adjourned.
19              (Proceedings adjourned at 11:25 a.m.)
20                         ---o0o---
21
22
23
24
25
```

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    Sunday, December 24, 2023

_____
Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219
Official Reporter, U.S. District Court