# TRANSCRIPT ORDER

*Please use one form per court reporter.*
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435 (CAND Rev. 08/2018)

**COURT USE ONLY**
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Amy McGugian
**1b. ATTORNEY NAME (if different):** Edward Swanson
**2a. CONTACT PHONE NUMBER:** (415) 477-3800
**2b. ATTORNEY PHONE NUMBER:** (415) 477-3800
**3. CONTACT EMAIL ADDRESS:** amy@smllp.law
**3. ATTORNEY EMAIL ADDRESS:** ed@smllp.law
**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):** Swanson & McNamara, 300 Montgomery Street, Suite 1100, San Francisco, CA 94104
**5. CASE NAME:** US v. DePape
**6. CASE NUMBER:** Cr 22-426
**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR:** Ruth Levine Ekhaus
**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL   ☐ NON-APPEAL   ☑ CRIMINAL   ☐ CIVIL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time)) |
|---|---|---|---|
| 11/14/2023 | JSC | | |
| 11/16/2023 | JSC | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ |
| ● | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |

c. DELIVERY TYPE (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|
| ■ | ○ | ○ | ○ | ○ | ○ | ○ |
| ● | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** s/ Edward Swanson
**12. DATE:** 01/30/2024

Clear Form    Save as new PDF