1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)
5  Assistant United States Attorneys

6       450 Golden Gate Ave, 11th Floor
        San Francisco, CA 94102
7       Telephone: (415) 436-7200
        Fax: (415) 436-7234
8       Email: Helen.Gilbert@usdoj.gov
               Laura.Vartain@usdoj.gov
9
   Attorneys for the United States of America
10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,           ) CASE NO. 3:22-CR-00426-JSC
                                        )
15         Plaintiff,                   )
                                        ) PETITION FOR WRIT OF HABEAS CORPUS
16      v.                              ) AD PROSEQUENDUM
                                        )
17  DAVID DEPAPE,                       )
                                        )
18         Defendant.                   )
                                        )
19

20  TO:   The Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern

21        District of California

22

23      Assistant United States Attorneys Helen L. Gilbert, Laura Vartain Horn, and Kyle F. Waldinger

24  respectfully request that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of

25  prisoner DAVID DEPAPE, whose place of custody or jailor are set forth in the requested Writ, attached

26  hereto.

27  ///

28

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM  [CASE NO. 3:22-CR-00426-JSC]

1  The prisoner, DAVID DEPAPE, is required to appear as a defendant in the above-entitled matter
2  in this Court on the date identified in the writ and therefore petitioner prays that the Court issue the Writ
3  as presented.

6  DATED: March 13, 2024                                     Respectfully Submitted,

                                                             ISMAIL J. RAMSEY
                                                             United States Attorney


                                                                        /s/
                                                             HELEN L. GILBERT
                                                             LAURA VARTAIN HORN
                                                             Assistant United States Attorneys

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)

5  Assistant United States Attorneys

6      450 Golden Gate Ave, 11th Floor
       San Francisco, CA 94102
7      Telephone: (415) 436-7200
       Fax: (415) 436-7234
8      Email: Helen.Gilbert@usdoj.gov
              Laura.Vartain@usdoj.gov
9
   Attorneys for the United States of America
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,            )  CASE NO. 3:22-CR-00426-JSC
                                         )
15         Plaintiff,                    )  [PROPOSED] ORDER GRANTING PETITION
                                         )  FOR WRIT OF HABEAS CORPUS AD
16         v.                            )  PROSEQUENDUM
                                         )
17  DAVID DEPAPE,                        )
                                         )
18         Defendant.                    )
                                         )
19

20         Upon motion of the United States of America, and good cause appearing therefore,

21  IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

22  Corpus Ad Prosequendum requiring the production of defendant DAVID DEPAPE, before this Court on

23  the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be

24  issued as presented.

25

26  DATED: _____              _____
                                           HON. JACQUELINE SCOTT CORLEY
27                                         United States District Judge

28

[PROPOSED] ORDER
CASE NO. 3:22-CR-00426-JSC

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: JAY BIEBER, United States Marshal for the Northern District of California and PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 8, San Francisco, California 94102 on March 27, 2024 at 10:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-CR-00426-JSC