

## UNITED STATES DISTRICT COURT
### Northern District of California

### CRIMINAL MINUTES

**Date:** March 27, 2024　　　　　　　　　　　　　　　　　　　　**Time:** 00:21

**Judge:** Jacqueline Scott Corley

**Case Number:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape

　　　　　　　　　　　　　[X] **Present**　　[ ] **Not Present**　　[X] **In-Custody & Remanded**

**Attorneys for United States of America:** Helen Gilbert/Laura Vartain
**Attorneys for Defendant:** Angela Chuang/Jodi Liner

**Deputy Clerk:** Ada Means　　　　　　　　**Remote Court Reporter:** Stephen Franklin

### PROCEEDINGS

Defendant's Motion for New Trial held. The motion was argued, submitted, and taken under submission. Defendant's state court trial is currently set for April 12, 2024. The sentencing hearing set for April 24, 2024, is continued to **May 22, 2024, at 10:00 a.m.** Probation's disclosure date of the presentence report to remain the same. The matter is set for **April 17, 2024, at 10:00 a.m.** for a status conference. The conference will be vacated if the defendant is unavailable due to his state court proceedings.