

## UNITED STATES DISTRICT COURT
### Northern District of California

### CRIMINAL MINUTES

**Date:** April 24, 2024             **Time:** 00:08

**Judge:** Jacqueline Scott Corley

**Case Number:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape

[x] Present    [ ] Not Present    [x] In-Custody & Remanded

**Attorney for United States of America:** Helen Gilbert/Laura Vartain
**Attorney for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means             **Court Reporter:** Kelly Shainline

### PROCEEDINGS

Status conference held. The Court heard arguments on defendant's request to continue the sentencing hearing. Mr. Depape is scheduled for jury selection in a separate state court matter on May 7, 2024, before Judge Dorfman. Defense anticipates that Mr. Depape's state court proceedings will interfere with preparation for sentencing in this matter. The sentencing hearing will remain scheduled for May 17, 2024. If defense counsel are unable to meet with Mr. Depape to prepare for sentencing, the Court will reconsider defendant's request then.