```
JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar Number 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Angela_Chuang@fd.org
```

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID WAYNE DEPAPE,<br><br>        Defendant. | **Case No.:** CR 22–426 JSC<br><br>**DECLARATION OF ANGELA CHUANG IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Court:**        Courtroom 8, 19th Floor<br>**Hearing Date:** May 17, 2024<br>**Hearing Time:** 10:00 a.m. |

I, Angela Chuang, declare the following:

1. I am an Assistant Federal Public Defender with the Office of the Federal Public Defender for the Northern District of California. I represent David Wayne DePape, the defendant in the above-captioned case.

2. Attached as Exhibit A is an expert report, which includes a psychological evaluation of Mr. DePape (to be filed under seal).

3. Attached as Exhibit B are letters of support for Mr. DePape, for consideration at sentencing.

4. Attached as Exhibit C is a true and correct copy of an excerpt from the Bureau of Prisons ("BOP") Program Statement 5880.28, <u>Sentence Computation Manual</u>. The full document is

available at https://www.bop.gov/policy/progstat/5880_028.pdf.

5. Attached as Exhibit D is a true and correct copy of an article titled, "Federal Sentence Computation Applied to The Interaction of Federal And State Sentences." This article, written by former BOP Regional Counsel Henry J. Sadowski, describes how BOP computes federal sentences.

6. In the past, I have communicated with BOP Regional Counsel about how presentence custody credits are calculated for defendants who are in primary state custody. BOP explained that their policies and regulations regarding sentence computation, as well as their interpretation of 18 U.S.C. § 3585(b), dictate that when a later-imposed state sentence gives a person credit for presentence custody time during which that person was in primary state custody, that person's federal sentence will not be credited with that presentence time. This is true even if, as with Mr. DePape, the person was brought to appearances in federal court for federal proceedings via a writ.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 10, 2024, in San Francisco, California.

_____
ANGELA CHUANG