# EXHIBIT B

Honorable Judge Corley
United States District Judge
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Corley,

I am writing to you regarding David DePape prior to his sentencing hearing to tell you a bit about David as I have known him and to ask that everything that can be done, is done, to ensure that David is sent to a facility that is well-run, and oriented towards rehabilitation rather than punishment.

I think it must be clear from everything that has been discovered in David's case that he is/was beset by some underlying psychological issue(s)/condition(s) which, in my view, would add to the significantly unbalanced circumstances already present in his life. My understanding is that David, in his writings/blog posts, mentioned that a "fairy" in the form of a bird was interfering in his life and that they couldn't communicate due to language barriers. This seems evidence that David was experiencing something similar to 'hearing voices' – often a symptom of mental illness.

**David's Arrival in the Richmond Annex**

I met David through his employer, a builder named Frank Ciccarelli. Frank did a lot of work building fences and decks in my neighborhood. Frank introduced me to David, saying he was the best assistant he'd ever had.

It's important to note here that I am a person who pays close attention to the people around me. When I was around 29 and living in San Francisco I was the victim of a fairly violent home break-in which included my being raped and other injuries including a concussion. (The person who broke into my apartment had been attracted by the color television set he saw through my apartment window and to this day I cannot even think about having any "theft worthy" electronic devices visible from my front windows. From this I can see how much that incident has stayed with me.) And so truly, I mean it when I say I pay attention to the people I allow into my life.

David impressed me from the first meeting as a very kind person, very gentle. I felt that he was deeply sincere, honest and not frivolous at all. It evolved that on the weekends David gradually started working for me doing projects around my house, tasks that he could finish in hours that would take me days. He put in stone paths, gravel paths, weeded, dug holes (in solid clay), moved trees, helped Frank build a fence extension, and

1

later, built by himself without the help or direction of Frank, a small deck outside the studio/cottage garage conversion I'd worked on.

When David first started working with Frank he had been homeless. After a couple of years Frank was able to help David get a room at a neighbor's house - one room that had been a studio/garage. That arrangement did not include bathroom privileges and I offered to let David shower in my house once a week, which he accepted. And so once a week David and I would have conversations, some short, some lasting maybe an hour. And in this way I got to know David and some things about David's life.

Though a 'man of few words' David was always very sincere, quiet and soft-spoken, but with a good sense of humor too. He was interested in spiritual things, the meaning of 'god' and 'life' – he once described a physics phenomenon to me which illustrated his point that things were not always simple, not always just what was visible on the surface.

**David's Temperament**

At some point during the time David was working for Frank, Frank stopped paying him. I found this out from my neighbor, who was fairly outraged by it. I had been paying David for weekend work, sometimes for a whole day's worth of work, sometimes for maybe two half days, so in this way he was able to keep going. My neighbor and I talked to David about 'not putting up with' such bad behavior but David had a lot of understanding and sympathy for Frank, an artistic, creative sort, very bright and literate, but who hadn't managed his financial life well, particularly made more difficult by the pandemic, who had to find and contract jobs, get initial payments for materials, etc., as well as pay his own rent. David put up with not being paid for months and never allowed anger to rule their working days together. Eventually he stopped working for Frank but never said anything negative about him to anyone, ever. David's whole effort was to understand what was underneath Frank's behavior. David is kind. (Frank later apologized to David and they started working together again, though Frank never paid the back pay he owed.)

David loves animals. A neighbor went away on vacation and asked David to look after his elderly dog, Lucy. David ended up staying overnight a few nights on the couch where Lucy could see him and jump up to sleep beside him. My neighbor, who was perplexed at that behavior, the following year asked me to look after Lucy and I saw how very disoriented and upset she was with her owners being gone and understood then exactly why David decided to stay with her. No one else would have taken their time to make sure she was OK. I sat for a few hours with Lucy every night but didn't inconvenience myself to stay with her the way David had.

2

At my house, one of my cats, Panther, an elderly rescued black cat with one flattened ear used to love David. He would trot over to him and crawl all over him. David said once "See? He's petting me!" as Panther rubbed his head all over David's head. David would not kill insects, spiders, anything. He'd catch them and put them outside.

**David's Break in October**

I've been thinking about things that possibly contributed to David's break with reality before the incident in October.

**His Relationship**: First, I think that his break with his "ex" was a major unhinging event in his life – with some irony to it because I believe that relationship was very toxic. I believe he spent many years with a person whose own grasp on reality was very problematic – though through no fault of her own. In what was a 20 years' long relationship, David, I'm sure, was exposed to what we call "gaslighting" in the extreme. I learned from the reporting after David's arrest that his "ex" had once held a nude wedding ceremony at City Hall in SF complete with cameras. I believe his ex would have insisted that their relationship was an "open" one, no matter what his feelings were, and that women had the right to make those decisions for themselves.

I have no doubt that he was harmed by this relationship and that it was the ultimate in confusion for him. He would have loved his "ex," who was 12 years older than he, and certainly he committed to her at the age of twenty. David is even now somewhat childlike at the age of 43; at the age of 20 I am sure he was an absolute innocent and unable to contend with his ex's issues as they began to come to the fore. David would have had no ability to understand or articulate what the problems were and why he was in so much emotional pain. I'm sure his emotional state was often total and absolute confusion. He told me once that during a fight with his ex, he slammed the vacuum cleaner down on the floor so hard he dislocated his shoulder. He said he was on the floor in excruciating pain and that he saw her watching him and enjoying his pain. She would have denied that she enjoyed it. He told me that he was "abused" in that relationship; he used that word.

My belief is that it finally got so bad at home with his ex (she was arrested at some point after David left, for trying to kidnap a 14-year-old boy – per the newspaper) he had to get away, but then, once away, he was completely untethered in many respects. David mentioned her to me only 3 times in the 5 years I knew him, and only briefly. The one time he showed emotion (he sobbed) was when he described her enjoying his pain – this was right after he'd found out that she had been arrested (he didn't tell me what she'd been arrested for.)

3

**Diet**: David's diet also got much worse when he moved into his room. He was drinking sugary drinks and his weight ballooned hugely, to the point of having to get medical treatment.

**Video Games**: David's all absorbing pastime was video games. I've been thinking about what playing video games entails – hours and hours of repeated behavior, amounting to a kind of training really, honing a skill in games that had characters – villains vs. heroes – good guys vs. bad guys. Hours upon hours David spent playing those games. He did not spend that amount of time on those games while he was homeless. His room enabled him to add hours, to play late into the night, into the early morning. It looks from the outside – as one who does not play video games - as if he was participating in a kind of training exercise – training in how to see, and in how to react. Good guys attacking bad guys, for endless hours.

**Right-wing Websites**: There are very many right-wing websites that advertise to entice and target gamers. David would definitely describe himself as a gamer. It is/was his passion, his favorite thing. Over time he got more and more involved in those right-wing sites. He told me that his first introduction to those sites was through something called "gamer-gate", a controversy that had something to do with gaming and 'feminism.' Over time 'feminism', a toxic concept for him because of his relationship, became for him more and more 'politically correct' and so it moved to the 'villain' side of the culture war playbook. Eventually after strongly disagreeing over the person and motive behind "Project Veritas" David and I never talked about anything with a political aspect because we knew we didn't agree and we didn't want to get angry at the other's point of view. Although I have to say that, for example, regarding Covid vaccines, David would want my 'liberal world view' to open up enough for me to know that in truth (his view) Covid vaccines were harmful and I should be wary of them, etc., so he would mention some 'fact' I should investigate. But even in this his motive was to protect me from a liberal falsehood – that I should get vaccinated - he did not want me to be harmed by the vaccine.

**The Incident**

During the summer before the incident David started feeding the squirrels and birds near his room. He also started putting out small "fairy houses" in the yard of my neighbor. These he painted himself and liked very much. The depth of the world behind this he didn't mention to anyone. I think he knew that there was the 'visible' world, the world of 'normalcy' and then another secret world of fairies that he knew about but others didn't and would not understand, so he kept silent. But he did write about this world in his blog posts online.

4

I believe also that for some time David was becoming more and more angry from the material he was getting from right-wing websites. They are designed to foster feelings of anger. David's difficult relationship over the many years he was together with his ex, in my view, furnished him with a lot of resentment towards injustice. He felt and ultimately 'knew' that he had been treated unjustly in his long relationship with a woman who described herself as a "feminist," and so in every culture war or left/right issue, David would know that the position claimed by the "left," the world of "feminazis" was wrong.

David wanted the injustice he felt was being perpetrated by the Democrats in Washington DC to be revealed, and to stop. It's my belief he wanted to "act" finally, the way his video game avatars acted, to take a stand against evil, to reveal this world of evil through an interview with Nancy Pelosi in a broadcast he would arrange with the media, where she was forced to stop lying, to finally tell the truth. He didn't talk to anyone about this either.

So on the date of the incident, his worlds came together – he would stop the gaslighting the Democrats were forcing on everyone; he would be the good guy and go to war to get the truth finally out in the open, and save the world, or die. He did use the words to the police – suicide mission. I am positive that David never <u>intended</u> to harm Paul Pelosi. David would have liked Paul Pelosi. I'm sure he is sorry he lost his temper and regrets it, and wishes he could undo it.

### Incarceration/Treatment

My hope is for David to end up in a facility that might be able to give him some sort of mental health attention/treatment. David has many talents and skills. There might be facilities with progressive programs focusing on helping animals, or teaching skills in forestry or landscaping. I can't bear to think he'll be sent anywhere where he is forced to live at the mercy of anyone cruel.

David is kind and has so many positive traits, there must be a place for him where his kindness and humor and talents are needed.

Thank you for reading this letter, and for any help for David that you can provide.

*Elizabeth Yates*
Elizabeth Yates

5

Peter Andrew Luft

January 26, 2024

Honorable Judge Corley
United States District Judge
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Corley,

My name is Peter Andrew Luft. I'm now 70 years old. I work as a mechanical designer of scientific instrumentation, and have been in this field for over 40 years. I'm currently employed at the Gatan division of Ametek Corporation, in Pleasanton, California. I'm writing to you to describe my acquaintance with David DePape and to give you my assessment of his character, for your consideration in regard to David's upcoming sentencing.

I've known David casually since 2017, the year of my mother's death, at which time David worked for Frank Ciccarelli, now deceased, a local contractor and friend of my mother. Together, Frank and David assisted me in the dispersal of my mother's things from her apartment in Berkeley. My mother was an artist, and she produced much ceramic pottery and sculpture in her later years. David was the person who carefully carried most of these items to the yard of my house in El Cerrito, where I currently live with my wife, Tuyet. She and I have lived here for the last 23 years.

Proceeds from my mother's estate made it possible to employ Frank and David to undertake a long program of deferred maintenance on our house, from 2019 through 2021. During that time, Tuyet and I became more familiar with both of them, as we were present during most of the repair and refurbishment. Under Frank's design and direction, with ongoing input from me and my wife, David did the most of the labor involved in replacing our front fence and side deck, repainting our house, and refurbishing our front porch and garage, both interiors and exteriors, among other things. My wife often made smoothies for them during breaks, and sometimes I would have lunch with them on the deck, or share ice cream from our fridge.

Both my wife and I felt completely comfortable with David. Without knowing anything about his past, we felt he was a kind and gentle person, conscientious and considerate. We felt completely safe with him. We also trusted him, such as in loaning him our garage key during his work there.

That said, I was aware of one topic of conversation with David that was problematic – that of politics. It wasn't really possible to have a reasoned discussion with him about politics, and so I stopped trying. I can tell you that he was honorable about our differences. While he was convinced of a Republican victory in the 2020 presidential election, he remembered something in the aftermath that I'd forgotten – I'd wagered a pizza with him that the Republicans would lose. And so it happened that during lunch one time, he offered to make good on his loss by offering a pizza. Sadly, I had to decline because of Covid hygiene constraints, but I was really touched. I thanked him sincerely and proposed a raincheck. I hope that will happen someday.

I still remember the moment, standing in line at the bank, looking at my phone and seeing David's name in a Chronicle article freshly detailing the Pelosi attack, and then getting a phone call from Frank 30 seconds later. We were stunned, just stunned, after determining that yes, this was our David DePape, not another person by the same name. There followed a long conversation trying to make sense of it. We wondered if David's criminal action was at least partly the result of childhood trauma, his likely being on the autistic spectrum, and his (then) solitary private life spent almost entirely on right wing social media. Later that day, talking to my wife, this state of disbelief continued, notwithstanding the drumbeat of news media commentary about David's background. This was just not the David we knew.

We wish David could receive additional psychological support and guidance; this is what he desperately needs.

Your Honor, please consider all that I have just told you. It is my belief that the better outcome would follow from David DePape being treated leniently by you and with mercy, with regard to his sentencing. Thank you.

Respectfully yours,

*Peter Andrew Luft*

Peter Andrew Luft

March 9th, 2024

Honorable Judge Corley
United States District Judge
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Corley,

I am David DePape's twin sister so I have known him since birth. I am 5 minutes older, but David would always pipe up and say, "but I'm bigger!  We had an absolutely amazing and memorable childhood, building bike jumps, playing with lego and dolls together and the longest monopoly games ever. He loved animals and our german shepherd even had her puppies in his bed!  He's always been a very calm natured boy and so easy to get along with.  When he was two he wanted to be a firetruck  when he grew up… and much later I strongly remember ambitions of him becoming a policeman. A career helping people and enforcing rules… I really thought that path was him.   He was a rule follower and well behaved  teen… definitely NOT the rebellious type out getting into trouble, no drinking and partying. A friday night would most likely just be staying home reading his favorite science fiction novels if he wasn't at a mates house playing Zelda or Dungeons and Dragons.   He's always admitted to being a bit shy and I was sad when he declined going to our highschool graduation ceremony.  I was elated when he decided to move out to Maui to come visit me in the summer of 2000.

The stumbling block on his career path ambitions came about when he was 20 and he met a pregnant woman in her 30's (who to his shy nature, commented with hesitation,  that "an older woman was after him…."  and he seemed a bit weirded out and nervous of the female advances (most likely a virgin at 20)  Now this woman is Gypsy and I won't go into the extreme psychological damage that I believe she did to my brother, but I know that being 20 and raising her newborn with her as his own, matured him quickly.  He became so attached to that baby that he needed to stay with Gypsy to raise that child and keep Inti safe.  So much, that even though he tried to move back home to get away from Gypsy, he ended up going back because deep down he knew that the child NEEDED him.

Fast forward a few years and two more children with Gypsy… He was in a partner situation with Gypsy  for many years where he was NOT ALLOWED to make contact with his family (His own mother, father and sister!)  If he did, he was yelled at for hours, kicked out of the house… etc. It was such drama and battle that it was just easier if David just shut us out of his life and focused on being there for his own children.

Now, even though I was shut out of his life for a decade we did have some email communication around 2009 for a short while. Some of those messages detailed some of the troubles he'd had with Gypsy but I won't go into those, but this particular reply to my questions really speaks to his loving nature,  I wrote:  "You said a while back that Gypsy did all the work, and you just stayed home with the kids?".
David replied, "I was the one with the kids the most but not at home. We'd go to the park the nicer parks, the beach, nature trails, the little farm (a small farm with animals for kids).  Like all day every day. People tell me all the time that I have the happiest kids they've ever seen."

I am really shocked that David has committed this crime and my sincere condolences are with the Pelosi family.  I am hopeful that this was his "rock bottom" and that he feels remorse for his actions and that he is now in a place to  heal from the trauma throughout his life that has built up some intense emotions.    He is now talking with our Mom again and repairing that relationship (though we never stopped loving him even though was forced to shut us out of his life for nearly 20 years).  I strongly believe that whatever his sentence, he will be out sooner for his good behavior ~ he's just so cruisy.    I think that his separation from the negative influences of Gypsy and being re-united with his family are key turning points that will help him return to the David that we all know and love.


Respectfully,
Joanne Robinson

March 14, 2024

Honorable Judge Corley
United States District Judge

Dear Judge Corley.

Hi I'm David's mom. In 1980 I had twins. David. Moms boy, my easy child and Joanne very sweet but a bit of a handful at times. She's a social butterfly.

David was into Boy Scouts, Karoti and had a paper route, mowed lawns and shoveled snow for a little spending money which he gladly shared with his sister. A very giving boy. He graduated high school, never got into fights or caused any problems. In grade 7 his teacher put him in a group with a few kids that needed help in his class. It's was a success. His teacher thought David should become a teacher. All four of these kids graduated with him. And he loved helping them.

He went to Hawaii for a Karoti seminar and met a pregnant hippy there. She was about ten years older than him. And in short order decided he couldn't have any more contact with our family. Starting with his sister who was also in Hawaii at the time.

For about 20 years we had very little contact with David. She had a baby girl in Hawaii and they moved to San Fransisco.

I'm sure my son now has PTSD and highly suspect that his girlfriend is Narsasistic.
David told me a story about him reading a book one evening and everything started to go weird. She had slipped him some acid. Then she started to rub his ears a strange way while telling him, this is the sound you remember when your mom used to molest you. Well that caused a big fight between them.

Well they went on and had two boys despite a very rocky relationship. And he spent his life looking after the kids. Inti the daughter in an Email told me that her mom was emotionally detached and yelled and screamed a lot. All they had was David.

Then his girlfriend got married to a 20 year old. She was then in her 40s. And David stayed to care for the kids. But after David was kicked out the kids were paraded through the streets Naked with their mom and doing drugs. He couldn't protect them.

He was on his own for a few years before he reached out to us.by this time I could not recognize him he was so full of hurt.

What happened next ,,,I don't understand. He messed up big time. I'm so thankful that Paul is ok. How did it come to this. This is not the child that I raised. This is not my David.

He has been in jail for over a year now and in this time I have been reunited with my son, as the warm loving person that I once knew. But I know he has a lot of healing to do over this. Please have mercy on him. I wish he was in Canada where we could heal together.

I love my son dearly and in my heart I know who he really is,,,he's not a monster.

Thanks kindly, Honorable Judge Corley.

From David's mom Shirley Jean Lawrence

Honorable Judge Corley

United States District Judge

c/o Angela Chuang

Office of the Federal Public Defender

Room 19-6884, Boc 36106

San Francisco, CA 94102

Dear Judge Corley,

    I am David's Aunt. I'm 63 years old, and I work as a tutor and a director of a small home-school community. I've known David since he was a child as he's the only son of a sister that I'm very close with. I've always known David to be a tender-hearted person from the youngest age. One who also has a love for honesty and justice, fairness and kindness.

I understand that he'd been struggling with figuring out how to rebalance himself, after coming out of a long-term relationship, that was filled with verbal and emotional abuse, as well as gas-lighting, the kind that causes a person to doubt their own sanity.

As the sensitive person he is, trying for years to be a peace-maker, he left that relationship a shell of himself. Very hurt, very confused, wanting to take back some sense of justice and reality. I'm no psychologist, but he certainly struck me as someone who had been left stressed and scarred from the trauma brought on by that toxic relationship.

In communication with David of late, I can see that he's sounding again like the David that I'm familiar with and not the unbalanced individual who committed this bizarre crime. I hope you've observed likewise and can see that, the individual before you for sentencing, is no longer a danger to those around him, and you'll have compassion on him in your sentencing.

Respectfully yours,

Rosaly Coward

| | |
|---|---|
| **From:** | OKEOVER LTD |
| **To:** | Catherine Goulet |
| **Subject:** | David dePape |
| **Date:** | Wednesday, January 31, 2024 1:02:43 PM |

**EXTERNAL SENDER**

Hello to whom it may concern

regarding David dePape, This is Gene dePape of Powell River BC Canada, Davids step farther, i raised David from 1981 to 1998 , he was always a very quiet child and never in any trouble at school or with the authorities police or court system in any way he was always pleasant to talk to although   I did get concerned with the amount of video games he started getting into and was one of the reasons he did not stay living here with me after 1998, i couldn't get him away from the video games and sent him back up to his mothers to finish his last year of school  in Armstrong BC, i went up to Armstrong to see their Grad from highschool

   The last time i have seen David was in 2003 in Armstrong and i took both him and his sister out to dinner we had no problems at that time and had a pleasant dinner and talked , he stated that he was going to meet his girlfriend Gypsy in Hawaii , after that i never talked to him although i tried  many times and in 2007 I got through at Christmas time his girlfriend Gypsy answered the phone and started to scream at me that I abused David both  sexually and physically  i can assure that didn't happen then  she said that we burned his arm with a hot iron or something and tortured him, i do remember him down at his grandparents when there was a accident with a frying pan and he burned his arm, she finished yelling at me and refused to let me talk to him i suspected that David was not in the room at that time, she then hung up the Phone  on me, that was the last time i had any contact with him or her up to  his time in incarceration

   I would like to state that even though our relationship was not the best due to communication between the two of us we never had any  physical violence my biggest concerns was video games, all his acquaintances at the time he was with me in Powell River say he was pleasant but quiet  kid and i suspected there was something wrong when i seen a friend of his, asked me if i was going to bring David into town to the school dance  he did not say anything to me about it and when i asked him if he wanted me to take him he refused the offer, this to me was very concerning and that is when we talked about him going back to stay with his mother in Armstrong, i am very sad this has happened but i strongly feel he was manipulated by his girlfriend gypsy ,  i have had some  relatives including my mother say that he was in contact with him and he was saying some pretty crazy things about religion and politics and he was kinda preaching to them about his views ,

I hope I can help David in anyway i can and do not believe him to be violent by nature


       Thank you G.dePape

Feb 5 / 2024

Honourable Judge Corley
United States District Judge
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Fransisco, CA, 94102


Dear Judge Corley

My name is Joseph 'Joe' De Pape.  I am an uncle to David De Pape.  My brother Gene assumed the role of step father to David and his twin sister Joanne when they were just a year or so old. I have known David most of his life.

I love my nephew David and no words can say how responsible I feel for letting him slip away from his family.  It troubles me deeply that I didn't do more to be there for him when he needed guidance and support throughout his life.  I fear that David is particularly vulnerable to influence and intimidation and will suffer egregiously in the penal system.

David was a sensitive boy.  He was always quiet and gentle.  I feel that he may have suffered from the loss of his biological father whom he may have bonded with in his first year or so of life.

My brother Gene and David's mother Shirley moved to Armstrong, British Columbia when the twins were about three years old and lived there until the kids were about fourteen.  Gene worked as a heavy duty mechanic and seemed a good father.  Shirley was a housewife with interests in crafts and horses.

When his mother and father separated and later divorced David moved with his dad 'Gene' to Powell River BC.  His sister Joanne won a university scholarship and achieved a Bachelors Degree in the Arts.

From what I could distinguish David didn't do so well when he moved to Powell River.  He seemed to have some troubles fitting in at the new school and appeared to me to be somewhat isolated and remote.  His dad complained that he was spending too much time playing video games and eventually encouraged him to return to Armstrong and listen to his mother's advice.  David continued to struggle socially and I eventually lost track of him because I lived at least 5 hours away in Vancouver, British Columbia.

I am not an expert and thus unclear about what may have influenced him or impacted his development however I believe that instability in his childhood may have affected his development.  I have also considered the possibility that he may be on the autism spectrum given his detached demeanour.

2

David appeared to me to have some behaviour and speech anomalies as well as a difficult to define anxiety around people including adults and his peers such as his cousins, few friends and classmates.  I also noticed a subtle fear of trusting people and he often seemed uncertain if he was accepted and included when at play or interacting with the other kids.

For the most part though David was shy and quiet as a boy and became far more assertive and opinionated as a teenager. I feel that he was trying to 'find his own voice' and individuate from his parents and present a more confident facade in an effort to overcome his obvious insecurities.

Please consider in sentencing that this is possibly the first and only expression of egregious behaviour shown by David and unlikely to ever be repeated.  Thank You.   Respectfully Yours

Joe De Pape

