ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov
    Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-426-JSC |
|     Plaintiff, | **UNITED STATES' SUPPLEMENT TO SENTENCING MEMORANDUM** |
| v. | Court: Hon. Jacqueline Scott Corley, Courtroom 8 |
| DAVID WAYNE DEPAPE, | Sentencing Date:   May 17, 2024<br>Sentencing Time:   10:00 a.m. |
|     Defendant | |

The United States submits this supplement to its sentencing memorandum to attached three letters, included here as Exhibits A, B, and C.

DATED: May 17, 2024                                              Respectfully submitted,

                                                                                                 ISMAIL J. RAMSEY
                                                                                                 United States Attorney

                                                                                                  /s/
                                                                                                 HELEN L. GILBERT
                                                                                                 LAURA VARTAIN HORN
                                                                                                 Assistant United States Attorneys