# Exhibit A

NANCY PELOSI
11TH DISTRICT, CALIFORNIA

SPEAKER EMERITA

1236 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0508
(202) 225-4965

DISTRICT OFFICE:

SAN FRANCISCO FEDERAL BUILDING
90-7TH STREET, SUITE 2-800
SAN FRANCISCO, CA 94103
(415) 556-4862
www.pelosi.house.gov

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0508

May 10, 2024

The Honorable Jacqueline Scott Corley
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

To the Honorable Judge Corley:

I am writing with respect to sentencing in *U.S. v. DePape*.

I have served as Chief of Staff to Speaker Nancy Pelosi since 2019 and I have been honored to know Speaker Pelosi, Mr. Pelosi and the Pelosi family since I joined her office shortly after graduating from college more than thirty years ago.

The defendant broke into my employer's house to hurt her. Not finding her at home, the defendant viciously assaulted one of the kindest, most generous people I have ever known, a person who through his every action has supported the challenging work of the Speaker and her team. He has provided our staff comfort and inspiration by virtue of his calming presence. He has sacrificed to enable her service and our work for the Speaker. The traumatic impact the attack had on her staff at the time – when our worst fears had been realized – will always be with many of us. The trauma it has caused this family I respect and admire deeply is incalculable.

When I first began government service, and even in my current role, I never could have expected how significant a part of that service would now include anticipating, reacting to and processing serious and violent threats to the lives of the Speaker and our staff. In the two decades since Speaker Pelosi first became House Democratic Leader, I have observed firsthand the radicalization of the political rhetoric in the public square and have seen the intensified impact on public servants as right-wing extremists escalated to hateful and violent rhetoric and then to threats against Members and staff.

As Chief of Staff to the Speaker of the House – who is second in line in Presidential succession - I had operational connection to the U.S. Capitol Police, the White House and the military. My duties included and still include working to ensure the protection of Speaker Pelosi and our staff.

We had established protocols to ensure that Speaker Pelosi would be able to fulfill her duties or the duties of the President or Vice President in the case of a national security threat. The Speaker had 24-hour U.S. Capitol Police security for two critical reasons: because of her essential role in Presidential succession and the continuity of government and because she faced a constant and significant number of threats against her life. Although she made the decision to step down from House leadership in November 2022, the 24-hour security remains because the threats continue.

As U.S. Capitol Police Agent Littlejohn testified, Speaker Pelosi was always the Speaker of the House. Wherever the Speaker went and whatever time it was, she was prepared to perform her official duties. On the day of the attack, our staff and security were prepared for a full schedule of events in which she would participate. Those included a classified national security briefing, which

was cancelled after the attack, when the Speaker spent the next several days at the hospital with Mr. Pelosi. When she flew to San Francisco to be with her husband, we had no idea whether this was part of a planned lone-wolf terrorist attack or what we had to be prepared for to ensure her security. We also did not know what elements of her official duties would have to be altered in the wake of the attack. Again, she was always the Speaker. Even at Mr. Pelosi's bedside, she had to carry out her official duties. Many friends, colleagues and people from around the world, horrified by the attack, reached out with words of sympathy and support. But even still, despite what had happened, we continued to receive additional threats.

A Member of Congress usually participates in many events in the community. Speaker Pelosi has always eagerly done so and always will. The assault on Mr. Pelosi by the defendant continues to impact scheduling decisions about her participation in events and the performance of her official duties.

Our current reality as a congressional office includes having to endure and report violent threats by phone or email. Every new staff member is trained to deescalate hostile conversations, including those with visitors to our office, and to report to Capitol Police hundreds of potentially threatening communications. No one ever gets used to listening in excruciating detail to how someone wants to hurt or kill the Speaker or us, and no one ever knows who is going to act on that threat. We take each threat extremely seriously.

The time taken to process the call or voice mail, interact with the Capitol Police threats division, and process the emotional impact, is time we do not budget for. It disrupts the ability to execute necessary tasks and to serve constituents. Most importantly, it instills a fear of potential violence that, as we have seen, is all too real. In the past, opportunities to staff the Speaker Emerita on the phone or in person and be in close proximity to her were greatly valued. Now, each staff member who takes that responsibility must also recognize and prepare for not only a threat to Speaker Pelosi but the risk to their own life.

After we experienced the threat to the lives of the Speaker, Members of Congress and staff on January 6, 2021, we knew we were not safe at our workplace. "Where's Nancy?" they cried as they attacked the Capitol and we feared for our lives. We could not imagine anything worse could happen in our world. Yet it did, because of this defendant's actions. "Where's Nancy?" he asked. After the brutal attack on Mr. Pelosi in October 2022, we knew the Speaker and her family were not safe in their own homes. It stands to reason that each time a staff member receives a violent threat, they feel a responsibility that these brutal assaults never happen again on our watch. The pressure it exerts and the disruption it creates is significant and difficult to describe. We as congressional staff will never be the same.

Thank you for the opportunity to address the real and lasting impact of this horrific crime.

Sincerely,



Chief of Staff