

## UNITED STATES DISTRICT COURT
### Northern District of California

### CRIMINAL MINUTES

**Date:** May 17, 2024  **Time:** 00:46

**Judge:** Jacqueline Scott Corley

**Case Number:** 22-cr-00426-JSC-1

**Case Name:** United States of America v. David Wayne Depape
[X] Present   [ ] Not Present   [X] In-Custody & Remanded

**Attorneys for United States:** Laura Vartain/Helen Gilbert
**Attorneys for Defendant:** Angela Chuang/Jodi Linker

**Deputy Clerk:** Ada Means           **Court Reporter:** Ana Dub

**Probation Officer:** Aaron Tam

### PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons for a term of 240 months on Count one of the Indictment and 360 months on Count two of the Indictment, to be served concurrently. Upon release, defendant shall be placed on supervised release for a term of 5. Defendant shall pay a special assessment fee of 200.00. The Court finds that the defendant does not have the ability to pay a fine and ordered the fine waived. Please refer to the judgment for complete details.