DEFEJODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
TODD BORDEN, Bar No. 269092
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       Todd_Borden@fd.org

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE DEPAPE,<br><br>Defendant. | **Case No.:** CR 24–426 JSC<br><br>**NOTICE OF APPEAL** |

Defendant David Wayne DePape hereby notices an appeal to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence entered in this matter.

Dated:   May 17, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
TODD BORDEN
Assistant Federal Public Defender