JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
TODD BORDEN, Bar No. 269092
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Email:	Todd_Borden@fd.org

Counsel for Defendant DePape

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 24–426 JSC |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

    Defendant David Wayne DePape hereby notices an appeal to the United States Court of Appeals for the Ninth Circuit from the district court's orders (Dkt. Nos. 244 and 253) granting the government's Federal Rule of Criminal Procedure 35(a) motion, and from the sentence imposed following the granting of that motion.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 31, 2024 | Respectfully submitted, |
| 3 | | JODI LINKER |
| 4 | | Federal Public Defender |
| 5 | | Northern District of California |
| 6 | | _____/S_____ |
| 7 | | TODD BORDEN |
| | | Assistant Federal Public Defender |