CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

HELEN L. GILBERT (CABN 366563)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-00426 JSC |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL AUSA HELEN GILBERT |
| DAVID WAYNE DEPAPE, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise the Court that Assistant United States Attorney Helen Gilbert is no longer assigned to this matter. Please remove AUSA Helen Gilbert from the attorneys to be notified in this case.

DATED: Aug 7, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Helen Gilbert*
Helen Gilbert
Assistant United States Attorney

NOTICE OF WITHDRAWAL OF COUNSEL
3:22-cr-00426 JSC